# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Case No. 16-11231-SAH |
| PostRock Energy Services Corporation, | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Stephen J. Moriarty, the Bankruptcy Court appointed Trustee (the "Trustee") has signed each set of the Schedules and Statements. Mr. Moriarty serves as the Trustee, or authorized signatory, for all of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Moriarty has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors. Mr. Moriarty and his advisors have not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning assets and amounts owed to creditors.

In preparing the Schedules, the Trustee relied upon the Debtor's financial data derived from their books and records that was available at the time of such preparation. Although the Trustee and Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules, subsequent information or discovery may result in material changes to the Schedules. Also, the Debtors general ledgers and trial balances do not include all intercompany transactions as the Company reports and accounts for its transactions on a consolidated basis. Therefore the entity by entity balances may not reflect the correct or actual entity rights. The separate entity Schedules

may reflect assets and liabilities of other Related Debtors and noted reported on Related Debtors Schedules.  As such, inadvertent errors between entities or other omissions may exist.

**Fill in this information to identify the case:**

Debtor name   **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **16-11231-SAH**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2016**     *X* **/s/ Stephen J. Moriarty**
Signature of individual signing on behalf of debtor

**Stephen J. Moriarty**
Printed name

**Trustee**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF OKLAHOMA

Case number (if known)     **16-11231-SAH**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................     $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................................     $ _____220,835.04

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................................     $ _____220,835.04

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $ _____62,026,844.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................     $ _____4,586,144.26

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$ _____2,451,547.24

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b     $ _____69,064,535.50

**Fill in this information to identify the case:**

Debtor name   **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **16-11231-SAH**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Oklahoma** | checking | 1829 | $27,329.18 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$27,329.18**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 20,939.62 | - | 7,910.05 | = .... | $13,029.57 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
          Name

| 11a. 90 days old or less: | **1,044.91** | - | **483.36** | = .... | **$561.55** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,230.31** | - | **0.00** | = .... | **$1,230.31** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **17,461.03** | - | **0.00** | = .... | **$17,461.03** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **253,130.82** | - | **175,235.42** | =.... | **$77,895.40** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **4,362.75** | - | **4,362.75** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **3,844.39** | - | **3,844.39** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **10,000.00** | - | **0.00** | =.... | **$10,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                            **$120,177.86**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | **100% membership interest in PostRock Holdco, LLC related Debtor 16-11235**    **100** % | | **Unknown** |
| 15.2. | **100% membership interest in PostRock Eastern Production, LLC related Debtor 16-11233** **100** % | | **Unknown** |

| Debtor | **PostRock Energy Services Corporation** | Case number *(If known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 15.3. | **100% membership interest in PostRock MidContinent Production, LLC related Debtor 16-11232** | **100** % | **Unknown** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**                                                    **$0.00**

Add lines 14 through 16. Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies All inventory, if any, is reported through related Debtor's schedules PostRock MidContinent LLC 16-11232** | | **Unknown** | | **Unknown** |

23.     **Total of Part 5.**                                                    **$0.00**

Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

Debtor　**PostRock Energy Services Corporation**　　　　　Case number *(If known)*　**16-11231-SAH**
　　　　　　　Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture** | $309,503.96 | | Unknown |
| 40. **Office fixtures** **Facility Shop Furniture and Fixtures** | $36,999.28 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computer equipment-see Schedule 41 attached** | $21,204.68 | | Unknown |
| **Computer Software** | $1,024,421.81 | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Art Work - Various Artists** | $189,747.94 | Appraisal | $73,328.00 |

| | |
|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $73,328.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
　　■ No
　　☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

**Part 8:**　　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　☐ No. Go to Part 9.
　■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles-See Schedule 47.1 attached** | $850,952.35 | | Unknown |
| 47.2. **Master Essential Equipment-See Schedule 47.2 attached** | Unknown | | Unknown |

| Debtor | **PostRock Energy Services Corporation** | | Case number *(If known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See attached 50.1-Master Unessential Equipment** | Unknown | Unknown |
| | **Frac tanks-See attached 50.2** | Unknown | Unknown |
| | **Gathering System - West Virgina - Listed and Reported on Related Debtor 16-11233 - PostRock Eastern Production LLC Schedules** | Unknown | Unknown |
| | **Gathering System - See Map - Listed and Reported on Related Debtor PostRock MidContinent Production LLC 16-11232 Schedules** | Unknown | Unknown |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | | **$0.00** |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** ■ No ☐ Yes | | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** ■ No ☐ Yes | | |

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Leasehold Improvements - Oklahoma Tower, Oklahoma City, Oklahoma** | | $246,526.71 | N/A | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Services Corporation**                    Case number *(If known)* **16-11231-SAH**
          <small>Name</small>

| | | | |
|---|---|---|---|
| 55.2. | **10 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |
| 55.3. | **Edna Hollow Yard - 17.69 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |
| 55.4. | **1 acre - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |
| 55.5. | **9.50 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |
| 55.6. | **1 acre - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |
| 55.7. | **2.309 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | Unknown | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

| Debtor | **PostRock Energy Services Corporation** | Case number *(If known)* **16-11231-SAH** |
|---|---|---|
| | Name | |

| 55.8. | **Land in Sec 32 Twp 10N Rng 6E - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | Unknown | | Unknown |
|---|---|---|---|---|---|
| 55.9. | **Various Oil and Gas Interest - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | Unknown | | Unknown |
| 55.10. | **Various Oil and Gas Interest - Listed and Reported on Related Debtor 16-11233 - PostRock Eastern Production, LLC Schedules** | | Unknown | | Unknown |

56.  **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

   **Current value of debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number *(If known)* **16-11231-SAH** |
|---|---|---|

| | | |
|---|---|---|
| **Intercompany between related Debtors 16-11230, 16-11232, 16-11233, 16-11234 and 16-11235- see attached** | **0.00** - Total face amount | **0.00** = doubtful or uncollectible amount |
| | | **Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**All other assets, if known, are listed on related Debtor's PostRock Energy Corp 16-11230, Post Rock MidContinent Production, 16-11232, PostRock Eastern Production LLC 16-11233, PostRock Holdco LLC 16-11235 and STP Newco LLC 16-11236 Schedules** **Unknown**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **PostRock Energy Services Corporation**                    Case number *(If known)* **16-11231-SAH**
                Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,329.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $120,177.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $73,328.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $220,835.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $220,835.04 |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 41: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Master Computer Equipment**

| Description | OKC (SOV Loc #5) | | | Perimeter Center (SOV Loc #8) | | | Chanute (SOV #2, 3, 4) | | | WV (SOV #6) | | | Lenapah (SOV #1) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | Insured Value | Current Value of Debtor's | # | Insured Value | Current Value of Debtor's | # | Insured Value | Current Value of Debtor's | # | Insured Value | Current Value of Debtor's | # | Insured Value | Current Value of Debtor's |
| Workstations (Desktops/Laptops) | 6 | $9,000 | Unknown | 0 | $0 | Unknown | 27 | $40,500.00 | Unknown | 2 | $3,000 | | 11 | $16,500 | Unknown |
| Desktop Monitors | 65 | $19,500 | Unknown | 1 | $300 | Unknown | 30 | $7,500.00 | Unknown | 4 | $1,000 | | 6 | $1,500 | Unknown |
| Switches Cisco 4500 series | 1 | $50,000 | Unknown | | $0 | Unknown | 0 | $0.00 | Unknown | | | | | | |
| Switches Cisco 2900 series (or like) | 4 | $16,000 | Unknown | | $0 | Unknown | 6 | $24,000.00 | Unknown | 1 | $2,000 | | 1 | $2,500 | Unknown |
| Cisco ASA 5515 Firewall | 2 | $9,000 | Unknown | 1 | $4,500 | Unknown | 1 | $4,500 | Unknown | | | | | | |
| Blade Enclosures | | | | 1 | $10,000 | Unknown | | | | | | | | | |
| Blade Servers | | | | 2 | $12,000 | Unknown | | | | | | | | | |
| Standard Physical Servers | 2 | $20,000 | Unknown | 2 | $20,000 | Unknown | 7 | $70,000.00 | Unknown | | | | | | |
| EMC Storage VNX 5300 | | | | 1 | $80,000 | Unknown | | | | | | | | | |
| Server Racks | 2 | $2,000 | Unknown | | | | 2 | $2,000.00 | Unknown | | | | 1 | $200 | Unknown |
| Uninterruptable Power Supplies (UPS) | 1 | $10,000 | Unknown | | | | 1 | $10,000.00 | Unknown | 1 | $1,500 | | 1 | $1,500 | Unknown |
| FalconStor Appliances | | | | 1 | $30,000 | Unknown | 1 | $30,000.00 | Unknown | | | | | | |
| Aberdeen NAS Appliance | 1 | $12,000 | Unknown | 1 | $12,000 | Unknown | 1 | $12,000.00 | Unknown | | | | | | |
| Cisco 7965G Phones | | | | | | | 52 | $16,900.00 | Unknown | | | | 8 | $2,600 | Unknown |
| Cisco 9951G-Cam Phones | 65 | $27,625 | Unknown | | | | 16 | $6,800.00 | Unknown | | | | 1 | $425 | Unknown |
| Cisco 7925 Wireless Phones | 2 | $800 | Unknown | | | | | | | | | | | | |
| Cisco 7937 Conference Phones | 3 | $2,100 | Unknown | | | | 1 | $700.00 | Unknown | | | | | | |
| Cisco UCS Phone System (HW & SW) | 1 | $30,000 | Unknown | | | | 1 | $10,000.00 | Unknown | | | | | | |
| Cisco Wireless Controller | 1 | $10,000 | Unknown | | | | | | | | | | | | |
| Cisco Wireless Access Points | 20 | $14,000 | Unknown | | | | 18 | $9,000.00 | Unknown | | | | 2 | $1,000 | Unknown |
| Office Multi-Function Printers | 7 | $45,500 | Unknown | | | | 3 | $18,000.00 | Unknown | 1 | $4,000 | | 1 | $6,000 | Unknown |
| Plotters | 1 | $12,500 | Unknown | | | | 1 | $5,000.00 | Unknown | 1 | $7,500 | | | | |
| Video Teleconferencing Gear | 1 | $10,000 | Unknown | | | | 1 | $10,000.00 | Unknown | | | | | | |
| TV/projectors | 4 | $40,000 | Unknown | | | | 1 | $10,000.00 | Unknown | | | | | | |
| CISCO Wireless Router | | | | | | | | | | | | | | | |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 47.1: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**Master Vehicle List**

| | Year | Make | Model | Description | Specs | Location | Mileage as of 01/22/2015 | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | 2008 | Ford | F350 | 1 ton truck | XL Cew Cab 4x4 | Chanute | 86,116 | Unknown |
| | 2008 | Ford | F350 | 1 ton truck | XL 4x4 Utility Bed | Chanute | 84,643 | Unknown |
| | 2008 | Ford | F350 | 1 ton truck | XL 4x4 Flat Bed | Chanute | 78,828 | Unknown |
| | 2010 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 79,530 | Unknown |
| | 2010 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 101,964 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 67,243 | Unknown |
| | 2011 | Ford | F250 | 3/4 ton truck | XL 4x4 Flat Bed | Lenapah | 85,892 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL 4x4 Flat Bed | Chanute | 62,912 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL 4x4 Flat Bed | Chanute | 57,606 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL 4x4 Flat Bed | Chanute | 58,692 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 59,734 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 63,419 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 73,016 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XLT Ext Cab 4x4 | Chanute | 79,350 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 60,072 | Unknown |
| | 2011 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 85,903 | Unknown |
| | 2011 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 85,297 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 82,926 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 37,538 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 46,003 | Unknown |
| | 2010 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 45,430 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 60,468 | Unknown |
| | 2011 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 66,355 | Unknown |
| | 2011 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | WV | 79,105 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 65,264 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 51,465 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 57,058 | Unknown |
| | 2011 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 97,737 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 64,570 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 53,803 | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 47.1: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**Master Vehicle List**

|  | Year | Make | Model | Description | Specs | Location | Mileage as of 01/22/2015 | Value |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  | 2011 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 72,611 | Unknown |
|  | 2011 | Ford | F250 | 3/4 ton truck | XLT Ext Cab 4x4 | Chanute | 79,206 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 55,484 | Unknown |
|  | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 81,346 | Unknown |
|  | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 35,938 | Unknown |
|  | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Lenapah | 69,399 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 76,100 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 59,430 | Unknown |
|  | 2011 | Ford | F150 | 1/2 ton truck | XLT Ext Cab 4x4 | OKC | 54,034 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 88,661 | Unknown |
|  | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 67,078 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 77,103 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 61,836 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 Flat Bed | Lenapah | 47,744 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 73,499 | Unknown |
|  | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 48,293 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 59,352 | Unknown |
|  | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 61,683 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 56,103 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 66,188 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 84,670 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 84,570 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 57,500 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | WV | 72,165 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | WV | 44,750 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 59,233 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 49,493 | Unknown |
|  | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 64,281 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 58,391 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 53,679 | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 47.1: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**Master Vehicle List**

| | Year | Make | Model | Description | Specs | Location | Mileage as of 01/22/2015 | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 58,240 | Unknown |
| | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 40,345 | Unknown |
| | 2012 | Ford | F150 | 1/2 ton truck | XLT Crew Cab 4x4 | Chanute | 38,730 | Unknown |
| | 2012 | Ford | F150 | 1/2 ton truck | XLT Crew Cab 4x4 | Chanute | 48,635 | Unknown |
| | 2013 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 23,386 | Unknown |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 68,131 | Unknown |
| | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 36,461 | Unknown |
| | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 29,319 | Unknown |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 57,177 | Unknown |
| | 2013 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 27,885 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Utility Bed | Chanute | 63,839 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 | Chanute | 15,457 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 56,274 | Unknown |
| | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 24,540 | Unknown |
| | 2014 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 6,090 | Unknown |
| | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 40,377 | Unknown |
| | 2015 | Ford | Explorer | SUV | XL 4x4 | Chanute | 6,966 | Unknown |
| | 2010 | Ford | F150 | 1/2 ton truck | XL 4x4 | Lenapah | 78,806 | Unknown |
| | 2012 | Ford | F350 | 3/4 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 47,588 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 45,500 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 44,095 | Unknown |
| | 2012 | Ford | F150 | 1/2 ton truck | XL 4x4 | Chanute | 49,458 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Lenapah | 42,425 | Unknown |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 51,277 | Unknown |
| | 2013 | Ford | Explorer | SUV | XL 4x4 | OKC | 73,005 | Unknown |
| | 2012 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 | Chanute | 50,491 | Unknown |
| | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 35,690 | Unknown |
| | 2011 | Ford | F150 | 1/2 ton truck | XLT Ext Cab 4x4 | Lenapah | 96,462 | Unknown |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 31,963 | Unknown |
| | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 47,141 | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 47.1: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**Master Vehicle List**

|  | Year | Make | Model | Description | Specs | Location | Mileage as of 01/22/2015 | Value |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 47,296 | Unknown |
|  | 2013 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 36,327 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 70,244 | Unknown |
|  | 2013 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 | Chanute | 26,350 | Unknown |
|  | 2013 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 28,743 | Unknown |
|  | 2013 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute | 34,310 | Unknown |
|  | 2011 | Ford | F150 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 61,523 | Unknown |
|  | 2013 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 26,570 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Lenapah | 48,569 | Unknown |
|  | 2013 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Lenapah | 6,320 | Unknown |
|  | 2014 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 22,865 | Unknown |
|  | 2015 | Ford | Explorer | SUV | XL 4x4 | Chanute | 8,222 | Unknown |
|  | 2012 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 82,707 | Unknown |
|  | 2015 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 10,084 | Unknown |
|  | 2015 | Ford | F250 | 3/4 ton truck | XL Ext Cab 4x4 | Chanute | 11,070 | Unknown |
|  | 2014 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 6,872 | Unknown |
|  | 2014 | Ford | F150 | 1/2 ton truck | XL Ext Cab 4x4 | Chanute | 5,093 | Unknown |
|  | 2015 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute |  | Unknown |
|  | 2015 | Ford | F350 | 1 ton truck | XL Ext Cab 4x4 Flat Bed | Chanute |  | Unknown |

In re PostRock Energy Services Corporation
Case No.: 16-11231
Schedule A/B - Part 8, ln 47.2: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles
Master Essential Equipment

| TYPE | DESCRIPTION | LOCATION | YEAR | MAKE | MODEL | WEIGHT | MILEAGE | HOURS | Notes | Value |
|------|-------------|----------|------|------|-------|--------|---------|-------|-------|-------|
| TRAILER | BUMPER PULL CAR TRAILER- 14' | CHANUTE | 2004 | 14' TANDUM TRAILER | UTILITY TRAILER | | | | | Unknown |
| TRACTOR | CRANE TRUCK | CHANUTE | 1998 | FREIGHTLINER | FL112 | 54000 | 1557 | | Catterson | Unknown |
| TRAILER | BUMPER PULL FLAT BED TRAILER- 18' | CHANUTE | 2004 | MAXEY | UTILITY TRAILER | | | | | Unknown |
| SAND TRUCK | SAND TRUCK | CHANUTE | 1981 | INTERNATIONAL | F2674 | 80000 | 20226 | | | Unknown |
| TRACTOR | CEMENT PUMP TRUCK | CHANUTE | 2012 | KENWORTH | T800W | 80000 | 12463 | | | Unknown |
| FRAC VAN | FRAC VAN | CHANUTE | 1997 | FORD | F-350 | 12000 | 47146 | | | Unknown |
| TRACTOR | IRON TRUCK | CHANUTE | 1997 | FORD | LOUISVILLE | 30000 | 120012 | | | Unknown |
| TRAILER | BUMPER PULL PIPE TRAILER- 30' | CHANUTE | 1978 | SHOP BUILT | PIPE TRAILER | | | | | Unknown |
| TRACTOR | TRACTOR | CHANUTE | 2003 | INTERNATIONAL | 9400 | 85500 | 271843 | | | Unknown |
| TRACTOR | TRACTOR | CHANUTE | 2003 | INTERNATIONAL | 8600 | 80000 | 332318 | | Roustabout | Unknown |
| 80 VAC | VAC TRUCK | CHANUTE | 2007 | KENWORTH | T800 | 54000 | 182188 | | | Unknown |
| 80 VAC | VAC TRUCK | CHANUTE | 2007 | KENWORTH | T800 | 54000 | 148393 | | | Unknown |
| 80 VAC | VAC TRUCK | CHANUTE | 2007 | INTERNATIONAL | 5700 | 54000 | 133988 | | | Unknown |
| Frac Truck | Frac Truck | Chanute | 2009 | KENWORTH | T800 | 80,000 | | | | Unknown |
| IMPLEMENT TRACTOR | TRACTOR | CHANUTE | 2007 | NEW HOLLAND | T2310 | | | 775 | Catterson | Unknown |
| ATV | HONDA ATV | WV | 2008 | HONDA | RANCHER | | | | | Unknown |
| ATV | HONDA ATV | WV | 2008 | HONDA | RANCHER | | | | | Unknown |
| ATV | HONDA ATV | WV | 2009 | HONDA | RANCHER | | | | Caught fire; using for parts only | Unknown |
| ATV | HONDA ATV | WV | 2009 | HONDA | RANCHER | | | | | Unknown |
| ATV | HONDA ATV | WV | 2009 | HONDA | RANCHER | | | | | Unknown |
| ATV | HONDA ATV | WV | 2009 | HONDA | RANCHER | | | | | Unknown |
| ATV | POLARIS RANGER XP | CHANUTE | 2010 | POLARIS | RANGER 4X4 | | | | Catterson | Unknown |
| TRACTOR | TRACTOR | CHANUTE | 2010 | MACK | TD713 | 85500 | 45719 | | PikePass # OTA3574161 | Unknown |
| ATV | HONDA ATV | WV | 2006 | HONDA | RANCHER | | | | | Unknown |
| DOZER | D5H | CHANUTE | 1995 | CATERPILLAR | D5 | | | 7850 | Roustabout | Unknown |
| DOZER | D4G | CHANUTE | 2002 | CATERPILLAR | D4G | | | 4201 | Roustabout | Unknown |
| FORK LIFT | TH63 | CHANUTE | 1998 | CATERPILLAR | TH63 | | | 542.6 | Catterson | Unknown |
| BACKHOE | E416D | LENAPAH | 2004 | CATERPILLAR | E416D | | | 1706 | | Unknown |
| SKID STEER | 1845C | LENAPAH | 2000 | CASE | 1845C | | | 1451 | | Unknown |
| WINCH TRUCK | WINCH TRUCK | CHANUTE | 1998 | INTERNATIONAL | 9800 | 80000 | 897181 | | | Unknown |
| FORK LIFT | TH83 | LENAPAH | 1998 | CATERPILLAR | TH83 | | | 22700 | | Unknown |
| COMPRESSOR | 1170 350 (ON COMP. TRUCK 931555) | CHANUTE | 2006 | INGERSOL RAND | 1170 350 | | | | Catterson | Unknown |
| BACKHOE | 420D | CHANUTE | 2003 | CATERPILLAR | 420D | | | 4228 | Catterson | Unknown |
| COMPRESSOR TRUCK | 24' FLATBED | CHANUTE | 1999 | FREIGHTLINER | FL112 | 48000 | 8918 | | Catterson | Unknown |
| PULLING UNIT | COOPER 1 | CHANUTE | 1998 | FREIGHTLINER | FL112 | 54000 | 4254 | | | Unknown |
| DOZER | D6D | CHANUTE | 1984 | CATERPILLAR | D6D | | | 1744 | | Unknown |
| FORK LIFT | TH460 | CHANUTE | 2004 | CATERPILLAR | TH460 | | | 2828 | SP Shop | Unknown |
| BACKHOE | 420D | CHANUTE | 2005 | CATERPILLAR | 420D | | | 1499 | Roustabout | Unknown |
| FORK LIFT | P6000LP | CHANUTE | 2007 | CATERPILLAR | P6000LP | | | 1446 | | Unknown |
| POWER WASHER | TRAILER MOUNTED POWER WASHER | LENAPAH | 2007 | HY FLO | 5305EB | | | | | Unknown |
| SKID STEER | 246B | CHANUTE | 2006 | CATERPILLAR | 246B | | | 1303 | Catterson | Unknown |
| SAND TRUCK | SAND TRUCK | CHANUTE | 2005 | MACK | CV713 | 80000 | 135331 | | | Unknown |
| PULLING UNIT | SEMCO 14 | CHANUTE | 2012 | MACK | CXU613 | 54000 | 33989 | | | Unknown |
| PULLING UNIT | SEMCO 10 | CHANUTE | 2012 | MACK | CXU613 | 54000 | 41718 | | | Unknown |

In re PostRock Energy Services Corporation
Case No.: 16-11231
Schedule A/B - Part 8, ln 47.2: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles
Master Essential Equipment

| TYPE | DESCRIPTION | LOCATION | YEAR | MAKE | MODEL | WEIGHT | MILEAGE | HOURS | Notes | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| POWER SWIVEL | TRAILER MOUNTED POWER SWIVEL | CHANUTE | 2011 | EVCO | POWER SWIVEL | | | 156 | | Unknown |
| GENERATOR | GENERATOR | CHANUTE | 2004 | JOHN DEERE | ST-6SB | | | 18960 | Burns | Unknown |
| MINI-EXCAVATOR | MINI-EXCAVATOR | CHANUTE | 2012 | CATERPILLAR | CR 303.5D | | | 504 | Burns | Unknown |
| ATV | POLARIS RANGER | CHANUTE | 2011 | POLARIS | RANGER 4X4 | | | | Troy Combs | Unknown |
| COMPRESSOR | COMPRESSOR | WV | | KINGSLY COMPRESSION | KS-240-16F | | | | Trailer mounted compressor | Unknown |
| PULLING UNIT | SEMCO 20 | CHANUTE | 2013 | MACK | CXU613 | 54000 | 33428 | | | Unknown |
| PULLING UNIT | SEMCO 22 | CHANUTE | 2013 | MACK | CXU613 | 54000 | 26456 | | | Unknown |
| PULLING UNIT | SEMCO 23 | CHANUTE | 2013 | MACK | CXU613 | 54000 | 30364 | | | Unknown |
| 80 VAC | VAC TRUCK | LENEPAH | 2013 | MACK | CXU613 | 54000 | 11244 | | | Unknown |
| TRAILER | GOOSE NECK- 30' FLAT BED | CHANUTE | 2008 | BIG TEX | FLAT BED | | | | | Unknown |
| TRAILER | EQUIPMENT FLOAT TRAILER- 48' | CHANUTE | 2008 | LANDOLL | 410B53 | | | | | Unknown |
| TRAILER | LOW BOY DROP DECK- 48' | CHANUTE | 2008 | EAGER BEAVER | DETACH TRAILER | | | | | Unknown |
| TRAILER | EQUIPMENT FLOAT TRAILER- 53' | CHANUTE | 2007 | LANDOLL | 435B53 | | | | Roustabout | Unknown |
| TRAILER | GOOSE NECK FLAT BED TRAILER- 30' | CHANUTE | 2006 | BIG TEX | FLAT BED | | | | Roustabout | Unknown |
| TRAILER | BUMPER PULL PIPE TRAILER- V TYPE- 30' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL PIPE TRAILER- V TYPE- 30' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2007 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2008 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK PIPE TRAILER- 36' | CHANUTE | 2008 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | GOOSE NECK FLAT BED TRAILER- 30' | CHANUTE | 2008 | BIG TEX | FLAT BED | | | | Roustabout | Unknown |
| TRAILER | ACID PUP TRAILER | CHANUTE | 2007 | SHOP BUILT | SHOP BUILT | | | | | Unknown |
| TRAILER | LOW BOY DROP DECK- 48' | CHANUTE | 2012 | PITT | DETACH TRAILER | | | | Roustabout | Unknown |
| TRAILER | BUMPER PULL FLAT BED TRAILER- 18' | CHANUTE | 2011 | HOME MADE | UTILITY TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL HEATER TRAILER- 8'X16' | CHANUTE | 2011 | HOME MADE | UTILITY TRAILER | | | | catterson | Unknown |
| TRAILER | BUMPER PULL PIPE TRAILER- 30' | LENEPAH | 2011 | YOUNG | PIPE TRAILER | | | | | Unknown |
| TRAILER | OFFICE TRAILER | CHANUTE | 1994 | WHITE | MH | | | | | Unknown |
| TRAILER | ATV TRAILER- 5'X10' | CHANUTE | 2009 | J&W | UTILITY TRAILER | | | | | Unknown |
| TRAILER | 60 BBL WASH PIT | CHANUTE | 2012 | YOUNG | TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL CAR TRAILER- 18' | CHANUTE | 2012 | TOWMASTER | UTILITY TRAILER | | | | | Unknown |
| TRAILER | ATV TRAILER- 6-1/2'X12' | CHANUTE | 2011 | STARLITE | UTILITY TRAILER | | | | | Unknown |
| GENERATOR | GENERATOR | CHANUTE | 2007 | CATERPILLAR | D150-8 | | | | AT FIRESIDE | Unknown |
| TRACTOR | TRANSPORT WITH HYDRAULICS | CHANUTE | 2014 | KENWORTH | T-800 | 85500 | 28845 | | | Unknown |
| TRACTOR | TRANSPORT WITH HYDRAULICS | CHANUTE | 2014 | KENWORTH | T-800 | 85500 | 5624 | | | Unknown |
| TRACTOR | TRANSPORT WITH HYDRAULICS | CHANUTE | 2014 | KENWORTH | T-800 | 85500 | 1478 | | | Unknown |
| 100 VAC | VAC TRUCK | CHANUTE | 2014 | KENWORTH | T800 | 66000 | 25675 | | | Unknown |
| ATV | HONDA ATV | WV | 2013 | HONDA | RANCHER | | | | | Unknown |
| TRAILER | 60BBL 2 BAFFLE WASH PIT | CHANUTE | 2013 | YOUNG | TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL CAR TRAILER- 24' | CHANUTE | 2013 | YOUNG | UTILITY TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL CAR TRAILER- 24' | CHANUTE | 2013 | YOUNG | UTILITY TRAILER | | | | | Unknown |
| TRAILER | BUMPER PULL CAR TRAILER- 24' | CHANUTE | 2013 | YOUNG | UTILITY TRAILER | | | | Roustabout | Unknown |
| TRAILER | BUMPER PULL CAR TRAILER- 24' | CHANUTE | 2013 | YOUNG | UTILITY TRAILER | | | | Roustabout | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 47.2: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**Master Essential Equipment**

| TYPE | DESCRIPTION | LOCATION | YEAR | MAKE | MODEL | WEIGHT | MILEAGE | HOURS | Notes | Value |
|------|-------------|----------|------|------|-------|--------|---------|-------|-------|-------|
| | | | | | | | | | | |
| TRAILER | 130 BBL VACUUM TANKER | CHANUTE | 2013 | YOUNG | TRANSPORT | | | | | Unknown |
| TRAILER | 130 BBL VACUUM TANKER | CHANUTE | 2014 | YOUNG | TRANSPORT | | | | | Unknown |
| TRAILER | BUMPER PULL HEATER TRAILER- 6'X12' | CHANUTE | 2014 | HOME MADE | UTILITY TRAILER | | | | | Unknown |
| TRAILER | 130 BBL VACUUM TANKER | CHANUTE | 2014 | YOUNG | TRANSPORT | | | | | Unknown |
| SKID LOADER | SKID LOADER w/ TRACKS | CHANUTE | | CATERPILLAR | 289DSTD20 | | | | | Unknown |
| MINI-EXCAVATOR | MINI-EXCAVATOR | CHANUTE | | CATERPILLAR | 305DCRLC | | | | | Unknown |
| TRAILER | OFFICE TRAILER | CHANUTE | 1994 | MILL | 830 | | | | | Unknown |
| SKID LOADER | Bobcat | CHANUTE | | Bob Cat | S250 | | | | | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 50.1: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Master Unessential Equipment**

| TYPE | DESCRIPTION | LOCATION | MAKE | MODEL | NOTES | Value |
|------|-------------|----------|------|-------|-------|-------|
| WELDER | LINCOLN WELDER | CHANUTE | LINCOLN | | ON 905305 | Unknown |
| GENERATOR | BLUE GENERATOR | CHANUTE | MILLER | TRAILBLAZER | on 905385 | Unknown |
| WELDER | RANGER 10000 WELDER | CHANUTE | | | | Unknown |
| POLY MACHINE | MCELROY A430101 POLY FUSION | CHANUTE | MCELROY | | | Unknown |
| POWER WASHER | HY FLO POWER WASHER | CHANUTE | | HY FLO | | Unknown |
| POLY MACHINE | POLY FUSION WELDER | CHANUTE | MCELROY | #28 | EVALUATE FOR AUCTION | Unknown |
| POLY MACHINE | POLY FUSION WELDER | CHANUTE | MCELROY | #412 | | Unknown |
| WELDER | MT250 | LENAPAH | MILLER | MT250 | ON 905430 | Unknown |
| WELDER | WELDER MILLER DIALARC ELC 7017 | LENAPAH | | | | Unknown |
| WELDER | RANGER 10 PORT WELDER | CHANUTE | | | ON TRUCK 904980 | Unknown |
| MACHINE | TIRE MACHINE | CHANUTE | | | 14TH SHOP | Unknown |
| MACHINE | SURFACE MOUNTED LIFT | CHANUTE | | | 14TH SHOP | Unknown |
| MACHINE | ROLLING JACKS | CHANUTE | | | 14TH SHOP | Unknown |
| WELDER | 255 WELDER | LENAPAH | LINCOLN | | | Unknown |
| AIR COMPRESSOR | INDUSTRIAL AIR COMPRESSOR | CHANUTE | INDUSTRIAL | G21210685A | PIPELINE ON (905655) | Unknown |
| GENERATOR | GENERAC GENERATOR GP 5000 ORANGLE/BLACK | CHANUTE | GENERAC | 56221 | COMPRESSION-CHANUTE | Unknown |
| GENERATOR | ALL POWER GENERATOR | CHANUTE | ALL POWER | JD200090280664 | IT DEPARTMENT | Unknown |
| AIR COMPRESSOR | INDUSTRIAL AIR COMPRESSOR | CHANUTE | INDUSTRIAL | J5512404A | PIPELINE ON 905385 | Unknown |
| AIR COMPRESSOR | SPEEDAIRE COMPRESSOR | CHANUTE | SPEEDAIR | SN 121020119961 | COMPRESSION ON 905290 | Unknown |
| AIR COMPRESSOR | MAX AIR PREMIUM COMPRESSOR | CHANUTE | MAX AIR | MODEL TT90G | SPARE @ 14th | Unknown |
| AIR COMPRESSOR | MAX AIR PREMIUM COMPRESSOR | CHANUTE | MAX AIR | MODEL TT90G | SPARE @ 14th | Unknown |
| AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | MODEL PUK 8008HGE | SPARE @ 14th | Unknown |
| AIR COMPRESSOR | PUMA AIR COMPRESSOR | LENAPAH | PUMA | MODEL PUK 8008HGE | COMPRESSION-LENAPAH (905305) | Unknown |
| WELDER | MILLER PORTABLE WELDER | CHANUTE | MILLER | TRAILBLAZER 302 | ON TRUCK 905580 | Unknown |
| WELDER | MILLER PORTABLE WELDER | CHANUTE | MILLER | TRAILBLAZER 301G | ROUSTABOUTS ON TRUCK  905205 | Unknown |
| MOTOR | GAS HONDA MOTOR | CHANUTE | HONDA | MODEL GX390 | CAPEX DEPARTMENT 933325 | Unknown |
| WELDER | ON 905195 | CHANUTE | LINCOLN | | | Unknown |
| POWER WASHER | HYFLO POWER WASHER 5305EB | CHanute | | HY FLO | 14TH SHOP | Unknown |
| POWER WASHER | STATIONARY HOT PRESSURE WASHER | CHANUTE | | HY-FLO | ON TRUCK 905570 | Unknown |
| AIR COMPRESSOR | HONDA 160GX PORTABLE AIR COMPRESSOR | CHANUTE | HONDA | 160GX | ON TRUCK 905190 | Unknown |
| AIR COMPRESSOR | PUMA GLBJT PORTABLE AIR COMPRESSOR | CHANUTE | PUMA | GLBJT | ON TRUCK 905115 | Unknown |
| AIR COMPRESSOR | MAX AIR TT90G PORTABLE AIR COMPRESSOR | CHANUTE | MAX AIR | TT90G | ON TRUCK 905460 | Unknown |
| AIR COMPRESSOR | PUMA GLBJT PORTABLE AIR COMPRESSOR | CHANUTE | PUMA | GLBJT | ROUSTABOUTS | Unknown |
| POLY MACHINE | ELECTROFUSION POLYFUSION WELDER | CHANUTE | ELECTROFUSION | | ROUSTABOUTS | Unknown |
| GENERATOR | GENERAC GENERATOR GP 5000 ORANGLE/BLACK | CHANUTE | GENERAC | 56221 | FIRESIDE CONEX | Unknown |
| GENERATOR | GENERAC GENERATOR GP 5000 | CHANUTE | GENERAC | 56221 | SPARE @ 14th | Unknown |
| COMPRESSOR | PUMP AIR COMPRESSOR | CHANUTE | PUMA | TUE8008HGE | PIPELINE on 905720 | Unknown |
| WELDER | LINCOLN RANGER 305G PIPELINE WELDER | CHANUTE | LINCOLN | 305G | ON 905120 | Unknown |
| AIR COMPRESSOR | PUMA 8 HP AIR COMPRESSOR | CHANUTE | PUMA | TUE880846E | ON 905425 | Unknown |
| AIR COMPRESSOR | PUMA 8 HP AIR COMPRESSOR | CHANUTE | PUMA | TUE880846E | ON 905250 | Unknown |
| AIR COMPRESSOR | PUMA 8 HP AIR COMPRESSOR | CHANUTE | PUMA | TUE880846E | ON 905105 | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 50.1: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Master Unessential Equipment**

| | TYPE | DESCRIPTION | LOCATION | MAKE | MODEL | NOTES | Value |
|---|---|---|---|---|---|---|---|
| | AIR COMPRESSOR | PUMA 8 HP AIR COMPRESSOR | CHANUTE | PUMA | TUE880846E | SPARE @ 14th - no SSI # on unit | Unknown |
| | AIR COMPRESSOR | MAXAIR TT55G AIR COMPRESSOR | CHANUTE | MAXAIR | TT55G | C56982 | Unknown |
| | POLY MACHINE | POLY WELDING MACHINE | CHANUTE | 2013 | MCELROY | ON 905695 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | PUK8008GE | ON 905770 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | PUK8008GE | COMPRESSION-CHANUTE | Unknown |
| | WELDER | LINCOLN WELDER | CHANUTE | LINCOLN | RANGER 305G | 14TH SHOP | Unknown |
| | WELDER | LINCOLN WELDER | CHANUTE | LINCOLN | RANGER 225 | ON 905205 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | CU6100LN | ON 905720 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | PUK8008G | ON 905775 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | PUK8008HGE | ON 905085 | Unknown |
| | AIR COMPRESSOR | PUMA AIR COMPRESSOR | CHANUTE | PUMA | PUK8008HGE | AT MANGELS COMP | Unknown |
| | GENERATOR | POWERLAND GENERATOR | CHANUTE | POWERLAND | PD3G10000E | LARRY GRAHAM | Unknown |
| | GENERATOR | GENERAC GP 5500 GENERATOR | CHANUTE | GENERAC | GP 5500 | 26817CB | Unknown |
| | SPRAYER | NORTH STAR WEED SPRAYER | CHANUTE | | | ON 933235 | Unknown |
| | HYDRAULIC MOTOR | HYDRAULIC MOTOR | CHANUTE | HONDA | GX390 | | Unknown |

**In re PostRock Energy Services Corporation**
**Case No.: 16-11231**
**Schedule A/B - Part 8, ln 50.2: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**FRAC TANKS**

| File & Tank# | Description | Location | | Rating | State Titled In | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|
| 971039 #5 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | NOV. 2012 | 3 | OK | Unknown |
| 971045 #11 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | 41468 | 3 | OK | Unknown |
| 971046 #12 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAR. 2012 | 3 | OK | Unknown |
| 971051 #17 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | FEB. 2013 | 3 | OK | Unknown |
| 971053 #19 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | APRIL. 2013 | 3 | OK | Unknown |
| 971055 #21 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | JULY. 2013 | 3 | OK | Unknown |
| 971057 #23 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | NOV. 2012 | 3 | OK | Unknown |
| 971059 #25 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | SEPT. 2012 | 3 | OK | Unknown |
| 971061 #27 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | OUT OF SERVICE | 3 | OK | Unknown |
| 971066 #32 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | FEB. 2013 | 3 | OK | Unknown |
| 971072 #38 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAY. 2013 | 3 | OK | Unknown |
| 971073 #39 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAY. 2012 | 3 | OK | Unknown |
| 971074 #40 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | OUT OF SERVICE | 3 | OK | Unknown |
| 971076 #42 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAY. 2013 | 2 | OK | Unknown |
| 971079 #45 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | AUG. 2012 | 3 | OK | Unknown |
| 971085 #51 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAR. 2012 | 3 | OK | Unknown |
| 971088 #54 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | FEB. 2012 | 3 | OK | Unknown |
| 971089 #55 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | AUG. 2012 | 3 | OK | Unknown |
| 971090 #56 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | MAY. 2012 | 3 | OK | Unknown |
| 971091 #57 | 2007 TROXELL FRAC TANK - 500BBL | Chanute-14th TC | OCT. 2012 | 3 | OK | Unknown |

**In re PostRock Energy Services Corporation**

**Case No.: 16-11231**

**Schedule A/B - Part 11 Line 71: Intercompany Accounts and Transactions**

Per the Company, the "Intercompany Accounts" amounts reported in the Company's general ledger and trial balance does not include all intercompany transactions.  The Company reports and accounts on a consolidated basis.  Although the intercompany accounts net to zero on the Consolidated Trial Balance's, the amounts on each entity's trial balance may not reflect the actual intercompany transactions booked to the correct entity and may not  include all intercompany transactions.  Therefore the entity by entity balances may not reflect the correct or actual intercompany amounts due to/from.

Also, per the Company, the transactions are accounted for in a consolidated format and the financial statements, audits and tax returns are prepared from this information on a consolidated basis.

The Company will look into reconciling the intercompany accounts and the Schedules may be supplemented once reconciliation can be completed.

**Fill in this information to identify the case:**

Debtor name  **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  **16-11231-SAH**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ALLEN COUNTY TREASURER**<br>Creditor's Name<br><br>**1 N. WASHINGTON**<br>**IOLA, KS 66749**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Taxes Due** | $2,927.00 | $0.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **BBVA COMPASS**<br>Creditor's Name<br><br>**PO BOX 4444**<br>**HOUSTON, TX 77210-4444**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Money Loaned** | $11,919,539.00 | $0.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **PostRock Energy Services Corporation**

Name

Case number (if know)    **16-11231-SAH**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BRAXTON COUNTY SHERIFF** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Taxes Due**

$0.00    $0.00

**P.O. BOX 546**
**SUTTON, WV 26601-0486**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **BUTLER COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Taxes Due**

$333.00    $0.00

**205 W. CENTRAL**
**ROOM 207**
**EL DORADO, KS 67042**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **CABELL COUNTY COURTHOUSE** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Taxes Due**

$0.00    $0.00

**PO BOX 2114**
**HUNTINGTON, WV**
**25721-2114**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 15

Debtor **PostRock Energy Services Corporation**
Name

Case number (if know) **16-11231-SAH**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Cadence Bank, N.A.** |
|---|---|

Creditor's Name

**2800 Post Oak Boulevard
Suite 3800
Houston, TX 77056**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Money Loaned**

$11,919,539.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CALHOUN COUNTY SHERIFF** |
|---|---|

Creditor's Name

**P.O. BOX 340
GRANTSVILLE, WV 26147**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Taxes Due**

$0.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 15

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.8 | **CHAUTAUQUA COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,621.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |

**215 N. CHAUTAUQUA SEDAN, KS 67361**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **CITIBANK NA** | Describe debtor's property that is subject to a lien | $17,217,112.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Money Loaned** | | |

**3800 CITIBANK CENTER BLG B 3RD FLOOR TAMPA, FL 33610**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.10 | **CITIBANK NA** | Describe debtor's property that is subject to a lien | $1,380,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Letters of Credit** | | |

**3800 CITIBANK CENTER BLG B 3RD FLOOR TAMPA, FL 33610**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 1 | **COWLEY COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**311 EAST 9TH**
**P.O. BOX 744**
**WINFIELD, KS 67156**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                    $76.00            $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **CRAIG COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**210 WEST DELAWARE**
**SUITE 104**
**VINITA, OK 74301-0597**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                    $0.00            $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **DODDRIDGE COUNTY COURTHOUSE** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 219**
**WEST UNION, WV**
**26456-0219**

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                    $0.00            $0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** **ELK COUNTY TREASURER**

Creditor's Name

**P.O. BOX 325**
**HOWARD, KS 67349**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Taxes Due**

$1,282.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.15** **GILMER COUNTY SHERIFF**

Creditor's Name

**10 HOWARD STREET**
**GLENVILLE, WV 26351**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Taxes Due**

$0.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **PostRock Energy Services Corporation**                                    Case number (if know)    **16-11231-SAH**
_____                               _____
Name

☐ Contingent
■ No                                  ☐ Unliquidated
☐ Yes. Specify each creditor,         ☐ Disputed
including this creditor and its relative
priority.
_____

| 2.1 6 | **GREENWOOD COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $731.00 | $0.00 |

Creditor's Name

**311 N. MAIN STREET
SUITE 4
EUREKA, KS 67045**

**Taxes Due**
_____

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____                          ☐ Yes
Creditor's email address, if known
                                     **Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No

                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an      **As of the petition filing date, the claim is:**
interest in the same property?**     Check all that apply

■ No                                  ☐ Contingent

☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative
priority.                             ☐ Disputed
_____

| 2.1 7 | **KANAWHA COUNTY SHERIFFS OFFICE** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**409 VIRGINIA ST E RM 120
CHARLESTON, WV
25301-2595**

**Taxes Due**
_____

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____                          ☐ Yes
Creditor's email address, if known
                                     **Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No

                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an      **As of the petition filing date, the claim is:**
interest in the same property?**     Check all that apply

■ No                                  ☐ Contingent

☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative
priority.                             ☐ Disputed
_____

| 2.1 8 | **KANSAS CORPORATION COMMISSION** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**1500 SW ARROWHEAD
ROAD
TOPEKA, KS 66604-4027**

**Taxes Due**
_____

Creditor's mailing address

**Describe the lien**
_____

| | |
|---|---|
| Debtor **PostRock Energy Services Corporation** | Case number (if know) **16-11231-SAH** |
| Name | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **KANSAS DEPARTMENT OF REVENUE** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | **P.O. Box 12005** | **Taxes Due** | | |
| | **MINERAL TAX DIVISION** | | | |
| | **TOPEKA, KS 66612** | | | |
| | Creditor's mailing address | Describe the lien | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **KANSAS OIL & GAS RESOURCE FUND** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | **P.O. BOX 757** | **Taxes Due** | | |
| | **WICHITA, KS 67201** | | | |
| | Creditor's mailing address | Describe the lien | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 8 of 15 |

Debtor **PostRock Energy Services Corporation**
_____
Name

Case number (if know)   **16-11231-SAH**
_____

---

| 2.2 1 | **LABETTE COUNTY TREASURER** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 388
OSWEGO, KS 67356**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**Taxes Due**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$160,754.00          $0.00

---

| 2.2 2 | **MONTGOMERY COUNTY TREASURER** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 767
INDEPENDENCE, KS
67301-0767**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**Taxes Due**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,460.00          $0.00

---

| 2.2 3 | **NEOSHO COUNTY TREASURER** | | | |
|---|---|---|---|---|

Creditor's Name

**100 S. MAIN
ERIE, KS 66733**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Taxes Due**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$676,117.00          $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (*if know*) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **NOWATA COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |

**P.O. BOX 427**
**NOWATA, OK 74048**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **OKLAHOMA COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |

**P.O. BOX 268875**
**OKLAHOMA CITY, OK 73126-8875**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **OKLAHOMA TAX COMMISSION** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | PostRock Energy Services Corporation | | Case number (if know) | 16-11231-SAH |
|---|---|---|---|---|

Name

| Creditor's Name | Taxes Due |
|---|---|

**P.O. BOX 26740**
**OKLAHOMA CITY, OK**
**73126-0740**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 7 | **OKLAHOMA TAX COMMISSION** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Taxes Due**

**P.O. BOX 269056**
**OKLAHOMA CITY, OK**
**73126-9056**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 8 | **OneWest Bank, FSB** | Describe debtor's property that is subject to a lien | $11,919,539.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Money Loaned**

**888 East Walnut Street**
**Pasadena, CA 91101**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **RITCHIE COUNTY SHERIFF** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**115 EAST MAIN STREET ROOM 204 HARRISVILLE, WV 26362**
Creditor's mailing address

**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **SEMINOLE COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 1340 WEWOKA, OK 74884**
Creditor's mailing address

**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **SHERIFF OF LINCOLN COUNTY** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 467 HAMLIN, WV 25523**
Creditor's mailing address

**Taxes Due**

**Describe the lien**

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 2 | **Texas Capital Bank, N.A.** | Describe debtor's property that is subject to a lien | $6,621,966.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2000 McKinney Avenue
Suite 700
Dallas, TX 75201**
Creditor's mailing address

**Money Loaned**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 3 | **WAYNE COUNTY SHERIFF 1283** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P O BOX 218
WAYNE, WV 25570**
Creditor's mailing address

**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if know) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **WEST VIRGINIA SECRETARY OF** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 40300
CHARLESTON, WV 25364**

Creditor's mailing address

**Taxes Due**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **WILSON COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $198,139.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**615 MADISON ST., ROOM 105
FREDONIA, KS 66736**

Creditor's mailing address

**Taxes Due**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **WOOD COUNTY SHERIFF** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P O BOX 1985
PARKERSBURG, WV 26102**

Creditor's mailing address

**Taxes Due**

Describe the lien

---

Debtor    **PostRock Energy Services Corporation**                          Case number (if know)    **16-11231-SAH**
_____
Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.3<br>7 | **WOODSON COUNTY TREASURER** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $709.00 | $0.00 |
| | **105 WEST RUTLEDGE, ROOM 105 YATES CENTER, KS 66783-1498** | **Taxes Due** | | |
| | Creditor's mailing address | Describe the lien | | |

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $62,026,844.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11231-SAH**

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.44 | $0.00 |
|---|---|---|---|---|

**4-WALK FARMS, LLC
201 EAST 1ST
ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.88 | $0.00 |
|---|---|---|---|---|

**4D LAND & CATTLE COMPANY,
INC
995 W RD 140
SCOTT CITY, KS 67871**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**710 CORPORATION**
**12864 STAUNTON TPKE**
**SMITHVILLE, WV 26178**

| As of the petition filing date, the claim is: | $616.94 | $0.00 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)     ☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**A M ELLIOTT HEIRS**
**2161 KENYON AVE NW**
**MASSILLON, OH 44646**

| As of the petition filing date, the claim is: | $2.36 | $0.00 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)     ☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**A-1 ELECTRIC, INC**
**414 EAST MAIN**
**CHANUTE, KS 66720**

| As of the petition filing date, the claim is: | $141.48 | $0.00 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)     ☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**AARON K LELACHEAUR &**
**RT 1 BOX 172**
**SOUTH COFFEYVILLE, OK 74072**

| As of the petition filing date, the claim is: | $62.89 | $0.00 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)     ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.12 | $0.00 |
|---|---|---|---|---|

**AARON MILLER**
**10562 US HIGHWAY 26**
**KINNEAR, WY 82516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.75 | $0.00 |
|---|---|---|---|---|

**ABB, INC**
**PO BOX 88868**
**CHICAGO, IL 60695-1868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.70 | $0.00 |
|---|---|---|---|---|

**ADAM HARRIS**
**11550 60TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.89 | $0.00 |
|---|---|---|---|---|

**ADAM L & PEGGY L KINSCH, H/W**
**26042 IRVING ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4.13** | **$0.00** |
|---|---|---|---|
| **ADAM NORRIS LEMON, JR**<br>**1338 COPPERHEAD ROAD**<br>**WAVERLY, WV 26184** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes |

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17.90** | **$0.00** |
|---|---|---|---|
| **ADOBE ACQUISITION, LLC**<br>**1000 BALLPARK WAY**<br>**STE 216**<br>**ARLINGTON, TX 76011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes |

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$157.65** | **$0.00** |
|---|---|---|---|
| **ADRIAN DALE COOMES**<br>**621 LAFAYETTE ST.**<br>**ST. PAUL, KS 66771** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes |

---

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$233.09** | **$0.00** |
|---|---|---|---|
| **ALAN & SHARON HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER, KS 66776** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.94 | $0.00 |
|---|---|---|---|---|

**ALAN CARL GRIFFEY**
**PO BOX 189**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.02 | $0.00 |
|---|---|---|---|---|

**ALAN E & EILEEN ANGLETON**
**13505 240TH RD**
**ERIE, KS 66773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.60 | $0.00 |
|---|---|---|---|---|

**ALAN R HAUGHT**
**405 W. MAIN STREET**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ALBERT J BENJAMIN TTEE**
**2518 PINOAK LANE**
**RESTON, VA 20191-4229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
| | Name | | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.55** | **$0.00**
| **ALBERT P DORRIS**
**8255 LYON ROAD**
**ERIE, KS 66733** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,972.86** | **$0.00**
| **ALEXANDER DAVID MIH**
**1927 BREWSTER RD**
**INDIANAPOLIS, IN 46260-1589** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.44** | **$0.00**
| **ALFAB INC**
**PO BOX 26**
**SMITHVILLE, WV 26178** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$183.75** | **$0.00**
| **ALFRED & VIRGINIA MANNERS
LIV**
**22044 UDALL ROAD**
**PARSONS, KS 67357** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.88 | $0.00 |
|---|---|---|---|---|

**ALFRED E ERBE, THOMAS RAY ERBE**
**19106 800 RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.02 | $0.00 |
|---|---|---|---|---|

**ALICE GOINS FAMILY TRUST**
**1760 120TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 | $0.00 |
|---|---|---|---|---|

**ALICE LONG**
**RT. 1 BOX 366**
**SO. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.74 | $0.00 |
|---|---|---|---|---|

**ALICE STUMP**
**679 HIGHLAND ROAD**
**ELLENBORO, WV 26346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.57 | $0.00 |
|---|---|---|---|---|

**ALLAN PAUL CLINE**
**5204 SATTLER PL**
**SARASOTA, FL 34232-2677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.39 | $0.00 |
|---|---|---|---|---|

**ALLAN R SANDERS**
**683 21000 RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.48 | $0.00 |
|---|---|---|---|---|

**ALLEN & DIANN MYERS TRUST**
**16040 CHASE ROAD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.27 | $0.00 |
|---|---|---|---|---|

**ALLEN D NOTTINGHAM**
**PO BOX 105**
**MINERALWELLS, WV 26150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.78 | $0.00 |
|---|---|---|---|---|

**ALLEN DEAN AYERS II**
**HC 75 BOX 4A**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.87 | $0.00 |
|---|---|---|---|---|

**ALLEN L & CECILLE R**
**NUNNENKAMP**
**13906 US 75 HIGHWAY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.25 | $0.00 |
|---|---|---|---|---|

**ALLEN L & DIANN MYERS**
**16040 CHASE ROAD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.22 | $0.00 |
|---|---|---|---|---|

**ALLEN R OR WANDA J**
**CHEWNING**
**509 BELL FONTAINE**
**OKLAHOMA CITY, OK 73160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.43 | $0.00 |
|---|---|---|---|---|

**ALLENE MAYNARD& WILBUR**
**MAYNARD**
**246 GUYAN STREET**
**HUNTINGTON, WV 25702-9576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.94 | $0.00 |
|---|---|---|---|---|

**ALMA MEYER REV TRST,**
**6 BERRYDALE PL**
**BELLA VISTA, AR 72715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.89 | $0.00 |
|---|---|---|---|---|

**ALTA M MERRILL**
**4665 IRVING ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.98 | $0.00 |
|---|---|---|---|---|

**ALVIN F DAUBENSPECK**
**93 CISCO ROAD**
**CAIRO, WV 26337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.19 | $0.00 |
|---|---|---|---|---|

**AMANDA TURNER**
**2261 N. 545 RD.**
**TAHLEQUAH, OK 74464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.50 | $0.00 |
|---|---|---|---|---|

**AMERICAN ENERGY**
**301 NW 63RD SUITE 600**
**OKLAHOMA CITY, OK 73116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,235.24 | $0.00 |
|---|---|---|---|---|

**AMERITAS LIFE INSURANCE**
**CORP**
**ATTN:  OIL & GAS**
**PO BOX 40888**
**CINCINNATI, OH 45240-0888**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.36 | $0.00 |
|---|---|---|---|---|

**AMY M BERG & BRADLEY D**
**BOHRER**
**220 HIGH STREET**
**BALDWIN CITY, KS 66006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.26 | $0.00 |
|---|---|---|---|---|

**ANDREW D & KARI S KING**
**P.O. BOX 92**
**YATES CENTER, KS 66783**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.20 | $0.00 |
|---|---|---|---|---|

**ANDREW G MEIWES**
**4320 MOFFAT ROAD NW**
**PIEDMONT, OK 73078**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.16 | $0.00 |
|---|---|---|---|---|

**ANDREWS FAMILY HOLDING CO**
**LLC**
**851 CEDAR DR**
**DEALE, MD 20751**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ANGELA K BEST**
**107 AUTOMOTIVE BLVD.**
**ELKTON, MD 21921**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.25 | $0.00 |
|---|---|---|---|---|

**ANGELYN W DAVIDSON,**
**371 WOODLAWN MNR**
**LAWRENCE, KS 66049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.57 | $0.00 |
|---|---|---|---|---|

**ANN KOONTZ**
**7509 NEW GRACE MEWS**
**COLUMBIA, MD 21046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.14 | $0.00 |
|---|---|---|---|---|

**ANNA HERRMANN**
**7245 S BIRMINGHAM AVE**
**TULSA, OK 74136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.27 | $0.00 |
|---|---|---|---|---|

**ANNA MC CALLISTER**
**5156 STRAIGHT FORK**
**GRIFFITHSVILLE, WV 25521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ANNA MORRIS**
**10450 LAKEVIEW DR**
**NEW PRT RCHY, FL 34654-3549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.26 | $0.00 |
|---|---|---|---|---|

**ANNABELLE MAYHEW**
**167 OAKBROOK LANE**
**MINERALWELLS, WV 26150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.31 | $0.00 |
|---|---|---|---|---|

**ANNE MCCAULEY**
**6855 150TH ROAD**
**MAYETTA, KS 66509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.99 | $0.00 |
|---|---|---|---|---|

**ANNE R DECKER**
**9612 TRAILRIDGE TERRACE**
**POTOMAC, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5.09** | **$0.00** |
|---|---|---|---|---|

**ANNETTA G BAXTER**
**700 BAY DRIVE**
**APT 1010**
**NICEVILLE, FL 32578-4148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$44.09** | **$0.00** |
|---|---|---|---|---|

**ANTHIS LAND COMPANY, LLC**
**PO BOX 14470**
**TULSA, OK 74159-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$956.01** | **$0.00** |
|---|---|---|---|---|

**ANTHONY J BOLLIG TEST TRST;**
**PO BOX 779**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$55.98** | **$0.00** |
|---|---|---|---|---|

**ANTHONY JIMENEZ**
**23375 LYON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.29 | $0.00 |
|---|---|---|---|---|

**ANTHONY LYNN ROGERS**
**5527 W AMHURST AVE**
**DALLAS, TX 75209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.23 | $0.00 |
|---|---|---|---|---|

**APPALACHIAN ROYALTIES INC**
**PO DRAWER 1917**
**CLARKSBURG, WV 26302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.37 | $0.00 |
|---|---|---|---|---|

**ARDITH A BRENEMAN**
**33000 S. 544 ROAD**
**JAY, OK 74346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.63 | $0.00 |
|---|---|---|---|---|

**ARLENE RIDGELY**
**1265 CAMPUS COURT**
**WESTMINSTER, MD 21157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor   **PostRock Energy Services Corporation**                   Case number *(if known)*   **16-11231-SAH**
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$764.55** | **$0.00** |
|---|---|---|---|---|

**ARLO L CRAWSHAW LIV TRST**
**24345 S. NAVAJO DR.**
**CHANNAHON, IL 60410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.38** | **$0.00** |
|---|---|---|---|---|

**ARLO WAYNE & RUTH ANN**
**6512 NW FAIRWAY DRIVE**
**PARKVILLE, MO 64152-2518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$107.94** | **$0.00** |
|---|---|---|---|---|

**ARMILDA ADKINS**
**3657 PIEDMONT ROAD**
**HUNTINGTON, WV 25704-1940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.45** | **$0.00** |
|---|---|---|---|---|

**ARNA M WALLS**
**299 LONG BRANCH ROAD**
**BRANCHLAND, WV 25506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.04 | $0.00 |
|---|---|---|---|---|

**ARNALDO BARROS & MARIA
BARROS
900 WASHINGTON ST
HOLLYWOOD, FL 33019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.55 | $0.00 |
|---|---|---|---|---|

**ARROW W RANCH, LLC
685 W. 77TH STREET
TULSA, OK 74132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.29 | $0.00 |
|---|---|---|---|---|

**ARTHA DEEN CHAMBERLIN
5256 MANDARIN DRIVE
OCEANSIDE, CA 92056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.40 | $0.00 |
|---|---|---|---|---|

**ARTHUR LEE CRANOR
114 W NORTH STREET
COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.51 | $0.00 |
|---|---|---|---|---|

**ARTHUR W GIBSON TRST**
**P O BOX 3480**
**OMAHA, NE 68103-0480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.06 | $0.00 |
|---|---|---|---|---|

**ARVIN E CLEMANS**
**705 N KENTUCKY**
**IOLA, KS 66749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.62 | $0.00 |
|---|---|---|---|---|

**ASHLEY HOLT**
**P.O. BOX 680997**
**FRANKLIN, TN 37068-0997**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.90 | $0.00 |
|---|---|---|---|---|

**ATMOS ENERGY**
**2929 W SAM HOUSTON PKWY**
**STE. 200**
**HOUSTON, TX 77043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.63 | $0.00 |
|---|---|---|---|---|

**AUDREY I YOUNG, TTEE OF THE**
**19500 MEADE RD.**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.26 | $0.00 |
|---|---|---|---|---|

**AUSTIN A DUVERNOY**
**1440 TRUMANSBURG RD**
**ITHACA, NY 14850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.02 | $0.00 |
|---|---|---|---|---|

**AUSTIN M RICHARD**
**20155 HARPER ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.30 | $0.00 |
|---|---|---|---|---|

**AVANELLE CUMMINGS ESTATE**
**35 LOWER FALLS DRIVE**
**ST ALBANS, WV 25177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.22 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**B DOUGLAS HAUGHT II
12864 STAUNTON TPKE
SMITHVILLE, WV 26178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.07 | $0.00 |
|---|---|---|---|---|

**BARBARA A ESTES TRST -
1/24/92
9624 U.S. HIGHWAY 75
ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.38 | $0.00 |
|---|---|---|---|---|

**BARBARA ANN BOTTOMS
ROUTE 1, BOX 175A
DELAWARE, OK 74027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.15 | $0.00 |
|---|---|---|---|---|

**BARBARA BAYNE
2700 G RD
UNIT #11-C
GRAND JUNCTION, CO
81506-1426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.51 | $0.00 |
|---|---|---|---|---|
| | **BARBARA BLASCHKE & WILLIAM A**<br>**404 MERCER DRIVE**<br>**WOODSTOCK, GA 30189** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.08 | $0.00 |
|---|---|---|---|---|
| | **BARBARA JEAN BEARD**<br>**324 N. KANSAS**<br>**COLUMBUS, KS 66725** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.13 | $0.00 |
|---|---|---|---|---|
| | **BARBARA JUNE BUSENBARRICK**<br>**6205 183RD ROAD**<br>**CHANUTE, KS 66720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.91 | $0.00 |
|---|---|---|---|---|
| | **BARBARA K STICH**<br>**8740 150TH RD**<br>**CHANUTE, KS 66720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.78 | $0.00 |
|---|---|---|---|---|

**BARBARA M WELLS**
**RT 1 BOX 39**
**CAIRO, WV 26337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.15 | $0.00 |
|---|---|---|---|---|

**BARBARA PORTER**
**1133 WICK RD.**
**MIDDLEBOURNE, WV 26149**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.68 | $0.00 |
|---|---|---|---|---|

**BARNEY PONTIOUS**
**14400 50TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.25 | $0.00 |
|---|---|---|---|---|

**BARRY KEN CARNAHAN**
**422 ROYAL CREST**
**RICHARDSON, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.99** | **$0.00** |
|---|---|---|---|---|

| 2.91 | Priority creditor's name and mailing address<br>**BART KOLSTE<br>1301 EAST I STREET<br>OGALLALA, NE 69153** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.99** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address<br>**BARTIE ANN BLACK REV TRST<br>857 17000 RD<br>MOUND VALLEY, KS 67354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$156.14** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address<br>**BATTERY OUTFITTERS, INC<br>PO BOX 215 HWY 86<br>GOLDEN, MO 65658** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.51** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address<br>**BDL PARTNERS<br>PO BOX 3<br>HARRISVILLE, WV 26362** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$83.91** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,539.84 | $0.00 |
|---|---|---|---|---|

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.34 | $0.00 |
|---|---|---|---|---|

**BEACHNER SOUTHWEST**
**FARMING CO**
**P.O. BOX 128**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BELCO, LLC**
**149 BENEDICT ROAD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.70 | $0.00 |
|---|---|---|---|---|

**BEN & DONNA J MYERS**
**495 23000 RD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.51 | $0.00 |
|---|---|---|---|---|

**BEN & MERRY CARLENE HINKLE**
**1277 16000 ROAD**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.63 | $0.00 |
|---|---|---|---|---|

**BEN E HINKLE**
**1277 16000 RD.**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.09 | $0.00 |
|---|---|---|---|---|

**BEN R DOUD**
**25528 GENESEE TRAIL RD**
**GOLDEN, CO 80401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.58 | $0.00 |
|---|---|---|---|---|

**BENJAMIN HALE THOMAS**
**100 BELLE MEADOW DRIVE**
**MARIETTA, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.70 | $0.00 |
|---|---|---|---|---|

**2.103**

Priority creditor's name and mailing address
**BENTON & MELISSA DUFF, H/W**
**612 SOUTH WESTVIEW**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.70        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.104**

Priority creditor's name and mailing address
**BERNARD & HELEN G CRUSE**
**1288 24500 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$108.66        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.105**

Priority creditor's name and mailing address
**BERNARD J HARDIN, JR**
**24371 1500 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$452.04        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.106**

Priority creditor's name and mailing address
**BERNARD L GOUGH**
**6885 NESS ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$23.37        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.13** | **$0.00** |
|---|---|---|---|---|
| | **BERNICE HAMMER**<br>**4800 PARK HILL RD**<br>**TAHLEQUAH, OK 74464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$48.66** | **$0.00** |
|---|---|---|---|---|
| | **BERNIE J KOGER**<br>**2880 LYON RD**<br>**PARSONS, KS 67357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$275.00** | **$0.00** |
|---|---|---|---|---|
| | **BEST WELL SERVICES, LLC**<br>**5727 S. LEWIS AVE. SUITE 550**<br>**TULSA, OK 74105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7.64** | **$0.00** |
|---|---|---|---|---|
| | **BETSY MAE WELCH WILSON**<br>**P. O. BOX 2524**<br>**MT. PLEASANT, SC 29465** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16.68 | $0.00 |
|---|---|---|---|---|
| | **BETTIE L PARKS**<br>**224 CARRINGTON DRIVE**<br>**PAWLEYS ISLAND, SC 29585** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $221.52 | $0.00 |
|---|---|---|---|---|
| | **BETTY J MCMILLEN**<br>**23424 1800 ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $105.37 | $0.00 |
|---|---|---|---|---|
| | **BETTY J STILES REV TRST**<br>**21455 900 RD**<br>**ALTOONA, KS 66710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50.75 | $0.00 |
|---|---|---|---|---|
| | **BETTY JANE & STEVEN**<br>**WHEELER,**<br>**1705 85TH ROAD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.54 | $0.00 |
|---|---|---|---|---|

**BETTY JANE ADAMS**
**RT 1 BOX 176A**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.72 | $0.00 |
|---|---|---|---|---|

**BETTY JANE BLACK**
**401 HARMONY LN**
**MT HOLLY, NC 28120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.59 | $0.00 |
|---|---|---|---|---|

**BETTY JO ASH**
**P O BOX 581**
**KERNVILLE, CA 93238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.36 | $0.00 |
|---|---|---|---|---|

**BETTY K SELL FAMILY TRST**
**1835 E. JACKSON RD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.74 | $0.00 |
|---|---|---|---|---|

**BETTY LAWERENCE**
**142 HILLSIDE ST**
**ASHVILLE, NC 28801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.36 | $0.00 |
|---|---|---|---|---|

**BEULAH WRIGHT**
**203 - 20TH STREET**
**DUNBAR, WV 25064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.84 | $0.00 |
|---|---|---|---|---|

**BEVERLY BAILEY**
**RT 1 BOX 391**
**SALT ROCK, WV 25559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.29 | $0.00 |
|---|---|---|---|---|

**BIG BEN LLC**
**5709 SNOWBERRY DR.**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$134.91** | $0.00 |
|---|---|---|---|---|

**BIG HILL FARMS**
**17075 BROWN RD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.60** | $0.00 |
|---|---|---|---|---|

**BIG SKY MINERAL TRST**
**P.O. BOX 3788**
**ARLINGTON, TX 76007-3788**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.42** | $0.00 |
|---|---|---|---|---|

**BILL E REINHARDT**
**1105 S. ALLEN**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.63** | $0.00 |
|---|---|---|---|---|

**BILL J WESTERMAN**
**12905 HWY 39**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.72 | $0.00 |
|---|---|---|---|---|

**BILL MCMILLEN & KATHY A**
**RT. 1**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,392.67 | $0.00 |
|---|---|---|---|---|

**BILLER FAMILY TRST B OF 2007**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.63 | $0.00 |
|---|---|---|---|---|

**BILLY J & SUSAN M MITCHELL**
**18523 SCOTT ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.26 | $0.00 |
|---|---|---|---|---|

**BILLY JOE & JUDITH A MCDANIEL**
**2061 EAST BLUE HAVEN RD**
**TISHOMINGO, OK 73460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.26 | $0.00 |
|---|---|---|---|---|

**BILLY WAYNE BURRIS**
**24097 IRVING ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.44 | $0.00 |
|---|---|---|---|---|

**BIRMINGHAM CORPORATION**
**P.O. BOX 52043**
**TULSA, OK 74152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.58 | $0.00 |
|---|---|---|---|---|

**BLACK GOLD GROUP, LTD**
**PO BOX 85**
**STRASBURG, OH 44680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.13 | $0.00 |
|---|---|---|---|---|

**BLACK RIVER ROYALTIES, LLC**
**1499 BLAKE STREET**
**DENVER, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|

Name

---

**2.135** | Priority creditor's name and mailing address
**BLACKBIRD PARTNERS LLC**
**P O BOX 270894**
**LITTLETON, CO 80127**

As of the petition filing date, the claim is: **$34.59**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address
**BLUE RIBBON RANCH, INC**
**P.O. BOX 279**
**DEWEY, OK 74029**

As of the petition filing date, the claim is: **$64.39**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address
**BOB H DAVIS**
**PO BOX 26**
**FLATWOODS, WV 26621**

As of the petition filing date, the claim is: **$6.70**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.138** | Priority creditor's name and mailing address
**BOB J GROSS**
**3252 S. 4290 ROAD**
**WELCH, OK 74369**

As of the petition filing date, the claim is: **$45.94**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.83 | $0.00 |
|---|---|---|---|---|

**BOB WILLIS FARMS #4 LLC**
**HC 61 BOX 233**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $0.00 |
|---|---|---|---|---|

**BOBBY D & LADONNA S BEARD**
**3070 DOUGLAS RD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.90 | $0.00 |
|---|---|---|---|---|

**BONEVA V SPURGEON**
**24427 STAUNTON TURNPIKE**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

**BONITA A ROSKOV**
**20 COUNTRY VIEW LANE**
**FINLEYVILLE, PA 15332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.18 | $0.00 |
|---|---|---|---|---|

**BONNIE K SIMPSON**
**BOX 84**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.71 | $0.00 |
|---|---|---|---|---|

**BONNIE L GROSSNICKLE, A-I-F**
**12655 80TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.10 | $0.00 |
|---|---|---|---|---|

**BOYD L BURNS TRST DTD 8/8/88**
**8101 MISSION ROAD**
**APT. 203**
**PRAIRIE VILLAGE, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.51 | $0.00 |
|---|---|---|---|---|

**BRAD R & SENTA B MEISTER,**
**21900 10TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.06 | $0.00 |
| --- | --- | --- | --- | --- |

**BRAD THOMPSON**
**906 12TH ST**
**VIRGINIA BEACH, WV 23451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.69 | $0.00 |
| --- | --- | --- | --- | --- |

**BRANDON D NUNNENKAMP &**
**522 N.E. VIEWPARK DRIVE**
**LEE SUMMIT, MO 64086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.25 | $0.00 |
| --- | --- | --- | --- | --- |

**BRANDON N VOGEL**
**9900 80TH RD**
**GALESBURG, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.41 | $0.00 |
| --- | --- | --- | --- | --- |

**BRENDA BRITTON JOBES**
**44 SILOS**
**WILLIAMSTOWN, WV 26187**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.42 | $0.00 |
|---|---|---|---|---|

**BRENDA CLEMENS**
**26057 KIOWA RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64 | $0.00 |
|---|---|---|---|---|

**BRENDA FOSTER**
**3580 JENNANN AVE**
**PADUCAHA, KY 42001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.16 | $0.00 |
|---|---|---|---|---|

**BRENDA L TAYLOR**
**8001 TREGO ROAD**
**OSWEGO, KS 67356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.51 | $0.00 |
|---|---|---|---|---|

**BRENDA RAY & RICHARD RAY,**
**H/W**
**7403 MONTICELLO PARKWAY**
**COLLEYVILLE, TX 76034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.155** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.51** | **$0.00**

**BRENDA SUE WHITTINGTON**
**117 NORTH 2ND AVE.**
**PADEN CITY, WV 26159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$350.00** | **$0.00**

**BRENNTAG SOUTHWEST INC**
**P O BOX 970230**
**DALLAS, TX 75397-0230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74.26** | **$0.00**

**BRENT & BECKY SMITH**
**410 5000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.03** | **$0.00**

**BRENT REVELL**
**5485 KIOWA ROAD**
**GALESBURG, KS 66704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.24 | $0.00 |
|---|---|---|---|---|

**BRIAN & TERESA LAHEY**
**5170 LYON ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.26 | $0.00 |
|---|---|---|---|---|

**BRIAN D KNIGHT**
**8106 CAIRO ROAD**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.60 | $0.00 |
|---|---|---|---|---|

**BRIAN G HAUGHT**
**76 GRANADA CICLE**
**PARKERSBURG, WV 26104-9784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.37 | $0.00 |
|---|---|---|---|---|

**BRIAN G MOORE**
**5554 CR 5800**
**CHERRYVALE, KS 67325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.68 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**BRIAN HEATH TURNER**
**4315 E. 74TH PLACE**
**TULSA, OK 74136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.68**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.164 | | | |

Priority creditor's name and mailing address

**BRIAN J ANDERSON**
**2217 FAIRWAY COURT**
**DERBY, KS 67037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$93.60**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.165 | | | |

Priority creditor's name and mailing address

**BRIAN MOORE & DENA MOORE**
**H/W**
**1013 FORD RD.**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$110.19**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.166 | | | |

Priority creditor's name and mailing address

**BRIAN TAYLOR**
**22290 1600 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.37**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,776.68** | $0.00 |
|---|---|---|---|---|

**BROKEN ARROW ROYALTIES LLC**
**PO BOX 960**
**ARTESIA, NM 88211-0960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11.71** | $0.00 |
|---|---|---|---|---|

**BRONWEN T FRANCIS TRST**
**617 N. 2ND STREET**
**HUMBOLDT, KS 66748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.85** | $0.00 |
|---|---|---|---|---|

**BRUCE L CRITCHFIELD**
**98 TANGLEWOOD DRIVE**
**BUCKHANNON, WV 26201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.14** | $0.00 |
|---|---|---|---|---|

**BRUCE L THORNTON & TONJA R**
**24889 600 RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$261.81** | **$0.00** |
| | **BRUCE S DICK &** | *Check all that apply.* | | |
| | **11580 HARPER ROAD** | ☐ Contingent | | |
| | **THAYER, KS 66776** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18.07** | **$0.00** |
| | **BRUMMITT LIVING TRUST** | *Check all that apply.* | | |
| | **6533 ZARDA DR** | ☐ Contingent | | |
| | **SHAWNEE, KS 66226-3375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$157.34** | **$0.00** |
| | **BRYAN & DEBRA COOVER** | *Check all that apply.* | | |
| | **6165 JACKSON ROAD** | ☐ Contingent | | |
| | **GALESBURG, KS 66740** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$168.47** | **$0.00** |
| | **BRYAN & KIMBERLY SCHULZ TRST** | *Check all that apply.* | | |
| | **7630 80TH ROAD** | ☐ Contingent | | |
| | **THAYER, KS 66776** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.175** | Priority creditor's name and mailing address

**BRYAN & LORETTA HUCKE**
**859 21000 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$67.30** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

**BRYAN R DEEM**
**7014 BETHEL ROAD**
**GREENBRIER, TN 37073-5743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.27** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

**BURDETTE S ROMIG**
**974 ANDERS RD**
**LANSDALE, PA 19446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.99** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

**BURRESS FARMS, INC**
**1151 26000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$469.66** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.179** | Priority creditor's name and mailing address

**C C RUHL**
**407 N. MAPLE**
**COFFEYVILLE, KS 67337**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$82.33     $0.00

---

**2.180** | Priority creditor's name and mailing address

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER, KS 66776**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$2,225.53     $0.00

---

**2.181** | Priority creditor's name and mailing address

**C D TRIPLETT**
**7675 120TH RD**
**THAYER, KS 66776**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$574.95     $0.00

---

**2.182** | Priority creditor's name and mailing address

**C DIANE EDDY &**
**183 CLOHAN AVE.**
**MARTINSBURG, WV 25404-0737**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$45.96     $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

**2.183** Priority creditor's name and mailing address
**C F LAIR OR JANICE K LAIR OR**
**P. O. BOX 44**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is: **$57.67**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

**2.184** Priority creditor's name and mailing address
**C G WASS HEIRS TRST**
**P O BOX 29**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is: **$7.21**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

**2.185** Priority creditor's name and mailing address
**C JOE MOYERS**
**1024 PALM AVE.**
**WILDWOOD, FL 34785**

As of the petition filing date, the claim is: **$14.21**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

**2.186** Priority creditor's name and mailing address
**C W & CONSTANCE E TRIPLETT**
**7720 120TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: **$3,999.55**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CABOT OIL & GAS
CORPORATION
P.O. BOX 4544
HOUSTON, TX 77210-4544**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.41** | **$0.00** |
|---|---|---|---|---|

**CAL FARLEY'S BOYS RANCH
P.O. BOX 1
AMARILLO, TX 79105-0001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CALVIN CARTER
1072 RD 26
SEDAN, KS 67361**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$854.35** | **$0.00** |
|---|---|---|---|---|

**CALVIN D & KAREN L PHILLIPS
25078 ELK ROAD
DENNIS, KS 67341**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **PostRock Energy Services Corporation** | Case number (if known)  **16-11231-SAH** |
| | Name | |

| | | | |
|---|---|---|---|
| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.08   $0.00 |
| | **CAMDEN ENERGY CORPORATION** | Check all that apply. | |
| | **P.O. BOX 31196** | ☐ Contingent | |
| | **EDMOND, OK 73003-7603** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.39   $0.00 |
| | **CAMERON & SHIRLEY JANTZ** | Check all that apply. | |
| | **10272 1400 ROAD** | ☐ Contingent | |
| | **FREDONIA, KS 66736** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.60   $0.00 |
| | **CAMILLA GATRELL** | Check all that apply. | |
| | **2367 MURRAYSVILLE ROAD** | ☐ Contingent | |
| | **RAVENSWOOD, WV 26164** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.64   $0.00 |
| | **CANDACE ANN GFELLER** | Check all that apply. | |
| | **2857 230TH** | ☐ Contingent | |
| | **MARION, KS 66861** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.16 | $0.00 |
|---|---|---|---|---|

**CARA SUE SOMMERVILLE AGENT**
**79 SMITH AVE.**
**BUCKHANNON, WV 26201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.88 | $0.00 |
|---|---|---|---|---|

**CARL & ELIZABETH HOGAN REV**
**3756 COUNTY ROAD 6030**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.46 | $0.00 |
|---|---|---|---|---|

**CARL A & MARTHA J SHUFELDT,**
**JT**
**RT 1 BOX 343**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.85 | $0.00 |
|---|---|---|---|---|

**CARL D REAVES**
**21538 2000 RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.27 | $0.00 |
|---|---|---|---|---|

**CARL F & SHERYL A JOHNSON J.T.**
**621 N CENTRAL AVE**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.43 | $0.00 |
|---|---|---|---|---|

**CARL J & DORIS W STUDEBAKER**
**9585 JEWELL RD**
**FREDONIA, KS 66736-7600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.80 | $0.00 |
|---|---|---|---|---|

**CARL JORDAN**
**5260 TIMUCUA CIRCLE**
**ST. AUGUSTINE, FL 32086-5622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.42 | $0.00 |
|---|---|---|---|---|

**CARL LEROY & JUDY JONES**
**#2 BRENTWOOD DRIVE**
**STILLWATER, OK 74075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $0.00 |
|---|---|---|---|---|

**CARL P BRUNGARDT**
**12950 70TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.67 | $0.00 |
|---|---|---|---|---|

**CARL P BRUNGARDT &**
**12950 70TH RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.49 | $0.00 |
|---|---|---|---|---|

**CARL W & CONNIE DENISE**
**HENRY**
**RT. 1, BOX 165**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.61 | $0.00 |
|---|---|---|---|---|

**CARLA A MCKINNEY & DOUGLAS**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.207** | Priority creditor's name and mailing address

**CARLA MCKINNEY**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.07    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.208** | Priority creditor's name and mailing address

**CARLTON E. KASPER**
**5915 PALM SPRINGS COURT**
**ELK GROVE, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.63    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.209** | Priority creditor's name and mailing address

**CAROL A & LEWIS S REGIS**
**13030 PRATT RD**
**ALTAMONT, KS 67330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$143.45    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.210** | Priority creditor's name and mailing address

**CAROL BRADFORD LIV TRST**
**14007 THOMAS RD**
**CHANUTE, KS 66720-5528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$373.76    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.93** | **$0.00** |
| --- | --- | --- | --- | --- |

**CAROL F MANGELS**
**4300 SOUTH TAMARACK AVE**
**BROKEN ARROW, OK 74011-1344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.62** | **$0.00** |
| --- | --- | --- | --- | --- |

**CAROL J MADRON REV TRST**
**198 B 5000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.79** | **$0.00** |
| --- | --- | --- | --- | --- |

**CAROL OTT**
**106 MELROSE AVE.**
**DELRAN, NJ '08075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.13** | **$0.00** |
| --- | --- | --- | --- | --- |

**CAROL ROBINSON**
**P.O. BOX 43**
**MILTON, WV 25541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.06 | $0.00 |
|---|---|---|---|---|

**CAROL SUE ANDREWS**
**1317 86TH AVE N., APT 240**
**MINNEAPOLIS, MN 55444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.06 | $0.00 |
|---|---|---|---|---|

**CAROL WALTERS**
**1005 SMITH ROAD**
**FREMONT, OH 43420-8860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.33 | $0.00 |
|---|---|---|---|---|

**CAROLYN C LAMB & MARLENE A**
**8775 QUEEN ROAD**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.09 | $0.00 |
|---|---|---|---|---|

**CAROLYN HEINEY**
**263 MATHEWS ROAD**
**GRANTSVILLE, WV 26147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.12 | $0.00 |
|---|---|---|---|---|

**CAROLYN HURST & ROBERT A**
**12900 170TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.57 | $0.00 |
|---|---|---|---|---|

**CAROLYN K STARR**
**600 TANEYTOWN PIKE**
**WESTMINSTER, MD 21158**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 | $0.00 |
|---|---|---|---|---|

**CAROLYN KAY CRANOR**
**25919 BRICK HILL DRIVE**
**SPRING, TX 77389**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**CAROLYN R PARKS FULPER**
**HC 68 BOX 24**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.91 | $0.00 |
|---|---|---|---|---|

**CAROLYN ROGERS**
**72 COUNTRY ROAD 2305**
**BARNSDALE, OK 74002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.85 | $0.00 |
|---|---|---|---|---|

**CAROLYN S & RANDALL W**
**ROGERS**
**ROUTE 1, BOX 881**
**BARNSDALL, OK 74002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00 | $0.00 |
|---|---|---|---|---|

**CAROLYN S MYNATT**
**961 2800TH STREET**
**LAHARPE, KS 66751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CAROLYN SHEETS**
**RT 2, BOX 73B**
**PENNSBORO, WV 26145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

---

**2.227** | Priority creditor's name and mailing address

**CAROLYN SUE CREMEANS**
**1256 GEORGIA AVE.**
**MILTON, WV 25541**

As of the petition filing date, the claim is:    $3.86    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**CARRIE J SCARBRO**
**109 STONE STREET**
**MT HOPE, WV 25880**

As of the petition filing date, the claim is:    $0.47    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**CARROL & LAVON CUMMINGS**
**1501 S. WASHINGTON AVE.**
**CHANUTE, KS 66720-2812**

As of the petition filing date, the claim is:    $51.21    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

**CARROLL ENERGY, LLC**
**PO BOX 3950**
**BARTLESVILLE, OK, OK 74006**

As of the petition filing date, the claim is:    $9,832.64    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor  **PostRock Energy Services Corporation**                    Case number (if known)  **16-11231-SAH**
_____
Name

| | | |
|---|---|---|
| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.88 | $0.00 |

**2.231**

Priority creditor's name and mailing address

**CARY & JENNIFER BRADY, JTWROS**
**17700 DOUGLAS ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.88      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.232**

Priority creditor's name and mailing address

**CARY FAMILY LLC**
**1716 EAST 138TH PLACE SOUTH**
**BIXBY, OK 74008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$191.56      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.233**

Priority creditor's name and mailing address

**CASCADE ACQUISITION**
**PO BOX 7849**
**DALLAS, TX 75209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,746.22      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.234**

Priority creditor's name and mailing address

**CATHERINE AMOS**
**1240 CEDARDELL CR**
**BIRMINGHAM, AL 35216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5.14      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.50 | $0.00 |
|---|---|---|---|---|

**CATHERINE C REECE**
**3917 GLADSTONE DR.**
**CORPUS CHRISTI, TX 78414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.71 | $0.00 |
|---|---|---|---|---|

**CATHERINE L YOUNTZ**
**692 COUNTY ROAD 2280**
**BARNSDALL, OK 74002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**CATHERINE SUE WEESE**
**405 GOFFS RD**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.50 | $0.00 |
|---|---|---|---|---|

**CATHY MARSHALL**
**581 MCCLURE**
**WOOSTER, OH 44691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.52 | $0.00 |
|---|---|---|---|---|

**CATHY SUE & PATRICK C HEIT,**
**6530 10TH ROAD**
**DENNIS, KS 67341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.09 | $0.00 |
|---|---|---|---|---|

**CECELIA STODOLA, BRENDA L**
**% BRENDA SHIRLEY**
**PO BOX 1306**
**WARNER, OK 74469-1306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.04 | $0.00 |
|---|---|---|---|---|

**CECIL RAY KIRBY & MARILYN**
**11990 HIGHWAY 47**
**ERIE, KS 66773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.28 | $0.00 |
|---|---|---|---|---|

**CECILIA A MITCHELL**
**PO BOX 753**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address

**CECILIA M BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:                    **$103.77**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address

**CECILLE R NUNNENKAMP**
**13906 US 75 HIGHWAY**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:                    **$45.19**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address

**CEDAR CREEK LLC**
**11984 S PROVENCE STREET**
**UNIT 2003**
**OLATHE, KS 66061**

As of the petition filing date, the claim is:                    **$398.60**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address

**CEP MID-CONTINENT, LLC**
**1000 MAIN STREET**
**SUITE 3000**
**HOUSTON, TX 77002**

As of the petition filing date, the claim is:                    **$20.88**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.08 | $0.00 |
|---|---|---|---|---|

**CHAD L & JEANA D ANDERES**
**1035 200TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.27 | $0.00 |
|---|---|---|---|---|

**CHAD MCDOWELL & ANGELA**
**P.O. BOX 967**
**MUSTANG, OK 73064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,596.88 | $0.00 |
|---|---|---|---|---|

**CHANDLER OIL, LLC**
**P.O. BOX 564**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.44 | $0.00 |
|---|---|---|---|---|

**CHARLES & BARBARA S**
**WHEELER,**
**6165 IRVING RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

Debtor   **PostRock Energy Services Corporation**
_____
Name                                    Case number (if known)   **16-11231-SAH**

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.35** | **$0.00** |
|---|---|---|---|---|

**CHARLES B. PARKS**
**5765 S.W. 87 AVE.**
**COOPER CITY, FL 33328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.11** | **$0.00** |
|---|---|---|---|---|

**CHARLES D BROWN**
**RT 1 BOX 360**
**S. COFFEYVILLE, OK 74072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$697.26** | **$0.00** |
|---|---|---|---|---|

**CHARLES DUANE BROWN &**
**569 VALEDA ROAD**
**COFFEYVILLE, KS 67337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$62.09** | **$0.00** |
|---|---|---|---|---|

**CHARLES E & CAROL LUNDY**
**519 EDGEWOOD COURT**
**NOWATA, OK 74048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.96 | $0.00 |
|---|---|---|---|---|

**CHARLES E CONLEY**
**115 WOODRIDGE DR**
**ELYRIA, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.88 | $0.00 |
|---|---|---|---|---|

**CHARLES EDWARD**
**STEINBACHER**
**14745 20TH RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.94 | $0.00 |
|---|---|---|---|---|

**CHARLES H MURPHY &**
**ROSSINDA J**
**8492 US 75 HWY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.46 | $0.00 |
|---|---|---|---|---|

**CHARLES H VARNER & DOROTHY**
**M**
**16754 2000 RD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.06 | $0.00 |
|---|---|---|---|---|

**CHARLES KLINTWORTH**
**578 CATON STREET**
**SEYMOUR, TN 37865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.52 | $0.00 |
|---|---|---|---|---|

**CHARLES M CANTRELL**
**909 ELK ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.76 | $0.00 |
|---|---|---|---|---|

**CHARLES MIDDLETON**
**2814 MORGAN**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.36 | $0.00 |
|---|---|---|---|---|

**CHARLES P & CAROL D MEIWES**
**H/W**
**9025 FORD ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.89 | $0.00 |
|---|---|---|---|---|

**CHARLES P MEIWES & JOHN P**
**9025 FORD ROAD**
**EDNA, KS 67342**

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.98 | $0.00 |
|---|---|---|---|---|

**CHARLES R BUSSINGER &**
**25031 GRAY ROAD**
**DENNIS, KS 67341**

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $301.76 | $0.00 |
|---|---|---|---|---|

**CHARLES R FAIL &**
**1531 VIA SAN CAYETANO**
**RIO RICO, AZ 85648**

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.78 | $0.00 |
|---|---|---|---|---|

**CHARLES R POWELL**
**720 VIRGINIA LANE**
**ARDMORE, OK 73401-3012**

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address

**CHARLES S EVANS-LOMBE**
**P O BOX 814**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:          **$64.79**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address

**CHARLES T REAVES & SHARON L**
**20814 1900 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:          **$261.78**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address

**CHARLES W GOFF III**
**20311 800 ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:          **$128.61**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address

**CHARLES W MOATS**
**15021 BELLEPOINT RD**
**OSTRANDER, OH 43061**

As of the petition filing date, the claim is:          **$9.46**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.14 | $0.00 |
|---|---|---|---|---|

**CHARLETTE SEARS**
**1609 NW 36TH ST**
**LAWTON, OK 73505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.90 | $0.00 |
|---|---|---|---|---|

**CHARLEY DEWEESE LIV TR**
**624 S SYCAMORE**
**IOLA, KS 66749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.15 | $0.00 |
|---|---|---|---|---|

**CHARLOTTE ERBE**
**6570 ANDERSON ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.94 | $0.00 |
|---|---|---|---|---|

**CHARLOTTE M STEPHENS**
**622 SOUTH RUFFNER DR.**
**CHARLESTON, WV 25311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.20 | $0.00 |
|---|---|---|---|---|

**CHARLOTTE MAXON**
**29125 NORTH 2960 ROAD**
**CASHION, OK 73016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.67 | $0.00 |
|---|---|---|---|---|

**CHARLOTTE P SELLERS**
**504 MONTICELLO LANE**
**BLACKSBURG, VA 24060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $0.00 |
|---|---|---|---|---|

**CHASE OIL CORPORATION**
**P.O. BOX 1767**
**ARTESIA, NM 88211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.16 | $0.00 |
|---|---|---|---|---|

**CHEROKEE LEGACY MINERALS,**
**LTD**
**P.O. BOX 3217**
**ALBANY, TX 76430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $213.06 | $0.00 |
| | **CHERYL LEWEKE**<br>**314 EXNER**<br>**COFFEYVILLE, KS 67337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.38 | $0.00 |
| | **CHERYL STROHM WINDSOR**<br>**2905 CHESTNUT DRIVE**<br>**WALDORF, MD 20603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **CHESAPEAKE APPALACHIA LLC**<br>**P.O. BOX 18496**<br>**OKLAHOMA CITY, OK 73154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $114.93 | $0.00 |
| | **CHESTER & DANA HOBBS**<br>**13052 2100 ROAD**<br>**BUFFALO, KS 66717** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No<br>☐ Yes | | |

Debtor    **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**
_____
Name

| | | | |
|---|---|---|---|
| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.16**    $0.00 |
| | **CHESTER LEROY MARKHAM** | *Check all that apply.* | |
| | **15001 1700 RD** | ☐ Contingent | |
| | **BENEDICT, KS 66714** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:
                                          **Royalty Payments**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$136.18**    $0.00 |
| | **CHETOPA 14, LLC** | *Check all that apply.* | |
| | **10920 GRAY ROAD** | ☐ Contingent | |
| | **THAYER, KS 66776** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:
                                          **Royalty Payments**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$357.24**    $0.00 |
| | **CHEYNEY LAND, LLC** | *Check all that apply.* | |
| | **8655 170 ROAD** | ☐ Contingent | |
| | **CHANUTE, KS 66720** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:
                                          **Royalty Payments**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$96.16**    $0.00 |
| | **CHILDERS-BROWN, LLC** | *Check all that apply.* | |
| | **2389 IRONWOOD ROAD** | ☐ Contingent | |
| | **FT. SCOTT, KS 66701** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:
                                          **Royalty Payments**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.46 | $0.00 |

**CHRIS LANCASTER**
**405 CUMBERLAND DRIVE**
**BARTLESVILLE, OK 74003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.20 | $0.00 |

**CHRIS TROXELL & GWEN**
**TROXELL**
**20700 HARPER ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.81 | $0.00 |

**CHRISSCOTT, LP**
**5623 N WESTERN, SUITE B**
**OKLAHOMA CITY, OK 73118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.59 | $0.00 |

**CHRISTINE H YOUNG**
**222 GREENWOOD STREET**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.49 | $0.00 |
|---|---|---|---|---|

**CHRISTINE M ERBE REV TR**
**BOX 82**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.07 | $0.00 |
|---|---|---|---|---|

**CHRISTINE YOUNG &/OR**
**CATHERINE**
**222 GREENWOOD STREET**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.08 | $0.00 |
|---|---|---|---|---|

**CHRISTOPHER HAYMOND AS**
**TTEE**
**P.O. BOX 426**
**PENNSBORO, WV 26415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.32 | $0.00 |
|---|---|---|---|---|

**CHRISTOPHER J LUBBERS &**
**ELLA J**
**14925 20TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

Debtor    **PostRock Energy Services Corporation**    Case number *(if known)*    **16-11231-SAH**

Name

| | | |
|---|---|---|
| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.47 | $0.00 |

**CHRISTOPHER M MEANS**
**PO BOX 215**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:    **$21.47**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.296   Priority creditor's name and mailing address

**CHRISTOPHER M STOCKEBRAND**
**&**
**1964 110TH RD**
**YATES CENTER, KS 66783**

As of the petition filing date, the claim is:    **$73.06**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.297   Priority creditor's name and mailing address

**CHRISTOPHER RYAN AYERS**
**PO BOX 117**
**PONSFORD, MN 56575**

As of the petition filing date, the claim is:    **$3.39**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.298   Priority creditor's name and mailing address

**CHRISTOPHER T & DEBORAH S**
**17300 NESS ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:    **$72.67**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|-------------------------|------------------|
| | Name | | |

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.40 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**CINDY M FAGER FINDLEY**
**4050 LOGGING TRAIL LANE**
**KEWADIN, MI 49648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.75 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**CLAIRE ANN CHRISP**
**17640 BECK ST.**
**LAKE MILTON, OH 44429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.03 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|-------|

**CLAIRE ROBINSON**
**41 ESCARGOT CROSSING**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.73 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|-------|

**CLARA ROSE**
**121 HATTIE BRANCH RD**
**SERVIREVILLE, TN 37876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page  76 of 622

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.38 | $0.00 |
|---|---|---|---|---|

**CLARENCE E & JO A MCDANIEL,**
**12411 E 14TH PLACE**
**TULSA, OK 74128**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.72 | $0.00 |
|---|---|---|---|---|

**CLARENCE E & SHELLY A**
**PEARCE**
**828 26000 ROAD**
**PARSONS, KS 67357**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.71 | $0.00 |
|---|---|---|---|---|

**CLARENCE E &JO A MCDANIEL,**
**J/T**
**12411 E 14TH PLACE**
**TULSA, OK 74128**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**CLARISSA HAMMER**
**701 W FOX ST, APT 25**
**TAHLEQUAH, OK 74464**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $81.31 | $0.00 |

**CLARK R & SHARON L CLEAVER**
**17400 130TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6.65 | $0.00 |

**CLAUDE S RHEA**
**1429 GREENBRIER DR**
**MT VERNON, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.80 | $0.00 |

**CLAYTON & NICKIE WHEELER**
**6339 US 75 HWY**
**NEODESHA, KS 66757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17.88 | $0.00 |

**CLAYTON D WARD & LAURIE I**
**6335 160TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|------------------------|------------------|

Name

---

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.19 | $0.00 |

**CLAYTON J MCCLURE & SHIRLEY A**
**59511 E. 240 RD.**
**GROVE, OK 74344**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.62 | $0.00 |

**CLEAR FORK ROYALTY II, LP**
**309 W. 7TH ST., STE. 500**
**FORT WORTH, TX 76102**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.54 | $0.00 |

**CLEATOUS C & LORENE RICHARDSON**
**P.O. BOX 811**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,361.78 | $0.00 |

**CLEAVER FARM & HOME, INC**
**2103 S SANTA FE**
**CHANUTE, KS 66720**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.80 | $0.00 |
|---|---|---|---|---|

**CLEMENT D EIKENBERRY**
**5078 GRAY ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.35 | $0.00 |
|---|---|---|---|---|

**CLEONICE C HENDRICKS**
**125 HWY 26 W**
**OGALLALA, NE 69153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.84 | $0.00 |
|---|---|---|---|---|

**CLIFFORD E JOHNSON**
**1713 E 123RD STREET**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.71 | $0.00 |
|---|---|---|---|---|

**CLIFTON VALENTINE**
**3524 IMPERIAL LA.**
**LAKELAND, FL 33813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.20 | $0.00 |
|---|---|---|---|---|

**CLINT W DILLOW**
**200 WEST STREET**
**CASSVILLE, MO 65265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.42 | $0.00 |
|---|---|---|---|---|

**CLIPE, LLC**
**P.O. BOX 815**
**QUOGUE, NY 11959**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.45 | $0.00 |
|---|---|---|---|---|

**CLYDE & NAOMI BARNHART**
**JTWROS**
**PO BOX 105**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.17 | $0.00 |
|---|---|---|---|---|

**CLYDE P KEITH, II**
**1003 ORMA DR**
**PETROLEUM, WV 26161-6413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.47 | $0.00 |
|---|---|---|---|---|

**COASTAL FOREST RESOURCES COMPA**
P.O. BOX 709
BUCKHANNON, WV 26201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,065.09 | $0.00 |
|---|---|---|---|---|

**COBANK, FCB**
245 N. WACO, P.O. BOX 2940
WICHITA, KS 67201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.46 | $0.00 |
|---|---|---|---|---|

**COBRA PETROLEUM COMPANY, LP**
P. O. BOX 136355
FORT WORTH, TX 76136

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.78 | $0.00 |
|---|---|---|---|---|

**CODY W & BELINDA A GARTEN, H/W**
10740 LYON ROAD
ERIE, KS 66733

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.47 | $0.00 |
|---|---|---|---|---|

**COLLEEN SALISBURY**
**317 WHISKEY CREEK CT**
**OCOEE, FL 34761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.42 | $0.00 |
|---|---|---|---|---|

**COLT NATURAL GAS, LLC**
**PO BOX 388**
**IOLA, KS 66749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.53 | $0.00 |
|---|---|---|---|---|

**COMFORT CONTRACTORS, INC**
**P.O. BOX 643**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.39 | $0.00 |
|---|---|---|---|---|

**COMMERCIAL BANK**
**1821 MAIN STREET**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| | | | | |
|---|---|---|---|---|
| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.41** | **$0.00** |

**COMMERCIAL BANK**
**1821 MAIN STREET**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.22** | **$0.00** |

**COMMERCIAL BANK F/A/O**
**P.O. BOX 648**
**PARSON, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18.68** | **$0.00** |

**COMMERCIAL BANK F/A/O**
**MICHAEL**
**1901 MAIN STREET**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$139.88** | **$0.00** |

**COMMISSIONERS OF LAND**
**OFFICE**
**P.O. BOX 248896**
**OKLAHOMA CITY, OK 73124-8896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.335** | Priority creditor's name and mailing address<br>**Confidential000000100** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.63**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.336** | Priority creditor's name and mailing address<br>**Confidential000000101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,530.76**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.337** | Priority creditor's name and mailing address<br>**Confidential000000102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,186.83**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.338** | Priority creditor's name and mailing address<br>**Confidential000000103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.01**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **PostRock Energy Services Corporation**                                    Case number (if known)    **16-11231-SAH**

Name

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,158.65 | Unknown |
|---|---|---|---|---|
| | **Confidential000000104** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Confidential000000105** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,629.17 | Unknown |
|---|---|---|---|---|
| | **Confidential000000106** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,653.86 | Unknown |
|---|---|---|---|---|
| | **Confidential000000107** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,033.92 | Unknown |
|---|---|---|---|---|

**Confidential000000108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | | $10,052.26 | Unknown |
|---|---|---|---|---|

**Confidential000000109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | | $2,314.00 | Unknown |
|---|---|---|---|---|

**Confidential000000110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | | $29,230.80 | Unknown |
|---|---|---|---|---|

**Confidential000000111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| | Name | | |

### 2.347

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,486.25 | Unknown |
|---|---|---|---|
| **Confidential000000112** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Compensation including PTO** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No | | |
| | ☐ Yes | | |

### 2.348

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| **Confidential000000113** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Compensation including PTO** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No | | |
| | ☐ Yes | | |

### 2.349

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,134.66 | Unknown |
|---|---|---|---|
| **Confidential000000114** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Compensation including PTO** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No | | |
| | ☐ Yes | | |

### 2.350

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,268.27 | Unknown |
|---|---|---|---|
| **Confidential000000115** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Compensation including PTO** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ☑ No | | |
| | ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.351 | Priority creditor's name and mailing address<br>**Confidential000000116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,215.40** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.352 | Priority creditor's name and mailing address<br>**Confidential000000117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,109.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.353 | Priority creditor's name and mailing address<br>**Confidential000000118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,090.63** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.354 | Priority creditor's name and mailing address<br>**Confidential000000119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,255.93** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**
_____
Name

| 2.355 | Priority creditor's name and mailing address<br>**Confidential000000120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,211.54** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address<br>**Confidential000000121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,145.45** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address<br>**Confidential000000122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,467.81** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address<br>**Confidential000000123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,504.75** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.359 | Priority creditor's name and mailing address<br>**Confidential000000124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,317.55** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.360 | Priority creditor's name and mailing address<br>**Confidential000000125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,172.01** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.361 | Priority creditor's name and mailing address<br>**Confidential000000126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,766.42** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.362 | Priority creditor's name and mailing address<br>**Confidential000000127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,808.88** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address **Confidential000000128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,078.13** | **Unknown** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.364 | Priority creditor's name and mailing address **Confidential000000129** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$35,476.96** | **Unknown** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.365 | Priority creditor's name and mailing address **Confidential000000130** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,862.23** | **Unknown** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.366 | Priority creditor's name and mailing address **Confidential000000131** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$7,182.69** | **Unknown** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address<br>**Confidential000000132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,229.55** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.368 | Priority creditor's name and mailing address<br>**Confidential000000133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,789.56** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.369 | Priority creditor's name and mailing address<br>**Confidential000000134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,978.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.370 | Priority creditor's name and mailing address<br>**Confidential000000135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,134.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.371 | Priority creditor's name and mailing address<br>**Confidential000000136** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,305.63** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.372 | Priority creditor's name and mailing address<br>**Confidential000000137** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,597.50** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.373 | Priority creditor's name and mailing address<br>**Confidential000000138** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,939.38** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.374 | Priority creditor's name and mailing address<br>**Confidential000000139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,022.27** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor  **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**
_____
Name

| | | |
|---|---|---|
| 2.375 | Priority creditor's name and mailing address<br>**Confidential000000140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,698.01**  **Unknown** |

Date or dates debt was incurred                 Basis for the claim:
_____       **Compensation including PTO**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)         ☐ Yes

---

| | | |
|---|---|---|
| 2.376 | Priority creditor's name and mailing address<br>**Confidential000000141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,908.37**  **Unknown** |

Date or dates debt was incurred                 Basis for the claim:
_____       **Compensation including PTO**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)         ☐ Yes

---

| | | |
|---|---|---|
| 2.377 | Priority creditor's name and mailing address<br>**Confidential000000142** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,042.33**  **Unknown** |

Date or dates debt was incurred                 Basis for the claim:
_____       **Compensation including PTO**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)         ☐ Yes

---

| | | |
|---|---|---|
| 2.378 | Priority creditor's name and mailing address<br>**Confidential000000143** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,423.08**  **Unknown** |

Date or dates debt was incurred                 Basis for the claim:
_____       **Compensation including PTO**

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)         ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.379 | Priority creditor's name and mailing address<br>**Confidential000000144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,003.85** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address<br>**Confidential000000145** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,380.88** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address<br>**Confidential000000146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,460.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address<br>**Confidential000000147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,625.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,065.25 | Unknown |
| --- | --- | --- | --- | --- |
| | **Confidential000000148** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,759.62 | Unknown |
| --- | --- | --- | --- | --- |
| | **Confidential000000149** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,038.48 | Unknown |
| --- | --- | --- | --- | --- |
| | **Confidential000000150** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,640.63 | Unknown |
| --- | --- | --- | --- | --- |
| | **Confidential000000151** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Compensation including PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address<br>**Confidential000000152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,772.92** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.388 | Priority creditor's name and mailing address<br>**Confidential000000153** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,700.00** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.389 | Priority creditor's name and mailing address<br>**Confidential000000154** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,706.00** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.390 | Priority creditor's name and mailing address<br>**Confidential000000155** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,961.19** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **PostRock Energy Services Corporation**                                    Case number (if known)    **16-11231-SAH**

Name

| | | |
|---|---|---|
| 2.391 | Priority creditor's name and mailing address<br>**Confidential000000156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,625.50** | **Unknown** |

Date or dates debt was incurred                Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)        ☐ Yes

---

| | | |
|---|---|---|
| 2.392 | Priority creditor's name and mailing address<br>**Confidential000000157** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,922.04** | **Unknown** |

Date or dates debt was incurred                Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)        ☐ Yes

---

| | | |
|---|---|---|
| 2.393 | Priority creditor's name and mailing address<br>**Confidential000000158** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,246.97** | **Unknown** |

Date or dates debt was incurred                Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)        ☐ Yes

---

| | | |
|---|---|---|
| 2.394 | Priority creditor's name and mailing address<br>**Confidential000000159** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,500.00** | **Unknown** |

Date or dates debt was incurred                Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)        ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.395 | Priority creditor's name and mailing address **Confidential000000160** | As of the petition filing date, the claim is: *Check all that apply.* | $12,163.51 | Unknown |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.396 | Priority creditor's name and mailing address **Confidential000000161** | | $5,930.70 | Unknown |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.397 | Priority creditor's name and mailing address **Confidential000000162** | | $3,191.81 | Unknown |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.398 | Priority creditor's name and mailing address **Confidential000000163** | | $14,614.77 | Unknown |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.32 | Unknown |
|---|---|---|---|---|

**Confidential000000164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,300.47 | Unknown |
|---|---|---|---|---|

**Confidential000000165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,820.09 | Unknown |
|---|---|---|---|---|

**Confidential000000166**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,432.68 | Unknown |
|---|---|---|---|---|

**Confidential000000167**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.403 | Priority creditor's name and mailing address<br>**Confidential000000168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,010.13** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address<br>**Confidential000000169** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,044.71** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address<br>**Confidential000000170** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,641.81** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address<br>**Confidential000000171** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,569.22** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address<br>**Confidential000000172** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,338.46** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address<br>**Confidential000000173** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,217.50** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address<br>**Confidential000000174** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,801.88** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address<br>**Confidential000000175** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,690.08** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|--|------------------------|-------------------|
| | Name | | | |

---

**2.411** | Priority creditor's name and mailing address
**Confidential000000176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,788.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.412** | Priority creditor's name and mailing address
**Confidential000000177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,573.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.413** | Priority creditor's name and mailing address
**Confidential000000178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,200.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.414** | Priority creditor's name and mailing address
**Confidential000000179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,450.25    Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,486.91 | Unknown |
|---|---|---|---|---|

**Confidential000000180**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,698.00 | $0.00 |
|---|---|---|---|---|

**Confidential000000181**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,993.02 | Unknown |
|---|---|---|---|---|

**Confidential000000182**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,303.61 | Unknown |
|---|---|---|---|---|

**Confidential000000183**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.419** | Priority creditor's name and mailing address
**Confidential000000184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,387.83** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.420** | Priority creditor's name and mailing address
**Confidential000000185**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,801.54** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.421** | Priority creditor's name and mailing address
**Confidential000000186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,277.28** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.422** | Priority creditor's name and mailing address
**Confidential000000187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,728.98** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.423** | Priority creditor's name and mailing address
**Confidential000000188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,451.94**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.424** | Priority creditor's name and mailing address
**Confidential000000189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,673.11**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.425** | Priority creditor's name and mailing address
**Confidential000000190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,699.99**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.426** | Priority creditor's name and mailing address
**Confidential000000191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,376.50**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.427 | Priority creditor's name and mailing address **Confidential000000192** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$6,596.16** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.428 | Priority creditor's name and mailing address **Confidential000000193** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,561.56** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.429 | Priority creditor's name and mailing address **Confidential000000194** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,390.15** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.430 | Priority creditor's name and mailing address **Confidential000000195** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,253.84** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Compensation including PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.431 | Priority creditor's name and mailing address<br>**Confidential000000196** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,951.95** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.432 | Priority creditor's name and mailing address<br>**Confidential000000197** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,204.04** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.433 | Priority creditor's name and mailing address<br>**Confidential000000198** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,770.43** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.434 | Priority creditor's name and mailing address<br>**Confidential000000199** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,882.03** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor   **PostRock Energy Services Corporation**                          Case number (if known)    **16-11231-SAH**
_____
Name

| 2.435 | Priority creditor's name and mailing address<br>**Confidential000000200** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,678.57** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.436 | Priority creditor's name and mailing address<br>**Confidential000000201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,830.76** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.437 | Priority creditor's name and mailing address<br>**Confidential000000202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,072.12** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.438 | Priority creditor's name and mailing address<br>**Confidential000000203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,269.23** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **PostRock Energy Services Corporation**       Case number (*if known*)   **16-11231-SAH**

Name

| 2.439 | Priority creditor's name and mailing address<br>**Confidential000000204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,500.01** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) | ☐ Yes

| 2.440 | Priority creditor's name and mailing address<br>**Confidential000000205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,553.84** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) | ☐ Yes

| 2.441 | Priority creditor's name and mailing address<br>**Confidential000000206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,320.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) | ☐ Yes

| 2.442 | Priority creditor's name and mailing address<br>**Confidential000000207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,715.17** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) | ☐ Yes

Debtor    **PostRock Energy Services Corporation**      Case number (if known)    **16-11231-SAH**

Name

| 2.443 | Priority creditor's name and mailing address <br> **Confidential000000208** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$5,245.58** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.444 | Priority creditor's name and mailing address <br> **Confidential000000209** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$3,219.00** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.445 | Priority creditor's name and mailing address <br> **Confidential000000210** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$2,248.78** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.446 | Priority creditor's name and mailing address <br> **Confidential000000211** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$4,237.22** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.447 | Priority creditor's name and mailing address<br>**Confidential000000212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,176.50** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.448 | Priority creditor's name and mailing address<br>**Confidential000000213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,912.28** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.449 | Priority creditor's name and mailing address<br>**Confidential000000214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,707.68** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.450 | Priority creditor's name and mailing address<br>**Confidential000000215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,084.63** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.451 | Priority creditor's name and mailing address<br>**Confidential000000216** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,425.50** | Unknown |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.452 | Priority creditor's name and mailing address<br>**Confidential000000217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,658.16** | Unknown |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.453 | Priority creditor's name and mailing address<br>**Confidential000000218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,357.94** | Unknown |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.454 | Priority creditor's name and mailing address<br>**Confidential000000219** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$673.08** | Unknown |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.455** | Priority creditor's name and mailing address
**Confidential000000220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,850.20 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.456** | Priority creditor's name and mailing address
**Confidential000000221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,527.50 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.457** | Priority creditor's name and mailing address
**Confidential000000222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,651.90 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.458** | Priority creditor's name and mailing address
**Confidential000000223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,821.87 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Compensation including PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.459 | Priority creditor's name and mailing address<br>**Confidential000000224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,286.25** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.460 | Priority creditor's name and mailing address<br>**Confidential000000225** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,014.48** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation including PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.461 | Priority creditor's name and mailing address<br>**Confidential00000099** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employment Contracts** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.462 | Priority creditor's name and mailing address<br>**CONNIE K NEHRBASS**<br>**621 4000 ROAD**<br>**COFFEYVILLE, KS 67337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.65** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,015.37** | **$0.00** |
|---|---|---|---|---|

| 2.463 | Priority creditor's name and mailing address<br><br>**CONQUEST ENERGY, INC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK 74006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,015.37** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.464 | Priority creditor's name and mailing address<br><br>**CONSTANCE J DODGE**<br>**1800 WASHINGTON AVENUE**<br>**GOLDEN, CO 80401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.74** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.465 | Priority creditor's name and mailing address<br><br>**CONSTANCE VAN HARN**<br>**6602 E 114TH ST S**<br>**BIXBY, OK 74008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5.14** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.466 | Priority creditor's name and mailing address<br><br>**CONSUELO ANN LANHAM**<br>**MORENO**<br>**3370 VIRGINIA STREET**<br>**LYNWOOD, CA 90262** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51.49** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7.93** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**CONSUL PROPERTIES, LLC**
**2800 W COUNTRY CLUB DR**
**OKLAHOMA CITY, OK 73116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7.93**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.468

Priority creditor's name and mailing address
**COOK ENTERPRISES, LP**
**12908 WESTGATE**
**OVERLAND PARK, KS 66213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.75**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.469

Priority creditor's name and mailing address
**CORNISH WIRELINE SERVICES,**
**INC**
**P.O. DRAWER H**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,473.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.470

Priority creditor's name and mailing address
**CRAIG E CUNNINGHAM**
**6596 YORK ROAD**
**PARMA HEIGHTS, OH 44130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.74**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.26 | $0.00 |
|---|---|---|---|---|

**CRAIG EMMANUEL**
**PO BOX 86**
**LARAMIE, WY 82073-0086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.44 | $0.00 |
|---|---|---|---|---|

**CRAIG SMITH**
**115 BROOKSIDE ESTATES**
**SCOTT DEPOT, WV 25560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.84 | $0.00 |
|---|---|---|---|---|

**CURT L JANSSEN**
**11045 16TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.28 | $0.00 |
|---|---|---|---|---|

**CURTIS D DANIELS**
**18655 OTTAWA RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.46 | $0.00 |
|---|---|---|---|---|

**CURTIS R & TERESA A BURNS,**
**10231 E FUNSTON COURT**
**WICHITA, KS 67207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.05 | $0.00 |
|---|---|---|---|---|

**CURTIS R THOMPSON**
**1486 HEIGHTS VIEW DRIVE**
**AKRON, OH 44305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.14 | $0.00 |
|---|---|---|---|---|

**CYNTHIA KEES**
**59301 E 301 RD**
**GROVE, OK 74344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.71 | $0.00 |
|---|---|---|---|---|

**D BAR D LAND, LLC**
**13214 K47 HWY**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|-------------------------|------------------|

Name

---

**2.479** | Priority creditor's name and mailing address

**DALE & MARGARET ALLEN**
**19120 KINGMAN RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.23      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.480** | Priority creditor's name and mailing address

**DALE E GEORGE**
**P.O. BOX 118**
**5010 2ND AVE.**
**ALBERT, KS 67511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$149.31      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.481** | Priority creditor's name and mailing address

**DALE G & ETHELENA SMALL**
**9400 170TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$409.92      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.482** | Priority creditor's name and mailing address

**DALE J & IRIS VAN METER**
**3800 120TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.68      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.44 | $0.00 |
|---|---|---|---|---|

**DALE J STEINMAN & PHYLLIS J**
**ROUTE 2**
**HUMBOLDT, KS 66748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64 | $0.00 |
|---|---|---|---|---|

**DALLAS HONAKER**
**13771 CR 2133**
**WHITEHOUSE, TX 75791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $0.00 |
|---|---|---|---|---|

**DAN R RICKORDS**
**501 KELLEY ROAD**
**WOODLAND PARK, CO 80863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.39 | $0.00 |
|---|---|---|---|---|

**DANA BURKE**
**313 LYNWOOD CIRCLE**
**LONG BEACH, MS 39560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.89 | $0.00 |
|---|---|---|---|---|

**DANA P SWEETEN & JEFFREY**
**653 5000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.63 | $0.00 |
|---|---|---|---|---|

**DANIEL E & TAMMY L MILLER**
**6520 IRVING ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.63 | $0.00 |
|---|---|---|---|---|

**DANIEL G BOGNER REV TRST**
**7800 20TH RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.32 | $0.00 |
|---|---|---|---|---|

**DANIEL J. KEPLEY**
**1029 23000 RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.15 | $0.00 |
|---|---|---|---|---|
| | **DANIEL K.& ELLA BRAZIL**<br>**JTWROS**<br>**13015 ELK ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $190.54 | $0.00 |
|---|---|---|---|---|
| | **DANIEL THORNTON**<br>**5005 DOUGLAS ROAD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **DANIEL W DARNOLD**<br>**3248 ROSEMAR RD**<br>**PARKERSBURG, WV 26101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.16 | $0.00 |
|---|---|---|---|---|
| | **DANIEL W SOMMERS**<br>**717 ALAN DRIVE**<br>**BURLESON, TX 76028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.26 | $0.00 |
|---|---|---|---|---|

**DANNY C & DEE ANN K CARRICO**
**811 5000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.75 | $0.00 |
|---|---|---|---|---|

**DANNY CARRICO & DEE ANN**
**811 5000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.13 | $0.00 |
|---|---|---|---|---|

**DANNY J DEBLER**
**1417 S. MALCOLM**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.84 | $0.00 |
|---|---|---|---|---|

**DANNY L & PEGGY D MAXSON**
**4384 S 4270 ROAD**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor   **PostRock Energy Services Corporation**                    Case number (if known)   **16-11231-SAH**
_____
Name

| | | |
|---|---|---|
| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **DANNY LAIRD**<br>**2415 NEAL ST**<br>**PARKERSBURG, WV 26101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$5.77**    **$0.00**

Date or dates debt was incurred _____

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **DARIA A CONDON**<br>**16105 NESS RD.**<br>**ALTAMONT, KS 67330** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$56.30**    **$0.00**

Date or dates debt was incurred _____

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **DARLENE O'NEILL**<br>**RT 1 BOX 367-1**<br>**SOUTH COFFEYVILLE, OK 74072** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$41.94**    **$0.00**

Date or dates debt was incurred _____

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **DARLENE TAYLOR**<br>**543 13TH AVENUE**<br>**NEW BRIGHTON, PA 15066** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$14.42**    **$0.00**

Date or dates debt was incurred _____

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.65 | $0.00 |
|---|---|---|---|---|

**2.503**

Priority creditor's name and mailing address
**DAROLD COOMES REV TRST**
**409 SHERIDAN**
**ST. PAUL, KS 66771**

As of the petition filing date, the claim is: **$157.65**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.504**

Priority creditor's name and mailing address
**DARREL & CAROLYN**
**MONTGOMERY**
**2820 NORTH 8TH**
**INDEPENDENCE, KS 67301-1745**

As of the petition filing date, the claim is: **$157.43**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.505**

Priority creditor's name and mailing address
**DARREN BABCOCK**
**1345 OTTAWA RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$5.92**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.506**

Priority creditor's name and mailing address
**DARREN MICHAEL WILEY AND**
**1580 9000 RD**
**OSWEGO, KS 67356**

As of the petition filing date, the claim is: **$15.60**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.77 | $0.00 |
|---|---|---|---|---|

**2.507** Priority creditor's name and mailing address
**DARRIN W WOOLFOLK & DEANA A**
**3040 HARPER RD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.77    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.508** Priority creditor's name and mailing address
**DARYL D AHLQUIST**
**102 S LINCOLN AVE**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$442.39    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.509** Priority creditor's name and mailing address
**DAVE & BELINDA COMPSTON**
**4719 STATE ST**
**BARLESVILLE, OK 74006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.54    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.510** Priority creditor's name and mailing address
**DAVE L & TERESA L COX**
**6700 40TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.61    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.64 | $0.00 |
|---|---|---|---|---|

**DAVID & APRIL SEMRAD**
**9450 90TH RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.66 | $0.00 |
|---|---|---|---|---|

**DAVID & DEBBIE CASTLE**
**9280 50TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.73 | $0.00 |
|---|---|---|---|---|

**DAVID & DEBORAH LOWE**
**24649 KINGMAN RD**
**BUFFALO, KS 66717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.74 | $0.00 |
|---|---|---|---|---|

**DAVID & DONNA WILLIS**
**7120 160TH ROAD**
**CHANUTE, KS 66720-6800**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.51 | $0.00 |
|---|---|---|---|---|

**DAVID & GINA BURNETT**
**8405 MEADE ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.26 | $0.00 |
|---|---|---|---|---|

**DAVID & HARRIET THORNTON**
**7450 BETHANY ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.08 | $0.00 |
|---|---|---|---|---|

**DAVID & MICHELLE HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.14 | $0.00 |
|---|---|---|---|---|

**DAVID A & BARBARA POWERS,**
**H/S,**
**11185 ELK RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.57 | $0.00 |
|---|---|---|---|---|

**DAVID A PETERSON**
**20050 50TH RD**
**PARSONS, KS 67357**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.91 | $0.00 |
|---|---|---|---|---|

**DAVID ALLEN BEAM &**
**611 N.W. 1751**
**KINGSVILLE, MO 64061**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.60 | $0.00 |
|---|---|---|---|---|

**DAVID B ELY & TONYA R ELY**
**10720 BROWN ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.91 | $0.00 |
|---|---|---|---|---|

**DAVID BOSCH**
**6077 QUEEN ROAD**
**NEODESHA, KS 66757**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.44 | $0.00 |
|---|---|---|---|---|

**DAVID C ROSS & DONNA S ROSS**
**1910 WILLOW**
**VALLEY FALLS, KS 66088-4040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.78 | $0.00 |
|---|---|---|---|---|

**DAVID CALLAGHAN**
**1713 LOUDON HEIGHTS RD**
**CHARLESTON, WV 25314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.18 | $0.00 |
|---|---|---|---|---|

**DAVID D & RHONDA J MARPLE**
**20389 2000 RD**
**BUFFALO, KS 66717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.28 | $0.00 |
|---|---|---|---|---|

**DAVID D MARPLE**
**20389 2000 ROAD**
**BUFFALO, KS 66717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.80 | $0.00 |
|---|---|---|---|---|

**DAVID D. & PATRICIA ANN MARPLE**
**20389 2000 ROAD**
**BUFFALO, KS 66717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.83 | $0.00 |
|---|---|---|---|---|

**DAVID EUGENE BURDUE &**
**P.O. BOX 720182**
**OKLAHOMA CITY, OK 73172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.97 | $0.00 |
|---|---|---|---|---|

**DAVID G GROBLEBE**
**PO BOX 2265**
**DURANGO, CO 81302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.09 | $0.00 |
|---|---|---|---|---|

**DAVID H & CAROLYN M WINTERS,**
**BOX 135**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.41 | $0.00 |
|---|---|---|---|---|

**DAVID H WINTERS, JR &**
**16000 IRVING RD**
**MOUND VALLEY, KS 67354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.32 | $0.00 |
|---|---|---|---|---|

**DAVID K & KIMBERLY R KRAMER**
**6955 JACKSON ROAD**
**GALESBURG, KS 66740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.67 | $0.00 |
|---|---|---|---|---|

**DAVID K THORNTON**
**24916 850 RD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.97 | $0.00 |
|---|---|---|---|---|

**DAVID KEN & TAMMY F**
**THORNTON**
**24916 850 RD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.44 | $0.00 |
|---|---|---|---|---|

**DAVID L & DONNA J ERBE, JT**
**1209 POTOMAC**
**BURLINGTON, KS 66839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.22 | $0.00 |
|---|---|---|---|---|

**DAVID L & DONNA L MAXEY**
**HC 61 BOX 23**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $0.00 |
|---|---|---|---|---|

**DAVID L & JUDITH D OSBORN**
**2510 HWY 169**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.76 | $0.00 |
|---|---|---|---|---|

**DAVID L & MARY SUE CARLSON,**
**18915 WICHITA RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.80** | **$0.00** |
|---|---|---|---|---|
| | **DAVID L HARRIS & PAM L HARRIS**<br>**13225 K-47 HIGHWAY**<br>**ERIE, KS 66733** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.72** | **$0.00** |
|---|---|---|---|---|
| | **DAVID L SCHLARB**<br>**307 55TH STREET**<br>**VIENNA, WV 26105** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53.18** | **$0.00** |
|---|---|---|---|---|
| | **DAVID M & KRISTEN K MILLER,**<br>**14475 250TH RD**<br>**SAVONBURG, KS 66772** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5.14** | **$0.00** |
|---|---|---|---|---|
| | **DAVID MAXSON**<br>**123 N 160TH**<br>**GIRARD, KS 66743** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.60 | $0.00 |
|---|---|---|---|---|

**DAVID P ANDERSON**
**721 N. HUNTINGTON COURT**
**LAWRENCE, KS 66049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.33 | $0.00 |
|---|---|---|---|---|

**DAVID P ELLIOTT, JR**
**619 LIMESTONE RUN ROAD**
**WESTON, WV 26452-7667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.66 | $0.00 |
|---|---|---|---|---|

**DAVID R & AUDREY A MAHURIN**
**5215 20TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.37 | $0.00 |
|---|---|---|---|---|

**DAVID T HOLT**
**P.O. BOX 680997**
**FRANKLIN, TN 37068-0997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.47 | $0.00 |
|---|---|---|---|---|

**DAVID W BAUGHER REV TRST**
**20048 NESS RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.14 | $0.00 |
|---|---|---|---|---|

**DAVID W ENGELMAN & ELAINE C**
**17454 2000 RD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.62 | $0.00 |
|---|---|---|---|---|

**DAVID W HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.06 | $0.00 |
|---|---|---|---|---|

**DAVID W KNUDSEN & MARY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **DAVID WAYNE FOSTER, JR** | ☐ Contingent | | |
| | **RT. 1 BOX 229B** | ☐ Unliquidated | | |
| | **CAIRO, WV 26337** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.36 | $0.00 |
|---|---|---|---|---|
| | **DAVID WELCH** | ☐ Contingent | | |
| | **1307 DARWIN STREET** | ☐ Unliquidated | | |
| | **ODENTEN, MD 21113** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.14 | $0.00 |
|---|---|---|---|---|
| | **DAVIS BROS LLC** | ☐ Contingent | | |
| | **110 W. 7TH ST. STE. 1000** | ☐ Unliquidated | | |
| | **TULSA, OK 74119** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.85 | $0.00 |
|---|---|---|---|---|
| | **DEAN & JERI COOPER** | ☐ Contingent | | |
| | **429 498 E 20 ROAD** | ☐ Unliquidated | | |
| | **WELCH, OK 74369-9658** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.555** | Priority creditor's name and mailing address

**DEAN HOLLENSBE**
**PO BOX 1257**
**MT VERNON, IL 62864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.69** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.556** | Priority creditor's name and mailing address

**DEANNA KELSO**
**1049 NORTH PEBBLE CREEK**
**DRIVE**
**NIXA, MO 65714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$391.50** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.557** | Priority creditor's name and mailing address

**DEANNA L DIBRELL**
**1915 MOFFAT RD NW**
**PIEDMONT, OK 73078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$47.21** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.558** | Priority creditor's name and mailing address

**DEANNA SPOON**
**4650 RENO RD**
**NEODESHA, KS 66757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$185.39** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.30 | $0.00 |
|---|---|---|---|---|

**DEBORAH EWBANK**
**206 S RUTLER**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.87 | $0.00 |
|---|---|---|---|---|

**DEBORAH G (BUZZARD) MOORE**
**7705 FORD ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.32 | $0.00 |
|---|---|---|---|---|

**DEBORAH L CURFMAN**
**RT. 2 BOX 328**
**CAIRO, WV 26337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.13 | $0.00 |
|---|---|---|---|---|

**DEBORAH LESH**
**4241 CLOVE ST.**
**MIDDLEBURG, FL 32068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.563** | Priority creditor's name and mailing address

**DEBRA L HATFIELD**
**1511 MADISON CREEK RD.**
**BRANCHLAND, WV 25506**

As of the petition filing date, the claim is:          **$5.10**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.564** | Priority creditor's name and mailing address

**DEBRA S DELATORRE**
**18676 ANDERSON ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:          **$26.51**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.565** | Priority creditor's name and mailing address

**DEBRA S DELATORRE & KELLY A**
**18676 ANDERSON ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:          **$1.94**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.566** | Priority creditor's name and mailing address

**DEE & VICKI WEST**
**RT 1 BOX 133A**
**DELAWARE, OK 74027**

As of the petition filing date, the claim is:          **$57.11**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.01 | $0.00 |
|---|---|---|---|---|

**DELISA LYNN HOPPES**
**881 22000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.69 | $0.00 |
|---|---|---|---|---|

**DELL MARIE SHANAHAN**
**SWEARER**
**2901 WESTMINISTER DR**
**HUTCHINSON, KS 67502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DELMA CARTER**
**% BEV BAILEY**
**SALTROCK, WV 25559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.73 | $0.00 |
|---|---|---|---|---|

**DELORES CARR**
**STAR RT 83, BOX 45**
**ELLENBORO, WV 26346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.27 | $0.00 |
|---|---|---|---|---|

**DELORES SANDERS**
**17 LONG BRANCH ROAD**
**BRANCHLAND, WV 25506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.13 | $0.00 |
|---|---|---|---|---|

**DELORIS MAE WEST**
**HC 61, BOXX 21**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.23 | $0.00 |
|---|---|---|---|---|

**DELPHINE HANSEN, TTEE OF THE**
**983 W. LINWOOD AVE.**
**NIXA, MO 65714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,695.31 | $0.00 |
|---|---|---|---|---|

**DELTA RUTH HARRIS, TTEE OF**
**THE**
**305 E. CANVILLE**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.74 | $0.00 |
|---|---|---|---|---|

**DENNIS H CUNNINGHAM**
**6113 GALLERY ST**
**BOWIE, MD 20720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.83 | $0.00 |
|---|---|---|---|---|

**DENNIS R & RITA F GRAHAM**
**2670 60 RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.98 | $0.00 |
|---|---|---|---|---|

**DENNIS S & CARRIE R COOPER**
**494 SQUIRREL RD.**
**YATES CENTER, KS 66783**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17 | $0.00 |
|---|---|---|---|---|

**DENNIS STEIG & ELLEN STEIG,**
**317 24000 RD**
**CHERRYVALE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.57** | **$0.00** |
|---|---|---|---|---|

**DENZIL R RUTHERFORD**
**RT. 6 BOX 217**
**ROCK LAKE**
**FAIRMONT, WV 26554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.11** | **$0.00** |
|---|---|---|---|---|

**DEREK ALAN STEINMAN**
**4343 NORTH CLARENDON AVE.**
**APT. #1817**
**CHICAGO, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84.73** | **$0.00** |
|---|---|---|---|---|

**DEV BEESON & LEIGH ANN**
**BEESON**
**19064 JACKSON**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$139.70** | **$0.00** |
|---|---|---|---|---|

**DEVARA KINKEAD**
**925 COUNTY RD, 1003A**
**GODLEY, TX 76044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.75 | $0.00 |
|---|---|---|---|---|

**DEWAYNE A & VERDA ILENE**
**17417 E. 54TH TERRACE COURT S**
**INDEPENDENCE, MO 64055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.74 | $0.00 |
|---|---|---|---|---|

**DIANA AROCHENA**
**11409 IVY FLOWER LOOP**
**RIVERVIEW, FL 33569**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.89 | $0.00 |
|---|---|---|---|---|

**DIANA SHOWALTER**
**P.O. BOX 64**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.33 | $0.00 |
|---|---|---|---|---|

**DIANA WELCH**
**333 W. HIGH STREET**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.28 | $0.00 |
|---|---|---|---|---|

**DIANE BLACKBIRD**
**21835 COFFEE HOLLY RD**
**TAHLEQUAH, OK 74464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.06 | $0.00 |
|---|---|---|---|---|

**DIANE K BENSON**
**RT 1 BOX 360-1**
**S COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.35 | $0.00 |
|---|---|---|---|---|

**DIANE M IULIANO**
**3016 WINTERS LANE**
**LAGRANGE, KY 40031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.10 | $0.00 |
|---|---|---|---|---|

**DIANE S BOWER**
**507 51ST STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3.78** | **$0.00** |
|---|---|---|---|---|
| | **DIANNA PHILLIPS & MICHAEL**<br>**1624 E HOLLY AVE**<br>**SAND SPRINGS, OK 74063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$52.79** | **$0.00** |
|---|---|---|---|---|
| | **DIETER & SEDANA S BEUSCH**<br>**ROUTE 2 BOX 6020**<br>**NOWATA, OK 74048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$67.67** | **$0.00** |
|---|---|---|---|---|
| | **DIETRICH LECK**<br>**ROUTE 1, BOX 172**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.57** | **$0.00** |
|---|---|---|---|---|
| | **DIXIE L MURDOCK**<br>**2922 GRAND**<br>**PARSONS, KS 67357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.58 | $0.00 |
|---|---|---|---|---|

**DOLORES SCOCCHIO**
**25927 MARKET PLACE**
**LOMITA, CA 90710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,136.67 | $0.00 |
|---|---|---|---|---|

**DOMESTIC ENERGY PARTNERS**
**5201 CAMP BOWIE BLVD. STE.**
**200**
**FORT WORTH, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.22 | $0.00 |
|---|---|---|---|---|

**DON & ROSILEE RISSEN TTEES**
**OF**
**5420 FORD RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.49 | $0.00 |
|---|---|---|---|---|

**DON C GRIFFEY**
**5350 EAST 46TH STREET # 145**
**TULSA, OK 74135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.70 | $0.00 |
|---|---|---|---|---|

**DON L & NORMA J HALL**
**5118 BALLENTINE**
**SHAWNEE, KS 66203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,502.69 | $0.00 |
|---|---|---|---|---|

**DON L GOSNEY**
**PO BOX 256**
**BAYFIELD, CO 81122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.94 | $0.00 |
|---|---|---|---|---|

**DON L GROSS**
**3252 S. 4290 ROAD**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.07 | $0.00 |
|---|---|---|---|---|

**DON L WEBSTER TRST**
**2507 GLYNNWOOD LANE**
**BARTLESVILLE, OK 74005-6223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6.72** | **$0.00** |
|---|---|---|---|---|
| | **DONAL R BURRIS**<br>**1875 NESS RD**<br>**PARSONS, KS 67357** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47.43** | **$0.00** |
|---|---|---|---|---|
| | **DONALD & DARLENE CHILDERS**<br>**1305 BOWEN CREEK RD**<br>**BRANCHLAND, WV 25506** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$147.54** | **$0.00** |
|---|---|---|---|---|
| | **DONALD & HELEN JANSSEN**<br>**12640 90TH ROAD**<br>**ERIE, KS 66733** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$383.33** | **$0.00** |
|---|---|---|---|---|
| | **DONALD A & PAMELA K**<br>**GASTINEAU**<br>**502 S WESTVIEW DR**<br>**CHANUTE, KS 66720** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.79 | $0.00 |
|---|---|---|---|---|

**DONALD D DIXON &**
**777 21000 RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.91 | $0.00 |
|---|---|---|---|---|

**DONALD D PROPS**
**P.O. BOX 73**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.41 | $0.00 |
|---|---|---|---|---|

**DONALD E BABCOCK & JUDY A**
**1475 OTTAWA RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.55 | $0.00 |
|---|---|---|---|---|

**DONALD E HEADY**
**1900 PRATT ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$123.74** | **$0.00** |
|---|---|---|---|---|

2.611

Priority creditor's name and mailing address

**DONALD E JANSSEN**
**12640 90TH RD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$123.74**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.612

Priority creditor's name and mailing address

**DONALD F MOYERS**
**6779 CR201**
**MILLERSBURG, OH 44654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4.32**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.613

Priority creditor's name and mailing address

**DONALD K STOUT**
**110 COUNTRYSIDE DR**
**SENOIA, GA 30276**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5.51**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.614

Priority creditor's name and mailing address

**DONALD L & RICKEY E**
**FREEBERG**
**26066 MEADE ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$69.19**      **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.14 | $0.00 |
|---|---|---|---|---|

**DONALD L LACEN & CATHY L LACEN**
**2420 60TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.83 | $0.00 |
|---|---|---|---|---|

**DONALD LEE SONGER &**
**18567 950 ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.24 | $0.00 |
|---|---|---|---|---|

**DONALD O & CHERYL A FRIEDRICK**
**19895 BROWN ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.20 | $0.00 |
|---|---|---|---|---|

**DONALD P & MARILYN J GOOD, H/W**
**23054 FORD ROAD**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.54 | $0.00 |
|---|---|---|---|---|

**DONALD P COOVER**
**9305 70TH RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.93 | $0.00 |
|---|---|---|---|---|

**DONALD R & KATHY E GARBER**
**4095 BROWN ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.72 | $0.00 |
|---|---|---|---|---|

**DONALD R GREEN**
**18832 1200 RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144.15 | $0.00 |
|---|---|---|---|---|

**DONALD R MUSTAIN & WANDA**
**P.O. BOX 23**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.63 | $0.00 |
|---|---|---|---|---|

**DONALD R VITT & VERA M VITT,**
**12425 TREGO ROAD**
**ST. PAUL, KS 66771**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.84 | $0.00 |
|---|---|---|---|---|

**DONALD THURMAN & RUTH**
**THURMAN,**
**9386 RENO ROAD**
**ALTOONA, KS 66710**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.30 | $0.00 |
|---|---|---|---|---|

**DONALD TOLLES**
**22047 GRAY RD.**
**DENNIS, KS 67341-9036**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.18 | $0.00 |
|---|---|---|---|---|

**DONNA & EUGENE WAKEFIELD**
**7501 NW 234TH**
**EDMOND, OK 73025**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.74 | $0.00 |
|---|---|---|---|---|

**DONNA BECK**
**2532 NORTHWEST TURNPIKE**
**PENNSBORO, WV 26415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.08 | $0.00 |
|---|---|---|---|---|

**DONNA BENTLEY**
**PO BOX 127**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.22 | $0.00 |
|---|---|---|---|---|

**DONNA J ENGELMANN**
**4422 CR 4700**
**INDEPENDENCE, KS 67301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**DONNA J PARKS RICHARDS**
**122 3RD STREET**
**NEW LONDON, OH 44851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.631** | Priority creditor's name and mailing address

**DONNA JEAN EARHART**
**123 BROOKSTONE BOULEVARD**
**WESTERVILLE, OH 43081**

As of the petition filing date, the claim is:      **$26.08**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.632** | Priority creditor's name and mailing address

**DONNA L PROVALENKO**
**FORMERLY**
**1810 FAIRLAWN**
**ROCK HILL, SC 29732**

As of the petition filing date, the claim is:      **$62.91**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.633** | Priority creditor's name and mailing address

**DONNA LYNN BEIDL**
**1134 HARVEST GLEN DRIVE NW**
**CLEVELAND, TN 37312**

As of the petition filing date, the claim is:      **$0.29**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.634** | Priority creditor's name and mailing address

**DONNIE R & VERA M BELL TRST**
**2565 100TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:      **$6.55**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.635** Priority creditor's name and mailing address

**DONNIE YARNELL & DOLORES M**
**16510 PRYOR RD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.09    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.636** Priority creditor's name and mailing address

**DORA M CLAYTON**
**748 TRAIL RIDGE RD**
**MATTHEWS, NC 28105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4.14    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.637** Priority creditor's name and mailing address

**DORIS J SWILER**
**10415 160TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$442.25    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.638** Priority creditor's name and mailing address

**DORIS L DAVIS**
**6647 PRUNTY RD.**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.47    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37.81** | **$0.00** |
|---|---|---|---|---|
| | **DORIS L DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$126.66** | **$0.00** |
|---|---|---|---|---|
| | **DORIS L STICE, TTEE**<br>**26039 MEADE ROAD**<br>**PARSONS, KS 67357** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8.15** | **$0.00** |
|---|---|---|---|---|
| | **DORIS LEE DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$757.94** | **$0.00** |
|---|---|---|---|---|
| | **DORIS N STREETS**<br>**332 NORTH 12TH**<br>**FREDONIA, KS 66736** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $213.91 | $0.00 |
|---|---|---|---|---|

**DORIS O OGLESBEE TRST**
**344 S CRESTWAY**
**WICHITA, KS 67218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $66.89 | $0.00 |
|---|---|---|---|---|

**DOROTHA LADONNA THUMMEL,**
**LIFE**
**12030 ELK ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.18 | $0.00 |
|---|---|---|---|---|

**DOROTHA MASON**
**24501 NORTH COUNCIL**
**EDMOND, OK 73025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $286.70 | $0.00 |
|---|---|---|---|---|

**DOROTHEA LEE BASLER TRUST**
**1404 NW 122ND STREET**
**APARTMENT 305**
**OKLAHOMA CITY, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.07 | $0.00 |
|---|---|---|---|---|

**DOROTHY ANN RUTLEDGE**
**804 S. GARFIELD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.80 | $0.00 |
|---|---|---|---|---|

**DOROTHY FARROW**
**8233 NW WOLF RD**
**LAWTON, OK 73507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.31 | $0.00 |
|---|---|---|---|---|

**DOROTHY J WARD REV TRST**
**3205 45TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 | $0.00 |
|---|---|---|---|---|

**DORWARD ENERGY**
**CORPORATION**
**447 3RD AVE N STE 400**
**ST PETERSBURG, FL 33701-3255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.33 | $0.00 |
|---|---|---|---|---|

**DOUGLAS & MELINDA KEATON**
**7745 PRATT ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.56 | $0.00 |
|---|---|---|---|---|

**DOUGLAS A DIETSCH &**
**19220 BROWN RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.49 | $0.00 |
|---|---|---|---|---|

**DOUGLAS B BRUNGARDT**
**6500 WIPPOORWILL**
**OLIVE BRANCH, MS 38654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.14 | $0.00 |
|---|---|---|---|---|

**DOUGLAS E FICKEL &**
**518 W 1ST STREET**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.06 | $0.00 |
|---|---|---|---|---|

**DOUGLAS L ALLMON**
**314 EXNER**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.87 | $0.00 |
|---|---|---|---|---|

**DOUGLAS L FRYDENDALL &**
**16355 JACKSON ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.76 | $0.00 |
|---|---|---|---|---|

**DOUGLAS P & LOIS A LOONEY**
**809 W PUTTER CT**
**ANDOVER, KS 67002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.10 | $0.00 |
|---|---|---|---|---|

**DOUGLAS PITCHER**
**1349 N. GREENFIELD**
**MULVANE, KS 67110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**2.659** Priority creditor's name and mailing address
**DOUGLAS Q REED & LAURIE K REED**
**13860 80TH RD**
**ERIE, KS 66733**

As of the petition filing date, the claim is: **$65.88**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.660** Priority creditor's name and mailing address
**DOUGLAS W BARNOW & RONDA L**
**7490 160TH RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: **$19.99**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.661** Priority creditor's name and mailing address
**DOUGLAS W SOMMERS**
**1001 S PLUMMER**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: **$71.54**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.662** Priority creditor's name and mailing address
**DOYAL & MIRIAM SAYE REV TRST**
**P.O. BOX 66**
**DENNIS, KS 67341**

As of the petition filing date, the claim is: **$36.35**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.32 | $0.00 |
|---|---|---|---|---|

**DOYAL L SAYE, JR**
**P.O. BOX 66**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.60 | $0.00 |
|---|---|---|---|---|

**DOYLE A & TERRI L SAYE, H/W**
**22003 FINNEY ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.74 | $0.00 |
|---|---|---|---|---|

**DOYLE CONRAD BROWN**
**511 STALCUP STREET**
**COLUMBIA, MO 65203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.94 | $0.00 |
|---|---|---|---|---|

**DOYLE E BILLER FAMILY TRST**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$287.35** | **$0.00** |
|---|---|---|---|---|
| | **DOYLE F BILLER**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA, CA 92886** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55.24** | **$0.00** |
|---|---|---|---|---|
| | **DREAMA DEARDORFF**<br>**PO BOX 135**<br>**KEVIL, KY 72053** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.05** | **$0.00** |
|---|---|---|---|---|
| | **DUANE A & BETTY ANGLETON**<br>**270 1000 RD**<br>**COFFEYVILLE, KS 67337** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$106.90** | **$0.00** |
|---|---|---|---|---|
| | **DUANE E & SHIRLEY J MOYER**<br>**DTD 3/23/00**<br>**15050 GRAY RD**<br>**CHANUTE, KS 66720** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.63 | $0.00 |
|---|---|---|---|---|

**DUANE WADSWORTH**
**3967 TRUITT LANE**
**INDEPENDENCE, KS 67301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.73 | $0.00 |
|---|---|---|---|---|

**DWAYNE D & TONI D UMBARGER,**
**1585 70TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.79 | $0.00 |
|---|---|---|---|---|

**DWAYNE D UMBARGER**
**1585 70TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.74 | $0.00 |
|---|---|---|---|---|

**DWIGHT & TINA MOORE, JTWOS**
**RT. 2 BOX 152A**
**WEST UNION, WV 26456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.96 | $0.00 |
|---|---|---|---|---|

**E C WOLFE**
**5453 MANDARIN CIRCLE**
**HIXSON, TN 37343-6803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.43 | $0.00 |
|---|---|---|---|---|

**E E BUSH HEIRS**
**3407 8TH AVE.**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.07 | $0.00 |
|---|---|---|---|---|

**E ELOISE HAHN**
**1540 4000 ROAD**
**BARTLETT, KS 67332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.64 | $0.00 |
|---|---|---|---|---|

**E PHILLIP COUCH, AKA EP**
**COUCH**
**1320 WEST OKLMULGEE**
**MUSKOGEE, OK 74401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|-------------------------|-----------------|
| | Name | | |

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.16 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**E REX NAANES TRST**
**114 E. MARSHALL**
**ERIE, KS 66733-1128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,430.18 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**E WAYNE WILLHITE & EUGENA L**
**TR U/A DTD 11/29/2007**
**PO BOX 707**
**HOWARD, KS 67349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.91 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**EARL & HELEN JOHNSON**
**655 3000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.39 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|-------|

**EARL R TROUT JR & BETTY C**
**346 24000 ROAD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.86 | $0.00 |
|---|---|---|---|---|

**EARL S FOX**
**2310 COLERIDGE DRIVE**
**SILVER SPRING, MD 20910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.45 | $0.00 |
|---|---|---|---|---|

**EARL W STOVER &**
**23255 IRVING ROAD**
**HUMBOLDT, KS 66748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.56 | $0.00 |
|---|---|---|---|---|

**EARNEST & MICHELLE PUPANEK**
**12658 QUEEN ROAD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.29 | $0.00 |
|---|---|---|---|---|

**EARNIE A BARR & KATHY L**
**BARR**
**1300 S. 11TH**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.94 | $0.00 |
|---|---|---|---|---|
| | **EDDIE O'NEILL** **1324 W. FIRST STREET** **COFFEYVILLE, KS 67337** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No ☐ Yes | | |

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.46 | $0.00 |
|---|---|---|---|---|
| | **EDDIE R HILL** **428158 E. 20 RD.** **WELCH, OK 74369** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No ☐ Yes | | |

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.21 | $0.00 |
|---|---|---|---|---|
| | **EDGAR G WILSON** **403 N. 20TH STREET** **WEIRTON, WV 26062** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No ☐ Yes | | |

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.68 | $0.00 |
|---|---|---|---|---|
| | **EDGAR J & JOANNE HUTCHISON,** **18303 UDALL ROAD** **ALTOONA, KS 66710** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.54 | $0.00 |
|---|---|---|---|---|

**EDITH & GARY KESTERSON**
**3495 30TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.78 | $0.00 |
|---|---|---|---|---|

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.01 | $0.00 |
|---|---|---|---|---|

**EDNA C FOSTER**
**434 OLD TURNPIKE ROAD**
**PARKERSBURG, WV 26104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.66 | $0.00 |
|---|---|---|---|---|

**EDNA FLANAGAN**
**1517 27TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 | $0.00 |
|---|---|---|---|---|

**EDNA KLINGENBERG**
**4225 OAKCREST**
**ENID, OK 73703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.40 | $0.00 |
|---|---|---|---|---|

**EDNA M PARKS WOTRING**
**1000 ROLLING WOOD DR.**
**MARSHALL, TX 75670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.96 | $0.00 |
|---|---|---|---|---|

**EDNA W HARDMAN**
**2278 OXBOW CIR.**
**STONE MOUNTAIN, GA**
**30087-0121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.91 | $0.00 |
|---|---|---|---|---|

**EDSEL E NOLAND & SONYA S**
**DTD 5/29/99**
**1119 S. RUTTER AVE.**
**CHANUTE, KS 66720-2659**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.64 | $0.00 |
|---|---|---|---|---|

**EDWARD BENNETT WEBSTER, TRSTE**
**1706 SKYLINE DRIVE**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.71 | $0.00 |
|---|---|---|---|---|

**EDWARD BIRK, LINDA BIRK,**
**1044 HWY 75**
**BURLINGTON, KS 66839-3094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.86 | $0.00 |
|---|---|---|---|---|

**EDWARD J & GERTRUDE I**
**MCKINNEY**
**608 LEAWOOD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.71 | $0.00 |
|---|---|---|---|---|

**EDWARD J O'BRIEN**
**214 LATHROP STREET**
**KINGSTON, PA 18704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.12 | $0.00 |
|---|---|---|---|---|

**EDWARD R MCKINSEY & BRENDA C**
**22520 OTTAWA RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.69 | $0.00 |
|---|---|---|---|---|

**EDWARD WAYNE WALL & NORMA A**
**PO BOX 64**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.67 | $0.00 |
|---|---|---|---|---|

**EDWIN G WILLIAMS**
**RR. 1, BOX 247**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.60 | $0.00 |
|---|---|---|---|---|

**EDWIN J WILTSE**
**PO BOX 895**
**135 S. DELAWARE**
**DIGHTON, KS 67839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.55 | $0.00 |
|---|---|---|---|---|

**EHRLICH FAMILY TRST**
**RT 1 BOX 134**
**DELAWARE, OK 74027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.77 | $0.00 |
|---|---|---|---|---|

**EIGG LAND LIMITED**
**PO BOX 31**
**NEW PHILADELPHIA, OH 44663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.80 | $0.00 |
|---|---|---|---|---|

**EILEEN FLUHARTY**
**P.O. BOX 13**
**SMITHVILLE, WV 26178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 | $0.00 |
|---|---|---|---|---|

**EILEEN HOUGH, TTEE OF THE**
**1614 S. WALNUT**
**COFFEYVILLE, KS 67337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.64 | $0.00 |
|---|---|---|---|---|

**EILEEN SHANAHAN THORNBURG &**
**8909 SCIROCCO CIRCLE**
**OKLAHOMA CITY, OK 73135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.88 | $0.00 |
|---|---|---|---|---|

**ELAINE CAROL CONLEY**
**HC 75, BOX 1**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.75 | $0.00 |
|---|---|---|---|---|

**ELAINE FRENETT**
**660 S 3RD STREET**
**JACKSONVILLE, OR 97530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.63 | $0.00 |
|---|---|---|---|---|

**ELDON J HAUGHT**
**P.O. BOX 6**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.44 | $0.00 |
|---|---|---|---|---|

**ELDON W, SR & SONYA M BARRIGER**
**20760 MEADE RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.14 | $0.00 |
|---|---|---|---|---|

**ELECTRONIC DESIGN FOR**
**100 AYERS BLVD**
**BELPRE, OH 45714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.59 | $0.00 |
|---|---|---|---|---|

**ELENOR GEORGEN**
**9 BLUE STONE TERRACE**
**MORRISTOWN, NJ 79600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.89 | $0.00 |
|---|---|---|---|---|

**ELIZABETH ANN WALL**
**311 ARNOLD ROAD**
**BRENTWOOD, TN 37027-5124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.41 | $0.00 |
|---|---|---|---|---|

**ELIZABETH HEWITT TAYLOR**
**PO BOX 550289**
**ATLANTA, GA 30355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.13 | $0.00 |
|---|---|---|---|---|

**ELIZABETH HEWITT TAYLOR**
**PO BOX 550289**
**ATLANTA, GA 30355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.35 | $0.00 |
|---|---|---|---|---|

**ELIZABETH L PICKENS**
**2604 UNITY PLACE #301 UNITY CT**
**PARKERSBURG, WV 26101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.31 | $0.00 |
|---|---|---|---|---|

**ELIZABETH M SCOTT**
**611 LEAWOOD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |

Name

---

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.94 | $0.00 |

**ELIZABETH WOODS-GAGE**
**1820 SOUTH ALSACE AVE.**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.79 | $0.00 |

**ELK CREEK AGRICULTURAL LP**
**P.O. BOX 8744**
**HOUSTON, TX 77249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.45 | $0.00 |

**ELLA BOONE**
**5 HILL CIRCLE**
**LEXINGTON, VA 24450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.78 | $0.00 |

**ELLA J REED**
**RT. 2 BOX 63**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.93 | $0.00 |
|---|---|---|---|---|

**ELLEN GRAYCE HARRINGTON**
**2100 36TH AVENUE NW**
**APT 52**
**NORMAN, OK 73072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.38 | $0.00 |
|---|---|---|---|---|

**ELLEN L. TITUS**
**22102 GRAY RD.**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.78 | $0.00 |
|---|---|---|---|---|

**ELMER E SCHIELDS, JR &**
**1005 S. ALLEN AVE.**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,307.43 | $0.00 |
|---|---|---|---|---|

**eLYNX TECHNOLOGIES, LLC**
**P.O. BOX 21228**
**TULSA, OK 74121-1228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$283.34** | **$0.00** |
|---|---|---|---|---|
| | **EMERY R & SHIELA M PROPER**<br>**2062 - 10TH ROAD**<br>**CHANUTE, KS 66720** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.17** | **$0.00** |
|---|---|---|---|---|
| | **EMMA JEAN MERCER AGENT**<br>**2306 WINCHESTER ROAD**<br>**S CHARLESTON, WV 25303** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.08** | **$0.00** |
|---|---|---|---|---|
| | **EMOGENE CARPENTER**<br>**200 STOUT STREET**<br>**HARRISVILLE, WV 26362** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.64** | **$0.00** |
|---|---|---|---|---|
| | **ENERGY DEEP RESOURCES INC**<br>**1028 REGENCY WAY**<br>**BIRMINGHAM, AL 35242** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,294.34** | **$0.00** |
|---|---|---|---|---|

**ENGLAND HOLDINGS LLC**
**1 INNWOOD CIRCLE, SUITE 204**
**LITTLE ROCK, AR 72211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.74** | **$0.00** |
|---|---|---|---|---|

**ENID C YAWORSKY**
**911 MELROSE AVE.**
**AMBRIDGE, PA 15003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24.36** | **$0.00** |
|---|---|---|---|---|

**EQUITY TRUST COMPANY**
**PO BOX 451340**
**WESTLAKE, OH 44145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24.36** | **$0.00** |
|---|---|---|---|---|

**EQUITY TRUST COMPANY**
**PO BOX 451340**
**WESTLAKE, OH 44145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.96 | $0.00 |
|---|---|---|---|---|

**ERBE LIV TRST**
**7565 UDALL ROAD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 | $0.00 |
|---|---|---|---|---|

**ERIK MITCHELL**
**3218 STATE RT 82 #127**
**MANTUACH, OH 44255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 | $0.00 |
|---|---|---|---|---|

**ERIN E KLINTWORTH**
**600 JUNEWAY DR.**
**BAY VILLAGE, OH 44140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ERMA K PETHTEL**
**2317 BROAD STREET**
**PARKERSBURG, WV 26101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.13 | $0.00 |
|---|---|---|---|---|

**ERNEST & CAROLINE PETERS**
**16750 K-47 HIGHWAY**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | | $1,194.38 | $0.00 |
|---|---|---|---|---|

**ERNEST & GERALDINE**
**CLEVENGER**
**11130 90TH ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | | $126.39 | $0.00 |
|---|---|---|---|---|

**ERNEST H & PHYLLIS A KRENZ**
**BOX 188 HC 61**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | | $70.41 | $0.00 |
|---|---|---|---|---|

**ERNEST H KRENZ & PHYLLIS A**
**HC-61 BOX 188**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.05 | $0.00 |
|---|---|---|---|---|

**ERNEST HAUGHT JR**
**16837 STAUNTON TPKE**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.96 | $0.00 |
|---|---|---|---|---|

**ERNEST L HARTSHORN**
**PO BOX 315**
**GRANTSVILLE, WV 26147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.83 | $0.00 |
|---|---|---|---|---|

**ESTATE OF DEANNA LYNN**
**MARTIN**
**994 BURKE ROAD**
**GUNTER, TX 75058-4186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.89 | $0.00 |
|---|---|---|---|---|

**ESTATE OF MILO I UMBARGER**
**304 E 35TH ST**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2.08** | **$0.00** |
|---|---|---|---|---|

**ESTATE OF SHIRLEY PERKINS**
**4501 SANDALWOOD PL**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11.39** | **$0.00** |
|---|---|---|---|---|

**ESTATE OF STEPHEN CURTIS**
**MEANS**
**ROUTE 1, BOX 234-49**
**SO. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,272.24** | **$0.00** |
|---|---|---|---|---|

**ESTATE OF WILLIAM STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2.46** | **$0.00** |
|---|---|---|---|---|

**ETHEL ALEXANDER**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.43 | $0.00 |
|---|---|---|---|---|

**EUGENE E & SANDRA**
**REINHARDT**
**11695 HWY 39**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.92 | $0.00 |
|---|---|---|---|---|

**EUGENE HATFIELD**
**879 W. HIGHLAND RD**
**SAGAMORE HILLS, OH 44067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.07 | $0.00 |
|---|---|---|---|---|

**EUGENE TOWERS**
**243 SE FENWAY PLACE**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**EVA ANN SNYDER PARKS**
**1258 CEDAR GROVE RD**
**SMITHVILLE, WV 26178-7012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.54 | $0.00 |
|---|---|---|---|---|

**EVA M MALES**
**RR 1, BOX 169**
**S.COFFEYVILLE, OK 74072-9766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.90 | $0.00 |
|---|---|---|---|---|

**EVELYN & WALTER LACEY JTS**
**21648 ANDERSON ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.34 | $0.00 |
|---|---|---|---|---|

**EVELYN A J BRUNGARDT REV**
**TRST,**
**PO BOX 99**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.33 | $0.00 |
|---|---|---|---|---|

**EVELYN A J BRUNGARDT, SUCC**
**P.O. BOX 99**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.69 | $0.00 |
|---|---|---|---|---|

**EVELYN F SHORT REV TRST**
**1701 MADISON STREET, APT 110**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.20 | $0.00 |
|---|---|---|---|---|

**EVELYN HUNT**
**2900 GULF TO BAY BLVD**
**LOT 213**
**CLEARWATER, FL 33759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.49 | $0.00 |
|---|---|---|---|---|

**EVELYN I ADAMS**
**RT 4**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.47 | $0.00 |
|---|---|---|---|---|

**EVERETT BLAINE SMITH, JR**
**HC 65, BOX 38C**
**OCEANA, WV 24870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.01 | $0.00 |
|---|---|---|---|---|

**EVERETT RAY THORNTON**
**24867 850TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,211.56 | $0.00 |
|---|---|---|---|---|

**EXODUS GAS & OIL, LLC**
**1001 MCKINNEY ST., STE. 804**
**HOUSTON, TX 77002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**F & M BANK**
**115 N. CAMERON STREET**
**WINCHESTER, VA 22601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.97 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.771** | Priority creditor's name and mailing address
**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.86   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.772** | Priority creditor's name and mailing address
**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.75   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.773** | Priority creditor's name and mailing address
**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.79   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.774** | Priority creditor's name and mailing address
**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.47   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

---

Debtor   **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**
_____
Name

| | | |
|---|---|---|
| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.67 | $0.00 |

2.775   Priority creditor's name and mailing address

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:    $51.67    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.776   Priority creditor's name and mailing address

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:    $29.56    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.777   Priority creditor's name and mailing address

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:    $119.81    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.778   Priority creditor's name and mailing address

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:    $93.52    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.98 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.93 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY FAO**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.96 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY FAO**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.72 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY,**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.88 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY, F/A/O**
**24081 GRAY ROAD**
**DENNIS, KS 67341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.59 | $0.00 |
|---|---|---|---|---|

**FARM SERVICE AGENCY, FARM**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.82 | $0.00 |
|---|---|---|---|---|

**FARMERS NAT'L BANK OF**
**KANSAS**
**8775 PRATT ROAD**
**ERIE, KS 66733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.81 | $0.00 |
|---|---|---|---|---|

**FARMERS NATIONAL BANK OF**
**200 MAIN ST.**
**WALNUT, KS 66780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**

Name

Case number (if known)    **16-11231-SAH**

---

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.80 | $0.00 |
|---|---|---|---|---|

**FARON W & SHEILA M DYKE**
**9635 BROWN ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FATHER FLANAGAN'S BOYS**
**HOME**
**14100 CRAWFORD STREET**
**BOYS TOWN, NE 68010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.26 | $0.00 |
|---|---|---|---|---|

**FAY THOMISON**
**2438 POINT O'WOODS COURT**
**OVIDA, FL 32765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.47 | $0.00 |
|---|---|---|---|---|

**FEJEANA SONDALEE EVANS**
**308 BUTCHER BEND ROAD**
**MINERAL WELLS, WV 26150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.23** | **$0.00** |
|---|---|---|---|---|

**FELICIA FOREMAN**
**PO BOX 151**
**OAKS, OK 74359**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.40** | **$0.00** |
|---|---|---|---|---|

**FERN CHILDERS**
**RR 1, BOX 305**
**SALTROCK, WV 25559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.34** | **$0.00** |
|---|---|---|---|---|

**FISH OUT OF WATER, LLC**
**P.O. BOX 11247**
**ST. THOMAS, VA '00801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.40** | **$0.00** |
|---|---|---|---|---|

**FLOYD & JEANNE K WASSON, JT**
**10398 RENO RD.**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.98 | $0.00 |
|---|---|---|---|---|

**FLOYD A TIMMONS**
**14585 JADE ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.70 | $0.00 |
|---|---|---|---|---|

**FLOYD E & HILDA B WHEELER**
**5262 RENO ROAD**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.93 | $0.00 |
|---|---|---|---|---|

**FOREST ACRES LP**
**PO BOX 189**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.24 | $0.00 |
|---|---|---|---|---|

**FRANCENE ALLSUP BRYANT**
**5713 PARK HILL PLACE**
**BARTLESVILLE, OK 74006-9112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.03 | $0.00 |
|---|---|---|---|---|

**FRANCENE E & ALAN D JOHNSON**
**20580 HARPER ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.76 | $0.00 |
|---|---|---|---|---|

**FRANCES CAROLYN O'DELL**
**11933 N WOODLEA DRIVE**
**WAYNESBORO, PA 17268**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.94 | $0.00 |
|---|---|---|---|---|

**FRANCES PATRICIA HADA, LE**
**1715 CR 3775**
**PAWHUSKA, OK 74056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.15 | $0.00 |
|---|---|---|---|---|

**FRANCIS A GRILLOT, JR TTEE OF**
**601 WOODLAWN DRIVE**
**FAIRFIELD BAY, AR 72088**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.803** | Priority creditor's name and mailing address

**FRANCIS M GARCIA JR**
**470 S. EDGESIDE AVE.**
**TUCSON, AZ 85748**

As of the petition filing date, the claim is:     **$69.38**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.804** | Priority creditor's name and mailing address

**FRANK ADKINS**
**P O BOX 70**
**ONA, WV 25545**

As of the petition filing date, the claim is:     **$11.83**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.805** | Priority creditor's name and mailing address

**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND, TX 74043**

As of the petition filing date, the claim is:     **$61.88**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.806** | Priority creditor's name and mailing address

**FRANK K & KATHLEEN BRAZLE**
**9745 210TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:     **$257.27**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.93 | $0.00 |
|---|---|---|---|---|

**FRANK MARSALIS HODGES**
**2114 HUMMINGBIRD NW DR**
**PIEDMONT, OK 73078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.96 | $0.00 |
|---|---|---|---|---|

**FRANKLIN L STEPHENS AGENT**
**P.O. BOX 631**
**EAST POINT, FL 32328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.50 | $0.00 |
|---|---|---|---|---|

**FRED & NORMA JEAN SIMON,**
**H/W**
**1206 N. ARMOUR**
**WICHITA, KS 67206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.44 | $0.00 |
|---|---|---|---|---|

**FRED F BLACK &**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.811** | Priority creditor's name and mailing address

**FRED F BLACK REV TRST,**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.67    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.812** | Priority creditor's name and mailing address

**FRED H GOFF JR**
**203 JEFFERSON ST**
**BRIDGEPORT, WV 26330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.49    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.813** | Priority creditor's name and mailing address

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$673.06    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.814** | Priority creditor's name and mailing address

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.30    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.815** | Priority creditor's name and mailing address

**FREDA H STOTTS**
**137 W. SECOND ST.**
**MORGANTOWN, WV 26501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17.08        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.816** | Priority creditor's name and mailing address

**FREDA M MILLER**
**4863 ORANGE TREE PLACE**
**VENICE, FL 34293**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.69        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.817** | Priority creditor's name and mailing address

**FRIESS FARMS LAND AND**
**CATTLE**
**23458 6600 ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.86        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.818** | Priority creditor's name and mailing address

**FULLERTON TR AGR DTD 10/6/00**
**PO BOX 1435**
**RAPID CITY, SD 57709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$417.94        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,064.09** | $0.00 |
|---|---|---|---|---|

**G&N WELL SERVICE**
**5670 DOUGLAS RD.**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.40** | $0.00 |
|---|---|---|---|---|

**GALE A WHITAKER**
**3090 CHASE ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$670.12** | $0.00 |
|---|---|---|---|---|

**GALE D & RETHA CARTER, H/W**
**JTS**
**20966 1500 R RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$419.89** | $0.00 |
|---|---|---|---|---|

**GALEN E THORSELL REV TRST**
**19603 UDALL ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.823** Priority creditor's name and mailing address

**GARETH WHITEHURST**
**550 EAST LAKE DRIVE**
**TARPON SPRINGS, FL 34688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6.21**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.824** Priority creditor's name and mailing address

**GAROLD L POWERS**
**5435 HWY 47**
**THAYERS, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.19**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.825** Priority creditor's name and mailing address

**GARRICK & ANNA OGLE,**
**JTWROS**
**22783 1900 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26.43**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.826** Priority creditor's name and mailing address

**GARRY O. & MARY E.L. ECKERT**
**1421 BELMONT ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$178.04**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |

Name

---

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.41 | $0.00 |

**GARY & DEBRA WILLHITE JOINT**
**1708 NORTH MAIN STREET**
**ELDORADO, KS 67042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.82 | $0.00 |

**GARY & TONIA NELSON**
**21461 LIMIT ROAD**
**EASTON, KS 66020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.16 | $0.00 |

**GARY A & JANELLE A WEIDERT**
**LIV**
**24063 MEADE RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.01 | $0.00 |

**GARY B CARR**
**6101 ELLIS**
**WICHITA, KS 67216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.76 | $0.00 |
|---|---|---|---|---|

**GARY C SPLANE**
**PO BOX 254**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.62 | $0.00 |
|---|---|---|---|---|

**GARY D BRENNECKE REV TRST;**
**3100 JOHNSTON ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.27 | $0.00 |
|---|---|---|---|---|

**GARY D DEEM**
**1448 HARVEY RD.**
**HUNTINGTON, WV 25701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.61 | $0.00 |
|---|---|---|---|---|

**GARY DALE PALMER**
**371 12000 ROAD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.95 | $0.00 |
|---|---|---|---|---|

**GARY L KILGORE & LORRAINE**
**5365 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.10 | $0.00 |
|---|---|---|---|---|

**GARY L NICKELSON & BONNIE M**
**1860 KIOWA RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.06 | $0.00 |
|---|---|---|---|---|

**GARY L PONTIOUS & ELEANOR C**
**2156 MORNINGSIDE AVE.**
**UPLAND, CA 91784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.49 | $0.00 |
|---|---|---|---|---|

**GARY LEE & LUELLA M HUCKE**
**20009 IRVING ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |

Name

---

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.83 | $0.00 |

**GARY R & NANCY KITTERMAN**
**ROUTE 1 BOX 72-4**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.23 | $0.00 |

**GARY R & SUZANNE PETERS**
**16050 MARSHALL ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.63 | $0.00 |

**GARY T & CARLA J BREWER**
**4012 BEAR HOLLOW RD**
**WILSON, OK 73463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**GATES GATES ETAL PTR**
**108-1/2 CAPITOL STREET**
**CHARLESTON, WV 25301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.68 | $0.00 |
|---|---|---|---|---|

**GENE F LANG & CO**
**P.O. BOX 850**
**PARKER, CO 80138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.96 | $0.00 |
|---|---|---|---|---|

**GENEVA LOU ANN WHITE &**
**7625 KIOWA RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.84 | $0.00 |
|---|---|---|---|---|

**GEORGE & IONA BENNING**
**383 3000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.61 | $0.00 |
|---|---|---|---|---|

**GEORGE & JANICE OWENS**
**9046 HIGHWAY101**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.69 | $0.00 |
|---|---|---|---|---|

**GEORGE & LUMONIA DAVIS**
**ROUTE 1, BOX 372**
**S. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.58 | $0.00 |
|---|---|---|---|---|

**GEORGE A KASPER**
**5657 HOLLAND LANE**
**SAN JOSE, CA 95118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.60 | $0.00 |
|---|---|---|---|---|

**GEORGE A SHAW**
**11450 160TH RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.16 | $0.00 |
|---|---|---|---|---|

**GEORGE BENNING**
**383 3000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 | $0.00 |
|---|---|---|---|---|

**GEORGE E CRANE**
**215 WOODLAKE DR.**
**GEORGETOWN, TX 78628**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.89 | $0.00 |
|---|---|---|---|---|

**GEORGE F HOUGH**
**107 3000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.11 | $0.00 |
|---|---|---|---|---|

**GEORGE G VAUGHT, JR**
**PO BOX 13557**
**DENVER, CO 80201**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.77 | $0.00 |
|---|---|---|---|---|

**GEORGE K BEARD**
**3541 S.E. CLAYBOURNE STREET**
**PORTLAND, OR 97202**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.10 | $0.00 |
|---|---|---|---|---|

**GEORGE N LUNDY JR**
**8913 WEST 89TH STREET**
**OVERLAND PARK, KS 66212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.68 | $0.00 |
|---|---|---|---|---|

**GEORGE VERNON 2006 REV TR**
**17275 NE 23RD ST**
**CHOCTAW, OK 73020-8413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.20 | $0.00 |
|---|---|---|---|---|

**GEORGIANA HEDDEN**
**5309 YAGER DRIVE**
**THE COLONY, TX 75056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.63 | $0.00 |
|---|---|---|---|---|

**GERALD & BARBARA HOOVER**
**REV**
**414 W 128TH S**
**JENKS, OK 74037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.05 | $0.00 |
| --- | --- | --- | --- | --- |

**GERALD D & ELIZABETH B SHARP**
**P.O. BOX 721**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.33 | $0.00 |
| --- | --- | --- | --- | --- |

**GERALD D SNEERINGER & JUDY A**
**18480 FORD ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.76 | $0.00 |
| --- | --- | --- | --- | --- |

**GERALD E & ELEANOR E UMBARGER**
**1221 W 2ND**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.09 | $0.00 |
| --- | --- | --- | --- | --- |

**GERALD L & DEBRA A CALLARMAN**
**1785 60TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.863** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31.79** | **$0.00**

**GERALD L & SHARON M POWELL**
**PO BOX 84**
**ANDOVER, KS 67002-0084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.864** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.79** | **$0.00**

**GERALD L HUFFMAN**
**14 CIRCLE DRIVE**
**MOORESTOWN, NJ '08057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.865** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.10** | **$0.00**

**GERALD P FLAGEL**
**5831 PERSIMMON WAY**
**NAPLES, FL 34110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.866** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$62.10** | **$0.00**

**GERALD W LUNDY**
**304 NE SHANNON**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.19 | $0.00 |
|---|---|---|---|---|

**GERALDINE COCHRAN**
**4242 MIDFIELD ST**
**SPRINGFIELD, OH 45503-6254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9.76 | $0.00 |
|---|---|---|---|---|

**GERALDINE LUCILE MORRIS**
**2210 WILLIE ST**
**ST. MARYS, WV 26170-2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $29.33 | $0.00 |
|---|---|---|---|---|

**GERALDINE SMITH**
**300 SEVILLE RD**
**SUNBRIDGE-PUTNAM**
**HURRICANE, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $173.68 | $0.00 |
|---|---|---|---|---|

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 218 of 622

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.871** Priority creditor's name and mailing address

**GG LAND & CATTLE**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$1,035.46    $0.00

---

**2.872** Priority creditor's name and mailing address

**GIEFER LAND, LLC**
**4705 QUEEN RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$64.61    $0.00

---

**2.873** Priority creditor's name and mailing address

**GILMER E & MARY JO**
**MOSTELLER**
**50 DRY BRANCH RD**
**GRIFFITHSVILLE, WV 25521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$342.60    $0.00

---

**2.874** Priority creditor's name and mailing address

**GINA L RICHARDS**
**1608 9TH AVENUE**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$7.35    $0.00

---

| Debtor | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.13 | $0.00 |
|---|---|---|---|---|

**GLASS-GLEN BURNIE
FOUNDATION
5147 S. HARVARD AVE., STE 110
TULSA, OK 74135-3587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.43 | $0.00 |
|---|---|---|---|---|

**GLEN A NOVOTNY
5670 DOUGLAS RD
THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.45 | $0.00 |
|---|---|---|---|---|

**GLEN ALLEN
6780 LYON RD.
GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.34 | $0.00 |
|---|---|---|---|---|

**GLEN E SHOMBER REV TRST
746 160000 RD
MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.82 | $0.00 |
|---|---|---|---|---|

**GLEN L BURDUE &**
**914 E. 120TH AVE. NORTH**
**BELLE PLAINE, KS 67013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.65 | $0.00 |
|---|---|---|---|---|

**GLEN R BERG REV TRST**
**1311 N. MAIN**
**GARDEN PLAIN, KS 67050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.25 | $0.00 |
|---|---|---|---|---|

**GLENDA CARTER**
**20367 1700 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.20 | $0.00 |
|---|---|---|---|---|

**GLENDA RIDDLE**
**2711 BARNSLEY LANE**
**KISSIMMEE, FL 34744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.883 | Priority creditor's name and mailing address<br>**GLENDA STATES**<br>**11552 ECONTUCHKA ROAD**<br>**PRAGUE, OK 74864-7647** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59.53** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.884 | Priority creditor's name and mailing address<br>**GLENN & DEANNA BARNHART**<br>**9795 190TH RD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$358.65** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.885 | Priority creditor's name and mailing address<br>**GLENN L & MARLENE A**<br>**RETTMAN,**<br>**20310 1300 ROAD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$118.60** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.886 | Priority creditor's name and mailing address<br>**GLENN L PARKS**<br>**815 SHEFFIELD ROAD**<br>**SHEFFIELD LAKE, OH 44054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.01** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.50 | $0.00 |
|---|---|---|---|---|

**GLENN MARSHALL COX JR**
**RT 3 BOX 145**
**CLARKSBURG, WV 26301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.33 | $0.00 |
|---|---|---|---|---|

**GLENNA L MANGELS LIV TRST**
**HC 61 BOX 111**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.71 | $0.00 |
|---|---|---|---|---|

**GODDARD FAMILY PARTNERSHIP**
**LP**
**1 PINETREE WAY**
**DURANGO, CO 81301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.49 | $0.00 |
|---|---|---|---|---|

**GOLDIE I GUDDE**
**20571 500 RD**
**NEODESHA, KS 66757-9548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.891** | Priority creditor's name and mailing address

**GORDON & EVA REXWINKLE**
**4005 GRAY ROAD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:     **$103.14**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.892** | Priority creditor's name and mailing address

**GORDON H SYMPSON**
**P.O. BOX 2015**
**BRENTWOOD, TN 37024-2015**

As of the petition filing date, the claim is:     **$207.08**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.893** | Priority creditor's name and mailing address

**GORDON R HATFIELD**
**6604 FULLERTON AVE.**
**CLEVELAND, OH 44105**

As of the petition filing date, the claim is:     **$9.52**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.894** | Priority creditor's name and mailing address

**GRACE P TAYLOR FAMILY TRST**
**11608 W 101ST TERR**
**OVERLAND PARK, KS 66214**

As of the petition filing date, the claim is:     **$472.70**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.59 | $0.00 |
|---|---|---|---|---|

**GRACE P TAYLOR**
**TESTAMENTARY**
**13935 W 116TH TERR**
**OLATHE, KS 66062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.63 | $0.00 |
|---|---|---|---|---|

**GRANDELL CHILDERS**
**1307 BOWEN CREEK RD**
**BRANCHLAND, WV 25506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.25 | $0.00 |
|---|---|---|---|---|

**GREAT SOUTHERN BANK**
**11050 ROE AVENUE**
**SUITE 200**
**OVERLAND PARK, KS 66211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.49 | $0.00 |
|---|---|---|---|---|

**GREEN BANDIT LLC**
**P O BOX 1004**
**VINITA, OK 74301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.80 | $0.00 |
|---|---|---|---|---|

2.899

Priority creditor's name and mailing address
**GREG & FLORINE MORRISON**
**5830 COUNTY RD 523**
**BAYFIELD, CO 81122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.80    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.900

Priority creditor's name and mailing address
**GREG A & ANTOINETTE M**
**CARTER**
**23152 2100 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$793.15    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.901

Priority creditor's name and mailing address
**GREG HUNN & REBECCA HUNN,**
**H/W**
**14250 115TH STREET**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.47    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.902

Priority creditor's name and mailing address
**GREG R THOME**
**17737 E BELLEVIEW PL**
**CENTENNIAL, CO 80015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.06    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23.44** | **$0.00** |
|---|---|---|---|---|
| | **GREG W & ANN M SEMRAD**<br>**9320 90TH RD**<br>**GALESBURG, KS 66740** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.19** | **$0.00** |
|---|---|---|---|---|
| | **GREGORY & TERESA**<br>**BLACKMORE**<br>**16700 MARSHALL RD.**<br>**ERIE, KS 66733** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47.64** | **$0.00** |
|---|---|---|---|---|
| | **GREGORY A CARTER**<br>**321 SYCAMORE RIDGE WAY**<br>**GAHANNA, OH 43230** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.10** | **$0.00** |
|---|---|---|---|---|
| | **GREGORY A RAMEY & REVONDA**<br>**M**<br>**22087 IRVING RD**<br>**PARSONS, KS 67357** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.80 | $0.00 |
|---|---|---|---|---|

**GREGORY D & MARY K DUFF,**
**6662 100TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.52 | $0.00 |
|---|---|---|---|---|

**GREGORY E CARTER**
**PO BOX 158**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.59 | $0.00 |
|---|---|---|---|---|

**GREGORY N BRUNGARDT**
**11450 70TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.37 | $0.00 |
|---|---|---|---|---|

**GREGORY N GROSDIDIER**
**11730 SCOTT ROAD**
**ST PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,231.40** | **$0.00** |
|---|---|---|---|---|

**GREGORY W & VIRGINIA S PECK**
**16405 HWY 146**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$233.35** | **$0.00** |
|---|---|---|---|---|

**GROVER FAMILY TRST**
**RT 1 BOX 200**
**SOUTH COFFEYVIL, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.88** | **$0.00** |
|---|---|---|---|---|

**GUADALUPE HATFIELD**
**P.O. BOX 458**
**NOGALES, AZ 85628-0458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.19** | **$0.00** |
|---|---|---|---|---|

**GWENDLYN PLACE**
**2700 LEGACY COURT**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor **PostRock Energy Services Corporation**    Case number (if known) **16-11231-SAH**
Name

---

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.30 | $0.00 |
|---|---|---|---|---|
| | **H EDDIE & RITA SMITH**<br>**1110 SOUTH RUTTER**<br>**CHANUTE, KS 66720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.33 | $0.00 |
|---|---|---|---|---|
| | **HAROLD D & MARY A KNEWTSON**<br>**884 9000TH ROAD**<br>**ALTAMONT, KS 67330** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.54 | $0.00 |
|---|---|---|---|---|
| | **HAROLD E & PHYLISS L ENOS,**<br>**H/W**<br>**15550 GRAY ROAD**<br>**CHANUTE, KS 66720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.98 | $0.00 |
|---|---|---|---|---|
| | **HAROLD LEE FAWL**<br>**17428 UDALL ROAD**<br>**ALTOONA, KS 66710** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.64 | $0.00 |
|---|---|---|---|---|

**HAROLD LEON & MILDRED LUCILLE**
**HC 61 BOX 126**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.25 | $0.00 |
|---|---|---|---|---|

**HAROLD LEON HEADY &**
**15400 30TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.75 | $0.00 |
|---|---|---|---|---|

**HAROLD LEON JOHN & PAULA JOHN**
**120 SOUTH OKMULGEE STREET**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.99 | $0.00 |
|---|---|---|---|---|

**HAROLD LEONARD HARVEY & LINDA**
**19600 QUINTER RD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.18** | **$0.00** |
|---|---|---|---|---|
| | **HAROLD W PARKS**<br>**405 ASHLAND COURT**<br>**ELYRIA, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$24.74** | **$0.00** |
|---|---|---|---|---|
| | **HAROLD WEST**<br>**132 SPUNKY CREEK DRIVE**<br>**CATOOSA, OK 74015-2312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$504.25** | **$0.00** |
|---|---|---|---|---|
| | **HARPER OIL COMPANY**<br>**1599 EAST 5200 STREET**<br>**CHERRYVALE, KS 67335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3.24** | **$0.00** |
|---|---|---|---|---|
| | **HARRISVILLE BAPTIST CHURCH**<br>**PO BOX 193**<br>**HARRISVILLE, WV 26362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Debtor    **PostRock Energy Services Corporation**                                    Case number (if known)    **16-11231-SAH**
          Name

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.68 | $0.00 |
|---|---|---|---|---|

**HARRY & RUTH M OEHLERT**
**13520 197TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.36 | $0.00 |
|---|---|---|---|---|

**HARRY F PARKS & KATHLEEN**
**PARKS**
**9290 RAWIGA RD**
**SEVILLE, OH 44273**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.10 | $0.00 |
|---|---|---|---|---|

**HARVEY E DLUGATCH**
**18909 SHERMAN WAY**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $783.01 | $0.00 |
|---|---|---|---|---|

**HAT CREEK OIL & GAS, INC**
**P.O. BOX 2512**
**LYONS, CO 80540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,571.23 | $0.00 |
|---|---|---|---|---|
| | **HATTON W SUMNERS**<br>**FOUNDATION**<br>**325 N. ST. PAUL STREET,**<br>**STE. 3920**<br>**DALLAS, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10.80 | $0.00 |
|---|---|---|---|---|
| | **HAUGHT CEMETERY INC**<br>**HC-80 BOX 9**<br>**SMITHVILLE, WV 26178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,167.92 | $0.00 |
|---|---|---|---|---|
| | **HAUGHT FAMILY TRST**<br>**210 E. MAIN STREET**<br>**HARRISVILLE, WV 26362-1204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,783.73 | $0.00 |
|---|---|---|---|---|
| | **HAVEN C ENGLAND**<br>**1224 PINE  VALLEY ROAD**<br>**LITTLE ROCK, AR 72207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.935** | Priority creditor's name and mailing address

**HAYWARD W COLLINS JR**
**114 GARNETT DRIVE**
**DUNBAR, WV 25064-0181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.17 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.936** | Priority creditor's name and mailing address

**HEATH W HARDING**
**203 N. LINCOLN**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.72 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.937** | Priority creditor's name and mailing address

**HEATHER M AYERS**
**28720 COUNTY HWY 48**
**PARK RAPIDS, MN 56470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3.39 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.938** | Priority creditor's name and mailing address

**HELEN E HUTCHISON**
**19588 PRATT ROAD**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.94 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.41 | $0.00 |
|---|---|---|---|---|

**HELEN GRAYBILL**
**1033 8000 ROAD**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.81 | $0.00 |
|---|---|---|---|---|

**HELEN GRAYBILL REV. TRUST**
**2871 CR 5900**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.98 | $0.00 |
|---|---|---|---|---|

**HELEN J ELI, TTEE OF THE**
**P.O. BOX 159**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.93 | $0.00 |
|---|---|---|---|---|

**HELEN KAY CALLAGHAN**
**4279 INDIAN RIVER DR**
**COCOA, FL 32927**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.81 | $0.00 |
| --- | --- | --- | --- | --- |

**HELEN M HOLDER**
**5624 NW 37TH**
**OKLAHOMA CITY, OK 73122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.03 | $0.00 |
| --- | --- | --- | --- | --- |

**HENRY & JANIS STOCKEBRAND**
**86 3200 STREET**
**SAVONBURG, KS 66772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.49 | $0.00 |
| --- | --- | --- | --- | --- |

**HESTER GERALDINE TICHY**
**607 55TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.94 | $0.00 |
| --- | --- | --- | --- | --- |

**HIGHLAND ENERGY PARTNERS,**
**LLC**
**4 BROOKHAVEN TRL**
**LITTLETON, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.947** | Priority creditor's name and mailing address

**HIGHMARK ENERGY OPERATING, LLC**
**PO BOX 205309**
**DALLAS, TX 75320-5309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,588.93      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.948** | Priority creditor's name and mailing address

**HILDA DEEM**
**5607 4TH AVENUE**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.99      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.949** | Priority creditor's name and mailing address

**HINES FARMS INC**
**13350 160TH ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$915.20      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.950** | Priority creditor's name and mailing address

**HIRAM S GREEN**
**PO BOX 77**
**SPURLOCK, WV 25565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.73      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.73 | $0.00 |
|---|---|---|---|---|

**HOLLY MICHAELIS**
**PO BOX 263**
**REPUBLIC, MO 65738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.65 | $0.00 |
|---|---|---|---|---|

**HOLST LAND & CATTLE, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.88 | $0.00 |
|---|---|---|---|---|

**HOOVER B AYERS**
**PO BOX 163**
**SANDYVILLE, WV 25275-0163**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.55 | $0.00 |
|---|---|---|---|---|

**HOPEWELL OPERATING, INC**
**4600 GREENVILLE AVE., #200**
**DALLAS, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.955** | Priority creditor's name and mailing address

**HOPPES FARMS, LLC**
**21016 NESS RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:      **$47.60**     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.956** | Priority creditor's name and mailing address

**HORIZON NATURAL RESOURCES, INC**
**2131 W 73RD STREET**
**TULSA, OK 74132**

As of the petition filing date, the claim is:     **$1,149.74**     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.957** | Priority creditor's name and mailing address

**HORTON TOOL CORPORATION**
**P.O. BOX 453**
**HOMINY, OK 74035**

As of the petition filing date, the claim is:     **$1,700.00**     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.958** | Priority creditor's name and mailing address

**HOWARD & VICKIE BAILEY**
**RT 1, BOX 394**
**SALT ROCK, WV 25559**

As of the petition filing date, the claim is:      **$45.53**     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**

Name

| | | | |
|---|---|---|---|
| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.39    $0.00 |

**HOWARD A & GETA F MARKLEY REV**
**716 26000 RD**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.90    $0.00 |
|---|---|---|---|

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.29    $0.00 |
|---|---|---|---|

**HOWARD E BAILEY &**
**306 S. LARSON**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.57    $0.00 |
|---|---|---|---|

**HOWARD E KOONTZ III**
**320 COLLEGE VIEW BLVD.**
**WESTMINSTER, MD 21158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.963** | Priority creditor's name and mailing address

**HOWARD JR & DEBRA WEBSTER,**
**HC 61 BOX 24**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:    **$28.11**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.964** | Priority creditor's name and mailing address

**HOWARD WEIDERT & PAULA**
**WEIDERT**
**8855 30TH ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:    **$25.12**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.965** | Priority creditor's name and mailing address

**HUDSON FAMILY FARMS, LLC**
**1164 11TH LANE SW**
**BURLINGTON, KS 66839**

As of the petition filing date, the claim is:    **$242.19**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.966** | Priority creditor's name and mailing address

**HUGH E & HAZEL GOOD, TTEE OF**
**8063 VICTORY RD.**
**OSWEGO, KS 67356**

As of the petition filing date, the claim is:    **$18.14**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.47 | $0.00 |
|---|---|---|---|---|

**HUGHES RIVER OIL & GAS INC**
**71 OLD MILL LANE**
**WALKER, WV 26180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.88 | $0.00 |
|---|---|---|---|---|

**HUGO & LAURALEE SPIEKER LIV**
**TR**
**15575 ELK RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.16 | $0.00 |
|---|---|---|---|---|

**HUNTER & DENISE HASTINGS**
**1520 200TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.49 | $0.00 |
|---|---|---|---|---|

**HYGRADE CONSTRUCTION &**
**P.O. BOX 206**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.971** | Priority creditor's name and mailing address

**II MOORE FARMS, A PARTNERSHIP**
**210 NATIONS ROAD**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:          **$555.30**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.972** | Priority creditor's name and mailing address

**ILA EMOGENE WOLFE ESTATE**
**1484 BLENNERHASSETT HEIGHTS**
**PARKERSBURG, WV 26101**

As of the petition filing date, the claim is:          **$14.72**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.973** | Priority creditor's name and mailing address

**ILEANA R CROWLEY**
**6013 ROOSEVELT ST**
**BETHESDA, MD 20817**

As of the petition filing date, the claim is:          **$10.68**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.974** | Priority creditor's name and mailing address

**ILENE T BUSSMAN REV TRST;**
**370 12000 ROAD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:          **$562.87**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.975** | Priority creditor's name and mailing address

**IMOGENE R RAYMOND ESTATE,**
**6323 EAST 5TH STREET**
**TULSA, OK 74112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9.90        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.976** | Priority creditor's name and mailing address

**IONA KRAMER COLE**
**P.O. BOX 28**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$127.23        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.977** | Priority creditor's name and mailing address

**IRA M HAUGHT**
**210 E. MAIN STREET**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$93.80        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.978** | Priority creditor's name and mailing address

**IRENE J CONAWAY**
**RR 1, BOX 272**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.52        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.97 | $0.00 |
|---|---|---|---|---|

**IRMA FAYE GOSS LIFE ESTATE**
**605 FIRELANE RD**
**EDMOND, OK 73003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.86 | $0.00 |
|---|---|---|---|---|

**IRMA WILSON**
**3027 SWEITZER ST. NW**
**UNIONTOWN, OH 44685-9325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.91 | $0.00 |
|---|---|---|---|---|

**IRREV LOJ TRST**
**6820 30TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,331.58 | $0.00 |
|---|---|---|---|---|

**IRS**
**55 N. Robinson**
**OKC, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Employment Tax - FICA**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,819.48** | **$0.00** |
|---|---|---|---|---|

**IRS**
**55 N. Robinson**
**OKC, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Employment Tax - MED**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.02** | **$0.00** |
|---|---|---|---|---|

**IRS**
**55 N. Robinson**
**OKC, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Employment Tax - FUTA**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$981.31** | **$0.00** |
|---|---|---|---|---|

**IRWIN LEE & LINDA JO DIEDIKER**
**DIEDIKER LIV TRST**
**12650 20TH RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$624.20** | **$0.00** |
|---|---|---|---|---|

**J CARROLL FINLEY &**
**1420 HIGHWAY 39**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.33 | $0.00 |
|---|---|---|---|---|

**J CHRISTOPHER DYKES**
**PO BOX 280235**
**LAKEWOOD, CO 80228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.45 | $0.00 |
|---|---|---|---|---|

**J CLINTON WALKER TRST**
**14403 FAIRWAY**
**LEAWOOD, KS 66224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.03 | $0.00 |
|---|---|---|---|---|

**J D COOK, INC**
**P.O. BOX 373**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.98 | $0.00 |
|---|---|---|---|---|

**J DAVID CECIL**
**526 EVEREST AVENUE**
**ST ALBANS, WV 25177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.99 | $0.00 |
|---|---|---|---|---|

**J F DEEM**
**4541 EMERSON AVENUE**
**#1 FLOOR 2**
**PARKERSBURG, WV 26104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.97 | $0.00 |
|---|---|---|---|---|

**J H SNYDER HEIRS**
**27 STONERIDGE ROAD**
**WASHINGTON, WV 26181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.47 | $0.00 |
|---|---|---|---|---|

**J KYLE JONES**
**PO BOX 1874**
**MIDLAND, TX 79702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.13 | $0.00 |
|---|---|---|---|---|

**J NELSON ELLIOTT**
**12324 CATALINA**
**LEAWOOD, KS 66209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.59 | $0.00 |
|---|---|---|---|---|

**J V OIL LLC**
**PO BOX 151**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.94 | $0.00 |
|---|---|---|---|---|

**J W ELLIOTT HEIRS**
**2404 WV HWY 47W**
**LINN, WV 26384-7817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.86 | $0.00 |
|---|---|---|---|---|

**J. IRWIN DIEDIKER REV TR**
**1970 MEADE RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.51 | $0.00 |
|---|---|---|---|---|

**JACK & GAYLA THOMAS**
**H.C. 61, BOX 238**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.999** | Priority creditor's name and mailing address

**JACK & HELEN HINES, JTS**
**212 N. GRANT STREET**
**ERIE, KS 66733**

As of the petition filing date, the claim is: | **$117.67** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1000** | Priority creditor's name and mailing address

**JACK & MARY JO HUGHES**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is: | **$28.25** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1001** | Priority creditor's name and mailing address

**JACK B JETT**
**24070 FINNEY**
**DENNIS, KS 67341**

As of the petition filing date, the claim is: | **$16.10** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1002** | Priority creditor's name and mailing address

**JACK HUGHES, AS TTEE OF THE**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is: | **$72.03** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.23 | $0.00 |
|---|---|---|---|---|

**JACK J ROWLAND**
**13003 ROOKS ROAD**
**OSWEGO, KS 67356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.53 | $0.00 |
|---|---|---|---|---|

**JACK R CHEYNEY**
**8655 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.02 | $0.00 |
|---|---|---|---|---|

**JACK ROBERT SCOTT &**
**LADONNA R**
**6763 E. 32ND PLACE**
**TULSA, OK 74145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.97 | $0.00 |
|---|---|---|---|---|

**JACQUELINE COOK BREEN**
**AGENT**
**1525 NW 183 AVENUE**
**PEMBROKE PINES, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.78 | $0.00 |
|---|---|---|---|---|

**JAKE BARNES**
**28812 N 141 ST**
**SCOTTSDALE, AZ 85262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.70 | $0.00 |
|---|---|---|---|---|

**JAMES & DIXIE ALDRIDGE RV**
**TRST**
**1030 23000 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.53 | $0.00 |
|---|---|---|---|---|

**JAMES & MARIE BANOWETZ**
**10012 FORD RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.88 | $0.00 |
|---|---|---|---|---|

**JAMES & ROBERTA MCCOY**
**P. O. BOX 5**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1011** | Priority creditor's name and mailing address

**JAMES & RUETTA PRICE - JT**
**100 KANSAS ST.**
**SUSANK, KS 67544-9016**

As of the petition filing date, the claim is: $150.81    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1012** | Priority creditor's name and mailing address

**JAMES &/OR SHARON**
**HOLTZMAN**
**24723 850 ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: $672.53    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1013** | Priority creditor's name and mailing address

**JAMES A & EVELYN L GRADY TR**
**22094 1800 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: $1,068.84    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1014** | Priority creditor's name and mailing address

**JAMES A & WILMA WESTHOFF**
**13450 GRAY RD.**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: $88.78    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1015** | Priority creditor's name and mailing address

**JAMES A DAUGHERTY**
**HC 64 BOX 2890**
**THREE CHURCHES, WV 26757**

As of the petition filing date, the claim is:          **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1016** | Priority creditor's name and mailing address

**JAMES A SLAYTER III & CHERYL**
**1172-7000 ROAD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:          **$455.96**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1017** | Priority creditor's name and mailing address

**JAMES A VITT & JUDITH ANN**
**1164 26000 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:          **$180.29**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1018** | Priority creditor's name and mailing address

**JAMES B HAYHURST JR**
**29 ASHWOOD PLACE**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:          **$42.69**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1019** Priority creditor's name and mailing address
**JAMES B MCGEE & BRENDA K MCGEE**
**4078 GRAY ROAD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:    $61.10    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1020** Priority creditor's name and mailing address
**JAMES BOYLE**
**14 HARWOOD COURT**
**SUITE 225**
**SCARSDALE, NY 10583**

As of the petition filing date, the claim is:    $68.73    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1021** Priority creditor's name and mailing address
**JAMES C & DONNA S BATES,**
**6015 IRVING RD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:    $74.83    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1022** Priority creditor's name and mailing address
**JAMES C & VIRGINIA WILLIAMS**
**RT 1, BOX 169**
**THAYER, KS 66776**

As of the petition filing date, the claim is:    $79.09    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1023** | Priority creditor's name and mailing address

**JAMES D & MARY L WALTERMIRE**
**15215 250TH RD**
**SAVONBURG, KS 66772**

As of the petition filing date, the claim is:　**$64.16**　**$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1024** | Priority creditor's name and mailing address

**JAMES D BURNHAM &**
**6047 DOUGLAS RD.**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:　**$149.96**　**$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1025** | Priority creditor's name and mailing address

**JAMES D CHILDERS**
**RT #1 BOX 305**
**SALT ROCK, WV 25559**

As of the petition filing date, the claim is:　**$11.62**　**$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1026** | Priority creditor's name and mailing address

**JAMES D ROBERTS**
**1047 ANDERSON ROAD**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:　**$73.89**　**$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.10 | $0.00 |
|---|---|---|---|---|

**JAMES DENNIS HARDING**
**20526 1700 RD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.23 | $0.00 |
|---|---|---|---|---|

**JAMES E & TERRI S DEGEER**
**14305 210 ROAD**
**ERIE, KS 66733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.87 | $0.00 |
|---|---|---|---|---|

**JAMES E BOLLIG**
**16798 WICHITA ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.99 | $0.00 |
|---|---|---|---|---|

**JAMES E DEEM**
**724 COOPER ST**
**HARRISVILLE, WV 26362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.17 | $0.00 |
|---|---|---|---|---|

**JAMES E KNOX & ARLENE D KNOX**
**824 LOOKOUT POINT ROAD**
**C/O DOUG KNOX**
**SELAH, WA 98942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.98 | $0.00 |
|---|---|---|---|---|

**JAMES E STARR**
**614 WIGNER AVENUE**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.55 | $0.00 |
|---|---|---|---|---|

**JAMES F & MARY J SOODSMA REV**
**20052 HARPER RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

**JAMES F. MOYERS**
**111 DAYTON ROAD**
**MARIETTA, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.1035** | Priority creditor's name and mailing address

**JAMES H EARLE**
**53253 ZACHARY DRIVE**
**CHESTERFIELD, MI 48047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2.69** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036** | Priority creditor's name and mailing address

**JAMES J & JANET S CALLARMAN**
**2 SCARBA LANE**
**BELLA VISTA, AR 72715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$181.88** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1037** | Priority creditor's name and mailing address

**JAMES J & SUSANN M**
**PIASZYNSKI**
**1508 COLLINS ST.**
**WEBSTER CITY, IA 50595**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70.27** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1038** | Priority creditor's name and mailing address

**JAMES JEROME, THOMAS**
**JEROME,**
**1834 N. DENENE STREET**
**WICHITA, KS 67212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1039** | Priority creditor's name and mailing address

**JAMES K & DESIREE A KEPLEY**
**19450 FORD ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:          **$721.95**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1040** | Priority creditor's name and mailing address

**JAMES KRAMER & JOYCE**
**KRAMER**
**4040 MEADE ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:          **$22.46**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1041** | Priority creditor's name and mailing address

**JAMES L & MARY L YORK**
**23996 700 ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:          **$160.32**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1042** | Priority creditor's name and mailing address

**JAMES M & RACHEL POWERS**
**1030 S GRETCHEN**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:          **$207.30**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4.49** | **$0.00** |
|---|---|---|---|---|

**JAMES M DYE**
**13848 HEBRON RD**
**ELLENBORO, WV 26346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.58** | **$0.00** |
|---|---|---|---|---|

**JAMES M KASPER**
**1496 MCPHERSON STREET**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$222.71** | **$0.00** |
|---|---|---|---|---|

**JAMES MCCOY**
**P.O. BOX 5**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16.53** | **$0.00** |
|---|---|---|---|---|

**JAMES MICHAEL RENEHAN**
**11651 BRIDGEPORT ROAD**
**TANEYTOWN, MD 21787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|-------------------------|------------------|

Name

| | | |
|---|---|---|
| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88.81**   $0.00 |

**JAMES O MORRIS & MARY L MORRIS**
**16924 UDALL RD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69.77**   $0.00 |

**JAMES P & COLLEEN M NEELY,**
**9050 140TH RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$77.05**   $0.00 |

**JAMES P HARRINGTON**
**2060 CANYON LAKES DRIVE**
**SAN RAMON, CA 94582-4921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$284.18**   $0.00 |

**JAMES R & RHONDA ROHLING**
**10053 CLAY ROAD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.45 | $0.00 |
|---|---|---|---|---|

**JAMES R & SUSANNAH E WEIL, H/W**
**20711 CR 53**
**KERSEY, CO 80644**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.11 | $0.00 |
|---|---|---|---|---|

**JAMES R GROVER &**
**BOX 2136 K ST SW**
**MIAMI, OK 74354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,358.55 | $0.00 |
|---|---|---|---|---|

**JAMES R PERKINS ENERGY TRST**
**PO BOX 707**
**HOWARD, KS 67349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.90 | $0.00 |
|---|---|---|---|---|

**JAMES R PERKINS, TTEE**
**PO BOX 707**
**HOWARD, KS 67349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 264 of 622

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.94 | $0.00 |
|---|---|---|---|---|

**JAMES R ROSS**
**RT 3 BOX 91**
**ONA, WV 25545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.22 | $0.00 |
|---|---|---|---|---|

**JAMES STOVER**
**3125 240TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.51 | $0.00 |
|---|---|---|---|---|

**JAMES W & JANET E SYMONS**
**31757 US HIGHWAY 160**
**BAYFIELD, CO 81122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.79 | $0.00 |
|---|---|---|---|---|

**JAMES W &/OR E FAYE**
**ROBERTSON**
**2815 85TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.45 | $0.00 |
|---|---|---|---|---|

**JAMES W CLEMENS**
**26024 OTTAWA ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.98 | $0.00 |
|---|---|---|---|---|

**JAMES W MCGUIRE JR & CONNIE**
**J**
**8475 QUEEN ROAD**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.32 | $0.00 |
|---|---|---|---|---|

**JANE ANN WILKINSON RUNYAN**
**917 NOTTINGHAM COURT**
**BENTON, AR 72019-2398**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00 | $0.00 |
|---|---|---|---|---|

**JANE BURNS TRST**
**8101 MISSION RD**
**APT. 203**
**PRAIRIE VILLAGE, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$306.25** | **$0.00** |
|---|---|---|---|---|

**JANET K STEPHENS TRST**
**1441 30TH STREET**
**SEVERY, KS 67137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.92** | **$0.00** |
|---|---|---|---|---|

**JANET L ERBE**
**21184 800 ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17.74** | **$0.00** |
|---|---|---|---|---|

**JANET LYNN BURRIS**
**920 25000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.57** | **$0.00** |
|---|---|---|---|---|

**JANET M STANLEY**
**1410 LYNN CAMP ROAD**
**PENNSBORO, WV 26415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.33 | $0.00 |
|---|---|---|---|---|

**JANET SUE ELLIOTT**
**619 LIMESTONE RUN ROAD**
**WESTON, WV 26452-7667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.41 | $0.00 |
|---|---|---|---|---|

**JANICE A COLE**
**508 N CLINE ROAD APT J**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.55 | $0.00 |
|---|---|---|---|---|

**JANICE L CONGLETON**
**159 EMMAUS RD**
**BELPRE, OH 45714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.71 | $0.00 |
|---|---|---|---|---|

**JANICE STAHL**
**120 W. JACKSON**
**PITTSBURG, KS 66762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1071** | Priority creditor's name and mailing address

**JANICE SWALLEY**
**13515 GRAY ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:                    **$66.00**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1072** | Priority creditor's name and mailing address

**JANIE L SCOTT, LIFE ESTATE**
**722 SW STATELINE LANE**
**ASBURY, MO 64832**

As of the petition filing date, the claim is:                    **$18.79**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1073** | Priority creditor's name and mailing address

**JARED G & HEIDI L RANZ, J.T.**
**17017 UDALL ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:                    **$228.17**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1074** | Priority creditor's name and mailing address

**JAROLD HENRY**
**14385 ELK ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:                    **$143.17**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,581.53** | **$0.00** |
|---|---|---|---|---|

**JAROLD W & MARILYN HENRY
JTS
14385 ELK ROAD
CHANUTE, KS 66720**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
- ■ No
- ☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.65** | **$0.00** |
|---|---|---|---|---|

**JARROD BIAS
RT 1 BOX 323B
SALT ROCK, WV 25559-1240**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
- ■ No
- ☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.31** | **$0.00** |
|---|---|---|---|---|

**JASMINE ROYALTIES LLC
1720 S BELLAIRE ST STE 1209
DENVER, CO 80222**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
- ■ No
- ☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$145.21** | **$0.00** |
|---|---|---|---|---|

**JASON & TERA ELLIOTT
HW/JTROS
14250 220TH ROAD
ERIE, KS 66733**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
- ■ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.70 | $0.00 |
|---|---|---|---|---|

**JASON DANIEL VAVRINA**
**49 TUCKER LANE**
**BAYFIELD, CO 81122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | | $58.70 | $0.00 |
|---|---|---|---|---|

**JASON H WHEELER**
**1309 N 14TH ST**
**MARYSVILLE, KS 66508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | | $366.64 | $0.00 |
|---|---|---|---|---|

**JASON HARRIS & JENNIFER**
**HARRIS**
**15240 80TH ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | | $4.66 | $0.00 |
|---|---|---|---|---|

**JASON R BOURNE**
**3715 SHORE AVE**
**EVERETT, WA 98203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $74.36 | $0.00 |
|---|---|---|---|---|
| | **JAY BEE ROYALTY, LLC**<br>**1720 US HIGHWAY 22 CTR**<br>**UNION, NJ '07083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $52.16 | $0.00 |
|---|---|---|---|---|
| | **JAY C & KRISTINA R BARNHART**<br>**16600 MARSHALL RD**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $11.93 | $0.00 |
|---|---|---|---|---|
| | **JAY D LAMONS & ELLA J**<br>**LAMONS**<br>**20530 NESS ROAD**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **JEAN ALKIRE**<br>**HC 71 BOX 114**<br>**AUGUSTA, WV 26704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.88 | $0.00 |
| --- | --- | --- | --- | --- |

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO, MO 64850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.78 | $0.00 |
| --- | --- | --- | --- | --- |

**JEANNE C BERRY**
**PO BOX 102**
**TORNADO, WV 25202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**JEANNETTE HOLTZBACH**
**2140 MENTONE BLVD., #164**
**MENTONE, CA 92359**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**JEFF CHADWELL**
**2398 INDEPENDENCE ROAD**
**SEDAN, KS 67361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.15 | $0.00 |
|---|---|---|---|---|

**JEFF KEPHART**
**4230 DOUGLAS ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.59 | $0.00 |
|---|---|---|---|---|

**JEFFERY L PETERSON & DANNY**
**14680 115TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.64 | $0.00 |
|---|---|---|---|---|

**JEFFERY TODD & MELISSA G**
**GREEN**
**837 3000 RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.28 | $0.00 |
|---|---|---|---|---|

**JEFFREY & CHARLOTTE**
**KEPHART**
**4230 DOUGLAS RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.51 | $0.00 |
|---|---|---|---|---|

**JEFFREY & HAILEY DEAN JTWROS**
**23546 1900 ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.33 | $0.00 |
|---|---|---|---|---|

**JEFFREY & SANDRA GOINS**
**5693 CR 5700**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.20 | $0.00 |
|---|---|---|---|---|

**JEFFREY D & DEBORAH NOAKES**
**606 SOUTH EAST STREET**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.96 | $0.00 |
|---|---|---|---|---|

**JEFFREY D HULL & JOYCE R HULL**
**17438 1200 RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,243.27** | **$0.00** |
|---|---|---|---|---|

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.15** | **$0.00** |
|---|---|---|---|---|

**JENNIE L UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17.12** | **$0.00** |
|---|---|---|---|---|

**JENNIE LEE MANGUM**
**1215 WEST MARTIN STREET**
**CHERRYVALE, KS 67335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2.08** | **$0.00** |
|---|---|---|---|---|

**JENNIFER ALLEN**
**736 LOWER DONNALLY RD**
**CHARLESTON, WV 25304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.88 | $0.00 |
|---|---|---|---|---|

**JENNIFER MELLERT**
**219 COURT ST, SW**
**HUNTINGTON, WV 25704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.57 | $0.00 |
|---|---|---|---|---|

**JENNIFER SMITH-BEAL**
**803 PINE STREET**
**HUMBOLDT, KS 66749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.17 | $0.00 |
|---|---|---|---|---|

**JERALD G & BARBARA KUEHN**
**ROUTE 1, BOX 335**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.45 | $0.00 |
|---|---|---|---|---|

**JEREMY BOSS**
**679 24500 ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.58 | $0.00 |
|---|---|---|---|---|

**JERRY D & MARY R JORDAN**
**16665 FORD ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.11 | $0.00 |
|---|---|---|---|---|

**JERRY D & PATRICIA A STATES**
**220 S OSAGE AVE**
**SHAWNEE, OK 74801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $0.00 |
|---|---|---|---|---|

**JERRY D HUGHES & MARTHA D**
**6275 160TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.73 | $0.00 |
|---|---|---|---|---|

**JERRY L & DORIS A KENDALL**
**971 2000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1111** | Priority creditor's name and mailing address

**JERRY M GREER TRST**
**105 MILLVIEW RD**
**SALINA, KS 67401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.61 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1112** | Priority creditor's name and mailing address

**JERRY W & H ELAINE HOUSLEY,**
**15001 GROVE RD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.97 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1113** | Priority creditor's name and mailing address

**JERRY W & SHERRIE E BRANT,**
**4070 120TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,081.78 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1114** | Priority creditor's name and mailing address

**JERRY W BRANT**
**4070 120TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$110.44 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.34 | $0.00 |
|---|---|---|---|---|

**JILL & DALE ORTH, W&H**
**2003 MILL CREEK DR.**
**ARLINGTON, TX 76010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.34 | $0.00 |
|---|---|---|---|---|

**JILL ORTH**
**2003 MILL CREEK DRIVE**
**ARLINGTON, TX 76010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.29 | $0.00 |
|---|---|---|---|---|

**JIM ARDEN GILBREATH &**
**MARTHA**
**45 COVINGTON LANE**
**MAMMOTH LAKES, CA 93546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.86 | $0.00 |
|---|---|---|---|---|

**JIM DEEM**
**P. O. BOX 391**
**HEPZIBAH, WV 26369**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.98 | $0.00 |
|---|---|---|---|---|

**JIM L TRANSUE**
**199-3000 RD.**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.46 | $0.00 |
|---|---|---|---|---|

**JIMMEY R SMITH**
**900 ALICE, APT. 25**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.88 | $0.00 |
|---|---|---|---|---|

**JIMMIE C HUGHES**
**106 NETTLECREEK**
**FAIRPORT, NY 14450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.00 | $0.00 |
|---|---|---|---|---|

**JIMMY D & JOAN E PLUTE -**
**315 S. DELAWARE**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.29 | $0.00 |
|---|---|---|---|---|

**JIMMY D CARTER**
**11406 UDALL**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.06 | $0.00 |
|---|---|---|---|---|

**JIMMY KLINTWORTH**
**8996 STATE RT 62**
**KILLBUCK, OH 44637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.11 | $0.00 |
|---|---|---|---|---|

**JIMMY O & MARILYN S FARMER**
**14648 SCOTT RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.16 | $0.00 |
|---|---|---|---|---|

**JIMMY OMER & MARY ALICE**
**WOODY**
**ROUTE 1, BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.33 | $0.00 |
|---|---|---|---|---|

**JO ANN CHAPPELL**
**4 CIRCLE DRIVE**
**BERRYVILLE, VA 22611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.30 | $0.00 |
|---|---|---|---|---|

**JO LYNN WRIGHT**
**12226 E. 81ST PL. N.**
**OWASSO, OK 74055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.49 | $0.00 |
|---|---|---|---|---|

**JOAN FOGGIN**
**610 55TH**
**VIENNA, WV 26105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.60 | $0.00 |
|---|---|---|---|---|

**JOAN JONES**
**15 DEVONSHIRE COURT**
**MIDDLETOWN, NJ '07748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.78** | **$0.00** |
|---|---|---|---|---|

**JOAN KNIGHT**
**34 SAWMILL RD**
**CULLODEN, WV 25510-9576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.30** | **$0.00** |
|---|---|---|---|---|

**JOAN W DOTSON**
**730 10TH ST. DR NW**
**CONOVER, NC 28613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.74** | **$0.00** |
|---|---|---|---|---|

**JOE A DAYER**
**11402 N 131 E AVE**
**OWASSO, OK 74055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16.10** | **$0.00** |
|---|---|---|---|---|

**JOE A HELMS SR & CONNIE K**
**24080-B FINNEY ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|--------|--------------------------------------|-------------------------|--------------|
| | Name | | |

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $101.49 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **JOE ALLEN BUTTS**<br>**598 17500 RD**<br>**CHERRYVALE, KS 67335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $54.01 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|
| | **JOE D & SHARON J KEPHART**<br>**6355 50TH ROAD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23.41 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|
| | **JOE D & TINA R KNIGHT H/W J/T**<br>**9740 NESS RD**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $73.04 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|
| | **JOE D CLEVENGER**<br>**1163 23000 RD**<br>**PARSON, KS 67357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.32 | $0.00 |
|---|---|---|---|---|

**JOE R LAIN & SAMMIE L LAIN, JT**
**RT 1 BOX 192**
**S COFFEYVILLE, OK 74072**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.72 | $0.00 |
|---|---|---|---|---|

**JOE SHIELDS & MELBA SHIELDS**
**6885 IRVING ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.50 | $0.00 |
|---|---|---|---|---|

**JOHN & BEVERLY ALTMAN**
**10255 MEADE RD**
**ERIE, KS 66733**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.74 | $0.00 |
|---|---|---|---|---|

**JOHN & DEBRA HEADY**
**1767 CR 1425**
**CANEY, KS 67333**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.43 | $0.00 |
|---|---|---|---|---|

**JOHN & JULIE STEWART**
**17620 GRADY ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.16 | $0.00 |
|---|---|---|---|---|

**JOHN & RAMONA CULBERTSON**
**147 MEADOW PLACE**
**WINDSOR, CA 95492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.63 | $0.00 |
|---|---|---|---|---|

**JOHN & ROBIN COOK**
**715 FOX AVE**
**HARRISVILLE, WV 26362-1103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.65 | $0.00 |
|---|---|---|---|---|

**JOHN A & JANET S KRAMER**
**7750 JACKSON RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**                Case number (if known)    **16-11231-SAH**

Name

---

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.10 | $0.00 |
|---|---|---|---|---|

**JOHN A & LUCINDA J HAGER**
**6125 70TH ROAD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.68 | $0.00 |
|---|---|---|---|---|

**JOHN A & WINIFRED GUYAN**
**DAVIS**
**10175 50TH ROAD**
**GALESBURG, KS 66740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.87 | $0.00 |
|---|---|---|---|---|

**JOHN A KRAMER**
**7750 JACKSON RD**
**GALESBURG, KS 66740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.43 | $0.00 |
|---|---|---|---|---|

**JOHN A. HEAD REVOCABLE**
**TRUST**
**2975 65 ROAD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.29 | $0.00 |
|---|---|---|---|---|

**JOHN C & JUANITA E MEARS,**
**4100 240TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.16 | $0.00 |
|---|---|---|---|---|

**JOHN C & LINDA COLE RUBOW,**
**PO BOX 705**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.44 | $0.00 |
|---|---|---|---|---|

**JOHN C DIEDIKER, TTEE OF**
**24064 KIOWA RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.66 | $0.00 |
|---|---|---|---|---|

**JOHN C FRASER**
**119 N 15TH STREET**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.76 | $0.00 |
|---|---|---|---|---|

**JOHN C KIRKPATRICK REV TRST**
**P.O. BOX 3048**
**TULSA, OK 74101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.21 | $0.00 |
|---|---|---|---|---|

**JOHN C WELLS & DEBORAH W**
**WELLS**
**14135 90TH RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.07 | $0.00 |
|---|---|---|---|---|

**JOHN CLINTON WALKER DBA**
**14403 FAIRWAY ST**
**LEAWOOD, KS 66224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.07 | $0.00 |
|---|---|---|---|---|

**JOHN D TILLACK**
**3311 S MAGNOLIA ST**
**DENVER, OK 80224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.68 | $0.00 |
|---|---|---|---|---|

**JOHN DEMERITT**
**P.O. BOX 156**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.88 | $0.00 |
|---|---|---|---|---|

**JOHN E & YOUNDA D FLOYD,**
**PO BOX 724**
**WHITEWRIGHT, TX 75491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.62 | $0.00 |
|---|---|---|---|---|

**JOHN E CAMPANELLA**
**2401 S. SANTA FE AVE. # 207**
**VERNON, CA 90058-1150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.14 | $0.00 |
|---|---|---|---|---|

**JOHN E STEINMITZ**
**26419 VINTAGE TRACE DR**
**CLAREMORE, OK 74019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.26 | $0.00 |
|---|---|---|---|---|

**JOHN EUGENE & LAVETA M MAHAN,**
**11057 KIOWA RD**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHN F ERWIN**
**RT 1, BOX 74**
**NEW MILTON, WV 26411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.58 | $0.00 |
|---|---|---|---|---|

**JOHN G SCHULTZ**
**17275 ELK ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.43 | $0.00 |
|---|---|---|---|---|

**JOHN K BRUNGARDT**
**10242 WALMER**
**OVERLAND PARK, KS 66212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1167** | Priority creditor's name and mailing address

**JOHN KEVIN STOUT**
**RT 1 BOX 147**
**CAIRO, WV 26337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5.51     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1168** | Priority creditor's name and mailing address

**JOHN L BLAIR**
**11305 KIOWA ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.05     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1169** | Priority creditor's name and mailing address

**JOHN L GOOD**
**1086 2600 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$335.61     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1170** | Priority creditor's name and mailing address

**JOHN L SIMMONS & PATRICIA M**
**4750 NESS RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.55     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**JOHN L. MOYERS, JR.**
**P.O. BOX 69**
**BARLOW, OH 45712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

$14.21    $0.00

---

Priority creditor's name and mailing address
**JOHN M & JANET E RAUSCH, H/W**
**24295 CHASE RD**
**CHANUTE, KS 66720**

2.1172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

$111.91    $0.00

---

Priority creditor's name and mailing address
**JOHN M JUNGLES, JR &**
**DEBORAH**
**566 23000 ROAD**
**DENNIS, KS 67341**

2.1173

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

$18.29    $0.00

---

Priority creditor's name and mailing address
**JOHN M RAUSCH**
**24295 CHASE RD**
**CHANUTE, KS 66720**

2.1174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

$1,032.86    $0.00

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.59 | $0.00 |
|---|---|---|---|---|

**JOHN MCDOWELL**
**PO BOX 665**
**HAMLIN, WV 25523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.67 | $0.00 |
|---|---|---|---|---|

**JOHN P MEIWES**
**12925 59TH SW**
**MINCO, OK 73059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17 | $0.00 |
|---|---|---|---|---|

**JOHN P STEPHENS**
**2800 INDUSTRY RD.**
**ROOTSTOWN, OH 44272**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.06 | $0.00 |
|---|---|---|---|---|

**JOHN R & ELIZABETH A**
**ZANOVICH,**
**10824 S. 93RD EAST AVE**
**TULSA, OK 74133-6181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.68 | $0.00 |
|---|---|---|---|---|

**JOHN R & GAYLA N EDWARDS,**
**21345 OTTAWA ROAD**
**ERIE, KS 66733**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.57 | $0.00 |
|---|---|---|---|---|

**JOHN R & KAREN S WALTERS,**
**H/W**
**15670 240TH RD**
**ERIE, KS 66733**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.22 | $0.00 |
|---|---|---|---|---|

**JOHN R & MAVIS GARD**
**16678 OTTAWA ROAD**
**ERIE, KS 66733**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.54 | $0.00 |
|---|---|---|---|---|

**JOHN S POSTON LIV TRST**
**P O BOX 75225**
**WICHITA, KS 67275**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $21.58 | $0.00 |
|---|---|---|---|---|

**JOHN S SPIRIDULIAS**
**23641 GOLDEN SPRINGS DR**
**SPACE C-14**
**DIAMOND BAR, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.90 | $0.00 |
|---|---|---|---|---|

**JOHN W & CAROL A SMITH**
**6030 HARPER ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.10 | $0.00 |
|---|---|---|---|---|

**JOHN W & DEANNE L DEAN**
**309 W. NEOSHO AVE**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2.69 | $0.00 |
|---|---|---|---|---|

**JOHN W EARLE**
**13950 TIMBERVIEW**
**SHELBY TOWNSHIP, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1187** | Priority creditor's name and mailing address

**JOHN W LARUE & DOROTHY LARUE**
**11400 190TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$938.65**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1188** | Priority creditor's name and mailing address

**JOHN W WALKER, JR**
**6170 SE 40TH**
**EL DORADO, KS 67042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$163.28**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1189** | Priority creditor's name and mailing address

**JOHN W YERKEY**
**135 N. PARK DR.**
**WADSWORTH, OH 44281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11.94**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1190** | Priority creditor's name and mailing address

**JOHNNY G ELI, TTEE OF THE**
**P.O. BOX 159**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$88.06**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.94 | $0.00 |
|---|---|---|---|---|

**JOHNNY K AYERS**
**106 BRONSON ST**
**ST MARYS, WV 26170-4553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.36 | $0.00 |
|---|---|---|---|---|

**JOHNNY N SCHROCK AND KATIE**
**715 2500 ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.03 | $0.00 |
|---|---|---|---|---|

**JOLINDA F WARD**
**4113 LINDSEY DR.**
**MANHATTAN, KS 66502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.89 | $0.00 |
|---|---|---|---|---|

**JON D & MARY F BURGHART, H/W**
**41600 N. VARGAS DRIVE**
**SAN TAN VALLEY, AZ 85140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.37 | $0.00 |
|---|---|---|---|---|

**JONATHAN R LEWIS**
**103 EVENING STAR CIRCLE**
**RED OAK, TX 75154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1196 | Priority creditor's name and mailing address | | $21.91 | $0.00 |
|---|---|---|---|---|

**JONATHAN R SMITH**
**7929 BATTURE DR**
**SHREVEPORT, LA 71115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1197 | Priority creditor's name and mailing address | | $22.34 | $0.00 |
|---|---|---|---|---|

**JONATHAN W NORRIS & MARY A**
**20090 HARPER RD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1198 | Priority creditor's name and mailing address | | $282.07 | $0.00 |
|---|---|---|---|---|

**JOSEFINA BLANCO-RIVAS**
**4021 GULF SHORE BLVD. N**
**APT 501**
**NAPLES, FL 34103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

2.1199 | Priority creditor's name and mailing address

**JOSEPH & CHARLOTTE STOTTMANN**
**25037 LYON ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.24    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1200 | Priority creditor's name and mailing address

**JOSEPH A BRINKMAN**
**BOX 132**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.29    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1201 | Priority creditor's name and mailing address

**JOSEPH A SCARPINO**
**6 BLANKET FLOWER CR**
**SANTA FE, NM 87506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$89.11    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1202 | Priority creditor's name and mailing address

**JOSEPH CHRISTOPHER CARSON TRST**
**24073 VINE RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.79    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.25** | **$0.00** |
|---|---|---|---|---|

**JOSEPH D GARTRELL**
**P O BOX 31**
**NEW PHILADELPHIA, OH 44663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.40** | **$0.00** |
|---|---|---|---|---|

**JOSEPH E & DORIS J CAMPBELL**
**26 HILLSDALE CIRCLE**
**SCOTT DEPOT, WV 25560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$215.03** | **$0.00** |
|---|---|---|---|---|

**JOSEPH E RELPH II & LYNSEE N**
**14160 QUINTER ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.19** | **$0.00** |
|---|---|---|---|---|

**JOSEPH L & CAROL L NEWBY**
**3345 80TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$132.05** | **$0.00** |
|---|---|---|---|---|

**JOSEPH N & FRANCES M
SCHOENECKER LIV TR
20151 NESS RD
BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.77** | **$0.00** |
|---|---|---|---|---|

**JOSEPH R & ALICE E ROBINSON
9475 50TH ROAD
GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.35** | **$0.00** |
|---|---|---|---|---|

**JOSEPH R GORMLEY, JR & ALLIE
M
2311 W. 3RD ST. TERRACE
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$237.30** | **$0.00** |
|---|---|---|---|---|

**JOSEPH R HANSEN REV TRST
19150 ANDERSON ROAD
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |

Name

---

**2.1211** | Priority creditor's name and mailing address

**JOSEPH W & REBECKA K STICH**
**8740 150TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: **$329.55** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1212** | Priority creditor's name and mailing address

**JOSEPH W BILLER &**
**1133 CAMBRIDGE DR.**
**YUKON, OK 73099**

As of the petition filing date, the claim is: **$62.58** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1213** | Priority creditor's name and mailing address

**JOSEPH W BILLER REV LIV TRST**
**1133 CAMBRIDGE DR**
**YUKON, OK 73099**

As of the petition filing date, the claim is: **$208.79** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1214** | Priority creditor's name and mailing address

**JOSEPH W RITTER**
**5180 CHASE ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: **$75.71** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|--------|-------|------|------|
| | Name | | |

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.48 | $0.00 |
|--------|----|----|----|----|

**JOSEPH W STICH**
**8740 150TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.49 | $0.00 |
|--------|----|----|----|----|

**JOSEPHINE BAUGH**
**PO BOX 682**
**TEXHOMA, TX 73949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.90 | $0.00 |
|--------|----|----|----|----|

**JOSHUA & KAISHA NOVOTNY**
**240 PLUM DRIVE**
**AUSTIN, AR 72007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.75 | $0.00 |
|--------|----|----|----|----|

**JOSHUA K MEIGS & JENNIFER**
**LEE**
**16866 1800 RD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1219** | Priority creditor's name and mailing address
**JOSHUA W. KINSCH**
**1309 S 32ND ST**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:                                  **$13.13      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1220** | Priority creditor's name and mailing address
**JOSIAH D & AMANDA G**
**KEPHART,**
**4270 GRAY RD.**
**THAYER, KS 66776**

As of the petition filing date, the claim is:                                  **$133.16      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1221** | Priority creditor's name and mailing address
**JOY E GOOD**
**BOX 12**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:                                  **$17.87      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1222** | Priority creditor's name and mailing address
**JOY SPINO**
**1771 VICTORY AVE.**
**GRAFTON, WV 26354**

As of the petition filing date, the claim is:                                  **$39.03      $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.79 | $0.00 |
|---|---|---|---|---|

**JOYCE ELAINE CARSON TRST**
**24073 VINE RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.11 | $0.00 |
|---|---|---|---|---|

**JOYCE L MAXSON, INDIV &**
**JOYCE**
**PO BOX 451413**
**GROVE, OK 74345-1413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.67 | $0.00 |
|---|---|---|---|---|

**JOYCE MINK**
**RT 1 BOX 147**
**S. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.74 | $0.00 |
|---|---|---|---|---|

**JOYCE WILSON**
**150 CR 4603**
**BOGATA, TX 75417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.28 | $0.00 |
|---|---|---|---|---|

**JOYCLYN SUE BUNCH**
**140 CHANDLER DR**
**SHINNSTON, WV 26431-9637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.92 | $0.00 |
|---|---|---|---|---|

**JUANITA E THOMPSON**
**1309 SACKETT AVE.**
**CUYAHOGA FALLS, OH 44223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JUDITH A DOLVEN**
**130 SEARS RD**
**GOSHEN, MA 10320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.95 | $0.00 |
|---|---|---|---|---|

**JUDITH ANN FAGER**
**9905 PRATT ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.52 | $0.00 |
|---|---|---|---|---|

**JUDITH ANN FAGER-LIFE ESTATE**
**9905 PRAT ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.64 | $0.00 |
|---|---|---|---|---|

**JUDITH ANN SMITH**
**507 SHERIDAN**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.98 | $0.00 |
|---|---|---|---|---|

**JUDITH LAURENE COKELEY**
**10841 S FAIRWAY POINT COURT**
**VAIL, AZ 85641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.01 | $0.00 |
|---|---|---|---|---|

**JUDITH M & GREGORY P FARBER**
**7001 SOUTH 99TH STREET EAST**
**DERBY, KS 67037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.87 | $0.00 |
|---|---|---|---|---|

**JUDITH M VINER**
**1605 HOFFMAN DRIVE**
**LOVELAND, CO 80538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1236 | Priority creditor's name and mailing address | | $120.86 | $0.00 |
|---|---|---|---|---|

**JUDY M POWERS FROEHLICH &**
**20 S. TENNESSEE**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1237 | Priority creditor's name and mailing address | | $6.57 | $0.00 |
|---|---|---|---|---|

**JUDY M WATSON**
**RT 1 BOX 52**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1238 | Priority creditor's name and mailing address | | $7.50 | $0.00 |
|---|---|---|---|---|

**JULIA N COOPER**
**1730 DEVIL HOLE RD**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.23 | $0.00 |
|---|---|---|---|---|

**JULIANNE J RIZZO**
**28055 CAMBRIDGE**
**HARRISON TWP, MI 48045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.74 | $0.00 |
|---|---|---|---|---|

**JULIE A GREGORY**
**45 SPRING HILLS RD**
**GRAFTON, WV 26354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.78 | $0.00 |
|---|---|---|---|---|

**JUSTIN & MARY CALLARMAN**
**PO BOX 150**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.49 | $0.00 |
|---|---|---|---|---|

**JUSTIN CARNAHAN BOND**
**808 WESTWOOD DRIVE**
**RICHARDSON, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.19 | $0.00 |
|---|---|---|---|---|

**JUSTIN D. JANTZ**
**920 N. 6TH**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.23 | $0.00 |
|---|---|---|---|---|

**JUSTIN MCKEE & JEANNIE**
**MCKEE,**
**P.O. BOX 56**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.14 | $0.00 |
|---|---|---|---|---|

**JUSTIN MILLARD**
**23251 E JONES ROAD**
**SEDRO WOLLEY, WA 98284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,891.34 | $0.00 |
|---|---|---|---|---|

**K-W OIL WELL SERVICE, INC**
**19450 FORD ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.04 | $0.00 |
|---|---|---|---|---|

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,535.96 | $0.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF**
**LABOR**
**401 SW TOPEKA BLVD**
**TOPEKA, KS 66603-3182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**KS State  Unemployment/Disability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,249,968.51 | $0.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF**
**REVENUE**
**915 SW HARRISON ROOM 150**
**TOPEKA, KS 66612-2003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Litigation: Tax Liability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KANSAS PRODUCTION CO INC**
**301 W 4TH STREET**
**CANEY, KS 67333**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.78 | $0.00 |
|---|---|---|---|---|

**KAREN & JIMMY DUFOE JTWROS**
**2022 GRAY ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.12 | $0.00 |
|---|---|---|---|---|

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE, MS 64701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.28 | $0.00 |
|---|---|---|---|---|

**KAREN FAYE KEESEE**
**123 MIDVILLE HEIGHTS RD**
**LAVALETTE, WV 25535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.41 | $0.00 |
|---|---|---|---|---|

**KAREN LOUISE MCINTYRE,**
**333 PATRICIA AVE.**
**WEIRTON, WV 26062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.78 | $0.00 |
|---|---|---|---|---|

**KAREN M FRITZ**
**119 SO. 5TH ST.**
**MIFFLENBURG, PA 17844**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.88 | $0.00 |
|---|---|---|---|---|

**KAREN R RICH**
**205 MONTEREY CT**
**BOLINGBROOK, IL 60440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.18 | $0.00 |
|---|---|---|---|---|

**KAREN S KEHRLI**
**7619 HARRINGTON LANE**
**BRADENTON, FL 34202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.72 | $0.00 |
|---|---|---|---|---|

**KAREN SUE STARR**
**215 CONGER ROAD**
**WASHINGTON, WV 26181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |

Name

---

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.03 | $0.00 |

**KARL J SPINO**
**1661 VICTORY AVE**
**GRAFTON, WV 26354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.81 | $0.00 |

**KARL W OAKLEAF**
**13266 S. CEDAR**
**CLAREMORE, OK 74017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.90 | $0.00 |

**KARLA C MENAUGH REV TR**
**3201 HARVARD ROAD**
**LAWRENCE, KS 66049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.88 | $0.00 |

**KARLA J HOUSER**
**924 THIRD RUN RD**
**HARRISVILLE, WV 26362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KATHERINE E WILLIAMS**
**167 SONGBIRD LANE**
**BERKLEY SPRINGS, WV 25411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.91 | $0.00 |
|---|---|---|---|---|

**KATHERINE J BILLER REV LIV**
**1133 CAMBRIDGE DR.**
**YUKON, OK 73099**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.35 | $0.00 |
|---|---|---|---|---|

**KATHLEEN ANNE MENSINGER**
**257 BIG OAK DRIVE**
**LURAY, VA 22835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.87 | $0.00 |
|---|---|---|---|---|

**KATHLEEN D MCCULLEY**
**7470 SO. DAHLIA CT**
**CENTENNIAL, CO 80122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.14 | $0.00 |
|---|---|---|---|---|

**KATHLEEN H NICHOLLS**
**3 LAMBERTS LANE**
**STONINGTON, CT 06378-2905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.62 | $0.00 |
|---|---|---|---|---|

**KATHRYN E & JACK DYKE**
**513 27000TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.38 | $0.00 |
|---|---|---|---|---|

**KATHY A PRUITT & ROBERT E**
**12439 N. 172ND EAST AVE.**
**COLLINSVILLE, OK 74021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.99 | $0.00 |
|---|---|---|---|---|

**KATHY CARRICO**
**3205 45TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1271** | Priority creditor's name and mailing address

**KATHY L MATTOX**
**1195 E. MEADOW LANE**
**OLATHE, KS 66062**

As of the petition filing date, the claim is:                    **$195.60**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1272** | Priority creditor's name and mailing address

**KATHY SCALISE**
**307 O'DONNELL LANE**
**CINNAMINSON, NJ '08077**

As of the petition filing date, the claim is:                    **$82.79**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1273** | Priority creditor's name and mailing address

**KAY POWERS**
**453574 KIAWA ST**
**AFTON, OK 74331**

As of the petition filing date, the claim is:                    **$89.26**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1274** | Priority creditor's name and mailing address

**KEITH & KAREN WADE**
**259 HOLLISTER RD**
**GRIFFITHSVILLE, WV 25521**

As of the petition filing date, the claim is:                    **$95.80**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.71 | $0.00 |
|---|---|---|---|---|

**KEITH M ASTON**
**HC 61, BOX 26**
**LENAPAH, OK 74042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.94 | $0.00 |
|---|---|---|---|---|

**KEITH R KIRK & JOYCE M KIRK**
**2514 GREEN MEADOW COURT**
**WICHITA, KS 67205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.99 | $0.00 |
|---|---|---|---|---|

**KEITH R KRAFT**
**6260 183RD RD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.43 | $0.00 |
|---|---|---|---|---|

**KEITH R KRAFT & MARYLIN K**
**6260 183RD ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.84 | $0.00 |
|---|---|---|---|---|

**KEITH UMBARGER**
**13825 BROWN**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1280 | Priority creditor's name and mailing address | | $17.72 | $0.00 |

**KELLI HEADY**
**708 SOUTH 31ST STREET**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1281 | Priority creditor's name and mailing address | | $126.95 | $0.00 |

**KELLY & JUDITH NEWBERRY**
**6770 KINGMAN ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1282 | Priority creditor's name and mailing address | | $62.27 | $0.00 |

**KELLY D COOVER &**
**6300 KINGMAN ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.30 | $0.00 |
|---|---|---|---|---|

**KELLY DIEDIKER**
**7527 SHOSHONE**
**BAYTOWN, TX 77521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.49 | $0.00 |
|---|---|---|---|---|

**KELLY G BUSKE**
**881 22000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.08 | $0.00 |
|---|---|---|---|---|

**KELLY J HAUGHT**
**PO BOX 6**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.31 | $0.00 |
|---|---|---|---|---|

**KENDALL L CLEVENGER**
**8535 59 HWY**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.16 | $0.00 |
|---|---|---|---|---|

**KENEBREW MINERALS, LP**
**P.O. BOX 917**
**IDALOU, TX 79329**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.42 | $0.00 |
|---|---|---|---|---|

**KENNETH & SHIRLEY FROEBE**
**18080 KIOWA RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.77 | $0.00 |
|---|---|---|---|---|

**KENNETH C LAIRD**
**23233 CROFT**
**FLAT ROCK, MI 48134-1405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.40 | $0.00 |
|---|---|---|---|---|

**KENNETH C VAN CLEAVE, JR &**
**9435 60TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.42 | $0.00 |
|---|---|---|---|---|

**KENNETH C WILLIAMS LIV TRST
17404 EAST 78TH STREET NORTH
OWASSO, OK 74055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.49 | $0.00 |
|---|---|---|---|---|

**KENNETH E & MISTCHA POWERS,
2575 RT 1750
EAST POINT, KY 41216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.26 | $0.00 |
|---|---|---|---|---|

**KENNETH E &/OR GLENNA P
KUHN
P.O. BOX 724
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.34 | $0.00 |
|---|---|---|---|---|

**KENNETH E. KEPLEY
21160 E. 1170 RD.
FOSS, OK 73647-2200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.44 | $0.00 |
|---|---|---|---|---|

**KENNETH J & SHELLY D HAYDEN**
**P.O. BOX 253**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.73 | $0.00 |
|---|---|---|---|---|

**KENNETH L BROTT**
**PO BOX 103**
**OGALLA, NE 69153-0103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.97 | $0.00 |
|---|---|---|---|---|

**KENNETH L RICHARDSON &**
**JOAN E**
**9798 HARPER RD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.89 | $0.00 |
|---|---|---|---|---|

**KENNETH L STREETS LIV TR**
**332 N. 12TH ST**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**                                Case number (if known)    **16-11231-SAH**
Name

| | | |
|---|---|---|
| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$116.45** | **$0.00** |

2.1299    Priority creditor's name and mailing address

**KENNETH LEE MOLDENHAUER**
**2910 E. 85TH ST. N.**
**VALLEY CENTER, KS 67147**

As of the petition filing date, the claim is:    **$116.45**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

2.1300    Priority creditor's name and mailing address

**KENNETH LEON SWILER &**
**16291 YALE RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:    **$81.85**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

2.1301    Priority creditor's name and mailing address

**KENNETH M & TAMMY BAKER**
**3500 60TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:    **$108.80**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

2.1302    Priority creditor's name and mailing address

**KENNETH R & BRENDA L**
**JOHNSON,**
**7135 CR 2145**
**BARTLESVILLE, OK 74003**

As of the petition filing date, the claim is:    **$59.34**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.03 | $0.00 |
|---|---|---|---|---|

**KENNETH R GUERIN**
**PO BOX 210251**
**NASHVILLE, TN 37221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.41 | $0.00 |
|---|---|---|---|---|

**KENNETH S & BARBARA M**
**MCCLURE,**
**24516 K-47 HWY**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.52 | $0.00 |
|---|---|---|---|---|

**KENNETH SIMMONS**
**249 PRINCETOWN ROAD**
**WESTON, WV 26452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.35 | $0.00 |
|---|---|---|---|---|

**KENNETH W BARSCH FAMILY**
**TRST**
**4411 NEBRASKA**
**MORAN, KS 66755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.87 | $0.00 |
|---|---|---|---|---|

**KENNETH W CURNUTTE**
**780 18000 RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.53 | $0.00 |
|---|---|---|---|---|

**KENNETH W SWILER**
**12785 ELK RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.88 | $0.00 |
|---|---|---|---|---|

**KENNY D CARTER &**
**18240 HIGHWAY K-47**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.93 | $0.00 |
|---|---|---|---|---|

**KENNY DEAN CARTER &**
**18240 K 47 HWY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.39 | $0.00 |
|---|---|---|---|---|

**KENNY GILL**
**263 WIND DANCER LANE**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $79.78 | $0.00 |
|---|---|---|---|---|

**KENNY JOE SMITH**
**P.O. BOX 2365**
**TULSA, OK 74101-2365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $29.65 | $0.00 |
|---|---|---|---|---|

**KENT D BLACKBURN**
**25060 HARPER RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17.73 | $0.00 |
|---|---|---|---|---|

**KENT HEADY**
**1239 NORTH BRAKEN COURT**
**WICHITA, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.12 | $0.00 |
|---|---|---|---|---|

**KENT L & JANIS K HANSEN,**
**4856 FARMSTEAD**
**WICHITA, KS 67220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.85 | $0.00 |
|---|---|---|---|---|

**KENTON N BYRD**
**7995 4TH STREET**
**MINDEN CITY, MI 48456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.65 | $0.00 |
|---|---|---|---|---|

**KEPLEY ENTERPRISES, LLC**
**3035 160TH ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.25 | $0.00 |
|---|---|---|---|---|

**KEVIN LEE WHITTINGTON**
**126 FRANKLIN ST**
**MARIETTA, OH 45750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1319** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$111.90** | **$0.00**

**KEVIN R & SHERRY SEIBERT**
**25091 KIOWA ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1320** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**KIEDAISCH & SUMMERS**
**ENTERPRISE**
**PO BOX 254**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1321** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.88** | **$0.00**

**KIM & SHELLY KUHN JTWROS**
**1630 200TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1322** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69.94** | **$0.00**

**KIM E. KUHN**
**1630 200TH RD.**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1323** | Priority creditor's name and mailing address

**KIM UDEN RUTTER**
**21254 2400 ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$130.79**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1324** | Priority creditor's name and mailing address

**KIMBERLY G BAKKEN**
**302 S MAIN STREET**
**BLUE RIDGE, TX 75424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8.42**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1325** | Priority creditor's name and mailing address

**KIMCO**
**PO BOX 1007**
**SPENCER, WV 25276**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,001.96**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1326** | Priority creditor's name and mailing address

**KIMRAY, INC**
**P.O. BOX 248869**
**OKLAHOMA CITY, OK 73124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,673.90 | $0.00 |
|---|---|---|---|---|

**KING FARMS AGRICULTURAL**
**10600 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KINGSLY COMPRESSION, INC**
**VICTORY ROAD INDUSTRIAL**
**PARK**
**3750 SOUTH NOAH DRIVE**
**SAXONBURG, PA 16056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.34 | $0.00 |
|---|---|---|---|---|

**KRIS D MARPLE**
**15476 2000 ROAD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.26 | $0.00 |
|---|---|---|---|---|

**KRISTA L OVERSTREET**
**10426 EAST POWERS PLACE**
**GREENWOOD VILLAGE, CO 80111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.96 | $0.00 |
|---|---|---|---|---|

**KRISTI  MAXSON-ESQUIBEL**
**1002 3000 RD.**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,631.67 | $0.00 |
|---|---|---|---|---|

**KRISTOPHER & MICHELLE**
**KOWALSKY**
**543A 22000 RD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.70 | $0.00 |
|---|---|---|---|---|

**KURTIS A NUNNENKAMP &**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.01 | $0.00 |
|---|---|---|---|---|

**KURTIS ALLEN NUNNENKAMP**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $926.50 | $0.00 |
|---|---|---|---|---|

**KW BRANT & MARY C BRANT, TTEES**
**13770 BROWN RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.37 | $0.00 |
|---|---|---|---|---|

**KYLE & HAYDEN SEIFERT**
**JTWROS**
**1300 KIOWA RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.79 | $0.00 |
|---|---|---|---|---|

**L & M INVESTMENT CO., LLC**
**PO BOX 547**
**PENNSBORO, WV 26415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.02 | $0.00 |
|---|---|---|---|---|

**L A HOOVER ESTATE**
**RT 1 BOX 8**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.16 | $0.00 |
|---|---|---|---|---|

**L A LAMP**
**109 WILD GROVE DRIVE**
**GUNBARREL CITY, TX 75147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.18 | $0.00 |
|---|---|---|---|---|

**L MARLENE LAW**
**110 DAVID DRIVE**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.78 | $0.00 |
|---|---|---|---|---|

**L&W VENTURES, LLC**
**PO BOX 850**
**PARKER, CO 80138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.33 | $0.00 |
|---|---|---|---|---|

**LA UNA NOLTE**
**BOX 132**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.95 | $0.00 |
|---|---|---|---|---|

**LABETTE BANK**
**P.O. BOX 135**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.48 | $0.00 |
|---|---|---|---|---|

**LABETTE CO STATE BANK F/A/O**
**PO BOX 497**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.62 | $0.00 |
|---|---|---|---|---|

**LABETTE COUNTY STATE BANK**
**P.O. BOX 497**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.25 | $0.00 |
|---|---|---|---|---|

**LABETTE COUNTY STATE BANK,**
**FOR**
**P.O. BOX 497**
**ALTAMONT, KS 67330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,433.85 | $0.00 |
|---|---|---|---|---|

**LADDER ENERGY COMPANY**
**PO BOX 4470**
**TULSA, OK 74159-0470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.89 | $0.00 |
|---|---|---|---|---|

**LAKEVIEW FORGE COMPANY**
**1725 PITTSBURGH**
**ERIE, PA 16505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.68 | $0.00 |
|---|---|---|---|---|

**LANE & SHERRY HENDRICKSON**
**13260 197TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.79 | $0.00 |
|---|---|---|---|---|

**LANNY G & CYRILLA J COOPER**
**H/W**
**19352 YALE RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.02 | $0.00 |
|---|---|---|---|---|

**LARKSPUR ROYALTIES LLC**
**1720 S BELLAIRE ST STE 1209**
**DENVER, CO 80222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.78 | $0.00 |
|---|---|---|---|---|

**LARRY & CAROL UMBARGER**
**REV**
**1085 120TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.56 | $0.00 |
|---|---|---|---|---|

**LARRY & TERRY CRAWFORD**
**24 E. BAKER ROAD**
**ROCKY COMFORT, MO**
**64861-7456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.61 | $0.00 |
|---|---|---|---|---|

**LARRY A & JOY WOOLERY, H/W**
**5880 90TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1355** | Priority creditor's name and mailing address

**LARRY A REITZ & SHARON REITZ**
**HC 61 BOX 215**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:                    **$252.34**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1356** | Priority creditor's name and mailing address

**LARRY D & JEANNINE A**
**NORDSTEDT**
**310 S DEXTER**
**VALLEY CENTER, KS 67147**

As of the petition filing date, the claim is:                    **$701.59**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1357** | Priority creditor's name and mailing address

**LARRY E UMBARGER &**
**1085 120TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:                    **$508.04**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1358** | Priority creditor's name and mailing address

**LARRY G & CAROLYN J MARPLE**
**19678 QUEEN ROAD**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:                    **$537.95**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1359** | Priority creditor's name and mailing address

**LARRY J WYRICK**
**RT. 1 BOX 137**
**DELAWARE, OK 74027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.04        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1360** | Priority creditor's name and mailing address

**LARRY JOE & SHARON KAY**
**STRANGE**
**59 VIA VERDE**
**WICHITA, KS 67230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$268.86        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1361** | Priority creditor's name and mailing address

**LARRY K LAMP**
**9177 RUTLEDGE RD**
**HOWARD, OH 43028-9789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.06        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1362** | Priority creditor's name and mailing address

**LARRY L & TERESSA L STEEBY**
**828 21000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$83.83        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **PostRock Energy Services Corporation**
Name

Case number (if known) **16-11231-SAH**

| | | |
|---|---|---|
| **2.1363** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.32** | **$0.00** |

**2.1363**

Priority creditor's name and mailing address

**LARRY L CALLARMAN
21760 850TH ROAD
ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$247.32**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1364**

Priority creditor's name and mailing address

**LARRY L CALLARMAN &
21760 850TH ROAD
ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$205.53**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1365**

Priority creditor's name and mailing address

**LARRY L CALLERMAN &
21760 850TH RD
ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$90.50**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1366**

Priority creditor's name and mailing address

**LARRY MCCLOY
922 33RD ST
PARKERSBURG, WV 26104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.02**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| | |
|---|---|
| Debtor **PostRock Energy Services Corporation** | Case number (if known) **16-11231-SAH** |
| Name | |

---

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.90 | $0.00 |
|---|---|---|---|---|

**LARRY MCHENRY**
**P. O. BOX 188**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.05 | $0.00 |
|---|---|---|---|---|

**LARRY R WHITE**
**3739 S. KATY**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.55 | $0.00 |
|---|---|---|---|---|

**LARRY W & RHONDA INGRAHAM,**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.35 | $0.00 |
|---|---|---|---|---|

**LARRY W BARSCH**
**6646 W 900 S**
**ROSEDALE, IN 47874**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1371** | Priority creditor's name and mailing address

**LARRY W INGRAHAM**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$51.02**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1372** | Priority creditor's name and mailing address

**LARRY W LUTES & KAREN S**
**KIRK**
**542 21500 ROAD**
**CHERRYVALE, KS 67335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.54**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1373** | Priority creditor's name and mailing address

**LARRY W RENSING**
**19100 IRVING ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$278.27**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1374** | Priority creditor's name and mailing address

**LARRY W TAYLOR & CATHY MIH**
**1502 WEST 9TH**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$52.31**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3.58** | **$0.00** |
|---|---|---|---|---|

**LARRY W TAYLOR & SUSAN L**
**1502 WEST 9TH STREET**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$75.75** | **$0.00** |
|---|---|---|---|---|

**LARRY W. TAYLOR**
**1502 WEST 9TH**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.29** | **$0.00** |
|---|---|---|---|---|

**LATHROP K FLINTOM**
**1837 KUDZA ROAD**
**WEST PALM BEACH, FL 33415**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$51.69** | **$0.00** |
|---|---|---|---|---|

**LAURA M PARISH**
**20702 HARPER ROAD**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $860.52 | $0.00 |
|---|---|---|---|---|

**LAURIE M GOSNEY**
**P.O. BOX 20301**
**FOUNTAIN HILLS, AZ 85269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.42 | $0.00 |
|---|---|---|---|---|

**LAVERNA KAY HAUGHT**
**615 RIVERVIEW DRIVE**
**BELMONT, WV 26134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.41 | $0.00 |
|---|---|---|---|---|

**LAVERNE H MILLER**
**16970 THOMAS ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.88 | $0.00 |
|---|---|---|---|---|

**LAWRENCE E & JOAN W DOTSON**
**730 10TH STREET DRIVE N.W.**
**CONOVER, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.60 | $0.00 |
|---|---|---|---|---|

**LAWRENCE E SHEPARD**
**1206 S. RUTTER AVENUE**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.34 | $0.00 |
|---|---|---|---|---|

**LAWRENCE S. PARKS**
**1252 SKYLARK AVE.**
**MARCO ISLAND, FL 34145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.63 | $0.00 |
|---|---|---|---|---|

**LAWRENCE W MARSHALLL**
**6825 90 RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.61 | $0.00 |
|---|---|---|---|---|

**LEE BRADFORD & CAROL**
**BRADFORD,**
**14007 THOMAS RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.75 | $0.00 |
|---|---|---|---|---|

**LEE BRADFORD LIV TRST**
**14007 THOMAS ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.14 | $0.00 |
|---|---|---|---|---|

**LEE C RANEY REV LIV TRST**
**6928 S UTICA CIRCLE**
**TULSA, OK 74136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.93 | $0.00 |
|---|---|---|---|---|

**LEGACY FARMS, LLC**
**2850 160TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.62 | $0.00 |
|---|---|---|---|---|

**LELA M. ATKINS**
**18666 NILES DRIVE**
**HESPERIA, CA 92345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.59 | $0.00 |
| --- | --- | --- | --- | --- |

**LELAND L & SHARON L YARNELL**
**18180 MEADE ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.50 | $0.00 |
| --- | --- | --- | --- | --- |

**LELIA ATKINSON HRS**
**610 - 55TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.52 | $0.00 |
| --- | --- | --- | --- | --- |

**LENAPAH PUBLIC**
**WORKSAUTHORITY**
**PO BOX 130**
**LENAPAH, OK 74042-0130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.27 | $0.00 |
| --- | --- | --- | --- | --- |

**LENORE M WALKER**
**23991 1000 ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.21 | $0.00 |
|---|---|---|---|---|

**LEO A & GENA R BURNETT**
**16250 90TH RD.**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.59 | $0.00 |
|---|---|---|---|---|

**LEO N BOGNER REV TRST**
**1016 24000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.05 | $0.00 |
|---|---|---|---|---|

**LEOMA PONTIOUS**
**200 E. SOUTHERN AVE. #127**
**APACHE, AZ 85119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.32 | $0.00 |
|---|---|---|---|---|

**LEONA B KLINTWORTH**
**629 CO RD 175**
**WEST SALEM, OH 44287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.80 | $0.00 |
|---|---|---|---|---|

**LEONARD D BURROWS**
**2292 STATE ROUTE 555**
**LITTLE HOCKING, OH 45742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.23 | $0.00 |
|---|---|---|---|---|

**LEONARD G DRAIN, AS AGENT**
**FOR**
**401 N. PENN AVE.**
**HARRISVILLE, WV 26362-1127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.58 | $0.00 |
|---|---|---|---|---|

**LEROY B MYERS**
**835 26000 ROAD**
**DENNIS, KS 67341-9050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.04 | $0.00 |
|---|---|---|---|---|

**LEROY E & CHERYL C BURK**
**9615 JACKSON ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.17 | $0.00 |
|---|---|---|---|---|

**LEROY TURNER**
**PO BOX 276**
**PARK HILL, OK 74451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.78 | $0.00 |
|---|---|---|---|---|

**LESA ADKINS**
**P O BOX 44**
**CULLODEN, WV 25519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.04 | $0.00 |
|---|---|---|---|---|

**LESLIE L & CATHERINE J**
**429757 E. 10 RD.**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.83 | $0.00 |
|---|---|---|---|---|

**LESLIE R & JANICE M KIMREY**
**1016 4000 RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- |

Name

---

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$169.07** | **$0.00** |
| --- | --- | --- | --- | --- |

**LESTER L HOLE & R KAY HOLE,**
**1222 MULBERRY PLACE**
**WICHITA, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$319.61** | **$0.00** |
| --- | --- | --- | --- | --- |

**LETA MARIE ELLIOTT**
**19730 IRVING ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,455.87** | **$0.00** |
| --- | --- | --- | --- | --- |

**LEVELOPS ENERGY, INC.**
**PO BOX 2407**
**ELK CITY, OK 73648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.1410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$504.20** | **$0.00** |
| --- | --- | --- | --- | --- |

**LEW R FORMAN JR**
**815 W 4TH ST**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1411** | Priority creditor's name and mailing address

**LEWIS MATZ**
**46646 SR 78**
**WOODSFIELD, OH 43793**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.16     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1412** | Priority creditor's name and mailing address

**LEWIS W MORRIS**
**1005 MARY ST.**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1413** | Priority creditor's name and mailing address

**LF & SHARON YOUNG**
**19150 NESS ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.28     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1414** | Priority creditor's name and mailing address

**LILA DANIELS, TTEE OF**
**204 N WEBSTER**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.52     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.28 | $0.00 |
|---|---|---|---|---|

| | **LILLIE IRENE PHILLIPS,**<br>**25084 DOUGLAS RD**<br>**DENNIS, KS 67341** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

**LILY M ROBERTS**
**105 MAPLE STREET**
**MARIETTA, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.85 | $0.00 |
|---|---|---|---|---|

**LINDA ANGLETON**
**20128 WICHITA RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.75 | $0.00 |
|---|---|---|---|---|

**LINDA C RAMNYTZ**
**408 48TH ST SW**
**CANTON, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1419** | Priority creditor's name and mailing address

**LINDA DAVIDSON**
**3670 100TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$174.27     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1420** | Priority creditor's name and mailing address

**LINDA J DRISKILL**
**295 RD 3000**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.28     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1421** | Priority creditor's name and mailing address

**LINDA K (BUZZARD) BYFIELD**
**PO BOX 24**
**FAIRVIEW, OK 73737**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.87     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1422** | Priority creditor's name and mailing address

**LINDA K GIBSON**
**RT. 1 BOX 181**
**MERRITS CREEK**
**SALT ROCK, WV 25559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5.10     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4.05** | **$0.00** |
|---|---|---|---|---|

**LINDA MARIE COVEY**
**5702 9TH AVE**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.79** | **$0.00** |
|---|---|---|---|---|

**LINDA S MEEKS & VICKI S**
**874 15000 RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17.11** | **$0.00** |
|---|---|---|---|---|

**LINDA S WOODALL**
**188 PLEASANT LANE**
**NEW BRAUNFELS, TX 78131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.52** | **$0.00** |
|---|---|---|---|---|

**LINDSEY BARTLETT**
**RT 2, BOX 53**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.48 | $0.00 |
|---|---|---|---|---|

**LISA FERGUSON**
**PO BOX 982**
**BARBOURSVILLE, WV 25504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.86 | $0.00 |
|---|---|---|---|---|

**LLOYD & CAROL KEBERT LIVING**
**12846 700 ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.43 | $0.00 |
|---|---|---|---|---|

**LLOYD H BANTA**
**PO BOX 576**
**LYONS, CO 80540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LLOYD LEON SHIELDS ESTATE**
**1909 CENTENARY DRIVE**
**LONGVIEW, TX 75601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.07 | $0.00 |
|---|---|---|---|---|

**LOETHER LIVING TR**
**6642 ROSSI DR**
**PLANO, TX 75023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.84 | $0.00 |
|---|---|---|---|---|

**LOIS ANN HADDOX**
**3732 RIVIERA GRV. #103**
**COLORADO SPRINGS, CO 80922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.06 | $0.00 |
|---|---|---|---|---|

**LOIS K HAUGHT SIMMONS**
**5604 WADESVILLE RD**
**BELLEVILLE, WV 26133-8145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.48 | $0.00 |
|---|---|---|---|---|

**LOIS K VAIL**
**12017 BROWN ROAD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1435 | Priority creditor's name and mailing address<br>**LOIS KRAMER**<br>**9300 70TH ROAD**<br>**GALESBURG, KS 66740** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$600.57** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1436 | Priority creditor's name and mailing address<br>**LOIS MARIE PARKER, TTEE OF**<br>**THE**<br>**5155 MEADE ROAD**<br>**PARSONS, KS 67357** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67.09** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1437 | Priority creditor's name and mailing address<br>**LOIS RAIDA**<br>**5670 80TH RD**<br>**THAYER, KS 66776** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.39** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1438 | Priority creditor's name and mailing address<br>**LORA L CORSON**<br>**326 VISTA GRANDE CIRCLE**<br>**CHARLOTTE, NC 28226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.38** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.42 | $0.00 |
|---|---|---|---|---|

**LOREN BATES & CAROLE BATES**
**5853 MCCLELLAN HWY**
**BRANCHLAND, WV 25506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.12 | $0.00 |
|---|---|---|---|---|

**LOREN STANLEY BASLER TR**
**301 SE MORNINGSIDE**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.95 | $0.00 |
|---|---|---|---|---|

**LORENE BOLLIG**
**14374 ANDERSON RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.66 | $0.00 |
|---|---|---|---|---|

**LORENE M NEWTON**
**19627 K47 HWY**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.38 | $0.00 |
|---|---|---|---|---|

**LORENE SWANSON REV TR**
**RT 1 BOX 180**
**DELAWARE, OK 74027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.36 | $0.00 |
|---|---|---|---|---|

**LORETTA L HUCKE**
**859 21000 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.65 | $0.00 |
|---|---|---|---|---|

**LORETTA M HOLTZMAN**
**1125 S GARFIELD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.22 | $0.00 |
|---|---|---|---|---|

**LORETTA M TATUM**
**18490 E. 116TH ST. N.**
**OWASSO, OK 74055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**LORETTA PARKS STANLEY**
**1361 COUNTY RD 16**
**NEW LONDON, OH 44851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.59 | $0.00 |
|---|---|---|---|---|

**LORI ANN BEAM, A SINGLE**
**PERSON**
**162 MYSIC VALLEY DRIVE**
**LINN VALLEY, KS 66040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.65 | $0.00 |
|---|---|---|---|---|

**LORI ANN JOYCE**
**21510 1000 RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**LORNA KAY PARKS**
**125 WILDERNESS LN**
**WILLIAMSBURG, VA 23188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1451** | Priority creditor's name and mailing address

**LOU RITA J PERES**
**421 S. MAIN**
**LAHARPE, KS 66751**

As of the petition filing date, the claim is:     **$56.04**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1452** | Priority creditor's name and mailing address

**LOUIE G ELLIOTT TRUST**
**7867 HAZELGREEN ROAD**
**SMITHVILLE, WV 26178**

As of the petition filing date, the claim is:     **$21.39**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1453** | Priority creditor's name and mailing address

**LOUIS D & JOAN W HIGGS**
**1304 NEMESIA PL NE**
**ALBUQUERQUE, NM 87112**

As of the petition filing date, the claim is:     **$6.84**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1454** | Priority creditor's name and mailing address

**LOUIS E & BARBARA E HECK**
**1850 60TH ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:     **$144.22**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.01 | $0.00 |
| --- | --- | --- | --- | --- |

**2.1455**

Priority creditor's name and mailing address

**LOUIS E GULICK**
**3014 DIRR**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$41.01    $0.00

---

**2.1456**

Priority creditor's name and mailing address

**LOUISE H OSBORNE ATTY**
**4727 BOILING BROOK PARKWAY**
**ROCKVILLE, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$12.43    $0.00

---

**2.1457**

Priority creditor's name and mailing address

**LOUISE H TAYLOR**
**765 S. RACE STREET**
**DENVER, CO 80209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$76.94    $0.00

---

**2.1458**

Priority creditor's name and mailing address

**LOY & JANIS REINHARDT**
**14355 210TH ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$543.62    $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.14 | $0.00 |
|---|---|---|---|---|

**LUCILLE A JANSSEN**
**2175 LYON ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.84 | $0.00 |
|---|---|---|---|---|

**LUCILLE A JANSSEN**
**2175 LYON ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.55 | $0.00 |
|---|---|---|---|---|

**LYDA R WALDE CASTO**
**1717 AVERY STREET**
**PARKERSBURG, WV 26101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.70 | $0.00 |
|---|---|---|---|---|

**LYDIA J ENOS AGENT**
**1780 S. WESTWOOD DR.**
**SAGINAW, MI 48638-4657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.86 | $0.00 |
|---|---|---|---|---|

**LYLE & CONNIE LOMAS**
**24052 DOUGLAS ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.95 | $0.00 |
|---|---|---|---|---|

**M & H WRIGHT, LLC**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD, AR 73732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.84 | $0.00 |
|---|---|---|---|---|

**M A BANTA LIV TRST DTD 8/22/94**
**2078 CR 4500**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.71 | $0.00 |
|---|---|---|---|---|

**M BAR RANCH**
**14026 KNOX**
**OVERLAND PARK, KS 66221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.18 | $0.00 |
|---|---|---|---|---|

**MABEL M LOUR**
**1405 N WALNUT ROADE**
**IOLA, KS 66749-1621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.18 | $0.00 |
|---|---|---|---|---|

**MADELINE G WELLS**
**212 NINTH STREET**
**ELYRIA, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.83 | $0.00 |
|---|---|---|---|---|

**MADELINE M JORDAN**
**117 SOUTH LONG ROAD**
**ALIQUIPPA, PA 15001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.23 | $0.00 |
|---|---|---|---|---|

**MAGGIE JONES**
**24789 E 869 ROAD**
**WELLING, OK 74471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $0.00 |

**MALYNDA PARKS HEIRS**
**791 COLLINS RD**
**LITTLE HOCKING, OH 45742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.85 | $0.00 |

**MANSFIELD HAUGHT ESTATE**
**6575 ARK. RD**
**GLOUCESTER, VA 23061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.31 | $0.00 |

**MARCETTA KAY HELMS**
**5044 HICKORY HILLS DR.**
**WOODSTOCK, GA 30188**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 | $0.00 |

**MARCEY KAY DESCHER ANTHIS**
**3244 66TH AVE. SW**
**#69**
**OLYMPIA, WA 98512-7080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1475** | Priority creditor's name and mailing address

**MARCIA HALE BOWDEN &**
**1025 ROCKFORD PLACE**
**ARDMORE, OK 73401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$3.78    $0.00

---

**2.1476** | Priority creditor's name and mailing address

**MARCIA HALE BOWDEN, TTEE**
**1025 N ROCKFORD PLACE**
**ARDMORE, OK 73401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$3.78    $0.00

---

**2.1477** | Priority creditor's name and mailing address

**MARCIA MORRIS**
**10450 LAKEVIEW DR**
**NEW PRT RCHY, FL 34654-3549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.1478** | Priority creditor's name and mailing address

**MARCUS D MORRIS REV TRST,**
**3619 MAIN**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$76.30    $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|--------|-------------------------------------------|--------------------------|-------------------|
| | Name | | |

| 2.1479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.02 | $0.00 |
|--------|----------------------------------------------|------------------------------------------------|--------|-------|

**2.1479**

Priority creditor's name and mailing address

**MARCUS O KEPHART &**
**6900 50TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.02**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1480**

Priority creditor's name and mailing address

**MARGARET J MILLER**
**3808 GRAND CENTRAL AVE.**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.11**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1481**

Priority creditor's name and mailing address

**MARGARET LOUISE TUNSTALL**
**2705 BETHEL CHURCH RD., APT.**
**B**
**BETHEL PARK, PA 15102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.21**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1482**

Priority creditor's name and mailing address

**MARGARET SEIWERT**
**% JOSEPH SEIWERT**
**310 N. PERSHING**
**WICHITA, KS 67208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$117.27**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1483** | Priority creditor's name and mailing address

**MARGIE L DUNAWAY**
**9372 HOCKING NW**
**MASSILLON, OH 44646**

As of the petition filing date, the claim is:                    **$8.75**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1484** | Priority creditor's name and mailing address

**MARGIE M MOYERS**
**103 MOYERS RUN**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:                    **$17.06**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1485** | Priority creditor's name and mailing address

**MARGUERITE C TURNER**
**1924 BARBECUE RD**
**NORMANTOWN, WV 25267**

As of the petition filing date, the claim is:                    **$9.46**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1486** | Priority creditor's name and mailing address

**MARGUERITE NAANES TRST**
**114 E. MARSHALL**
**ERIE, KS 66733-1128**

As of the petition filing date, the claim is:                    **$409.47**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

**2.1487** Priority creditor's name and mailing address
**MARHA S. JEROME**
**9421 THURMAN ROAD**
**WICHITA, KS 67212**

As of the petition filing date, the claim is: **$18.79**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**2.1488** Priority creditor's name and mailing address
**MARIAN A JOHNSON**
**1190 25000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$309.30**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**2.1489** Priority creditor's name and mailing address
**MARIAN FRANCES ORTIZ**
**188 CEDAR SPRINGS ROAD**
**LEXINGTON, NC 27292**

As of the petition filing date, the claim is: **$3.90**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**2.1490** Priority creditor's name and mailing address
**MARIAN LEE CARSON**
**2116 W COMSTOCK DR**
**CHANDLER, AZ 85224**

As of the petition filing date, the claim is: **$54.18**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |

Name

---

| 2.1491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.35 | $0.00 |

**MARILYN FOLK**
**BOX 127**
**SOUTH COFFEYVILLE, OK 74075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.94 | $0.00 |

**MARILYN KYLER**
**P.O. BOX 117**
**PAWHUSKA, OK 74056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.45 | $0.00 |

**MARILYN LOCK**
**1028 WINDSOR ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.24 | $0.00 |

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING, NE 69341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.19** | **$0.00** |
|---|---|---|---|---|

**MARILYN W WINCE**
**901 39TH STREET**
**VIENNA, WV 26105-2745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.08** | **$0.00** |
|---|---|---|---|---|

**MARILYN WHARTON ROBINETT**
**20424 NORTH AURORA DRIVE**
**SUN CITY WEST, AZ 85375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.75** | **$0.00** |
|---|---|---|---|---|

**MARINA CHOTZINOFF**
**726 DOWNING STREET**
**DENVER, CO 80218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,341.60** | **$0.00** |
|---|---|---|---|---|

**MARION & CHARLENE BAILEY**
**REV T**
**913 S GRETCHEN**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.57 | $0.00 |
|---|---|---|---|---|

**MARION JORDAN**
**837 ETON DR.**
**BARTLESVILLE, OK 74006-8313**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.71 | $0.00 |
|---|---|---|---|---|

**MARION L ROBY**
**RT 1 BOX 174-C**
**HARRISVILLE, WV 26362**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.47 | $0.00 |
|---|---|---|---|---|

**MARITA LAVETT HUDSON**
**311 BUMGARNER**
**NORMAN, OK 73026**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $367.53 | $0.00 |
|---|---|---|---|---|

**MARJORIE CRAGIN**
**3816 CHRISTIANSEN DR**
**BLUE SPRINGS, MO 64014-5502**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.21 | $0.00 |
|---|---|---|---|---|

**MARJORIE D STRINGER**
**525 MEADOW LANE**
**FORT SCOTT, KS 66701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.72 | $0.00 |
|---|---|---|---|---|

**MARJORIE F NEELY TRST**
**8150 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.71 | $0.00 |
|---|---|---|---|---|

**MARJORIE J & MARK A CRAGIN**
**3816 S.W. CHRISTIANSEN DR.**
**BLUE SPRINGS, MO 64014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.07 | $0.00 |
|---|---|---|---|---|

**MARJORIE L DILWORTH**
**17326 GAY STREET**
**HAGERSTOWN, MD 21740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.28 | $0.00 |
|---|---|---|---|---|

**MARJORIE L SHOCKLEY, TTEE**
**20932 U.S. 75 HWY**
**BUFFALO, KS 66717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.51 | $0.00 |
|---|---|---|---|---|

**MARK & LISA MULLER**
**177 8000 ROAD**
**COFFEYVILLE, KS 67337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.78 | $0.00 |
|---|---|---|---|---|

**MARK & SUSAN INGELS, JTWROS**
**2961 ARIZONA RD**
**SAVONBURG, KS 66772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.60 | $0.00 |
|---|---|---|---|---|

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE, KS 66733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.09 | $0.00 |
|---|---|---|---|---|

**MARK A GILPIN &**
**25068 QUEENS ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.06 | $0.00 |
|---|---|---|---|---|

**MARK A O'DANIEL**
**20395 40TH RD.**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.23 | $0.00 |
|---|---|---|---|---|

**MARK A PATTON**
**601 N. GRANT**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.58 | $0.00 |
|---|---|---|---|---|

**MARK DEEM**
**760 CHESHIRE ROAD**
**SUNBURY, OH 43074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.01 | $0.00 |
|---|---|---|---|---|

**MARK E & DOROTHY J NEELY, JTS**
**17440 HARPER ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,329.54 | $0.00 |
|---|---|---|---|---|

**MARK E & KAREN C WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.22 | $0.00 |
|---|---|---|---|---|

**MARK E & KAREN WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.71 | $0.00 |
|---|---|---|---|---|

**MARK E CORBETT**
**20345 OTTAWA ROAD**
**ERIE, KS 66733**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | Name | | | |

---

**2.1519** | Priority creditor's name and mailing address

**MARK EUGENE LEMON**
**46 OAK STREET**
**PARKERSBURG, WV 26104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.79**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1520** | Priority creditor's name and mailing address

**MARK F KEETON**
**RR 1 BOX 147**
**S. COFFEYVILLE, OK 74072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$66.67**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1521** | Priority creditor's name and mailing address

**MARK L SHIDLER**
**1313 CAMPBELL RD, BLDG D**
**HOUSTON, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80.56**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1522** | Priority creditor's name and mailing address

**MARK LAMP**
**191 GINGERWOOD LANE**
**PARKERSBURG, WV 26101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12.40**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1523** | Priority creditor's name and mailing address

**MARK R BLACKBURN &**
**18050 HIGHWAY 47**
**ST. PAUL, KS 66771**

As of the petition filing date, the claim is:      **$452.38**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1524** | Priority creditor's name and mailing address

**MARKWEST HYDROCARBON, INC**
**22028 NETWORK PLACE**
**CHICAGO, IL 60673-1220**

As of the petition filing date, the claim is:      **$597.72**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1525** | Priority creditor's name and mailing address

**MARLENE NAUDIN**
**1605 LONGLEAF TRAIL**
**CUMMING, GA 30041**

As of the petition filing date, the claim is:      **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1526** | Priority creditor's name and mailing address

**MARSHALL FRANKLIN DEEM**
**1540 MAPLE ST**
**BARBARTON, OH 44203**

As of the petition filing date, the claim is:      **$9.76**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor **PostRock Energy Services Corporation**

Name

Case number *(if known)* **16-11231-SAH**

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.49 | $0.00 |
|---|---|---|---|---|

**MARTHA A YARNELL LT DTD**
**15200 150TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.62 | $0.00 |
|---|---|---|---|---|

**MARTHA B BRENNECKE REV**
**TRST;**
**3100 JOHNSTON ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.75 | $0.00 |
|---|---|---|---|---|

**MARTHA JEAN CARNEY**
**549 AETNA DRIVE**
**CHENEY, KS 67205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.54 | $0.00 |
|---|---|---|---|---|

**MARTHA L MORRIS**
**4207 10TH AVE.**
**VIENNA, WV 26102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.94** | **$0.00** |
|---|---|---|---|---|

**MARTHA L WAGNER EXECUTRIX**
**RT 7, BOX 42**
**CLARKSBURG, WV 26301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.46** | **$0.00** |
|---|---|---|---|---|

**MARTHA LAHMEYER**
**PO BOX 173**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$166.14** | **$0.00** |
|---|---|---|---|---|

**MARTHA LAVON STRANGE &**
**59 VIA VERDE**
**WICHITA, KS 67230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.17** | **$0.00** |
|---|---|---|---|---|

**MARTHA S GABROSEK**
**707 ORIOLE DRIVE**
**EASTLAKE, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.09 | $0.00 |
|---|---|---|---|---|

**MARTIN C & CARLA L.
UNDERWOOD
380 PARKERS CORNER ROAD
CARLISLE, AR 72024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.29 | $0.00 |
|---|---|---|---|---|

**MARTIN D VOLZ
5560 JACKSON ROAD
GALESBURG, KS 66740**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.64 | $0.00 |
|---|---|---|---|---|

**MARVIN DALE FRANCISCO &
745 MEADOW LANE
LEAVENWORTH, KS 66048**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.1538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.40 | $0.00 |
|---|---|---|---|---|

**MARVIN G & BONNIE LECK, H/W
4170 BROWN RD
THAYER, KS 66776**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.78 | $0.00 |
| --- | --- | --- | --- | --- |

**MARVIN G HAUGHT**
**1072 N. HAMETOWN ROAD**
**AKRON, OH 44333**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.37 | $0.00 |
| --- | --- | --- | --- | --- |

**MARVIN G LECK**
**4170 BROWN ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.13 | $0.00 |
| --- | --- | --- | --- | --- |

**MARVIN L & SANDRA BROOKS**
**24116 850 RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.31 | $0.00 |
| --- | --- | --- | --- | --- |

**MARVIN L BLACKBURN &**
**4701 MAIN STREET**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1543** | Priority creditor's name and mailing address

**MARVIN R & JO ANN CARNEY**
**4024 GRAY RD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:      **$777.54**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1544** | Priority creditor's name and mailing address

**MARY ANN GIDEON**
**1721 OLD STATE ROAD**
**COOLVILLE, OH 45723**

As of the petition filing date, the claim is:      **$69.29**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1545** | Priority creditor's name and mailing address

**MARY ANN THOMPSON**
**798 CEDAR COVE RD**
**WELLINGTON, FL 33414**

As of the petition filing date, the claim is:      **$29.86**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1546** | Priority creditor's name and mailing address

**MARY ANNETTE RICHARDS**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

As of the petition filing date, the claim is:      **$0.94**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.89 | $0.00 |
|---|---|---|---|---|

**MARY B FINLEY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.09 | $0.00 |
|---|---|---|---|---|

**MARY CAROLYN CAIL**
**21 PRESTON CIRCLE**
**STILLWATER, OK 74075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.72 | $0.00 |
|---|---|---|---|---|

**MARY CARPENTER**
**5229 CHOWCHILLA MT**
**MARIPOSA, CA 95338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.04 | $0.00 |
|---|---|---|---|---|

**MARY DYKE**
**26033 ELK ROAD**
**DENNIS, KS 67341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1551** | Priority creditor's name and mailing address

**MARY E COUCH**
**4700 FRANCISCO ROAD**
**PENSACOLA, FL 32504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.64    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1552** | Priority creditor's name and mailing address

**MARY E HIZEY REV TRST DTD**
**1743 2400 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.91    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1553** | Priority creditor's name and mailing address

**MARY E LAYFIELD**
**84 ORCHARD STREET**
**PARKERSBURG, WV 26101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.50    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1554** | Priority creditor's name and mailing address

**MARY E SCHAAKE**
**16135 1800 ROAD**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$83.08    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.1555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.98 | $0.00 |
|---|---|---|---|---|

| 2.1555 | Priority creditor's name and mailing address<br>**MARY E WILLIAMS**<br>**1991 CAROLINA ST N.W.**<br>**DOVER, OH 44622-9605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.98 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1556 | Priority creditor's name and mailing address<br>**MARY ELLEN EYE**<br>**7023 ELK ROAD**<br>**COFFEYVILLE, KS 67337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.55 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1557 | Priority creditor's name and mailing address<br>**MARY ETTA TAYLOR TRST**<br>**4305 N 141ST COURT**<br>**BASEHOR, KS 66007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $444.09 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1558 | Priority creditor's name and mailing address<br>**MARY F DUNN**<br>**2320 FLORIDA RD.**<br>**HUMBOLDT, KS 66748** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.32 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.31 | $0.00 |
|---|---|---|---|---|

**MARY FINLEY-KNUDSEN LIV TRST**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.74 | $0.00 |
|---|---|---|---|---|

**MARY GEHO SMITH**
**1109 27TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.31 | $0.00 |
|---|---|---|---|---|

**MARY HELENA SOMMARS, LIFE**
**7440 220th ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.58 | $0.00 |
|---|---|---|---|---|

**MARY J HUGHES & JACK HUGHES,**
**8405 30TH RD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.71 | $0.00 |
|---|---|---|---|---|

**MARY JANE & MAX PAGE**
**18505 UDALL ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.16 | $0.00 |
|---|---|---|---|---|

**MARY JANE GARRETT**
**12083 ROOKS ROAD**
**OSWEGO, KS 67356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.47 | $0.00 |
|---|---|---|---|---|

**MARY JANE KITTERMAN**
**ROUTE 1, BOX 208**
**S. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.88 | $0.00 |
|---|---|---|---|---|

**MARY JANE ROBINSON**
**679 BULL FORD RD.**
**TANNER, WV 26137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **PostRock Energy Services Corporation** | Case number (if known) **16-11231-SAH** |
| | Name | |

---

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.93 | $0.00 |
|---|---|---|---|---|

**MARY JANET JACOBSON**
**580 NW BELLA VISTA DR**
**GRESHAM, OR 97030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.04 | $0.00 |
|---|---|---|---|---|

**MARY JO HUGHES, TTEE FOR**
**MARY**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.46 | $0.00 |
|---|---|---|---|---|

**MARY JO PARKER**
**1101 CIRCLE M DR. APT. C**
**KILLEEN, TX 76549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.02 | $0.00 |
|---|---|---|---|---|

**MARY JOAN ROBERTSON &**
**1009 CHESNUT**
**ATLANTIC, IA 50022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

---

**2.1571** | Priority creditor's name and mailing address

**MARY KATHRYN ATKINSON**
**5 RIVER CREST**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17.49    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1572** | Priority creditor's name and mailing address

**MARY KATHRYN UMPLEBY**
**711 27TH STREET**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.10    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1573** | Priority creditor's name and mailing address

**MARY L CHAPMAN**
**979 20000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$66.34    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1574** | Priority creditor's name and mailing address

**MARY L WATKINS**
**HC 61 BOX 83**
**LENAPAH, OK 74042-9708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2.23    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.02 | $0.00 |
|---|---|---|---|---|

**MARY LEA STICH**
**PO BOX 102**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.85 | $0.00 |
|---|---|---|---|---|

**MARY LOU & SHELDON MANLEY**
**698 5000 ROAD**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.97 | $0.00 |
|---|---|---|---|---|

**MARY LOU NATH TTEE ROBERTS**
**3311 SIERRA CIRCLE**
**TAMPA, FL 33629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.63 | $0.00 |
|---|---|---|---|---|

**MARY LOU ROSS, EXECUTRIX**
**657 STATE PARK RD**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor **PostRock Energy Services Corporation** | Case number *(if known)* **16-11231-SAH** |
| Name | |

---

| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,505.59 | $0.00 |
|---|---|---|---|---|
| | **MARY LOUISE HINES REV TRST**<br>**15520 HIGHWAY 59**<br>**ERIE, KS 66733** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.38 | $0.00 |
|---|---|---|---|---|
| | **MARY LOUISE RETTMANN TRST**<br>**11234 THOMAS ROAD**<br>**ALTOONA, KS 66710** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $0.00 |
|---|---|---|---|---|
| | **MARY M HAUGHT**<br>**12329 STAUTON TURNPIKE**<br>**SMITHVILLE, WV 26178** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.86 | $0.00 |
|---|---|---|---|---|
| | **MARY M SMITH**<br>**519 S 15TH**<br>**APT 14**<br>**FREDONIA, KS 66736** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.91 | $0.00 |
|---|---|---|---|---|

**MARY M STEINERT**
**16900 MARSHALL RD.**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 | $0.00 |
|---|---|---|---|---|

**MARY MARGARET MAXSON REV**
**TRST**
**3922 E. 63RD STREET**
**TULSA, OK 74136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.47 | $0.00 |
|---|---|---|---|---|

**MARY PARKS RYAN**
**42 HOPE HILL**
**MANNINGTON, WV 26582**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.01 | $0.00 |
|---|---|---|---|---|

**MARY PAULINE SMITH**
**1109 27TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1587** | Priority creditor's name and mailing address

**MARY V STEVENS, A WIDOW**
**19381 US HWY 75**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$265.73        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1588** | Priority creditor's name and mailing address

**MATT W ROECKER & LILA S**
**17745 FORD RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$530.69        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1589** | Priority creditor's name and mailing address

**MATTHEW M ATTEBERRY &**
**PAMELA**
**19030 JACKSON RD.**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98.25        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1590** | Priority creditor's name and mailing address

**MATTHEW RICHARD & JENNIFER**
**20155 HARPER RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$149.33        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.64 | $0.00 |
|---|---|---|---|---|

**MAUREEN PARKS BRUENSKI**
**624 WEST CHESTNUT STREET**
**JUNCTION CITY, KS 66441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.20 | $0.00 |
|---|---|---|---|---|

**MAX AND BETTY ROBERTS LIV**
**TR**
**15725 150TH RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.21 | $0.00 |
|---|---|---|---|---|

**MAX BRITTON**
**607 46TH ST**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.40 | $0.00 |
|---|---|---|---|---|

**MAX K RICKERSON LIV TRST**
**P.O. BOX 431**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**                                Case number *(if known)*    **16-11231-SAH**
          Name

| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.59 | $0.00 |
|---|---|---|---|---|

**MAX MARPLE & ELAINE MARPLE,**
**17421 US HIGHWAY 75**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.19 | $0.00 |
|---|---|---|---|---|

**MAX W & BONNIE L**
**GROSSNICKLE**
**12655 80TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MCCABE LAND CO**
**PO BOX 1692**
**CHARLESTON, WV 25326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.19 | $0.00 |
|---|---|---|---|---|

**MCES FARMS, INC**
**2850 160TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.71 | $0.00 |
|---|---|---|---|---|

**MELIA HOLDING D/B/A**
**5424 S MEMORIAL DR- BLDG E**
**TULSA, OK 74145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.33 | $0.00 |
|---|---|---|---|---|

**MELINDA A SHERRY**
**PO BOX 197**
**LAKE SHORE, CA 93634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.80 | $0.00 |
|---|---|---|---|---|

**MELISSA A GILBERT**
**118 LAKE RD**
**BELPRE, OH 45714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.27 | $0.00 |
|---|---|---|---|---|

**MELISSA D GARDNER**
**2512 KATINA DRIVE**
**FLOWER MOUND, TX 75028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.39 | $0.00 |
|---|---|---|---|---|

**MELISSA DAWN AYERS**
**HC 75 BOX 2A**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.86 | $0.00 |
|---|---|---|---|---|

**MELODEE MORELAND**
**328 CHASE BEND ROAD**
**ESTILL SPRINGS, TN 37330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.06 | $0.00 |
|---|---|---|---|---|

**MELVA I HUDSON LIV TRST**
**17840 150TH ROAD**
**ERIE, KS 66733-4202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.89 | $0.00 |
|---|---|---|---|---|

**MELVIN E RILEY & SHARON F**
**P.O. BOX 94**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.05 | $0.00 |
|---|---|---|---|---|

**MELVIN F PONTIOUS**
**4641 TOEPFER RD.**
**MIDDLETON, WI 53562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.23 | $0.00 |
|---|---|---|---|---|

**MELVIN L POWELL**
**709 INDIANA STREET**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.02 | $0.00 |
|---|---|---|---|---|

**MERCY FOUNDATION WESTERN**
**HILLS**
**4600 MCAULEY PLACE**
**CINCINNATI, OH 45242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.10 | $0.00 |
|---|---|---|---|---|

**MERLE D GREVE**
**10785 230TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.1611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.68 | $0.00 |

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address | | $51.46 | $0.00 |
|---|---|---|---|---|

**MERLIN E SMITH**
**26 TOWNSHIP RD. #508**
**SOUTH POINT, OH 45680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address | | $356.18 | $0.00 |
|---|---|---|---|---|

**MERRICK OIL COMPANY**
**574 16500 ROAD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address | | $53.71 | $0.00 |
|---|---|---|---|---|

**MERRILL D KRAMER**
**2106 WALNUT**
**COLLINSVILLE, OK 74021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $227.48 | $0.00 |
|---|---|---|---|---|
| | **META GOINS**<br>**6434 WICHITA ROAD**<br>**THAYER, KS 66776-8126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $56.88 | $0.00 |
|---|---|---|---|---|
| | **MICHAEL & BARBARA WATTS**<br>**21350 JACKSON ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $174.82 | $0.00 |
|---|---|---|---|---|
| | **MICHAEL & BRENDA ELSWORTH**<br>**7905 PRATT RD.**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31.99 | $0.00 |
|---|---|---|---|---|
| | **MICHAEL & CAROLYN L CERELLI**<br>**14905 120TH RD**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.94 | $0.00 |
|---|---|---|---|---|

**MICHAEL & STEPHANY LAPINA**
**522 26000 ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.74 | $0.00 |
|---|---|---|---|---|

**MICHAEL A & ELLA JEAN REED**
**2494 GOFFS ROAD**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.09 | $0.00 |
|---|---|---|---|---|

**MICHAEL BARRY &**
**17775 DURHAM ROAD**
**STUTTGART, AR 72160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.34 | $0.00 |
|---|---|---|---|---|

**MICHAEL C & E AGNES PAULIE**
**7350 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.68 | $0.00 |
|---|---|---|---|---|

**MICHAEL D & KRISTIN SNOOKS**
**PO BOX 1181**
**BAYFIELD, CO 81122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.68 | $0.00 |
|---|---|---|---|---|

**MICHAEL D CAMPBELL**
**3586 BIG SPRING RD**
**BIG SPRINGS, WV 26137-6405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.51 | $0.00 |
|---|---|---|---|---|

**MICHAEL D STOUT**
**2775 SAWNEE VIEW DR**
**CUMMING, GA 30040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.96 | $0.00 |
|---|---|---|---|---|

**MICHAEL D. OLSON &**
**18676 2000 RD.**
**BUFFALO, KS 66717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1627** | Priority creditor's name and mailing address

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
☒ No
☐ Yes

$84.01          $0.00

---

**2.1628** | Priority creditor's name and mailing address

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
☒ No
☐ Yes

$12.36          $0.00

---

**2.1629** | Priority creditor's name and mailing address

**MICHAEL E MUGRAGE REV TR**
**PO DRAWER G**
**CHANUTE, KS 66720**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
☒ No
☐ Yes

$88.91          $0.00

---

**2.1630** | Priority creditor's name and mailing address

**MICHAEL E SEMRAD**
**8720 90TH RD**
**GALESBURG, KS 66740**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
☒ No
☐ Yes

$184.51          $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.17 | $0.00 |
|---|---|---|---|---|

**MICHAEL G KEPLEY & CARLA M**
**2850 160TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.45 | $0.00 |
|---|---|---|---|---|

**MICHAEL H SHELBY**
**4600 GREENVILLE AVE, STE 200**
**DALLAS, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $783.28 | $0.00 |
|---|---|---|---|---|

**MICHAEL J COLE**
**16009 E 40TH TERR S**
**INDEPENDENCE, MO 64055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.36 | $0.00 |
|---|---|---|---|---|

**MICHAEL J MCGUIRE & LORIE M**
**14582 K-47 HWY**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $213.06 | $0.00 |
|---|---|---|---|---|

**MICHAEL JOE ALLMON**
**314 EXNER**
**COFFEYVILLE, KS 67337**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $341.70 | $0.00 |
|---|---|---|---|---|

**MICHAEL K & NANCY L**
**19123 K47 HWY**
**ALTOONA, KS 66710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $70.34 | $0.00 |
|---|---|---|---|---|

**MICHAEL L & MARCIA A MCCOY,**
**8725 IRVING RD**
**GALESBURG, KS 66740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $93.99 | $0.00 |
|---|---|---|---|---|

**MICHAEL L EBERS**
**7800 WISDOM LANE**
**KNOXVILLE, TN 37938**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.52 | $0.00 |
|---|---|---|---|---|

**MICHAEL M MARTIN**
**17541 WICHITA ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.75 | $0.00 |
|---|---|---|---|---|

**MICHAEL OLSON**
**18676 2000 RD**
**BUFFALO, KS 66717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.80 | $0.00 |
|---|---|---|---|---|

**MICHAEL R DENT, LIFE ESTATE**
**4475 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.83 | $0.00 |
|---|---|---|---|---|

**MICHAEL RAY BLACKMORE**
**6320 BROWN RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.29 | $0.00 |
|---|---|---|---|---|

**MICHAEL S FLINTOM**
**201 LINDSEY HOWARD ROAD**
**LANCING, TN 37770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.28 | $0.00 |
|---|---|---|---|---|

**MICHAEL S MITCHELL, TTEE**
**P.O. BOX 753**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.51 | $0.00 |
|---|---|---|---|---|

**MICHAEL S OR CAROLYN M**
**STIMSON**
**13373 S 4250 RD**
**CHELSEA, OK 74016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.27 | $0.00 |
|---|---|---|---|---|

**MICHAEL T & REGINA FOSTER**
**13429 WEST 106TH ST**
**LENEXA, KS 66215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.46 | $0.00 |
|---|---|---|---|---|

**MICHAEL T MEANS**
**PO BOX 94**
**LENAPAH, OK 74042**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

---

| 2.1648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.47 | $0.00 |
|---|---|---|---|---|

**MICHAEL WAYNE GUARNIERO**
**16664 BUCKHORN ROAD**
**MIDDLETON, CA 95461**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

---

| 2.1649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.23 | $0.00 |
|---|---|---|---|---|

**MICHAEL WILLIAMS**
**2200 WINDING RD**
**PARKERSBURG, WV 26104**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

---

| 2.1650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.56 | $0.00 |
|---|---|---|---|---|

**MICHAELIS LIVING TRUST**
**PO BOX 588**
**CADDO, OK 74729**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

- ■ No
- ☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

**2.1651** | Priority creditor's name and mailing address

**MICHAL VALENCIA**
**509 PROSPECT ROAD**
**LONGVIEW, TX 75603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.52          $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1652** | Priority creditor's name and mailing address

**MICHELLE HUDSON LOVE REV**
**LIV TR**
**15600 PUTNAM ROAD**
**ROGERS, AR 72756-7875**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.30          $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1653** | Priority creditor's name and mailing address

**MICKIE Y UNDERWOOD**
**575 8000 ROAD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.49          $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1654** | Priority creditor's name and mailing address

**MIKE & JEFF CASPER**
**20200 HARPER ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.36          $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.07 | $0.00 |
|---|---|---|---|---|

**MIKE H & TINA R HENRY, H/W**
**6300 80TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) ☐ Yes

---

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.11 | $0.00 |
|---|---|---|---|---|

**MIKE ROSS INC**
**P. O. BOX 219**
**COALTON, WV 26257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) ☐ Yes

---

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.67 | $0.00 |
|---|---|---|---|---|

**MIKE S & STEPHANIE A HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) ☐ Yes

---

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.17 | $0.00 |
|---|---|---|---|---|

**MIKE S HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (1) ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.38 | $0.00 |
|---|---|---|---|---|

**MIKE SEXTON**
**18140 MARION ROAD**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.35 | $0.00 |
|---|---|---|---|---|

**MILDRED HEATH PAXTON, TTEE**
**5120 WEST 66TH ST.**
**PRAIRIE VILLAGE, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.57 | $0.00 |
|---|---|---|---|---|

**MILDRED S BOGNER REV TRST**
**1016 24000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.92 | $0.00 |
|---|---|---|---|---|

**MILFORD M DRISKILL & SHIRLEY**
**6873 SCOTT ROAD**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.86 | $0.00 |
|---|---|---|---|---|

**MILFORD SHAUN SLONE**
**4380 COUNTY ROAD 29**
**PEDRO, OH 45659**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.80 | $0.00 |
|---|---|---|---|---|

**MILTON KEITH UMBARGER &**
**13825 BROWN**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.45 | $0.00 |
|---|---|---|---|---|

**MILTON KEITH UMBARGER, AS**
**TTEE**
**13825 BROWN RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.96 | $0.00 |
|---|---|---|---|---|

**MINERAL OWNERS 2013, LLC**
**2660 S BIRMINGHAM PL**
**TULSA, OK 74114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.56 | $0.00 |
|---|---|---|---|---|

**MIRIAM L MIH**
**701 S. PLUMMER**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.68 | $0.00 |
|---|---|---|---|---|

**MITZIE SHIDLER**
**1313 CAMPBELL RD, BLDG D**
**HOUSTON, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.56 | $0.00 |
|---|---|---|---|---|

**MONTE L HERMRECK**
**839 21000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.92 | $0.00 |
|---|---|---|---|---|

**MONTEE A SCOTT**
**25057 GRAY RD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.28 | $0.00 |
|---|---|---|---|---|

**MORRIS & DONNA WILTSE LIV TRST**
**18030 1600 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.53 | $0.00 |
|---|---|---|---|---|

**MORRIS W & KAREN A CARES**
**10370 10TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.58 | $0.00 |
|---|---|---|---|---|

**MOZELLE TURNER**
**629 GREEN COUNTRY DR**
**TAHLEQUAH, OK 74464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.10 | $0.00 |
|---|---|---|---|---|

**MRS GUSSIE E DEEVER**
**3614 CYPRUS ST**
**PARKERSBURG, WV 26101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.41 | $0.00 |
|---|---|---|---|---|

**MRS JULIA D KING**
**517 EAST WASHINGTON STREET**
**LEWISBURG, WV 24901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.04 | $0.00 |
|---|---|---|---|---|

**MRS MABEL ANN DYGERT**
**12001 GULFPORT DR.**
**CINCINNATI, OH 45246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.81 | $0.00 |
|---|---|---|---|---|

**MUDCAT INVESTMENTS, LLC**
**256 SEABOARD LANE**
**SUITE H-101**
**FRANKLIN, TN 37067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.93 | $0.00 |
|---|---|---|---|---|

**MURRAY L & KAREN M BROWN,**
**18808 1600TH RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.47** | $0.00 |
|---|---|---|---|---|

**MYRALD CANTLEY**
**11 BEECH DRIVE**
**JIM THORPE, PA 18229-9553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.36** | $0.00 |
|---|---|---|---|---|

**MYRNA G BURKHART**
**PO BOX 154**
**STEVENSVILLE, MD 21666**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73.15** | $0.00 |
|---|---|---|---|---|

**N DEAN ALLOWAY & BARBARA L**
**3015 IRVING RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$227,976.61** | $0.00 |
|---|---|---|---|---|

**NALCO CHAMPION**
**P.O. BOX 730005**
**DALLAS, TX 75373-0005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- |

Name

---

**2.1683** | Priority creditor's name and mailing address

**NANCY J CLINE**
**1604 W LUNT AVE**
**CHICAGO, IL 60626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.12**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1684** | Priority creditor's name and mailing address

**NANCY L WOLFE**
**11814 ROCKING HORSE RD**
**ROCKVILLE, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$448.39**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1685** | Priority creditor's name and mailing address

**NANCY MOSLEY**
**915 HENLEY PLACE**
**CHAROLETTE, NC 28207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.74**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1686** | Priority creditor's name and mailing address

**NANCY S SCHWEIGER**
**5111 SPRINGFIELD COURT**
**WESTERVILLE, OH 43081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.90**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $41.04 | $0.00 |
|---|---|---|---|---|
| | **NANCY V BROOKS OR ED RIDENHOU**<br>**121 N. COURT STREET**<br>**HARRISVILLE, WV 26362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $39.23 | $0.00 |
|---|---|---|---|---|
| | **NANNIE M SMITH**<br>**360 FOREST AVE**<br>**MINERALWELLS, WV 26150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31.17 | $0.00 |
|---|---|---|---|---|
| | **NAOMI ROLLINS**<br>**10143 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178-7036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.92 | $0.00 |
|---|---|---|---|---|
| | **NAOMI TOME**<br>**1827 EASTFIELD DR.**<br>**MISSOURI, TX 77459** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.16 | $0.00 |
|---|---|---|---|---|
| | **NATALIE S DENT**<br>**14600 WALLACE ROAD**<br>**WALNUT, KS 66780** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43.21 | $0.00 |
|---|---|---|---|---|
| | **NATHAN J RUBOW**<br>**5155 SW LOMBARD AVE**<br>**BEAVERTON, OR 97005** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.49 | $0.00 |
|---|---|---|---|---|
| | **NEAL & LAVON HEILMAN**<br>**211 SOUTH PLUMMER**<br>**CHANUTE, KS 66720** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.36 | $0.00 |
|---|---|---|---|---|
| | **NEAL CLAY MCDERMEIT**<br>**2905 CHAMA STREET NE**<br>**ALBUQUERQUE, NM 87110** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.35 | $0.00 |
|---|---|---|---|---|

**NEAL DORNBUSCH**
**1030 S. SAGEBRUSH**
**WICHITA, KS 67230-7636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.37 | $0.00 |
|---|---|---|---|---|

**NEAL E & LEE F KOTTKE**
**141 W JACKSON, #1220**
**CHICAGO, IL 60604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.54 | $0.00 |
|---|---|---|---|---|

**NEDRA REINHARD**
**PO BOX 760**
**FISH CREEK, WI 54212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.71 | $0.00 |
|---|---|---|---|---|

**NEEL FAMILY TRST**
**9481 EAST 109TH STREET**
**TULSA, OK 74133-6374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1699** | Priority creditor's name and mailing address

**NEER FAMILY TRST**
**3027 BROWN RD**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:           **$526.72**           **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1700** | Priority creditor's name and mailing address

**NEIL & VALERIE WORRELL, H/W**
**15434 1025 ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:           **$354.19**           **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1701** | Priority creditor's name and mailing address

**NEIL K & BILLIE R GILDART**
**RT 1, BOX 154**
**THAYER, KS 66776**

As of the petition filing date, the claim is:           **$84.61**           **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.1702** | Priority creditor's name and mailing address

**NELSON & IDA KYLE FAMILY**
**TRST**
**2311 XANTHISMA**
**MISSION, TX 78574-7927**

As of the petition filing date, the claim is:           **$288.54**           **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.16 | $0.00 |
|---|---|---|---|---|

**NEOSHO NATURAL LLC**
**4230 DOUGLAS ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.60 | $0.00 |
|---|---|---|---|---|

**NEOSHO PROPERTIES**
**20155 HARPER ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.65 | $0.00 |
|---|---|---|---|---|

**NICHOLAS BRIGGS**
**1230 APPLETON**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.37 | $0.00 |
|---|---|---|---|---|

**NICHOLAS V & CONNIE L HEIT**
**26046 FORD ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.47 | $0.00 |
|---|---|---|---|---|

**NICHOLE R TURNER SLAUGHTER**
**107 NORTH SMITH STREET**
**FAYETTEVILLE, WV 25840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.42 | $0.00 |
|---|---|---|---|---|

**NILA THOMAS**
**HC 62 BOX 106**
**LIMA, WV 26377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.06 | $0.00 |
|---|---|---|---|---|

**NOBLE ROYALTIES ACCESS**
**FUND**
**P.O. BOX 660082**
**DALLAS, TX 75266-0082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.06 | $0.00 |
|---|---|---|---|---|

**NOBLE ROYALTIES ACCESS**
**FUND**
**P.O. BOX 660082**
**DALLAS, TX 75266-0082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1711** | Priority creditor's name and mailing address

**NOOTEBOOM LIV TRST**
**17860 WINDSOR PLACE**
**STILLWELL, KS 66085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$511.89** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1712** | Priority creditor's name and mailing address

**NORMA BEST**
**453605 CHICKASAW AVE**
**AFTON, OK 74301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$142.63** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1713** | Priority creditor's name and mailing address

**NORMA MOYERS**
**1468 MILLERSBURG RD SW**
**NAVARRE, OH 44662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4.32** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1714** | Priority creditor's name and mailing address

**NORMA ROBERTS**
**5207 3RD AVENUE**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.66** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.26 | $0.00 |
|---|---|---|---|---|

**NORMA T MORRIS**
**4850 120TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.87 | $0.00 |
|---|---|---|---|---|

**NORMAN C RITZ & ILENE MARY**
**1830 NESS RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.91 | $0.00 |
|---|---|---|---|---|

**NORMAN DUANE TRICHLER**
**P.O. BOX 221**
**YATES CENTER, KS 66783**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.35 | $0.00 |
|---|---|---|---|---|

**NORTHSTAR ENERGY**
**CORPORATION**
**PO BOX 3720**
**CHARLESTON, WV 25337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.95 | $0.00 |
|---|---|---|---|---|

**NYLA I & GARY E BONGIORNI**
**23586 K47 HWY**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.52 | $0.00 |
|---|---|---|---|---|

**ODETTE FAMILY LLC**
**841 NE TIGERMISSION ROAD**
**BELFAIR, WA 98528-5002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.71 | $0.00 |
|---|---|---|---|---|

**ODYSSEY ROYALTIES LLC**
**8261 S MONACO COURT**
**CENTENNIAL, CO 80112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.90 | $0.00 |
|---|---|---|---|---|

**OIL PATCH PUMP & SUPPLY INC**
**P.O. BOX 591**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1723** Priority creditor's name and mailing address

**Oklahoma Employment Security Commission**
**P. O. Box 52003**
**Attn: Director of Internal Audit**
**Oklahoma City, OK 73152-2003**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**OK State  Unemployment/Disability**

Is the claim subject to offset?
■ No
☐ Yes

$462.02          $0.00

---

**2.1724** Priority creditor's name and mailing address

**OLETA M PROPS & DONALD R PROPS**
**539 3RD RUN ROAD**
**HARRISVILLE, WV 26362**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$91.42          $0.00

---

**2.1725** Priority creditor's name and mailing address

**OLIN GOINS MARITAL TRST**
**1760 120TH ROAD**
**THAYER, KS 66776**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$1,465.05          $0.00

---

**2.1726** Priority creditor's name and mailing address

**OLLIE MAE KYLER TRST**
**1229 COUNTY RD 3561**
**PAWHUSKA, OK 74056**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$6.93          $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $53.27 | $0.00 |
|---|---|---|---|---|
| | **OLNHAUSEN FARMS, LLC**<br>**5788 PRATT ROAD**<br>**NEODESHA, KS 66757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $77.56 | $0.00 |
|---|---|---|---|---|
| | **ONA LAURABEL AYERS**<br>**841 BIG SPRINGS RD**<br>**SMITHVILLE, WV 26178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.18 | $0.00 |
|---|---|---|---|---|
| | **OPAL JEAN FARVER**<br>**4679 STATE RT 557**<br>**MILLERBURG, OH 44654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.65 | $0.00 |
|---|---|---|---|---|
| | **OPAL L. EWBANK**<br>**1230 APPLETON**<br>**PARSONS, KS 67357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.17 | $0.00 |
|---|---|---|---|---|

**OSMOND OIL & GAS LLC**
**1520 WEST CANAL COURT**
**STE. 220**
**LITTLETON, CO 80120-5651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.61 | $0.00 |
|---|---|---|---|---|

**OXY USA, INC**
**P.O. BOX 841735**
**DALLAS, TX 75284-1803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.27 | $0.00 |
|---|---|---|---|---|

**PAMALA L TICHNELL**
**RT. 1 BOX 269B**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.97 | $0.00 |
|---|---|---|---|---|

**PAMELA A MATTSON**
**1310 N. OLD NORTH PLACE**
**SAND SPRINGS, OK 74063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.13 | $0.00 |
|---|---|---|---|---|

**PAMELA DONOHOE**
**524 SE 42ND ST.**
**OCALA, FL 34480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.95 | $0.00 |
|---|---|---|---|---|

**PAMELA J CLEVENGER**
**991 2000 RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PAMELA KAY WALCHLE**
**8091 LAKE JAMES BLVD.**
**LAKELAND, FL 33810-4834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.58 | $0.00 |
|---|---|---|---|---|

**PAMELA THOMAS WENSING**
**839 ELMWOOD AVENUE**
**WICKLIFFE, OH 44092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1739** | Priority creditor's name and mailing address

**PARADIGM, LLLP**
**P.O. BOX 91**
**BAYFIELD, CO 81122**

As of the petition filing date, the claim is:    **$17.34** | **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1740** | Priority creditor's name and mailing address

**PATENIA S LAMB**
**238 CONGER RD**
**WASHINGTON, WV 26181**

As of the petition filing date, the claim is:    **$6.57** | **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1741** | Priority creditor's name and mailing address

**PATRICIA A & FREDDIE R**
**OSBORN**
**11455 GRAY RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:    **$210.75** | **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1742** | Priority creditor's name and mailing address

**PATRICIA A GOOD**
**2 RORI LN**
**BELLA VISTA, AR 72715-5609**

As of the petition filing date, the claim is:    **$442.46** | **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor **PostRock Energy Services Corporation**

Name

Case number *(if known)* **16-11231-SAH**

---

| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.34 | $0.00 |
|---|---|---|---|---|

**PATRICIA A JOURNOT**
**1218 25000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.12 | $0.00 |
|---|---|---|---|---|

**PATRICIA A SABA**
**2816 DARBY FALLS DRIVE**
**LAS VEGAS, NV 89134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,435.12 | $0.00 |
|---|---|---|---|---|

**PATRICIA A STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.98 | $0.00 |
|---|---|---|---|---|

**PATRICIA CURTIS**
**2642 ROCK CAVE ROAD**
**CRAWFORD, WV 26343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1747** | Priority creditor's name and mailing address

**PATRICIA J PAULSEN, TTEE OF**
**8630 W NEVSO DR**
**#173**
**LAS VEGAS, NV 89147**

As of the petition filing date, the claim is:        $628.92 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1748** | Priority creditor's name and mailing address

**PATRICIA JUNE HAUGHT**
**8145 N. CALHOUN HWY**
**BIG SPRINGS, WV 26137**

As of the petition filing date, the claim is:        $2.23 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1749** | Priority creditor's name and mailing address

**PATRICIA L COLE**
**608 N PENN AVE**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:        $6.57 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1750** | Priority creditor's name and mailing address

**PATRICIA L GAULT**
**3407 8TH AVE.**
**VIENNA, WV 26105**

As of the petition filing date, the claim is:        $4.14 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**                                   Case number (if known)    **16-11231-SAH**
_____
Name

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $43.99 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA L HILL**<br>**ROUTE 1, BOX 359**<br>**S. COFFEYVILLE, OK 74072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.90 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA L ROWE**<br>**5431 SERRA VISTA COURT**<br>**STOW, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.34 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA M. LARERY**<br>**14427 COUNTY RD 160**<br>**CARTHAGE, MO 64836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $125.44 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA S HEAD REVOCABLE**<br>**2975 65 ROAD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| | Name | | |

---

| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.45 | $0.00 |
|---|---|---|---|---|
| | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE, KS 66733** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.52 | $0.00 |
|---|---|---|---|---|
| | **PATRICK C & CATHY S HEIT**<br>**6530 10TH ROAD**<br>**DENNIS, KS 67341** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.88 | $0.00 |
|---|---|---|---|---|
| | **PATRICK E SMITH**<br>**4030 JACKSON ROAD**<br>**GALESBURG, KS 66740** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.80 | $0.00 |
|---|---|---|---|---|
| | **PATRICK TODD JOHNSON**<br>**4801 ROANOKE #705**<br>**KANSAS CITY, MO 64112** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.27 | $0.00 |
|---|---|---|---|---|

**PATSY DELORES KEESEE**
**1924 MADISON AVE**
**HUNTINGTON, WV 25704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.88 | $0.00 |
|---|---|---|---|---|

**PATSY NEACE FEDELE**
**4447 AMELIA AVE.**
**LYONS, IL 60534-1919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.26 | $0.00 |
|---|---|---|---|---|

**PATTI ANN WOLFE, A/K/A PATTI**
**3805 150TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.98 | $0.00 |
|---|---|---|---|---|

**PATTIE MACKENZIE**
**23 ARLINGTON CT**
**CHARLESTON, WV 25301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.17 | $0.00 |
|---|---|---|---|---|

**PATTY HON**
**101 BIG OAK LANE**
**MARBLE FALLS, TX 78654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.55 | $0.00 |
|---|---|---|---|---|

**PATTY K ANDERES**
**18245 OTTAWA ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 | $0.00 |
|---|---|---|---|---|

**PATTY LONG**
**ROUTE 1, BOX 367-1**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

**PATTY S. IONNO**
**2239 FEATHER LANE**
**MARION, OH 43302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.06 | $0.00 |
|---|---|---|---|---|

**PAUL & SHELIA DAVENPORT**
**JTWROS**
**HC 61, BOX 90**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.74 | $0.00 |
|---|---|---|---|---|

**PAUL A BRUNNER**
**1646 22ND AVE.**
**SAN FRANCISCO, CA 94122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.14 | $0.00 |
|---|---|---|---|---|

**PAUL BEARD**
**14600 WALLACE ROAD**
**WALNUT, KS 66780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.24 | $0.00 |
|---|---|---|---|---|

**PAUL D LUDWIG**
**920 FLINT WAY**
**BROOMFIELD, CO 80020-3419**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.13 | $0.00 |
|---|---|---|---|---|

**PAUL E & RETA K AMES, H/W JT**
**HC 61 BOX 157**
**LENAPAH, OK 74042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PAUL E KLOBERDANZ**
**PO BOX 57756**
**OKLAHOMA CITY, OK 73157**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.48 | $0.00 |
|---|---|---|---|---|

**PAUL J BOGNER TRUST**
**15635 20TH RD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.66 | $0.00 |
|---|---|---|---|---|

**PAUL L MCCULLISS**
**P.O. BOX 3248**
**LITTLETON, CO 80161-3248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.18 | $0.00 |
| | **PAUL M DECKER &** | Check all that apply. | | |
| | **1650 CR 5550** | ☐ Contingent | | |
| | **COFFEYVILLE, KS 67337** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.34 | $0.00 |
| | **PAUL W MYERS & JANET MYERS,** | Check all that apply. | | |
| | **16121 THOMAS RD** | ☐ Contingent | | |
| | **ALTOONA, KS 66710** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.19 | $0.00 |
| | **PAULINE PARKS** | Check all that apply. | | |
| | **2100 WELLINGTON CT** | ☐ Contingent | | |
| | **FAIRBORN, OH 45324-0602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.36 | $0.00 |
| | **PAULINE TARDY** | Check all that apply. | | |
| | **210 ALETHIA STREET** | ☐ Contingent | | |
| | **CHARLESTON, WV 25302-4111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Royalty Payments** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No  ☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$0.31** | **$0.00** |
|---|---|---|---|---|

**PAULINE WARD**
**6900 CHIMNEY MTN RD**
**MUSKOGEE, OK 74401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$10.15** | **$0.00** |
|---|---|---|---|---|

**PEC MINERALS LP**
**16400 NORTH DALLAS PARKWAY**
**SUITE 400**
**DALLAS, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$136.49** | **$0.00** |
|---|---|---|---|---|

**PEGGY A & LONNIE D YARNELL**
**8405 PRATT ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$0.31** | **$0.00** |
|---|---|---|---|---|

**PEGGY JOE MOORE**
**2001 EAST 83RD STREET SOUTH**
**MUSKOGEE, OK 74403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 | $0.00 |
|---|---|---|---|---|

**PEGGY WIENEKE**
**RT. 1 BOX 369**
**SO. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.06 | $0.00 |
|---|---|---|---|---|

**PENROC OIL CORPORATION**
**PO BOX 2769**
**HOBBS, NM 88241-2769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.94 | $0.00 |
|---|---|---|---|---|

**PERCY D ROSS**
**P.O. BOX 65**
**GREEN BANK, WV 24944-0065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Royalty Payments** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,857.70 | $0.00 |
|---|---|---|---|---|

**PERKINS SUPPLY INC**
**2966 NORTHWEST TPKE**
**PENNSBORO, WV 26415-9624**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Trade Debt** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.62** | **$0.00** |
|---|---|---|---|---|

**PERRY L ALDRIDGE**
**1030 23000 RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.27** | **$0.00** |
|---|---|---|---|---|

**PETER FERGUSON ANDREWS**
**1107 RT 292**
**HOLMES, NY 12531**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.29** | **$0.00** |
|---|---|---|---|---|

**PETER W FLINTOM**
**1326 S.E. 17TH STREET #248**
**FORT LAUDERDALE, FL 33316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$112.17** | **$0.00** |
|---|---|---|---|---|

**PHIL & INEZ BARNES**
**602 LEE ST**
**HAMBURG, AR 71646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.99 | $0.00 |
|---|---|---|---|---|

**PHIL BOWMAN IRREVOCABLE TRUST**
**6456 TORRINGTON ROAD**
**KALAMAZOO, MI 49009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.01 | $0.00 |
|---|---|---|---|---|

**PHIL LAUTNER**
**33605 OLD PORTLAND RD.**
**ADEL, IA 50003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 | $0.00 |
|---|---|---|---|---|

**PHILIP P BRADY &**
**353 N. HIGH STREET**
**WICHITA, KS 67203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.96 | $0.00 |
|---|---|---|---|---|

**PHILIP W JOHNSON**
**13732 HORTON DR**
**OVERLAND PARK, KS 66223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $804.88 | $0.00 |
|---|---|---|---|---|

**PHILIP W UMBARGER**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.38 | $0.00 |
|---|---|---|---|---|

**PHILIP W UMBARGER & STUART**
**W**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.02 | $0.00 |
|---|---|---|---|---|

**PHILLIP & PATRICIA LEWIS IRREV**
**6820 30TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.78 | $0.00 |
|---|---|---|---|---|

**PHILLIP B LEMLER**
**196 ELCANO DRIVE**
**HOT SPRINGS VILLAGE, AR 71909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**2.1799** | Priority creditor's name and mailing address

**PHILLIP C THOMPSON**
**ROUTE 1, BOX 66A**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$412.98    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

**2.1800** | Priority creditor's name and mailing address

**PHILLIP C THOMPSON & JULIE A**
**ROUTE 1, BOX 66A**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.61    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

**2.1801** | Priority creditor's name and mailing address

**PHILLIP HAGEN & STACY HAGEN**
**P.O. BOX 850352**
**YUKON, OK 73085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$818.72    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

**2.1802** | Priority creditor's name and mailing address

**PHILLIP KEPLEY**
**23007 KIOWA RD.**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.34    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.88 | $0.00 |
|---|---|---|---|---|

**PHILLIP L CARTER &**
**420 SOUTH ALLEN**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 | $0.00 |
|---|---|---|---|---|

**PHILLIP L CRANE**
**70 MAPLE CIRCLE**
**WATERFORD, OH 45786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.03 | $0.00 |
|---|---|---|---|---|

**PHILLIP SCHOENECKER**
**ROUTE 1, BOX 11A**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.05 | $0.00 |
|---|---|---|---|---|

**PHILLIP STEINLE**
**5013 MARION**
**SHAWNEE, KS 66218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1807** | Priority creditor's name and mailing address

**PHYLLIS E SWEETING**
**1503 UNITED STREET**
**KEY WEST, FL 33040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.64**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1808** | Priority creditor's name and mailing address

**PHYLLIS F LASSMAN**
**7415 E 29TH STREET**
**TULSA, OK 74129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45.65**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1809** | Priority creditor's name and mailing address

**PHYLLIS HAUGHT MILLS**
**PO BOX 86**
**SMITHVILLE, WV 26178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.08**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1810** | Priority creditor's name and mailing address

**PHYLLIS J NORDT, TTEE OF THE**
**101 NORTH LARSON**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$121.87**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.44 | $0.00 |
|---|---|---|---|---|

**PINNACLE RESOURCES INC**
**PO BOX 52826**
**LAFAYETTE, LA 70505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.71 | $0.00 |
|---|---|---|---|---|

**PITTS FAMILY TRST DTD 11-24-99**
**1506 PIONEER RD**
**PONCA CITY, OK 74604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.43 | $0.00 |
|---|---|---|---|---|

**PORTCO, INC**
**P. O. BOX 279**
**DEWEY, OK 74029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.24 | $0.00 |
|---|---|---|---|---|

**POTTS EXPLORATION, LLC**
**100 N BROADWAY, SUITE 3200**
**OKLAHOMA CITY, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.07 | $0.00 |
|---|---|---|---|---|

**PRESTON W WALKER**
**4107 S SYCAMORE PL**
**BROKEN ARROW, OK 74011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.15 | $0.00 |
|---|---|---|---|---|

**PURE SOURCE ENERGY LLC**
**522 EAST LONG CIRCLE**
**LITTLETON, CO 80122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.78 | $0.00 |
|---|---|---|---|---|

**QUINTON W & MICHELLE R SAYE,**
**20078 FORD RD**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.58 | $0.00 |
|---|---|---|---|---|

**R DALE & LILLIE IRENE PHILLIPS**
**25084 DOUGLAS RD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.93 | $0.00 |
|---|---|---|---|---|

**R GORDON WILTSE,**
**1319 MONROE ST.**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.62 | $0.00 |
|---|---|---|---|---|

**R L ROBERTS**
**2871 WV HWY 5 W**
**GLENVILLE, WV 26351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,915.53 | $0.00 |
|---|---|---|---|---|

**R P DYKES**
**PO BOX 280235**
**LAKEWOOD, CO 80228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.09 | $0.00 |
|---|---|---|---|---|

**R&A KEPLEY FARMS**
**3035 160TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.12 | $0.00 |
|---|---|---|---|---|

**R&F FARM SUPPLY, INC**
**10200 HIGHWAY 59**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.11 | $0.00 |
|---|---|---|---|---|

**RACHEL JOANN STEINMAN**
**6006 JUNIPER DR**
**MISSION, KS 66205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.67 | $0.00 |
|---|---|---|---|---|

**RAEBERN & DEADRA NELSON**
**LIV TR**
**24750 YALE RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.61 | $0.00 |
|---|---|---|---|---|

**RALPH & DICY JANSSEN**
**114 E. MARSHALL**
**RM. 140**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1827** | Priority creditor's name and mailing address

**RALPH & TERESA TUDOR**
**204 JARVIS RIDGE ROAD**
**GRIFFITHSVILLE, WV 25521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.29    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1828** | Priority creditor's name and mailing address

**RALPH DALE PHILLIPS, TTEE OF**
**25084 DOUGLAS RD**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$318.68    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1829** | Priority creditor's name and mailing address

**RALPH DOUGLAS**
**HC 61 BOX 114**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$182.21    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1830** | Priority creditor's name and mailing address

**RALPH HEADY & BETTY HEADY**
**1645 W.S. HIGHWAY 59**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.62    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |

Name

| 2.1831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.25 | $0.00 |
| --- | --- | --- | --- | --- |

**RANDA JOYCE WATSON**
**2204 PRUNTY RD**
**HARRISVILLE, WV 26362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.31 | $0.00 |
| --- | --- | --- | --- | --- |

**RANDAL E & LORETTA K NEELY,**
**815 S HIGHLAND**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.30 | $0.00 |
| --- | --- | --- | --- | --- |

**RANDAL E NEELY**
**815 S HIGHLAND**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.30 | $0.00 |
| --- | --- | --- | --- | --- |

**RANDALL & NANCY CORNS**
**11535 THOMAS RD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.43 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**RANDALL & TERESA JO ADAMS**
**25290 QUIVIRA RD**
**LOUISBURG, KS 66053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.43      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1836

Priority creditor's name and mailing address

**RANDALL CARTER**
**640 ROMANS ROAD**
**NEW VIENNA, OH 45159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2.37      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1837

Priority creditor's name and mailing address

**RANDALL E & JUDITH L MOYER,**
**17175 IRVING RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.52      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

2.1838

Priority creditor's name and mailing address

**RANDALL E OLSON & RAE LYNN**
**19139 1800 RD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.84      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $284.34 | $0.00 |
|---|---|---|---|---|

**RANDALL F BRUNGARDT**
**PO BOX 99**
**GALESBURG, KS 66740-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5.51 | $0.00 |
|---|---|---|---|---|

**RANDALL J STOUT**
**RT 1 BOX 10**
**PETROLEUM, WV 26161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $171.25 | $0.00 |
|---|---|---|---|---|

**RANDALL L COX**
**24385 300TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $120.11 | $0.00 |
|---|---|---|---|---|

**RANDALL LEE STEINMAN**
**6006 JUNIPER DRIVE**
**MISSION, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.66 | $0.00 |
|---|---|---|---|---|

**RANDALL R FAIL**
**751 S. VERNA AVE**
**ANDOVER, KS 67002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.98 | $0.00 |
|---|---|---|---|---|

**RANDALL W & SUZANNE D ELLIS**
**19405 NESS ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.91 | $0.00 |
|---|---|---|---|---|

**RANDY D BRADLEY**
**3567 INDUSTRY**
**ROOTSTOWN, OH 44272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.12 | $0.00 |
|---|---|---|---|---|

**RANDY HENDRICKS**
**125 HIGHWAY 26 WEST**
**OGALLALA, NE 69153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.86 | $0.00 |
|---|---|---|---|---|

**RANDY J RAIDA**
**9950 FORD RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.83 | $0.00 |
|---|---|---|---|---|

**RANDY L & CHERYL L**
**6425 BROWN RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.05 | $0.00 |
|---|---|---|---|---|

**RANDY W & KIMBERLY K BERG**
**P.O. BOX 33**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.69 | $0.00 |
|---|---|---|---|---|

**RAY G HIZEY &**
**8815 NESS RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**      Case number (if known)    **16-11231-SAH**

Name

| 2.1851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.17 | $0.00 |
|---|---|---|---|---|

**RAY L & RENA JOLENE FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 | $0.00 |
|---|---|---|---|---|

**RAY L FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.33 | $0.00 |
|---|---|---|---|---|

**RAY L HILL**
**427843 E 20 ROAD**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.83 | $0.00 |
|---|---|---|---|---|

**RAY LEE ROBINSON**
**339-3000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.67 | $0.00 |
|---|---|---|---|---|

**RAY V NORDMEYER**
**362 90TH RD**
**TORONTO, KS 66777**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.94 | $0.00 |
|---|---|---|---|---|

**RAYBURN L GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.77 | $0.00 |
|---|---|---|---|---|

**RAYMOND C BAUGHER REV**
**TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.75 | $0.00 |
|---|---|---|---|---|

**RAYMOND J, JR & TINA M BAKER**
**856 23000 RD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.27 | $0.00 |
|---|---|---|---|---|

**RAYMOND KARL TEDSTROM**
**22 SHADOW LAKE DRIVE**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.95 | $0.00 |
|---|---|---|---|---|

**RAYMOND L PANEK & NANELLEN**
**12550 10TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.44 | $0.00 |
|---|---|---|---|---|

**RAYMOND L PEARCE, TTEE OF**
**THE**
**44 INDIAN WELLS DRIVE**
**HOLIDAY ISLAND, AR 72631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.56 | $0.00 |
|---|---|---|---|---|

**RCPTX LTD**
**777 TAYLOR STREET**
**SUITE 810**
**FORT WORTH, TX 76102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.03 | $0.00 |
|---|---|---|---|---|

**REA DAWN WEDEKAMM**
**7654 SHERMAN RD**
**CHESTERLAND, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.21 | $0.00 |
|---|---|---|---|---|

**REBA M. JOHNSON**
**2632 LESLEE LAKE DR. N.**
**ST. PETERSBURG, FL 33713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.31 | $0.00 |
|---|---|---|---|---|

**REBA ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.58 | $0.00 |
|---|---|---|---|---|

**REBECCA THOMAS TRACY**
**5 OAK HILL LANE**
**BLUFFTON, SC 29910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

Debtor  **PostRock Energy Services Corporation**

Name

Case number (if known)  **16-11231-SAH**

---

| 2.1867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.63 | $0.00 |
|---|---|---|---|---|

**REGENIA LUCAS**
**PO BOX 66**
**MIDKIFF, WV 25540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 | $0.00 |
|---|---|---|---|---|

**RENA JOLENE FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.20 | $0.00 |
|---|---|---|---|---|

**RENE E & REGINA K CARES**
**26031 HARPER ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.1870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,797.19 | $0.00 |
|---|---|---|---|---|

**REP ENTERPRISES LLC**
**P.O. BOX 332**
**BARTLESVILLE, OK 74005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.49 | $0.00 |
|---|---|---|---|---|

**RETA RIFLE**
**9777 GARVER ROAD**
**LITCHFIELD, OH 44253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☐ No
☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.87 | $0.00 |
|---|---|---|---|---|

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☐ No
☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.75 | $0.00 |
|---|---|---|---|---|

**REX BROWN & MARY K BROWN**
**16751 1200 RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☐ No
☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.99 | $0.00 |
|---|---|---|---|---|

**REX J KOLSTE**
**4105 PARK VIEW DRIVE**
**JANESVILLE, WI 53546-1777**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☐ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1875** Priority creditor's name and mailing address

**RH HOLDINGS, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,278.86    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1876** Priority creditor's name and mailing address

**RHONDA S STRINGER**
**3130 BRIGGS**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$87.03    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1877** Priority creditor's name and mailing address

**RICHARD & LINDA REINHARDT**
**14465 210TH ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$168.04    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.1878** Priority creditor's name and mailing address

**RICHARD & ROBIN COMPSTON**
**PO BOX 486**
**S. COFFEYVILLE, OK 74072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.33    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

Debtor   **PostRock Energy Services Corporation**

Name

Case number (*if known*)   **16-11231-SAH**

| | | |
|---|---|---|
| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:    **$61.40**   $0.00 |

**2.1879** Priority creditor's name and mailing address

**RICHARD & VIRGINIA R SHORT,**
**2100 NEW HAMPSHIRE**
**LAWRENCE, KS 66046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61.40**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1880** Priority creditor's name and mailing address

**RICHARD DWIGHT CHILDERS**
**4472 HIGHES BR RD**
**HUNTINGTON, WV 25701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12.27**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1881** Priority creditor's name and mailing address

**RICHARD E WILES**
**9411 RENO RD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$112.42**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1882** Priority creditor's name and mailing address

**RICHARD F BOND &**
**HC 61, BOX 61**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$82.89**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1883** | Priority creditor's name and mailing address

**RICHARD G MURRELL & LINDA I**
**1121 S. WASHINGTON**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.95    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1884** | Priority creditor's name and mailing address

**RICHARD J & THERESIA L GAGAN**
**HC 61 BOX 36**
**LENEPAH, OK 74042-1515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.93    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1885** | Priority creditor's name and mailing address

**RICHARD KENT & DEBRA**
**COOPER**
**P. O. BOX 112**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.54    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1886** | Priority creditor's name and mailing address

**RICHARD L & DALENE**
**HOLTZMAN**
**P O BOX 267**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.30    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.61 | $0.00 |
|---|---|---|---|---|

**RICHARD L & DEBRA D
BRADFORD,
14373 VIOLA ROAD
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.82 | $0.00 |
|---|---|---|---|---|

**RICHARD L & MARLENE A CLARK
8775 QUEEN ROAD
ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.73 | $0.00 |
|---|---|---|---|---|

**RICHARD L BABCOCK &
MICHAEL D
23039 QUEENS RD
PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.75 | $0.00 |
|---|---|---|---|---|

**RICHARD L BRADFORD LIV TR
14373 VIOLA RD
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.54 | $0.00 |
|---|---|---|---|---|

**RICHARD L KIMREY**
**3305 MEADE ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.67 | $0.00 |
|---|---|---|---|---|

**RICHARD L PAULEY**
**1554 PREASE ROAD**
**BUCHANAN, VA 24066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.66 | $0.00 |
|---|---|---|---|---|

**RICHARD LAWRENCE PORTER**
**5225 FLEETWOOD OAKS DRIVE**
**#627**
**DALLAS, TX 75235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.37 | $0.00 |
|---|---|---|---|---|

**RICHARD M LEWIS**
**PO BOX 102170**
**DENVER, CO 80250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.81 | $0.00 |
|---|---|---|---|---|

**RICHARD M ROBEY**
**1007 OAKWOOD TERRACE**
**ST. MARYS, WV 26170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.18 | $0.00 |
|---|---|---|---|---|

**RICHARD MAXON**
**2507 CHURCHILL DRIVE**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.74 | $0.00 |
|---|---|---|---|---|

**RICHARD N & CLAUDETTE J**
**DENNIS**
**16225 FORD ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.21 | $0.00 |
|---|---|---|---|---|

**RICHARD N & GLORIA J GREVE**
**201 N. PLUMMER**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **PostRock Energy Services Corporation**      Case number (if known)    **16-11231-SAH**

Name

| 2.1899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.10 | $0.00 |
|---|---|---|---|---|
| | **RICHARD N STURDEVANT**<br>**1308 N. 1100 ROAD**<br>**LAWRENCE, KS 66046-9613** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.20 | $0.00 |
|---|---|---|---|---|
| | **RICHARD N STURDEVANT &**<br>**1308 N. 1100 ROAD**<br>**LAWRENCE, KS 66046** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.63 | $0.00 |
|---|---|---|---|---|
| | **RICHARD R STREETS**<br>**39153 MILLER RD**<br>**SLIDELL, LA 70461-2311** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.78 | $0.00 |
|---|---|---|---|---|
| | **RICHARD S & KAREN D WILSON**<br>**PO BOX 521168**<br>**TULSA, OK 74152** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.80 | $0.00 |
|---|---|---|---|---|

**RICHARD S SPANGLER**
**11611 TAMPA AVE.**
**NORTHRIDGE, CA 91326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.98 | $0.00 |
|---|---|---|---|---|

**RICHARD STEVEN MEADOR**
**1819 CORALBERRY COURT**
**CINCINNATI, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.74 | $0.00 |
|---|---|---|---|---|

**RICHARD T & SUZANNE LACKEY**
**JR**
**1068 GREEN MEADOW**
**CHARLESTON, WV 25314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.95 | $0.00 |
|---|---|---|---|---|

**RICHARD VARNER & BEVERLY**
**16948 HWY K16**
**DENISON, KS 66419**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.57 | $0.00 |
|---|---|---|---|---|

**RICHARD W WILLHOUR**
**5005 EAST 86TH PLACE SOUTH**
**TULSA, OK 74137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.02 | $0.00 |
|---|---|---|---|---|

**RICHARD WESLEY TINK**
**31 HILLTOP ROAD**
**EWING, NJ '08638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.92 | $0.00 |
|---|---|---|---|---|

**RICHARD WILLIAM AUER DBA**
**PO BOX 159**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.82 | $0.00 |
|---|---|---|---|---|

**RICK & ALICE LONG**
**RT 1 BOX 366**
**SOUTH COFFEYVILLE, OK 74072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.13 | $0.00 |
|---|---|---|---|---|

**RICK & MARSHA WINGATE LIV TRST**
**11725 HARPER ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.40 | $0.00 |
|---|---|---|---|---|

**RICK E & TERESA M BRADLEY**
**1691 CR 5700**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.27 | $0.00 |
|---|---|---|---|---|

**RICK J RUTTER & KIM UDEN**
**21254 2400TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.21 | $0.00 |
|---|---|---|---|---|

**RICK L RANABARGER**
**6700 140TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.36 | $0.00 |
|---|---|---|---|---|

**RICK M BLANCETT**
**P.O. BOX 369**
**GOLDEN CITY, MO 64748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.21 | $0.00 |
|---|---|---|---|---|

**RICKEY A & MARY E HIZEY, JTS**
**1743 2400 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.91 | $0.00 |
|---|---|---|---|---|

**RICKEY A HIZEY REV TRST DTD**
**1743 2400 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.67 | $0.00 |
|---|---|---|---|---|

**RICKEY DEAN TURNER**
**3216 AMBERWOOD CT**
**EDMOND, OK 73003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.58 | $0.00 |
|---|---|---|---|---|

**RICKY D & DARLENE M SPENCER**
**19070 IRVING RD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.90 | $0.00 |
|---|---|---|---|---|

**RICKY D WOOD**
**427454 E. 20TH ROAD**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.67 | $0.00 |
|---|---|---|---|---|

**RICKY LEE MYERS**
**23054 KIOWA RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.92 | $0.00 |
|---|---|---|---|---|

**RICKY LYNN RATZLAFF &**
**7830 500 ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 481 of 622

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1923** Priority creditor's name and mailing address

**RILEY R & SHARON K HOLMES,**
**P.O. BOX 275**
**BUSHLAND, TX 79012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$424.43    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1924** Priority creditor's name and mailing address

**RITA KAY HARRIS**
**2704A N LOMA LINDA DRIVE**
**JOPLIN, MO 64804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.36    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1925** Priority creditor's name and mailing address

**RITA M BERND, LINDA A**
**BARRAGAR**
**4946 CR 5400**
**CHERRYVALE, KS 67335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3.87    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1926** Priority creditor's name and mailing address

**RIVER FARMS, INC**
**4303 W. 112TH TER.**
**LEAWOOD, KS 66211-1718**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,048.89    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

**2.1927** | Priority creditor's name and mailing address

**RIVERSIDE RESOURCES LLC**
**955 BULL CREEK ROAD**
**WAVERLY, WV 26184**

As of the petition filing date, the claim is: **$20.64** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1928** | Priority creditor's name and mailing address

**ROANOKE RANCH &**
**INVESTMENT,**
**325 N ST PAUL, STE 4300**
**DALLAS, TX 75201**

As of the petition filing date, the claim is: **$188.47** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1929** | Priority creditor's name and mailing address

**ROBERT & AIMEE VANDERFORD**
**10936 S. 2151 STREET E. AVENUE**
**BROKEN ARROW, OK 74014**

As of the petition filing date, the claim is: **$144.13** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1930** | Priority creditor's name and mailing address

**ROBERT & CAROLYN ADAMS LV**
**TRST**
**21069 JACKSON RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$545.78** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1931** | Priority creditor's name and mailing address

**ROBERT & CHERYL ANN BEAM**
**1014 HILLCREST DRIVE**
**GROVE, OK 74344**

As of the petition filing date, the claim is: $93.41    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1932** | Priority creditor's name and mailing address

**ROBERT & L COLENE JONES,**
**TRST**
**5083 CHASE ROAD**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is: $1,313.49    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1933** | Priority creditor's name and mailing address

**ROBERT & MARILYN LESLIE**
**P.O. BOX 119**
**SPALDING, NE 68666**

As of the petition filing date, the claim is: $37.24    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1934** | Priority creditor's name and mailing address

**ROBERT A DAYER**
**3008 N IRONWOOD AVENUE**
**BROKEN ARROW, OK 74012-2007**

As of the petition filing date, the claim is: $22.87    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.17 | $0.00 |
|---|---|---|---|---|

**ROBERT A KEPLEY & TERI S**
**1328 W. 11TH ST.**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.78 | $0.00 |
|---|---|---|---|---|

**ROBERT B HAUGHT**
**6575 ARK RD**
**GLOUSTER, VA 23061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.93 | $0.00 |
|---|---|---|---|---|

**ROBERT CHARLES GIBBS &**
**611 QUAIL CREEK ROAD**
**PARSON, KS 67357-2257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.84 | $0.00 |
|---|---|---|---|---|

**ROBERT D & JULIE H TONNESON**
**59063 203RD STREET**
**MANKATO, MN 56001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1939**

Priority creditor's name and mailing address

**ROBERT D BARNOW &**
**6885 130TH RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$114.55    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1940**

Priority creditor's name and mailing address

**ROBERT D CELAINE RIDDLE**
**TRST**
**RT 2 BOX 21B**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.57    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1941**

Priority creditor's name and mailing address

**ROBERT D HEADY & ELIZABETH**
**J**
**ROUTE 3, BOX 297**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$77.57    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1942**

Priority creditor's name and mailing address

**ROBERT D MIDDLETON & IRMA M**
**824 20000 RD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$139.79    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.60 | $0.00 |
|---|---|---|---|---|

**ROBERT D REVELL & LORI**
**ELAINE**
**14625 50TH ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.72 | $0.00 |
|---|---|---|---|---|

**ROBERT DOUGLAS GRIMM**
**341 CYPRESS RD**
**ST. AUGUSTINE, FL 32086-6737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.92 | $0.00 |
|---|---|---|---|---|

**ROBERT E & MARCIA A CLINE**
**121 SOUTH 7TH**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.89 | $0.00 |
|---|---|---|---|---|

**ROBERT E HAMMETT**
**NO. 2 PINE CREEK LANE**
**HOUSTON, TX 77055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.94 | $0.00 |
|---|---|---|---|---|

**ROBERT E HAMSHER**
**1147 CREEKSIDE COURT**
**BURTON, MI 48509-1460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROBERT E MORRIS**
**RT 1 BOX 241A**
**CAIRO, WV 26337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.31 | $0.00 |
|---|---|---|---|---|

**ROBERT E ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.36 | $0.00 |
|---|---|---|---|---|

**ROBERT E ROBERTS REV TRST**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.35 | $0.00 |
|---|---|---|---|---|

**ROBERT E SMITH & MARY
ELAINE
1318 W. MAIN
ANTLERS, OK 74523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.90 | $0.00 |
|---|---|---|---|---|

**ROBERT G ROWE
303 MARKET COURT
FULLERTON, CA 92832**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.60 | $0.00 |
|---|---|---|---|---|

**ROBERT GLEN SWILER
16672 MEADE ROAD
ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**ROBERT H PARKS
791 COLLINS RD
LITTLE HOCKING, OH 45742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.1955** | Priority creditor's name and mailing address

**ROBERT HOOD**
**28351 SHADOW MOUNTAIN DRIVE**
**CONIFER, CO 80433**

As of the petition filing date, the claim is:    **$3.98**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1956** | Priority creditor's name and mailing address

**ROBERT J & CONNIE J**
**CAMPBELL**
**14605 HIGHWAY 59**
**ERIE, KS 67333**

As of the petition filing date, the claim is:    **$243.27**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1957** | Priority creditor's name and mailing address

**ROBERT J & SHERI LYNN ELLIS**
**7043 SOUTH KENDALL COURT**
**LITTLETON, CO 80128**

As of the petition filing date, the claim is:    **$50.55**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.1958** | Priority creditor's name and mailing address

**ROBERT J HOUGHTON**
**8270 MEADE ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:    **$339.39**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.33 | $0.00 |
|---|---|---|---|---|

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.86 | $0.00 |
|---|---|---|---|---|

**ROBERT JAMES FOLK**
**BOX 127**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.15 | $0.00 |
|---|---|---|---|---|

**ROBERT JASON HAUGHT**
**118 CRESTWOOD DR.**
**PARKERSBURG, WV 26104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.70 | $0.00 |
|---|---|---|---|---|

**ROBERT K JOHN**
**8490 ELK RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.1963** | Priority creditor's name and mailing address

**ROBERT L & TRELLIS E LUBBERS**
**23035 GRAY ROAD**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$186.79     $0.00

---

**2.1964** | Priority creditor's name and mailing address

**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER, KS 66776-8131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$452.36     $0.00

---

**2.1965** | Priority creditor's name and mailing address

**ROBERT LYNN PORTER**
**20522 DEER HOLLOW DR.**
**EDMOND, OK 73012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$47.66     $0.00

---

**2.1966** | Priority creditor's name and mailing address

**ROBERT M & ARDIS M NOVOTNY,**
**5010 DOUGLAS RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$394.91     $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.04 | $0.00 |
|---|---|---|---|---|

**ROBERT M BELL**
**5288 COORS STREET**
**ARVADA, CO 80002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.34 | $0.00 |
|---|---|---|---|---|

**ROBERT M HALL**
**202 SOUTH WEBSTER**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.05 | $0.00 |
|---|---|---|---|---|

**ROBERT R & PATRICIA J O'BRIEN**
**3072 N. 2ND ST.**
**CHETOPA, KS 67336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.66 | $0.00 |
|---|---|---|---|---|

**ROBERT R JONES 3630**
**PO BOX 1**
**SAND FORK, WV 26430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.57 | $0.00 |
|---|---|---|---|---|

**ROBERT R WILLHOUR**
**612 HILLVIEW COURT**
**FORT COLLINS, CO 80526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.97 | $0.00 |
|---|---|---|---|---|

**ROBERT REXROAD**
**2725 ONTARIO ROAD**
**UNIONTOWN, OH 44685-8360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.33 | $0.00 |
|---|---|---|---|---|

**ROBERT W & REBECCA A**
**JOHNSON,**
**265 VINITA RD**
**NOWATA, OK 74048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.35 | $0.00 |
|---|---|---|---|---|

**ROBERTA MCCOY**
**P.O. BOX 5**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|------------------------|------------------|
| | Name | | |

| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$184.58** | **$0.00** |
|--------|-----------------------------------------------|------------------------------------------------|-------------|

**ROBIN & NAOMI OLSON, H/W**
**1910 CANTER LANE**
**MARRIOTSVILLE, MD 21104-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$68.39** | **$0.00** |
|--------|-----------------------------------------------|------------------------------------------------|-------------|

**ROBIN J COOK**
**715 FOX AVE.**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$39.02** | **$0.00** |
|--------|-----------------------------------------------|------------------------------------------------|-------------|

**ROBIN LANDRUM**
**PO BOX 100**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$51.32** | **$0.00** |
|--------|-----------------------------------------------|------------------------------------------------|-------------|

**ROBIN MOORE**
**890 4000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.86 | $0.00 |
|---|---|---|---|---|

**ROCK FUND I LTD.**
**C/O 1000 BALLPARK WAY, STE**
**216**
**ARLINGTON, KS 76011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.11 | $0.00 |
|---|---|---|---|---|

**ROCKNE RAY MAXSON**
**2111 YALE AVE.**
**MIAMI, OK 74354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.48 | $0.00 |
|---|---|---|---|---|

**RODERICK EARL LANHAM**
**526 NORTHILL DRIVE**
**RICHARDSON, TX 75080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.31 | $0.00 |
|---|---|---|---|---|

**RODNEY & DARLENE HUGHES**
**H/W JT**
**3475 HARPER ROAD**
**GALESBURG, KS 66740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.02 | $0.00 |
|---|---|---|---|---|

**RODNEY ALAN MCCLOY**
**2906 BROOKSIDE CT**
**LA GRANGE, KY 40031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.02 | $0.00 |
|---|---|---|---|---|

**RODNEY D & SUSAN M BAKER,**
**H/W**
**23029 HARPER RD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.64 | $0.00 |
|---|---|---|---|---|

**RODNEY DALE & TERRI L**
**WALKER**
**7345 U.S. HWY 169**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.28 | $0.00 |
|---|---|---|---|---|

**RODNEY L HAMBLETON &**
**EDWINA L**
**1018 25000 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1987** | Priority creditor's name and mailing address

**ROGER ELLIOTT**
**19730 IRVING ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$94.48**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1988** | Priority creditor's name and mailing address

**ROGER J & CAROL A LEE**
**3015 DIRR**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.93**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1989** | Priority creditor's name and mailing address

**ROGERS RESOURCES, LLC**
**7922 S. BUCHANAN WAY**
**AURORA, CO 80016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11.26**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1990** | Priority creditor's name and mailing address

**ROLLAND W MARINO JR**
**1415 SOUTHRIDGE DR.**
**BREA, CA 92821-0195**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.93**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.40 | $0.00 |
|---|---|---|---|---|

**ROMA J & EDDIE D HENLEY**
**8091 2400 ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.38 | $0.00 |
|---|---|---|---|---|

**RON & LISA TREAT**
**9369 DYNAMITE ROAD**
**LAKESIDE, AZ 85929**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.29 | $0.00 |
|---|---|---|---|---|

**RONALD D DANNELS, DAYNA R**
**P.O. BOX 82**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.72 | $0.00 |
|---|---|---|---|---|

**RONALD D GREEN**
**PO BOX 97**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.1995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.11 | $0.00 |
|---|---|---|---|---|

**RONALD E CHILDERS**
**521 ALTON RD**
**GALLOWAY, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.47 | $0.00 |
|---|---|---|---|---|

**RONALD F & SANDRA J**
**CAVENDER**
**321A RR 1**
**SALT ROCK, WV 25559-9728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.54 | $0.00 |
|---|---|---|---|---|

**RONALD G & TERRI L WINKLER**
**P.O. BOX 154**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.1998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.62 | $0.00 |
|---|---|---|---|---|

**RONALD HATFIELD**
**779 MOATS RD.**
**ELLENBORO, WV 26346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581.65** | **$0.00** |
|---|---|---|---|---|

**RONALD J SMITH & SHARILYN M.**
**1624 DOVER ROAD**
**EMPORIA, KS 66801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.42** | **$0.00** |
|---|---|---|---|---|

**RONALD JR & ANGELINE**
**VYHLIDAL,**
**7570 HARPER RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93.25** | **$0.00** |
|---|---|---|---|---|

**RONALD L & JUDITH ALEXANDER**
**837 5000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$698.65** | **$0.00** |
|---|---|---|---|---|

**RONALD L MADRON REV TRST**
**U/A**
**198 B 5000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2003** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**RONALD L ROGERS**
**1623 ROAD 1**
**CEDAR VALE, KS 67024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2004** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.96** | **$0.00**

**RONALD L VANDENBARK**
**262 LARA DR**
**ZANESVILLES, OH 43701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2005** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**RONALD M BRADLEY**
**946 SHORT RUN RD.**
**PENNSBORO, WV 26415**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2006** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.74** | **$0.00**

**RONALD N OLSON**
**16225 210TH ROAD**
**ERIE, KS 66733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

**2.2007** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47.91** | **$0.00**

**RONALD R FLOWERS &**
**16440 GRAY ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.2008** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.99** | **$0.00**

**RONALD R NUTT**
**723 WIGNER AVE**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.2009** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$504.93** | **$0.00**

**RONALD R STOTTS**
**1681 CR 5300**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

---

**2.2010** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$444.06** | **$0.00**

**RONALD TRIM**
**10700 FORD ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.2011** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658.94** | **$0.00** |

**2.2011**

Priority creditor's name and mailing address
**RONALD V ELY
1505 150TH ROAD
CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**$658.94**        **$0.00**

---

**2.2012**

Priority creditor's name and mailing address
**RONALD W ASTON
1212 COURTLAND RD
WEIRTON, WV 26062-5104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**$0.41**        **$0.00**

---

**2.2013**

Priority creditor's name and mailing address
**RONALD W NEIDIGH
787 1000 ROAD
EDNA, KS 67342-9349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**$232.68**        **$0.00**

---

**2.2014**

Priority creditor's name and mailing address
**RONALD W PARKS
6101 VALLEY PARK DRIVE
HUNTSVILLE, AL 35810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

**$0.64**        **$0.00**

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.59 | $0.00 |
|---|---|---|---|---|

**RONNIE E & LINDA K WEST**
**1501 25000 RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.21 | $0.00 |
|---|---|---|---|---|

**RONNIE E MCGUIRE**
**8680 NESS RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.86 | $0.00 |
|---|---|---|---|---|

**RONNIE JOE & SONDRA D**
**HARRIS**
**9605 QUEEN ROAD**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.36 | $0.00 |
|---|---|---|---|---|

**ROSA BELLE GAINER**
**P. O. BOX 12**
**GLENVILLE, WV 26351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.12 | $0.00 |
|---|---|---|---|---|

**ROSS GOSNEY**
**PO BOX 1013**
**BAYFIELD, CO 81122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.01 | $0.00 |
|---|---|---|---|---|

**ROST ENERGY CO**
**P.O. BOX 615**
**LIGONIER, PA 16568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.77 | $0.00 |
|---|---|---|---|---|

**ROXIE HENDRICKS**
**36321 N. 12TH ST.**
**PHOENIX, AZ 85086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.19 | $0.00 |
|---|---|---|---|---|

**ROY & MARIAN CARSON, H/W JT**
**2116 W. COMSTOCK DR.**
**CHANDLER, AZ 85224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.20 | $0.00 |
|---|---|---|---|---|

**ROY A. CAMPBELL**
**8331 SISSONVILLE DR**
**CHARLESTON, WV 25320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.21 | $0.00 |
|---|---|---|---|---|

**ROY BURNER OR PATRICIA**
**BURNER**
**1535 BREAM ST**
**MERRITT ISLAND, FL 32953**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.11 | $0.00 |
|---|---|---|---|---|

**ROY D ADAMS**
**18500 FORD RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROY D HADLEY**
**43 BRIDGE WAY N**
**MIDDLEBOURNE, WV 26149**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.23 | $0.00 |
|---|---|---|---|---|

**ROY E ANGLIN**
**RR1 BOX 107**
**WANN, OK 74083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,001.21 | $0.00 |
|---|---|---|---|---|

**ROY E ANGLIN & REGENT BANK,**
**RT 1, BOX 107**
**WANN, OK 74083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.49 | $0.00 |
|---|---|---|---|---|

**ROY E VARNER & ROBIN L**
**VARNER,**
**18911 U.S. 75 HWY**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.83 | $0.00 |
|---|---|---|---|---|

**ROY G HILDRETH & SONS INC**
**PO BOX 1007**
**SPENCER, WV 25276**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.06 | $0.00 |
|---|---|---|---|---|

**ROY L THOMPSON**
**991 22000 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.93 | $0.00 |
|---|---|---|---|---|

**ROY LOWELL THOMPSON &**
**JUDITH L**
**991 22000 RD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.98 | $0.00 |
|---|---|---|---|---|

**ROYCE E SAUBERS**
**1574 10TH ROAD**
**BUFFALO, KS 66717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,910.84 | $0.00 |
|---|---|---|---|---|

**RP 2010, LLC**
**P.O. BOX 1094**
**NORTH PLATTE, NE 69103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2035** | Priority creditor's name and mailing address
**RPI ENGINES**
**5401 North Wood Drive**
**Okmulgee, OK 74447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2036** | Priority creditor's name and mailing address
**RUBY A OLSON**
**19676 1800TH ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,025.10    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2037** | Priority creditor's name and mailing address
**RUBY F BLACK**
**831 20000 ROAD**
**MOUND VALLEY, KS 67354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$74.22    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2038** | Priority creditor's name and mailing address
**RUDY R HECKER**
**4254 REKA DRIVE**
**ANCHORAGE, AK 99508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.19    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.67 | $0.00 |
|---|---|---|---|---|

**RUNNIN 'F' INC**
**RT 1 BOX 150**
**DELAWARE, OK 74027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.40 | $0.00 |
|---|---|---|---|---|

**RUSSELL & TERRY MCKEE**
**BOX 130**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.92 | $0.00 |
|---|---|---|---|---|

**RUSSELL DEAN RATZLAFF &**
**619 N. 6TH**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.65 | $0.00 |
|---|---|---|---|---|

**RUSSELL J & NORITA F MARTIN**
**6730 NORTH 4010 ROAD**
**COPAN, OK 74022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.88 | $0.00 |
|---|---|---|---|---|

**RUSSELL L BUSSMAN**
**7005 UNION TERRACE LANE N.**
**MAPLE GROVE, MN 55369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.64 | $0.00 |
|---|---|---|---|---|

**RUSSELL L WALKER**
**201 E 1ST**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.72 | $0.00 |
|---|---|---|---|---|

**RUSSELL LEWIS HEADY**
**12900 160TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.28 | $0.00 |
|---|---|---|---|---|

**RUSSELL S CLEAVER**
**17495 135TH ROAD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|--------|------------------------------------------|--------------------------|-------------------|
| | Name | | |

| 2.2047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.47 | $0.00 |
|--------|-----|-----|-----|-----|

**2.2047**

Priority creditor's name and mailing address
**RUTH A LINVILLE**
**3351 RAIN ROAD**
**CHAPMAN, KS 67431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.47     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2048**

Priority creditor's name and mailing address
**RUTH ANN FLANAGAN**
**16662 FM 1716 E**
**HENDERSON, TX 75652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2049**

Priority creditor's name and mailing address
**RUTH STEVENS REVOCABLE**
**TRUST**
**500 LAKEWOOD DRIVE**
**FAIRVIEW, TX 75069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.31     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2050**

Priority creditor's name and mailing address
**RWJ FARMS, LLC**
**PO BOX 2817**
**WICHITA, KS 67201-2817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.11     $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.02 | $0.00 |
|---|---|---|---|---|

**RYAN J. ELLIS**
**7045 S. KENDALL BLVD**
**LITTLETON, CO 80128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.60 | $0.00 |
|---|---|---|---|---|

**RYAN P BERG & AMY**
**MEEKER-BERG**
**220 HIGH STREET**
**BALDWIN CITY, KS 66006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.31 | $0.00 |
|---|---|---|---|---|

**S & C PROPERTIES**
**PO BOX 601295**
**DALLAS, TX 75360-1295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.30 | $0.00 |
|---|---|---|---|---|

**S&S OIL & GAS, LLC**
**P.O. BOX 659**
**SKIATOOK, OK 74070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.2055** | Priority creditor's name and mailing address

**SALLIE TIERNEY GAMMAGE**
**705 WILLIAMS AVE.**
**NATCHITOCHES, LA 71457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.34    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2056** | Priority creditor's name and mailing address

**SAMUAL R NODO**
**2161 KENYON AVE. NW**
**MASSILON, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7.86    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2057** | Priority creditor's name and mailing address

**SAMUEL C HAMMETT**
**955 BULL CREEK RD**
**WAVERLY, WV 26184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.89    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2058** | Priority creditor's name and mailing address

**SAMUEL L OAKLEAF**
**887 W. JEFFERSON**
**HOWARD, KS 67349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.69    $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.58** | **$0.00** |
|---|---|---|---|---|

**SAMUEL L OAKLEAF & REBECCA**
**887 W. JEFFERSON**
**HOWARD, KS 67349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**SANDRA GARDNER**
**304 CAMINO REAL**
**HOWEY IN THE HILLS, FL 34737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.64** | **$0.00** |
|---|---|---|---|---|

**SANDRA L MOORE**
**RR1 BOX 159**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.02** | **$0.00** |
|---|---|---|---|---|

**SANDRA S DYKE**
**26055 ELK ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **PostRock Energy Services Corporation**

Name

Case number (if known)   **16-11231-SAH**

---

| 2.2063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.63 | $0.00 |
|---|---|---|---|---|

**SARA JOHNSON BERRY**
**497 PITCHERCANE RD**
**HOT SPRINGS, AR 71901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.73 | $0.00 |
|---|---|---|---|---|

**SARAH A RUBOW**
**403 BUNKER AVENUE**
**AZTEC, NM 87410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.65 | $0.00 |
|---|---|---|---|---|

**SCHELL FAMILY TRUST**
**17875 GRADY RD.**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.24 | $0.00 |
|---|---|---|---|---|

**SCHULEIN COMPANY**
**1775 SHERMAN ST, STE 2950**
**DENVER, CO 80203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2067** | Priority creditor's name and mailing address

**SCHULTZ FARM, LLC**
**P.O. BOX 125**
**SOUTH COFFEYVILLE, OK 74072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$117.18**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2068** | Priority creditor's name and mailing address

**SCOTT & JANE A SWEZEY**
**2375 IRVING ROAD**
**GALESBURG, KS 66740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.22**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2069** | Priority creditor's name and mailing address

**SCOTT L & VALERIE K GARRETT**
**8501 N NOB HILL DR**
**TUCSON, AZ 85742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2070** | Priority creditor's name and mailing address

**SCOTT SMITH & STACY SMITH,**
**633 23000 ROAD**
**DENNIS, KS 67341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$164.67**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

**2.2071** | Priority creditor's name and mailing address

**SCOTT VAUGHAN
RT 1
SALTROCK, WV 25559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2.55** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2072** | Priority creditor's name and mailing address

**SEE DER RIDGE, LLC
24218 US 7 HWY
BUFFALO, KS 66717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$263.11** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2073** | Priority creditor's name and mailing address

**SEIDL FARMS, LLC
30830 W. 90TH STREET
DESOTO, KS 66018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$551.12** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2074** | Priority creditor's name and mailing address

**SEK ENERGY OPERATING
PO BOX 55
BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$151.16** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

Debtor   **PostRock Energy Services Corporation**                    Case number (if known)   **16-11231-SAH**
_____                                              _____
         Name

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,934.69 | $0.00 |
|---|---|---|---|---|

**SEK ENERGY OPERATING, LLC**
**P.O. BOX 55**
**BENEDICT, KS 66714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.10 | $0.00 |
|---|---|---|---|---|

**SERENITY G VAUGHAN**

**SALTROCK, WV 25559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.04 | $0.00 |
|---|---|---|---|---|

**SHADY CREEK AGRICULTURAL**
**10600 170TH ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.69 | $0.00 |
|---|---|---|---|---|

**SHANE M BARNHART**
**16435 MARSHALL RD**
**ERIE, KS 66733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$391.29** | **$0.00** |
|---|---|---|---|---|
| | **SHAREN B STOCKEBRAND**<br>**1964 110TH RD**<br>**YATES CENTER, KS 66783** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1.54** | **$0.00** |
|---|---|---|---|---|
| | **SHARLENE PITTMAN**<br>**RT. 1 BOX 176A**<br>**HARRISVILLE, WV 26362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2.85** | **$0.00** |
|---|---|---|---|---|
| | **SHARON L REAVES LIV TRST,**<br>**20814 1900 RD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21.49** | **$0.00** |
|---|---|---|---|---|
| | **SHARON L ROBERTSON**<br>**1302 S EDITH**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.04 | $0.00 |
|---|---|---|---|---|

**SHARON L STOVER**
**18548 1800TH RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.78 | $0.00 |
|---|---|---|---|---|

**SHARON LAMBKIN**
**104 COUNTY ROAD 2313**
**PITTSBURG, TX 75686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.91 | $0.00 |
|---|---|---|---|---|

**SHARON MCINTYRE GRIFFETH**
**EXEC**
**27 SHADY BROOK DR**
**LANGHORNE, PA 19047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.26 | $0.00 |
|---|---|---|---|---|

**SHARON SUE MOORE**
**5214 BRISCOE RD**
**PARKERSBURG, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.24 | $0.00 |
|---|---|---|---|---|

**SHEILA GUY**
**3811 ROOT, N.E.**
**CANTON, OH 44705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.04 | $0.00 |
|---|---|---|---|---|

**SHEILA M HOENES**
**20 WEST MAGGIE CT**
**WENDELL, NC 27591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.70 | $0.00 |
|---|---|---|---|---|

**SHELDON GOSNEY**
**PO BOX 1018**
**IGNACIO, CO 81137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.44 | $0.00 |
|---|---|---|---|---|

**SHERRI E BRANT**
**4070 120TH STREET**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23.06 | $0.00 |
|---|---|---|---|---|

**SHIRLEY BRINKMAN**
**RT 1 BOX 358**
**S COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $79.58 | $0.00 |
|---|---|---|---|---|

**SHIRLEY E BURCHARD**
**164 CARPENTERS RUN RD**
**WAVERLY, WV 26184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $177.70 | $0.00 |
|---|---|---|---|---|

**SHIRLEY FINLEY LIV TR**
**1420 HWY 39**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.82 | $0.00 |
|---|---|---|---|---|

**SHIRLEY FLINTOM**
**11885 SURFBIRD CIRCLE**
**JACKSONVILLE, FL 32265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.83 | $0.00 |
|---|---|---|---|---|

**SHIRLEY J ELLIS,**
**ADMINISTRATOR**
**525 SHAWNEE**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.83 | $0.00 |
|---|---|---|---|---|

**SHIRLEY J ELLIS, TTEE**
**525 SHAWNEE**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.05 | $0.00 |
|---|---|---|---|---|

**SHIRLEY J MCDANIEL**
**905 W 109TH NORTH**
**VALLEY CENTER, KS 67147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.02 | $0.00 |
|---|---|---|---|---|

**SHIRLEY M DRISKILL**
**6873 SCOTT ROAD**
**NEODESHA, KS 66757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.81 | $0.00 |
|---|---|---|---|---|

**SHIRLEY MATZ**
**43763 STATE ROUTE 26**
**WOODSFIELD, OH 43793**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.79 | $0.00 |
|---|---|---|---|---|

**SHIRLEY MCDANIEL ALFORD**
**593 8000 RD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.07 | $0.00 |
|---|---|---|---|---|

**SHIRLEY PHILLIPS**
**6104 WINDSOR DRIVE**
**FREDRICKSBURG, VA 22407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.10 | $0.00 |
|---|---|---|---|---|

**SHIRLEY POWERS**
**5435 K-47 HWY**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.40 | $0.00 |
|---|---|---|---|---|

**SHYREL ANN GEORGE**
**206 WEST 2ND**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.82 | $0.00 |
|---|---|---|---|---|

**SILTSTONE RESOURCES II, LLC**
**600 JEFFERSON STREET, STE**
**2000**
**HOUSTON, TX 77002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.56 | $0.00 |
|---|---|---|---|---|

**SINGER BROTHERS A**
**PARTNERSHIP**
**DEPT 1063**
**TULSA, OK 74182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 | $0.00 |
|---|---|---|---|---|

**SINNI R KLINTWORTH**
**4081 BLENDON PT. DR.**
**COLUMBUS, OH 43230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.44 | $0.00 |
|---|---|---|---|---|

**SLUSHER LIVING TRUST**
**2204 N LOCH LOMOND CT**
**WICHITA, KS 67228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.86 | $0.00 |
|---|---|---|---|---|

**SLYVIA WEBER & JAN MOORMAN**
**112 WILLOWOOD CIRCLE**
**HURRICANE, WV 25526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.76 | $0.00 |
|---|---|---|---|---|

**SMITH & MORRIS TRST**
**PO DRAWER 99084**
**FORT WORTH, TX 76199**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.57 | $0.00 |
|---|---|---|---|---|

**SMITH REV TRST UTA DTD 6/24/02**
**PO BOX 2227**
**HOUSTON, TX 77252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.64 | $0.00 |
|---|---|---|---|---|

**SOUTHWEST PETROLEUM COMPANY,**
P.O. BOX 702377
DALLAS, TX 75370-2377

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.90 | $0.00 |
|---|---|---|---|---|

**SOUTHWIND RESOURCES, INC**
2209 MARKWELL PLACE
OKLAHOMA CITY, OK 73127

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.81 | $0.00 |
|---|---|---|---|---|

**SOWER FAMILY PARTNERSHIP, LLLP**
PO BOX 91
BAYFIELD, CO 81122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.21 | $0.00 |
|---|---|---|---|---|

**SPRUCE GROVE METHODIST CHURCH**
1430 COKELEY RIDGE
HARRISVILLE, WV 26362

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |

Name

---

**2.2115** | Priority creditor's name and mailing address

**STACY A HAMMER**
**607 PAMELA ST**
**APT 6**
**TAHLEQUAH, OK 74464**

As of the petition filing date, the claim is: **$0.04**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2116** | Priority creditor's name and mailing address

**STAN & PAULETTE FRIEDERICH**
**12100 200 ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is: **$16.14**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2117** | Priority creditor's name and mailing address

**STANLEY C & KATHERINE L**
**STITT**
**8830 BROWN ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: **$485.31**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2118** | Priority creditor's name and mailing address

**STANLEY O UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: **$106.06**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.74 | $0.00 |
|---|---|---|---|---|

**STANLEY W & GLENDA K HAAG**
**575 2000 ROAD**
**COFFEYVILLE, KS 67337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.32 | $0.00 |
|---|---|---|---|---|

**STEFAN SCOTT & STACY M**
**SMITH,**
**633 23000 ROAD**
**DENNIS, KS 67341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.51 | $0.00 |
|---|---|---|---|---|

**STEFANIE A MINOR**
**372 FOWLER RD**
**HARRISVILLE, WV 26362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.04 | $0.00 |
|---|---|---|---|---|

**STEPHANIE HAMMER**
**4800 PARK HILL RD**
**TAHLEQUAH, OK 74464**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.22 | $0.00 |
|---|---|---|---|---|

**STEPHANIE S SMITH**
**3905 GREGORY ROAD**
**EL RENO, OK 73036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.32 | $0.00 |
|---|---|---|---|---|

**STEPHEN & PAMELA NEWELL**
**1241 26000 ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.23 | $0.00 |
|---|---|---|---|---|

**STEPHEN A & ROSANNA**
**HEISKELL,**
**1331 CHESS**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.27 | $0.00 |
|---|---|---|---|---|

**STEPHEN CARNEY**
**212 WEST PARK STREET**
**PITTSBURG, KS 66762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.62 | $0.00 |
|---|---|---|---|---|

**STEPHEN D CAMPANELLA**
**910 FOX CHAPEL RD**
**PITTSBURGH, PA 15238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.36 | $0.00 |
|---|---|---|---|---|

**STEPHEN D JEFFREY & DONA D**
**12375 80TH RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.44 | $0.00 |
|---|---|---|---|---|

**STEPHEN DWIGHT COOPER &**
**743 - 1000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.28 | $0.00 |
|---|---|---|---|---|

**STEPHEN J HANSEN &**
**19626 ANDERSON RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.92 | $0.00 |
|---|---|---|---|---|

**STEPHEN M BILLS, AGENT**
**309 RAVENSHOLLOW DRIVE**
**CUYAHOGA FALLS, OH 44223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.66 | $0.00 |
|---|---|---|---|---|

**STEPHEN O HELT & MARY ANN**
**934 19000 ROAD**
**MOUND VALLEY, KS 67354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.69 | $0.00 |
|---|---|---|---|---|

**STEVE &/OR SANDRA ERBE**
**207 WATERMELON ROAD**
**THAYER, KS 66776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.51 | $0.00 |
|---|---|---|---|---|

**STEVEN & EDITH ELLIOT**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.98 | $0.00 |
|---|---|---|---|---|

**STEVEN ALLEN REGER**
**2103 MAXWELL AVE**
**PARKERSBURG, WV 26101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.36 | $0.00 |
|---|---|---|---|---|

**STEVEN B FRIESS LIV TRST**
**23458 6600 RD.**
**THAYER, KS 66776-8169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.53 | $0.00 |
|---|---|---|---|---|

**STEVEN E & DIANA L**
**SPIELBUSCH**
**4270 HIGHWAY 59**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.55 | $0.00 |
|---|---|---|---|---|

**STEVEN E & DIANA L**
**SPIELBUSCH**
**4270 HIGHWAY 59**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.69 | $0.00 |
|---|---|---|---|---|

**STEVEN E & JEANETTE MILLER**
**14498 1700 RD**
**BENEDICT, KS 66714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.61 | $0.00 |
|---|---|---|---|---|

**STEVEN E & JEANETTE MILLER**
**14498 1700 RD**
**BENEDICT, KS 66714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.48 | $0.00 |
|---|---|---|---|---|

**STEVEN E & PATTIE L POWERS**
**4315 130TH RD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.69 | $0.00 |
|---|---|---|---|---|

**STEVEN E POWERS**
**4315 130TH RD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.85 | $0.00 |
|---|---|---|---|---|

**STEVEN E SOMMARS & ARLENE**
**1014 E. LIBERTY DRIVE**
**WHEATON, IL 60187**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.02 | $0.00 |
|---|---|---|---|---|

**STEVEN L ODELL**
**1105 MADISON**
**FREDONIA, KS 66736-1626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.93 | $0.00 |
|---|---|---|---|---|

**STEVEN MERLE GENTLE**
**7630 US 59 HIGHWAY**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.23 | $0.00 |
|---|---|---|---|---|

**STEVEN TURNER**
**PO BOX 294**
**PARK HILL, OK 74451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor **PostRock Energy Services Corporation**
Name

Case number (if known) **16-11231-SAH**

| | |
|---|---|
| 2.2147 | Priority creditor's name and mailing address |

**STEVEN W BUSKE**
**1626 PARTRIDGE**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.80      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2148 | Priority creditor's name and mailing address |

**STEVENS OIL & GAS, LLC**
**110 LYNCH CHURCH ROAD**
**MARIETTA, OH 45750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$429.20      $0.00

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2149 | Priority creditor's name and mailing address |

**STINE, LLC**
**P.O. BOX 307**
**EDNA, KS 67342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.96      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | |
|---|---|
| 2.2150 | Priority creditor's name and mailing address |

**STONE FAMILY RESOURCES, LLC**
**2030 NEBRASKA RD**
**IOLA, KS 66749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$546.11      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.50 | $0.00 |
|---|---|---|---|---|

**STORMI R ALLDREDGE**
**PO BOX 400**
**GLEN ROSE, TX 76043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $0.00 |
|---|---|---|---|---|

**STOWERS ENERGY LLC**
**140 ISLAND WAY #293**
**CLEARWATER BEACH, FL 33767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.35 | $0.00 |
|---|---|---|---|---|

**STRANGE TRACTOR &**
**IMPLEMENT CO**
**59 VIA VERDE STREET**
**WICHITA, KS 67230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.33 | $0.00 |
|---|---|---|---|---|

**SUE ELLIOTT NORRIS**
**205 HEDGE ST.**
**CLARKSBURG, WV 26301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Debtor   **PostRock Energy Services Corporation**                    Case number (if known)   **16-11231-SAH**
Name

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,522.73 | $0.00 |

**SUNRISE OILFIELD SUPPLY, INC**
**105 S. BROADWAY**
**SUITE 610**
**WICHITA, KS 67202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.64 | $0.00 |

**SUPERIOR INVESTMENT**
**COMPANY,**
**2020 N. 21ST STREET**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.71 | $0.00 |

**SUSAN D BILLER RICKMEYER**
**2535 BURLY AVENUE**
**ORANGE, CA 92869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.72 | $0.00 |

**SUSAN F BROWNE**
**13390 QUINTER RD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.25 | $0.00 |
|---|---|---|---|---|

**SUSAN I ATKINSON**
**286 BIG COVE RD**
**TROY, WV 26443**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.75 | $0.00 |
|---|---|---|---|---|

**SUSAN L. TAYLOR**
**4305 N. 141ST COURT**
**BASEHOR, KS 66007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.53 | $0.00 |
|---|---|---|---|---|

**SUSAN LEE HEWITT**
**50 LAMSDEN LANE**
**ATLANTA, GA 30327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.21 | $0.00 |
|---|---|---|---|---|

**SUSAN THOMAS UNDERWOOD**
**RT 1 BOX 188A**
**DELAWARE, OK 74027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.14** | **$0.00** |
|---|---|---|---|---|

**SUSAUN MAXSON**
**1311 W 10TH ST**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,582,285.93** | **$0.00** |
|---|---|---|---|---|

**SUSPENSE ROYALTIES**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SUSPENSE ROYALTIES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.77** | **$0.00** |
|---|---|---|---|---|

**SUZAN M KIRKPATRICK REV**
**TRST**
**1508 EAST 31ST STREET**
**TULSA, OK 74105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$567.93** | **$0.00** |
|---|---|---|---|---|

**SWILER FARMS, LLC**
**4212 NORTH MINNESOTA STREET**
**HARLINGEN, TX 78550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.64** | **$0.00** |

**TAMI C HOOVER**
**3889 CROW CANYON ROAD**
**SAN RAMON, CA 94583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.42** | **$0.00** |

**TAMMY & KENNETH ALLEN**
**3725 60TH RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**TAMMY M ADKINS**
**2403 STEVENS**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.33** | **$0.00** |

**TAMMY MILLER**
**6520 IRVING ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2171** | Priority creditor's name and mailing address
**TAMMY MORRIS BELL**
**527 CRAB RUN ROAD**
**SMITHVILLE, WV 26178**

As of the petition filing date, the claim is:          **$37.32**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2172** | Priority creditor's name and mailing address
**TAWANA HAGER**
**RT 1 BOX 312**
**SALTROCK, WV 25559**

As of the petition filing date, the claim is:          **$2.55**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2173** | Priority creditor's name and mailing address
**TED LEON KING**
**HC 61 BOX 161**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:          **$2.58**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2174** | Priority creditor's name and mailing address
**TEDDIE L BLEVINS, ET UX**
**6002 GRAY ROAD**
**EDNA, KS 67342**

As of the petition filing date, the claim is:          **$60.88**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.13 | $0.00 |
|---|---|---|---|---|

**TELE-CONNECT, INC**
**PO BOX 887**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.99 | $0.00 |
|---|---|---|---|---|

**TERESA D BOGNER REV TRST,**
**7800 20TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.27 | $0.00 |
|---|---|---|---|---|

**TERESA E TRUE**
**924 JASMIN RUN**
**LITTLE RIVER, SC 29566-7347**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.46 | $0.00 |
|---|---|---|---|---|

**TERRI K DALE**
**402 S WESTVIEW**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.71 | $0.00 |
|---|---|---|---|---|

**TERRY F TAYLOR & TAMARA J**
**17800 GRAY RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.04 | $0.00 |
|---|---|---|---|---|

**TERRY J & JANET K TOPHAM**
**12028 1500 ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.52 | $0.00 |
|---|---|---|---|---|

**TERRY L & BARBARA A SHOUSE**
**26055 SCOTT ROAD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.61 | $0.00 |
|---|---|---|---|---|

**TERRY L & CONNIE D LAYTON**
**430030 E 40 ROAD**
**WELCH, OK 74369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.44 | $0.00 |
|---|---|---|---|---|

**TERRY L JR & MARY WATKINS REV**
**HC 61 BOX 83**
**LENAPAH, OK 74042-9708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.31 | $0.00 |
|---|---|---|---|---|

**TERRY R & PEGGY D WEIDERT**
**967 26000 RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.12 | $0.00 |
|---|---|---|---|---|

**TERRY STONESTREET**
**412 E. SOUTH STREET**
**HARRISVILLE, WV 26362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.34 | $0.00 |
|---|---|---|---|---|

**TEXAS NORTHSTAR 1 LLC**
**900 LEE STREET, E**
**CHARLESTON, WV 25301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.13 | $0.00 |
|---|---|---|---|---|

**THE ALFRED E ERBE TRST**
**19106 800 RD**
**ALTOONA, KS 66710-8618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.53 | $0.00 |
|---|---|---|---|---|

**THE CARMEN A BLEVINS**
**12400 SOUTH 4050 ROAD**
**OOLOGAH, OK 74053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.66 | $0.00 |
|---|---|---|---|---|

**THE DONALD E & VIOLA M**
**WALDRON**
**661 24500 RD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.83 | $0.00 |
|---|---|---|---|---|

**THE EST OF JOHNEY RAY WILLIS**
**1708 MCKINLEY ROAD**
**BARTLESVILLE, OK 74006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.96 | $0.00 |
|---|---|---|---|---|

**THE ESTATE OF HEARTSILL
LANIER
615 ROSEMONT PLACE II
TYLER, TX 75701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.67 | $0.00 |
|---|---|---|---|---|

**THE JAMES & JUANITA
MCCLANAHAN
8434 S. PHOENIX PL.
TULSA, OK 74132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.65 | $0.00 |
|---|---|---|---|---|

**THE KENNETH E RICHARDS
901 LINCOLN STREET
NEODESHA, KS 66757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.97 | $0.00 |
|---|---|---|---|---|

**THE LANG FAMILY TRST
AGREEMENT
P.O. BOX 850
PARKER, CO 80138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.68 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**THE LEE DIEDIKER LIV TR**
**12650 20TH RD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21.68**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Priority creditor's name and mailing address   2.2196

**THE MALLARD CLUB LLC**
**P.O. BOX 219**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$66.38**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Priority creditor's name and mailing address   2.2197

**THE MARY C CRANDELL LIV
TRST**
**416 CRYSTAL STREET**
**AKRON, OH 44305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$577.65**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Priority creditor's name and mailing address   2.2198

**THE MCGUIRE FAMILY FARM, LLC**
**5611 NW 36TH STREET**
**WARR ACRES, OK 73122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$122.08**  $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.01 | $0.00 |
|---|---|---|---|---|

**THE NANCY TIMMONS LIV TRST,**
**12797 KINGMAN RD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.58 | $0.00 |
|---|---|---|---|---|

**THE PROSPECT COMPANY**
**PO BOX 1100**
**EDMOND, OK 73083-1100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.93 | $0.00 |
|---|---|---|---|---|

**THE RITA ANNE KUKURA TRST**
**DTD**
**34688 WEST MCCRACKIN RD**
**MANNFORD, OK 74044-3491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.56 | $0.00 |
|---|---|---|---|---|

**THE SLAUGHTER FAMILY**
**REVOCABLE**
**12726 N NEW REFLECTION DR**
**MARANA, AZ 85658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2203** | Priority creditor's name and mailing address

**THE STANLEY R FRIEDERICH &
FRIEDERICH, TTEES
12100 200 RD
ERIE, KS 66733**

| Date or dates debt was incurred | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:     **$56.94**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2204** | Priority creditor's name and mailing address

**THE STICH LIV TRST
1070 HWY 47
THAYER, KS 66776**

| Date or dates debt was incurred | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:     **$932.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2205** | Priority creditor's name and mailing address

**THE STICH LIVING TRUST
PO BOX 628
CHANUTE, KS 66720**

| Date or dates debt was incurred | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:     **$95.76**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2206** | Priority creditor's name and mailing address

**THE VIRGIL J & ANN N BOWERS
HC 61, BOX 102
LENAPAH, OK 74042**

| Date or dates debt was incurred | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:     **$132.62**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.88 | $0.00 |
|---|---|---|---|---|

**THE WRIGHT WAY OIL & LAND**
**3463 STATE STREET #513**
**SANTA BARBARA, CA 93105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.63 | $0.00 |
|---|---|---|---|---|

**THE YIELD MASTER FUND II, L.P.**
**C/O 1000 BALLPARK WAY, STE**
**216**
**ARLINGTON, TX 76011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.10 | $0.00 |
|---|---|---|---|---|

**THELMA F CLEMENS**
**26044 KIOWA RD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.16 | $0.00 |
|---|---|---|---|---|

**THEODORE & RUTHANN**
**BOATWRIGHT**
**209 S. HIGHLAND**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.44 | $0.00 |
|---|---|---|---|---|

**THEODORE R HOUSEL, JR & SONJA**
**345 E. 4800 STREET**
**CHERRYVALE, KS 67335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.47 | $0.00 |
|---|---|---|---|---|

**THERMAL LEE BARNHART**
**113 CUMBERLAND ST, APT 3**
**CALDWELL, OH 43724**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.87 | $0.00 |
|---|---|---|---|---|

**THOMAS C & FAYE J TIMMONS, H/W**
**13518 JADE ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.21 | $0.00 |
|---|---|---|---|---|

**THOMAS C DUERR**
**6380 FIRESIDE HAVEN DRIVE**
**SYKESVILLE, MD 21784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.30 | $0.00 |
|---|---|---|---|---|

**THOMAS C WITTEN & CONNIE S**
**17490 DOUGLAS RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.17 | $0.00 |
|---|---|---|---|---|

**THOMAS E & TERRI L**
**BARTHOLOMEW**
**14280 150TH RD**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.25 | $0.00 |
|---|---|---|---|---|

**THOMAS G & CONNIE L LAGALY**
**1400 C STREET**
**SNYDER, OK 73566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.34 | $0.00 |
|---|---|---|---|---|

**THOMAS G LAGALY**
**BOX 371**
**SNYDER, OK 73566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64 | $0.00 |
|---|---|---|---|---|

**THOMAS HATFIELD**
**4362 LOVERS LANE**
**RAVENNA, OH 44266-9209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.42 | $0.00 |
|---|---|---|---|---|

**THOMAS IVAN JACKSON**
**1785 JACKSON ROAD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.60 | $0.00 |
|---|---|---|---|---|

**THOMAS IVAN JACKSON &**
**MARGARET**
**1785 JACKSON ROAD**
**PARSONS, KS 67357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.36 | $0.00 |
|---|---|---|---|---|

**THOMAS J BLANCETT III**
**810 HEDGEROW COURT**
**CHESAPEAKE, VA 23322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.70 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**THOMAS J O'CONNOR, JR TRST**
**1027 26000 ROAD**
**PARSONS, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$217.70        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2224    Priority creditor's name and mailing address
**THOMAS J SCHOENECKER &**
**BRENDA**
**13627 2000 RD**
**BENEDICT, KS 66714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13.79        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2225    Priority creditor's name and mailing address
**THOMAS L & ANITA L EHMKE,**
**19370 FORD ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.38        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2226    Priority creditor's name and mailing address
**THOMAS L LEWIS**
**2354 BENTON ROAD**
**LONGS, SC 29568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.09        $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.09 | $0.00 |
|---|---|---|---|---|

**THOMAS R ERBE**
**21184 800 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.91 | $0.00 |
|---|---|---|---|---|

**THOMAS R ERBE &**
**21184 800 ROAD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.16 | $0.00 |
|---|---|---|---|---|

**THOMAS R WILSON & DEBRA G**
**415 3000 ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.38 | $0.00 |
|---|---|---|---|---|

**THOMAS SPRINGER**
**30 LOMA DEL. ESCOLAR**
**LOS ALAMOS, NM 87544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.10** | **$0.00** |
|---|---|---|---|---|

**THOMAS W ANDERSON**
**RT 1 BOX 94-1**
**WANN, OK 74083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.30** | **$0.00** |
|---|---|---|---|---|

**THORN C ROBERTS**
**P.O. BOX 92**
**ELIZABETH, WV 26143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24.35** | **$0.00** |
|---|---|---|---|---|

**THORNTON FAMILY TRST DTD**
**7450 BETHANY RD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.54** | **$0.00** |
|---|---|---|---|---|

**THREE QUOGUE LLC**
**14 HARWOOD COURT**
**SUITE 225**
**SCARSDALE, NY 10583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.19** | $0.00 |
|---|---|---|---|---|

**TIM & MARY H KILPATRICK**
**HC 61, BOX 135**
**LENAPAH, OK 74042-9712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.2236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$721.29** | $0.00 |
|---|---|---|---|---|

**TIMMY TYSON MAXSON**
**724 3000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.2237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$62.69** | $0.00 |
|---|---|---|---|---|

**TIMOTHY & MARY WEILERT HW &**
**6180 183RD RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| 2.2238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$144.14** | $0.00 |
|---|---|---|---|---|

**TIMOTHY A BROOKS**
**303 N. CLARK**
**UDALL, KS 67146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☒ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| 2.2239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.87 | $0.00 |
|---|---|---|---|---|

**TIMOTHY A GERICKE &**
**81 1300TH STREET**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.66 | $0.00 |
|---|---|---|---|---|

**TIMOTHY B BUTCHER**
**P O BOX 425**
**GLENVILLE, WV 26351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.02 | $0.00 |
|---|---|---|---|---|

**TIMOTHY D MCDANIEL & DEA J**
**14305 20TH ROAD**
**PARSONS, KS 67357-7412**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.38 | $0.00 |
|---|---|---|---|---|

**TIMOTHY G & CAROLYN MARIE**
**304 2000TH ROAD**
**COFFEYVILLE, KS 67337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 | $0.00 |
|---|---|---|---|---|

**TIMOTHY R HATFIELD**
**110 WHALEY ROAD**
**PENINSULA, OH 44264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.23 | $0.00 |
|---|---|---|---|---|

**TIMOTHY TURNER**
**405 E THOMPSON STREET**
**SALINA, OK 74365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.79 | $0.00 |
|---|---|---|---|---|

**TODD &/OR DARLA MARPLE LIV**
**TR**
**18946 QUEEN ROAD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.20 | $0.00 |
|---|---|---|---|---|

**TODD J MARPLE & DARLA**
**MARPLE,**
**18946 QUEEN RD**
**ALTOONA, KS 66710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $0.00 |
|---|---|---|---|---|

**TODD RHODES**
**247 EAST GRAND**
**HAYSVILLE, KS 67060-1317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.80 | $0.00 |
|---|---|---|---|---|

**TOM A WALTERS REV TRST**
**1630 CRAWFORD**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.77 | $0.00 |
|---|---|---|---|---|

**TOM HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| 2.2250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.94 | $0.00 |
|---|---|---|---|---|

**TOM L GROSS**
**27201 S HWY 125**
**MONKEY ISLAND, OK 74331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.88 $0.00 |

**TOMMY & HELEN BURNS, TTEES**
**2220 ASPEN DRIVE**
**PAMPA, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.96 $0.00 |

**TOMMY R & SHIRLEY J HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.16 $0.00 |

**TONI A BILLUPS**
**401 7TH ST.**
**WAMEGO, KS 66547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.04 $0.00 |

**TONY L. HARRIS**
**14955 115TH RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,114.30** | **$0.00** |
|---|---|---|---|---|

**TOP DRILLING CORPORATION**
**107 LANCASTER STREET**
**STE. 301**
**MARIETTA, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contract**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90,399.80** | **$0.00** |
|---|---|---|---|---|

**TOPSOURCE, LLC**
**PO BOX 337**
**RAPID CITY, MI 49676**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.21** | **$0.00** |
|---|---|---|---|---|

**TRACI NELSON**
**3920 TARRYTOWN LANE**
**AGOURA HILLS, CA 91301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$127.04** | **$0.00** |
|---|---|---|---|---|

**TRAVIS & ROBYN MILLER, H/W**
**20137 OTTAWA RD.**
**BENEDICT, KS 66714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.35 | $0.00 |
|---|---|---|---|---|

**TRAVIS & TAMMY KIMREY**
**PO BOX 335**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.05 | $0.00 |
|---|---|---|---|---|

**TREVOR AND TIFFINY BOND**
**19072 GRAY ROAD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TRIANGLE PRODUCTION SYSTEM**
**INC**
**P O BOX 861**
**11646 EAST PARK RD**
**CAMBRIDGE, OH 43725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $734.00 | $0.00 |
|---|---|---|---|---|

**TRIPLE C, INC**
**8655 170TH ROAD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **PostRock Energy Services Corporation**                                    Case number (if known) **16-11231-SAH**

Name

| | | |
|---|---|---|
| 2.2263 | Priority creditor's name and mailing address<br>**TROY & CHANNION MACKIE**<br>**132 1000 ROAD**<br>**COFFEYVILLE, KS 67337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

           **$11.01**  **$0.00**

Date or dates debt was incurred     Basis for the claim:
               **Royalty Payments**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | |
|---|---|---|
| 2.2264 | Priority creditor's name and mailing address<br>**TROY G & LEANNA M SETZKORN**<br>**15540 FORD ROAD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

           **$10.19**  **$0.00**

Date or dates debt was incurred     Basis for the claim:
               **Royalty Payments**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | |
|---|---|---|
| 2.2265 | Priority creditor's name and mailing address<br>**TRUCK PARTS & EQUIPMENT, INC**<br>**4501 W. ESTHNER**<br>**WICHITA, KS 67209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

           **$4,538.48**  **$0.00**

Date or dates debt was incurred     Basis for the claim:
               **Trade Debt**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

| | | |
|---|---|---|
| 2.2266 | Priority creditor's name and mailing address<br>**TUSKER LLC**<br>**401 S. BOSTON AVE.**<br>**STE. 2100**<br>**TULSA, OK 74103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

           **$16.78**  **$0.00**

Date or dates debt was incurred     Basis for the claim:
               **Royalty Payments**

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (1)   ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 567 of 622**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**
_____
Name

| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.43 | $0.00 |

**TWILA N SOMMARS**
**3635 170TH ROAD**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.25 | $0.00 |

**UNITED STATE TREASURY**
**33 E TWOHIG RM 101**
**SAN ANGELO, TX 79603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.47 | $0.00 |

**UNKWN A HATFIELD 203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.48 | $0.00 |

**VELLNALEE GUMM**
**3503 EMERSON COURT**
**PARKERSBURG, WV 26104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.05 | $0.00 |
|---|---|---|---|---|

**VELMA L HARRIS**
**8701 NS 3500 ROAD**
**PRAGUE, OK 74864**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.29 | $0.00 |
|---|---|---|---|---|

**VENTURE PLANNING, INC**
**200 BELMONTE RD.**
**WEST PALM BEACH, FL 33405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.28 | $0.00 |
|---|---|---|---|---|

**VERA CRAMER**
**15062 IRVING ROAD**
**MOUND VALLEY, KS 67354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.38 | $0.00 |
|---|---|---|---|---|

**VERL E SHUFELT & ANITA**
**THRESSE**
**1143 6000 ROAD**
**EDNA, KS 67342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $224.41 | $0.00 |
|---|---|---|---|---|

**VERLE W TASCHE & NAOMI P**
**906 S. TENNESSEE**
**CHANTUE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $85.76 | $0.00 |
|---|---|---|---|---|

**VERLENE F TRIM**
**P.O. BOX 222**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $542.54 | $0.00 |
|---|---|---|---|---|

**VERN HEILMAN FAMILY TRST -**
**P.O. BOX 7751**
**OVERLAND PARK, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,347.92 | $0.00 |
|---|---|---|---|---|

**VERN L & TERESA D CRAWSHAW**
**H/W**
**8649 VIOLA RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,422.91 | $0.00 |
|---|---|---|---|---|

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 | $0.00 |
|---|---|---|---|---|

**VERNA J CONROY REV TRST**
**308 LEXINGTON**
**ANDOVER, KS 67002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.64 | $0.00 |
|---|---|---|---|---|

**VERNADEAN L BUCHAN**
**11512 MULBERRY CT**
**JENKS, OK 74037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.34 | $0.00 |
|---|---|---|---|---|

**VERNON & ELVA OESTMANN**
**FAMILY**
**RT 1, BOX 304**
**SO. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.46 | $0.00 |
|---|---|---|---|---|
| | **VERNON & GLORIA KUEHN**<br>**RT 1, BOX 339**<br>**S. COFFEYVILLE, OK 74072** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.42 | $0.00 |
|---|---|---|---|---|
| | **VERNON A & SUSAN E VAVERKA,**<br>**26020 HARPER RD**<br>**DENNIS, KS 67341** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $819.27 | $0.00 |
|---|---|---|---|---|
| | **VERSATEQ, LLC**<br>**2901 S PORTLAND AVE**<br>**OKC, OK 73108** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $245.35 | $0.00 |
|---|---|---|---|---|
| | **VEVA D SCHWATKEN REV TRST**<br>**5615 CR 2100**<br>**ELK CITY, KS 67344** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **PostRock Energy Services Corporation**                    Case number (if known)    **16-11231-SAH**

Name

| | | | | |
|---|---|---|---|---|

**2.2287** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.14** | **$0.00** |

**VICKI LEIGH BEAN WALDRIP**
**901 JAMESWAY**
**CHOCTAW, OK 73020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2288** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$137.23** | **$0.00** |

**VICTOR ALLEN ERBE REV TR**
**BOX 82**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2289** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.92** | **$0.00** |

**VICTOR R WILKERSON & JANICE**
**J**
**1003 S. 32ND**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2290** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74.81** | **$0.00** |

**VINCENT & SHARON LEE**
**401671 WEST 100 RD**
**WANN, OK 74083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.67 | $0.00 |
|---|---|---|---|---|

**VIRGINIA HAYHURST DEEM**
**200 TIMBERLINE DRIVE,**
**APT. 1209**
**MARIETTA, OH 45750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.93 | $0.00 |
|---|---|---|---|---|

**VIRGINIA L CHRISTOFFERSON**
**7626 NE 140TH STREET**
**KIRKLAND, WA 98034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**VIRGINIA OSBOURN HEIRS**
**HC71 BOX 128A**
**TANNER, WV 26137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 | $0.00 |
|---|---|---|---|---|

**VIRGINIA R PARKS BOSWELL**
**847 TELEGRAPH RD**
**STAFFORD, VA 22554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.98 | $0.00 |
|---|---|---|---|---|

**VIRGINIA REXROAD**
**0191 TWP. RD. 165**
**DUNKIRK, OH 45836**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.34 | $0.00 |
|---|---|---|---|---|

**VYRL M FEGAL & ANNA J FEGAL**
**1215 W. 7TH**
**CHANUTE, KS 66720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 | $0.00 |
|---|---|---|---|---|

**W EUGENE POOL & LEONA M**
**POOL**
**51 2400 STREET**
**SAVONBURG, KS 66772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**W H SHIELDS HEIRS**
**RT 1 BOX 41-B**
**CAIRO, WV 26337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.63 | $0.00 |
|---|---|---|---|---|

**W M GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.46 | $0.00 |
|---|---|---|---|---|

**W R HEDGE HEIRS**
**RT. 3 BOX 144**
**BRIDGEPORT, WV 26330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.31 | $0.00 |
|---|---|---|---|---|

**W T WIANT HEIRS**
**219 SOUTH HAMBDEN STREET**
**CHARDON, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.33 | $0.00 |
|---|---|---|---|---|

**W. MILFORD HALL**
**202 S WEBSTER**
**ERIE, KS 66733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

| 2.2303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.67 | $0.00 |
| --- | --- | --- | --- | --- |

**WACO OIL & GAS CO INC**
**P. O. BOX 397**
**GLENVILLE, WV 26351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.10 | $0.00 |
| --- | --- | --- | --- | --- |

**WAGGONER REVOCABLE TRUST**
**1705 WESTBURY LANE**
**FORT SCOTT, KS 66701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.65 | $0.00 |
| --- | --- | --- | --- | --- |

**WALLIE D MAXSON**
**1410 N CHOCTAW ST**
**DEWEY, OK 74029-1706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.63 | $0.00 |
| --- | --- | --- | --- | --- |

**WALTER C CRANE**
**212 PIERPOINT ST**
**HARRISVILLE, WV 26362-1242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.2307** Priority creditor's name and mailing address

**WALTER CRANE ET AL**
**212 PIERPONT STREET**
**HARRISVILLE, WV 26362-1242**

As of the petition filing date, the claim is: **$57.20** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2308** Priority creditor's name and mailing address

**WAN-TING HAO**
**3610 GABRIEL AVENUE, APT 337**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$223.29** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2309** Priority creditor's name and mailing address

**WANDA LEE GOODWIN, NOW**
**LADAGE**
**3604 DIRR AVE.**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$36.26** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2310** Priority creditor's name and mailing address

**WARD N ADKINS, JR**
**5519 TUPPER LAKE**
**HOUSTON, TX 77056**

As of the petition filing date, the claim is: **$162.44** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | **PostRock Energy Services Corporation** |
| | Name |

Case number (if known)   **16-11231-SAH**

---

| 2.2311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.24 | $0.00 |
|---|---|---|---|---|

**WARREN R &/OR LENNA G HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.2312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.23 | $0.00 |
|---|---|---|---|---|

**WARREN R HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.2313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.67 | $0.00 |
|---|---|---|---|---|

**WAYLON DALE MAYS**
**4542 CAMP CREEK ROAD**
**HUNTINGTON, WV 25701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| 2.2314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.77 | $0.00 |
|---|---|---|---|---|

**WAYNE & BERNIECE GIBSON LIV TR**
**9285 QUEEN RD**
**ST. PAUL, KS 66771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.69 | $0.00 |
|---|---|---|---|---|

**WAYNE & CARMALETTA BOZMAN**
**852 5000 ROAD**
**EDNA, KS 67342-9363**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.07 | $0.00 |
|---|---|---|---|---|

**WAYNE & JANET REHMERT**
**1220 60TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.47 | $0.00 |
|---|---|---|---|---|

**WAYNE APOLLO**
**1684 1200 RD.**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.27 | $0.00 |
|---|---|---|---|---|

**WAYNE DUNN**
**3162 WEST MAIN**
**NEWCASTLE, WY 82701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**2.2319** Priority creditor's name and mailing address

**WAYNE E & MARJORIE H BRANT**
**2840 HWY 47**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$361.79**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2320** Priority creditor's name and mailing address

**WAYNE E & SUSAN E MUSTONEN**
**HC 61 BOX 82**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2.22**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2321** Priority creditor's name and mailing address

**WAYNE G BAKER**
**3105 27TH STREET**
**PARKERSBURG, WV 26104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.91**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2322** Priority creditor's name and mailing address

**WAYNE HUMPHREY**
**105 KENNETH LINDER LANE**
**LIVINGSTON, TN 38570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$47.64**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.2323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.59 | $0.00 |

**WAYNE L TAYLOR TESTAMENTARY**
**1502 W. 9TH**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.45 | $0.00 |

**WAYNE L TAYLOR TRST, LARRY W**
**1502 W. 9TH**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.54 | $0.00 |

**WAYNE MILLARD**
**3931 E 2ND STREET**
**TUCSON, AZ 85711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.46 | $0.00 |

**WAYNE SOMMERVILLE**
**79 SMITH AVE**
**BUCKHANNON, WV 26201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2327** Priority creditor's name and mailing address

**WCK LLC**
**PO BOX 2309**
**VANCOUVER, WA 98668**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$139.70     $0.00

---

**2.2328** Priority creditor's name and mailing address

**WENDALL A & YULONDIA WOOD**
**7755 S 4320 RD**
**WELCH, OK 74369**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$79.71     $0.00

---

**2.2329** Priority creditor's name and mailing address

**WESLEY B DEAN & LAURA L**
**DEAN**
**9990 20TH ROAD**
**PARSONS, KS 67357**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$79.85     $0.00

---

**2.2330** Priority creditor's name and mailing address

**WESLEY THOMPSON**
**8855 K-39 HIGHWAY**
**CHANUTE, KS 66720**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty Payments**

Is the claim subject to offset?
■ No
☐ Yes

$68.69     $0.00

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.41 | $0.00 |
|---|---|---|---|---|

**West Virginia Department of Commerce
Capitol Complex, Bldg. 6, Room 525
Charleston, WV 25305-0311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WV  State  Unemployment/Disability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.16 | $0.00 |
|---|---|---|---|---|

**WHITE FARMS INC
PO BOX 126
GALESBURG, KS 66740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.41 | $0.00 |
|---|---|---|---|---|

**WHITTLE CORPORATION
12864 STAUNTON TPKE
SMITHVILLE, WV 26178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.40 | $0.00 |
|---|---|---|---|---|

**WICKER FARMS LLC
4535 S PLUMMER AVE
CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

**2.2335** Priority creditor's name and mailing address

**WILBUR A SCHWATKEN REV TRST**
**5615 CR 2100**
**ELK CITY, KS 67344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$836.51      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2336** Priority creditor's name and mailing address

**WILBUR MACK GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.72      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2337** Priority creditor's name and mailing address

**WILL E MORRIS HEIRS TRST**
**P. O. BOX 99084**
**FORT WORTH, TX 76199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

---

**2.2338** Priority creditor's name and mailing address

**WILLARD & ERMA P CLINE REV TR**
**1701 MADISON**
**APT. 114**
**FREDONIA, KS 66736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$164.06      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)
■ No
☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$181.29** | **$0.00** |
|---|---|---|---|---|

**WILLARD & LUCILE CARTER**
**30 COTTONWOOD POINT LANE**
**AUGUSTA, KS 67010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2.74** | **$0.00** |
|---|---|---|---|---|

**WILLHOUR ENERGY**
**612 HILLVIEW COURT**
**FORT COLLINS, CO 80526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.16** | **$0.00** |
|---|---|---|---|---|

**WILLIAM & CONNIE JOURNOT TR**
**4336 CR 5050**
**INDEPENDENCE, KS 67301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.60** | **$0.00** |
|---|---|---|---|---|

**WILLIAM & DEBRA NAFTZGER**
**119 S. 67TH CIRCLE**
**BROKEN ARROW, OK 74014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.98 | $0.00 |
|---|---|---|---|---|

**WILLIAM & JEAN COOK - JTWROS**
**20475 UDALL ROAD**
**STARK, KS 66775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.54 | $0.00 |
|---|---|---|---|---|

**WILLIAM A PITTMAN**
**12021 COLEFIELD DRIVE**
**HANOVER, VA 23069-1705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.27 | $0.00 |
|---|---|---|---|---|

**WILLIAM A. GREENWOOD**
**25034 A IRVING RD.**
**PARSONS, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.45 | $0.00 |
|---|---|---|---|---|

**WILLIAM ALLEN PORTER**
**14279 INMAN ROAD**
**FREDONIA, KS 66736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

**2.2347** | Priority creditor's name and mailing address

**WILLIAM B & MARILYN TAYLOR**
**13935 W 116TH TERR**
**OLATHE, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$88.42** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2348** | Priority creditor's name and mailing address

**WILLIAM B CUNNINGHAM**
**8125 FOREST CT,**
**NORTH ROYALTON, OH**
**44133-0200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.74** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2349** | Priority creditor's name and mailing address

**WILLIAM B ELLIOT**
**70 BETSY LANE**
**BELPRE, OH 45714-9336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21.39** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2350** | Priority creditor's name and mailing address

**WILLIAM B TAYLOR**
**11608 W. 101ST TERRACE**
**OVERLAND PARK, KS 66214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$432.85** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

| | | | |
|---|---|---|---|
| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.32 $0.00 |

**WILLIAM C & BETTY J FOLLMER**
**2042 WOODLAND VIEW DR.**
**INDEPENDENCE, KS 67301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.80 $0.00 |

**WILLIAM C CRAIG**
**6345 70TH ROAD**
**THAYER, KS 66776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 $0.00 |

**WILLIAM C CRANE**
**P.O. BOX 127**
**PULLMAN, WV 26421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.78 $0.00 |

**WILLIAM CLARK HALE, SINGLE**
**379 KEYMAN ROAD**
**ARDMORE, OK 73401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2355** | Priority creditor's name and mailing address

**WILLIAM D & CHERYL A BOWEN,**
**19068 U.S. HWY 59**
**PARSONS, KS 67357**

As of the petition filing date, the claim is: **$270.15** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2356** | Priority creditor's name and mailing address

**WILLIAM DAVIS HEWITT**
**37 WILLOW GLEN #37**
**ATLANTA, GA 30342**

As of the petition filing date, the claim is: **$24.55** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2357** | Priority creditor's name and mailing address

**WILLIAM E OAKES**
**2900 REGENCY DRIVE**
**INDEPENDENCE, KS 67301**

As of the petition filing date, the claim is: **$50.79** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

**2.2358** | Priority creditor's name and mailing address

**WILLIAM F WILLIS TRST**
**HC 61 BOX 233**
**LENAPAH, OK 74042**

As of the petition filing date, the claim is: **$122.82** | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

Debtor  **PostRock Energy Services Corporation**

Name

Case number (if known)  **16-11231-SAH**

---

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.15 | $0.00 |
|---|---|---|---|---|

**WILLIAM FARNSWORTH**
**1317 14TH STREET**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.91 | $0.00 |
|---|---|---|---|---|

**WILLIAM G & GEORGIA F SCOTT**
**26056 HARPER ROAD**
**DENNIS, KS 67341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,208.33 | $0.00 |
|---|---|---|---|---|

**WILLIAM G NEELY TRST DTD**
**8150 170TH RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| 2.2362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.39 | $0.00 |
|---|---|---|---|---|

**WILLIAM H & MARION LOWTHER**
**1589 CHRISTINE AVE**
**SIMI VALLEY, CA 93063-4429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

☑ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14.90 | $0.00 |
|---|---|---|---|---|

**WILLIAM H CARPENTER**
**570 SUSAN AVE**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $53.48 | $0.00 |
|---|---|---|---|---|

**WILLIAM H GUDDE**
**TESTAMENTARY**
**20571 500 RD**
**NEODESHA, KS 66757**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.89 | $0.00 |
|---|---|---|---|---|

**WILLIAM H RUBLE & PEGGY D**
**17750 170TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $525.82 | $0.00 |
|---|---|---|---|---|

**WILLIAM H TROUTMAN & IDA M**
**2402 S REDWOOD PLACE**
**BROKEN ARROW, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.05** | **$0.00** |
|---|---|---|---|---|

**WILLIAM J SMITH**
**1224 PRUITT DRIVE**
**WAYCROSS, GA 31501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125.23** | **$0.00** |
|---|---|---|---|---|

**WILLIAM KENT & P LYNNE ESTES**
**8893 SCOTT RD**
**ALTOONA, KS 66710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.14** | **$0.00** |
|---|---|---|---|---|

**WILLIAM KEVIN SNIDER**
**P. O. BOX 545**
**PENNSBORO, WV 26415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70.86** | **$0.00** |
|---|---|---|---|---|

**WILLIAM M & WILLINDA L**
**HOWELL**
**HC 61, BOX 137**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 593 of 622

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|
| | Name | | |

---

| 2.2371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $353.20 | $0.00 |
|---|---|---|---|---|
| | **WILLIAM M BAILEY**<br>**P O BOX 246**<br>**WILLIAMSTOWN, WV 26187** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.94 | $0.00 |
|---|---|---|---|---|
| | **WILLIAM M ENGEL**<br>**62 PELICAN CIRCLE**<br>**WOODBINE, GA 31569** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $214.35 | $0.00 |
|---|---|---|---|---|
| | **WILLIAM M FRANKENBERY &**<br>**8736 PRATT ROAD**<br>**ALTOONA, KS 66710** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,914.85 | $0.00 |
|---|---|---|---|---|
| | **WILLIAM M STOUT**<br>**1441 N ROCK RD #1903**<br>**WICHITA, KS 67206** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

| 2.2375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.41 | $0.00 |
|---|---|---|---|---|

**WILLIAM MANGELS LIV TRST**
**HC 61, BOX 111**
**LENAPAH, OK 74042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.63 | $0.00 |
|---|---|---|---|---|

**WILLIAM R STALNAKER**
**160 STALNAKER ESTATES**
**GLENVILLE, WV 26351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.51 | $0.00 |
|---|---|---|---|---|

**WILLIAM R STOUT**
**1808 SPRING ST**
**PARKERSBURG, WV 26102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.14 | $0.00 |
|---|---|---|---|---|

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|

Name

---

**2.2379** | Priority creditor's name and mailing address

**WILLIAM R THORSELL & VALERIE L**
19720 ULYSSES ROAD
CHANUTE, KS 66720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$242.69**   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2380** | Priority creditor's name and mailing address

**WILLIAM S & REBECCA A MARKHAM**
2411 WEST 49TH STREET
CHANUTE, KS 66720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59.47**   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2381** | Priority creditor's name and mailing address

**WILLIAM SWINDELLS, JR**
1100 SW MYRTLE DRIVE
PORTLAND, OR 97201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.84**   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2382** | Priority creditor's name and mailing address

**WILLIAM T WEINRICH**
13920 WELLINGTON LANE
GRAND ISLAND, FL 32735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26.56**   $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2383** | Priority creditor's name and mailing address

**WILLIAM T WILCOXEN**
**18 LOGAN DRIVE**
**BELPRE, OH 45714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$34.15        $0.00

---

**2.2384** | Priority creditor's name and mailing address

**WILLIAM W ESTES REV TRUST**
**8893 SCOTT ROAD**
**ALTOONA, KS 66710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$312.89        $0.00

---

**2.2385** | Priority creditor's name and mailing address

**WILLIAM W HATFIELD**
**114 SUMMERFIELD DRIVE**
**LEXINGTON, SC 29072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$9.52        $0.00

---

**2.2386** | Priority creditor's name and mailing address

**WILLIS G GRINSTEAD, TTEE**
**6505 WILLOW LANE**
**MISSION HILLS, KS 66208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

$364.70        $0.00

---

| Debtor | PostRock Energy Services Corporation | Case number (if known) | 16-11231-SAH |
|---|---|---|---|

Name

---

| 2.2387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.19 | $0.00 |
|---|---|---|---|---|

**WILLIS RAY MONEYPENNY**
**183 MONEYPENNY LANE**
**CAIRO, WV 26337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WILMA E EMERSON**
**P.O. BOX 243**
**CEDAR VALE, KS 67024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64 | $0.00 |
|---|---|---|---|---|

**WILMA FORD**
**164 PARK PLACE DRIVE**
**WADSWORTH, OH 44281-8767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.56 | $0.00 |
|---|---|---|---|---|

**WILMA J CORBETT**
**19505 OTTAWA ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2391** | Priority creditor's name and mailing address

**WILMA JEAN ERBE LIV TRST**
**19106 800 ROAD**
**ALTOONA, KS 66710-8618**

As of the petition filing date, the claim is:                    **$433.51**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2392** | Priority creditor's name and mailing address

**WILMA LYNN MURRAY**
**1407 SOUTH SLAY**
**EASTLAND, TX 76448**

As of the petition filing date, the claim is:                    **$53.64**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2393** | Priority creditor's name and mailing address

**WILMA RICE RYMER**
**32 MONTE SANO DRIVE**
**HANAHAN, SC 29410**

As of the petition filing date, the claim is:                    **$19.75**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

**2.2394** | Priority creditor's name and mailing address

**WILMER JOHNSON**
**152 OAKBLUFF DR.**
**MURPHY, TX 75094-3960**

As of the petition filing date, the claim is:                    **$8.64**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**2.2395** | Priority creditor's name and mailing address

**WILSON PIPE TESTING LLC**
**P.O. BOX 561**
**EL DORADO, KS 67042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,233.00**      $0.00

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2396** | Priority creditor's name and mailing address

**WINGATE FARMS LLC**
**11725 HARPER ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$154.59**      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2397** | Priority creditor's name and mailing address

**WINOMA M SPURGEON**
**532 MIDLAND TRAIL**
**HURRICANE, WV 25526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200.25**      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2398** | Priority creditor's name and mailing address

**WL MCMILLEN & MARY A**
**MCMILLEN**
**DTD 1-28-98**
**24571 1600 RD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$585.17**      $0.00

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.15 | $0.00 |
| | **WOLF CREEK CATTLE COMPANY**<br>**6073 GRAY RD.**<br>**EDNA, KS 67342** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.93 | $0.00 |
| | **WOLVERTON FARMS INC**<br>**PO BOX 1002**<br>**SUMMERSVILLE, WV 26651** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.93 | $0.00 |
| | **WOLVERTON MCCLUNG HEIRS**<br>**REVOCA**<br>**1144 PHEASANT CIRCLE**<br>**WINTER SPRINGS, FL 32708** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.71 | $0.00 |
| | **WOMMACK PROPERTIES LLC**<br>**1151 26000 ROAD**<br>**PARSONS, KS 67357** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Royalty Payments** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.59 | $0.00 |
|---|---|---|---|---|

**WOODROW DAVID MOHLER**
**6825 IRELAND RD**
**LANCASTER, OH 43130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.82 | $0.00 |
|---|---|---|---|---|

**WOODY OIL, LLC**
**RT. 1 BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.09 | $0.00 |
|---|---|---|---|---|

**XURY R HOLE & VALETA I HOLE,**
**318 WILLOWBROOK STREET**
**ANDOVER, KS 67002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.42 | $0.00 |
|---|---|---|---|---|

**ZACHARY J & COURTNEY**
**RT. 1, BOX 168**
**S. COFFEYVILLE, OK 74072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|

Name

| 2.2407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,809.39 | $0.00 |
|---|---|---|---|---|

**ZIMMERMAN ELECTRIC SERVICE,**
**P.O. BOX 533**
**1202 W. BEECH**
**CHANUTE, KS 66720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.2408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.44 | $0.00 |
|---|---|---|---|---|

**ZUGMIER REV LIV TR**
**22742 N 90TH STREET**
**SCOTTSDALE, AZ 85255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Royalty Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

  3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $578.00 |
|---|---|---|---|

**A-1 FREEMAN MOVING &**
**11517 N BROADWAY EXTENSION**
**OKLAHOMA CITY, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,844.49 |
|---|---|---|---|

**ACC BUSINESS**
**PO BOX 105306**
**ATLANTA, GA 30348-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,137.97 |
|---|---|---|---|

**ADP**
**PO BOX 842875**
**BOSTON, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329.21**

**ADP SCREENING AND SELECTION**
**PO BOX 645177**
**CINCINNATI, OH 45264-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,122.82**

**AIRGAS MID SOUTH, INC**
**PO BOX 676015**
**DALLAS, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291.25**

**ALEX WATKINS**
**506 TRAVIS LANE**
**OKARCHE, OK 73762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,738.75**

**ALLIED OIL & TIRE COMPANY, INC**
**MS0655**
**PO BOX 2510**
**OMAHA, NE 68103-2510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,012.50**

**ALVAREZ & MARSAL VALUATION**
**600 MADISON AVE-8TH FL**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.20**

**AMERICAN ENERGY- WOODFORD LLC**
**PO BOX 678176**
**DALLAS, TX 75267-8176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMERICAN MAID, LLC**
**21684 UDALL RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Services Corporation**                     Case number (if known)  **16-11231-SAH**

Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,270.80 |
|---|---|---|---|

**AMSOIL INC**
**925 TOWER AVE**
**SUPERIOR, WI 54880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.95 |
|---|---|---|---|

**APPALACHIAN POWER**
**PO BOX 24415**
**CANTON, OH 44701-4415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARMSTRONG UTILITIES, INC**
**PO BOX 37750**
**PHILADELPHIA, PA 19101-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,638.87 |
|---|---|---|---|

**ASTORG DODGE**
**1401 13TH STREET**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.95 |
|---|---|---|---|

**AT&T**
**PO BOX 5001**
**CAROL STREAM, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**ATRONIC ALARMS, INC**
**8220 MELROSE DR**
**LENEXA, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,236.24 |
|---|---|---|---|

**AUSTIN DISTRIBUTING**
**P.O. BOX 7890**
**AMARILLO, TX 79114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|------------------------|------------------|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**B & R PUMP & EQUIPMENT, INC**
4001 SOUTH HIGH
OKLAHOMA CTTY, OK 73129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,491.63 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**BANK OF OKLAHOMA (ELAN)**
PO BOX 790408
ST. LOUIS, MO 63179-0408

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.17 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**BDOIL GATHERING CORP**
649 MITCHELL'S LANE
MARIETTA, OH 45750

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BIRCH COMMUNICATIONS**
PO BOX 105066
ATLANTA, GA 30348-5066

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**BLACK LAND MANAGEMENT, INC.**
BRIAN D BLACK
PO BOX 38
BOWDEN, WV 26254

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BMC GROUP-SMARTROOM**
PO BOX 748225
LOS ANGELES, CA 90074-8225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**BRENNTAG SOUTHWEST INC**
P O BOX 970230
DALLAS, TX 75397-0230

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,483.56** |
|---|---|---|---|

**BUMPER TO BUMPER,INC.**
**102 S. EVERGREEN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BURNS PROPANE COMPANY**
**P.O BOX 288**
**OOLOGAH, OK 74053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$267.00** |
|---|---|---|---|

**CARTER AUTOMOTIVE WAREHOUSE**
**PO BOX 344**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,911.02** |
|---|---|---|---|

**CAWLEY, GILLESPIE & ASSOC, INC**
**306 WEST 7TH STREET**
**SUITE 302**
**FORT WORTH, TX 76102-4987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,483.23** |
|---|---|---|---|

**CDW DIRECT, LLC**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CENTURY BUSINESS TECHNOLOGIES**
**P.O. BOX 2459**
**TOPEKA, KS 66601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,520.00** |
|---|---|---|---|

**CERTENT INC**
**4683 CHABOT DR. # 260**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.80 |
|---|---|---|---|

**CHANUTE TRIBUNE**
P.O. BOX 559
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,280.01 |
|---|---|---|---|

**CINTAS CORPORATION #459**
P.O. BOX 88005
CHICAGO, IL 60680-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,327.08 |
|---|---|---|---|

**CINTAS CORPORATION 063**
PO BOX 88005
CHICAGO, IL 60680-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.04 |
|---|---|---|---|

**CINTAS CORPORATION J67**
PO BOX 630910
CINCINNATI, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,644.33 |
|---|---|---|---|

**CINTAS FIRST AID & SAFETY F70**
P.O. BOX 636525
CINCINNATI, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.91 |
|---|---|---|---|

**CITY CENTER EAST GARAGE, LLC**
204 N ROBINSON
SUITE 700
OKLAHOMA CITY, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,794.79 |
|---|---|---|---|

**CITY OF CHANUTE**
DEPARTMENT OF UTILITIES
P.O. BOX 723
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.79**

**CITY OF COFFEYVILLE**
PO BOX 1629
COFFEYVILLE, KS 67337-0949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$449,019.15**

**COMPRESSOR SYSTEMS, INC**
P.O. BOX 841807
DALLAS, TX 75284-1807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,375.00**

**COMPUTERSHARE INC**
DEPT CH 16934
PALATINE, IL 60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**COMPUTERSHARE, INC**
DEPT CH 16934
PALATINE, IL 60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.76**

**CONSOLIDTD RURAL WATER DIST #1**
P.O. BOX 328
HAVANA, KS 67347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,810.41**

**COX COMMUNICATIONS, INC**
P.O. BOX 248851
OKLAHOMA CITY, OK 73124-8851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,202.10**

**CROSS MIDWEST TIRE INC**
401 S 42ND ST
KANSAS CITY, KS 66106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.90 |
|---|---|---|---|

**CRYSTALLINE TECHNOLOGY, LLC**
P.O. BOX 307
MONESSEN, PA 15064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSI COMPRESSCO OPERATING, LLC**
PO BOX 840082
DALLAS, TX 75284-0082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.95 |
|---|---|---|---|

**CT CORPORATION**
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.28 |
|---|---|---|---|

**CULLIGAN OF INDEPENDENCE**
PO BOX 623
INDEPENDENCE, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.88 |
|---|---|---|---|

**CULLIGAN OF TULSA**
P.O. BOX 9697
TULSA, OK 74157-0697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**DART CHEROKEE BASIN OPERATING**
PO BOX 177
MASON, MI 48854-0177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.22 |
|---|---|---|---|

**DENISON, INC**
405 MADISON
P.O. BOX 502
FREDONIA, KS 66736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Services Corporation**                          Case number (if known)    **16-11231-SAH**
_____
Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DISCOVERY BENEFITS, INC.**
P.O BOX 2926
4321 20TH AVENUE SW
FARGO, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**E B ARCHBALD & ASSOCIATES INC**
205 NW 63RD STREET
STE 360
OKLAHOMA CITY, OK 73116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.28 |
|---|---|---|---|

**EAGLE RESEARCH CORPORATION**
1076 STATE RT 34
HURRICANE, WV 25526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.24 |
|---|---|---|---|

**EAGLE SKY PATROL INC**
PO BOX 407
DEADWOOD, SD 57732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.15 |
|---|---|---|---|

**ENERGY PRODUCTS, INC**
P.O. BOX 9471
TULSA, OK 74157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.66 |
|---|---|---|---|

**EUREKA WATER CO & OZARKA WATER**
P.O. BOX 26730
OKLAHOMA CITY, OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.07 |
|---|---|---|---|

**FASTENAL INDUSTRIAL &**
P.O. BOX 1286
WINONA, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.61 |
| --- | --- | --- |
| FEDEX<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.30 |
| --- | --- | --- |
| FOLEY EQUIPMENT COMPANY<br>1550 S. WEST ST.<br>WICHITA, KS 67213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.80 |
| --- | --- | --- |
| GAS ANALYTICAL SERVICES, INC<br>PO BOX 66512<br>CHICAGO, IL 60666-0512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.50 |
| --- | --- | --- |
| GOOD NEWS<br>PO BOX 96<br>CANEY, KS 67333 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| GORILLA OFFICE SUPPLIES<br>PO BOX 630729<br>HOUSTON, OK 77263-0729 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.85 |
| --- | --- | --- |
| GREEN ENVIRONMENTAL SERVICES<br>P.O. BOX 17<br>ERIE, KS 66733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
| --- | --- | --- |
| GREEN HUNTER WATER, LLC<br>1048 TEXAN TRAIL<br>GRAPEVINE, TX 76051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|

Name

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,079.75** |
|---|---|---|
| **HEWLETT PACKARD FINANCIAL** | ☐ Contingent | |
| **P.O. BOX 402582** | ☐ Unliquidated | |
| **ATLANTA, GA 30384-2585** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.22** |
|---|---|---|
| **IBT, INC** | ☐ Contingent | |
| **PO BOX 873065** | ☐ Unliquidated | |
| **KANSAS CITY, MO 64187-3065** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,376.65** |
|---|---|---|
| **IMAGENET CONSULTING, LLC** | ☐ Contingent | |
| **913 N. BROADWAY** | ☐ Unliquidated | |
| **OKLAHOMA CITY, OK 73102** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Contract__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,430.67** |
|---|---|---|
| **INSURICA INSURANCE MANAGMENT** | ☐ Contingent | |
| **PO BOX 25928** | ☐ Unliquidated | |
| **OKLAHOMA CITY, OK 73125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$617.50** |
|---|---|---|
| **INTERGRATED SOLUTIONS INC** | ☐ Contingent | |
| **DBA ISI ENVIRONMENTAL** | ☐ Unliquidated | |
| **215 SOUTH LAURA** | ☐ Disputed | |
| **WICHITA, KS 67211** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **INTERGRATED SOLUTIONS, INC** | ☐ Contingent | |
| **215 SOUTH LAURA** | ☐ Unliquidated | |
| **WICHITA, KS 67211** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.32** |
|---|---|---|
| **IRON MOUNTAIN** | ☐ Contingent | |
| **P.O. BOX 915004** | ☐ Unliquidated | |
| **DALLAS, TX 75391-5004** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**KANSAS INDEPENDENT OIL & GAS ASSOCIATION**
**229 E. WILLIAM SUITE 211**
**WICHITA, KS 67020-4027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,711.95** |
|---|---|---|---|

**KEPLEY WELL SERVICE LLC**
**19245 FORD ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,242.58** |
|---|---|---|---|

**KINDER MORGAN OPERATING LP**
**PO BOX 201607**
**DALLAS, TX 75320-1607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**KPMG LLP**
**DEPT 0754**
**PO BOX 120754**
**DALLAS, TX 75312-0754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.79** |
|---|---|---|---|

**LANG DIESEL, INC**
**201 WEST 35TH PARKWAY**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,761.75** |
|---|---|---|---|

**LEWIS GLASSER CASEY &**
**300 Summers St # 700**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.50** |
|---|---|---|---|

**LEXISNEXIS RISK SOLUTIONS FL**
**1000 ALDERMAN DRIVE**
**ALPHARETTA, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.01 |
|---|---|---|---|

**LOCKE SUPPLY**
**P.O. BOX 24980**
**OKC, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**MARVIN LACY**
**16608 RUGOSA ROSE DRIVE**
**EDMOND, OK 73012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,050.83 |
|---|---|---|---|

**MERLE KELLY FORD, INC**
**3501 S. SANTA FE**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.15 |
|---|---|---|---|

**MID-AMERICA SANITATION, INC**
**1035 N. 69 HWY**
**FRONTENAC, KS 66763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,883.70 |
|---|---|---|---|

**MID-WEST FERTILIZER INC -**
**1971 S. COUNTRY CLUB ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,908.77 |
|---|---|---|---|

**MJ SYSTEMS INC**
**420 EAST 58TH AVENUE**
**STE 210**
**DENVER, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MON POWER**
**PO BOX 3615**
**AKRON, OH 44309-3615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,780.00** |
|---|---|---|---|
| | **NATURAL GAS COMPRESSION** <br> **2480 AERO PARK DRIVE** <br> **TRAVERSE CITY, MI 49686** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,330.00** |
|---|---|---|---|
| | **NEOFIRMA, INC** <br> **P.O. BOX 678162** <br> **DALLAS, TX 75267-8162** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.15** |
|---|---|---|---|
| | **NEOSHO MEMORIAL REGIONAL** <br> **PO BOX 426** <br> **CHANUTE, KS 66720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,215.42** |
|---|---|---|---|
| | **NORTHEAST OKLAHOMA ELECTRIC** <br> **P.O. BOX 419458** <br> **KANSAS CITY, MO 64141-9458** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.94** |
|---|---|---|---|
| | **O'REILLY AUTO PARTS** <br> **PO BOX 9464** <br> **SPRINGFIELD, MO 65801-9464** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **OKLAHOMA TAX COMMISSION (Vehicle Tags)** <br> **P.O. BOX 269056** <br> **OKLAHOMA CITY, OK 73126-9056** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983,478.48** |
|---|---|---|---|
| | **OKLAHOMA TOWER REALTY** <br> **204 N. ROBINSON** <br> **SUITE 700** <br> **OKLAHOMA CITY, OK 73102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PostRock Energy Services Corporation** | | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,739.80 |
|---|---|---|---|

**OPPORTUNE LLP**
**711 LOUISIANA STREET STE3100**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.50 |
|---|---|---|---|

**P2 ENERGY SOLUTIONS**
**1670 BROADWAY, STE. 2800**
**DENVER, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,769.67 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
**PO BOX 371887**
**PITTSBURG, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,741.15 |
|---|---|---|---|

**POTTER ANDERSON & CORROON LLP**
**1313 NORTH MARKET STREET**
**FLOOR 6**
**WILMINGTON, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.65 |
|---|---|---|---|

**PRECISION FITTING & GAUGE, CO**
**DEPT. 3653**
**TULSA, OK 74182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.18 |
|---|---|---|---|

**PROFESSIONAL GLASS INSTALLERS**
**PO BOX 811**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**PROFESSIONAL WINDOW CLEANING**
**8840 S MERIDIAN STREET**
**HAYSVILLE, KS 67060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.76 |
|---|---|---|---|

**PUBLIC SERVICE COMPANY OF OK**
P O BOX 24421
CANTON, OH 44701-4421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.08 |
|---|---|---|---|

**QUALITY MOTORS**
P.O. BOX 568
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,881.00 |
|---|---|---|---|

**QUORUM BUSINESS SOLUTIONS**
811 MAIN STREET, SUITE 2000
HOUSTON, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,535.00 |
|---|---|---|---|

**R & J WELL SERVICE INC**
PO BOX 191
SMITHVILLE, WV 26178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RADIANT ELECTRIC COOPERATIVE,**
P.O. BOX 842706
KANSAS CITY, MO 64184-2706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.89 |
|---|---|---|---|

**REPUBLIC PARKING SYSTEM**
PO BOX 2433
OKLAHOMA CITY, OK 73101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**RR DONNELLEY FINANCIAL, INC**
PO BOX 93271
CLEVELAND, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.90 |
|---|---|---|---|

**SAFETY-KLEEN SYSTEMS, INC**
**PO BOX 650509**
**DALLAS, TX 75265-0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAREHOLDERCOM**
**PO BOX 8500**
**LOCKBOX 30200**
**PHILADELPHIA, PA 19178-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,192.00 |
|---|---|---|---|

**SIGNATURE STAFF RESOURCES LLC**
**2460 NORTH F.M. 740**
**HEATH, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.76 |
|---|---|---|---|

**SPRINT**
**P.O. BOX 219100**
**KANSAS CITY, MO 64121-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.00 |
|---|---|---|---|

**STINSON, MORRISON, HECKER, LLP**
**P.O. BOX 843052**
**KANSAS CITY, MO 64184-3052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**STOCK & OPTION SOLUTIONS**
**910 CAMPISI WAY, STE. 2E**
**CAMPBELL, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMPSON & KNIGHT, LLP**
**333 CLAY STREET, STE 3300**
**HOUSTON, TX 77002-4499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.00**

**TIERPOINT OKLAHOMA, LLC**
**520 MARYVILLE CENTRE DRIVE**
**SUITE 300**
**ST. LOUIS, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TORBECK PROPERTIES LLC**
**RT. 2 BOX 65-G1**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TOWN OF WEST HAMLIN WATER &**
**P.O. BOX 221**
**WEST HAMLIN, WV 25571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

**TRACTBUILDER LLC**
**1428 RIDGEWOOD**
**MAGNOLIA, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TRANSTEX HUNTER LLC**
**909 LAKE CAROLYN PARKWAY**
**SUITE 600**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,729.74**

**TRANSZAP, INC**
**PO BOX 123597**
**DENVER, CO 75312-3597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,545.00**

**TWIN VALLEY ELECTRIC COOP**
**1511 14000 road**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|--------|------------------------------------------|-------------------------|------------------|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.00**

**UNITED MECHANICAL SERVICE, INC**
**117 NE 38TH TERRACE**
**OKLAHOMA CITY, OK 73105-2403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**VERDIGRIS VALLEY ELECTRIC COOP**
**P.O. BOX 219**
**COLLINSVILLE, OK 74021-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**VIOLET SMITH**
**147 LONG BRANCH RD**
**BRANCHLAND, WV 25506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.49**

**WASTE MANAGEMENT OFWEST VIRGINIA,**
**INC**
**PO BOX 13648**
**PHILADELPHIA, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**WCA WASTE SYSTEMS, INC**
**PO BOX 553166**
**DETROIT, MI 48255-3166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,354.22**

**WESTAR ENERGY**
**P.O. BOX 758500**
**TOPEKA, KS 66675-8500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,273.73**

**WESTFALL GMC TRUCK, INC**
**PO BOX 418050**
**KANSAS CITY, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Services Corporation** | Case number (if known) | **16-11231-SAH** |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.12 |
|---|---|---|---|

**WILSON CO RWD #10**
**P.O. BOX 561**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 4,586,144.26 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,451,547.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,037,691.50 |

---

Fill in this information to identify the case:

Debtor name    **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11231-SAH**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **4-WALK FARMS, LLC**<br>**201 EAST 1ST**<br>**ALTOONA, KS 66710** |
| List the contract number of any government contract | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **4D LAND & CATTLE COMPANY, INC**<br>**995 W RD 140**<br>**SCOTT CITY, KS 67871** |
| List the contract number of any government contract | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **710 CORPORATION**<br>**12864 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178** |
| List the contract number of any government contract | |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **A M ELLIOTT HEIRS**<br>**2161 KENYON AVE NW**<br>**MASSILLON, OH 44646** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **AARON K LELACHEAUR & RT 1 BOX 172 SOUTH COFFEYVILLE, OK 74072** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **AARON MILLER 10562 US HIGHWAY 26 KINNEAR, WY 82516** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **ADAM HARRIS 11550 60TH ROAD GALESBURG, KS 66740** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **ADAM L & PEGGY L KINSCH, H/W 26042 IRVING ROAD PARSONS, KS 67357** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **Adam L. & Peggy L. Kinsch, H/W 26042 IRVING ROAD PARSONS KS, US 67357** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any | | **Adam L. & Peggy L. Kinsch, H/W 26042 IRVING ROAD PARSONS KS, US 67357** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ADAM NORRIS LEMON, JR** |
| | List the contract number of any government contract | | **1338 COPPERHEAD ROAD** **WAVERLY, WV 26184** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ADOBE ACQUISITION, LLC** **1000 BALLPARK WAY** |
| | List the contract number of any government contract | | **STE 216** **ARLINGTON, TX 76011** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ADRIAN DALE COOMES** **621 LAFAYETTE ST.** |
| | List the contract number of any government contract | | **ST. PAUL, KS 66771** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALAN & SHARON HOUGARDY** **1545 85TH ROAD** |
| | List the contract number of any government contract | | **THAYER, KS 66776** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALAN & SHARON HOUGARDY** **1545 85TH ROAD** |
| | List the contract number of any government contract | | **THAYER** **KS, US 66776** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ALAN & SHARON HOUGARDY** **1545 85TH ROAD** **THAYER** **KS, US 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
<br>First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALAN B & SHARON L HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALAN B HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALAN CARL GRIFFEY**<br>**PO BOX 189**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALAN E & EILEEN ANGLETON**<br>**13505 240TH RD**<br>**ERIE, KS 66773** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALAN R HAUGHT**<br>**405 W. MAIN STREET**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **ALBERT J BENJAMIN TTEE**<br>**2518 PINOAK LANE**<br>**RESTON, VA 20191-4229** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE, KS 66733** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | _____ | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE**<br>**KS, US 66733** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | _____ | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE**<br>**KS, US 66733** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **ALEXANDER DAVID MIH**<br>**1927 BREWSTER RD**<br>**INDIANAPOLIS, IN 46260-1589** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any | | **ALEXANDER DAVID MIH**<br>**PO BOX 2**<br>**CHANUTE**<br>**KS, US 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1 **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALEXANDER DAVID MIH PO BOX 2 CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALFAB INC PO BOX 26 SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALFRED & SARA MCKINNEY 7751 W. QUARTO DRIVE LITTLETON, CO 80128** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALFRED & VIRGINIA MANNERS LIV 22044 UDALL ROAD PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ALFRED & VIRGINIA MANNERS LIV 22044 UDALL ROAD PARSONS KS, US 67357** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Alfred & Virginia Manners Liv Trust 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Alfred & Virginia Manners Liv Trust 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALFRED E ERBE, THOMAS RAY ERBE 19106 800 RD ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE GOINS FAMILY TRST PO BOX 222 THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE GOINS FAMILY TRUST 1760 120TH ROAD THAYER, KS 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | ALICE LONG |
| | List the contract number of any government contract | | RT. 1 BOX 366 SO. COFFEYVILLE, OK 74072 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | ALICE STUMP |
| | List the contract number of any government contract | | 679 HIGHLAND ROAD ELLENBORO, WV 26346 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | ALLAN PAUL CLINE |
| | List the contract number of any government contract | | 5204 SATTLER PL SARASOTA, FL 34232-2677 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | ALLAN R SANDERS |
| | List the contract number of any government contract | | 683 21000 RD MOUND VALLEY, KS 67354 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | ALLEN & DIANN MYERS TRUST |
| | List the contract number of any government contract | | 16040 CHASE ROAD CHERRYVALE, KS 67335 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Production Agreement | ALLEN & DIANN MYERS TRUST 16040 CHASE ROAD CHERRYVALE, KS 67335 |
| --- | --- | --- | --- |

Debtor 1  **PostRock Energy Services Corporation**
    First Name       Middle Name       Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ALLEN D NOTTINGHAM<br>PO BOX 105<br>MINERALWELLS, WV 26150 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ALLEN DEAN AYERS II<br>HC 75 BOX 4A<br>SMITHVILLE, WV 26178 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ALLEN L & CECILLE L<br>12788 QUINTER ROAD<br>ALTOONA, KS 66710 |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ALLEN L & CECILLE R NUNNENKAMP<br>13906 US 75 HIGHWAY<br>ALTOONA, KS 66710 |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ALLEN L & DIANN MYERS<br>16040 CHASE ROAD<br>CHERRYVALE, KS 67335 |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLEN L & DIANN MYERS** |
| | List the contract number of any government contract | | **16040 CHASE ROAD** **CHERRYVALE, KS 67335** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLEN R OR WANDA J CHEWNING** |
| | List the contract number of any government contract | | **509 BELL FONTAINE** **OKLAHOMA CITY, OK 73160** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLENE MAYNARD& WILBUR MAYNARD** |
| | List the contract number of any government contract | | **246 GUYAN STREET** **HUNTINGTON, WV 25702-9576** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALMA MEYER REV TRST,** |
| | List the contract number of any government contract | | **6 BERRYDALE PL** **BELLA VISTA, AR 72715** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALTA M MERRILL** |
| | List the contract number of any government contract | | **4665 IRVING ROAD** **GALESBURG, KS 66740** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALVIN F DAUBENSPECK** |
| | List the contract number of any | | **93 CISCO ROAD** **CAIRO, WV 26337** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**
                First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **AMANDA TURNER**<br>**2261 N. 545 RD.**<br>**TAHLEQUAH, OK 74464** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **AMERICAN ENERGY**<br>**301 NW 63RD SUITE 600**<br>**OKLAHOMA CITY, OK 73116** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **AMERITAS LIFE INSURANCE CORP**<br>**ATTN:  OIL & GAS**<br>**PO BOX 40888**<br>**CINCINNATI, OH 45240-0888** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **AMY M BERG & BRADLEY D BOHRER**<br>**220 HIGH STREET**<br>**BALDWIN CITY, KS 66006** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANDREA SCHOMAKER, TTEE OF**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD, AR 72732** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ANDREW D & KARI S KING**<br>**P.O. BOX 92**<br>**YATES CENTER, KS 66783** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
|  | List the contract number of any government contract |  |  |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
|  | List the contract number of any government contract |  |  |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
|  | List the contract number of any government contract |  |  |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
|  | List the contract number of any government contract |  |  |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | ANDREW G MEIWES 4320 MOFFAT ROAD NW PIEDMONT, OK 73078 |
|  | List the contract number of any government contract |  |  |

Debtor 1   **PostRock Energy Services Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANDREWS FAMILY HOLDING CO LLC**<br>**851 CEDAR DR**<br>**DEALE, MD 20751** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANGELA K BEST**<br>**107 AUTOMOTIVE BLVD.**<br>**ELKTON, MD 21921** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANGELYN W DAVIDSON,**<br>**371 WOODLAWN MNR**<br>**LAWRENCE, KS 66049** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANITA MAE COMPSTON REV TR**<br>**1410 W. 2ND STREET**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANN KANE SEIDMAN**<br>**PO BOX 2566**<br>**BARTLESVILLE, OK 74005** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANN KOONTZ**<br>**7509 NEW GRACE MEWS**<br>**COLUMBIA, MD 21046** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ANNA HERRMANN<br>7245 S BIRMINGHAM AVE<br>TULSA, OK 74136 |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ANNA MC CALLISTER<br>5156 STRAIGHT FORK<br>GRIFFITHSVILLE, WV 25521 |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ANNA MORRIS<br>10450 LAKEVIEW DR<br>NEW PRT RCHY, FL 34654-3549 |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ANNABELLE MAYHEW<br>167 OAKBROOK LANE<br>MINERALWELLS, WV 26150 |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | ANNE E MULHOLLAND, PATRICK J<br>423 7TH STREET, APT. 1W<br>DEWITT, IA 52742 |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | ANNE MCCAULEY<br>6855 150TH ROAD<br>MAYETTA, KS 66509 |

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ANNE R DECKER |
|  | List the contract number of any government contract | | 9612 TRAILRIDGE TERRACE POTOMAC, MD 20854 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ANNETTA G BAXTER |
|  | List the contract number of any government contract | | 700 BAY DRIVE APT 1010 NICEVILLE, FL 32578-4148 |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ANTHIS LAND COMPANY, LLC |
|  | List the contract number of any government contract | | PO BOX 14470 TULSA, OK 74159-0480 |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ANTHONY J BOLLIG TEST TRST; |
|  | List the contract number of any government contract | | PO BOX 779 CHANUTE, KS 66720 |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ANTHONY J BOLLIG TEST TRST; |
|  | List the contract number of any government contract | | PO BOX 779 CHANUTE KS, US 66720 |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ANTHONY J BOLLIG TEST TRST; PO BOX 779 CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTHONY JIMENEZ 23375 LYON ROAD CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ANTHONY JIMENEZ 23375 LYON ROAD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTHONY LYNN ROGERS 5527 W AMHURST AVE DALLAS, TX 75209** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTONIO I MATTHEWS RT 1 BOX 35204 SO. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **APPALACHIAN ROYALTIES INC PO DRAWER 1917 CLARKSBURG, WV 26302** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | **ARCHIE WRIGHT DECLARATION OF 3463 STATE STREET #513 SANTA BARBARA, CA 93105** |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | **ARDIS ANN COOK 24560 W. 55TH STREET SHAWNEE, KS 66226** |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | **ARDITH A BRENEMAN 33000 S. 544 ROAD JAY, OK 74346** |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | **ARLENE D KNOX TRST, JAMES & 5322 PENNSYLVANIA AVE. BOULDER, CO 80303** |
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | **ARLENE M FRAZER 3708 ATWATER ROAD SACRAMENTO, CA 95864** |
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ARLENE RIDGELY 1265 CAMPUS COURT WESTMINSTER, MD 21157** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name       Middle Name       Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | _____ |  |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ARLO L CRAWSHAW LIV TRST** |
|  | List the contract number of any government contract | _____ | **24345 S. NAVAJO DR.**<br>**CHANNAHON, IL 60410** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ARLO WAYNE & RUTH ANN** |
|  | List the contract number of any government contract | _____ | **6512 NW FAIRWAY DRIVE**<br>**PARKVILLE, MO 64152-2518** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ARLYCE JUNE STEELE** |
|  | List the contract number of any government contract | _____ | **P.O. BOX 688**<br>**TRIBUNE, KS 67879** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ARMILDA ADKINS** |
|  | List the contract number of any government contract | _____ | **3657 PIEDMONT ROAD**<br>**HUNTINGTON, WV 25704-1940** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ARNA M WALLS** |
|  | List the contract number of any government contract | _____ | **299 LONG BRANCH ROAD**<br>**BRANCHLAND, WV 25506** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*    **16-11231-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.107.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ARNALDO BARROS & MARIA BARROS**
**900 WASHINGTON ST**
**HOLLYWOOD, FL 33019**

---

**2.108.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ARROW W RANCH, LLC**
**685 W. 77TH STREET**
**TULSA, OK 74132**

---

**2.109.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ART & SUSAN WADE**
**730 ROAD 28**
**PERU, KS 67360**

---

**2.110.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ARTHA DEEN CHAMBERLIN**
**5256 MANDARIN DRIVE**
**OCEANSIDE, CA 92056**

---

**2.111.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ARTHUR LEE CRANOR**
**114 W NORTH STREET**
**COFFEYVILLE, KS 67337**

---

**2.112.**   State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any

**ARTHUR W GIBSON TRST**
**P O BOX 3480**
**OMAHA, NE 68103-0480**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARVIN E CLEMANS**<br>**705 N KENTUCKY**<br>**IOLA, KS 66749** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ASHLEY HOLT**<br>**P.O. BOX 680997**<br>**FRANKLIN, TN 37068-0997** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ATLANTIS OIL & GAS, LLC**<br>**PO BOX 249**<br>**SKIATOOK, OK 74070** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ATMOS ENERGY**<br>**2929 W SAM HOUSTON PKWY**<br>**STE. 200**<br>**HOUSTON, TX 77043** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AUDREY I YOUNG, TTEE OF THE**<br>**19500 MEADE RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **AUSTIN A DUVERNOY**<br>**1440 TRUMANSBURG RD**<br>**ITHACA, NY 14850** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **AUSTIN M RICHARD** |
| | List the contract number of any government contract | _____ | **20155 HARPER ROAD** **CHANUTE, KS 66720** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **AVAGENE DIGMAN** |
| | List the contract number of any government contract | _____ | **144 LINDSEY RD** **MUNROE FALLS, OH 44262** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **AVANELLE CUMMINGS ESTATE** |
| | List the contract number of any government contract | _____ | **35 LOWER FALLS DRIVE** **ST ALBANS, WV 25177** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **AVONELLE CUMMINGS** |
| | List the contract number of any government contract | _____ | **PO BOX 26** **MIDKIFF, WV 25540** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **B DOUGLAS HAUGHT II** |
| | List the contract number of any government contract | _____ | **12864 STAUNTON TPKE** **SMITHVILLE, WV 26178** |

Debtor 1  **PostRock Energy Services Corporation**
           First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA A ESTES TRST - 1/24/92** |
| | List the contract number of any government contract | | **9624 U.S. HIGHWAY 75**<br>**ALTOONA, KS 66710** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA ANN BOTTOMS** |
| | List the contract number of any government contract | | **ROUTE 1, BOX 175A**<br>**DELAWARE, OK 74027** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA BAYNE** |
| | List the contract number of any government contract | | **2700 G RD**<br>**UNIT #11-C**<br>**GRAND JUNCTION, CO 81506-1426** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | **Unknown** | **BARBARA BAYNE** |
| | List the contract number of any government contract | | **2700 G RD**<br>**UNIT #11-C**<br>**GRAND JUNCTION, CO 81506-1426** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA BLASCHKE & WILLIAM A** |
| | List the contract number of any government contract | | **404 MERCER DRIVE**<br>**WOODSTOCK, GA 30189** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA BRUMMITT &** |
| | List the contract number of any | | **6533 ZARDA DRIVE**<br>**SHAWNEE, KS 66226-3375** |

Debtor 1    **PostRock Energy Services Corporation**
   First Name       Middle Name       Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA JEAN BEARD**<br>**324 N. KANSAS**<br>**COLUMBUS, KS 66725** |
| | List the contract number of any government contract | | |
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BARBARA JEAN BEARD**<br>**324 N. KANSAS**<br>**COLUMBUS**<br>**KS, US 66725** |
| | List the contract number of any government contract | | |
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA JUNE BUSENBARRICK**<br>**6205 183RD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA K STICH**<br>**8740 150TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA M WELLS**<br>**RT 1 BOX 39**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BARBARA PORTER**<br>**1133 WICK RD.**<br>**MIDDLEBOURNE, WV 26149** |

Debtor 1   **PostRock Energy Services Corporation**
         First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|  | List the contract number of any government contract | _____ |  |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BARNEY PONTIOUS** |
|  | List the contract number of any government contract | | **14400 50TH ROAD** **PARSONS, KS 67357** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BARRY KEN CARNAHAN** |
|  | List the contract number of any government contract | | **422 ROYAL CREST** **RICHARDSON, TX 75081** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BART KOLSTE** |
|  | List the contract number of any government contract | | **1301 EAST I STREET** **OGALLALA, NE 69153** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BARTIE ANN BLACK REV TRST** |
|  | List the contract number of any government contract | | **857 17000 RD** **MOUND VALLEY, KS 67354** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BDL PARTNERS** |
|  | List the contract number of any government contract | | **PO BOX 3** **HARRISVILLE, WV 26362** |

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.141.** State what the contract or lease is for and the nature of the debtor's interest → **Royalty Payments**

State the term remaining → **Unknown**

List the contract number of any government contract → _____

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL, KS 66771**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest → **LAND USE AGREEMENT**

State the term remaining → **UNKNOWN**

List the contract number of any government contract → _____

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest → **LAND USE AGREEMENT**

State the term remaining → **UNKNOWN**

List the contract number of any government contract → _____

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest → **LAND USE AGREEMENT**

State the term remaining → **UNKNOWN**

List the contract number of any government contract → _____

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

---

**2.145.** State what the contract or lease is for and the nature of the debtor's interest → **LAND USE AGREEMENT**

State the term remaining → **UNKNOWN**

List the contract number of any government contract → _____

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

---

**2.146.** State what the contract or lease is for and the nature of the debtor's interest → **LAND USE AGREEMENT**

State the term remaining → **UNKNOWN**

List the contract number of any

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

---

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
| | List the contract number of any government contract | | **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
| | List the contract number of any government contract | | **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
| | List the contract number of any government contract | | **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
| | List the contract number of any government contract | | **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
| | List the contract number of any government contract | | **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN |  |
| List the contract number of any government contract | _____ |  |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
|  | List the contract number of any government contract | _____ |  |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
|  | List the contract number of any government contract | _____ |  |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
|  | List the contract number of any government contract | _____ |  |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
|  | List the contract number of any government contract | _____ |  |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
|  | List the contract number of any government contract | _____ |  |

Debtor 1   **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

| | | |
|---|---|---|
| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

| | | |
|---|---|---|
| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

| | | |
|---|---|---|
| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

| | | |
|---|---|---|
| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

| | | |
|---|---|---|
| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*   **16-11231-SAH**
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **UNKNOWN** | |
| List the contract number of any government contract    _____ | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining    **UNKNOWN** | | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract    _____ | | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining    **UNKNOWN** | | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract    _____ | | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining    **UNKNOWN** | | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract    _____ | | |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining    **UNKNOWN** | | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract    _____ | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining    **UNKNOWN** | | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract    _____ | | |

Debtor 1   **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.192.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.193.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.194.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.195.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.196.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.197.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

Debtor 1   **PostRock Energy Services Corporation**
            First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC** PO BOX 128 ST.PAUL KS, US 66771 |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining | **UNKNOWN**

List the contract number of any government contract | _____

**2.204.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

**2.205.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

**2.206.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

**2.207.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

**2.208.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

Debtor 1    **PostRock Energy Services Corporation**
_____

First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**
_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining | **UNKNOWN**

List the contract number of any
government contract | _____

---

2.221. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

---

2.222. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

---

2.223. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

---

2.224. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

---

2.225. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract | _____

---

Debtor 1    **PostRock Energy Services Corporation**
    First Name           Middle Name           Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**        Case number *(if known)*    **16-11231-SAH**
<br>First Name       Middle Name       Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | Beachner Brothers, Inc.<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
   First Name    Middle Name    Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

---

**2.238.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**    **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
List the contract number of any government contract   _____   **KS, US 66771**

---

**2.239.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**    **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
List the contract number of any government contract   _____   **KS, US 66771**

---

**2.240.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**    **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
List the contract number of any government contract   _____   **KS, US 66771**

---

**2.241.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**    **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
List the contract number of any government contract   _____   **KS, US 66771**

---

**2.242.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**    **Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
List the contract number of any government contract   _____   **KS, US 66771**

---

Debtor 1   **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEACHNER SOUTHWEST FARMING CO** |
| | List the contract number of any government contract | | **P.O. BOX 128** |
| | | | **ST. PAUL, KS 66771** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN & DONNA J MYERS** |
| | List the contract number of any government contract | | **495 23000 RD** |
| | | | **DENNIS, KS 67341** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS** |
| | List the contract number of any government contract | | **495 23000 RD** |
| | | | **DENNIS** |
| | | | **KS, US 67341** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS** |
| | List the contract number of any government contract | | **495 23000 RD** |
| | | | **DENNIS** |
| | | | **KS, US 67341** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS** |
| | List the contract number of any government contract | | **495 23000 RD** |
| | | | **DENNIS** |
| | | | **KS, US 67341** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEN & DONNA J MYERS** |
|---|---|---|---|
| | | | **495 23000 RD** |
| | | | **DENNIS** |
| | | | **KS, US 67341** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN & MERRY CARLENE HINKLE**<br>**1277 16000 ROAD**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN E HINKLE**<br>**1277 16000 RD.**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN R DOUD**<br>**25528 GENESEE TRAIL RD**<br>**GOLDEN, CO 80401** |
| | List the contract number of any government contract | | |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BENJAMIN HALE THOMAS**<br>**100 BELLE MEADOW DRIVE**<br>**MARIETTA, OH 45750** |
| | List the contract number of any government contract | | |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BENTON & MELISSA DUFF, H/W**<br>**612 SOUTH WESTVIEW**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD & HELEN G CRUSE**<br>**1288 24500 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD J HARDIN, JR**<br>**24371 1500 ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD L GOUGH**<br>**6885 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNICE HAMMER**<br>**4800 PARK HILL RD**<br>**TAHLEQUAH, OK 74464** |
| | List the contract number of any government contract | | |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNIE J KOGER**<br>**2880 LYON RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERT CARLSON**<br>**1432 NIGHTHAWK ROAD**<br>**YATES CENTER, KS 66783** |
| | List the contract number of any government contract | | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BERTRAM TRST REALTY**<br>**PO BOX 515**<br>**MARIETTA, OH 45750** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **BETSY MAE WELCH WILSON** |
|  | List the contract number of any government contract | _____ | **P. O. BOX 2524**<br>**MT. PLEASANT, SC 29465** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **BETTIE L PARKS** |
|  | List the contract number of any government contract | _____ | **224 CARRINGTON DRIVE**<br>**PAWLEYS ISLAND, SC 29585** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **BETTY J MCMILLEN** |
|  | List the contract number of any government contract | _____ | **23424 1800 ROAD**<br>**CHANUTE, KS 66720** |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **BETTY J STILES REV TRST** |
|  | List the contract number of any government contract | _____ | **21455 900 RD**<br>**ALTOONA, KS 66710** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **BETTY JANE & STEVEN WHEELER,** |
|  | List the contract number of any government contract | _____ | **1705 85TH ROAD**<br>**THAYER, KS 66776** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BETTY JANE & STEVEN WHEELER, JTROS** |
| | List the contract number of any government contract | | **1705 85TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BETTY JANE & STEVEN WHEELER, JTROS** |
| | List the contract number of any government contract | | **1705 85TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY JANE ADAMS** |
| | List the contract number of any government contract | | **RT 1 BOX 176A**<br>**HARRISVILLE, WV 26362** |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY JANE BLACK** |
| | List the contract number of any government contract | | **401 HARMONY LN**<br>**MT HOLLY, NC 28120** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY JO ASH** |
| | List the contract number of any government contract | | **P O BOX 581**<br>**KERNVILLE, CA 93238** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY K SELL FAMILY TRST** |
| | List the contract number of any | | **1835 E. JACKSON RD**<br>**FREDONIA, KS 66736** |

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BETTY L MAUDLIN REV LIV TRST** |
| | List the contract number of any government contract | | **PO BOX 133** |
| | | | **EL DORADO SPRIN, MO 84744** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BETTY L OWENS** |
| | List the contract number of any government contract | | **4223 W. ELM** |
| | | | **WICHITA, KS 67212** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BETTY LAWERENCE** |
| | List the contract number of any government contract | | **142 HILLSIDE ST** |
| | | | **ASHVILLE, NC 28801** |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BETTY LOU HESS** |
| | List the contract number of any government contract | | **1500 E. 10 BLVD. APT B1** |
| | | | **WINIFRED, KS 67156** |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BEULAH WRIGHT** |
| | List the contract number of any government contract | | **203 - 20TH STREET** |
| | | | **DUNBAR, WV 25064** |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BEVERLY ANN NELSON** |
| | | | **27803 32ND AVE. E** |
| | | | **SPANAWAY, WA 98387** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEVERLY BAILEY**<br>**RT 1 BOX 391**<br>**SALT ROCK, WV 25559** |
| | List the contract number of any government contract | | |

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIG BEN LLC**<br>**5709 SNOWBERRY DR.**<br>**LITTLETON, CO 80123** |
| | List the contract number of any government contract | | |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIG HILL FARMS**<br>**17075 BROWN RD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Big O Properties, Inc.**<br>**319 SOUTH LINCOLN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIG PRODUCTION, LLC**<br>**P.O. BOX 68**<br>**SEDAN, KS 67361** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.294.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**BIG SKY MINERAL TRST**
**P.O. BOX 3788**
**ARLINGTON, TX 76007-3788**

---

**2.295.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**BILL & KATHY MCMILLEN, TRS**
**RT. 1, BOX 57**
**CHANUTE, KS 66720**

---

**2.296.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**BILL E REINHARDT**
**1105 S. ALLEN**
**CHANUTE, KS 66720**

---

**2.297.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**BILL J WESTERMAN**
**12905 HWY 39**
**CHANUTE, KS 66720**

---

**2.298.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**BILL MCMILLEN & KATHY A**
**RT. 1**
**CHANUTE, KS 66720**

---

**2.299.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**BILLER FAMILY TRST B OF 2007**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY J & SUSAN M MITCHELL** |
| | List the contract number of any government contract | | **18523 SCOTT ROAD** **ALTOONA, KS 66710** |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY JOE & JUDITH A MCDANIEL** |
| | List the contract number of any government contract | | **2061 EAST BLUE HAVEN RD** **TISHOMINGO, OK 73460** |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY WAYNE BURRIS** |
| | List the contract number of any government contract | | **24097 IRVING ROAD** **PARSONS, KS 67357** |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIRMINGHAM CORPORATION** |
| | List the contract number of any government contract | | **P.O. BOX 52043** **TULSA, OK 74152** |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIRMINGHAM CORPORATION** |
| | List the contract number of any government contract | | **P.O. BOX 52043** **TULSA, OK 74152** |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BLACK GOLD GROUP, LTD** **PO BOX 85** **STRASBURG, OH 44680** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract   _____ | |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining    **Unknown** | | **BLACK RIVER ROYALTIES, LLC** |
| | List the contract number of any government contract   _____ | | **1499 BLAKE STREET**<br>**DENVER, CO 80202** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining    **Unknown** | | **BLACKBIRD PARTNERS LLC** |
| | List the contract number of any government contract   _____ | | **P O BOX 270894**<br>**LITTLETON, CO 80127** |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining    **Unknown** | | **BLACKPOOL I LLC** |
| | List the contract number of any government contract   _____ | | **53 FOREST AVE., 1ST FLOOR**<br>**OLD GREENWICH, CT '06870** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining    **Unknown** | | **BLUE RIBBON RANCH, INC** |
| | List the contract number of any government contract   _____ | | **P.O. BOX 279**<br>**DEWEY, OK 74029** |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining    **Unknown** | | **BOB H DAVIS** |
| | List the contract number of any government contract   _____ | | **PO BOX 26**<br>**FLATWOODS, WV 26621** |

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOB J GROSS** |
| | List the contract number of any government contract | | **3252 S. 4290 ROAD**<br>**WELCH, OK 74369** |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOB WILLIS FARMS #4 LLC** |
| | List the contract number of any government contract | | **HC 61 BOX 233**<br>**LENAPAH, OK 74042** |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOBBY D & LADONNA S BEARD** |
| | List the contract number of any government contract | | **3070 DOUGLAS RD**<br>**COFFEYVILLE, KS 67337** |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONEVA V SPURGEON** |
| | List the contract number of any government contract | | **24427 STAUNTON TURNPIKE**<br>**SMITHVILLE, WV 26178** |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONITA A ROSKOV** |
| | List the contract number of any government contract | | **20 COUNTRY VIEW LANE**<br>**FINLEYVILLE, PA 15332** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONNIE K SIMPSON** |
| | List the contract number of any | | **BOX 84**<br>**SMITHVILLE, WV 26178** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BONNIE L GROSSNICKLE, A-I-F** |
| | List the contract number of any government contract | | **12655 80TH ROAD** **ERIE, KS 66733** |
| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BONNIE SUE NELSON** |
| | List the contract number of any government contract | | **727 12000 ROAD** **MOUND VALLEY, KS 67354** |
| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BOYD H OR BONNIE W MCCUNE** |
| | List the contract number of any government contract | | **2813 ROSECLIFF TERRACE** **GRAPEVINE, TX 76051** |
| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BOYD L BURNS TRST DTD 8/8/88** **8101 MISSION ROAD** |
| | List the contract number of any government contract | | **APT. 203** **PRAIRIE VILLAGE, KS 66208** |
| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BRAD R & SENTA B MEISTER,** |
| | List the contract number of any government contract | | **21900 10TH ROAD** **PARSONS, KS 67357** |
| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRAD THOMPSON** **906 12TH ST** **VIRGINIA BEACH, WV 23451** |

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **BRANDON D NUNNENKAMP &** |
| | List the contract number of any government contract | | **522 N.E. VIEWPARK DRIVE** **LEE SUMMIT, MO 64086** |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **BRANDON N VOGEL** |
| | List the contract number of any government contract | | **9900 80TH RD** **GALESBURG, KS 66733** |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **BRENDA BRITTON JOBES** |
| | List the contract number of any government contract | | **44 SILOS** **WILLIAMSTOWN, WV 26187** |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **BRENDA CLEMENS** |
| | List the contract number of any government contract | | **26057 KIOWA RD.** **PARSONS, KS 67357** |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **BRENDA FOSTER** |
| | List the contract number of any government contract | | **3580 JENNANN AVE** **PADUCAHA, KY 42001** |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA KAY SWEIGART**<br>**615 S. 13TH**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA L TAYLOR**<br>**8001 TREGO ROAD**<br>**OSWEGO, KS 67356** |
| | List the contract number of any government contract | | |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA RAY & RICHARD RAY, H/W**<br>**7403 MONTICELLO PARKWAY**<br>**COLLEYVILLE, TX 76034** |
| | List the contract number of any government contract | | |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA SUE WHITTINGTON**<br>**117 NORTH 2ND AVE.**<br>**PADEN CITY, WV 26159** |
| | List the contract number of any government contract | | |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENT & BECKY SMITH**<br>**410 5000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENT REVELL**<br>**5485 KIOWA ROAD**<br>**GALESBURG, KS 66704** |
| | List the contract number of any | | |

Debtor 1   __PostRock Energy Services Corporation__
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   __16-11231-SAH__

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN & TERESA LAHEY**<br>**5170 LYON ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN D KNIGHT**<br>**8106 CAIRO ROAD**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN G HAUGHT**<br>**76 GRANADA CICLE**<br>**PARKERSBURG, WV 26104-9784** |
| | List the contract number of any government contract | | |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN G MOORE**<br>**5554 CR 5800**<br>**CHERRYVALE, KS 67325** |
| | List the contract number of any government contract | | |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN HEATH TURNER**<br>**4315 E. 74TH PLACE**<br>**TULSA, OK 74136** |
| | List the contract number of any government contract | | |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRIAN J ANDERSON**<br>**2217 FAIRWAY COURT**<br>**DERBY, KS 67037** |
|---|---|---|---|

Debtor 1 **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)* **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **BRIAN MOORE & DENA MOORE H/W** |
|  | List the contract number of any government contract | | **1013 FORD RD.**<br>**COFFEYVILLE, KS 67337** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **BRIAN TAYLOR** |
|  | List the contract number of any government contract | | **22290 1600 ROAD**<br>**CHANUTE, KS 66720** |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **BRIAN W MORRIS & ALISON E** |
|  | List the contract number of any government contract | | **17017 UDALL ROAD**<br>**RT 1, BOX 43**<br>**ALTOONA, KS 67710** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **BROKEN ARROW ROYALTIES LLC** |
|  | List the contract number of any government contract | | **PO BOX 960**<br>**ARTESIA, NM 88211-0960** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **BRONWEN T FRANCIS TRST** |
|  | List the contract number of any government contract | | **617 N. 2ND STREET**<br>**HUMBOLDT, KS 66748** |

Debtor 1  **PostRock Energy Services Corporation**                      Case number *(if known)*  **16-11231-SAH**
First Name      Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Bruce & Cynthia Dick**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Bruce & Cynthia Dick**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE L & TONYA R THORTON**<br>**24889 600 RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE L & TONYA R THORTON**<br>**24889 600 RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L CRITCHFIELD**<br>**98 TANGLEWOOD DRIVE**<br>**BUCKHANNON, WV 26201** |
| | List the contract number of any government contract | | |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L THORNTON**<br>**24889 600 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**                                 Case number *(if known)*   **16-11231-SAH**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L THORNTON & TONJA R**<br>**24889 600 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE S & CYNTHIA A DICK**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE S & CYNTHIA A DICK**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE S DICK &**<br>**11580 HARPER ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE SCRITCHFIELD**<br>**12490 LEE CREEK RD**<br>**ROCKPORT, WV 26169-8271** |
| | List the contract number of any government contract | | |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRUMMITT LIVING TRUST**<br>**6533 ZARDA DR**<br>**SHAWNEE, KS 66226-3375** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | BRYAN & DEBRA COOVER |
| | List the contract number of any government contract | | 6165 JACKSON ROAD<br>GALESBURG, KS 66740 |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | BRYAN & KIMBERLY SCHULZ TRST |
| | List the contract number of any government contract | | 7630 80TH ROAD<br>THAYER, KS 66776 |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | BRYAN & LORETTA HUCKE |
| | List the contract number of any government contract | | 859 21000 RD<br>PARSONS, KS 67357 |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | BRYAN R DEEM |
| | List the contract number of any government contract | | 7014 BETHEL ROAD<br>GREENBRIER, TN 37073-5743 |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | BURDETTE S ROMIG |
| | List the contract number of any government contract | | 974 ANDERS RD<br>LANSDALE, PA 19446 |

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*    **16-11231-SAH**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.362.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**BURRESS FARMS, INC**
**1151 26000 ROAD**
**PARSONS, KS 67357**

---

**2.363.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**C C RUHL**
**407 N. MAPLE**
**COFFEYVILLE, KS 67337**

---

**2.364.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER, KS 66776**

---

**2.365.** State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

---

**2.366.** State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

---

**2.367.** State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
|  | List the contract number of any government contract | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
|  | List the contract number of any government contract | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
|  | List the contract number of any government contract | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
|  | List the contract number of any government contract | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
|  | List the contract number of any government contract | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C D & CATHY J TRIPLETT H/W, JTROS** |
|---|---|---|---|
|  | | | **7675 120TH RD** |
|  | | | **THAYER** |
|  | | | **KS, US 66776** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.374. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W, JTROS<br>7675 120TH RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.375. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W, JTROS<br>7675 120TH RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.376. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W, JTROS<br>7675 120TH RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.377. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W, JTROS<br>7675 120TH RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W, JTROS<br>7675 120TH RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.379.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

**2.380.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

**2.381.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

**2.382.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

**2.383.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

**2.384.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any

**C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

Debtor 1    PostRock Energy Services Corporation
   First Name   Middle Name   Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C D & Cathy Triplett**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | UNKNOWN | |
| --- | --- | --- | --- |
| | List the contract number of any government contract | | |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | **C D & Cathy Triplett** |
| | List the contract number of any government contract | | **7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | **C D & Cathy Triplett** |
| | List the contract number of any government contract | | **7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | **C D & Cathy Triplett** |
| | List the contract number of any government contract | | **7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **C D TRIPLETT** |
| | List the contract number of any government contract | | **7675 120TH RD**<br>**THAYER, KS 66776** |

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **C DIANE EDDY &** |
| | List the contract number of any government contract | | **183 CLOHAN AVE.**<br>**MARTINSBURG, WV 25404-0737** |

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.396.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C F LAIR**
**BOX 44**
**LENAPAH, OK 74042**

---

**2.397.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C F LAIR OR JANICE K LAIR OR**
**P. O. BOX 44**
**LENAPAH, OK 74042**

---

**2.398.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C G WASS HEIRS TRST**
**P O BOX 29**
**HARRISVILLE, WV 26362**

---

**2.399.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C JOE MOYERS**
**1024 PALM AVE.**
**WILDWOOD, FL 34785**

---

**2.400.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C PHILIP KEITH**
**RT. 1 BOX 114**
**PETROLEUM, WV 26161**

---

**2.401.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**C W & CONSTANCE E TRIPLETT**
**7720 120TH RD**
**THAYER, KS 66776**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | State the term remaining | UNKNOWN | |
| | | List the contract number of any government contract | _____ | |

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.414. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.415. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.416. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.417. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.418. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** |  |
| List the contract number of any government contract | _____ |  |

| 2.425. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.426. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.427. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** <br> **7720 120TH RD** <br> **THAYER** <br> **KS, US 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**

First Name         Middle Name         Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | government contract | | |
|---|---|---|---|---|

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | | |
|---|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|  | List the contract number of any government contract | | | |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | | |
|---|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|  | List the contract number of any government contract | | | |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | | |
|---|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|  | List the contract number of any government contract | | | |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | | |
|---|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|  | List the contract number of any government contract | | | |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | | |
|---|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|  | List the contract number of any government contract | | | |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT** 7720 120TH RD THAYER KS, US 66776 | |
|---|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** **7720 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** **7720 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.455. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT** **7720 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.456. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & Constance Triplett** **7720 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.457. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & Constance Triplett** **7720 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & Constance Triplett** **7720 120TH RD** **THAYER** **KS, US 66776** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**                                  Case number (*if known*)   **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.459. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **C W & MICHELLE D POWELL** |
| | List the contract number of any government contract | _____ | **647 E NOTTINGHAM** **SPRINGFIELD, MO 65810** |

| 2.460. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CABOT OIL & GAS CORPORATION** |
| | List the contract number of any government contract | _____ | **P.O. BOX 4544** **HOUSTON, TX 77210-4544** |

| 2.461. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAL FARLEY'S BOYS RANCH** |
| | List the contract number of any government contract | _____ | **P.O. BOX 1** **AMARILLO, TX 79105-0001** |

| 2.462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CALVIN CARTER** |
| | List the contract number of any government contract | _____ | **1072 RD 26** **SEDAN, KS 67361** |

| 2.463. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CALVIN D & KAREN L PHILLIPS** |
| | List the contract number of any government contract | _____ | **25078 ELK ROAD** **DENNIS, KS 67341** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CALVIN MCCOMAS** |
| | List the contract number of any government contract | | **2951 RT 25, TRLR #6**<br>**HUNTINGTON, WV 25704-9143** |

| 2.465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAMDEN ENERGY CORPORATION** |
| | List the contract number of any government contract | | **P.O. BOX 31196**<br>**EDMOND, OK 73003-7603** |

| 2.466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAMERON & SHIRLEY JANTZ** |
| | List the contract number of any government contract | | **10272 1400 ROAD**<br>**FREDONIA, KS 66736** |

| 2.467. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAMILLA GATRELL** |
| | List the contract number of any government contract | | **2367 MURRAYSVILLE ROAD**<br>**RAVENSWOOD, WV 26164** |

| 2.468. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CANDACE ANN GFELLER** |
| | List the contract number of any government contract | | **2857 230TH**<br>**MARION, KS 66861** |

| 2.469. | State what the contract or lease is for and the nature of the debtor's interest | **Copier rental - WV** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **CANON FINANCIAL SERVICES, INC** |
| | List the contract number of any | | **14904 COLLECTIONS CENTER DR.**<br>**CHICAGO, IL 60693** |

Debtor 1  **PostRock Energy Services Corporation**
_____          Case number *(if known)*  **16-11231-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **Copier rental - WV** | |
| | State the term remaining | **Ended** | **CANON FINANCIAL SERVICES, INC** |
| | List the contract number of any government contract | | **14904 COLLECTIONS CENTER DR.** **CHICAGO, IL 60693** |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CARA SUE SOMMERVILLE AGENT** |
| | List the contract number of any government contract | | **79 SMITH AVE.** **BUCKHANNON, WV 26201** |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CARL & ELIZABETH HOGAN REV** |
| | List the contract number of any government contract | | **3756 COUNTY ROAD 6030** **NEODESHA, KS 66757** |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CARL A & MARTHA J SHUFELDT, JT** |
| | List the contract number of any government contract | | **RT 1 BOX 343** **SOUTH COFFEYVILLE, OK 74072** |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CARL D REAVES** |
| | List the contract number of any government contract | | **21538 2000 RD** **CHANUTE, KS 66720** |

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CARL D REAVES** **21538 2000 RD** **CHANUTE** **KS, US 66720** |

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining　**UNKNOWN**

List the contract number of any government contract

---

2.476.　State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**CARL D REAVES**
**21538 2000 RD**
**CHANUTE**
**KS, US 66720**

---

2.477.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**CARL F & SHERYL A JOHNSON J.T.**
**621 N CENTRAL AVE**
**PARSONS, KS 67357**

---

2.478.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**CARL J & DORIS W STUDEBAKER**
**9585 JEWELL RD**
**FREDONIA, KS 66736-7600**

---

2.479.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**CARL JORDAN**
**5260 TIMUCUA CIRCLE**
**ST. AUGUSTINE, FL 32086-5622**

---

2.480.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**CARL LEROY & JUDY JONES**
**#2 BRENTWOOD DRIVE**
**STILLWATER, OK 74075**

---

Debtor 1 __PostRock Energy Services Corporation__                     Case number *(if known)*  __16-11231-SAH__
     First Name       Middle Name       Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.481. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARL P BRUNGARDT**<br>**12950 70TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.482. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARL P BRUNGARDT &**<br>**12950 70TH RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.483. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARL W & CONNIE DENISE HENRY**<br>**RT. 1, BOX 165**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.484. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARLA A MCKINNEY & DOUGLAS**<br>**1311 EAST 25TH AVENUE**<br>**HUTCHINSON, KS 67502** |
| | List the contract number of any government contract | | |

| 2.485. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARLA MCKINNEY**<br>**1311 EAST 25TH AVENUE**<br>**HUTCHINSON, KS 67502** |
| | List the contract number of any government contract | | |

| 2.486. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARLTON E. KASPER**<br>**5915 PALM SPRINGS COURT**<br>**ELK GROVE, CA 95758** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    PostRock Energy Services Corporation
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | government contract |  |  |
| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **CARMELLA W HINES** |
|  | List the contract number of any government contract |  | **26 SIGNAL HILL ROAD** **CHERRY HILL, NJ 80030** |
| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **CAROL A & LEWIS S REGIS** |
|  | List the contract number of any government contract |  | **13030 PRATT RD** **ALTAMONT, KS 67330** |
| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **CAROL A & LEWIS S REGIS** **13030 PRATT RD** |
|  | List the contract number of any government contract |  | **ALTAMONT** **KS, US 67330** |
| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **CAROL A & LEWIS S REGIS** **13030 PRATT RD** |
|  | List the contract number of any government contract |  | **ALTAMONT** **KS, US 67330** |
| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **CAROL ARNOLD SIMMONS** **5922 GILLESPIE RUN RD** |
|  | List the contract number of any government contract |  | **HARRISVILLE, WV 26362-7572** |
| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CAROL BRADFORD LIV TRST** **14007 THOMAS RD** **CHANUTE, KS 66720-5528** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.493. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | _____ | |

| 2.494. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | _____ | |

| 2.495. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | _____ | |

| 2.496. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | _____ | |

| 2.497. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | _____ | |

Debtor 1   __PostRock Energy Services Corporation__                    Case number *(if known)*   __16-11231-SAH__
     First Name         Middle Name         Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.498. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.499. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.500. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.501. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.502. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.503. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**
      First Name          Middle Name         Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.504. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL F MANGELS 4300 SOUTH TAMARACK AVE BROKEN ARROW, OK 74011-1344** |
| | List the contract number of any government contract | | |

| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL HARRIS 2906 S.W. 57TH OKLAHOMA CITY, OK 73119** |
| | List the contract number of any government contract | | |

| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CAROL J MADRON REV TRST 198 B 5000 ROAD COFFEYVILLE, KS 67337** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **CAROL OTT** |
| | List the contract number of any government contract | | **106 MELROSE AVE.** **DELRAN, NJ '08075** |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **CAROL ROBINSON** |
| | List the contract number of any government contract | | **P.O. BOX 43** **MILTON, WV 25541** |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **CAROL SUE ANDREWS** |
| | List the contract number of any government contract | | **1317 86TH AVE N., APT 240** **MINNEAPOLIS, MN 55444** |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **CAROL WALTERS** |
| | List the contract number of any government contract | | **1005 SMITH ROAD** **FREMONT, OH 43420-8860** |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **CAROL WEISBERGER** |
| | List the contract number of any government contract | | **6601 COUNTRY CLUB DRIVE** **HUNTINGTON, WV 25705** |

Debtor 1  **PostRock Energy Services Corporation**                                     Case number *(if known)*  **16-11231-SAH**
          First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN BURTON**<br>**RR2 BOX 109A**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN C LAMB & MARLENE A**<br>**8775 QUEEN ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN HEINEY**<br>**263 MATHEWS ROAD**<br>**GRANTSVILLE, WV 26147** |
| | List the contract number of any government contract | | |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN HURST & ROBERT A**<br>**12900 170TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN K STARR**<br>**600 TANEYTOWN PIKE**<br>**WESTMINSTER, MD 21158** |
| | List the contract number of any government contract | | |

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN KAY CRANOR**<br>**25919 BRICK HILL DRIVE**<br>**SPRING, TX 77389** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN R PARKS FULPER** |
|  | List the contract number of any government contract | | **HC 68 BOX 24**<br>**SMITHVILLE, WV 26178** |

| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN ROGERS** |
|  | List the contract number of any government contract | | **72 COUNTRY ROAD 2305**<br>**BARNSDALE, OK 74002** |

| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT** |
|  | List the contract number of any government contract | | **961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT** |
|  | List the contract number of any government contract | | **961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT** |
|  | List the contract number of any government contract | | **961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CAROLYN S & DWIGHT W MYNATT** |
|---|---|---|---|
|  | | | **961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |

Debtor 1  **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any government contract

---

2.527.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CAROLYN S & RANDALL W ROGERS
ROUTE 1, BOX 881
BARNSDALL, OK 74002**

---

2.528.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CAROLYN S MYNATT
961 2800TH STREET
LAHARPE, KS 66751**

---

2.529.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CAROLYN SHEETS
RT 2, BOX 73B
PENNSBORO, WV 26145**

---

2.530.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CAROLYN SUE CREMEANS
1256 GEORGIA AVE.
MILTON, WV 25541**

---

2.531.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARRIE J SCARBRO
109 STONE STREET
MT HOPE, WV 25880**

---

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROL & LAVON CUMMINGS**<br>**1501 S. WASHINGTON AVE.**<br>**CHANUTE, KS 66720-2812** |
| | List the contract number of any government contract | | |

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROLL ENERGY, LLC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK, OK 74006** |
| | List the contract number of any government contract | | |

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROLL ENERGY, LLC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK, OK 74006** |
| | List the contract number of any government contract | | |

| 2.535. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CARROLL ENERGY, LLC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK**<br>**OK, US 74006** |
| | List the contract number of any government contract | | |

| 2.536. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARY & JENNIFER BRADY, JTWROS**<br>**17700 DOUGLAS ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.537. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARY FAMILY LLC**<br>**1716 EAST 138TH PLACE SOUTH**<br>**BIXBY, OK 74008** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
     First Name             Middle Name           Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CASCADE ACQUISITION**<br>**PO BOX 7849**<br>**DALLAS, TX 75209** |
| | List the contract number of any government contract | | |

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE AMOS**<br>**1240 CEDARDELL CR**<br>**BIRMINGHAM, AL 35216** |
| | List the contract number of any government contract | | |

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE C REECE**<br>**3917 GLADSTONE DR.**<br>**CORPUS CHRISTI, TX 78414** |
| | List the contract number of any government contract | | |

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE F & JACK L SULLIVAN**<br>**3686 LONGHORN DR.**<br>**HAMILTON, OH 45013** |
| | List the contract number of any government contract | | |

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE L YOUNTZ**<br>**692 COUNTY ROAD 2280**<br>**BARNSDALL, OK 74002** |
| | List the contract number of any government contract | | |

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CATHERINE SUE WEESE**<br>**405 GOFFS RD**<br>**HARRISVILLE, WV 26362** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
              First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract |  |  |

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | CATHY MARSHALL |
|  | List the contract number of any government contract |  | 581 MCCLURE WOOSTER, OH 44691 |

| 2.545. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | CATHY SUE & PATRICK C HEIT, |
|  | List the contract number of any government contract |  | 6530 10TH ROAD DENNIS, KS 67341 |

| 2.546. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | CATHY SUE & PATRICK C HEIT, JTROS |
|  | List the contract number of any government contract |  | 6530 10TH ROAD DENNIS KS, US 67341 |

| 2.547. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | CATHY SUE & PATRICK C HEIT, JTROS |
|  | List the contract number of any government contract |  | 6530 10TH ROAD DENNIS KS, US 67341 |

| 2.548. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | CAVU RESOURCES INC |
|  | List the contract number of any government contract |  | 5147 SOUTH HARVARD AVE SUITE 138 TULSA, OK 74135 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page  97 of 732

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.549.** State what the contract or lease is for and the nature of the debtor's interest — **License and software support Fees-Microsoft**

State the term remaining — **1 months**

List the contract number of any government contract

**CDW DIRECT, LLC**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

---

**2.550.** State what the contract or lease is for and the nature of the debtor's interest — **Microsoft data center support**

State the term remaining — **5 months**

List the contract number of any government contract

**CDW DIRECT, LLC**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

---

**2.551.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CECELIA STODOLA, BRENDA L**
**% BRENDA SHIRLEY**
**PO BOX 1306**
**WARNER, OK 74469-1306**

---

**2.552.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CECIL R OVERALL & PEARL J**
**25052 HARPER RD**
**PARSONS, KS 67357**

---

**2.553.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CECIL RAY KIRBY & MARILYN**
**11990 HIGHWAY 47**
**ERIE, KS 66773**

---

**2.554.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**CECILIA A MITCHELL**
**PO BOX 753**
**CHANUTE, KS 66720**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.555. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECILIA A MITCHELL, TTEE**<br>**P.O. BOX 753**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.556. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECILIA M BAUGHER REV TRST**<br>**20100 KIOWA RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.557. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECILLE R NUNNENKAMP**<br>**13906 US 75 HIGHWAY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CEDAR CREEK LLC**<br>**11984 S PROVENCE STREET**<br>**UNIT 2003**<br>**OLATHE, KS 66061** |
| | List the contract number of any government contract | | |

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CELESTE GARNETT**<br>**PO BOX 703**<br>**ROUGH AND READY, CA 95975-0703** |
| | List the contract number of any government contract | | |

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CENTRAL PLAINS FARMING, LLC**<br>**PO BOX 128**<br>**ST. PAUL, KS 66771** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| **2.561.** | State what the contract or lease is for and the nature of the debtor's interest | **KS Printer located at Johnson Road: 1 Copier/Printer** |  |
|---|---|---|---|
|  | State the term remaining | **8  months** | **CENTURY BUSINESS TECHNOLOGIES, INC.** |
|  | List the contract number of any government contract |  | **P.O. BOX 2459**<br>**TOPEKA, KS 66601** |

| **2.562.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CEP MID-CONTINENT, LLC** |
|  | List the contract number of any government contract |  | **1000 MAIN STREET**<br>**SUITE 3000**<br>**HOUSTON, TX 77002** |

| **2.563.** | State what the contract or lease is for and the nature of the debtor's interest | **Crossfire Subscription & Professional Services** |  |
|---|---|---|---|
|  | State the term remaining | **2  months** | **CERTENT, INC** |
|  | List the contract number of any government contract |  | **4683 CHABOT DR. # 260**<br>**PLEASANTON, CA 94588** |

| **2.564.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHAD L & JEANA D ANDERES** |
|  | List the contract number of any government contract |  | **1035 200TH ROAD**<br>**CHANUTE, KS 66720** |

| **2.565.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHAD MCDOWELL & ANGELA** |
|  | List the contract number of any government contract |  | **P.O. BOX 967**<br>**MUSTANG, OK 73064** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.566. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHAD W JOHNSON** |
| | List the contract number of any government contract | | **109 PLATINUM DR., STE I**<br>**BRIDGEPORT, WV 26330** |

| 2.567. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLENE DAVIS** |
| | List the contract number of any government contract | | **520 WOODELL DRIVE**<br>**SAFETY HARBOR, FL 34695** |

| 2.568. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES & BARBARA S WHEELER,** |
| | List the contract number of any government contract | | **6165 IRVING RD**<br>**GALESBURG, KS 66740** |

| 2.569. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES &/OR JOYCE WRIGHT** |
| | List the contract number of any government contract | | **36 MULBRIGHT DR**<br>**WILLIAMSTOWN, WV 26187** |

| 2.570. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES A & GOLDA M CRAMER** |
| | List the contract number of any government contract | | **874 15000 ROAD**<br>**MOUND VALLEY, KS 67354** |

| 2.571. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES B. PARKS** |
| | List the contract number of any | | **5765 S.W. 87 AVE.**<br>**COOPER CITY, FL 33328** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CHARLES BLAISE PIRRONE** |
| | List the contract number of any government contract | | **4034 SEIGMON AVE.**<br>**COLUMBUS, OH 43213** |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CHARLES D BROWN** |
| | List the contract number of any government contract | | **RT 1 BOX 360**<br>**S. COFFEYVILLE, OK 74072** |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Charles D. Brown** |
| | List the contract number of any government contract | | **RT 1 BOX 360**<br>**S. COFFEYVILLE**<br>**OK, US 74072** |

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CHARLES DEWEESE LVG TRST** |
| | List the contract number of any government contract | | **624 S. SYCAMORE**<br>**IOLA, KS 66749** |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CHARLES DUANE BROWN &** |
| | List the contract number of any government contract | | **569 VALEDA ROAD**<br>**COFFEYVILLE, KS 67337** |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLES E & CAROL LUNDY**<br>**519 EDGEWOOD COURT**<br>**NOWATA, OK 74048** |

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES E CONLEY**<br>**115 WOODRIDGE DR**<br>**ELYRIA, OH 44035** |
| | List the contract number of any government contract | | |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES EDWARD STEINBACHER**<br>**14745 20TH RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.580. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES H HAYES- DECEASED**<br>**127 2000TH ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.581. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES H MURPHY & ROSSINDA J**<br>**8492 US 75 HWY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.582. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES H VARNER & DOROTHY M**<br>**16754 2000 RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.583. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES KLINTWORTH** |
| | List the contract number of any government contract | | **578 CATON STREET** **SEYMOUR, TN 37865** |

| 2.584. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES M CANTRELL** |
| | List the contract number of any government contract | | **909 ELK ROAD** **COFFEYVILLE, KS 67337** |

| 2.585. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES MIDDLETON** |
| | List the contract number of any government contract | | **2814 MORGAN** **PARSONS, KS 67357** |

| 2.586. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES MIDDLETON** |
| | List the contract number of any government contract | | **2814 MORGAN** **PARSONS** **KS, US 67357** |

| 2.587. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES N THUMMEL** |
| | List the contract number of any government contract | | **12030 ELK RD** **THAYER** **KS, US 66776** |

| 2.588. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES N THUMMEL** |
| | List the contract number of any | | **12030 ELK RD** **THAYER** **KS, US 66776** |

Debtor 1 **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES P & CAROL D MEIWES H/W**<br>**9025 FORD ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.590. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.591. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | | |

| 2.592. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | | |

| 2.593. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES R BUSSINGER &**<br>**25031 GRAY ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.594. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLES R FAIL &**<br>**1531 VIA SAN CAYETANO**<br>**RIO RICO, AZ 85648** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
         First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.595. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CHARLES R GREENWOOD & SHIRLEY** |
|  | List the contract number of any government contract |  | **25034 A IRVING RD** **PARSONS, KS 67357** |

| 2.596. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CHARLES R POWELL** |
|  | List the contract number of any government contract |  | **720 VIRGINIA LANE** **ARDMORE, OK 73401-3012** |

| 2.597. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Charles R. & Katherine M. Bussinger** |
|  | List the contract number of any government contract |  | **25031 GRAY ROAD** **DENNIS** **KS, US 67341** |

| 2.598. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Charles R. & Katherine M. Bussinger** |
|  | List the contract number of any government contract |  | **25031 GRAY ROAD** **DENNIS** **KS, US 67341** |

| 2.599. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CHARLES S EVANS-LOMBE** |
|  | List the contract number of any government contract |  | **P O BOX 814** **COFFEYVILLE, KS 67337** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.600. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES T REAVES & SHARON L** |
| | List the contract number of any government contract | | **20814 1900 ROAD**<br>**CHANUTE, KS 66720** |

| 2.601. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.602. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.603. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.604. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.605. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any | | **20814 1900 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
    First Name        Middle Name       Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| **2.606.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CHARLES W GOFF III**<br>**20311 800 ROAD**<br>**ALTOONA, KS 66710** |
| **2.607.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CHARLES W HENDRICKSON &/OR**<br>**150 CONCORD STREET**<br>**HARRISVILLE, WV 26362** |
| **2.608.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CHARLES W MOATS**<br>**15021 BELLEPOINT RD**<br>**OSTRANDER, OH 43061** |
| **2.609.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CHARLETTE SEARS**<br>**1609 NW 36TH ST**<br>**LAWTON, OK 73505** |
| **2.610.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CHARLEY DEWEESE LIV TR**<br>**624 S SYCAMORE**<br>**IOLA, KS 66749** |
| **2.611.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLOTTE ERBE**<br>**6570 ANDERSON ROAD**<br>**THAYER, KS 66776** |

Debtor 1  **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining　　**Unknown**

List the contract number of any
　　government contract

---

2.612.　State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any
　　government contract

**CHARLOTTE ERBE
6570 ANDERSON ROAD
THAYER
KS, US 66776**

---

2.613.　State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any
　　government contract

**CHARLOTTE ERBE
6570 ANDERSON ROAD
THAYER
KS, US 66776**

---

2.614.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract

**CHARLOTTE M STEPHENS
622 SOUTH RUFFNER DR.
CHARLESTON, WV 25311**

---

2.615.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract

**CHARLOTTE MAXON
29125 NORTH 2960 ROAD
CASHION, OK 73016**

---

2.616.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract

**CHARLOTTE P SELLERS
504 MONTICELLO LANE
BLACKSBURG, VA 24060**

---

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.617. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHASE FAMILY LLC**<br>**567 PAULINE AVENUE**<br>**AKRON, OH 44312-3409** |
| | List the contract number of any government contract | | |

| 2.618. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHASE OIL CORPORATION**<br>**P.O. BOX 1767**<br>**ARTESIA, NM 88211** |
| | List the contract number of any government contract | | |

| 2.619. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHEROKEE LEGACY MINERALS, LTD**<br>**P.O. BOX 3217**<br>**ALBANY, TX 76430** |
| | List the contract number of any government contract | | |

| 2.620. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHERYL LEWEKE**<br>**314 EXNER**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.621. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHERYL STORRS**<br>**2332 PERCUSSION CT**<br>**EL CAJON, CA 92019** |
| | List the contract number of any government contract | | |

| 2.622. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHERYL STROHM WINDSOR**<br>**2905 CHESTNUT DRIVE**<br>**WALDORF, MD 20603** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHERYLENE BERRYHILL** |
| | List the contract number of any government contract | | **21100 RAWHIDE TRAIL** <br> **LAGO VISTA, TX 78645** |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESAPEAKE APPALACHIA LLC** |
| | List the contract number of any government contract | | **P.O. BOX 18496** <br> **OKLAHOMA CITY, OK 73154** |

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER & DANA HOBBS** |
| | List the contract number of any government contract | | **13052 2100 ROAD** <br> **BUFFALO, KS 66717** |

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER C NELSON** |
| | List the contract number of any government contract | | **P.O. BOX 393** <br> **KEVIL, KY 42053** |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER LEROY MARKHAM** |
| | List the contract number of any government contract | | **15001 1700 RD** <br> **BENEDICT, KS 66714** |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CHESTER LEROY MARKHAM** <br> **15001 1700 RD** <br> **BENEDICT** <br> **KS, US 66714** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**                              Case number *(if known)*  **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN** | |
| List the contract number of any government contract | |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHETOPA 14, LLC**<br>**10920 GRAY ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHEYNEY LAND, LLC**<br>**8655 170 ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.631. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHILDERS-BROWN, LLC**<br>**2389 IRONWOOD ROAD**<br>**FT. SCOTT, KS 66701** |
| | List the contract number of any government contract | | |

| 2.632. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRIS LANCASTER**<br>**405 CUMBERLAND DRIVE**<br>**BARTLESVILLE, OK 74003** |
| | List the contract number of any government contract | | |

| 2.633. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRIS TROXELL & GWEN TROXELL**<br>**20700 HARPER ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation** _____   Case number *(if known)*   **16-11231-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.634. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISSCOTT, LP** |
| | List the contract number of any government contract | _____ | **5623 N WESTERN, SUITE B** **OKLAHOMA CITY, OK 73118** |

| 2.635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | _____ | **222 GREENWOOD STREET** **THAYER, KS 66776** |

| 2.636. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | _____ | **222 GREENWOOD STREET** **THAYER** **KS, US 66776** |

| 2.637. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | _____ | **222 GREENWOOD STREET** **THAYER** **KS, US 66776** |

| 2.638. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTINE M ERBE REV TR** |
| | List the contract number of any government contract | _____ | **BOX 82** **THAYER, KS 66776** |

| 2.639. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER** |
| | List the contract number of any | | **BOX 82** **THAYER** **KS, US 66776** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.645. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | CHRISTINE YOUNG &/OR CATHERINE 222 GREENWOOD STREET THAYER, KS 66776 |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.646. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CHRISTOPHER HAYMOND AS TTEE |
| | List the contract number of any government contract | | P.O. BOX 426 PENNSBORO, WV 26415 |

| 2.647. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CHRISTOPHER J LUBBERS & ELLA J |
| | List the contract number of any government contract | | 14925 20TH ROAD PARSONS, KS 67357 |

| 2.648. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CHRISTOPHER M MEANS |
| | List the contract number of any government contract | | PO BOX 215 LENAPAH, OK 74042 |

| 2.649. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CHRISTOPHER M STOCKEBRAND & |
| | List the contract number of any government contract | | 1964 110TH RD YATES CENTER, KS 66783 |

| 2.650. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CHRISTOPHER RYAN AYERS |
| | List the contract number of any government contract | | PO BOX 117 PONSFORD, MN 56575 |

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.651. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTOPHER T & DEBORAH S** |
| | List the contract number of any government contract | | **17300 NESS ROAD** **ERIE, KS 66733** |

| 2.652. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO** |
| | List the contract number of any government contract | | **4050 LOGGING TRAIL LN.** **KEWADIN, MI 49648** |

| 2.653. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO** |
| | List the contract number of any government contract | | **4050 LOGGING TRAIL LN.** **KEWADIN, MI 49648** |

| 2.654. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO** |
| | List the contract number of any government contract | | **4050 LOGGING TRAIL LN.** **KEWADIN, MI 49648** |

| 2.655. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO** |
| | List the contract number of any government contract | | **4050 LOGGING TRAIL LN.** **KEWADIN, MI 49648** |

| 2.656. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY KONDA** |
| | List the contract number of any | | **1704 AVE. C** **DODGE CITY, KS 67801** |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CINDY M FAGER FINDLEY**<br>**4050 LOGGING TRAIL LANE**<br>**KEWADIN, MI 49648** |
| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | **Uniforms and Safety Supplies - KS Chanute, & Lenapah** |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | **CINTAS CORPORATION**<br>**P.O. BOX 88005**<br>**CHICAGO, IL 60680-1005** |
| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CLAIRE ANN CHRISP**<br>**17640 BECK ST.**<br>**LAKE MILTON, OH 44429** |
| 2.660. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CLAIRE ROBINSON**<br>**41 ESCARGOT CROSSING**<br>**HARRISVILLE, WV 26362** |
| 2.661. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **CLARA E CORBETT**<br>**1712 W. MAIN**<br>**CHANUTE, KS 66720** |
| 2.662. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | | **CLARA ROSE**<br>**121 HATTIE BRANCH RD**<br>**SERVIREVILLE, TN 37876** |

Debtor 1   **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.663. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CLAREMONT & RUBY TENNANT** |
|  | List the contract number of any government contract | _____ | **11122 WADESILLE** **ROCKPORT, WV 26169-9801** |

| 2.664. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CLARENCE E & JO A MCDANIEL,** |
|  | List the contract number of any government contract | _____ | **12411 E 14TH PLACE** **TULSA, OK 74128** |

| 2.665. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CLARENCE E & SHELLY A PEARCE** |
|  | List the contract number of any government contract | _____ | **828 26000 ROAD** **PARSONS, KS 67357** |

| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CLARENCE E &JO A MCDANIEL, J/T** |
|  | List the contract number of any government contract | _____ | **12411 E 14TH PLACE** **TULSA, OK 74128** |

| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **CLARENCE L HILL & PATRICIA L** |
|  | List the contract number of any government contract | _____ | **ROUTE 1, BOX 359** **S COFFEYVILLE, OK 74072** |

Debtor 1    **PostRock Energy Services Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.668.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLARISSA HAMMER
701 W FOX ST, APT 25
TAHLEQUAH, OK 74464

**2.669.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLARK ENERGY, LLC
1198 ROAD 31
HAVANA, KS 67347

**2.670.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLARK R & SHARON L CLEAVER
17400 130TH ROAD
ERIE, KS 66733

**2.671.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLAUDE S RHEA
1429 GREENBRIER DR
MT VERNON, OH 43050

**2.672.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLAYTON & NICKIE WHEELER
6339 US 75 HWY
NEODESHA, KS 66757

**2.673.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

CLAYTON D WARD & LAURIE I
6335 160TH ROAD
CHANUTE, KS 66720

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.674. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CLAYTON J MCCLURE & SHIRLEY A**<br>**59511 E. 240 RD.**<br>**GROVE, OK 74344** |
| | List the contract number of any government contract | | |

---

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CLEAR FORK ROYALTY II, LP**<br>**309 W. 7TH ST., STE. 500**<br>**FORT WORTH, TX 76102** |
| | List the contract number of any government contract | | |

---

| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CLEATON E & ALECE N**<br>**2526 ALABAMA ROAD**<br>**SAVONBURG, KS 66772** |
| | List the contract number of any government contract | | |

---

| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CLEATOUS C & LORENE RICHARDSON**<br>**P.O. BOX 811**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

---

| 2.678. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CLEMENT D EIKENBERRY**<br>**5078 GRAY ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

---

| 2.679. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **CLEONICE C HENDRICKS**<br>**125 HWY 26 W**<br>**OGALLALA, NE 69153** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
    First Name       Middle Name       Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Unknown** | |
| List the contract number of any government contract | |

---

| 2.680. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFFORD E JOHNSON**<br>**1713 E 123RD STREET**<br>**LOS ANGELES, CA 90059** |
| | List the contract number of any government contract | | |

---

| 2.681. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFFORD HAYES GORDON**<br>**2119 EAST 45TH STREET**<br>**DAVENPORT, IA 52807** |
| | List the contract number of any government contract | | |

---

| 2.682. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFTON VALENTINE**<br>**3524 IMPERIAL LA.**<br>**LAKELAND, FL 33813** |
| | List the contract number of any government contract | | |

---

| 2.683. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLINT W DILLOW**<br>**200 WEST STREET**<br>**CASSVILLE, MO 65265** |
| | List the contract number of any government contract | | |

---

| 2.684. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CLINTON T HUDSON & MELVA  HUDSON TTEES**<br>**17840 150TH RD**<br>**ERIE**<br>**KS, US 66733-4202** |
| | List the contract number of any government contract | | |

---

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.685.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLIPE, LLC
P.O. BOX 815
QUOGUE, NY 11959

**2.686.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLYDE & NAOMI BARNHART JTWROS
PO BOX 105
ALTOONA, KS 66710

**2.687.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLYDE P KEITH, II
1003 ORMA DR
PETROLEUM, WV 26161-6413

**2.688.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

COASTAL FOREST RESOURCES COMPA
P.O. BOX 709
BUCKHANNON, WV 26201

**2.689.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

COBANK, FCB
245 N. WACO, P.O. BOX 2940
WICHITA, KS 67201

**2.690.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

COBRA PETROLEUM COMPANY, LP
P. O. BOX 136355
FORT WORTH, TX 76136

Debtor 1  **PostRock Energy Services Corporation**                          Case number (*if known*)  **16-11231-SAH**
        First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.691. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **CODY W & BELINDA A GARTEN, H/W** |
| | List the contract number of any government contract | | **10740 LYON ROAD** **ERIE, KS 66733** |

| 2.692. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COLLEEN SALISBURY** |
| | List the contract number of any government contract | | **317 WHISKEY CREEK CT** **OCOEE, FL 34761** |

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COLT NATURAL GAS, LLC** |
| | List the contract number of any government contract | | **PO BOX 388** **IOLA, KS 66749** |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COMMERCIAL BANK** |
| | List the contract number of any government contract | | **1821 MAIN STREET** **PARSONS, KS 67357** |

| 2.695. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COMMERCIAL BANK (PO Box)** |
| | List the contract number of any government contract | | **P.O. BOX 648** **PARSONS, KS 67357** |

| 2.696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **COMMERCIAL BANK F/A/O** **P.O. BOX 648** **PARSON, KS 67357** |

Debtor 1    **PostRock Energy Services Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | |

| 2.697. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COMMERCIAL BANK F/A/O MICHAEL**<br>**1901 MAIN STREET**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.698. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **COMMERCIAL BANK F/A/O MICHAEL L SMITH**<br>**P.O. BOX 648**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.699. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **COMMERCIAL BANK F/A/O MICHAEL L SMITH**<br>**P.O. BOX 648**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.700. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **COMMISSIONERS OF LAND OFFICE**<br>**P.O. BOX 248896**<br>**OKLAHOMA CITY, OK 73124-8896** |
| | List the contract number of any government contract | | |

| 2.701. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841807**<br>**DALLAS, TX 75284-1807** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.702. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841808**<br>**DALLAS, TX 75284-1808** |
| | List the contract number of any government contract | _____ | |

| 2.703. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841809**<br>**DALLAS, TX 75284-1809** |
| | List the contract number of any government contract | _____ | |

| 2.704. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841810**<br>**DALLAS, TX 75284-1810** |
| | List the contract number of any government contract | _____ | |

| 2.705. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841811**<br>**DALLAS, TX 75284-1811** |
| | List the contract number of any government contract | _____ | |

| 2.706. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841812**<br>**DALLAS, TX 75284-1812** |
| | List the contract number of any government contract | _____ | |

| 2.707. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841813**<br>**DALLAS, TX 75284-1813** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.708. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841814 DALLAS, TX 75284-1814** |
| | List the contract number of any government contract | | |

| 2.709. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841815 DALLAS, TX 75284-1815** |
| | List the contract number of any government contract | | |

| 2.710. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841816 DALLAS, TX 75284-1816** |
| | List the contract number of any government contract | | |

| 2.711. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841817 DALLAS, TX 75284-1817** |
| | List the contract number of any government contract | | |

| 2.712. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841818 DALLAS, TX 75284-1818** |
| | List the contract number of any government contract | | |

| 2.713. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841819 DALLAS, TX 75284-1819** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Month to Month | |
| List the contract number of any government contract | | |

| 2.714. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841820 DALLAS, TX 75284-1820 |
| | List the contract number of any government contract | | |

| 2.715. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841821 DALLAS, TX 75284-1821 |
| | List the contract number of any government contract | | |

| 2.716. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841822 DALLAS, TX 75284-1822 |
| | List the contract number of any government contract | | |

| 2.717. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841823 DALLAS, TX 75284-1823 |
| | List the contract number of any government contract | | |

| 2.718. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841824 DALLAS, TX 75284-1824 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.719. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841825 DALLAS, TX 75284-1825** |
| | List the contract number of any government contract | | |

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841826 DALLAS, TX 75284-1826** |
| | List the contract number of any government contract | | |

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841827 DALLAS, TX 75284-1827** |
| | List the contract number of any government contract | | |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841828 DALLAS, TX 75284-1828** |
| | List the contract number of any government contract | | |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841829 DALLAS, TX 75284-1829** |
| | List the contract number of any government contract | | |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841830 DALLAS, TX 75284-1830** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
           First Name        Middle Name        Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841831 DALLAS, TX 75284-1831 |
| | List the contract number of any government contract | | |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841832 DALLAS, TX 75284-1832 |
| | List the contract number of any government contract | | |

| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841833 DALLAS, TX 75284-1833 |
| | List the contract number of any government contract | | |

| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841834 DALLAS, TX 75284-1834 |
| | List the contract number of any government contract | | |

| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841835 DALLAS, TX 75284-1835 |
| | List the contract number of any government contract | | |

| 2.730. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841836 DALLAS, TX 75284-1836 |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Month to Month** |  |
| List the contract number of any government contract | _____ |  |

| 2.731. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **8 days** |
|  | List the contract number of any government contract | _____ |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841837**
**DALLAS, TX 75284-1837**

| 2.732. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | _____ |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841838**
**DALLAS, TX 75284-1838**

| 2.733. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | _____ |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841839**
**DALLAS, TX 75284-1839**

| 2.734. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | _____ |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841840**
**DALLAS, TX 75284-1840**

| 2.735. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **8 days** |
|  | List the contract number of any government contract | _____ |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841841**
**DALLAS, TX 75284-1841**

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.736.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **8 days**

List the contract number of any government contract

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841842**
**DALLAS, TX 75284-1842**

---

**2.737.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **Month to Month**

List the contract number of any government contract

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841843**
**DALLAS, TX 75284-1843**

---

**2.738.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **Month to Month**

List the contract number of any government contract

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841844**
**DALLAS, TX 75284-1844**

---

**2.739.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **Month to Month**

List the contract number of any government contract

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841845**
**DALLAS, TX 75284-1845**

---

**2.740.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **Month to Month**

List the contract number of any government contract

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841846**
**DALLAS, TX 75284-1846**

---

**2.741.**   State what the contract or lease is for and the nature of the debtor's interest — **Gas Compression Contracts**

State the term remaining — **Month to Month**

List the contract number of any

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841847**
**DALLAS, TX 75284-1847**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
          First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.742. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841848 DALLAS, TX 75284-1848** |
| | List the contract number of any government contract | | |

| 2.743. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841849 DALLAS, TX 75284-1849** |
| | List the contract number of any government contract | | |

| 2.744. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841850 DALLAS, TX 75284-1850** |
| | List the contract number of any government contract | | |

| 2.745. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841851 DALLAS, TX 75284-1851** |
| | List the contract number of any government contract | | |

| 2.746. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **11.1 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841852 DALLAS, TX 75284-1852** |
| | List the contract number of any government contract | | |

| 2.747. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841853 DALLAS, TX 75284-1853** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name                Middle Name                Last Name

Case number *(if known)*    **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **11.1 Months** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.748. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **11.1 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841854 DALLAS, TX 75284-1854** |
| | List the contract number of any government contract | | |

| 2.749. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841855 DALLAS, TX 75284-1855** |
| | List the contract number of any government contract | | |

| 2.750. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841856 DALLAS, TX 75284-1856** |
| | List the contract number of any government contract | | |

| 2.751. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841857 DALLAS, TX 75284-1857** |
| | List the contract number of any government contract | | |

| 2.752. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841858 DALLAS, TX 75284-1858** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841859 DALLAS, TX 75284-1859** |
| | List the contract number of any government contract | | |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841860 DALLAS, TX 75284-1860** |
| | List the contract number of any government contract | | |

| 2.755. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841861 DALLAS, TX 75284-1861** |
| | List the contract number of any government contract | | |

| 2.756. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE JO LOCKWOOD P.O. BOX 2563 CODY, WY 82414-4256** |
| | List the contract number of any government contract | | |

| 2.757. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE K NEHRBASS 621 4000 ROAD COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.758. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE S MCKINNEY ADAMS 608 N. LEAWOOD PARSONS, KS 67357** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.759. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONQUEST ENERGY, INC** |
| | List the contract number of any government contract | | **PO BOX 3950** **BARTLESVILLE, OK 74006** |

| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONQUEST ENERGY, INC** |
| | List the contract number of any government contract | | **PO BOX 3950** **BARTLESVILLE, OK 74006** |

| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONSTANCE J DODGE** |
| | List the contract number of any government contract | | **1800 WASHINGTON AVENUE** **GOLDEN, CO 80401** |

| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONSTANCE J DODGE** |
| | List the contract number of any government contract | | **1800 WASHINGTON AVENUE** **GOLDEN, CO 80401** |

| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONSTANCE VAN HARN** |
| | List the contract number of any government contract | | **6602 E 114TH ST S** **BIXBY, OK 74008** |

| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CONSUELO ANN LANHAM MORENO** **3370 VIRGINIA STREET** **LYNWOOD, CA 90262** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CONSUL PROPERTIES, LLC<br>2800 W COUNTRY CLUB DR<br>OKLAHOMA CITY, OK 73116 |
| | List the contract number of any government contract | | |

| 2.766. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | COOK ENTERPRISES, LP<br>12908 WESTGATE<br>OVERLAND PARK, KS 66213 |
| | List the contract number of any government contract | | |

| 2.767. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Production Agreement | |
|---|---|---|---|
| | State the term remaining | Unknown | COOK ENTERPRISES, LP<br>12908 WESTGATE<br>OVERLAND PARK, KS 66213 |
| | List the contract number of any government contract | | |

| 2.768. | State what the contract or lease is for and the nature of the debtor's interest | Connectivity to off-site Datacenter | |
|---|---|---|---|
| | State the term remaining | Month to Month | COX COMMUNICATIONS, INC<br>P.O. BOX 248851<br>OKLAHOMA CITY, OK 73124-8851 |
| | List the contract number of any government contract | | |

| 2.769. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CRAIG E CUNNINGHAM<br>6596 YORK ROAD<br>PARMA HEIGHTS, OH 44130 |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.770. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CRAIG EMMANUEL**<br>**PO BOX 86**<br>**LARAMIE, WY 82073-0086** |
| | List the contract number of any government contract | | |

| 2.771. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CRAIG SMITH**<br>**115 BROOKSIDE ESTATES**<br>**SCOTT DEPOT, WV 25560** |
| | List the contract number of any government contract | | |

| 2.772. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CRIST M & SARAH A TROYER**<br>**4668 LEBANON ROAD**<br>**EATON, NY 13334** |
| | List the contract number of any government contract | | |

| 2.773. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CURT L JANSSEN**<br>**11045 16TH ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.774. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CURTIS D DANIELS**<br>**18655 OTTAWA RD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.775. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CURTIS D DANIELS**<br>**18655 OTTAWA RD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CURTIS R & TERESA A BURNS,**<br>**10231 E FUNSTON COURT**<br>**WICHITA, KS 67207** |
| | List the contract number of any government contract | | |

| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CURTIS R THOMPSON**<br>**1486 HEIGHTS VIEW DRIVE**<br>**AKRON, OH 44305** |
| | List the contract number of any government contract | | |

| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CYNTHIA KEES**<br>**59301 E 301 RD**<br>**GROVE, OK 74344** |
| | List the contract number of any government contract | | |

| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **D B ZWIRN SPECIAL OP FUND LP**<br>**C/O FORTRESS INVESTMENTS; ATTN:  VRF OPERATIONS**<br>**1345 AVENUE OF THE AMERICAS**<br>**NEW YORK, NY 10151** |
| | List the contract number of any government contract | | |

| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **D BAR D LAND, LLC**<br>**13214 K47 HWY**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **D P & PHYLLIS ANNE LAY, JT**<br>**393301 W 2980 RD**<br>**OCHELATA, OK 74051** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DALE & MARGARET ALLEN** |
| | List the contract number of any government contract | | **19120 KINGMAN RD** **CHANUTE, KS 66720** |

| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DALE BOGNER & BRIAN BOGNER** |
| | List the contract number of any government contract | | **15635 20TH ROAD** **PARSONS, KS 67357** |

| 2.784. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DALE D MAXSON & WINIFRED N** |
| | List the contract number of any government contract | | **753 3000 ROAD** **EDNA, KS 67342** |

| 2.785. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DALE D MAXSON TRST** |
| | List the contract number of any government contract | | **753 3000 ROAD** **EDNA, KS 67342** |

| 2.786. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DALE E GEORGE** |
| | List the contract number of any government contract | | **P.O. BOX 118** **5010 2ND AVE.** **ALBERT, KS 67511** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.787.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DALE G & ETHELENA SMALL**
**9400 170TH ROAD**
**CHANUTE, KS 66720**

---

**2.788.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DALE J & IRIS VAN METER**
**3800 120TH ROAD**
**THAYER, KS 66776**

---

**2.789.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DALE J STEINMAN & PHYLLIS J**
**ROUTE 2**
**HUMBOLDT, KS 66748**

---

**2.790.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DALE STAFFORD**
**7113 EAST 8TH STREET**
**TULSA, OK 74112-4421**

---

**2.791.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DALLAS HONAKER**
**13771 CR 2133**
**WHITEHOUSE, TX 75791**

---

**2.792.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DAN R RICKORDS**
**501 KELLEY ROAD**
**WOODLAND PARK, CO 80863**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.793. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANA BURKE** |
| | List the contract number of any government contract | | **313 LYNWOOD CIRCLE** **LONG BEACH, MS 39560** |

| 2.794. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANA P SWEETEN & JEFFREY** |
| | List the contract number of any government contract | | **653 5000 ROAD** **COFFEYVILLE, KS 67337** |

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL E & TAMMY L MILLER** |
| | List the contract number of any government contract | | **6520 IRVING ROAD** **GALESBURG, KS 66740** |

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL G & TERESA D BOGNER** |
| | List the contract number of any government contract | | **7800 20TH ROAD** **GALESBURG, KS 66740** |

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL G BOGNER REV TRST** |
| | List the contract number of any government contract | | **7800 20TH RD** **GALESBURG, KS 66740** |

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **DANIEL G BOGNER REV TRST** **7800 20TH RD** **GALESBURG** **KS, US 66740** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | _____ | |

| 2.799. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | DANIEL G BOGNER REV TRST<br>7800 20TH RD<br>GALESBURG<br>KS, US 66740 |
| | List the contract number of any government contract | _____ | |

| 2.800. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | DANIEL G BOGNER REV TRST<br>7800 20TH RD<br>GALESBURG<br>KS, US 66740 |
| | List the contract number of any government contract | _____ | |

| 2.801. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | DANIEL G BOGNER REV TRST<br>7800 20TH RD<br>GALESBURG<br>KS, US 66740 |
| | List the contract number of any government contract | _____ | |

| 2.802. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | DANIEL G BOGNER REV TRST<br>7800 20TH RD<br>GALESBURG<br>KS, US 66740 |
| | List the contract number of any government contract | _____ | |

| 2.803. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | DANIEL G BOGNER REV TRST<br>7800 20TH RD<br>GALESBURG<br>KS, US 66740 |
| | List the contract number of any government contract | _____ | |

Debtor 1    PostRock Energy Services Corporation

   First Name          Middle Name          Last Name

Case number *(if known)*    16-11231-SAH

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.804.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DANIEL J. KEPLEY**
**1029 23000 RD.**
**PARSONS, KS 67357**

---

2.805.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DANIEL K.& ELLA BRAZIL JTWROS**
**13015 ELK ROAD**
**CHANUTE, KS 66720**

---

2.806.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DANIEL S BURRIS**
**1460 MEADE ROAD**
**PARSONS, KS 67357**

---

2.807.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DANIEL THORNTON**
**5005 DOUGLAS ROAD**
**THAYER, KS 66776**

---

2.808.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DANIEL W DARNOLD**
**3248 ROSEMAR RD**
**PARKERSBURG, WV 26101**

---

2.809.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DANIEL W SOMMERS**
**717 ALAN DRIVE**
**BURLESON, TX 76028**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.810. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANNY C & DEE ANN K CARRICO**<br>**811 5000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.811. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANNY CARRICO & DEE ANN**<br>**811 5000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.812. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANNY J DEBLER**<br>**1417 S. MALCOLM**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.813. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANNY K SUTTON & DARLA SUTTON**<br>**23094 HARPER RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.814. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANNY L & PEGGY D MAXSON**<br>**4384 S 4270 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.815. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DANNY LAIRD**<br>**2415 NEAL ST**<br>**PARKERSBURG, WV 26101** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.816. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DARIA A CONDON**<br>**16105 NESS RD.**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.817. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DARIN & DEANNA VAUGHN**<br>**13214 K47 HWY**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.818. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DARLENE O'NEILL**<br>**RT 1 BOX 367-1**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.819. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DARLENE TAYLOR**<br>**543 13TH AVENUE**<br>**NEW BRIGHTON, PA 15066** |
| | List the contract number of any government contract | | |

| 2.820. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAROLD COOMES REV TRST**<br>**409 SHERIDAN**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.821. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREL & CAROLYN MONTGOMERY** |
| | List the contract number of any government contract | | **2820 NORTH 8TH** **INDEPENDENCE, KS 67301-1745** |

| 2.822. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARRELL ALLEN WILLIAMS** |
| | List the contract number of any government contract | | **19993 218TH TERRACE** **SPRING HILL, KS 66083** |

| 2.823. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREN BABCOCK** |
| | List the contract number of any government contract | | **1345 OTTAWA RD** **PARSONS, KS 67357** |

| 2.824. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREN MICHAEL WILEY AND** |
| | List the contract number of any government contract | | **1580 9000 RD** **OSWEGO, KS 67356** |

| 2.825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARRIN W WOOLFOLK & DEANA A** |
| | List the contract number of any government contract | | **3040 HARPER RD** **EDNA, KS 67342** |

| 2.826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARVIN & CHARLOTTE WAGGONER** |
| | List the contract number of any | | **3501 DIRR** **APT. 129** **PARSONS, KS 67357** |

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.827. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARYL D AHLQUIST** |
| | List the contract number of any government contract | | **102 S LINCOLN AVE**<br>**CHANUTE, KS 66720** |

---

| 2.828. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARYL D AHLQUIST & DEMI** |
| | List the contract number of any government contract | | **102 S. LINCOLN AVE**<br>**CHANUTE, KS 66720-2432** |

---

| 2.829. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVE & BELINDA COMPSTON** |
| | List the contract number of any government contract | | **4719 STATE ST**<br>**BARLESVILLE, OK 74006** |

---

| 2.830. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVE L & TERESA L COX** |
| | List the contract number of any government contract | | **6700 40TH ROAD**<br>**THAYER, KS 66776** |

---

| 2.831. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & APRIL SEMRAD** |
| | List the contract number of any government contract | | **9450 90TH RD**<br>**GALESBURG, KS 66740** |

---

| 2.832. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID & DEBBIE CASTLE** |
|---|---|---|---|
| | | | **9280 50TH ROAD**<br>**GALESBURG, KS 66740** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    <u>**PostRock Energy Services Corporation**</u>
    First Name         Middle Name         Last Name

Case number *(if known)*    <u>**16-11231-SAH**</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | |

| 2.833. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO, KS 66717** |
|  | List the contract number of any government contract | | |

| 2.834. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|  | State the term remaining | **Unknown** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO, KS 66717** |
|  | List the contract number of any government contract | | |

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | | |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | | |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **DAVID & DONNA WILLIS**<br>**7120 160TH ROAD**<br>**CHANUTE, KS 66720-6800** |
|  | List the contract number of any government contract | | |

Debtor 1 **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)* **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.838.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**DAVID & GINA BURNETT**
**8405 MEADE ROAD**
**ERIE, KS 66733**

**2.839.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**DAVID & HARRIET THORNTON**
**7450 BETHANY ROAD**
**THAYER, KS 66776**

**2.840.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**DAVID & MARY SUE CARLSON**
**18915 WICHITA ROAD**
**CHANUTE, KS 66720**

**2.841.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**DAVID & MICHELLE HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

**2.842.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**DAVID A & BARBARA POWERS, H/S,**
**11185 ELK RD**
**THAYER, KS 66776**

**2.843.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**DAVID A LIPSCOMB**
**711 FOX AVE**
**HARRISVILLE, WV 26362**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID A PETERSON**<br>**20050 50TH RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID A STARR & TERESA K STARR**<br>**104 S. WILSON**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID ALLEN BEAM &**<br>**611 N.W. 1751**<br>**KINGSVILLE, MO 64061** |
| | List the contract number of any government contract | | |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID B ELY & TONYA R ELY**<br>**10720 BROWN ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID BOSCH**<br>**6077 QUEEN ROAD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID C ROSS & DONNA S ROSS**<br>**1910 WILLOW**<br>**VALLEY FALLS, KS 66088-4040** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name          Case number *(if known)*    **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

| 2.850. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **DAVID CALLAGHAN** |
|  | List the contract number of any government contract | | **1713 LOUDON HEIGHTS RD** |
|  | | | **CHARLESTON, WV 25314** |

| 2.851. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **DAVID D & RHONDA J MARPLE** |
|  | List the contract number of any government contract | | **20389 2000 RD** |
|  | | | **BUFFALO, KS 66717** |

| 2.852. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **DAVID D MARPLE** |
|  | List the contract number of any government contract | | **20389 2000 ROAD** |
|  | | | **BUFFALO, KS 66717** |

| 2.853. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **DAVID D. & PATRICIA ANN MARPLE** |
|  | List the contract number of any government contract | | **20389 2000 ROAD** |
|  | | | **BUFFALO, KS 66717** |

| 2.854. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **DAVID D. OLSON ESTATE** |
|  | List the contract number of any government contract | | **1201 W. OAK STREET** |
|  | | | **INDEPENDENCE, KS 67301** |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.855. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID E CRITES, EMMA F CRITES** |
| | List the contract number of any government contract | | **133 N. 16TH** **FREDONIA, KS 66736** |

| 2.856. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID EUGENE BURDUE &** |
| | List the contract number of any government contract | | **P.O. BOX 720182** **OKLAHOMA CITY, OK 73172** |

| 2.857. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID G GROBLEBE** |
| | List the contract number of any government contract | | **PO BOX 2265** **DURANGO, CO 81302** |

| 2.858. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID H & CAROLYN M WINTERS,** |
| | List the contract number of any government contract | | **BOX 135** **MOUND VALLEY, KS 67354** |

| 2.859. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID H WINTERS, JR &** |
| | List the contract number of any government contract | | **16000 IRVING RD** **MOUND VALLEY, KS 67354** |

| 2.860. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID K & KIMBERLY R KRAMER** |
| | List the contract number of any | | **6955 JACKSON ROAD** **GALESBURG, KS 66740** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID K THORNTON**<br>**24916 850 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID KEN & TAMMY F THORNTON**<br>**24916 850 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & DONNA J ERBE, JT**<br>**1209 POTOMAC**<br>**BURLINGTON, KS 66839** |
| | List the contract number of any government contract | | |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & DONNA L MAXEY**<br>**HC 61 BOX 23**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.865. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & JUDITH D OSBORN**<br>**2510 HWY 169**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.866. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID L & MARY SUE CARLSON,**<br>**18915 WICHITA RD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract | |

| 2.867. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,**<br>**18915 WICHITA RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.868. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,**<br>**18915 WICHITA RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.869. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,**<br>**18915 WICHITA RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L HARRIS & PAM L HARRIS**<br>**13225 K-47 HIGHWAY**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L MONROE**<br>**2697 RANCH RD**<br>**ELK CITY, KS 67344** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID L MONROE CUSTODIAN FOR** |
| | List the contract number of any government contract | | **2697 RANCH RD**<br>**ELK CITY, KS 67344** |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID L ROGERS** |
| | List the contract number of any government contract | | **724 SOUTH MARKET**<br>**WICHITA, KS 67211** |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID L SCHLARB** |
| | List the contract number of any government contract | | **307 55TH STREET**<br>**VIENNA, WV 26105** |

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID M & KRISTEN K MILLER,** |
| | List the contract number of any government contract | | **14475 250TH RD**<br>**SAVONBURG, KS 66772** |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID MAXSON** |
| | List the contract number of any government contract | | **123 N 160TH**<br>**GIRARD, KS 66743** |

| 2.877. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID P ANDERSON** |
| | List the contract number of any | | **721 N. HUNTINGTON COURT**<br>**LAWRENCE, KS 66049** |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.878. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID P ELLIOTT, JR** |
| | List the contract number of any government contract | | **619 LIMESTONE RUN ROAD**<br>**WESTON, WV 26452-7667** |

| 2.879. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID R & AUDREY A MAHURIN** |
| | List the contract number of any government contract | | **5215 20TH RD**<br>**THAYER, KS 66776** |

| 2.880. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID R & SHIRLENE K MAHURIN** |
| | List the contract number of any government contract | | **11875 220TH RD.**<br>**CHANUTE, KS 66720** |

| 2.881. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID RICKY & PAMELA SUE BEARD** |
| | List the contract number of any government contract | | **18104 1400 RD**<br>**ALTOONA, KS 66710** |

| 2.882. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID RICKY BEARD REV TRST** |
| | List the contract number of any government contract | | **18104 1400 RD**<br>**ALTOONA, KS 66710** |

| 2.883. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID STICH & KATRINA STICH,**<br>**16505 ELK ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.884. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DAVID T HOLT |
| | List the contract number of any government contract | | P.O. BOX 680997 FRANKLIN, TN 37068-0997 |

| 2.885. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DAVID W BAUGHER |
| | List the contract number of any government contract | | 20048 NESS ROAD PARSONS, KS 67357 |

| 2.886. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DAVID W BAUGHER REV TRST |
| | List the contract number of any government contract | | 20048 NESS RD PARSONS, KS 67357 |

| 2.887. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DAVID W ELLIOTT AIF FOR |
| | List the contract number of any government contract | | 2502 LIBERTY ST PARKERSBURG, WV 26101 |

| 2.888. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DAVID W ENGELMAN & ELAINE C |
| | List the contract number of any government contract | | 17454 2000 RD BENEDICT, KS 66714 |

Debtor 1  **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.889. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DAVID W HINKLE**<br>**300 QUAIL RUN**<br>**ALTAMONT, KS 67330** |

| 2.890. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DAVID W KNUDSEN & MARY**<br>**21730 YALE ROAD**<br>**CHANUTE, KS 66720** |

| 2.891. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, J**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.892. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, J**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.893. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DAVID WAYNE FOSTER, JR**<br>**RT. 1 BOX 229B**<br>**CAIRO, WV 26337** |

| 2.894. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **DAVID WELCH**<br>**1307 DARWIN STREET**<br>**ODENTEN, MD 21113** |

Debtor 1  **PostRock Energy Services Corporation**
First Name    Middle Name    Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.895. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVIS BROS LLC**<br>**110 W. 7TH ST. STE. 1000**<br>**TULSA, OK 74119** |
| | List the contract number of any government contract | | |

| 2.896. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEAN & JERI COOPER**<br>**429 498 E 20 ROAD**<br>**WELCH, OK 74369-9658** |
| | List the contract number of any government contract | | |

| 2.897. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEAN HOLLENSBE**<br>**PO BOX 1257**<br>**MT VERNON, IL 62864** |
| | List the contract number of any government contract | | |

| 2.898. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEANNA KELSO**<br>**1049 NORTH PEBBLE CREEK DRIVE**<br>**NIXA, MO 65714** |
| | List the contract number of any government contract | | |

| 2.899. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEANNA L DIBRELL**<br>**1915 MOFFAT RD NW**<br>**PIEDMONT, OK 73078** |
| | List the contract number of any government contract | | |

| 2.900. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **DEANNA SPOON**<br>**4650 RENO RD**<br>**NEODESHA, KS 66757** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.901. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | DEBBIE BRADFORD LIVING TRUST 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.902. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | DEBBIE BRADFORD LIVING TRUST 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.903. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | DEBBIE BRADFORD LIVING TRUST 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.904. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | DEBBIE BRADFORD LIVING TRUST 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.905. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | DEBBIE BRADFORD LIVING TRUST 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.906. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.907. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.908. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** 14373 VIOLA RD. CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.909. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBBIE D SEIDL** 2305 KERRI DRIVE DODGE CITY, KS 67801 |
| | List the contract number of any government contract | | |

| 2.910. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH EWBANK** 206 S RUTLER CHANUTE, KS 66720 |
| | List the contract number of any government contract | | |

| 2.911. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH G (BUZZARD) MOORE** 7705 FORD ROAD THAYER, KS 66776 |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
    First Name      Middle Name      Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH L CURFMAN** |
| | List the contract number of any government contract | | **RT. 2 BOX 328**<br>**CAIRO, WV 26337** |

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEBORAH LESH** |
| | List the contract number of any government contract | | **4241 CLOVE ST.**<br>**MIDDLEBURG, FL 32068** |

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEBRA L HATFIELD** |
| | List the contract number of any government contract | | **1511 MADISON CREEK RD.**<br>**BRANCHLAND, WV 25506** |

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEBRA L THORNTON** |
| | List the contract number of any government contract | | **11305 HWY 59**<br>**ERIE, KS 66733** |

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEBRA S DELATORRE** |
| | List the contract number of any government contract | | **18676 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DEBRA S DELATORRE & KELLY A**<br>**18676 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|  | List the contract number of any government contract |  |  |

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **DEE & VICKI WEST**<br>**RT 1 BOX 133A**<br>**DELAWARE, OK 74027** |
|  | List the contract number of any government contract |  |  |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **DEE ANNA CORNS**<br>**23099 E MOCKINGBIRD DRIVE**<br>**GOLDEN, MO 65658** |
|  | List the contract number of any government contract |  |  |

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **DELBERT MCCUNE FAMILY**<br>**P.O. BOX 424**<br>**MONTEZUMA, KS 67867** |
|  | List the contract number of any government contract |  |  |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **DELISA LYNN HOPPES**<br>**881 22000 ROAD**<br>**PARSONS, KS 67357** |
|  | List the contract number of any government contract |  |  |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **DELL MARIE SHANAHAN SWEARER**<br>**2901 WESTMINISTER DR**<br>**HUTCHINSON, KS 67502** |
|  | List the contract number of any government contract |  |  |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.923. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DELMA CARTER**<br>**% BEV BAILEY**<br>**SALTROCK, WV 25559** |

| 2.924. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DELORES CARR**<br>**STAR RT 83, BOX 45**<br>**ELLENBORO, WV 26346** |

| 2.925. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DELORES SANDERS**<br>**17 LONG BRANCH ROAD**<br>**BRANCHLAND, WV 25506** |

| 2.926. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DELORIS MAE WEST**<br>**HC 61, BOXX 21**<br>**LENAPAH, OK 74042** |

| 2.927. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DELPHINE HANSEN, TTEE OF THE**<br>**983 W. LINWOOD AVE.**<br>**NIXA, MO 65714** |

| 2.928. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **DELTA RUTH HARRIS, TTEE OF THE**<br>**305 E. CANVILLE**<br>**ERIE, KS 66733** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| 2.929. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DELTA RUTH HARRIS, TTEE OF THE DELTA RUT** |
| | List the contract number of any government contract | | **9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| 2.930. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DELTA RUTH HARRIS, TTEE OF THE DELTA RUT** |
| | List the contract number of any government contract | | **9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| 2.931. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEMMA JO RANDALL** |
| | List the contract number of any government contract | | **1511 SUNNY MEAD LANE**<br>**ESTES PARK, CO 80517-7582** |
| 2.932. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DENNIS & DEBORA BAYLESS JTWROS** |
| | List the contract number of any government contract | | **1136 CR 3000**<br>**HAVANA, KS 67347** |
| 2.933. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DENNIS H CUNNINGHAM** |
| | List the contract number of any government contract | | **6113 GALLERY ST**<br>**BOWIE, MD 20720** |
| 2.934. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DENNIS R & RITA F GRAHAM**<br>**2670 60 RD**<br>**THAYER, KS 66776** |

Debtor 1    **PostRock Energy Services Corporation**
　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **DENNIS S & CARRIE R COOPER** |
| | List the contract number of any government contract | _____ | **494 SQUIRREL RD.**<br>**YATES CENTER, KS 66783** |

| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **DENNIS STEIG & ELLEN STEIG,** |
| | List the contract number of any government contract | _____ | **317 24000 RD**<br>**CHERRYVALE, KS 67337** |

| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **DENZIL R RUTHERFORD** |
| | List the contract number of any government contract | _____ | **RT. 6 BOX 217**<br>**ROCK LAKE**<br>**FAIRMONT, WV 26554** |

| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **DEREK ALAN STEINMAN** |
| | List the contract number of any government contract | _____ | **4343 NORTH CLARENDON AVE.**<br>**APT. #1817**<br>**CHICAGO, IL 60613** |

| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **DEV BEESON & LEIGH ANN BEESON** |
| | List the contract number of any government contract | _____ | **19064 JACKSON**<br>**PARSONS, KS 67357** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.940. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEVARA KINKEAD** |
| | List the contract number of any government contract | | **925 COUNTY RD, 1003A** **GODLEY, TX 76044** |

| 2.941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEWAYNE A & VERDA ILENE** |
| | List the contract number of any government contract | | **17417 E. 54TH TERRACE COURT S** **INDEPENDENCE, MO 64055** |

| 2.942. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA AROCHENA** |
| | List the contract number of any government contract | | **11409 IVY FLOWER LOOP** **RIVERVIEW, FL 33569** |

| 2.943. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA SHOWALTER** |
| | List the contract number of any government contract | | **P.O. BOX 64** **GALESBURG, KS 66740** |

| 2.944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA WELCH** |
| | List the contract number of any government contract | | **333 W. HIGH STREET** **HARRISVILLE, WV 26362** |

| 2.945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE BLACKBIRD** |
| | List the contract number of any | | **21835 COFFEE HOLLY RD** **TAHLEQUAH, OK 74464** |

Debtor 1    PostRock Energy Services Corporation
_____
First Name    Middle Name    Last Name

Case number (*if known*)    16-11231-SAH
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE K BENSON**<br>**RT 1 BOX 360-1**<br>**S COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Diane K. Benson**<br>**RT 1 BOX 360-1**<br>**S COFFEYVILLE**<br>**OK, US 74072** |
| | List the contract number of any government contract | | |

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE M IULIANO**<br>**3016 WINTERS LANE**<br>**LAGRANGE, KY 40031** |
| | List the contract number of any government contract | | |

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE M IULIANO**<br>**3016 WINTERS LANE**<br>**LAGRANGE, KY 40031** |
| | List the contract number of any government contract | | |

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE S BOWER**<br>**507 51ST STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DIANNA PHILLIPS & MICHAEL**<br>**1624 E HOLLY AVE**<br>**SAND SPRINGS, OK 74063** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DIETER & SEDANA S BEUSCH |
| | List the contract number of any government contract | _____ | ROUTE 2 BOX 6020 NOWATA, OK 74048 |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DIETRICH LECK |
| | List the contract number of any government contract | _____ | ROUTE 1, BOX 172 THAYER, KS 66776 |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DIXIE L LEWIS |
| | List the contract number of any government contract | _____ | ROUTE 2, BOX 199 COFFEYVILLE, KS 67337 |

| 2.955. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DIXIE L MURDOCK |
| | List the contract number of any government contract | _____ | 2922 GRAND PARSONS, KS 67357 |

| 2.956. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | DKI HOLDINGS, LLC |
| | List the contract number of any government contract | _____ | % MICHAEL W DOMINO 20506 MISTY CROSSING LAND SPRING, TX 77379 |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.957. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOLORES SCOCCHIO** |
| | List the contract number of any government contract | | **25927 MARKET PLACE** |
| | | | **LOMITA, CA 90710** |

| 2.958. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOMESTIC ENERGY PARTNERS** |
| | List the contract number of any government contract | | **5201 CAMP BOWIE BLVD. STE. 200** |
| | | | **FORT WORTH, TX 76107** |

| 2.959. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOMESTIC ENERGY PARTNERS** |
| | List the contract number of any government contract | | **5201 CAMP BOWIE BLVD. STE. 200** |
| | | | **FORT WORTH, TX 76107** |

| 2.960. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOMINION TRANSMISSION INC** |
| | List the contract number of any government contract | | **P. O. BOX 27403** |
| | | | **RICHMOND, VA 23261** |

| 2.961. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON & ROSILEE RISSEN TTEES OF** |
| | List the contract number of any government contract | | **5420 FORD RD** |
| | | | **THAYER, KS 66776** |

| 2.962. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON BLACKBIRD** |
| | List the contract number of any | | **PO BOX 121** |
| | | | **MOODYS, OK 74444-0121** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.963. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON C GRIFFEY**<br>**5350 EAST 46TH STREET # 145**<br>**TULSA, OK 74135** |
| | List the contract number of any government contract | | |

| 2.964. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L & NORMA J HALL**<br>**5118 BALLENTINE**<br>**SHAWNEE, KS 66203** |
| | List the contract number of any government contract | | |

| 2.965. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L GOSNEY**<br>**PO BOX 256**<br>**BAYFIELD, CO 81122** |
| | List the contract number of any government contract | | |

| 2.966. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L GROSS**<br>**3252 S. 4290 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.967. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L WEBSTER TRST**<br>**2507 GLYNNWOOD LANE**<br>**BARTLESVILLE, OK 74005-6223** |
| | List the contract number of any government contract | | |

| 2.968. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DON THORNTON**<br>**P.O. BOX 590**<br>**CANEY, KS 67333** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.969. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONAL R BURRIS** |
| | List the contract number of any government contract | _____ | **1875 NESS RD** <br> **PARSONS, KS 67357** |

| 2.970. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD & DARLENE CHILDERS** |
| | List the contract number of any government contract | _____ | **1305 BOWEN CREEK RD** <br> **BRANCHLAND, WV 25506** |

| 2.971. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD & HELEN JANSSEN** |
| | List the contract number of any government contract | _____ | **12640 90TH ROAD** <br> **ERIE, KS 66733** |

| 2.972. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD A & PAM K GASTINEAU** |
| | List the contract number of any government contract | _____ | **502 S WESTVIEW DR** <br> **CHANUTE** <br> **KS, US 66720** |

| 2.973. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD A & PAM K GASTINEAU** |
| | List the contract number of any government contract | _____ | **502 S WESTVIEW DR** <br> **CHANUTE** <br> **KS, US 66720** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.974. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD A & PAM K GASTINEAU**<br>**502 S WESTVIEW DR**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.975. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD A & PAM K GASTINEAU**<br>**502 S WESTVIEW DR**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD A & PAMELA K GASTINEAU**<br>**502 S WESTVIEW DR**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.977. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD A ROBEY**<br>**PO BOX 954**<br>**ROMNEY, WV 26757** |
| | List the contract number of any government contract | | |

| 2.978. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD D & CHRISTINE M DIXON**<br>**1367 22000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.979. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD D DIXON &**<br>**777 21000 RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD D PROPS** |
| | List the contract number of any government contract | | **P.O. BOX 73** **HARRISVILLE, WV 26362** |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD E BABCOCK & JUDY A** |
| | List the contract number of any government contract | | **1475 OTTAWA RD** **PARSONS, KS 67357** |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD E HEADY** |
| | List the contract number of any government contract | | **1900 PRATT ROAD** **PARSONS, KS 67357** |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD E JANSSEN** |
| | List the contract number of any government contract | | **12640 90TH RD** **ERIE, KS 66733** |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD F MOYERS** |
| | List the contract number of any government contract | | **6779 CR201** **MILLERSBURG, OH 44654** |

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DONALD K STOUT** **110 COUNTRYSIDE DR** **SENOIA, GA 30276** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    Unknown | |
| List the contract number of any government contract | |

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DONALD L & RICKEY E FREEBERG**<br>**26066 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DONALD L LACEN & CATHY L LACEN**<br>**2420 60TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DONALD LEE BEST & ANGELA LEE**<br>**7 GINTY DRIVE**<br>**NORTH EAST, MD 21901** |
| | List the contract number of any government contract | | |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DONALD LEE SONGER &**<br>**18567 950 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **DONALD M & ANNA M COOPER REV**<br>**4242 S CEDAR LANE**<br>**TALALA, OK 74080** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.991.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONALD O & CHERYL A FRIEDRICK**
**19895 BROWN ROAD**
**CHANUTE, KS 66720**

---

**2.992.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONALD P & MARILYN J GOOD, H/W**
**23054 FORD ROAD**
**DENNIS, KS 67341**

---

**2.993.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONALD P COOVER**
**9305 70TH RD**
**GALESBURG, KS 66740**

---

**2.994.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONALD R & KATHY E GARBER**
**4095 BROWN ROAD**
**COFFEYVILLE, KS 67337**

---

**2.995.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONALD R GREEN**
**18832 1200 RD**
**ALTOONA, KS 66710**

---

**2.996.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**DONALD R GREEN**
**18832 1200 RD**
**ALTOONA**
**KS, US 66710**

---

Debtor 1    **PostRock Energy Services Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.997. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD R MUSTAIN & WANDA**<br>**P.O. BOX 23**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.998. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD R MUSTAIN & WANDA MUSTAIN, H/W JT**<br>**P.O. BOX 23**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.999. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DONALD R MUSTAIN & WANDA MUSTAIN, H/W JT**<br>**P.O. BOX 23**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.1000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD R VITT & VERA M VITT,**<br>**12425 TREGO ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD THURMAN & RUTH THURMAN,**<br>**9386 RENO ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **DONALD THURMAN & RUTH THURMAN,**<br>**9386 RENO ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| State the term remaining | **UNKNOWN** | |
|---|---|---|
| List the contract number of any government contract | _____ | |

---

| 2.1003. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD TOLLES**<br>**22047 GRAY RD.**<br>**DENNIS, KS 67341-9036** |
| | List the contract number of any government contract | _____ | |

---

| 2.1004. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD W HAMMETT**<br>**255 N. PORTAGE PATH #503**<br>**AKRON, OH 44313** |
| | List the contract number of any government contract | _____ | |

---

| 2.1005. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNA & EUGENE WAKEFIELD**<br>**7501 NW 234TH**<br>**EDMOND, OK 73025** |
| | List the contract number of any government contract | _____ | |

---

| 2.1006. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNA BECK**<br>**2532 NORTHWEST TURNPIKE**<br>**PENNSBORO, WV 26415** |
| | List the contract number of any government contract | _____ | |

---

| 2.1007. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNA BENTLEY**<br>**PO BOX 127**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | _____ | |

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1008.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONNA J ENGELMANN**
**4422 CR 4700**
**INDEPENDENCE, KS 67301**

---

**2.1009.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONNA J PARKS RICHARDS**
**122 3RD STREET**
**NEW LONDON, OH 44851**

---

**2.1010.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONNA JEAN EARHART**
**123 BROOKSTONE BOULEVARD**
**WESTERVILLE, OH 43081**

---

**2.1011.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONNA JEAN SWAN**
**5216 WEST US HIGHWAY 56**
**BURLINGAME, KS 66413**

---

**2.1012.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DONNA L PRITCHETT**
**ROUTE 2 BOX 221-4**
**NOWATA, OK 74048**

---

**2.1013.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DONNA L PROVALENKO FORMERLY**
**1810 FAIRLAWN**
**ROCK HILL, SC 29732**

Debtor 1    **PostRock Energy Services Corporation**
      First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1014. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNA LYNN BEIDL** |
| | List the contract number of any government contract | | **1134 HARVEST GLEN DRIVE NW** **CLEVELAND, TN 37312** |

| 2.1015. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNIE R & VERA M BELL TRST** |
| | List the contract number of any government contract | | **2565 100TH ROAD** **THAYER, KS 66776** |

| 2.1016. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONNIE YARNELL & DOLORES M** |
| | List the contract number of any government contract | | **16510 PRYOR RD** **ERIE, KS 66733** |

| 2.1017. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORA M CLAYTON** |
| | List the contract number of any government contract | | **748 TRAIL RIDGE RD** **MATTHEWS, NC 28105** |

| 2.1018. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS J SWILER** |
| | List the contract number of any government contract | | **10415 160TH ROAD** **CHANUTE, KS 66720** |

| 2.1019. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DORIS L DAVIS** **6647 PRUNTY RD.** **HARRISVILLE, WV 26362** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.1020. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS L DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1021. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS L STICE, TTEE**<br>**26039 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1022. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS LEE DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS M ALLMON**<br>**606 SOUTH EAST STREET**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS N STREETS**<br>**332 NORTH 12TH**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1025. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORIS O OGLESBEE TRST** |
| | List the contract number of any government contract | | **344 S CRESTWAY** **WICHITA, KS 67218** |

| 2.1026. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOROTHA LADONNA THUMMEL, LIFE** |
| | List the contract number of any government contract | | **12030 ELK ROAD** **THAYER, KS 66776** |

| 2.1027. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOROTHA MASON** |
| | List the contract number of any government contract | | **24501 NORTH COUNCIL** **EDMOND, OK 73025** |

| 2.1028. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOROTHEA LEE BASLER TRUST** |
| | List the contract number of any government contract | | **1404 NW 122ND STREET** **APARTMENT 305** **OKLAHOMA CITY, OK 73114** |

| 2.1029. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOROTHY ANN RUTLEDGE** |
| | List the contract number of any government contract | | **804 S. GARFIELD** **CHANUTE, KS 66720** |

| 2.1030. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE** |
| | List the contract number of any | | **983 W. LINWOOD AVE.** **NIXA** **MO, US 65714** |

Debtor 1   **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.1031. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE**<br>**983 W. LINWOOD AVE.**<br>**NIXA**<br>**MO, US 65714** |
| | List the contract number of any government contract | | |

| 2.1032. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE KENNETH &**<br>**983 W. LINWOOD AVE.**<br>**NIXA**<br>**MO, US 65714** |
| | List the contract number of any government contract | | |

| 2.1033. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE KENNETH &**<br>**983 W. LINWOOD AVE.**<br>**NIXA**<br>**MO, US 65714** |
| | List the contract number of any government contract | | |

| 2.1034. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOROTHY FARROW**<br>**8233 NW WOLF RD**<br>**LAWTON, OK 73507** |
| | List the contract number of any government contract | | |

| 2.1035. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOROTHY I JUNGLES REV TR**<br>**566 23000 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1036. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DOROTHY J WARD REV TRST**<br>**3205 45TH ROAD**<br>**THAYER, KS 66776** |

Debtor 1   **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

| 2.1037. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOROTHY J WARD REV TRST** **3205 45TH ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1038. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOROTHY J WARD REV TRST** **3205 45TH ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1039. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOROTHY L & MICHAEL J CRUCE** **BOX 417** **EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1040. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DORWARD ENERGY CORPORATION** **447 3RD AVE N STE 400** **ST PETERSBURG, FL 33701-3255** |
| | List the contract number of any government contract | | |

| 2.1041. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUG B BRUNGARDT** **6500 WIPPOORWILL** **OLIVE BRANCH, MS 38654** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name                                    Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1042. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS & MELINDA KEATON**<br>**7745 PRATT ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1043. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS A DIETSCH &**<br>**19220 BROWN RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1044. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS B BRUNGARDT**<br>**6500 WIPPOORWILL**<br>**OLIVE BRANCH, MS 38654** |
| | List the contract number of any government contract | | |

| 2.1045. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS E FICKEL &**<br>**518 W 1ST STREET**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1046. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS L ALLMON**<br>**314 EXNER**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1047. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOUGLAS L FRYDENDALL &**<br>**16355 JACKSON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.1048. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DOUGLAS P & LOIS A LOONEY** |
|  | List the contract number of any government contract |  | **809 W PUTTER CT** **ANDOVER, KS 67002** |

| 2.1049. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DOUGLAS PITCHER** |
|  | List the contract number of any government contract |  | **1349 N. GREENFIELD** **MULVANE, KS 67110** |

| 2.1050. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DOUGLAS Q REED & LAURIE K REED** |
|  | List the contract number of any government contract |  | **13860 80TH RD** **ERIE, KS 66733** |

| 2.1051. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DOUGLAS W BARNOW & RONDA L** |
|  | List the contract number of any government contract |  | **7490 160TH RD** **CHANUTE, KS 66720** |

| 2.1052. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DOUGLAS W SOMMERS** |
|  | List the contract number of any government contract |  | **1001 S PLUMMER** **CHANUTE, KS 66720** |

| 2.1053. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DOYAL & MIRIAM SAYE REV TRST** **P.O. BOX 66** **DENNIS, KS 67341** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract | |

| 2.1054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYAL L SAYE, JR**<br>**P.O. BOX 66**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1055. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOYAL L SAYE, JR**<br>**P.O. BOX 66**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1056. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOYAL L SAYE, JR**<br>**P.O. BOX 66**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1057. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Doyle & Terri Saye, H/W**<br>**22003 FINNEY ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1058. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYLE A & TERRI L SAYE, H/W**<br>**22003 FINNEY ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYLE A ANGLETON & KATHY A** |
| | List the contract number of any government contract | | **16 S. TENNESSEE** **CHANUTE, KS 66720** |

| 2.1060. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOYLE ANGLETON** |
| | List the contract number of any government contract | | **16 SOUTH TENNESSEE AVE.** **CHANUTE** **KS, US 66720** |

| 2.1061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYLE CONRAD BROWN** |
| | List the contract number of any government contract | | **511 STALCUP STREET** **COLUMBIA, MO 65203** |

| 2.1062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYLE E BILLER FAMILY TRST** |
| | List the contract number of any government contract | | **9910 BIRCHDALE** **DOWNEY, CA 90240** |

| 2.1063. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DOYLE E BILLER FAMILY TRST** |
| | List the contract number of any government contract | | **9910 BIRCHDALE** **DOWNEY** **CA, US 90240** |

| 2.1064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DOYLE F BILLER** |
| | List the contract number of any | | **17962 JOEL BRATTAIN** **YORBA LINDA, CA 92886** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1065. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1066. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1067. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1068. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DRAWBRIDGE SPECIAL OP FUND LP**<br>**ATTN: FORTRESS CREDIT ADVISORS**<br>**32711 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693-0327** |
| | List the contract number of any government contract | | |

| 2.1069. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DRAWBRIDGE SPECIAL OP FUND LP**<br>**P.O. BOX 5098**<br>**NEW YORK, NY 10185-5098** |
| | List the contract number of any government contract | | |

| 2.1070. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DREAMA DEARDORFF**<br>**PO BOX 135**<br>**KEVIL, KY 72053** |

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract _____ | |
| 2.1071. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments** | |
| State the term remaining **Unknown** | **DUANE A & BETTY ANGLETON**<br>**270 1000 RD**<br>**COFFEYVILLE, KS 67337** |
| List the contract number of any government contract _____ | |
| 2.1072. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments** | |
| State the term remaining **Unknown** | **DUANE E & SHIRLEY J MOYER**<br>**DTD 3/23/00**<br>**15050 GRAY RD**<br>**CHANUTE, KS 66720** |
| List the contract number of any government contract _____ | |
| 2.1073. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments** | |
| State the term remaining **Unknown** | **DUANE WADSWORTH**<br>**3967 TRUITT LANE**<br>**INDEPENDENCE, KS 67301** |
| List the contract number of any government contract _____ | |
| 2.1074. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments** | |
| State the term remaining **Unknown** | **DUSTIN & ANGELA STANLEY JTWROS**<br>**7340 220TH ROAD**<br>**CHANUTE, KS 66720** |
| List the contract number of any government contract _____ | |
| 2.1075. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments** | |
| State the term remaining **Unknown** | **DWAINE & MARY MCKINNEY**<br>**1997 MCLEAN BLVD.**<br>**WICHITA, KS 67203** |
| List the contract number of any government contract _____ | |

Debtor 1 **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)* **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1076.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**DWAINE HENDRICKS ESTATE
125 HWY 26 W
OGALLALA, NE 69153**

---

**2.1077.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**DWAYNE D & TONI D UMBARGER,
1585 70TH RD
THAYER, KS 66776**

---

**2.1078.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**DWAYNE D UMBARGER
1585 70TH ROAD
THAYER, KS 66776**

---

**2.1079.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**DWIGHT & TINA MOORE, JTWOS
RT. 2 BOX 152A
WEST UNION, WV 26456**

---

**2.1080.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**DWIGHT D. KEEN &
#1 TAM-O-SHANTER CT.
WINFIELD, KS 67156**

---

**2.1081.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**E C WOLFE
5453 MANDARIN CIRCLE
HIXSON, TN 37343-6803**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
             First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1082. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **E E BUSH HEIRS** |
|  | List the contract number of any government contract |  | **3407 8TH AVE.** **VIENNA, WV 26105** |

| 2.1083. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **E ELOISE HAHN** |
|  | List the contract number of any government contract |  | **1540 4000 ROAD** **BARTLETT, KS 67332** |

| 2.1084. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **E PHILLIP COUCH, AKA EP COUCH** |
|  | List the contract number of any government contract |  | **1320 WEST OKLMULGEE** **MUSKOGEE, OK 74401** |

| 2.1085. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **E REX NAANES TRST** |
|  | List the contract number of any government contract |  | **114 E. MARSHALL** **ERIE, KS 66733-1128** |

| 2.1086. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **E ROBERT ROGERS &** |
|  | List the contract number of any government contract |  | **2401 JUNCTION RD** **SEDAN, KS 67361** |

| 2.1087. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **E WAYNE WILLHITE & EUGENA L TR U/A DTD 11/29/2007 PO BOX 707 HOWARD, KS 67349** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
          First Name      Middle Name      Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.1088. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **EARL & HELEN JOHNSON** |
|  | List the contract number of any government contract | _____ | **655 3000 ROAD EDNA, KS 67342** |

| 2.1089. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **EARL R TROUT JR & BETTY C** |
|  | List the contract number of any government contract | _____ | **346 24000 ROAD CHERRYVALE, KS 67335** |

| 2.1090. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **EARL S FOX** |
|  | List the contract number of any government contract | _____ | **2310 COLERIDGE DRIVE SILVER SPRING, MD 20910** |

| 2.1091. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **EARL W STOVER &** |
|  | List the contract number of any government contract | _____ | **23255 IRVING ROAD HUMBOLDT, KS 66748** |

| 2.1092. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **EARNEST & MICHELLE PUPANEK** |
|  | List the contract number of any government contract | _____ | **12658 QUEEN ROAD ALTOONA, KS 66710** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1093. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EARNIE A BARR & KATHY L BARR** |
| | List the contract number of any government contract | | **1300 S. 11TH** **PARSONS, KS 67357** |

| 2.1094. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ED NICHOLSON** |
| | List the contract number of any government contract | | **P O BOX 294** **LENAPAH, OK 74042** |

| 2.1095. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDDIE O'NEILL** |
| | List the contract number of any government contract | | **1324 W. FIRST STREET** **COFFEYVILLE, KS 67337** |

| 2.1096. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDDIE R HILL** |
| | List the contract number of any government contract | | **428158 E. 20 RD.** **WELCH, OK 74369** |

| 2.1097. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EDDIE R HILL** |
| | List the contract number of any government contract | | **428158 E. 20 RD.** **WELCH** **OK, US 74369** |

| 2.1098. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDGAR G WILSON** |
| | List the contract number of any | | **403 N. 20TH STREET** **WEIRTON, WV 26062** |

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1099. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDGAR J & JOANNE HUTCHISON,** |
| | List the contract number of any government contract | | **18303 UDALL ROAD** |
| | | | **ALTOONA, KS 66710** |

| 2.1100. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDITH & GARY KESTERSON** |
| | List the contract number of any government contract | | **3495 30TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.1101. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EDITH ANN & GARY KESTERSON** |
| | List the contract number of any government contract | | **3495 30TH ROAD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.1102. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EDITH ANN & GARY KESTERSON** |
| | List the contract number of any government contract | | **3495 30TH ROAD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.1103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDITH KESTERSON** |
| | List the contract number of any government contract | | **3495 30TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.1104. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **EDITH KESTERSON** |
|---|---|---|---|
| | | | **3495 30TH ROAD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

Debtor 1 **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)* **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract

---

2.1105.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1106.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1107.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1108.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EDNA C FOSTER**
**434 OLD TURNPIKE ROAD**
**PARKERSBURG, WV 26104**

---

2.1109.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EDNA FLANAGAN**
**1517 27TH STREET**
**VIENNA, WV 26105**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1110.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract
_____

**EDNA KLINGENBERG**
**4225 OAKCREST**
**ENID, OK 73703**

---

**2.1111.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract
_____

**EDNA M PARKS WOTRING**
**1000 ROLLING WOOD DR.**
**MARSHALL, TX 75670**

---

**2.1112.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract
_____

**EDNA W HARDMAN**
**2278 OXBOW CIR.**
**STONE MOUNTAIN, GA 30087-0121**

---

**2.1113.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract
_____

**EDSEL E NOLAND & SONYA S**
**DTD 5/29/99**
**1119 S. RUTTER AVE.**
**CHANUTE, KS 66720-2659**

---

**2.1114.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract
_____

**EDWARD BENNETT WEBSTER**
**1706 SKYLINE DRIVE**
**BARTLESVILLE, OK 74006**

---

**2.1115.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**EDWARD BENNETT WEBSTER, TRSTE**
**1706 SKYLINE DRIVE**
**BARTLESVILLE, OK 74006**

---

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.1116. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EDWARD BIRK, LINDA BIRK,** |
| | List the contract number of any government contract | | **1044 HWY 75** **BURLINGTON, KS 66839-3094** |

| 2.1117. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EDWARD J & GERTRUDE I MCKINNEY** |
| | List the contract number of any government contract | | **608 LEAWOOD** **PARSONS, KS 67357** |

| 2.1118. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY** |
| | List the contract number of any government contract | | **608 LEAWOOD DRIVE** **PARSONS** **KS, US 67357-3435** |

| 2.1119. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY** |
| | List the contract number of any government contract | | **608 LEAWOOD DRIVE** **PARSONS** **KS, US 67357-3435** |

| 2.1120. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY** |
| | List the contract number of any government contract | | **608 LEAWOOD DRIVE** **PARSONS** **KS, US 67357-3435** |

| 2.1121. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **EDWARD J & GERTUDE I MCKINNEY** **608 LEAWOOD DRIVE** **PARSONS** **KS, US 67357-3435** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | First Name　　　Middle Name　　　Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1122. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | EDWARD J O'BRIEN |
| | List the contract number of any government contract | | 214 LATHROP STREET KINGSTON, PA 18704 |

| 2.1123. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | EDWARD J O'BRIEN |
| | List the contract number of any government contract | | 214 LATHROP STREET KINGSTON PA, US 18704 |

| 2.1124. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | EDWARD R MCKINSEY & BRENDA C |
| | List the contract number of any government contract | | 22520 OTTAWA RD ERIE, KS 66733 |

| 2.1125. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | EDWARD WAYNE WALL & NORMA A |
| | List the contract number of any government contract | | PO BOX 64 ALTOONA, KS 66710 |

| 2.1126. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | EDWIN C WOMMER |
| | List the contract number of any government contract | | 5752 CR 501 BAYFIELD, CO 81122 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1127. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDWIN G WILLIAMS** |
| | List the contract number of any government contract | | **RR. 1, BOX 247** **HARRISVILLE, WV 26362** |

| 2.1128. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EDWIN H III & MARGARET E BIDEAU & DAVID** |
| | List the contract number of any government contract | | **18 NORTH FOREST** **CHANUTE** **KS, US 66720** |

| 2.1129. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EDWIN H III & MARGARET E BIDEAU & DAVID** |
| | List the contract number of any government contract | | **18 NORTH FOREST** **CHANUTE** **KS, US 66720** |

| 2.1130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDWIN J WILTSE** |
| | List the contract number of any government contract | | **PO BOX 895** **135 S. DELAWARE** **DIGHTON, KS 67839** |

| 2.1131. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EHRLICH FAMILY TRST** |
| | List the contract number of any government contract | | **RT 1 BOX 134** **DELAWARE, OK 74027** |

| 2.1132. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EIGG LAND LIMITED** |
| | List the contract number of any | | **PO BOX 31** **NEW PHILADELPHIA, OH 44663** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN FLUHARTY** |
| | List the contract number of any government contract | | **P.O. BOX 13**<br>**SMITHVILLE, WV 26178** |

| 2.1134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN HOUGH, TTEE OF THE** |
| | List the contract number of any government contract | | **1614 S. WALNUT**<br>**COFFEYVILLE, KS 67337** |

| 2.1135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN SHANAHAN THORNBURG &** |
| | List the contract number of any government contract | | **8909 SCIROCCO CIRCLE**<br>**OKLAHOMA CITY, OK 73135** |

| 2.1136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ELAINE CAROL CONLEY** |
| | List the contract number of any government contract | | **HC 75, BOX 1**<br>**SMITHVILLE, WV 26178** |

| 2.1137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ELAINE FRENETT** |
| | List the contract number of any government contract | | **660 S 3RD STREET**<br>**JACKSONVILLE, OR 97530** |

| 2.1138. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **ELAINE FRENETT**<br>**660 S 3RD STREET**<br>**JACKSONVILLE, OR 97530** |

Official Form 206G         Schedule G: Executory Contracts and Unexpired Leases                    Page 201 of 732

| Debtor 1 | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1139. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ELAINE THURMAN |
| | List the contract number of any government contract | _____ | 8650 IRVING RD<br>GALESBURG, KS 66740 |

| 2.1140. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ELDON J HAUGHT |
| | List the contract number of any government contract | _____ | P.O. BOX 6<br>SMITHVILLE, WV 26178 |

| 2.1141. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ELDON W, SR & SONYA M BARRIGER |
| | List the contract number of any government contract | _____ | 20760 MEADE RD<br>ERIE, KS 66733 |

| 2.1142. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ELENOR GEORGEN |
| | List the contract number of any government contract | _____ | 9 BLUE STONE TERRACE<br>MORRISTOWN, NJ 79600 |

| 2.1143. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ELIZABETH ANN WALL |
| | List the contract number of any government contract | _____ | 311 ARNOLD ROAD<br>BRENTWOOD, TN 37027-5124 |

Debtor 1   **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1144. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELIZABETH HEWITT TAYLOR** |
| | List the contract number of any government contract | | **PO BOX 550289** **ATLANTA, GA 30355** |

| 2.1145. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELIZABETH HEWITT TAYLOR** |
| | List the contract number of any government contract | | **PO BOX 550289** **ATLANTA, GA 30355** |

| 2.1146. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELIZABETH L PICKENS** |
| | List the contract number of any government contract | | **2604 UNITY PLACE #301 UNITY CT** **PARKERSBURG, WV 26101** |

| 2.1147. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELIZABETH M SCOTT** |
| | List the contract number of any government contract | | **611 LEAWOOD** **PARSONS, KS 67357** |

| 2.1148. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Elizabeth M. Scott** |
| | List the contract number of any government contract | | **611 LEAWOOD** **PARSONS** **KS, US 67357** |

| 2.1149. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Elizabeth M. Scott** |
| | List the contract number of any | | **611 LEAWOOD** **PARSONS** **KS, US 67357** |

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1150. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELIZABETH WOODS-GAGE** |
| | List the contract number of any government contract | | **1820 SOUTH ALSACE AVE.**<br>**LOS ANGELES, CA 90019** |

| 2.1151. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELK CREEK AGRICULTURAL LP** |
| | List the contract number of any government contract | | **P.O. BOX 8744**<br>**HOUSTON, TX 77249** |

| 2.1152. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELLA BOONE** |
| | List the contract number of any government contract | | **5 HILL CIRCLE**<br>**LEXINGTON, VA 24450** |

| 2.1153. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELLA J REED** |
| | List the contract number of any government contract | | **RT. 2 BOX 63**<br>**HARRISVILLE, WV 26362** |

| 2.1154. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELLEN GRAYCE HARRINGTON** |
| | List the contract number of any government contract | | **2100 36TH AVENUE NW**<br>**APT 52**<br>**NORMAN, OK 73072** |

| 2.1155. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ELLEN HAFER** |
|---|---|---|---|
| | | | **RD 4 BOX 324B**<br>**BLAIRSVILLE, PA 15717** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining     **Unknown** | |
| List the contract number of any government contract     _____ | |

| 2.1156. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELLEN L. TITUS**<br>**22102 GRAY RD.**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | _____ | |

| 2.1157. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELMER E SCHIELDS, JR &**<br>**1005 S. ALLEN AVE.**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.1158. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELMO J & NORMA JEAN COLE**<br>**1023 JACKSON ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | _____ | |

| 2.1159. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELOUISE POTTER**<br>**122 RADISSON LANE**<br>**MADISON, AL 35758** |
| | List the contract number of any government contract | _____ | |

| 2.1160. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ELSIE L MATHEWS LIV TRST**<br>**6318 N. MACARTHUR BLVD.**<br>**APT. 1068**<br>**IRVING, TX 75039** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1161.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ELTON SNYDER & HORTENSE SNYDER
STAR RT 80 BOX 19
HARRISVILLE, WV 26362

**2.1162.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

EMERY R & SHIELA M PROPER
2062 - 10TH ROAD
CHANUTE, KS 66720

**2.1163.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

EMILY GRONAU
330 E. 630TH AVE.
GIRARD, KS 66743

**2.1164.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

EMILY PENDLETON BIDDLER
9711 FITZROY CIRCLE
DALLAS, TX 75236-4243

**2.1165.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

EMMA JEAN MERCER AGENT
2306 WINCHESTER ROAD
S CHARLESTON, WV 25303

**2.1166.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

EMOGENE CARPENTER
200 STOUT STREET
HARRISVILLE, WV 26362

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| **2.1167.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ENERGY DEEP RESOURCES INC** |
| | List the contract number of any government contract | | **1028 REGENCY WAY**<br>**BIRMINGHAM, AL 35242** |
| **2.1168.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ENGLAND HOLDINGS LLC** |
| | List the contract number of any government contract | | **1 INNWOOD CIRCLE, SUITE 204**<br>**LITTLE ROCK, AR 72211** |
| **2.1169.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ENGLAND INVESTMENTS LTD** |
| | List the contract number of any government contract | | **1 INNWOOD CIRCLE**<br>**SUITE 204**<br>**LITTLE ROCK, AR 72211** |
| **2.1170.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ENID C YAWORSKY** |
| | List the contract number of any government contract | | **911 MELROSE AVE.**<br>**AMBRIDGE, PA 15003** |
| **2.1171.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EPETROLEUM** |
| | List the contract number of any government contract | | **53 FOREST AVE., 1ST FLOOR**<br>**OLD GREENWICH, CT '06870** |
| **2.1172.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **EQUITY TRUST COMPANY**<br>**PO BOX 451340**<br>**WESTLAKE, OH 44145** |

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining     **Unknown**

List the contract number of any government contract     _____

---

2.1173. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____

**EQUITY TRUST COMPANY
PO BOX 451340
WESTLAKE, OH 44145**

---

2.1174. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____

**ERBE LIV TRST
7565 UDALL ROAD
ALTOONA, KS 66710**

---

2.1175. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract     _____

**Erbe Living Trust
7565 UDALL ROAD
ALTOONA
KS, US 66710**

---

2.1176. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract     _____

**Erbe Living Trust
7565 UDALL ROAD
ALTOONA
KS, US 66710**

---

2.1177. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____

**ERIK MITCHELL
3218 STATE RT 82 #127
MANTUACH, OH 44255**

---

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11231-SAH**

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1178.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ERIN E KLINTWORTH
600 JUNEWAY DR.
BAY VILLAGE, OH 44140

---

**2.1179.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ERMA K PETHTEL
2317 BROAD STREET
PARKERSBURG, WV 26101

---

**2.1180.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ERNEST & CAROLINE PETERS
16750 K-47 HIGHWAY
ERIE, KS 66733

---

**2.1181.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG, KS 66740

---

**2.1182.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740

---

**2.1183.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1     **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*     **16-11231-SAH**
_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1184.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1185.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1186.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1187.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1188.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1189.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*    **16-11231-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract

---

2.1190. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**      **ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740**

List the contract number of any government contract

---

2.1191. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**      **ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740**

List the contract number of any government contract

---

2.1192. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**      **ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740**

List the contract number of any government contract

---

2.1193. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**      **ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740**

List the contract number of any government contract

---

2.1194. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**      **ERNEST & GERALDINE CLEVENGER
11130 90TH ROAD
GALESBURG
KS, US 66740**

List the contract number of any government contract

---

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1195. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1196. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1197. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1198. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1199. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1200. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER REV TRST, E 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ERNEST D WOLFE & NANCY L WOLFE 11814 ROCKING HORSE RD ROCKVILLE, MD 20852 |
| | List the contract number of any government contract | | |

| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ERNEST H & PHYLLIS A KRENZ BOX 188 HC 61 LENAPAH, OK 74042 |
| | List the contract number of any government contract | | |

| 2.1204. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ERNEST H KRENZ & PHYLLIS A HC-61 BOX 188 LENAPAH, OK 74042 |
| | List the contract number of any government contract | | |

| 2.1205. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ERNEST HAUGHT JR 16837 STAUNTON TPKE SMITHVILLE, WV 26178 |
| | List the contract number of any government contract | | |

| 2.1206. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | ERNEST L HARTSHORN PO BOX 315 GRANTSVILLE, WV 26147 |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1207. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ERNEST M & M MAE MCCOY** |
| | List the contract number of any government contract | | **1650 GARRETTS BEND** **SOD, WV 25564** |

| 2.1208. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ESTATE OF DEANNA LYNN MARTIN** |
| | List the contract number of any government contract | | **994 BURKE ROAD** **GUNTER, TX 75058-4186** |

| 2.1209. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ESTATE OF DOTTIE JEAN KRAMER** |
| | List the contract number of any government contract | | **P.O. BOX 366** **ALTAMONT, KS 67330** |

| 2.1210. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ESTATE OF HAROLD STROUD** |
| | List the contract number of any government contract | | **1202 S. PLUMMER #107** **CHANUTE, KS 66720** |

| 2.1211. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ESTATE OF JOYCE K BURROWS** |
| | List the contract number of any government contract | | **2292 STATE ROUTE 555** **LITTLE HOCKING, OH 45742** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1212.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTATE OF MILO I UMBARGER**
**304 E 35TH ST**
**CHANUTE, KS 66720**

**2.1213.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTATE OF RAYMOND E CRANOR**
**114 WEST NORTH STREET**
**COFFEYVILLE, KS 67337-1729**

**2.1214.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTATE OF SHIRLEY PERKINS**
**4501 SANDALWOOD PL**
**VIENNA, WV 26105**

**2.1215.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTATE OF STEPHEN CURTIS MEANS**
**ROUTE 1, BOX 234-49**
**SO. COFFEYVILLE, OK 74072**

**2.1216.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTATE OF WILLIAM STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

**2.1217.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ESTHER L SNIDER**
**104 DIXIE LANE**
**PARKERSBURG, WV 26104**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.1218.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTHER SNIDER**
**118 LAKE RD**
**BELPRE, OH 45714**

---

**2.1219.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHEL ALEXANDER**

---

**2.1220.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHEL E HINES REV TRUST**
**3816 SW CHRISTIANSEN DR.**
**BLUE SPRINGS, MO 64014-5502**

---

**2.1221.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHELYN L VANGILDER**
**221 FREEMAN HILL RD**
**BRIDGEPORT, WV 26330**

---

**2.1222.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EUGENE DORRIS HARPER,**
**PO BOX 206**
**PARSONS, KS 67357**

---

**2.1223.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**EUGENE E & SANDRA REINHARDT**
**11695 HWY 39**
**CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | Unknown |
| List the contract number of any government contract | _____ |

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | EUGENE HATFIELD<br>879 W. HIGHLAND RD<br>SAGAMORE HILLS, OH 44067 |
|  | List the contract number of any government contract | _____ |  |

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | EUGENE TOWERS<br>243 SE FENWAY PLACE<br>BARTLESVILLE, OK 74006 |
|  | List the contract number of any government contract | _____ |  |

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | EVA ANN SNYDER PARKS<br>1258 CEDAR GROVE RD<br>SMITHVILLE, WV 26178-7012 |
|  | List the contract number of any government contract | _____ |  |

| 2.1227. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | EVA M MALES<br>RR 1, BOX 169<br>S.COFFEYVILLE, OK 74072-9766 |
|  | List the contract number of any government contract | _____ |  |

| 2.1228. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | EVELYN & WALTER LACEY JTS<br>21648 ANDERSON ROAD<br>CHANUTE, KS 66720 |
|  | List the contract number of any government contract | _____ |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1229.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EVELYN A J BRUNGARDT REV TRST,**
**PO BOX 99**
**GALESBURG, KS 66740**

---

**2.1230.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EVELYN A J BRUNGARDT, SUCC**
**P.O. BOX 99**
**GALESBURG, KS 66740**

---

**2.1231.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EVELYN F SHORT REV TRST**
**1701 MADISON STREET, APT 110**
**FREDONIA, KS 66736**

---

**2.1232.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**EVELYN F SHORT REV TRST, EVELYN SHORT &**
**1701 MADISON STREET, APT 110**
**FREDONIA**
**KS, US 66736**

---

**2.1233.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**EVELYN F SHORT REV TRST, EVELYN SHORT &**
**1701 MADISON STREET, APT 110**
**FREDONIA**
**KS, US 66736**

---

**2.1234.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**EVELYN F SHORT REV TRST, EVELYN SHORT &**
**1701 MADISON STREET, APT 110**
**FREDONIA**
**KS, US 66736**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1235. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1236. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1237. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1238. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1239. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1240. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

---

| 2.1241. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

---

| 2.1242. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN HUNT 2900 GULF TO BAY BLVD LOT 213 CLEARWATER, FL 33759** |
| | List the contract number of any government contract | | |

---

| 2.1243. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN I ADAMS RT 4 CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

---

| 2.1244. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVERETT BLAINE SMITH, JR HC 65, BOX 38C OCEANA, WV 24870** |
| | List the contract number of any government contract | | |

---

| 2.1245. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVERETT RAY THORNTON 24867 850TH ROAD THAYER, KS 66776** |
| | List the contract number of any government contract | | |

---

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1246. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **EWING GALE WOLFE**<br>**21635 OTTAWA ROAD**<br>**ERIE, KS 66733** |

| 2.1247. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **EXODUS GAS & OIL, LLC**<br>**1001 MCKINNEY ST., STE. 804**<br>**HOUSTON, TX 77002** |

| 2.1248. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **EXODUS GAS & OIL, LLC**<br>**1001 MCKINNEY ST., STE. 804**<br>**HOUSTON, TX 77002** |

| 2.1249. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **F & M BANK**<br>**115 N. CAMERON STREET**<br>**WINCHESTER, VA 22601** |

| 2.1250. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1251. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **FARM SERVICE AGENCY FAO**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1252. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO Casey & Stacey D** |
| | List the contract number of any government contract | | **410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| 2.1253. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO Casey & Stacey D** |
| | List the contract number of any government contract | | **410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| 2.1254. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO CLAYTON S. MYERS** |
| | List the contract number of any government contract | | **410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| 2.1255. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO CLAYTON S. MYERS** |
| | List the contract number of any government contract | | **410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| 2.1256. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY,** |
| | List the contract number of any government contract | | **410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1257. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FARM SERVICE AGENCY, F/A/O** |
|---|---|---|---|
| | | | **24081 GRAY ROAD**<br>**DENNIS, KS 67341** |

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
　　　　　 First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**Unknown** | |
| List the contract number of any government contract _____ | |

| 2.1258. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY, FARM** |
| | List the contract number of any government contract _____ | | **410 PETER PAN ROAD** |
| | | | **INDEPENDENCE, KS 67301** |

| 2.1259. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0** |
| | List the contract number of any government contract _____ | | **207 S. SUMMIT** |
| | | | **GIRARD, KS 66743** |

| 2.1260. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0** |
| | List the contract number of any government contract _____ | | **207 S. SUMMIT** |
| | | | **GIRARD, KS 66743** |

| 2.1261. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0** |
| | List the contract number of any government contract _____ | | **410 PETER PAN ROAD** |
| | | | **INDEPENDENCE, KS 67301** |

| 2.1262. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0** |
| | List the contract number of any government contract _____ | | **410 PETER PAN ROAD** |
| | | | **INDEPENDENCE, KS 67301** |

Debtor 1  **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1263. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN RD**<br>**INDEPENDENCE, KS 67301** |

| 2.1267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **FARM SERVICE AGENCY_1**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |

| 2.1268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **FARM SERVICE AGENCY_1**<br>**2118 EAST 9TH STREET**<br>**WINFIELD, KS 67156** |

Debtor 1    PostRock Energy Services Corporation
      First Name      Middle Name      Last Name

Case number *(if known)*    16-11231-SAH

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.1269. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **FARM SERVICE AGENCY_1**<br>**207 S. SUMMIT**<br>**GIRARD, KS 66743** |
| | List the contract number of any government contract | | |

---

| 2.1270. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **FARM SERVICE AGENCY_1**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

---

| 2.1271. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **FARMERS NAT'L BANK OF KANSAS**<br>**8775 PRATT ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

---

| 2.1272. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **FARMERS NATIONAL BANK OF**<br>**200 MAIN ST.**<br>**WALNUT, KS 66780** |
| | List the contract number of any government contract | | |

---

| 2.1273. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **FARMERS NATIONAL BANK OF KANSAS F/A/O WI**<br>**15305 JACKSON ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

---

| 2.1274. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **FARON W & SHEILA M DYKE**<br>**9635 BROWN ROAD**<br>**THAYER, KS 66776** |

---

Debtor 1    **PostRock Energy Services Corporation**
First Name            Middle Name            Last Name

Case number *(if known)*    **16-11231-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | _____ |  |

| 2.1275. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

**FATHER FLANAGAN'S BOYS HOME**
**14100 CRAWFORD STREET**
**BOYS TOWN, NE 68010**

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

**FAY THOMISON**
**2438 POINT O'WOODS COURT**
**OVIDA, FL 32765**

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

**FEJEANA SONDALEE EVANS**
**308 BUTCHER BEND ROAD**
**MINERAL WELLS, WV 26150**

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

**FELICIA FOREMAN**
**PO BOX 151**
**OAKS, OK 74359**

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

**FERN CHILDERS**
**RR 1, BOX 305**
**SALTROCK, WV 25559**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1280.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FEWINS LIV TR**
**1735 CLOUD PEAK DR.**
**SPARKS, NV 89436**

---

**2.1281.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FISH OUT OF WATER, LLC**
**P.O. BOX 11247**
**ST. THOMAS, VA '00801**

---

**2.1282.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD & JEANNE K WASSON, JT**
**10398 RENO RD.**
**ALTOONA, KS 66710**

---

**2.1283.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD A TIMMONS**
**14585 JADE ROAD**
**FREDONIA, KS 66736**

---

**2.1284.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD E & HILDA B WHEELER**
**5262 RENO ROAD**
**NEODESHA, KS 66757**

---

**2.1285.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**FLOYD E MCKINNEY**
**332 N. OAK STREET**
**PRATT, KS 67124**

---

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1286. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FOREST ACRES LP** |
| | List the contract number of any government contract | | **PO BOX 189** **LENAPAH, OK 74042** |

| 2.1287. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FORTRESS VALUE RECOVERY FUND** **ATTN: VRF LB LLC** |
| | List the contract number of any government contract | | **32799 COLLECTION CENTER DRIVE** **CHICAGO, IL 60693-0327** |

| 2.1288. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FORTRESS VALUE RECOVERY FUND** |
| | List the contract number of any government contract | | **P.O. BOX 5098** **NEW YORK, NY 10185-5098** |

| 2.1289. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FRANCENE ALLSUP BRYANT** |
| | List the contract number of any government contract | | **5713 PARK HILL PLACE** **BARTLESVILLE, OK 74006-9112** |

| 2.1290. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FRANCENE E & ALAN D JOHNSON** |
| | List the contract number of any government contract | | **20580 HARPER ROAD** **CHANUTE, KS 66720** |

| 2.1291. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FRANCES CAROLYN O'DELL** **11933 N WOODLEA DRIVE** **WAYNESBORO, PA 17268** |

Debtor 1   PostRock Energy Services Corporation
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   16-11231-SAH

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

| 2.1292. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **FRANCES PATRICIA HADA, LE<br>1715 CR 3775<br>PAWHUSKA, OK 74056** |

| 2.1293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **FRANCIS A GRILLOT, JR TTEE OF<br>601 WOODLAWN DRIVE<br>FAIRFIELD BAY, AR 72088** |

| 2.1294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **FRANCIS M GARCIA JR<br>470 S. EDGESIDE AVE.<br>TUCSON, AZ 85748** |

| 2.1295. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **FRANK & BEULAH ROHLING<br>104 8000 ROAD<br>COFFEYVILLE, KS 67337** |

| 2.1296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **FRANK A STOVER & SHARON L<br>18548 1800TH RD<br>ALTOONA, KS 66710** |

Debtor 1  **PostRock Energy Services Corporation**
          First Name     Middle Name     Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1297.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRANK ADKINS**
**P O BOX 70**
**ONA, WV 25545**

**2.1298.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND, TX 74043**

**2.1299.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND**
**TX, US 74043**

**2.1300.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRANK K & KATHLEEN BRAZLE**
**9745 210TH ROAD**
**CHANUTE, KS 66720**

**2.1301.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRANK MARSALIS HODGES**
**2114 HUMMINGBIRD NW DR**
**PIEDMONT, OK 73078**

**2.1302.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**FRANK W & DELTA R HARRIS**
**9605 QUEEN ROAD**
**SAINT PAUL**
**KS, US 66771**

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.1303. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS** 9605 QUEEN ROAD SAINT PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.1304. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS** 9605 QUEEN ROAD SAINT PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.1305. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS** 9605 QUEEN ROAD SAINT PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.1306. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS** 9605 QUEEN ROAD SAINT PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.1307. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS** 9605 QUEEN ROAD SAINT PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.1308. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FRANKIE L DOUGLAS** 1014 SO 62ND ST TACOMA, WA 98408 |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.1309. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | FRANKLIN L STEPHENS AGENT<br>P.O. BOX 631<br>EAST POINT, FL 32328 |
| | List the contract number of any government contract | | |

| 2.1310. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | FRED & ANITA VAIL<br>650 7000 ROAD<br>EDNA<br>KS, US 67342 |
| | List the contract number of any government contract | | |

| 2.1311. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | FRED & NORMA JEAN SIMON, H/W<br>1206 N. ARMOUR<br>WICHITA, KS 67206 |
| | List the contract number of any government contract | | |

| 2.1312. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | FRED BLACK<br>857 17000 ROAD<br>MOUND VALLEY<br>KS, US 67354 |
| | List the contract number of any government contract | | |

| 2.1313. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | FRED F BLACK &<br>857 17000 RD<br>MOUND VALLEY, KS 67354 |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1314.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED F BLACK REV TRST,
857 17000 RD
MOUND VALLEY, KS 67354**

---

**2.1315.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED H GOFF JR
203 JEFFERSON ST
BRIDGEPORT, WV 26330**

---

**2.1316.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED OSBORN
11305 GRAY ROAD
THAYER
KS, US 66776**

---

**2.1317.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED OSBORN
11305 GRAY ROAD
THAYER
KS, US 66776**

---

**2.1318.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER, KS 66776**

---

**2.1319.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

Debtor 1   PostRock Energy Services Corporation

| First Name | Middle Name | Last Name |

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1320.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

2.1321.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

2.1322.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

2.1323.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

2.1324.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

2.1325.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**FRED R & DIANA LECK
2435 CHASE ROAD
THAYER
KS, US 66776**

---

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.1326.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

2.1327.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

2.1328.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

2.1329.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

2.1330.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

Debtor 1    PostRock Energy Services Corporation
_____
     First Name          Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1331.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

**2.1332.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

**2.1333.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

**2.1334.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

---

**2.1335.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

---

**2.1336.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1337. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **FRED RICHARD LECK** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.1338. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Fred Richard Leck** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.1339. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Fred Richard Leck** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.1340. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **FRED W ROBINSON** **12775 60TH RD** **GALESBURG, KS 66740-9108** |
|  | List the contract number of any government contract |  |  |

| 2.1341. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **FREDA H STOTTS** **137 W. SECOND ST.** **MORGANTOWN, WV 26501** |
|  | List the contract number of any government contract |  |  |

| 2.1342. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FREDA M MILLER** **4863 ORANGE TREE PLACE** **VENICE, FL 34293** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1343. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Freddy & Patricia Osborn**<br>**11455 GRAY ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1344. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Freddy & Patricia Osborn**<br>**11455 GRAY ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1345. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRIESS FARMS LAND AND CATTLE**<br>**23458 6600 ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1346. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRONTIER FARM CREDIT FLCA**<br>**2005 HARDING DRIVE**<br>**PO BOX 937**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1347. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FULLERTON TR AGR DTD 10/6/00**<br>**PO BOX 1435**<br>**RAPID CITY, SD 57709** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1349. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1350. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1351. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1352. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1353. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** **20966 1500 R RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

2.1354. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**GALE & RETHA CARTER
20966 1500 R RD
CHANUTE
KS, US 66720**

---

2.1355. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**GALE & RETHA CARTER
20966 1500 R RD
CHANUTE
KS, US 66720**

---

2.1356. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**GALE & RETHA CARTER
20966 1500 R RD
CHANUTE
KS, US 66720**

---

2.1357. State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**GALE A WHITAKER
3090 CHASE ROAD
COFFEYVILLE, KS 67337**

---

2.1358. State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**GALE D & RETHA CARTER, H/W JTS
20966 1500 R RD
CHANUTE, KS 66720**

---

2.1359. State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**GALEN E THORSELL REV TRST
19603 UDALL ROAD
CHANUTE, KS 66720**

---

Debtor 1    **PostRock Energy Services Corporation**
　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | **Unknown** | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.1360. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALEN E THORSELL REV TRST DTD** **1305 W. 4TH STREET** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1361. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALEN E THORSELL REV TRST DTD** **1305 W. 4TH STREET** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1362. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALEN E THORSELL REV TRST DTD** **1305 W. 4TH STREET** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1363. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GALEN E THORSELL REV TRST, GEORGE ROBERT** **19603 UDALL ROAD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1364. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARETH WHITEHURST** **550 EAST LAKE DRIVE** **TARPON SPRINGS, FL 34688** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
_____

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1365. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GAROLD L POWERS** |
| | List the contract number of any government contract | | **5435 HWY 47** |
| | | | **THAYERS, KS 66776** |

| 2.1366. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARRICK & ANNA OGLE, JTWROS** |
| | List the contract number of any government contract | | **22783 1900 ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.1367. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARRY O. & MARY E.L. ECKERT** |
| | List the contract number of any government contract | | **1421 BELMONT ROAD** |
| | | | **PARSONS, KS 67357** |

| 2.1368. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY & DEBRA WILLHITE JOINT** |
| | List the contract number of any government contract | | **1708 NORTH MAIN STREET** |
| | | | **ELDORADO, KS 67042** |

| 2.1369. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY & JANELLE WEIDERT** |
| | List the contract number of any government contract | | **24063 MEADE ROAD** |
| | | | **PARSONS, KS 67357** |

| 2.1370. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY & TONIA NELSON** |
| | List the contract number of any | | **21461 LIMIT ROAD** |
| | | | **EASTON, KS 66020** |

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
   First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1371. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1372. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1373. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1374. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1375. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1376. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **GARY & TONIA NELSON** **21461 LIMIT ROAD** **EASTON** **KS, US 66020** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.1377. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **GARY A & JANELLE A WEIDERT LIV** |
| List the contract number of any government contract | _____ | **24063 MEADE RD** **PARSONS, KS 67357** |

| | | |
|---|---|---|
| 2.1378. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **GARY A AUSTIN** |
| List the contract number of any government contract | _____ | **712 23000 RD** **DENNIS, KS 67341** |

| | | |
|---|---|---|
| 2.1379. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **GARY A AUSTIN & ANN ELAINE** |
| List the contract number of any government contract | _____ | **712 23000 RD** **DENNIS, KS 67341** |

| | | |
|---|---|---|
| 2.1380. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **GARY B CARR** |
| List the contract number of any government contract | _____ | **6101 ELLIS** **WICHITA, KS 67216** |

| | | |
|---|---|---|
| 2.1381. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **GARY C SPLANE** |
| List the contract number of any government contract | _____ | **PO BOX 254** **CHANUTE, KS 66720** |

Debtor 1    **PostRock Energy Services Corporation**                    Case number (*if known*)    **16-11231-SAH**
_____
First Name    Middle Name    Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1382. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D BRENNECKE REV TRST;** |
| | List the contract number of any government contract | | **3100 JOHNSTON ROAD** **PARSONS, KS 67357** |

| 2.1383. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Gary D Brennecke Rev Trust** |
| | List the contract number of any government contract | | **3100 JOHNSTON ROAD** **PARSONS** **KS, US 67357** |

| 2.1384. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D DEEM** |
| | List the contract number of any government contract | | **1448 HARVEY RD.** **HUNTINGTON, WV 25701** |

| 2.1385. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D FAIL & CONSTANCE J FAIL** |
| | List the contract number of any government contract | | **1 WEST MAIN STREET** **CHANUTE, KS 66720** |

| 2.1386. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D ROLFE** |
| | List the contract number of any government contract | | **RR 1 BOX 313A** **SALTROCK, WV 25559** |

| 2.1387. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY DALE PALMER** |
| | List the contract number of any | | **371 12000 ROAD** **MOUND VALLEY, KS 67354** |

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1388. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY G & KATHY CARRICO**<br>**3205 45TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1389. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1390. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1391. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1392. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY L NICKELSON & BONNIE M**<br>**1860 KIOWA RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1393. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GARY L PONTIOUS & ELEANOR C**<br>**2156 MORNINGSIDE AVE.**<br>**UPLAND, CA 91784** |
|---|---|---|---|

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 246 of 732

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.1394. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **GARY LEE & LUELLA M HUCKE** |
| | List the contract number of any government contract | _____ | **20009 IRVING ROAD** **PARSONS, KS 67357** |

| 2.1395. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **GARY R & NANCY KITTERMAN** |
| | List the contract number of any government contract | _____ | **ROUTE 1 BOX 72-4** **SOUTH COFFEYVILLE, OK 74072** |

| 2.1396. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **GARY R & SUZANNE PETERS** |
| | List the contract number of any government contract | _____ | **16050 MARSHALL ROAD** **ERIE, KS 66733** |

| 2.1397. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **GARY T & CARLA J BREWER** |
| | List the contract number of any government contract | _____ | **4012 BEAR HOLLOW RD** **WILSON, OK 73463** |

| 2.1398. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **GARY T BREWER** |
| | List the contract number of any government contract | _____ | **4012 BEAR HOLLOW RD** **WILSON, OK 73463** |

Debtor 1   **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1399.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GATES GATES ETAL PTR**
**108-1/2 CAPITOL STREET**
**CHARLESTON, WV 25301**

---

**2.1400.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GENE F LANG & CO**
**P.O. BOX 850**
**PARKER, CO 80138**

---

**2.1401.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GENEVA LOU ANN WHITE &**
**7625 KIOWA RD**
**GALESBURG, KS 66740**

---

**2.1402.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GENEVIEVE GASKINS**
**6201 MAPLE VIEW PLACE**
**LINCOLN, NE 68512**

---

**2.1403.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GEO OIL & GAS SERVICE**
**430 KANSAS AVENUE**
**IOLA, KS 66749**

---

**2.1404.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**GEORGE & BETTY GREVE**
**13010 230TH ROAD**
**ERIE**
**KS, US 66733**

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.1405. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GEORGE & BETTY GREVE**<br>**13010 230TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.1406. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GEORGE & HELEN EISELE**<br>**ROUTE 4, BOX 164**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1407. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & IONA BENNING**<br>**383 3000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & JANICE OWENS**<br>**9046 HIGHWAY101**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.1409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & LUMONIA DAVIS**<br>**ROUTE 1, BOX 372**<br>**S. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.1410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GEORGE A KASPER**<br>**5657 HOLLAND LANE**<br>**SAN JOSE, CA 95118** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.1411. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GEORGE A SHAW** |
|  | List the contract number of any government contract | | **11450 160TH RD** **CHANUTE, KS 66720** |

| 2.1412. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GEORGE BENNING** |
|  | List the contract number of any government contract | | **383 3000 ROAD** **COFFEYVILLE, KS 67337** |

| 2.1413. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GEORGE E CRANE** |
|  | List the contract number of any government contract | | **215 WOODLAKE DR.** **GEORGETOWN, TX 78628** |

| 2.1414. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GEORGE F HOUGH** |
|  | List the contract number of any government contract | | **107 3000 ROAD** **COFFEYVILLE, KS 67337** |

| 2.1415. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GEORGE G VAUGHT, JR** |
|  | List the contract number of any government contract | | **PO BOX 13557** **DENVER, CO 80201** |

Debtor 1   **PostRock Energy Services Corporation**
    First Name       Middle Name       Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1416.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GEORGE K BEARD**
**3541 S.E. CLAYBOURNE STREET**
**PORTLAND, OR 97202**

---

**2.1417.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GEORGE LOWELL BROWN**
**2074 INDIAN ROAD**
**SEDAN, KS 67361**

---

**2.1418.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GEORGE N LUNDY JR**
**8913 WEST 89TH STREET**
**OVERLAND PARK, KS 66212**

---

**2.1419.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GEORGE R THORSELL**
**19603 UDALL ROAD**
**CHANUTE, KS 66720**

---

**2.1420.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GEORGE SEALS**
**6517 W 79TH ST**
**OVERLAND PARK**
**KS, US 66204**

---

**2.1421.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**GEORGE VERNON 2006 REV TR**
**17275 NE 23RD ST**
**CHOCTAW, OK 73020-8413**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1422. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGIA SPLANE**<br>**17150 ELK ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1423. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGIANA HEDDEN**<br>**5309 YAGER DRIVE**<br>**THE COLONY, TX 75056** |
| | List the contract number of any government contract | | |

| 2.1424. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALD & BARBARA HOOVER REV**<br>**414 W 128TH S**<br>**JENKS, OK 74037** |
| | List the contract number of any government contract | | |

| 2.1425. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Gerald & Elizabeth Sharp**<br>**P.O. BOX 721**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1426. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALD D & ELIZABETH B SHARP**<br>**P.O. BOX 721**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1427. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GERALD D SNEERINGER & JUDY A**<br>**18480 FORD ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | |

| 2.1428. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1429. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1432. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1433.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GERALD L & DEBRA A CALLARMAN
1785 60TH RD
THAYER, KS 66776**

**2.1434.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GERALD L & SHARON M POWELL
PO BOX 84
ANDOVER, KS 67002-0084**

**2.1435.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GERALD L HUFFMAN
14 CIRCLE DRIVE
MOORESTOWN, NJ '08057**

**2.1436.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GERALD P FLAGEL
5831 PERSIMMON WAY
NAPLES, FL 34110**

**2.1437.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GERALD W LUNDY
304 NE SHANNON
BARTLESVILLE, OK 74006**

**2.1438.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**GERALDINE COCHRAN
4242 MIDFIELD ST
SPRINGFIELD, OH 45503-6254**

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1439. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALDINE H WALKER; JOHN**<br>**6170 SE 40TH**<br>**EL DORADO, KS 67042** |
| | List the contract number of any government contract | | |

| 2.1440. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALDINE LUCILE MORRIS**<br>**2210 WILLIE ST**<br>**ST. MARYS, WV 26170-2617** |
| | List the contract number of any government contract | | |

| 2.1441. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERALDINE SMITH**<br>**300 SEVILLE RD**<br>**SUNBRIDGE-PUTNAM**<br>**HURRICANE, WV 25526** |
| | List the contract number of any government contract | | |

| 2.1442. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GERICKE IRON & METAL, INC**<br>**1212 N. SANTA FE**<br>**BOX 504**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1443. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC**<br>**1212 N. SANTA FE**<br>**BOX 504**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1444. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **GERICKE IRON & METAL, INC**<br>**1212 N. SANTA FE**<br>**BOX 504**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN** | |
| List the contract number of any government contract | |

| 2.1445. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC** 1212 N. SANTA FE BOX 504 CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1446. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC** 1212 N. SANTA FE BOX 504 CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1447. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC** 1212 N. SANTA FE BOX 504 CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1448. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC** 1212 N. SANTA FE BOX 504 CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1449. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GERICKE IRON & METAL, INC** 1212 N. SANTA FE BOX 504 CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

Debtor 1　**PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1450.** State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE**
**KS, US 66720**

---

**2.1451.** State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GG LAND & CATTLE**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

---

**2.1452.** State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1453.** State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1454.** State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1455.** State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1456. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1457. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1458. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1459. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1460. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1461. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **GG LAND & CATTLE, GARY HOLST, MANAGER**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.1462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GIEFER LAND, LLC** |
| | List the contract number of any government contract | _____ | **4705 QUEEN RD**<br>**PARSONS, KS 67357** |

| 2.1463. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GILMER ALLEN LEWIS, III** |
| | List the contract number of any government contract | _____ | **PO BOX 2056**<br>**OKC, OK 73101-2056** |

| 2.1464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GILMER E & MARY JO MOSTELLER** |
| | List the contract number of any government contract | _____ | **50 DRY BRANCH RD**<br>**GRIFFITHSVILLE, WV 25521** |

| 2.1465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GINA L RICHARDS** |
| | List the contract number of any government contract | _____ | **1608 9TH AVENUE**<br>**VIENNA, WV 26105** |

| 2.1466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLASS-GLEN BURNIE FOUNDATION** |
| | List the contract number of any government contract | _____ | **5147 S. HARVARD AVE., STE 110**<br>**TULSA, OK 74135-3587** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**
　First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1467.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

GLEN A NOVOTNY
5670 DOUGLAS RD
THAYER, KS 66776

**2.1468.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

GLEN ALLEN
6780 LYON RD.
GALESBURG, KS 66740

**2.1469.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

GLEN E SHOMBER REV TRST
746 160000 RD
MOUND VALLEY, KS 67354

**2.1470.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

GLEN L BURDUE &
914 E. 120TH AVE. NORTH
BELLE PLAINE, KS 67013

**2.1471.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

GLEN R BERG REV TRST
1311 N. MAIN
GARDEN PLAIN, KS 67050

**2.1472.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

GLEN R BERG, TTEE OF THE GLEN
1311 NORTH MAIN
GARDEN PLAIN, KS 67050-9218

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1473. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust** |
| | List the contract number of any government contract | | **1311 N. MAIN GARDEN PLAIN KS, US 67050** |

| 2.1474. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust** |
| | List the contract number of any government contract | | **1311 N. MAIN GARDEN PLAIN KS, US 67050** |

| 2.1475. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust** |
| | List the contract number of any government contract | | **1311 N. MAIN GARDEN PLAIN KS, US 67050** |

| 2.1476. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENDA CARTER** |
| | List the contract number of any government contract | | **20367 1700 ROAD ALTOONA, KS 66710** |

| 2.1477. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENDA RIDDLE** |
| | List the contract number of any government contract | | **2711 BARNSLEY LANE KISSIMMEE, FL 34744** |

| 2.1478. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GLENDA STATES 11552 ECONTUCHKA ROAD PRAGUE, OK 74864-7647** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.1479. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **GLENN & DEANNA BARNHART** |
| | List the contract number of any government contract | _____ | **9795 190TH RD**<br>**CHANUTE, KS 66720** |

| 2.1480. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **GLENN L & MARLENE A RETTMAN,** |
| | List the contract number of any government contract | _____ | **20310 1300 ROAD**<br>**CHANUTE, KS 66720** |

| 2.1481. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **GLENN L PARKS** |
| | List the contract number of any government contract | _____ | **815 SHEFFIELD ROAD**<br>**SHEFFIELD LAKE, OH 44054** |

| 2.1482. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **GLENN MARSHALL COX JR** |
| | List the contract number of any government contract | _____ | **RT 3 BOX 145**<br>**CLARKSBURG, WV 26301** |

| 2.1483. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GLENN RETTMANN** |
| | List the contract number of any government contract | _____ | **20310 1300 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name　　　Middle Name　　　Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1484.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

GLENN ROBERT WORLEY
3 SCOTT LANE
CONWAY, AR 72032

---

**2.1485.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

GLENNA L MANGELS LIV TRST
HC 61 BOX 111
LENAPAH, OK 74042

---

**2.1486.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

GODDARD FAMILY PARTNERSHIP LP
1 PINETREE WAY
DURANGO, CO 81301

---

**2.1487.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

GOLDIE I GUDDE
20571 500 RD
NEODESHA, KS 66757-9548

---

**2.1488.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

GORDON & EVA REXWINKLE
4005 GRAY ROAD
EDNA, KS 67342

---

**2.1489.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

GORDON H SYMPSON
P.O. BOX 2015
BRENTWOOD, TN 37024-2015

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1490. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GORDON R HATFIELD**<br>**6604 FULLERTON AVE.**<br>**CLEVELAND, OH 44105** |
| | List the contract number of any government contract | | |

| 2.1491. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GRACE E RANEY REV LIV TRST**<br>**6928 SOUTH UTICA CIRCLE**<br>**TULSA, OK 74136-5160** |
| | List the contract number of any government contract | | |

| 2.1492. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GRACE HARRISON**<br>**107 4-1/2 ST**<br>**WILLIAMSTOWN, WV 26187** |
| | List the contract number of any government contract | | |

| 2.1493. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GRACE P TAYLOR FAMILY TRST**<br>**11608 W 101ST TERR**<br>**OVERLAND PARK, KS 66214** |
| | List the contract number of any government contract | | |

| 2.1494. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GRACE P TAYLOR FAMILY TRST**<br>**11608 W 101ST TERR**<br>**OVERLAND PARK**<br>**KS, US 66214** |
| | List the contract number of any government contract | | |

| 2.1495. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GRACE P TAYLOR TESTAMENTARY**<br>**13935 W 116TH TERR**<br>**OLATHE, KS 66062** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*  **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown**<br>List the contract number of any government contract | |
| **2.1496.** State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**<br>State the term remaining **Unknown**<br>List the contract number of any government contract | **GRANDELL CHILDERS**<br>**1307 BOWEN CREEK RD**<br>**BRANCHLAND, WV 25506** |
| **2.1497.** State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**<br>State the term remaining **Unknown**<br>List the contract number of any government contract | **GREAT SOUTHERN BANK**<br>**11050 ROE AVENUE**<br>**SUITE 200**<br>**OVERLAND PARK, KS 66211** |
| **2.1498.** State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**<br>State the term remaining **Unknown**<br>List the contract number of any government contract | **GREEN BANDIT LLC**<br>**P O BOX 1004**<br>**VINITA, OK 74301** |
| **2.1499.** State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**<br>State the term remaining **UNKNOWN**<br>List the contract number of any government contract | **Greg & Antoinette Carter**<br>**23152 2100 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| **2.1500.** State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**<br>State the term remaining **UNKNOWN**<br>List the contract number of any government contract | **Greg & Antoinette Carter**<br>**23152 2100 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1501.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining
**Unknown**

List the contract number of any government contract

**GREG & FLORINE MORRISON**
**5830 COUNTY RD 523**
**BAYFIELD, CO 81122**

---

**2.1502.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining
**Unknown**

List the contract number of any government contract

**GREG A & ANTOINETTE M CARTER**
**23152 2100 ROAD**
**CHANUTE, KS 66720**

---

**2.1503.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining
**UNKNOWN**

List the contract number of any government contract

**GREG A & ANTOINETTE M CARTER**
**23152 2100 ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1504.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining
**UNKNOWN**

List the contract number of any government contract

**GREG A & ANTOINETTE M CARTER**
**23152 2100 ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1505.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining
**Unknown**

List the contract number of any government contract

**GREG HUNN & REBECCA HUNN, H/W**
**14250 115TH STREET**
**ERIE, KS 66733**

---

**2.1506.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining
**UNKNOWN**

List the contract number of any

**GREG HUNN & REBECCA HUNN, H/W**
**14250 115TH STREET**
**ERIE**
**KS, US 66733**

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1507. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GREG HUNN & REBECCA HUNN, H/W**<br>**14250 115TH STREET**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.1508. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG R THOME**<br>**17737 E BELLEVIEW PL**<br>**CENTENNIAL, CO 80015** |
| | List the contract number of any government contract | | |

| 2.1509. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG W & ANN M SEMRAD**<br>**9320 90TH RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREGORY & TERESA BLACKMORE**<br>**16700 MARSHALL RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREGORY A BOBBETT &**<br>**580 2400 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GREGORY A CARTER**<br>**321 SYCAMORE RIDGE WAY**<br>**GAHANNA, OH 43230** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.1513. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **GREGORY A RAMEY & REVONDA M**<br>**22087 IRVING RD**<br>**PARSONS, KS 67357** |

| 2.1514. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **GREGORY D & MARY K DUFF,**<br>**6662 100TH ROAD**<br>**THAYER, KS 66776** |

| 2.1515. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **GREGORY E CARTER**<br>**PO BOX 158**<br>**THAYER, KS 66776** |

| 2.1516. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **GREGORY N BRUNGARDT**<br>**11450 70TH ROAD**<br>**GALESBURG, KS 66740** |

| 2.1517. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **GREGORY N GROSDIDIER**<br>**11730 SCOTT ROAD**<br>**ST PAUL, KS 66771** |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1518.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GREGORY W & VIRGINIA S PECK
16405 HWY 146
ERIE, KS 66733**

---

2.1519.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GRIDER WAREHOUSE FOODS, INC
5301 S. SAGE
OKLAHOMA CITY, OK 73109**

---

2.1520.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GROVER FAMILY TRST
RT 1 BOX 200
SOUTH COFFEYVIL, OK 74072**

---

2.1521.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GUADALUPE HATFIELD
P.O. BOX 458
NOGALES, AZ 85628-0458**

---

2.1522.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GWENDLYN PLACE
2700 LEGACY COURT
BARTLESVILLE, OK 74006**

---

2.1523.  State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any

**GWENDLYN PLACE
2700 LEGACY COURT
BARTLESVILLE
OK, US 74006**

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.1524. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **H DALE MOYERS** |
| | List the contract number of any government contract | | **8888 EASY STREET NW**<br>**MASSILLON, OH 44646** |

| 2.1525. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **H EDDIE & RITA SMITH** |
| | List the contract number of any government contract | | **1110 SOUTH RUTTER**<br>**CHANUTE, KS 66720** |

| 2.1526. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD & RUTH HEILMAN REV** |
| | List the contract number of any government contract | | **2204 N LOCH LOMOND CT**<br>**WICHITA, KS 67228** |

| 2.1527. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD & RUTH HEILMAN REV LIV** |
| | List the contract number of any government contract | | **2204 N. LOCH LOMOND COURT**<br>**WICHITA, KS 67228** |

| 2.1528. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD D & MARY A KNEWTSON** |
| | List the contract number of any government contract | | **884 9000TH ROAD**<br>**ALTAMONT, KS 67330** |

| 2.1529. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HAROLD E & PHYLISS L ENOS, H/W**<br>**15550 GRAY ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
_____
   First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.1530. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **HAROLD E DOUGLAS**<br>**504 E. 10TH STREET**<br>**GROVE, OK 74344** |
| | List the contract number of any government contract | _____ | |

| 2.1531. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **HAROLD K RECOY & PATRICIA A**<br>**25810 E 330 ROAD**<br>**CHELSEA, OK 74016** |
| | List the contract number of any government contract | _____ | |

| 2.1532. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **HAROLD L GREEN**<br>**7722 OAKLAND AVE.**<br>**KANSAS CITY, KS 66112** |
| | List the contract number of any government contract | _____ | |

| 2.1533. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **HAROLD LEE FAWL**<br>**17428 UDALL ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.1534. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **HAROLD LEON & MILDRED LUCILLE**<br>**HC 61 BOX 126**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**      Case number *(if known)*   **16-11231-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1535. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD LEON HEADY &** |
| | List the contract number of any government contract | | **15400 30TH ROAD** **PARSONS, KS 67357** |

| 2.1536. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | | **120 SOUTH OKMULGEE STREET** **THAYER, KS 66776** |

| 2.1537. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | | **120 SOUTH OKMULGEE STREET** **THAYER** **KS, US 66776** |

| 2.1538. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | | **120 SOUTH OKMULGEE STREET** **THAYER** **KS, US 66776** |

| 2.1539. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | | **120 SOUTH OKMULGEE STREET** **THAYER** **KS, US 66776** |

| 2.1540. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any | | **120 SOUTH OKMULGEE STREET** **THAYER** **KS, US 66776** |

Debtor 1   **PostRock Energy Services Corporation**
_____First Name_____Middle Name_____Last Name_____

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1541. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN**<br>**120 SOUTH OKMULGEE STREET**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1542. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD LEONARD HARVEY & LINDA**<br>**19600 QUINTER RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.1543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD R HENRY & MILDRED A**<br>**RT. 3, BOX 378**<br>**NOWATA, OK 74048** |
| | List the contract number of any government contract | | |

| 2.1544. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD W PARKS**<br>**405 ASHLAND COURT**<br>**ELYRIA, OH 44035** |
| | List the contract number of any government contract | | |

| 2.1545. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD WEST**<br>**132 SPUNKY CREEK DRIVE**<br>**CATOOSA, OK 74015-2312** |
| | List the contract number of any government contract | | |

| 2.1546. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HARPER OIL COMPANY**<br>**1599 EAST 5200 STREET**<br>**CHERRYVALE, KS 67335** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

| 2.1547. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | Unknown | **HARPER OIL COMPANY** |
| | List the contract number of any government contract | | **1599 EAST 5200 STREET** |
| | | | **CHERRYVALE, KS 67335** |

| 2.1548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **HARRISVILLE BAPTIST CHURCH** |
| | List the contract number of any government contract | | **PO BOX 193** |
| | | | **HARRISVILLE, WV 26362** |

| 2.1549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **HARRY & RUTH M OEHLERT** |
| | List the contract number of any government contract | | **13520 197TH ROAD** |
| | | | **ERIE, KS 66733** |

| 2.1550. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | Unknown | **HARRY E HINMAN REV TRST** |
| | List the contract number of any government contract | | **976 MAIN STREET** |
| | | | **CLIFTON PARK, NY 12065** |

| 2.1551. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **HARRY F PARKS & KATHLEEN PARKS** |
| | List the contract number of any government contract | | **9290 RAWIGA RD** |
| | | | **SEVILLE, OH 44273** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1552. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HART INVESTMENTS , LLC**<br>**BOX 1004**<br>**VINITA, OK 74301** |
| | List the contract number of any government contract | | |

| 2.1553. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HARVEY E DLUGATCH**<br>**18909 SHERMAN WAY**<br>**RESEDA, CA 91335** |
| | List the contract number of any government contract | | |

| 2.1554. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAT CREEK OIL & GAS, INC**<br>**P.O. BOX 2512**<br>**LYONS, CO 80540** |
| | List the contract number of any government contract | | |

| 2.1555. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HATTON W SUMNERS FOUNDATION**<br>**325 N. ST. PAUL STREET,**<br>**STE. 3920**<br>**DALLAS, TX 75201** |
| | List the contract number of any government contract | | |

| 2.1556. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAUGHT CEMETERY INC**<br>**HC-80 BOX 9**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1557. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAUGHT FAMILY TRST**<br>**210 E. MAIN STREET**<br>**HARRISVILLE, WV 26362-1204** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1558. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAVEN C ENGLAND** |
| | List the contract number of any government contract | | **1224 PINE  VALLEY ROAD**<br>**LITTLE ROCK, AR 72207** |

| 2.1559. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAYWARD W COLLINS JR** |
| | List the contract number of any government contract | | **114 GARNETT DRIVE**<br>**DUNBAR, WV 25064-0181** |

| 2.1560. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HBCC OIL & GAS, LLC** |
| | List the contract number of any government contract | | **2375 E. CAMELBACK RD.**<br>**STE. 600**<br>**PHOENIX, AZ 85016** |

| 2.1561. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HEATH W HARDING** |
| | List the contract number of any government contract | | **203 N. LINCOLN**<br>**ERIE, KS 66733** |

| 2.1562. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HEATHER M AYERS** |
| | List the contract number of any government contract | | **28720 COUNTY HWY 48**<br>**PARK RAPIDS, MN 56470** |

| 2.1563. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HEDGE ROW LLC**<br>**7336 220TH ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   Unknown

List the contract number of any government contract

---

2.1564. State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   Unknown

List the contract number of any government contract

**HELEN E HUTCHISON
19588 PRATT ROAD
BENEDICT, KS 66714**

---

2.1565. State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   Unknown

List the contract number of any government contract

**HELEN GRAYBILL
1033 8000 ROAD
ALTAMONT, KS 67330**

---

2.1566. State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   Unknown

List the contract number of any government contract

**HELEN GRAYBILL REV. TRUST
2871 CR 5900
COFFEYVILLE, KS 67337**

---

2.1567. State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   Unknown

List the contract number of any government contract

**HELEN J ELI, TTEE OF THE
P.O. BOX 159
EDNA, KS 67342**

---

2.1568. State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   Unknown

List the contract number of any government contract

**HELEN KAY CALLAGHAN
4279 INDIAN RIVER DR
COCOA, FL 32927**

---

Debtor 1   **PostRock Energy Services Corporation**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1569.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HELEN M HOLDER**
**5624 NW 37TH**
**OKLAHOMA CITY, OK 73122**

---

**2.1570.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HELEN M JOHNSON**
**655 3000 ROAD**
**EDNA, KS 67342**

---

**2.1571.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HELEN M JOHNSON, CONSERVATOR**
**655 3000 ROAD**
**EDNA, KS 67342**

---

**2.1572.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HENRY & JANIS STOCKEBRAND**
**86 3200 STREET**
**SAVONBURG, KS 66772**

---

**2.1573.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HENRY DAVID PENDLETON**
**16024 WEST 80TH ST**
**LENEXA, KS 66219**

---

**2.1574.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**HERMAN ENTERPRISES, LLC**
**PO BOX 28010**
**SCOTTSDALE, AZ 85255**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1575. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HESTER GERALDINE TICHY** |
| | List the contract number of any government contract | | **607 55TH STREET** **VIENNA, WV 26105** |

| 2.1576. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HG ENERGY, LLC** |
| | List the contract number of any government contract | | **5620 DUPONT ROAD** **PARKERSBURG, WV 26101** |

| 2.1577. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HGL FARMS** |
| | List the contract number of any government contract | | **20705 IRVING ROAD** **CHANUTE, KS 66720** |

| 2.1578. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HIGHLAND ENERGY PARTNERS, LLC** |
| | List the contract number of any government contract | | **4 BROOKHAVEN TRL** **LITTLETON, CO 80123** |

| 2.1579. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HIGHMARK ENERGY OPERATING, LLC** |
| | List the contract number of any government contract | | **PO BOX 205309** **DALLAS, TX 75320-5309** |

| 2.1580. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HILDA DEEM** **5607 4TH AVENUE** **VIENNA, WV 26105** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.1581. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | HILLCREST FARMS OF KANSAS INC |
| | List the contract number of any government contract | _____ | 3111 KANSAS ROAD<br>HAVANA, KS 67347 |

| 2.1582. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | HINES FARMS INC |
| | List the contract number of any government contract | _____ | 13350 160TH ROAD<br>ERIE, KS 66733 |

| 2.1583. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | HIRAM S GREEN |
| | List the contract number of any government contract | _____ | PO BOX 77<br>SPURLOCK, WV 25565 |

| 2.1584. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | HOLLY MICHAELIS |
| | List the contract number of any government contract | _____ | PO BOX 263<br>REPUBLIC, MO 65738 |

| 2.1585. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | HOLLY MICHAELIS |
| | List the contract number of any government contract | _____ | PO BOX 263<br>REPUBLIC<br>MO, US 65738 |

Debtor 1    **PostRock Energy Services Corporation**        Case number *(if known)*   **16-11231-SAH**

First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1586.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**HOLLY MICHAELIS**
**PO BOX 263**
**REPUBLIC**
**MO, US 65738**

---

**2.1587.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOLST LAND & CATTLE, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

---

**2.1588.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOOVER B AYERS**
**PO BOX 163**
**SANDYVILLE, WV 25275-0163**

---

**2.1589.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOPEWELL OPERATING, INC**
**4600 GREENVILLE AVE., #200**
**DALLAS, TX 75206**

---

**2.1590.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOPPES FARMS, LLC**
**21016 NESS RD**
**PARSONS, KS 67357**

---

**2.1591.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**HORIZON NATURAL RESOURCES, INC**
**2131 W 73RD STREET**
**TULSA, OK 74132**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.1592. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HOWARD & VICKIE BAILEY**<br>**RT 1, BOX 394**<br>**SALT ROCK, WV 25559** |
| | List the contract number of any government contract | | |

| 2.1593. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HOWARD A & GETA F MARKLEY REV**<br>**716 26000 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1594. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1595. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1596. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1597. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**
_____

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining        **UNKNOWN**

List the contract number of any
government contract        _____

---

2.1598.    State what the contract or lease is for and the nature of the debtor's interest        **LAND USE AGREEMENT**

State the term remaining        **UNKNOWN**        **HOWARD A & GETA F MARKLEY REV TRST**
**716 26000 RD**
**DENNIS**
**KS, US 67341**

List the contract number of any
government contract        _____

---

2.1599.    State what the contract or lease is for and the nature of the debtor's interest        **LAND USE AGREEMENT**

State the term remaining        **UNKNOWN**        **HOWARD A & GETA F MARKLEY REV TRST**
**716 26000 RD**
**DENNIS**
**KS, US 67341**

List the contract number of any
government contract        _____

---

2.1600.    State what the contract or lease is for and the nature of the debtor's interest        **LAND USE AGREEMENT**

State the term remaining        **UNKNOWN**        **HOWARD A & GETA F MARKLEY REV TRST**
**716 26000 RD**
**DENNIS**
**KS, US 67341**

List the contract number of any
government contract        _____

---

2.1601.    State what the contract or lease is for and the nature of the debtor's interest        **LAND USE AGREEMENT**

State the term remaining        **UNKNOWN**        **HOWARD A & GETA F MARKLEY REV TRST**
**716 26000 RD**
**DENNIS**
**KS, US 67341**

List the contract number of any
government contract        _____

---

2.1602.    State what the contract or lease is for and the nature of the debtor's interest        **LAND USE AGREEMENT**

State the term remaining        **UNKNOWN**        **HOWARD C & DEBRA L WEBSTER**
**HC 61 BOX 24**
**LENAPAH**
**OK, US 74042**

List the contract number of any
government contract        _____

---

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1603.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH, OK 74042**

**2.1604.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH**
**OK, US 74042**

**2.1605.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOWARD C WEBSTER, JR**
**HC 61 BOX 24**
**LENAPAH, OK 74042**

**2.1606.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOWARD E BAILEY &**
**306 S. LARSON**
**CHANUTE, KS 66720**

**2.1607.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HOWARD E KOONTZ III**
**320 COLLEGE VIEW BLVD.**
**WESTMINSTER, MD 21158**

**2.1608.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**HOWARD JR & DEBRA WEBSTER,**
**HC 61 BOX 24**
**LENAPAH, OK 74042**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1609. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HOWARD WEIDERT & PAULA WEIDERT** |
| | List the contract number of any government contract | | **8855 30TH ROAD** |
| | | | **GALESBURG, KS 66740** |

| 2.1610. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUDSON FAMILY FARMS, LLC** |
| | List the contract number of any government contract | | **1164 11TH LANE SW** |
| | | | **BURLINGTON, KS 66839** |

| 2.1611. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUGH E & HAZEL GOOD, TTEE OF** |
| | List the contract number of any government contract | | **8063 VICTORY RD.** |
| | | | **OSWEGO, KS 67356** |

| 2.1612. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUGHES RIVER OIL & GAS INC** |
| | List the contract number of any government contract | | **71 OLD MILL LANE** |
| | | | **WALKER, WV 26180** |

| 2.1613. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUGO & LAURALEE SPIEKER LIV TR** |
| | List the contract number of any government contract | | **15575 ELK RD** |
| | | | **CHANUTE, KS 66720** |

| 2.1614. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **HUGO & LAURALEE SPIEKER LIV TR** |
|---|---|---|---|
| | | | **15575 ELK RD** |
| | | | **CHANUTE** |
| | | | **KS, US 66720** |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN |  |
| List the contract number of any government contract | _____ |  |

| 2.1615. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.1616. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.1617. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.1618. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.1619. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **HUGO & LAURALEE SPIEKER LIV TR, HUGO & L**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1620. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR, HUGO & L**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1621. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Hugo & Lauralee Spiekler Liv Tr**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1622. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Hugo & Lauralee Spiekler Liv Tr**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1623. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUNTER & DENISE HASTINGS**<br>**1520 200TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1624. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HYGRADE CONSTRUCTION &**<br>**P.O. BOX 206**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.1625. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IDA M SPRINGSTON**<br>**1920 KNIGHT ROAD**<br>**AKRON, OH 44306** |
| | List the contract number of any | | |

Debtor 1   PostRock Energy Services Corporation
          _____          Case number *(if known)*   16-11231-SAH
          First Name      Middle Name      Last Name            _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.1626. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | II MOORE FARMS, A PARTNERSHIP |
|  | List the contract number of any government contract | | 210 NATIONS ROAD<br>COFFEYVILLE, KS 67337 |

| 2.1627. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ILA EMOGENE WOLFE ESTATE |
|  | List the contract number of any government contract | | 1484 BLENNERHASSETT HEIGHTS<br>PARKERSBURG, WV 26101 |

| 2.1628. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ILEANA R CROWLEY |
|  | List the contract number of any government contract | | 6013 ROOSEVELT ST<br>BETHESDA, MD 20817 |

| 2.1629. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ILENE T BUSSMAN REV TRST; |
|  | List the contract number of any government contract | | 370 12000 ROAD<br>MOUND VALLEY, KS 67354 |

| 2.1630. | State what the contract or lease is for and the nature of the debtor's interest | Copiers/Printers/Scanners | |
|---|---|---|---|
|  | State the term remaining | 1  months | IMAGENET CONSULTING, LLC |
|  | List the contract number of any government contract | | 913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 |

| 2.1631. | State what the contract or lease is for and the nature of the debtor's interest | Copiers/Printers/Scanners | IMAGENET CONSULTING, LLC<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **4  days** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1632. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/Printers/Scanners** | |
|---|---|---|---|
| | State the term remaining | **2  months** | **IMAGENET CONSULTING, LLC** |
| | List the contract number of any government contract | | **913 N. BROADWAY** |
| | | | **OKLAHOMA CITY, OK 73102** |

| 2.1633. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/Printers/Scanners** | |
|---|---|---|---|
| | State the term remaining | **25  months** | **IMAGENET CONSULTING, LLC** |
| | List the contract number of any government contract | | **913 N. BROADWAY** |
| | | | **OKLAHOMA CITY, OK 73102** |

| 2.1634. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/Printers/Scanners** | |
|---|---|---|---|
| | State the term remaining | **4  days** | **IMAGENET CONSULTING, LLC** |
| | List the contract number of any government contract | | **913 N. BROADWAY** |
| | | | **OKLAHOMA CITY, OK 73102** |

| 2.1635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IMOGENE R RAYMOND ESTATE,** |
| | List the contract number of any government contract | | **6323 EAST 5TH STREET** |
| | | | **TULSA, OK 74112** |

| 2.1636. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IONA KRAMER COLE** |
| | List the contract number of any government contract | | **P.O. BOX 28** |
| | | | **GALESBURG, KS 66740** |

Debtor 1   **PostRock Energy Services Corporation**
          First Name      Middle Name      Last Name

Case number *(if known)*   **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1637.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**IRA M HAUGHT**
**210 E. MAIN STREET**
**HARRISVILLE, WV 26362**

**2.1638.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**IRENE J CONAWAY**
**RR 1, BOX 272**
**HARRISVILLE, WV 26362**

**2.1639.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**IRENE KINDLEY**
**1003 N. 9TH AVE.**
**APT 604**
**BELTON, TX 76513**

**2.1640.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**IRMA FAYE GOSS LIFE ESTATE**
**605 FIRELANE RD**
**EDMOND, OK 73003**

**2.1641.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**IRMA WILSON**
**3027 SWEITZER ST. NW**
**UNIONTOWN, OH 44685-9325**

**2.1642.** State what the contract or lease is for and the nature of the debtor's interest
    State the term remaining
    List the contract number of any

**Royalty Payments**

**Unknown**

**IRREV LOJ TRST**
**6820 30TH RD**
**THAYER, KS 66776**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.1643. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IRWIN LEE & LINDA JO DIEDIKER DIEDIKER LIV TRST 12650 20TH RD PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1644. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ivan & Patricia Good Rev Trust 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1645. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ivan & Patricia Good Rev Trust 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1646. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1647. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1648. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | UNKNOWN |
| | List the contract number of any government contract | |

| 2.1649. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
| | State the term remaining | UNKNOWN | IVAN GOOD, TTEE<br>2 RORI LANE<br>BELLA VISTA<br>AR, US 72715-5609 |
| | List the contract number of any government contract | | |

| 2.1650. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
| | State the term remaining | UNKNOWN | IVAN L & PATRICIA A GOOD REV TRST<br>2 RORI LANE<br>BELLA VISTA<br>AR, US 72715-5609 |
| | List the contract number of any government contract | | |

| 2.1651. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
| | State the term remaining | UNKNOWN | IVAN L & PATRICIA A GOOD REV TRST<br>2 RORI LANE<br>BELLA VISTA<br>AR, US 72715-5609 |
| | List the contract number of any government contract | | |

| 2.1652. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
| | State the term remaining | UNKNOWN | IVAN L & PATRICIA A GOOD REV TRST<br>2 RORI LANE<br>BELLA VISTA<br>AR, US 72715-5609 |
| | List the contract number of any government contract | | |

| 2.1653. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
| | State the term remaining | UNKNOWN | IVAN L & PATRICIA A GOOD REV TRST<br>2 RORI LANE<br>BELLA VISTA<br>AR, US 72715-5609 |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1654.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Royalty Payments**

**Unknown**

_____

IVAN L GOOD REV TRST
2 RORI LANE
BELLA VISTA, AR 72715-5609

---

**2.1655.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Royalty Payments**

**Unknown**

_____

IVAN LEE FAIL
846 S. LINDEN
SPARTA, MO 65753

---

**2.1656.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LAND USE AGREEMENT**

**UNKNOWN**

_____

IVAN LEE FAIL
846 S. LINDEN
SPARTA
MO, US 65753

---

**2.1657.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LAND USE AGREEMENT**

**UNKNOWN**

_____

IVAN LEE FAIL
846 S. LINDEN
SPARTA
MO, US 65753

---

**2.1658.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LAND USE AGREEMENT**

**UNKNOWN**

_____

J CARROLL & SHIRLEY F FINLEY
1420 HIGHWAY 39
CHANUTE
KS, US 66720

---

**2.1659.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**LAND USE AGREEMENT**

**UNKNOWN**

J CARROLL & SHIRLEY F FINLEY
1420 HIGHWAY 39
CHANUTE
KS, US 66720

Debtor 1   **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.1660. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **J CARROLL & SHIRLEY F FINLEY** |
| | List the contract number of any government contract | | **1420 HIGHWAY 39**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1661. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **J CARROLL & SHIRLEY F FINLEY** |
| | List the contract number of any government contract | | **1420 HIGHWAY 39**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1662. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **J CARROLL FINLEY &** |
| | List the contract number of any government contract | | **1420 HIGHWAY 39**<br>**CHANUTE, KS 66720** |

| 2.1663. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **J CHRISTOPHER DYKES** |
| | List the contract number of any government contract | | **PO BOX 280235**<br>**LAKEWOOD, CO 80228** |

| 2.1664. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **J CLINTON WALKER TRST** |
| | List the contract number of any government contract | | **14403 FAIRWAY**<br>**LEAWOOD, KS 66224** |

| 2.1665. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **J D COOK, INC**<br>**P.O. BOX 373**<br>**COFFEYVILLE, KS 67337** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
    First Name           Middle Name           Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

---

**2.1666.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**J DAVID CECIL**
**526 EVEREST AVENUE**
**ST ALBANS, WV 25177**

---

**2.1667.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**J F DEEM**
**4541 EMERSON AVENUE**
**#1 FLOOR 2**
**PARKERSBURG, WV 26104**

---

**2.1668.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**J H SNYDER HEIRS**
**27 STONERIDGE ROAD**
**WASHINGTON, WV 26181**

---

**2.1669.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**J KYLE JONES**
**PO BOX 1874**
**MIDLAND, TX 79702**

---

**2.1670.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**J NELSON ELLIOTT**
**12324 CATALINA**
**LEAWOOD, KS 66209**

---

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*   **16-11231-SAH**

       First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1671.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**J V OIL LLC**
**PO BOX 151**
**CHANUTE, KS 66720**

---

**2.1672.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**J W ELLIOTT HEIRS**
**2404 WV HWY 47W**
**LINN, WV 26384-7817**

---

**2.1673.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**J. IRWIN DIEDIKER REV TR**
**1970 MEADE RD**
**PARSONS, KS 67357**

---

**2.1674.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**JACK & GAYLA THOMAS**
**H.C. 61, BOX 238**
**LENAPAH, OK 74042**

---

**2.1675.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**JACK & HELEN HINES, JTS**
**212 N. GRANT STREET**
**ERIE, KS 66733**

---

**2.1676.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any

**JACK & MARY JO HUGHES**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| government contract | | |

| 2.1677. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JACK B JETT** |
| | List the contract number of any government contract | | **24070 FINNEY**<br>**DENNIS, KS 67341** |

| 2.1678. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JACK D RYMER** |
| | List the contract number of any government contract | | **405 HICKORY GROVE CIR**<br>**HARRISONBURG, VA 22801-7608** |

| 2.1679. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JACK DODSON MANSUR** |
| | List the contract number of any government contract | | **13537 TRADITION STREET**<br>**SAN DIEGO, CA 92128-4735** |

| 2.1680. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JACK HUGHES REV TR** |
| | List the contract number of any government contract | | **8405 30TH RD**<br>**GALESBURG**<br>**KS, US 66740** |

| 2.1681. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JACK HUGHES, AS TTEE OF THE** |
| | List the contract number of any government contract | | **8405 30TH ROAD**<br>**GALESBURG, KS 66740** |

| 2.1682. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JACK J ROWLAND**<br>**13003 ROOKS ROAD**<br>**OSWEGO, KS 67356** |
|---|---|---|---|

Debtor 1     **PostRock Energy Services Corporation**
                First Name          Middle Name          Last Name

Case number *(if known)*     **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.1683. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining **Unknown** | **JACK R CHEYNEY**<br>**8655 170TH ROAD**<br>**CHANUTE, KS 66720** |
| List the contract number of any government contract | |

| 2.1684. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining **Unknown** | **JACK ROBERT SCOTT & LADONNA R**<br>**6763 E. 32ND PLACE**<br>**TULSA, OK 74145** |
| List the contract number of any government contract | |

| 2.1685. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|
| State the term remaining **UNKNOWN** | **JACK W DYKE, ET UX**<br>**513 27000 ROAD**<br>**THAYER**<br>**KS, US 66776** |
| List the contract number of any government contract | |

| 2.1686. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|
| State the term remaining **UNKNOWN** | **JACK W DYKE, ET UX**<br>**513 27000 ROAD**<br>**THAYER**<br>**KS, US 66776** |
| List the contract number of any government contract | |

| 2.1687. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|
| State the term remaining **UNKNOWN** | **Jacob CP Schwartz**<br>**26062 ELK ROAD**<br>**THAYER**<br>**KS, US 66776** |
| List the contract number of any government contract | |

Debtor 1  **PostRock Energy Services Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1688.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Jacob CP Schwartz
26062 ELK ROAD
THAYER
KS, US 66776

**2.1689.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JACQUELINE COOK BREEN AGENT
1525 NW 183 AVENUE
PEMBROKE PINES, FL 33029

**2.1690.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAKE BARNES
28812 N 141 ST
SCOTTSDALE, AZ 85262

**2.1691.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES & DIXIE ALDRIDGE RV TRST
1030 23000 RD
PARSONS, KS 67357

**2.1692.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

JAMES & JUANITA MCCLANAHAN
8434 S PHOENIX PL
TULSA
OK, US 74135

**2.1693.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

JAMES & JUANITA MCCLANAHAN
8434 S PHOENIX PL
TULSA
OK, US 74135

Debtor 1  **PostRock Energy Services Corporation**
First Name         Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1694. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES & JUANITA MCCLANAHAN** <br> **8434 S PHOENIX PL** <br> **TULSA** <br> **OK, US 74135** |
| | List the contract number of any government contract | | |

| 2.1695. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES & JUANITA MCCLANAHAN** <br> **8434 S PHOENIX PL** <br> **TULSA** <br> **OK, US 74135** |
| | List the contract number of any government contract | | |

| 2.1696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES & MARIE BANOWETZ** <br> **10012 FORD RD** <br> **EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1697. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES & MARIE BANOWETZ** <br> **10012 FORD RD** <br> **EDNA** <br> **KS, US 67342** |
| | List the contract number of any government contract | | |

| 2.1698. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES & ROBERTA MCCOY** <br> **P. O. BOX 5** <br> **SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1699. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JAMES & RUETTA PRICE - JT** <br> **100 KANSAS ST.** <br> **SUSANK, KS 67544-9016** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1700. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES &/OR SHARON HOLTZMAN**<br>**24723 850 ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1701. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **James &/or Sharon Holtzman**<br>**24723 850 ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1702. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **James &/or Sharon Holtzman**<br>**24723 850 ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1703. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES A & EVELYN L GRADY**<br>**22094 1800 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1704. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES A & EVELYN L GRADY**<br>**22094 1800 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1705.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAMES A & EVELYN L GRADY**
**22094 1800 ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1706.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAMES A & EVELYN L GRADY**
**22094 1800 ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1707.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**JAMES A & EVELYN L GRADY TR**
**22094 1800 ROAD**
**CHANUTE, KS 66720**

---

**2.1708.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**JAMES A & EVELYN L GRADY TRST**
**22094 1800 ROAD**
**CHANUTE, KS 66720**

---

**2.1709.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAMES A & EVELYN L GRADY TRST**
**22094 1800 ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1710.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**JAMES A & WILMA WESTHOFF**
**13450 GRAY RD.**
**CHANUTE, KS 66720**

---

| Debtor 1 | PostRock Energy Services Corporation | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1711.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES A DAUGHERTY
HC 64 BOX 2890
THREE CHURCHES, WV 26757

---

**2.1712.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES A SLAYTER III & CHERYL
1172-7000 ROAD
EDNA, KS 67342

---

**2.1713.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES A VITT & JUDITH ANN
1164 26000 RD
PARSONS, KS 67357

---

**2.1714.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES B HAYHURST JR
29 ASHWOOD PLACE
VIENNA, WV 26105

---

**2.1715.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAMES B MCGEE & BRENDA K MCGEE
4078 GRAY ROAD
EDNA, KS 67342

---

**2.1716.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

JAMES BOYLE
14 HARWOOD COURT
SUITE 225
SCARSDALE, NY 10583

---

Debtor 1    **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.1717. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JAMES C & DONNA S BATES, 6015 IRVING RD GALESBURG, KS 66740 |
| | List the contract number of any government contract | | |

| 2.1718. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JAMES C & VIRGINIA WILLIAMS RT 1, BOX 169 THAYER, KS 66776 |
| | List the contract number of any government contract | | |

| 2.1719. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JAMES CLEMENS 26024 OTTAWA ROAD PARSONS, KS 67357 |
| | List the contract number of any government contract | | |

| 2.1720. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JAMES D & MARY L WALTERMIRE 15215 250TH RD SAVONBURG, KS 66772 |
| | List the contract number of any government contract | | |

| 2.1721. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JAMES D BURNHAM & 6047 DOUGLAS RD. COFFEYVILLE, KS 67337 |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1722. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES D CHILDERS** |
| | List the contract number of any government contract | _____ | **RT #1 BOX 305** **SALT ROCK, WV 25559** |

| 2.1723. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES D ROBERTS** |
| | List the contract number of any government contract | _____ | **1047 ANDERSON ROAD** **COFFEYVILLE, KS 67337** |

| 2.1724. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES DENNIS HARDING** |
| | List the contract number of any government contract | _____ | **20526 1700 RD** **ALTOONA, KS 66710** |

| 2.1725. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E & TERRI S DEGEER** |
| | List the contract number of any government contract | _____ | **14305 210 ROAD** **ERIE, KS 66733** |

| 2.1726. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES E ALDRIDGE** |
| | List the contract number of any government contract | _____ | **1030 23000 RD** **PARSONS** **KS, US 67357** |

| 2.1727. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAMES E ALDRIDGE** |
| | List the contract number of any | | **1030 23000 RD** **PARSONS** **KS, US 67357** |

Debtor 1   PostRock Energy Services Corporation
_____
First Name      Middle Name      Last Name

Case number *(if known)*   16-11231-SAH



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.1728. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E BOLLIG**<br>**16798 WICHITA ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

---

| 2.1729. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E DEEM**<br>**724 COOPER ST**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

---

| 2.1730. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E FAGER**<br>**7511 W. 144TH PL.**<br>**OVERLAND PARK, KS 66223** |
| | List the contract number of any government contract | | |

---

| 2.1731. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E KNOX & ARLENE D KNOX**<br>**824 LOOKOUT POINT ROAD**<br>**C/O DOUG KNOX**<br>**SELAH, WA 98942** |
| | List the contract number of any government contract | | |

---

| 2.1732. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E KNOX TRST, ARLENE D**<br>**5322 PENNSYLVANIA AVE.**<br>**BOULDER, CO 80303-2852** |
| | List the contract number of any government contract | | |

---

| 2.1733. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JAMES E KNOX TRST, JAMES &**<br>**5322 PENNSYLVANIA AVE.**<br>**BOULDER, CO 80303** |
|---|---|---|---|

---

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract    _____ | |

| 2.1734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract    _____ | **JAMES E STARR**<br>**614 WIGNER AVENUE**<br>**HARRISVILLE, WV 26362** |

| 2.1735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract    _____ | **JAMES E STARR AGENT**<br>**614 WIGNER AVE.**<br>**HARRISVILLE, WV 26362** |

| 2.1736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract    _____ | **JAMES F & MARY J SOODSMA REV**<br>**20052 HARPER RD**<br>**MOUND VALLEY, KS 67354** |

| 2.1737. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract    _____ | **JAMES F. MOYERS**<br>**111 DAYTON ROAD**<br>**MARIETTA, OH 45750** |

| 2.1738. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract    _____ | **JAMES GARRETSON**<br>**PO BOX 415**<br>**GRANTSVILLE, WV 26147** |

Debtor 1    **PostRock Energy Services Corporation**

_First Name_          _Middle Name_          _Last Name_

Case number _(if known)_    **16-11231-SAH**

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES H & ELIZABETH M SCOTT**<br>**24081 GRAY RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1740. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES H EARLE**<br>**53253 ZACHARY DRIVE**<br>**CHESTERFIELD, MI 48047** |
| | List the contract number of any government contract | | |

| 2.1741. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES J & JANET S CALLARMAN**<br>**2 SCARBA LANE**<br>**BELLA VISTA, AR 72715** |
| | List the contract number of any government contract | | |

| 2.1742. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES J & SUSANN M PIASZYNSKI**<br>**1508 COLLINS ST.**<br>**WEBSTER CITY, IA 50595** |
| | List the contract number of any government contract | | |

| 2.1743. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES JEROME, THOMAS JEROME,**<br>**1834 N. DENENE STREET**<br>**WICHITA, KS 67212** |
| | List the contract number of any government contract | | |

| 2.1744. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES K & DESIREE A KEPLEY**<br>**19450 FORD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any | | |

---

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.1745. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES KRAMER & JOYCE KRAMER**<br>**4040 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1746. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES L & MARY L YORK**<br>**23996 700 ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1747. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M & RACHEL POWERS**<br>**1030 S GRETCHEN**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1748. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M DYE**<br>**13848 HEBRON RD**<br>**ELLENBORO, WV 26346** |
| | List the contract number of any government contract | | |

| 2.1749. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M KASPER**<br>**1496 MCPHERSON STREET**<br>**SANTA CLARA, CA 95051** |
| | List the contract number of any government contract | | |

| 2.1750. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JAMES M ZANOVICH**<br>**1220 MADERA DR**<br>**LAKE HAVASU CITY, AZ 86404** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

| 2.1751. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **JAMES MCCOY** |
|  | List the contract number of any government contract | | **P.O. BOX 5** |
|  | | | **SMITHVILLE, WV 26178** |

| 2.1752. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **JAMES MICHAEL RENEHAN** |
|  | List the contract number of any government contract | | **11651 BRIDGEPORT ROAD** |
|  | | | **TANEYTOWN, MD 21787** |

| 2.1753. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **JAMES O MORRIS & MARY L MORRIS** |
|  | List the contract number of any government contract | | **16924 UDALL RD** |
|  | | | **ALTOONA, KS 66710** |

| 2.1754. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **JAMES P & COLLEEN M NEELY,** |
|  | List the contract number of any government contract | | **9050 140TH RD** |
|  | | | **CHANUTE, KS 66720** |

| 2.1755. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **JAMES P & SHERRY L KEITH** |
|  | List the contract number of any government contract | | **370 LOCUST RIDGE** |
|  | | | **WASHINGTON, WV 26181** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1756.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JAMES P HARRINGTON**
**2060 CANYON LAKES DRIVE**
**SAN RAMON, CA 94582-4921**

---

**2.1757.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JAMES R & RHONDA ROHLING**
**10053 CLAY ROAD**
**MOUND VALLEY, KS 67354**

---

**2.1758.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JAMES R & SUSANNAH E WEIL, H/W**
**20711 CR 53**
**KERSEY, CO 80644**

---

**2.1759.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JAMES R GROVER &**
**BOX 2136 K ST SW**
**MIAMI, OK 74354**

---

**2.1760.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JAMES R PERKINS ENERGY TRST**
**PO BOX 707**
**HOWARD, KS 67349**

---

**2.1761.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**JAMES R PERKINS, TTEE**
**PO BOX 707**
**HOWARD, KS 67349**

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.1762. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JAMES R ROSS |
| | List the contract number of any government contract | | RT 3 BOX 91 ONA, WV 25545 |

| 2.1763. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JAMES STOVER |
| | List the contract number of any government contract | | 3125 240TH ROAD CHANUTE, KS 66720 |

| 2.1764. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JAMES W & JANET E SYMONS |
| | List the contract number of any government contract | | 31757 US HIGHWAY 160 BAYFIELD, CO 81122 |

| 2.1765. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JAMES W &/OR E FAYE ROBERTSON |
| | List the contract number of any government contract | | 2815 85TH ROAD THAYER, KS 66776 |

| 2.1766. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JAMES W CLEMENS |
| | List the contract number of any government contract | | 26024 OTTAWA ROAD PARSONS, KS 67357 |

| 2.1767. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | JAMES W MCGUIRE JR & CONNIE J 8475 QUEEN ROAD ST. PAUL, KS 66771 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract | |

| 2.1768. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES W REXROAD HRS**<br>**22 C STREET VANBUREN HOMES**<br>**BEAVER, PA 15009** |
| | List the contract number of any government contract | | |

| 2.1769. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANE ANN WILKINSON RUNYAN**<br>**917 NOTTINGHAM COURT**<br>**BENTON, AR 72019-2398** |
| | List the contract number of any government contract | | |

| 2.1770. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANE BURNS TRST**<br>**8101 MISSION RD**<br>**APT. 203**<br>**PRAIRIE VILLAGE, KS 66208** |
| | List the contract number of any government contract | | |

| 2.1771. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANET A SOLES**<br>**4053 CHASE ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1772. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Janet Erbe**<br>**21184 800 ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1773.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JANET K STEPHENS TRST**
**1441 30TH STREET**
**SEVERY, KS 67137**

---

**2.1774.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JANET L ERBE**
**21184 800 ROAD**
**ALTOONA, KS 66710**

---

**2.1775.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JANET LYNN BURRIS**
**920 25000 ROAD**
**PARSONS, KS 67357**

---

**2.1776.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Janet Lynn Burris**
**920 25000 ROAD**
**PARSONS**
**KS, US 67357**

---

**2.1777.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Janet Lynn Burris**
**920 25000 ROAD**
**PARSONS**
**KS, US 67357**

---

**2.1778.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JANET M STANLEY**
**1410 LYNN CAMP ROAD**
**PENNSBORO, WV 26415**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1779. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JANET SMITH |
| | List the contract number of any government contract | | 3298 NE 56TH AVE SILVERSPRINGS, FL 34488 |

| 2.1780. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JANET SUE ELLIOTT |
| | List the contract number of any government contract | | 619 LIMESTONE RUN ROAD WESTON, WV 26452-7667 |

| 2.1781. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JANICE A COLE |
| | List the contract number of any government contract | | 508 N CLINE ROAD APT J COFFEYVILLE, KS 67337 |

| 2.1782. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JANICE L CONGLETON |
| | List the contract number of any government contract | | 159 EMMAUS RD BELPRE, OH 45714 |

| 2.1783. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JANICE STAHL |
| | List the contract number of any government contract | | 120 W. JACKSON PITTSBURG, KS 66762 |

| 2.1784. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | JANICE SWALLEY 13515 GRAY ROAD CHANUTE, KS 66720 |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　**Unknown** | |
| List the contract number of any government contract　_____ | |

| 2.1785. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANIE L SCOTT, LIFE ESTATE** |
| | List the contract number of any government contract | | **722 SW STATELINE LANE**<br>**ASBURY, MO 64832** |

| 2.1786. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANIS D MARSHALL** |
| | List the contract number of any government contract | | **7521 SW 108TH PLACE**<br>**OCALA, FL 34476** |

| 2.1787. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JARED G & HEIDI L RANZ, J.T.** |
| | List the contract number of any government contract | | **17017 UDALL ROAD**<br>**ALTOONA, KS 66710** |

| 2.1788. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAROLD HENRY** |
| | List the contract number of any government contract | | **14385 ELK ROAD**<br>**CHANUTE, KS 66720** |

| 2.1789. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY** |
| | List the contract number of any government contract | | **14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name            Middle Name            Last Name

Case number *(if known)*    **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1790.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1791.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1792.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1793.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1794.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1795.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1796. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720
List the contract number of any government contract

---

2.1797. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720
List the contract number of any government contract

---

2.1798. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720
List the contract number of any government contract

---

2.1799. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720
List the contract number of any government contract

---

2.1800. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720
List the contract number of any government contract

---

2.1801. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JAROLD W & MARILYN HENRY**
14385 ELK ROAD
CHANUTE
KS, US 66720

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract | _____ |  |

| 2.1802. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|  | State the term remaining | UNKNOWN | JAROLD W & MARILYN HENRY<br>14385 ELK ROAD<br>CHANUTE<br>KS, US 66720 |
|  | List the contract number of any government contract | _____ |  |

| 2.1803. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|  | State the term remaining | UNKNOWN | JAROLD W & MARILYN HENRY<br>14385 ELK ROAD<br>CHANUTE<br>KS, US 66720 |
|  | List the contract number of any government contract | _____ |  |

| 2.1804. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|  | State the term remaining | UNKNOWN | JAROLD W & MARILYN HENRY<br>14385 ELK ROAD<br>CHANUTE<br>KS, US 66720 |
|  | List the contract number of any government contract | _____ |  |

| 2.1805. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|  | State the term remaining | UNKNOWN | JAROLD W & MARILYN HENRY<br>14385 ELK ROAD<br>CHANUTE<br>KS, US 66720 |
|  | List the contract number of any government contract | _____ |  |

| 2.1806. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|  | State the term remaining | UNKNOWN | JAROLD W & MARILYN HENRY<br>14385 ELK ROAD<br>CHANUTE<br>KS, US 66720 |
|  | List the contract number of any government contract | _____ |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1807.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE, KS 66720**

**2.1808.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

**2.1809.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

**2.1810.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

**2.1811.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

**2.1812.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

Debtor 1    **PostRock Energy Services Corporation**

First Name    Middle Name    Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1813. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1814. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1815. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1816. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1817. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1818. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **UNKNOWN** | |
| List the contract number of any government contract | |

---

| 2.1819. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY JTS**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

---

| 2.1820. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JARROD BIAS**<br>**RT 1 BOX 323B**<br>**SALT ROCK, WV 25559-1240** |
| | List the contract number of any government contract | | |

---

| 2.1821. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASMINE ROYALTIES LLC**<br>**1720 S BELLAIRE ST STE 1209**<br>**DENVER, CO 80222** |
| | List the contract number of any government contract | | |

---

| 2.1822. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON & TERA ELLIOTT HW/JTROS**<br>**14250 220TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

---

| 2.1823. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON A & WENDEE D GRADY**<br>**PO BOX 459**<br>**MANHATTAN, KS 66505** |
| | List the contract number of any government contract | | |

---

Debtor 1   **PostRock Energy Services Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1824. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON DANIEL VAVRINA**<br>**49 TUCKER LANE**<br>**BAYFIELD, CO 81122** |
| | List the contract number of any government contract | | |

| 2.1825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON H WHEELER**<br>**1309 N 14TH ST**<br>**MARYSVILLE, KS 66508** |
| | List the contract number of any government contract | | |

| 2.1826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON HARRIS & JENNIFER HARRIS**<br>**15240 80TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1827. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JASON R BOURNE**<br>**3715 SHORE AVE**<br>**EVERETT, WA 98203** |
| | List the contract number of any government contract | | |

| 2.1828. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY B PENDLETON**<br>**22 VALOR LANE**<br>**LEVITTOWN, PA 19054-1004** |
| | List the contract number of any government contract | | |

| 2.1829. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY BEE ROYALTY, LLC**<br>**1720 US HIGHWAY 22 CTR**<br>**UNION, NJ '07083** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**
First Name      Middle Name      Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.1830. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAY C & KRISTINA R BARNHART**
**16600 MARSHALL RD**
**ERIE, KS 66733**

2.1831. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAY D & SHARON K HICKS, H/W**
**775 SOUTH LIBERTY ROAD**
**CHERRYVALE, KS 67335-5709**

2.1832. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAY D HICKS**
**206 EAST 6TH, APT 6-B**
**CHERRYVALE**
**KS, US 67355**

2.1833. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAY D HICKS**
**206 EAST 6TH, APT 6-B**
**CHERRYVALE**
**KS, US 67355**

2.1834. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAY D HICKS**
**206 EAST 6TH, APT 6-B**
**CHERRYVALE**
**KS, US 67355**

2.1835. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**JAY D HICKS**
**206 EAST 6TH, APT 6-B**
**CHERRYVALE**
**KS, US 67355**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.1836. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.1837. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.1838. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY D LAMONS & ELLA J LAMONS**<br>**20530 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1839. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY HAWLEY STAFFORD**<br>**127 ROAD RUNNER DRIVE**<br>**PONCA CITY, OK 74604-5172** |
| | List the contract number of any government contract | | |

| 2.1840. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JD COOK, INC**<br>**P.O. BOX 373**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.1841.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEAN ALKIRE**
**HC 71 BOX 114**
**AUGUSTA, WV 26704**

---

**2.1842.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO, MO 64850**

---

**2.1843.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO**
**MO, US 64850**

---

**2.1844.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNE C BERRY**
**PO BOX 102**
**TORNADO, WV 25202**

---

**2.1845.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNETTE HOLTZBACH**
**2140 MENTONE BLVD., #164**
**MENTONE, CA 92359**

---

**2.1846.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JEFF CHADWELL**
**2398 INDEPENDENCE ROAD**
**SEDAN, KS 67361**

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JEFF KEPHART**
**4230 DOUGLAS ROAD**
**THAYER, KS 66776**

| | | |
|---|---|---|
| 2.1848. | State what the contract or lease is for and the nature of the debtor's interest | **27th floor Sublease of Miller Dollarhide, P.C.-OK Tower** |
| | State the term remaining | **17  months** |
| | List the contract number of any government contract | |

**JEFFERSON & TREVILLION INC**
**ATTN: JEFF TREVILLION**
**210 PARK AVE**
**SUITE 2700**
**OKLAHOMA CITY, OK 73102**

| | | |
|---|---|---|
| 2.1849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JEFFERY D MOORE**
**1604 CEDAR LANE**
**PONCA CITY, OK 74604**

| | | |
|---|---|---|
| 2.1850. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JEFFERY L PETERSON & DANNY**
**14680 115TH ROAD**
**ERIE, KS 66733**

| | | |
|---|---|---|
| 2.1851. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JEFFERY TODD & MELISSA G GREEN**
**837 3000 RD**
**EDNA, KS 67342**

| | | |
|---|---|---|
| 2.1852. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |

**JEFFREY & CHARLOTTE KEPHART**
**4230 DOUGLAS RD**
**THAYER, KS 66776**

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | _____ |  |

| 2.1853. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JEFFREY & HAILEY DEAN JTWROS**<br>**23546 1900 ROAD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.1854. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JEFFREY & SANDRA GOINS**<br>**5693 CR 5700**<br>**CHERRYVALE, KS 67335** |
|  | List the contract number of any government contract | _____ |  |

| 2.1855. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JEFFREY D & DEBORAH NOAKES**<br>**606 SOUTH EAST STREET**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | _____ |  |

| 2.1856. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JEFFREY D HULL & JOYCE R HULL**<br>**17438 1200 RD**<br>**ALTOONA, KS 66710** |
|  | List the contract number of any government contract | _____ |  |

| 2.1857. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JEFFREY JAMES WILLIAMS**<br>**5143 N. REMINGTON**<br>**BEL AIRE, KS 67226** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
      First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1858.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEFFREY LYNN SMITH & TERRY**
**23072 CHASE RD**
**CHERRYVALE, KS 67335**

---

**2.1859.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE, KS 66720**

---

**2.1860.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE**
**KS, US 66720**

---

**2.1861.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JENNIE L UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

---

**2.1862.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JENNIE LEE MANGUM**
**1215 WEST MARTIN STREET**
**CHERRYVALE, KS 67335**

---

**2.1863.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JENNIFER ALLEN**
**736 LOWER DONNALLY RD**
**CHARLESTON, WV 25304**

Debtor 1    **PostRock Energy Services Corporation**
      First Name       Middle Name       Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1864. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER E BUCKBEE** |
| | List the contract number of any government contract | | **5417 LOWELL STREET**<br>**OVERLAND PARK, KS 66202** |

| 2.1865. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER MELLERT** |
| | List the contract number of any government contract | | **219 COURT ST, SW**<br>**HUNTINGTON, WV 25704** |

| 2.1866. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER SMITH-BEAL** |
| | List the contract number of any government contract | | **803 PINE STREET**<br>**HUMBOLDT, KS 66749** |

| 2.1867. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERALD G & BARBARA KUEHN** |
| | List the contract number of any government contract | | **ROUTE 1, BOX 335**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.1868. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JEREMY B THORNTON** |
| | List the contract number of any government contract | | **510 W NEOSHO**<br>**THAYER**<br>**KS, US 66776** |

| 2.1869. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JEREMY BOSS**<br>**679 24500 ROAD**<br>**DENNIS, KS 67341** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

---

| 2.1870. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERICHO OIL (OKLAHOMA) CORP**<br>**1100-888 DUNSMUIR STREET**<br>**VANCOUVER, BC V6C 3K4** |
| | List the contract number of any government contract | | |

---

| 2.1871. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERICHO OIL (OKLAHOMA) CORP**<br>**1100-888 DUNSMUIR STREET**<br>**VANCOUVER, BC V6C 3K4** |
| | List the contract number of any government contract | | |

---

| 2.1872. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY D & MARY R JORDAN**<br>**16665 FORD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

---

| 2.1873. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY D & MARY R JORDAN**<br>**16665 FORD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

---

| 2.1874. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY D & MARY R JORDAN**<br>**16665 FORD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

---

Debtor 1    **PostRock Energy Services Corporation**                         Case number *(if known)*    **16-11231-SAH**
              First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1875. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JERRY D & PATRICIA A STATES |
| | List the contract number of any government contract | | 220 S OSAGE AVE<br>SHAWNEE, OK 74801 |

| 2.1876. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY D HALL TRST JERRY D HALL, TTEE |
| | List the contract number of any government contract | | 9267 MARION RD<br>FREDONIA<br>KS, US 66736 |

| 2.1877. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JERRY D HUGHES & MARTHA D |
| | List the contract number of any government contract | | 6275 160TH ROAD<br>CHANUTE, KS 66720 |

| 2.1878. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JERRY L & DORIS A KENDALL |
| | List the contract number of any government contract | | 971 2000 ROAD<br>EDNA, KS 67342 |

| 2.1879. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JERRY M GREER TRST |
| | List the contract number of any government contract | | 105 MILLVIEW RD<br>SALINA, KS 67401 |

| 2.1880. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY M GREER TRST DANNY L THOMAS - TTEE |
| | List the contract number of any | | 105 MILLVIEW RD<br>SALINA<br>KS, US 67401 |

Debtor 1   **PostRock Energy Services Corporation**
           _____
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1881. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY M GREER TRST DANNY L THOMAS - TTEE**<br>**105 MILLVIEW RD**<br>**SALINA**<br>**KS, US 67401** |
| | List the contract number of any government contract | | |

| 2.1882. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY W & H ELAINE HOUSLEY,**<br>**15001 GROVE RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.1883. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY W & SHERRIE E BRANT,**<br>**4070 120TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1884. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS**<br>**4070 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1885. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS**<br>**4070 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1886. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JERRY W & SHERRIE E BRANT, H/W JTS**<br>**4070 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1887. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS<br>4070 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1888. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS<br>4070 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1889. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS<br>4070 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1890. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS<br>4070 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1891. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS<br>4070 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1892.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

**2.1893.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

**2.1894.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

**2.1895.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

**2.1896.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

**2.1897.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1898. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.1899. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.1900. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.1901. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.1902. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.1903. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JERRY W BRANT** **4070 120TH ROAD** **THAYER, KS 66776** |

Debtor 1    **PostRock Energy Services Corporation**
First Name            Middle Name            Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1904. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JILL & DALE ORTH, W&H |
| | List the contract number of any government contract | | 2003 MILL CREEK DR. ARLINGTON, TX 76010 |

| 2.1905. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JILL ORTH |
| | List the contract number of any government contract | | 2003 MILL CREEK DRIVE ARLINGTON, TX 76010 |

| 2.1906. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JIM & MARGIE MCDANNALD, JT |
| | List the contract number of any government contract | | 1011 GRIDER DRIVE GALLATIN, TN 37066-8458 |

| 2.1907. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JIM ARDEN GILBREATH & MARTHA |
| | List the contract number of any government contract | | 45 COVINGTON LANE MAMMOTH LAKES, CA 93546 |

| 2.1908. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | JIM DEEM |
| | List the contract number of any government contract | | P. O. BOX 391 HEPZIBAH, WV 26369 |

Debtor 1  **PostRock Energy Services Corporation**
 First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1909. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIM L TRANSUE**<br>**199-3000 RD.**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1910. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMEY R SMITH**<br>**900 ALICE, APT. 25**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1911. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMIE C HUGHES**<br>**106 NETTLECREEK**<br>**FAIRPORT, NY 14450** |
| | List the contract number of any government contract | | |

| 2.1912. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMY D & JOAN E PLUTE -**<br>**315 S. DELAWARE**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1913. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMY D CARTER**<br>**11406 UDALL**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1914. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Jimmy D. Carter**<br>**11406 UDALL**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | Case number *(if known)* | **16-11231-SAH** |
| | First Name        Middle Name        Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1915. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **Jimmy D. Carter** |
| | List the contract number of any government contract | | **11406 UDALL** |
| | | | **ALTOONA** |
| | | | **KS, US 66710** |

| 2.1916. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| | State the term remaining | **Unknown** |  |
| | List the contract number of any government contract | | **JIMMY KLINTWORTH** |
| | | | **8996 STATE RT 62** |
| | | | **KILLBUCK, OH 44637** |

| 2.1917. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| | State the term remaining | **Unknown** |  |
| | List the contract number of any government contract | | **JIMMY O & MARILYN S FARMER** |
| | | | **14648 SCOTT RD** |
| | | | **ALTOONA, KS 66710** |

| 2.1918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| | State the term remaining | **Unknown** |  |
| | List the contract number of any government contract | | **JIMMY OMER & MARY ALICE WOODY** |
| | | | **ROUTE 1, BOX 328** |
| | | | **SOUTH COFFEYVILLE, OK 74072** |

| 2.1919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| | State the term remaining | **Unknown** |  |
| | List the contract number of any government contract | | **JIMMY R SMITH IRREVOCABLE TR** |
| | | | **633 23000 RD** |
| | | | **DENNIS, KS 67341** |

| 2.1920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JO ANN CHAPPELL** |
| | | | **4 CIRCLE DRIVE** |
| | | | **BERRYVILLE, VA 22611** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.1921. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JO LYNN WRIGHT** |
| | List the contract number of any government contract | _____ | **12226 E. 81ST PL. N.** <br> **OWASSO, OK 74055** |

| 2.1922. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JOAN FOGGIN** |
| | List the contract number of any government contract | _____ | **610 55TH** <br> **VIENNA, WV 26105** |

| 2.1923. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JOAN HIGGS** |
| | List the contract number of any government contract | _____ | **1304 NEMESIA PLACE NE** <br> **ALBUQUERQUE, NM 87112** |

| 2.1924. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JOAN JONES** |
| | List the contract number of any government contract | _____ | **15 DEVONSHIRE COURT** <br> **MIDDLETOWN, NJ '07748** |

| 2.1925. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JOAN KNIGHT** |
| | List the contract number of any government contract | _____ | **34 SAWMILL RD** <br> **CULLODEN, WV 25510-9576** |

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1926.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOAN ROSEMANNE PARK &**
**6213 SAWGRASS PLACE**
**BARTLESVILLE, OK 74006**

---

**2.1927.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOAN W DOTSON**
**730 10TH ST. DR NW**
**CONOVER, NC 28613**

---

**2.1928.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOE A DAYER**
**11402 N 131 E AVE**
**OWASSO, OK 74055**

---

**2.1929.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOE A HELMS SR & CONNIE K**
**24080-B FINNEY ROAD**
**DENNIS, KS 67341**

---

**2.1930.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOE ALLEN BUTTS**
**598 17500 RD**
**CHERRYVALE, KS 67335**

---

**2.1931.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOE D & SHARON J KEPHART**
**6355 50TH ROAD**
**THAYER, KS 66776**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1932. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOE D & TINA R KNIGHT H/W J/T |
| | List the contract number of any government contract | | 9740 NESS RD<br>ERIE, KS 66733 |

| 2.1933. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOE D CLEVENGER |
| | List the contract number of any government contract | | 1163 23000 RD<br>PARSON, KS 67357 |

| 2.1934. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JOE D CLEVENGER |
| | List the contract number of any government contract | | 1163 23000 RD<br>PARSON<br>KS, US 67357 |

| 2.1935. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | JOE D CLEVENGER |
| | List the contract number of any government contract | | 1163 23000 RD<br>PARSON<br>KS, US 67357 |

| 2.1936. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOE HARRIS & SONDRA HARRIS |
| | List the contract number of any government contract | | 9605 QUEEN ROAD<br>ST. PAUL, KS 66771 |

| 2.1937. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | JOE N DAYER |
|---|---|---|---|
| | | | 2222 HERITAGE GARDEN COURT<br>ENID, OK 73703 |

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.1938. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE R LAIN & SAMMIE L LAIN, JT**<br>**RT 1 BOX 192**<br>**S COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.1939. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE SHIELDS & MELBA SHIELDS**<br>**6885 IRVING ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1940. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN & BEVERLY ALTMAN**<br>**10255 MEADE RD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN & DEBRA HEADY**<br>**1767 CR 1425**<br>**CANEY, KS 67333** |
| | List the contract number of any government contract | | |

| 2.1942. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN & JOYCE COONS**<br>**2233 CR 4300**<br>**COFFEYVILLE**<br>**KS, US 67337** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**      Case number (*if known*)   **16-11231-SAH**

First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1943.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN & JULIE STEWART**
**17620 GRADY ROAD**
**CHANUTE, KS 66720**

---

**2.1944.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN & RAMONA CULBERTSON**
**147 MEADOW PLACE**
**WINDSOR, CA 95492**

---

**2.1945.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN & ROBIN COOK**
**715 FOX AVE**
**HARRISVILLE, WV 26362-1103**

---

**2.1946.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**John & Sherry Cope**
**ROUTE 1, BOX 18C**
**THAYER**
**KS, US 66776**

---

**2.1947.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**John & Sherry Cope**
**ROUTE 1, BOX 18C**
**THAYER**
**KS, US 66776**

---

**2.1948.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOHN A & JANET S KRAMER**
**7750 JACKSON RD**
**GALESBURG, KS 66740**

---

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1949. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN A & LUCINDA J HAGER**<br>**6125 70TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1950. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN A & WINIFRED GUYAN DAVIS**<br>**10175 50TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1951. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN A &/OR SHIRLEY A BRINKMAN**<br>**ROUTE 1, BOX 358**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.1952. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN A ELLIOTT, TTEE OF THE**<br>**511 BIRKDALE CIRCLE**<br>**WICHITA, KS 67230** |
| | List the contract number of any government contract | | |

| 2.1953. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN A KRAMER**<br>**7750 JACKSON RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1954. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOHN A. HEAD REVOCABLE TRUST**<br>**2975 65 ROAD**<br>**THAYER, KS 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name    Middle Name    Last Name

Case number (*if known*)  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any
government contract

---

2.1955.  State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract

**JOHN C & BARBARA J FRASER, H/W**
**119 N 15TH STREET**
**FREDONIA, KS 66736**

---

2.1956.  State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract

**JOHN C & JUANITA E MEARS,**
**4100 240TH ROAD**
**CHANUTE, KS 66720**

---

2.1957.  State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract

**JOHN C & LINDA COLE RUBOW,**
**PO BOX 705**
**CHANUTE, KS 66720**

---

2.1958.  State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract

**JOHN C DIEDIKER, TTEE OF**
**24064 KIOWA RD**
**PARSONS, KS 67357**

---

2.1959.  State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract

**JOHN C FRASER**
**119 N 15TH STREET**
**FREDONIA, KS 66736**

---

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
      First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1960. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN C KIRKPATRICK REV TRST** |
| | List the contract number of any government contract | | **P.O. BOX 3048** <br> **TULSA, OK 74101** |

| 2.1961. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN C RUBOW & LINDA COLE RUBOW, H/W** |
| | List the contract number of any government contract | | **PO BOX 563** <br> **CHANUTE** <br> **KS, US 66720** |

| 2.1962. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN C RUBOW & LINDA COLE RUBOW, H/W** |
| | List the contract number of any government contract | | **PO BOX 563** <br> **CHANUTE** <br> **KS, US 66720** |

| 2.1963. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN C WELLS & DEBORAH W WELLS** |
| | List the contract number of any government contract | | **14135 90TH RD** <br> **ERIE, KS 66733** |

| 2.1964. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN CLINTON WALKER DBA** |
| | List the contract number of any government contract | | **14403 FAIRWAY ST** <br> **LEAWOOD, KS 66224** |

| 2.1965. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN D BAUGHER** |
| | List the contract number of any | | **1247 20000 RD** <br> **PARSONS, KS 67357** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.1966.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**JOHN D LAW**
**3917 9TH AVE.**
**PARKERSBURG, WV 26101**

---

**2.1967.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**JOHN D TILLACK**
**3311 S MAGNOLIA ST**
**DENVER, OK 80224**

---

**2.1968.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**JOHN DEMERITT**
**P.O. BOX 156**
**CHANUTE, KS 66720**

---

**2.1969.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**JOHN E & YOUNDA D FLOYD,**
**PO BOX 724**
**WHITEWRIGHT, TX 75491**

---

**2.1970.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**JOHN E CAMPANELLA**
**2401 S. SANTA FE AVE. # 207**
**VERNON, CA 90058-1150**

---

**2.1971.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

**JOHN E STEINMITZ**
**26419 VINTAGE TRACE DR**
**CLAREMORE, OK 74019**

---

Debtor 1  **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1972. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **JOHN EUGENE & LAVETA M MAHAN,** **11057 KIOWA RD** **ALTAMONT, KS 67330** |
| | List the contract number of any government contract | _____ | |

| 2.1973. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **JOHN F & MARY C GELWICK** **340 N GREEN STREET** **WICHITA, KS 67214** |
| | List the contract number of any government contract | _____ | |

| 2.1974. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **JOHN F ERWIN** **RT 1, BOX 74** **NEW MILTON, WV 26411** |
| | List the contract number of any government contract | _____ | |

| 2.1975. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **JOHN FAIL** **101 BIG OAK LANE** **MARBLE FALLS, TX 78654** |
| | List the contract number of any government contract | _____ | |

| 2.1976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **JOHN G SCHULTZ** **17275 ELK ROAD** **CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1977. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **JOHN H LAKEY**<br>**RT 1 BOX 10**<br>**DELAWARE, OK 74027** |

| 2.1978. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **JOHN K BRUNGARDT**<br>**10242 WALMER**<br>**OVERLAND PARK, KS 66212** |

| 2.1979. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **JOHN KEVIN STOUT**<br>**RT 1 BOX 147**<br>**CAIRO, WV 26337** |

| 2.1980. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **JOHN L BLAIR**<br>**11305 KIOWA ROAD**<br>**GALESBURG, KS 66740** |

| 2.1981. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **JOHN L DAVIDSON**<br>**371 WOODLAWN MANOR**<br>**LAWRENCE, KS 66049** |

| 2.1982. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS, KS 67357** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**


### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1983. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1984. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1985. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1986. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1987. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1988. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JOHN L GOOD** |
| | | | **1086 2600 ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.1989. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.1990. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.1991. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN L SIMMONS & PATRICIA M**<br>**4750 NESS RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.1992. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L SIMMONS & PATRICIA M**<br>**4750 NESS RD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.1993. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **John L. Good**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- | --- |
| | First Name　　Middle Name　　Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.1994.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any government contract

John L. Good
1086 2600 ROAD
PARSONS
KS, US 67357

---

**2.1995.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

JOHN L. MOYERS, JR.
P.O. BOX 69
BARLOW, OH 45712

---

**2.1996.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

JOHN LEONARD STEPHENS
620 SOUTH RUFFNER DR.
CHARLESTON, WV 25311

---

**2.1997.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

JOHN M & JANET E RAUSCH, H/W
24295 CHASE RD
CHANUTE, KS 66720

---

**2.1998.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any government contract

JOHN M & SHERRY L COPE
ROUTE 1, BOX 18C
THAYER
KS, US 66776

---

**2.1999.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any

JOHN M & SHERRY L COPE
ROUTE 1, BOX 18C
THAYER
KS, US 66776

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.2000. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **JOHN M DENMAN OIL CO, INC** |
| List the contract number of any government contract | | **P.O. BOX 36**<br>**SEDAN, KS 67361** |

| | | |
|---|---|---|
| 2.2001. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **JOHN M JUNGLES, JR & DEBORAH** |
| List the contract number of any government contract | | **566 23000 ROAD**<br>**DENNIS, KS 67341** |

| | | |
|---|---|---|
| 2.2002. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **JOHN M RAUSCH** |
| List the contract number of any government contract | | **24295 CHASE RD**<br>**CHANUTE, KS 66720** |

| | | |
|---|---|---|
| 2.2003. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **JOHN MCDOWELL** |
| List the contract number of any government contract | | **PO BOX 665**<br>**HAMLIN, WV 25523** |

| | | |
|---|---|---|
| 2.2004. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| State the term remaining | **UNKNOWN** | **JOHN MEARS** |
| List the contract number of any government contract | | **4100 240 RD**<br>**CHANUTE**<br>**KS, US 66720** |

| | | |
|---|---|---|
| 2.2005. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOHN P LAKIN & CAROL S LAKIN,**<br>**3510 BELMONT**<br>**PARSONS, KS 67357** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract _____ | |
| **2.2006.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **JOHN P MEIWES** |
| List the contract number of any government contract _____ | **12925 59TH SW**<br>**MINCO, OK 73059** |
| **2.2007.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **JOHN P STEPHENS** |
| List the contract number of any government contract _____ | **2800 INDUSTRY RD.**<br>**ROOTSTOWN, OH 44272** |
| **2.2008.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **JOHN R & ELIZABETH A ZANOVICH,** |
| List the contract number of any government contract _____ | **10824 S. 93RD EAST AVE**<br>**TULSA, OK 74133-6181** |
| **2.2009.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **JOHN R & GAYLA N EDWARDS,** |
| List the contract number of any government contract _____ | **21345 OTTAWA ROAD**<br>**ERIE, KS 66733** |
| **2.2010.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments** | |
| State the term remaining    **Unknown** | **JOHN R & KAREN S WALTERS, H/W** |
| List the contract number of any government contract _____ | **15670 240TH RD**<br>**ERIE, KS 66733** |

Debtor 1   **PostRock Energy Services Corporation**                          Case number (*if known*)   **16-11231-SAH**
  _____
          First Name        Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.2011. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JOHN R & MAVIS GARD**
**16678 OTTAWA ROAD**
**ERIE, KS 66733**

| | | |
|---|---|---|
| 2.2012. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JOHN S POSTON LIV TRST**
**P O BOX 75225**
**WICHITA, KS 67275**

| | | |
|---|---|---|
| 2.2013. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JOHN S SPIRIDULIAS**
**23641 GOLDEN SPRINGS DR**
**SPACE C-14**
**DIAMOND BAR, CA 91765**

| | | |
|---|---|---|
| 2.2014. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**JOHN W & CAROL A SMITH**
**6030 HARPER ROAD**
**EDNA, KS 67342**

| | | |
|---|---|---|
| 2.2015. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**JOHN W & CAROL A SMITH**
**6030 HARPER ROAD**
**EDNA**
**KS, US 67342**

| | | |
|---|---|---|
| 2.2016. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any | |

**JOHN W & DEANNE L DEAN**
**309 W. NEOSHO AVE**
**THAYER, KS 66776**

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2017. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN W EARLE**<br>**13950 TIMBERVIEW**<br>**SHELBY TOWNSHIP, MI 48315** |
| | List the contract number of any government contract | | |

| 2.2018. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN W LARUE & DOROTHY LARUE**<br>**11400 190TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2019. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN W WALKER, JR**<br>**6170 SE 40TH**<br>**EL DORADO, KS 67042** |
| | List the contract number of any government contract | | |

| 2.2020. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN W YERKEY**<br>**135 N. PARK DR.**<br>**WADSWORTH, OH 44281** |
| | List the contract number of any government contract | | |

| 2.2021. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN W. GASKINS**<br>**732 N. 6TH STREET**<br>**STEWARD, NE 68434** |
| | List the contract number of any government contract | | |

| 2.2022. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOHNNIE & PHYLLIS KARRY REV TR**<br>**2207 BROADWAY AVE**<br>**PARSONS, KS 67357** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.2023. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHNNY G ELI, TTEE OF THE**<br>**P.O. BOX 159**<br>**EDNA, KS 67342** |

| 2.2024. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHNNY K AYERS**<br>**106 BRONSON ST**<br>**ST MARYS, WV 26170-4553** |

| 2.2025. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHNNY N SCHROCK AND KATIE**<br>**715 2500 ROAD**<br>**DENNIS, KS 67341** |

| 2.2026. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHNNY RAY RIDDLE**<br>**P.O. BOX 424**<br>**CHESAPEAKE, OH 45619-0424** |

| 2.2027. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|---|---|---|
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOLINDA F WARD**<br>**4113 LINDSEY DR.**<br>**MANHATTAN, KS 66502** |

Debtor 1  **PostRock Energy Services Corporation**
          First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2028. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOLINDA F WARD**<br>**4113 LINDSEY DR.**<br>**MANHATTAN, KS 66502** |
| | List the contract number of any government contract | _____ | |

| 2.2029. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOLYNN SLAUGHTER**<br>**12726 N. NEW REFLECTION DRIVE**<br>**MARANA, AZ 85658** |
| | List the contract number of any government contract | _____ | |

| 2.2030. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JON D & MARY F BURGHART, H/W**<br>**41600 N. VARGAS DRIVE**<br>**SAN TAN VALLEY, AZ 85140** |
| | List the contract number of any government contract | _____ | |

| 2.2031. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JONATHAN R LEWIS**<br>**103 EVENING STAR CIRCLE**<br>**RED OAK, TX 75154** |
| | List the contract number of any government contract | _____ | |

| 2.2032. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JONATHAN R SMITH**<br>**7929 BATTURE DR**<br>**SHREVEPORT, LA 71115** |
| | List the contract number of any government contract | _____ | |

| 2.2033. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JONATHAN W NORRIS & MARY A**<br>**20090 HARPER RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2034. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JONES & BUCK DEVELOPMENT**<br>**777 STATE HWY 99**<br>**PO BOX 68**<br>**SEDAN, KS 67361** |
| | List the contract number of any government contract | | |

| 2.2035. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEFINA BLANCO-RIVAS**<br>**4021 GULF SHORE BLVD. N**<br>**APT 501**<br>**NAPLES, FL 34103** |
| | List the contract number of any government contract | | |

| 2.2036. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Joseph & Caroline Stottmann**<br>**25037 LYON ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2037. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Joseph & Caroline Stottmann**<br>**25037 LYON ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2038. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH & CHARLOTTE STOTTMANN**<br>**25037 LYON ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2039. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOSEPH A & DEBRA L THORNTON JT**<br>**11305 HWY 59**<br>**ERIE, KS 66733** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract | _____ |  |

| 2.2040. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JOSEPH A BRINKMAN**<br>**BOX 132**<br>**LENAPAH, OK 74042** |
|  | List the contract number of any government contract | _____ |  |

| 2.2041. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **JOSEPH A BRINKMAN**<br>**BOX 132**<br>**LENAPAH**<br>**OK, US 74042** |
|  | List the contract number of any government contract | _____ |  |

| 2.2042. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JOSEPH A SCARPINO**<br>**6 BLANKET FLOWER CR**<br>**SANTA FE, NM 87506** |
|  | List the contract number of any government contract | _____ |  |

| 2.2043. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JOSEPH CHRISTOPHER CARSON TRST**<br>**24073 VINE RD**<br>**PARSONS, KS 67357** |
|  | List the contract number of any government contract | _____ |  |

| 2.2044. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JOSEPH D GARTRELL**<br>**P O BOX 31**<br>**NEW PHILADELPHIA, OH 44663** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **PostRock Energy Services Corporation**                           Case number *(if known)*  **16-11231-SAH**
_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2045.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH E & DORIS J CAMPBELL**
**26 HILLSDALE CIRCLE**
**SCOTT DEPOT, WV 25560**

---

**2.2046.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH E RELPH II & LYNSEE N**
**14160 QUINTER ROAD**
**ALTOONA, KS 66710**

---

**2.2047.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH J STOTTMANN & CHARLOTTE**
**25037 LYON RD.**
**PARSONS, KS 67357**

---

**2.2048.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH L & CAROL L NEWBY**
**3345 80TH ROAD**
**THAYER, KS 66776**

---

**2.2049.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH N & FRANCES M**
**SCHOENECKER LIV TR**
**20151 NESS RD**
**BENEDICT, KS 66714**

---

**2.2050.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOSEPH R & ALICE E ROBINSON**
**9475 50TH ROAD**
**GALESBURG, KS 66740**

---

Debtor 1    **PostRock Energy Services Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2051. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R GORMLEY, JR & ALLIE M**<br>**2311 W. 3RD ST. TERRACE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2052. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R HANSEN REV TRST**<br>**19150 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2053. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOSEPH R HANSEN REV TRST JOSEPH R HANSEN**<br>**19150 ANDERSON ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R ROBINSON**<br>**9475 50TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2055. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOSEPH W & KATHERINE J BILLER**<br>**1133 CAMBRIDGE DR.**<br>**YUKON**<br>**OK, US 73099** |
| | List the contract number of any government contract | | |

| 2.2056. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **JOSEPH W & REBECKA K STICH**<br>**8740 150TH ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract    _____ | |

| 2.2057. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH W BILLER &** |
| | List the contract number of any government contract    _____ | | **1133 CAMBRIDGE DR.** **YUKON, OK 73099** |

| 2.2058. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH W BILLER REV LIV TRST** |
| | List the contract number of any government contract    _____ | | **1133 CAMBRIDGE DR** **YUKON, OK 73099** |

| 2.2059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH W RITTER** |
| | List the contract number of any government contract    _____ | | **5180 CHASE ROAD** **THAYER, KS 66776** |

| 2.2060. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH W STICH** |
| | List the contract number of any government contract    _____ | | **8740 150TH ROAD** **CHANUTE, KS 66720** |

| 2.2061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPHINE BAUGH** |
| | List the contract number of any government contract    _____ | | **PO BOX 682** **TEXHOMA, TX 73949** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA & KAISHA NOVOTNY**<br>**240 PLUM DRIVE**<br>**AUSTIN, AR 72007** |
| | List the contract number of any government contract | | |

| 2.2063. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA K MEIGS & JENNIFER LEE**<br>**16866 1800 RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.2064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA W. KINSCH**<br>**1309 S 32ND ST**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2065. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSIAH D & AMANDA G KEPHART,**<br>**4270 GRAY RD.**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2066. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOY E GOOD**<br>**BOX 12**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.2067. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOY SPINO**<br>**1771 VICTORY AVE.**<br>**GRAFTON, WV 26354** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

---

| 2.2068. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE ELAINE CARSON TRST** |
| | List the contract number of any government contract | | **24073 VINE RD**<br>**PARSONS, KS 67357** |

---

| 2.2069. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE K BURROWS** |
| | List the contract number of any government contract | | **2292 STATE RT, #555**<br>**LITTLE HOCKING, OH 45742** |

---

| 2.2070. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE L MAXSON, INDIV & JOYCE** |
| | List the contract number of any government contract | | **PO BOX 451413**<br>**GROVE, OK 74345-1413** |

---

| 2.2071. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE MINK** |
| | List the contract number of any government contract | | **RT 1 BOX 147**<br>**S. COFFEYVILLE, OK 74072** |

---

| 2.2072. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE WILSON** |
| | List the contract number of any government contract | | **150 CR 4603**<br>**BOGATA, TX 75417** |

---

| 2.2073. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOYCLYN SUE BUNCH**<br>**140 CHANDLER DR**<br>**SHINNSTON, WV 26431-9637** |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

---

2.2074. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

**JUANITA E THOMPSON**
**1309 SACKETT AVE.**
**CUYAHOGA FALLS, OH 44223**

---

2.2075. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

**JUDITH A DOLVEN**
**130 SEARS RD**
**GOSHEN, MA 10320**

---

2.2076. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

**JUDITH A HILL**
**1604 CEDAR LANE**
**PONCA CITY, OK 74604**

---

2.2077. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

**JUDITH ANN FAGER**
**9905 PRATT ROAD**
**ERIE, KS 66733**

---

2.2078. State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

**JUDITH ANN FAGER-LIFE ESTATE**
**9905 PRAT ROAD**
**ERIE, KS 66733**

---

Debtor 1  **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2079.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUDITH ANN SMITH**
**507 SHERIDAN**
**ST. PAUL, KS 66771**

**2.2080.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUDITH ELLIOTT-DZUBAY**
**672 W LOCUST ST**
**WILMINGTON, OH 45177**

**2.2081.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUDITH LAURENE COKELEY**
**10841 S FAIRWAY POINT COURT**
**VAIL, AZ 85641**

**2.2082.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUDITH M & GREGORY P FARBER**
**7001 SOUTH 99TH STREET EAST**
**DERBY, KS 67037**

**2.2083.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUDITH M VINER**
**1605 HOFFMAN DRIVE**
**LOVELAND, CO 80538**

**2.2084.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JUDY A STEPHENS**
**961 VILLAGE GREEN CT.**
**NEWARK, OH 43055**

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
            First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2085. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JUDY JO GORDON**<br>**3061 WEST 92ND, NO 13-A**<br>**WESTMINISTER, CO 80031** |
| | List the contract number of any government contract | | |

| 2.2086. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JUDY M POWERS FROEHLICH &**<br>**20 S. TENNESSEE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2087. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JUDY M WATSON**<br>**RT 1 BOX 52**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2088. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JULIA D MATHENY**<br>**12 CARPENTERS RUN RD**<br>**WAVERLY, WV 26184-3376** |
| | List the contract number of any government contract | | |

| 2.2089. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JULIA N COOPER**<br>**1730 DEVIL HOLE RD**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2090. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **JULIANNE J RIZZO**<br>**28055 CAMBRIDGE**<br>**HARRISON TWP, MI 48045** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2091. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JULIE A GREGORY**<br>**45 SPRING HILLS RD**<br>**GRAFTON, WV 26354** |
| | List the contract number of any government contract | _____ | |

| 2.2092. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JULIETTE M TATE**<br>**709 LEAWOOD DR**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.2093. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Justin & Jeannie McKee**<br>**P.O. BOX 56**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | _____ | |

| 2.2094. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **JUSTIN & JEANNIE MCKEE**<br>**P.O. BOX 56**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | _____ | |

| 2.2095. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JUSTIN & MARY CALLARMAN**<br>**PO BOX 150**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name            Middle Name            Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2096.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUSTIN CARNAHAN BOND
808 WESTWOOD DRIVE
RICHARDSON, TX 75080**

---

**2.2097.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA, KS 66736**

---

**2.2098.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA
KS, US 66736**

---

**2.2099.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA
KS, US 66736**

---

**2.2100.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JUSTIN MCKEE & JEANNIE MCKEE,
P.O. BOX 56
LENAPAH, OK 74042**

---

**2.2101.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JUSTIN MILLARD
23251 E JONES ROAD
SEDRO WOLLEY, WA 98284**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.2102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **K P GOODNIGHT** |
| | List the contract number of any government contract | | **P. O. BOX 29**<br>**SMITHVILLE, WV 26178** |

| 2.2103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAISER-FRANCIS OIL CO** |
| | List the contract number of any government contract | | **DEPT. 637**<br>**TULSA, OK 74182** |

| 2.2104. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE, KS 66720** |

| 2.2105. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2106. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2107. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2108. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | KANSAS 1178 LLC<br>411 HILLSIDE DRIVE<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | _____ | |

| 2.2109. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | KANSAS 1178 LLC<br>411 HILLSIDE DRIVE<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | _____ | |

| 2.2110. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | KANSAS 1178 LLC<br>411 HILLSIDE DRIVE<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | _____ | |

| 2.2111. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | KANSAS 1178 LLC<br>411 HILLSIDE DRIVE<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | _____ | |

| 2.2112. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | KANSAS 1178 LLC<br>411 HILLSIDE DRIVE<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**                         Case number (*if known*)   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2113.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2114.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2115.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2116.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2117.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2118.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining     **UNKNOWN**

List the contract number of any

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
          First Name      Middle Name         Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.2119. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2120. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2121. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2122. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2123. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Kansas 1178, LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2124. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Kansas 1178, LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN**<br><br>List the contract number of any government contract _____ | |
| **2.2125.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract _____ | **KANSAS OIL, INC**<br>**16716 WICHITA RD**<br>**CHANUTE, KS 66720** |
| **2.2126.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract _____ | **KANSAS PRODUCTION CO INC**<br>**301 W 4TH STREET**<br>**CANEY, KS 67333** |
| **2.2127.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract _____ | **KAREN & JIMMY DUFOE JTWROS**<br>**2022 GRAY ROAD**<br>**EDNA, KS 67342** |
| **2.2128.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract _____ | **KAREN A ROGERS**<br>**26923 S. KAUFMANN**<br>**HARRISONVILLE, MS 64701** |
| **2.2129.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**<br><br>State the term remaining **UNKNOWN**<br><br>List the contract number of any government contract _____ | **KAREN A ROGERS**<br>**26923 S. KAUFMANN**<br>**HARRISONVILLE**<br>**MS, US 64701** |

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2130.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2131.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2132.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2133.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2134.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2135.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.2136. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KAREN A ROGERS** |
| | List the contract number of any government contract | | **26923 S. KAUFMANN** **HARRISONVILLE** **MS, US 64701** |

| 2.2137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAREN FAYE KEESEE** |
| | List the contract number of any government contract | | **123 MIDVILLE HEIGHTS RD** **LAVALETTE, WV 25535** |

| 2.2138. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAREN HULL, WIDOW** |
| | List the contract number of any government contract | | **13298 K 39** **BENEDICT, KS 66714** |

| 2.2139. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KAREN HULL, WIDOW** |
| | List the contract number of any government contract | | **13298 K 39** **BENEDICT** **KS, US 66714** |

| 2.2140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAREN K MARS** |
| | List the contract number of any government contract | | **1968 COUNTY ROAD 526** **BAYFIELD, CO 81122-4688** |

| 2.2141. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KAREN LOUISE MCINTYRE,** **333 PATRICIA AVE.** **WEIRTON, WV 26062** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2142. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KAREN M FRITZ**<br>**119 SO. 5TH ST.**<br>**MIFFLENBURG, PA 17844** |
| | List the contract number of any government contract | _____ | |

| 2.2143. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KAREN R RICH**<br>**205 MONTEREY CT**<br>**BOLINGBROOK, IL 60440** |
| | List the contract number of any government contract | _____ | |

| 2.2144. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KAREN S KEHRLI**<br>**7619 HARRINGTON LANE**<br>**BRADENTON, FL 34202** |
| | List the contract number of any government contract | _____ | |

| 2.2145. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KAREN SUE STARR**<br>**215 CONGER ROAD**<br>**WASHINGTON, WV 26181** |
| | List the contract number of any government contract | _____ | |

| 2.2146. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KARL J SPINO**<br>**1661 VICTORY AVE**<br>**GRAFTON, WV 26354** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2147.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KARL W OAKLEAF**
**13266 S. CEDAR**
**CLAREMORE, OK 74017**

---

**2.2148.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KARLA C MENAUGH REV TR**
**3201 HARVARD ROAD**
**LAWRENCE, KS 66049**

---

**2.2149.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KARLA J HOUSER**
**924 THIRD RUN RD**
**HARRISVILLE, WV 26362**

---

**2.2150.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KATHERINE E WILLIAMS**
**167 SONGBIRD LANE**
**BERKLEY SPRINGS, WV 25411**

---

**2.2151.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KATHERINE J BILLER REV LIV**
**1133 CAMBRIDGE DR.**
**YUKON, OK 73099**

---

**2.2152.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**KATHLEEN ANNE MENSINGER**
**257 BIG OAK DRIVE**
**LURAY, VA 22835**

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2153. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KATHLEEN D MCCULLEY**<br>**7470 SO. DAHLIA CT**<br>**CENTENNIAL, CO 80122** |
| | List the contract number of any government contract | | |

| 2.2154. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KATHLEEN H NICHOLLS**<br>**3 LAMBERTS LANE**<br>**STONINGTON, CT 06378-2905** |
| | List the contract number of any government contract | | |

| 2.2155. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KATHRYN E & JACK DYKE**<br>**513 27000TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2156. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KATHRYN KING FREDERICK**<br>**P.O. BOX 94**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.2157. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KATHRYN L BROWN NICHOLSON**<br>**P.O. BOX 533**<br>**WOODLAKE, CA 93286-0533** |
| | List the contract number of any government contract | | |

| 2.2158. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KATHY A PRUITT & ROBERT E**<br>**12439 N. 172ND EAST AVE.**<br>**COLLINSVILLE, OK 74021** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining — Unknown | |
| List the contract number of any government contract _____ | |

---

| 2.2159. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **KATHY CARRICO** |
| | List the contract number of any government contract _____ | | **3205 45TH ROAD** |
| | | | **THAYER, KS 66776** |

---

| 2.2160. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **KATHY L MATTOX** |
| | List the contract number of any government contract _____ | | **1195 E. MEADOW LANE** |
| | | | **OLATHE, KS 66062** |

---

| 2.2161. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **KATHY SCALISE** |
| | List the contract number of any government contract _____ | | **307 O'DONNELL LANE** |
| | | | **CINNAMINSON, NJ '08077** |

---

| 2.2162. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **KAY POWERS** |
| | List the contract number of any government contract _____ | | **453574 KIAWA ST** |
| | | | **AFTON, OK 74331** |

---

| 2.2163. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **KEITH & KAREN WADE** |
| | List the contract number of any government contract _____ | | **259 HOLLISTER RD** |
| | | | **GRIFFITHSVILLE, WV 25521** |

---

Debtor 1    **PostRock Energy Services Corporation**                                     Case number (*if known*)    **16-11231-SAH**
　　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2164. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH M ASTON** |
| | List the contract number of any government contract | | **HC 61, BOX 26**<br>**LENAPAH, OK 74042** |

| 2.2165. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R & GLORIA J BEEMAN** |
| | List the contract number of any government contract | | **430 2200 STREET**<br>**HUMBOLDT, KS 66748** |

| 2.2166. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any government contract | | **6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2167. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any government contract | | **6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2168. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any government contract | | **6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2169. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any | | **6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2170. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2171. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2172. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KIRK & JOYCE M KIRK**<br>**2514 GREEN MEADOW COURT**<br>**WICHITA, KS 67205** |
| | List the contract number of any government contract | | |

| 2.2173. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KRAFT**<br>**6260 183RD RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2174. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KRAFT & MARYLIN K**<br>**6260 183RD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2175. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KEITH UMBARGER**<br>**13825 BROWN**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|   | State the term remaining | Unknown |   |
|---|---|---|---|
|   | List the contract number of any government contract | _____ |   |

| 2.2176. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **KELLI HEADY**<br>**708 SOUTH 31ST STREET**<br>**PARSONS, KS 67357** |
|   | List the contract number of any government contract | _____ |   |

| 2.2177. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **KELLY & JUDITH NEWBERRY**<br>**6770 KINGMAN ROAD**<br>**GALESBURG, KS 66740** |
|   | List the contract number of any government contract | _____ |   |

| 2.2178. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |   |
|---|---|---|---|
|   | State the term remaining | **UNKNOWN** | **Kelly & Judith Newberry**<br>**6770 KINGMAN ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
|   | List the contract number of any government contract | _____ |   |

| 2.2179. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **KELLY D COOVER &**<br>**6300 KINGMAN ROAD**<br>**GALESBURG, KS 66740** |
|   | List the contract number of any government contract | _____ |   |

| 2.2180. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **KELLY DIEDIKER**<br>**7527 SHOSHONE**<br>**BAYTOWN, TX 77521** |
|   | List the contract number of any government contract | _____ |   |

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2181.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KELLY G BUSKE
881 22000 ROAD
PARSONS, KS 67357**

**2.2182.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KELLY J HAUGHT
PO BOX 6
SMITHVILLE, WV 26178**

**2.2183.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENDALL L CLEVENGER
8535 59 HWY
ERIE, KS 66733**

**2.2184.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENEBREW MINERALS, LP
P.O. BOX 917
IDALOU, TX 79329**

**2.2185.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENNETH & KYRA CURNUUTE JTWROS
18043 GROVE ROAD
MOUND VALLEY, KS 67354-9265**

**2.2186.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**KENNETH & SHIRLEY FROEBE
18080 KIOWA RD
PARSONS, KS 67357**

Debtor 1   **PostRock Energy Services Corporation**

    First Name         Middle Name         Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2187. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH C LAIRD**<br>**23233 CROFT**<br>**FLAT ROCK, MI 48134-1405** |
| | List the contract number of any government contract | | |

| 2.2188. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH C VAN CLEAVE, JR &**<br>**9435 60TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2189. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH C WILLIAMS LIV TRST**<br>**17404 EAST 78TH STREET NORTH**<br>**OWASSO, OK 74055** |
| | List the contract number of any government contract | | |

| 2.2190. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KENNETH E & GLENNA P KUHN**<br>**P.O. BOX 724**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2191. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH E & MISTCHA POWERS,**<br>**2575 RT 1750**<br>**EAST POINT, KY 41216** |
| | List the contract number of any government contract | | |

| 2.2192. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KENNETH E &/OR GLENNA P KUHN**<br>**P.O. BOX 724**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                              Case number *(if known)*   **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.2193. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH E. KEPLEY**<br>**21160 E. 1170 RD.**<br>**FOSS, OK 73647-2200** |

| 2.2194. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH J & SHELLY D HAYDEN**<br>**P.O. BOX 253**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.2195. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L BROTT**<br>**PO BOX 103**<br>**OGALLA, NE 69153-0103** |

| 2.2196. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L RICHARDSON & JOAN E**<br>**9798 HARPER RD**<br>**FREDONIA, KS 66736** |

| 2.2197. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L STREETS & MARILYN I**<br>**332 N. 12TH STREET**<br>**FREDONIA, KS 66736** |

Debtor 1   **PostRock Energy Services Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2198.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENNETH L STREETS LIV TR
332 N. 12TH ST
FREDONIA, KS 66736

**2.2199.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENNETH LEE MOLDENHAUER
2910 E. 85TH ST. N.
VALLEY CENTER, KS 67147

**2.2200.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENNETH LEON SWILER &
16291 YALE RD
CHANUTE, KS 66720

**2.2201.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENNETH M & GAIL L COLLINS
2900 60TH ROAD
THAYER, KS 66776

**2.2202.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENNETH M & NINA RUTH INGELS
86-3200 STREET
SAVONBURG, KS 66772

**2.2203.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

KENNETH M & TAMMY BAKER
3500 60TH RD
THAYER, KS 66776

Debtor 1   **PostRock Energy Services Corporation**                          Case number (*if known*)   **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.2204. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH R & BRENDA L JOHNSON,** |
| | List the contract number of any government contract | | **7135 CR 2145** **BARTLESVILLE, OK 74003** |

| 2.2205. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH R GUERIN** |
| | List the contract number of any government contract | | **PO BOX 210251** **NASHVILLE, TN 37221** |

| 2.2206. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KENNETH RICHARDSON** |
| | List the contract number of any government contract | | **9798 HARPER ROAD** **FREDONIA** **KS, US 66736** |

| 2.2207. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH S & BARBARA M MCCLURE,** |
| | List the contract number of any government contract | | **24516 K-47 HWY** **THAYER, KS 66776** |

| 2.2208. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH SIMMONS** |
| | List the contract number of any government contract | | **249 PRINCETOWN ROAD** **WESTON, WV 26452** |

| 2.2209. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KENNETH W BARSCH FAMILY TRST** **4411 NEBRASKA** **MORAN, KS 66755** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.2210. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **KENNETH W CURNUTTE**<br>**780 18000 RD**<br>**MOUND VALLEY, KS 67354** |
|  | List the contract number of any government contract | | |

| 2.2211. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **KENNETH W SWILER**<br>**12785 ELK RD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | | |

| 2.2212. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **KENNY D CARTER &**<br>**18240 HIGHWAY K-47**<br>**ALTOONA, KS 66710** |
|  | List the contract number of any government contract | | |

| 2.2213. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **KENNY D CARTER & CHRISTINE G. CARTER**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2214. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Kenny D. Carter & Christine G. Carter**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
|  | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name            Middle Name            Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2215. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Kenny D. Carter & Christine G. Carter**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.2216. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Kenny D. Carter & Christine G. Carter**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.2217. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Kenny D. Carter & Christine G. Carter**<br>**18240 K 47 HWY**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.2218. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNY DEAN CARTER**<br>**18240 K47 HWY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.2219. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNY DEAN CARTER &**<br>**18240 K 47 HWY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.2220. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER,**<br>**18240 K 47 HWY**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2221. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2222. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2223. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2224. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2225. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
|  | List the contract number of any government contract | | |

| 2.2226. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KENNY GILL 263 WIND DANCER LANE PARKERSBURG, WV 26101** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2227. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KENNY JOE SMITH** |
| | List the contract number of any government contract | _____ | **P.O. BOX 2365**<br>**TULSA, OK 74101-2365** |

| 2.2228. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KENT D BLACKBURN** |
| | List the contract number of any government contract | _____ | **25060 HARPER RD**<br>**DENNIS, KS 67341** |

| 2.2229. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KENT D DUFFIELD** |
| | List the contract number of any government contract | _____ | **257 SHILOH CHURCH ROAD**<br>**HICKORY, NC 28601** |

| 2.2230. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KENT HEADY** |
| | List the contract number of any government contract | _____ | **1239 NORTH BRAKEN COURT**<br>**WICHITA, KS 67206** |

| 2.2231. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **KENT L & JANIS K HANSEN,** |
| | List the contract number of any government contract | _____ | **4856 FARMSTEAD**<br>**WICHITA, KS 67220** |

Debtor 1  **PostRock Energy Services Corporation**
     First Name        Middle Name       Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2232.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KENTON N BYRD
7995 4TH STREET
MINDEN CITY, MI 48456

**2.2233.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KEPLEY ENTERPRISES, LLC
3035 160TH ROAD
CHANUTE, KS 66720

**2.2234.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Kepley Enterprises, LLC
3035 160TH ROAD
CHANUTE
KS, US 66720

**2.2235.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KEVIN LEE WHITTINGTON
126 FRANKLIN ST
MARIETTA, OH 45750

**2.2236.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

KEVIN R & SHERRY SEIBERT
25091 KIOWA ROAD
PARSONS, KS 67357

**2.2237.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

KEVIN W BUETOW
328 4000 ROAD
COFFEYVILLE, KS 67337

Debtor 1  **PostRock Energy Services Corporation**
    First Name      Middle Name      Last Name

Case number (*if known*)  **16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2238.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KIEDAISCH & SUMMERS ENTERPRISE
PO BOX 254
HARRISVILLE, WV 26362**

**2.2239.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE, KS 66720**

**2.2240.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE
KS, US 66720**

**2.2241.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE
KS, US 66720**

**2.2242.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KIM & TRACY BOORIGIE HW, JT
1931 NORTH 24TH ST.
INDEPENDENCE, KS 67301**

**2.2243.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**KIM E. KUHN
1630 200TH RD.
CHANUTE, KS 66720**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.2244. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | KIM UDEN RUTTER |
|  | List the contract number of any government contract | _____ | 21254 2400 ROAD CHANUTE, KS 66720 |

| 2.2245. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | KIMBERLY G BAKKEN |
|  | List the contract number of any government contract | _____ | 302 S MAIN STREET BLUE RIDGE, TX 75424 |

| 2.2246. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | KIMCO |
|  | List the contract number of any government contract | _____ | PO BOX 1007 SPENCER, WV 25276 |

| 2.2247. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | KING FARMS AGRICULTURAL |
|  | List the contract number of any government contract | _____ | 10600 170TH ROAD CHANUTE, KS 66720 |

| 2.2248. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | KRIS D MARPLE |
|  | List the contract number of any government contract | _____ | 15476 2000 ROAD BENEDICT, KS 66714 |

Debtor 1  **PostRock Energy Services Corporation**

<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2249.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**KRISTA L OVERSTREET**
**10426 EAST POWERS PLACE**
**GREENWOOD VILLAGE, CO 80111**

---

**2.2250.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**KRISTI  MAXSON-ESQUIBEL**
**1002 3000 RD.**
**EDNA, KS 67342**

---

**2.2251.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**KRISTOPHER & MICHELLE KOWALSKY**
**543A 22000 RD**
**CHERRYVALE, KS 67335**

---

**2.2252.** State what the contract or lease is for and the nature of the debtor's interest

**Third Party Production Agreement**

State the term remaining

**Unknown**

List the contract number of any government contract

**KRISTOPHER & MICHELLE KOWALSKY**
**543A 22000 RD**
**CHERRYVALE, KS 67335**

---

**2.2253.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**KURTIS A NUNNENKAMP &**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

---

**2.2254.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**KURTIS ALLEN NUNNENKAMP**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.2255. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KW BRANT & MARY C BRANT, TTEES** |
| | List the contract number of any government contract | | **13770 BROWN RD**<br>**CHANUTE, KS 66720** |

| 2.2256. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KYLE & HAYDEN SEIFERT JTWROS** |
| | List the contract number of any government contract | | **1300 KIOWA RD**<br>**PARSONS, KS 67357** |

| 2.2257. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KYLE WEST** |
| | List the contract number of any government contract | | **6924 EAST READING PLACE**<br>**TULSA, OK 74115** |

| 2.2258. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **L & M INVESTMENT CO., LLC** |
| | List the contract number of any government contract | | **PO BOX 547**<br>**PENNSBORO, WV 26415** |

| 2.2259. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **L A HOOVER ESTATE** |
| | List the contract number of any government contract | | **RT 1 BOX 8**<br>**HARRISVILLE, WV 26362** |

| 2.2260. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **L A LAMP** |
|---|---|---|---|
| | | | **109 WILD GROVE DRIVE**<br>**GUNBARREL CITY, TX 75147** |

Debtor 1   **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

---

| 2.2261. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L D PAYNE |
| | List the contract number of any government contract | | 1124 N GLENWOOD ST <br> BLOOMFIELD, NM 87413 |

---

| 2.2262. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L MARLENE LAW |
| | List the contract number of any government contract | | 110 DAVID DRIVE <br> HARRISVILLE, WV 26362 |

---

| 2.2263. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L WALKER JR & J WALKER REV |
| | List the contract number of any government contract | | 7425 DORN ROAD <br> THAYER, KS 66776 |

---

| 2.2264. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L&W VENTURES, LLC |
| | List the contract number of any government contract | | PO BOX 850 <br> PARKER, CO 80138 |

---

| 2.2265. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LA UNA NOLTE |
| | List the contract number of any government contract | | BOX 132 <br> LENAPAH, OK 74042 |

---

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2266. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LA UNA NOLTE**<br>**BOX 132**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE BANK**<br>**P.O. BOX 135**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.2268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE CO STATE BANK F/A/O**<br>**PO BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2269. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE COUNTY STATE BANK**<br>**P.O. BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2270. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE COUNTY STATE BANK, FOR**<br>**P.O. BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2271. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LADDER ENERGY COMPANY**<br>**PO BOX 4470**<br>**TULSA, OK 74159-0470** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2272. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LADDER ENERGY COMPANY** |
| | List the contract number of any government contract | | **PO BOX 4470** **TULSA, OK 74159-0470** |

| 2.2273. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LaDonna Coffield** |
| | List the contract number of any government contract | | **14831 N TRENT ST.** **TAHLEQUAH** **OK, US 74467** |

| 2.2274. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAKEVIEW FORGE COMPANY** |
| | List the contract number of any government contract | | **1725 PITTSBURGH** **ERIE, PA 16505** |

| 2.2275. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LANA TURNER** |
| | List the contract number of any government contract | | **1210 MARY ANNE DRIVE** **RIVERTON, WY 82501-3024** |

| 2.2276. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LANE & SHERRY HENDRICKSON** |
| | List the contract number of any government contract | | **13260 197TH ROAD** **ERIE, KS 66733** |

| 2.2277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LANNY G & CYRILLA J COOPER H/W** **19352 YALE RD** **CHANUTE, KS 66720** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

---

| 2.2278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARKSPUR ROYALTIES LLC** |
| | List the contract number of any government contract | _____ | **1720 S BELLAIRE ST STE 1209** **DENVER, CO 80222** |

---

| 2.2279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY & CAROL UMBARGER REV** |
| | List the contract number of any government contract | _____ | **1085 120TH RD** **THAYER, KS 66776** |

---

| 2.2280. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | _____ | **5880 90TH ROAD** **THAYER** **KS, US 66776** |

---

| 2.2281. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | _____ | **5880 90TH ROAD** **THAYER** **KS, US 66776** |

---

| 2.2282. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | _____ | **5880 90TH ROAD** **THAYER** **KS, US 66776** |

---

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2283. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2284. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2285. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2286. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2287. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2288. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
      First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.2289. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | | **5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.2290. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | | **5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.2291. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | | **5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.2292. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY** |
| | List the contract number of any government contract | | **5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.2293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LARRY & TERRY CRAWFORD** |
| | List the contract number of any government contract | | **24 E. BAKER ROAD**<br>**ROCKY COMFORT, MO 64861-7456** |

| 2.2294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LARRY A & JOY WOOLERY, H/W**<br>**5880 90TH RD**<br>**THAYER, KS 66776** |

Debtor 1   **PostRock Energy Services Corporation**
          First Name         Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.2295. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY A & SHARON REITZ**<br>**HC 61, BOX 215**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY A REITZ & SHARON REITZ**<br>**HC 61 BOX 215**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.2297. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY A REITZ & SHARON REITZ**<br>**HC 61 BOX 215**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2298. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY D & JEANNINE A NORDSTEDT**<br>**310 S DEXTER**<br>**VALLEY CENTER, KS 67147** |
| | List the contract number of any government contract | | |

| 2.2299. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY D & TAMMY MARIE ADKINS**<br>**2403 STEVENS**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                              Case number *(if known)*   **16-11231-SAH**
    First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2300. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY D ADKINS**<br>**2403 STEVENS**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2301. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER**<br>**1085 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2302. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER**<br>**1085 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2303. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER**<br>**1085 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2304. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER**<br>**1085 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2305. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY E UMBARGER &**<br>**1085 120TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**
   First Name       Middle Name       Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2306.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY G & CAROLYN J MARPLE
19678 QUEEN ROAD
BENEDICT, KS 66714**

**2.2307.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY J WYRICK
RT. 1 BOX 137
DELAWARE, OK 74027**

**2.2308.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY JOE & SHARON KAY STRANGE
59 VIA VERDE
WICHITA, KS 67230**

**2.2309.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY K LAMP
9177 RUTLEDGE RD
HOWARD, OH 43028-9789**

**2.2310.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY L & TERESSA L STEEBY
828 21000 ROAD
PARSONS, KS 67357**

**2.2311.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**LARRY L CALLARMAN
21760 850TH ROAD
ALTOONA, KS 66710**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.2312. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY L CALLARMAN &** |
| | List the contract number of any government contract | | **21760 850TH ROAD**<br>**ALTOONA, KS 66710** |

| 2.2313. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY L CALLARMAN & HARRIETT LEISA CALLA** |
| | List the contract number of any government contract | | **21760 850TH ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

| 2.2314. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY L CALLARMAN & HARRIETT LEISA CALLA** |
| | List the contract number of any government contract | | **21760 850TH ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

| 2.2315. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY L CALLERMAN &** |
| | List the contract number of any government contract | | **21760 850TH RD**<br>**ALTOONA, KS 66710** |

| 2.2316. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY MCCLOY** |
| | List the contract number of any government contract | | **922 33RD ST**<br>**PARKERSBURG, WV 26104** |

Debtor 1    PostRock Energy Services Corporation
            _____     Case number (*if known*)    16-11231-SAH
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2317.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY MCHENRY**
**P. O. BOX 188**
**SMITHVILLE, WV 26178**

---

**2.2318.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY R WHITE**
**3739 S. KATY**
**CHANUTE, KS 66720**

---

**2.2319.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY V AMMANN, EDWARD R**
**14050 60TH RD**
**PARSONS, KS 67357**

---

**2.2320.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LARRY W & RHONDA INGRAHAM,**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

---

**2.2321.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**LARRY W & RHONDA INGRAHAM, JTWROS**
**2831 SOUTH PLUMMER**
**CHANUTE**
**KS, US 66720**

---

**2.2322.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**LARRY W BARSCH**
**6646 W 900 S**
**ROSEDALE, IN 47874**

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| government contract | | |

| 2.2323. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W INGRAHAM**<br>**2831 SOUTH PLUMMER**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2324. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W INGRAHAM, LARRY L**<br>**2831 S. PLUMMER**<br>**CHANTUE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2325. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W LUTES & KAREN S KIRK**<br>**542 21500 ROAD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.2326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W RENSING**<br>**19100 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W TAYLOR & CATHY MIH**<br>**1502 WEST 9TH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LARRY W TAYLOR & SUSAN L**<br>**1502 WEST 9TH STREET**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
             First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.2329. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **LARRY W. TAYLOR** |
|  | List the contract number of any government contract | | **1502 WEST 9TH**<br>**CHANUTE, KS 66720** |

| 2.2330. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **LATHROP K FLINTOM** |
|  | List the contract number of any government contract | | **1837 KUDZA ROAD**<br>**WEST PALM BEACH, FL 33415** |

| 2.2331. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **LATISHA A WHITWORTH & BILL** |
|  | List the contract number of any government contract | | **119 N STEUBEN AVE**<br>**CHANUTE, KS 66720** |

| 2.2332. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **LAURA M PARISH** |
|  | List the contract number of any government contract | | **20702 HARPER ROAD**<br>**CHANUTE, KS 66720** |

| 2.2333. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **LAURIE M GOSNEY** |
|  | List the contract number of any government contract | | **P.O. BOX 20301**<br>**FOUNTAIN HILLS, AZ 85269** |

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2334. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAVERNA KAY HAUGHT** |
| | List the contract number of any government contract | _____ | **615 RIVERVIEW DRIVE** **BELMONT, WV 26134** |

| 2.2335. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAVERNE H MILLER** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA, KS 66710** |

| 2.2336. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LAVERNE H MILLER** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2337. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Laverne H. Miller** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2338. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Laverne H. Miller** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2339. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAWRENCE E & JOAN W DOTSON** |
| | List the contract number of any | | **730 10TH STREET DRIVE N.W.** **CONOVER, NC 28613** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.2340. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LAWRENCE E SHEPARD<br>1206 S. RUTTER AVENUE<br>CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2341. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LAWRENCE S. PARKS<br>1252 SKYLARK AVE.<br>MARCO ISLAND, FL 34145** |
| | List the contract number of any government contract | | |

| 2.2342. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LAWRENCE W MARSHALLL<br>6825 90 RD<br>THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2343. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LD & PHYLLIS PAYNE<br>1124 N. GLENWOOD ST<br>BLOOMFIELD, NM 87413** |
| | List the contract number of any government contract | | |

| 2.2344. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LEE  BRADFORD LIV TRST<br>14007 THOMAS ROAD<br>CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2345. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **LEE BRADFORD & CAROL BRADFORD,<br>14007 THOMAS RD<br>CHANUTE, KS 66720** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.2346. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEE BRADFORD LIV TRST**<br>**14007 THOMAS ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2349. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2350. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2351.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

**2.2352.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

**2.2353.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

**2.2354.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

**2.2355.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

**2.2356.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**
_____          Case number *(if known)*   **16-11231-SAH**
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2357. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2358. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2359. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2360. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2361. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2362. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE 14007 THOMAS RD CHANUTE KS, US 66720** |

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** |  |
|  | List the contract number of any government contract | _____ |  |

| 2.2363. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **LEE C RANEY REV LIV TRST**<br>**6928 S UTICA CIRCLE**<br>**TULSA, OK 74136** |
|  | List the contract number of any government contract | _____ |  |

| 2.2364. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **LEE DONNA CRANOR**<br>**1300 CR 152**<br>**GEORGETOWN, TX 78626** |
|  | List the contract number of any government contract | _____ |  |

| 2.2365. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **LEGACY FARMS, LLC**<br>**2850 160TH ROAD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.2366. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **LEGACY PETROLEUM, LLC**<br>**P.O. BOX 3336**<br>**BARTLESVILLE, OK 74006** |
|  | List the contract number of any government contract | _____ |  |

| 2.2367. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **LELA M. ATKINS**<br>**18666 NILES DRIVE**<br>**HESPERIA, CA 92345** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2368. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LELAND L & SHARON L YARNELL** |
| | List the contract number of any government contract | | **18180 MEADE ROAD** **ERIE, KS 66733** |

| 2.2369. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LELAND L & SHARON L YARNELL** |
| | List the contract number of any government contract | | **18180 MEADE ROAD** **ERIE** **KS, US 66733** |

| 2.2370. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LELAND LEON YARNELL** |
| | List the contract number of any government contract | | **18180 MEADE RD** **ERIE, KS 66733** |

| 2.2371. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LELIA ATKINSON HRS** |
| | List the contract number of any government contract | | **610 - 55TH STREET** **VIENNA, WV 26105** |

| 2.2372. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LENAPAH PUBLIC WORKSAUTHORITY** |
| | List the contract number of any government contract | | **PO BOX 130** **LENAPAH, OK 74042-0130** |

| 2.2373. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LENORE M WALKER** |
| | List the contract number of any | | **23991 1000 ROAD** **THAYER, KS 66776** |

Debtor 1    **PostRock Energy Services Corporation**

<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.2374. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEO A & GENA R BURNETT**<br>**16250 90TH RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.2375. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEO N BOGNER REV TRST**<br>**1016 24000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2376. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2377. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2378. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2379. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
             First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

---

2.2380.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LEOMA PONTIOUS**
**200 E. SOUTHERN AVE. #127**
**APACHE, AZ 85119**

---

2.2381.    State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**Leoma Pontious**
**200 E. SOUTHERN AVE. #127**
**APACHE**
**AZ, US 85119**

---

2.2382.    State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**Leoma Pontious**
**200 E. SOUTHERN AVE. #127**
**APACHE**
**AZ, US 85119**

---

2.2383.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LEONA B KLINTWORTH**
**629 CO RD 175**
**WEST SALEM, OH 44287**

---

2.2384.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LEONARD D BURROWS**
**2292 STATE ROUTE 555**
**LITTLE HOCKING, OH 45742**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2385.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LEONARD G DRAIN, AS AGENT FOR
401 N. PENN AVE.
HARRISVILLE, WV 26362-1127

---

**2.2386.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LEROY B MYERS
835 26000 ROAD
DENNIS, KS 67341-9050

---

**2.2387.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LEROY E & CHERYL C BURK
9615 JACKSON ROAD
GALESBURG, KS 66740

---

**2.2388.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

LEROY E & CHERYL C BURK
9615 JACKSON ROAD
GALESBURG
KS, US 66740

---

**2.2389.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LEROY TURNER
PO BOX 276
PARK HILL, OK 74451

---

**2.2390.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

LESA ADKINS
P O BOX 44
CULLODEN, WV 25519

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

**2.2391.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LESLIE L & CATHERINE J
429757 E. 10 RD.
WELCH, OK 74369

**2.2392.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LESLIE R & JANICE M KIMREY
1016 4000 RD
EDNA, KS 67342

**2.2393.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LESTER L HOLE & R KAY HOLE,
1222 MULBERRY PLACE
WICHITA, KS 67212

**2.2394.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LETA MARIE ELLIOTT
19730 IRVING ROAD
CHANUTE, KS 66720

**2.2395.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

LEW R FORMAN JR
815 W 4TH ST
CHERRYVALE, KS 67335

**2.2396.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

LEW R FORMAN JR
815 W 4TH ST
CHERRYVALE, KS 67335

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.2397. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LEWIS MATZ |
| | List the contract number of any government contract | _____ | 46646 SR 78 WOODSFIELD, OH 43793 |

| 2.2398. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LEWIS W MORRIS |
| | List the contract number of any government contract | _____ | 1005 MARY ST. HARRISVILLE, WV 26362 |

| 2.2399. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LF & SHARON YOUNG |
| | List the contract number of any government contract | _____ | 19150 NESS ROAD ERIE, KS 66733 |

| 2.2400. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LILA DANIELS, TTEE OF |
| | List the contract number of any government contract | _____ | 204 N WEBSTER ERIE, KS 66733 |

| 2.2401. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | LILA SIMMONS |
| | List the contract number of any government contract | _____ | 12350 HOLMDEN DR. NE ROCKFORD, MI 49341 |

Debtor 1  **PostRock Energy Services Corporation**                           Case number *(if known)*  **16-11231-SAH**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2402.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **LILLIE IRENE PHILLIPS,**
> **25084 DOUGLAS RD**
> **DENNIS, KS 67341**

---

**2.2403.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **LILY M ROBERTS**
> **105 MAPLE STREET**
> **MARIETTA, OH 45750**

---

**2.2404.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **LINDA ANGLETON**
> **20128 WICHITA RD**
> **CHANUTE, KS 66720**

---

**2.2405.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

> **Linda Angleton**
> **20128 WICHITA RD**
> **CHANUTE**
> **KS, US 66720**

---

**2.2406.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

> **Linda Angleton**
> **20128 WICHITA RD**
> **CHANUTE**
> **KS, US 66720**

---

**2.2407.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

> **LINDA C RAMNYTZ**
> **408 48TH ST SW**
> **CANTON, OH 44706**

Debtor 1   **PostRock Energy Services Corporation**
     First Name        Middle Name       Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA DAVIDSON**<br>**3670 100TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA DEEM**<br>**RR1 BOX 244**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA J DRISKILL**<br>**295 RD 3000**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.2411. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA K (BUZZARD) BYFIELD**<br>**PO BOX 24**<br>**FAIRVIEW, OK 73737** |
| | List the contract number of any government contract | | |

| 2.2412. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA K GIBSON**<br>**RT. 1 BOX 181**<br>**MERRITS CREEK**<br>**SALT ROCK, WV 25559** |
| | List the contract number of any government contract | | |

| 2.2413. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LINDA MARIE COVEY**<br>**5702 9TH AVE**<br>**VIENNA, WV 26105** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

|  |  |  |
|---|---|---|
| 2.2414. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**LINDA S MEEKS & VICKI S
874 15000 RD
MOUND VALLEY, KS 67354**

|  |  |  |
|---|---|---|
| 2.2415. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**LINDA S WOODALL
188 PLEASANT LANE
NEW BRAUNFELS, TX 78131**

|  |  |  |
|---|---|---|
| 2.2416. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**LINDSEY BARTLETT
RT 2, BOX 53
HARRISVILLE, WV 26362**

|  |  |  |
|---|---|---|
| 2.2417. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**LISA FERGUSON
PO BOX 982
BARBOURSVILLE, WV 25504**

|  |  |  |
|---|---|---|
| 2.2418. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**LLHK RISING INC
1905 GLENWICK LANE
IRVING, TX 75060-7218**

Debtor 1  **PostRock Energy Services Corporation**                          Case number (*if known*)  **16-11231-SAH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2419.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**LLOYD & CAROL KEBERT LIVING**
**12846 700 ROAD**
**FREDONIA, KS 66736**

2.2420.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**LLOYD H BANTA**
**PO BOX 576**
**LYONS, CO 80540**

2.2421.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**LLOYD LEON SHIELDS ESTATE**
**1909 CENTENARY DRIVE**
**LONGVIEW, TX 75601**

2.2422.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**LOETHER LIVING TR**
**6642 ROSSI DR**
**PLANO, TX 75023**

2.2423.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**LOIS ANN HADDOX**
**3732 RIVIERA GRV. #103**
**COLORADO SPRINGS, CO 80922**

2.2424.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any

**LOIS K HAUGHT SIMMONS**
**5604 WADESVILLE RD**
**BELLEVILLE, WV 26133-8145**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.2425. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS K VAIL**<br>**12017 BROWN ROAD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.2426. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS KRAMER**<br>**9300 70TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2427. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2428. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2429. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.2431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2432. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS L SPOHN**<br>**14314 DOGWOOD LANE**<br>**BELLE HAVEN, VA 23306** |
| | List the contract number of any government contract | | |

| 2.2433. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS MARIE PARKER TRST**<br>**5155 MEADE ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2434. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS MARIE PARKER TRST**<br>**5155 MEADE ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2435. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS MARIE PARKER, TTEE OF THE**<br>**5155 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                      Case number *(if known)*   **16-11231-SAH**
_____
First Name         Middle Name         Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2436.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LOIS RAIDA**
**5670 80TH RD**
**THAYER, KS 66776**

---

**2.2437.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LONNIE TURNER**
**629 GREEN COUNTRY DR**
**TAHLEQUAH, OK 74464**

---

**2.2438.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LORA L CORSON**
**326 VISTA GRANDE CIRCLE**
**CHARLOTTE, NC 28226**

---

**2.2439.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LOREN BATES & CAROLE BATES**
**5853 MCCLELLAN HWY**
**BRANCHLAND, WV 25506**

---

**2.2440.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LOREN JAMES SMITH & GENEVA ANN**
**745 24000 ROAD**
**DENNIS, KS 67341**

---

**2.2441.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**LOREN STANLEY BASLER TR**
**301 SE MORNINGSIDE**
**BARTLESVILLE, OK 74006**

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*   **16-11231-SAH**

     First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2442. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE BOLLIG**<br>**14374 ANDERSON RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2443. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE M NEWTON**<br>**19627 K47 HWY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.2444. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE SWANSON REV TR**<br>**RT 1 BOX 180**<br>**DELAWARE, OK 74027** |
| | List the contract number of any government contract | | |

| 2.2445. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORETTA L HUCKE**<br>**859 21000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2446. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORETTA M HOLTZMAN**<br>**1125 S GARFIELD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2447. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LORETTA M TATUM**<br>**18490 E. 116TH ST. N.**<br>**OWASSO, OK 74055** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | Unknown |   |
|---|---|---|---|
|   | List the contract number of any government contract | _____ |   |

| 2.2448. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |   |
|---|---|---|---|
|   | State the term remaining | Unknown | **LORETTA PARKS STANLEY**<br>**1361 COUNTY RD 16**<br>**NEW LONDON, OH 44851** |
|   | List the contract number of any government contract | _____ |   |

| 2.2449. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |   |
|---|---|---|---|
|   | State the term remaining | Unknown | **LORETTA STIFFLER**<br>**2155 NOTTINGHAM DRIVE**<br>**WINTER PARK, FL 32792** |
|   | List the contract number of any government contract | _____ |   |

| 2.2450. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |   |
|---|---|---|---|
|   | State the term remaining | Unknown | **LORI ANN BEAM, A SINGLE PERSON**<br>**162 MYSIC VALLEY DRIVE**<br>**LINN VALLEY, KS 66040** |
|   | List the contract number of any government contract | _____ |   |

| 2.2451. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |   |
|---|---|---|---|
|   | State the term remaining | Unknown | **LORI ANN JOYCE**<br>**21510 1000 RD**<br>**ALTOONA, KS 66710** |
|   | List the contract number of any government contract | _____ |   |

| 2.2452. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |   |
|---|---|---|---|
|   | State the term remaining | Unknown | **LORNA KAY PARKS**<br>**125 WILDERNESS LN**<br>**WILLIAMSBURG, VA 23188** |
|   | List the contract number of any government contract | _____ |   |

Debtor 1    **PostRock Energy Services Corporation**                                          Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2453. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOTTIE & DONALD MAXON**<br>**R 1 BOX 77**<br>**CASHION, OK 73016** |
| | List the contract number of any government contract | | |

| 2.2454. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOU RITA J PERES**<br>**421 S. MAIN**<br>**LAHARPE, KS 66751** |
| | List the contract number of any government contract | | |

| 2.2455. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIE ELLIOTT**<br>**851 HAZELGREEN RD.**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.2456. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIE G ELLIOTT TRUST**<br>**7867 HAZELGREEN ROAD**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.2457. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIS D & JOAN W HIGGS**<br>**1304 NEMESIA PL NE**<br>**ALBUQUERQUE, NM 87112** |
| | List the contract number of any government contract | | |

| 2.2458. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIS E & BARBARA E HECK**<br>**1850 60TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.2459. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUIS E GULICK** |
| | List the contract number of any government contract | | **3014 DIRR**<br>**PARSONS, KS 67357** |
| 2.2460. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUIS OR AUDREY MARKFERDING** |
| | List the contract number of any government contract | | **1220 BRIARHILL DRIVE**<br>**BATH, OH 44210** |
| 2.2461. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE H OSBORNE ATTY** |
| | List the contract number of any government contract | | **4727 BOILING BROOK PARKWAY**<br>**ROCKVILLE, MD 20852** |
| 2.2462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE H TAYLOR** |
| | List the contract number of any government contract | | **765 S. RACE STREET**<br>**DENVER, CO 80209** |
| 2.2463. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE KANE ROARK** |
| | List the contract number of any government contract | | **PO BOX 2566**<br>**BARTLESVILLE, OK 74005** |
| 2.2464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LOY & JANIS REINHARDT** |
| | | | **14355 210TH ROAD**<br>**ERIE, KS 66733** |

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.2465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LRI COMPANY, LLC** |
| | List the contract number of any government contract | | **2922 E. 97TH COURT, APT 812** **TULSA, OK 74132** |

| 2.2466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LUCILLE A JANSSEN** |
| | List the contract number of any government contract | | **2175 LYON ROAD** **PARSONS, KS 67357** |

| 2.2467. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LUCILLE A JANSSEN** |
| | List the contract number of any government contract | | **2175 LYON ROAD** **PARSONS, KS 67357** |

| 2.2468. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LUTHER A PARK JR** |
| | List the contract number of any government contract | | **6213 SAWGRASS PLACE** **BARTLESVILLE, OK 74006** |

| 2.2469. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LYDA R WALDE CASTO** |
| | List the contract number of any government contract | | **1717 AVERY STREET** **PARKERSBURG, WV 26101** |

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2470.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**LYDIA J ENOS AGENT**
**1780 S. WESTWOOD DR.**
**SAGINAW, MI 48638-4657**

---

**2.2471.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**LYLE & CONNIE LOMAS**
**24052 DOUGLAS ROAD**
**DENNIS, KS 67341**

---

**2.2472.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**M & H WRIGHT, LLC**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD, AR 73732**

---

**2.2473.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**LAND USE AGREEMENT**

**UNKNOWN**

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

---

**2.2474.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**LAND USE AGREEMENT**

**UNKNOWN**

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

---

**2.2475.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**LAND USE AGREEMENT**

**UNKNOWN**

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2476.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA
21317 HIGHLAND LAKE DRIVE
GARFIELD
AR, US 73732

---

**2.2477.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA
21317 HIGHLAND LAKE DRIVE
GARFIELD
AR, US 73732

---

**2.2478.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA
21317 HIGHLAND LAKE DRIVE
GARFIELD
AR, US 73732

---

**2.2479.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA
21317 HIGHLAND LAKE DRIVE
GARFIELD
AR, US 73732

---

**2.2480.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA
21317 HIGHLAND LAKE DRIVE
GARFIELD
AR, US 73732

---

**2.2481.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

M A BANTA LIV TRST DTD 8/22/94
2078 CR 4500
COFFEYVILLE, KS 67337

---

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.2482. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **M BAR RANCH**<br>**14026 KNOX**<br>**OVERLAND PARK, KS 66221** |
| | List the contract number of any government contract | | |

| 2.2483. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **M C & ELDRIE SPAULDING**<br>**966 MORELLO AVE**<br>**MARTINEZ, CA 94553** |
| | List the contract number of any government contract | | |

| 2.2484. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2485. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2486. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2487.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2488.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2489.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2490.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**MABEL M LOUR**
**1405 N WALNUT ROADE**
**IOLA, KS 66749-1621**

---

**2.2491.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**MADELINE G WELLS**
**212 NINTH STREET**
**ELYRIA, OH 44035**

---

**2.2492.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**MADELINE M JORDAN**
**117 SOUTH LONG ROAD**
**ALIQUIPPA, PA 15001**

---

Debtor 1  **PostRock Energy Services Corporation**                                    Case number (*if known*)  **16-11231-SAH**
_____
First Name         Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2493. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAGGIE JONES**<br>**24789 E 869 ROAD**<br>**WELLING, OK 74471** |
| | List the contract number of any government contract | | |

| 2.2494. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MALYNDA PARKS HEIRS**<br>**791 COLLINS RD**<br>**LITTLE HOCKING, OH 45742** |
| | List the contract number of any government contract | | |

| 2.2495. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MANSFIELD HAUGHT ESTATE**<br>**6575 ARK. RD**<br>**GLOUCESTER, VA 23061** |
| | List the contract number of any government contract | | |

| 2.2496. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARC CHARLES CINQ-MARS**<br>**P.O. BOX 6191**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.2497. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARC E & ELAINE R SIUDUT**<br>**104 ELLIS STREET**<br>**GLASSBORO, NJ 80280** |
| | List the contract number of any government contract | | |

| 2.2498. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARCETTA KAY HELMS**<br>**5044 HICKORY HILLS DR.**<br>**WOODSTOCK, GA 30188** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                          Case number (*if known*)   **16-11231-SAH**
_____                          _____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.2499. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARCEY KAY DESCHER ANTHIS**<br>**3244 66TH AVE. SW**<br>**#69**<br>**OLYMPIA, WA 98512-7080** |
| | List the contract number of any government contract | _____ | |

| 2.2500. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARCIA HALE BOWDEN &**<br>**1025 ROCKFORD PLACE**<br>**ARDMORE, OK 73401** |
| | List the contract number of any government contract | _____ | |

| 2.2501. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARCIA HALE BOWDEN, TTEE**<br>**1025 N ROCKFORD PLACE**<br>**ARDMORE, OK 73401** |
| | List the contract number of any government contract | _____ | |

| 2.2502. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARCIA MORRIS**<br>**10450 LAKEVIEW DR**<br>**NEW PRT RCHY, FL 34654-3549** |
| | List the contract number of any government contract | _____ | |

| 2.2503. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARCUS D MORRIS REV TRST,**<br>**3619 MAIN**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2504.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Royalty Payments**

**Unknown**

**MARCUS O KEPHART &**
**6900 50TH RD**
**THAYER, KS 66776**

---

**2.2505.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Royalty Payments**

**Unknown**

**MARGARET J MILLER**
**3808 GRAND CENTRAL AVE.**
**VIENNA, WV 26105**

---

**2.2506.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Royalty Payments**

**Unknown**

**MARGARET LOUISE TUNSTALL**
**2705 BETHEL CHURCH RD., APT. B**
**BETHEL PARK, PA 15102**

---

**2.2507.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Royalty Payments**

**Unknown**

**MARGARET SEIWERT**
**% JOSEPH SEIWERT**
**310 N. PERSHING**
**WICHITA, KS 67208**

---

**2.2508.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Royalty Payments**

**Unknown**

**MARGIE L DUNAWAY**
**9372 HOCKING NW**
**MASSILLON, OH 44646**

---

**2.2509.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any

**Royalty Payments**

**Unknown**

**MARGIE M MOYERS**
**103 MOYERS RUN**
**HARRISVILLE, WV 26362**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**                    Case number (*if known*)  **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| government contract | | |

| 2.2510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARGUERITE C TURNER** |
| | List the contract number of any government contract | | **1924 BARBECUE RD**<br>**NORMANTOWN, WV 25267** |

| 2.2511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARGUERITE NAANES TRST** |
| | List the contract number of any government contract | | **114 E. MARSHALL**<br>**ERIE, KS 66733-1128** |

| 2.2512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARHA S. JEROME** |
| | List the contract number of any government contract | | **9421 THURMAN ROAD**<br>**WICHITA, KS 67212** |

| 2.2513. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARIAM MIH** |
| | List the contract number of any government contract | | **701 SOUTH PLUMMER**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARIAN A JOHNSON** |
| | List the contract number of any government contract | | **1190 25000 ROAD**<br>**PARSONS, KS 67357** |

| 2.2515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARIAN FRANCES ORTIZ**<br>**188 CEDAR SPRINGS ROAD**<br>**LEXINGTON, NC 27292** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2516. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARIAN LEE CARSON |
| | List the contract number of any government contract | _____ | 2116 W COMSTOCK DR<br>CHANDLER, AZ 85224 |

| 2.2517. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARIE G MCBEE |
| | List the contract number of any government contract | _____ | 3046 OLEANDER BLVD<br>FORT PIERCE, FL 34982 |

| 2.2518. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARILYN FOLK |
| | List the contract number of any government contract | _____ | BOX 127<br>SOUTH COFFEYVILLE, OK 74075 |

| 2.2519. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARILYN KYLER |
| | List the contract number of any government contract | _____ | P.O. BOX 117<br>PAWHUSKA, OK 74056 |

| 2.2520. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARILYN LOCK |
| | List the contract number of any government contract | _____ | 1028 WINDSOR ROAD<br>CHANUTE, KS 66720 |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2521.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING, NE 69341**

---

**2.2522.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING**
**NE, US 69341**

---

**2.2523.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING**
**NE, US 69341**

---

**2.2524.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN W WINCE**
**901 39TH STREET**
**VIENNA, WV 26105-2745**

---

**2.2525.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN WHARTON ROBINETT**
**20424 NORTH AURORA DRIVE**
**SUN CITY WEST, AZ 85375**

---

**2.2526.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**MARINA CHOTZINOFF**
**726 DOWNING STREET**
**DENVER, CO 80218**

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2527. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARINA CHOTZINOFF**<br>**726 DOWNING STREET**<br>**DENVER, CO 80218** |
| | List the contract number of any government contract | | |

| 2.2528. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION & CHARLENE BAILEY REV T**<br>**913 S GRETCHEN**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2529. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV T**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2530. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV T**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2531. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRST, MARIO**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2532. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MARION & CHARLENE BAILEY REV TRST, MARIO**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | UNKNOWN | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.2533. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARION & CHARLENE BAILEY REV TRST, MARIO<br>913 S GRETCHEN<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2534. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARION & CHARLENE BAILEY REV TRST, MARIO<br>913 S GRETCHEN<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2535. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARION & CHARLENE BAILEY REV TRUST<br>913 S GRETCHEN<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2536. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARION & CHARLENE BAILEY REV TRUST<br>913 S GRETCHEN<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2537. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARION & CHARLENE BAILEY REV TRUST<br>913 S GRETCHEN<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                              Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2538. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2539. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2540. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2541. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2542. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2543. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2544. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2545. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2546. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2547. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION F KLINGENBERG, KENNETH**<br>**930 E. RANDOLPH STREET**<br>**ENID, OK 73701** |
| | List the contract number of any government contract | | |

| 2.2548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION JORDAN**<br>**837 ETON DR.**<br>**BARTLESVILLE, OK 74006-8313** |
| | List the contract number of any government contract | | |

| 2.2549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARION KAY MULHOLLAND**<br>**4023 LILLIE AVENUE, APT 304**<br>**DAVENPORT, IA 52806-4408** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**

      First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | _____ |  |

| 2.2550. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **MARION L ROBY**<br>**RT 1 BOX 174-C**<br>**HARRISVILLE, WV 26362** |
|  | List the contract number of any government contract | _____ |  |

| 2.2551. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **MARITA LAVETT HUDSON**<br>**311 BUMGARNER**<br>**NORMAN, OK 73026** |
|  | List the contract number of any government contract | _____ |  |

| 2.2552. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **MARJORIE CRAGIN**<br>**3816 CHRISTIANSEN DR**<br>**BLUE SPRINGS, MO 64014-5502** |
|  | List the contract number of any government contract | _____ |  |

| 2.2553. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **MARJORIE CRAGIN**<br>**3816 CHRISTIANSEN DR**<br>**BLUE SPRINGS**<br>**MO, US 64014-5502** |
|  | List the contract number of any government contract | _____ |  |

| 2.2554. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **MARJORIE CRAGIN**<br>**3816 CHRISTIANSEN DR**<br>**BLUE SPRINGS**<br>**MO, US 64014-5502** |
|  | List the contract number of any government contract | _____ |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      

Debtor 1    **PostRock Energy Services Corporation**    Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2555. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARJORIE D STRINGER**<br>**525 MEADOW LANE**<br>**FORT SCOTT, KS 66701** |
| | List the contract number of any government contract | | |

| 2.2556. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARJORIE F NEELY TRST**<br>**8150 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2557. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARJORIE J & MARK A CRAGIN**<br>**3816 S.W. CHRISTIANSEN DR.**<br>**BLUE SPRINGS, MO 64014** |
| | List the contract number of any government contract | | |

| 2.2558. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARJORIE L DILWORTH**<br>**17326 GAY STREET**<br>**HAGERSTOWN, MD 21740** |
| | List the contract number of any government contract | | |

| 2.2559. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO, KS 66717** |
| | List the contract number of any government contract | | |

| 2.2560. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2561. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE** |
| | List the contract number of any government contract | | **20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |

| 2.2562. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE** |
| | List the contract number of any government contract | | **20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |

| 2.2563. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE** |
| | List the contract number of any government contract | | **20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |

| 2.2564. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE** |
| | List the contract number of any government contract | | **20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |

| 2.2565. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE** |
| | List the contract number of any government contract | | **20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |

| 2.2566. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.2567. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2568. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EU**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2569. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EU**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2570. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK & LISA MULLER**<br>**177 8000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.2571. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK & SUSAN INGELS, JTWROS**<br>**2961 ARIZONA RD**<br>**SAVONBURG, KS 66772** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name      Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2572.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK & SUSAN INGELS, JTWROS**
**2961 ARIZONA RD**
**SAVONBURG**
**KS, US 66772**

**2.2573.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE, KS 66733**

**2.2574.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

**2.2575.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

**2.2576.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

**2.2577.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2578. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARK A GILPIN & |
| | List the contract number of any government contract | | 25068 QUEENS ROAD |
| | | | PARSONS, KS 67357 |

| 2.2579. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARK A O'DANIEL |
| | List the contract number of any government contract | | 20395 40TH RD. |
| | | | PARSONS, KS 67357 |

| 2.2580. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARK A PATTON |
| | List the contract number of any government contract | | 601 N. GRANT |
| | | | CHANUTE, KS 66720 |

| 2.2581. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARK D MELTON & PATRICIA A |
| | List the contract number of any government contract | | 804 CHERRY HILL DRIVE |
| | | | N. LITTLEROCK, AR 72116 |

| 2.2582. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARK DEEM |
| | List the contract number of any government contract | | 760 CHESHIRE ROAD |
| | | | SUNBURY, OH 43074 |

| 2.2583. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | MARK E & DOROTHY J NEELY, JTS |
|---|---|---|---|
| | | | 17440 HARPER ROAD |
| | | | CHANUTE, KS 66720 |

Debtor 1  **PostRock Energy Services Corporation**                                    Case number *(if known)*  **16-11231-SAH**
First Name              Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract |  |  |

| 2.2584. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | MARK E & KAREN C WING LIV TRST |
|  | List the contract number of any government contract |  | 18687 1800 ROAD<br>ALTOONA, KS 66710 |

| 2.2585. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | MARK E & KAREN WING LIV TRST |
|  | List the contract number of any government contract |  | 18687 1800 ROAD<br>ALTOONA, KS 66710 |

| 2.2586. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | MARK E CORBETT |
|  | List the contract number of any government contract |  | 20345 OTTAWA ROAD<br>ERIE, KS 66733 |

| 2.2587. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | MARK EUGENE LEMON |
|  | List the contract number of any government contract |  | 46 OAK STREET<br>PARKERSBURG, WV 26104 |

| 2.2588. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | MARK F KEETON |
|  | List the contract number of any government contract |  | RR 1 BOX 147<br>S. COFFEYVILLE, OK 74072 |

Debtor 1   **PostRock Energy Services Corporation**                              Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2589.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**MARK F KEETON**
**RR 1 BOX 147**
**S. COFFEYVILLE**
**OK, US 74072**

---

**2.2590.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**MARK F. GASKINS**
**586 W. WAVERLY ROAD**
**RAYMOND, NE 68428**

---

**2.2591.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**MARK KANE**
**PO BOX 2566**
**BARTLESVILLE, OK 74005**

---

**2.2592.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**MARK L SHIDLER**
**1313 CAMPBELL RD, BLDG D**
**HOUSTON, TX 77055**

---

**2.2593.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**MARK LAMP**
**191 GINGERWOOD LANE**
**PARKERSBURG, WV 26101**

---

**2.2594.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**MARK R BLACKBURN &**
**18050 HIGHWAY 47**
**ST. PAUL, KS 66771**

---

Debtor 1   **PostRock Energy Services Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.2595. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARLENE NAUDIN**<br>**1605 LONGLEAF TRAIL**<br>**CUMMING, GA 30041** |
|  | List the contract number of any government contract |  |  |

| 2.2596. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARLIN C SAMS**<br>**RR #2 BOX 212A**<br>**WASHINGTON, WV 26181** |
|  | List the contract number of any government contract |  |  |

| 2.2597. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARSHALL FRANKLIN DEEM**<br>**1540 MAPLE ST**<br>**BARBARTON, OH 44203** |
|  | List the contract number of any government contract |  |  |

| 2.2598. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARTHA A YARNELL LT DTD**<br>**15200 150TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract |  |  |

| 2.2599. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARTHA B BRENNECKE REV TRST;**<br>**3100 JOHNSTON ROAD**<br>**PARSONS, KS 67357** |
|  | List the contract number of any government contract |  |  |

| 2.2600. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Martha B Brennecke Rev Trust**<br>**3100 JOHNSTON ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11231-SAH**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

---

| 2.2601. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **MARTHA COOK FAMILY TRST**<br>**BOYCE, WV 22620** |

---

| 2.2602. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **MARTHA JANE HOGUE**<br>**1821 MCCORD STREET**<br>**LONGVIEW, TX 75605** |

---

| 2.2603. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **MARTHA JEAN CARNEY**<br>**549 AETNA DRIVE**<br>**CHENEY, KS 67205** |

---

| 2.2604. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **MARTHA L MORRIS**<br>**4207 10TH AVE.**<br>**VIENNA, WV 26102** |

---

| 2.2605. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **MARTHA L WAGNER EXECUTRIX**<br>**RT 7, BOX 42**<br>**CLARKSBURG, WV 26301** |

---

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2606. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA LAHMEYER**<br>**PO BOX 173**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.2607. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA LAVON STRANGE &**<br>**59 VIA VERDE**<br>**WICHITA, KS 67230** |
| | List the contract number of any government contract | | |

| 2.2608. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2609. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2610. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2611. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**    Case number (*if known*)    **16-11231-SAH**

First Name    Middle Name    Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.2612. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE** |
|  | List the contract number of any government contract |  | **59 VIA VERDE WICHITA KS, US 67230** |

| 2.2613. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE** |
|  | List the contract number of any government contract |  | **59 VIA VERDE WICHITA KS, US 67230** |

| 2.2614. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARTHA PENDLETON CALLAWAY** |
|  | List the contract number of any government contract |  | **1603 CENTENARY DRIVE RICHARDSON, TX 75081-3807** |

| 2.2615. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARTHA S GABROSEK** |
|  | List the contract number of any government contract |  | **707 ORIOLE DRIVE EASTLAKE, OH 44095** |

| 2.2616. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARTIN C & CARLA L. UNDERWOOD** |
|  | List the contract number of any government contract |  | **380 PARKERS CORNER ROAD CARLISLE, AR 72024** |

| 2.2617. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARTIN D VOLZ 5560 JACKSON ROAD GALESBURG, KS 66740** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | Unknown |
| List the contract number of any government contract | _____ |

| 2.2618. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN & FLORENCE GAY MCKINNEY** |
| | List the contract number of any government contract | _____ | **1152 24500 ROAD**<br>**PARSONS, KS 67357** |

| 2.2619. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN DALE FRANCISCO &** |
| | List the contract number of any government contract | _____ | **745 MEADOW LANE**<br>**LEAVENWORTH, KS 66048** |

| 2.2620. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN G & BONNIE LECK, H/W** |
| | List the contract number of any government contract | _____ | **4170 BROWN RD**<br>**THAYER, KS 66776** |

| 2.2621. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **MARVIN G & BONNIE LECK, H/W, JTS** |
| | List the contract number of any government contract | _____ | **4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.2622. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **MARVIN G & BONNIE LECK, H/W, JTS** |
| | List the contract number of any government contract | _____ | **4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2623.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

**2.2624.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

**2.2625.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

**2.2626.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

**2.2627.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

**2.2628.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARVIN G & BONNIE LECK, H/W, JTS**
**4170 BROWN RD**
**THAYER**
**KS, US 66776**

| Debtor 1 | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2629.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS
4170 BROWN RD
THAYER
KS, US 66776**

**2.2630.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS
4170 BROWN RD
THAYER
KS, US 66776**

**2.2631.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS
4170 BROWN RD
THAYER
KS, US 66776**

**2.2632.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS
4170 BROWN RD
THAYER
KS, US 66776**

**2.2633.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN G & BONNIE LECK, H/W, JTS
4170 BROWN RD
THAYER
KS, US 66776**

**2.2634.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MARVIN G HAUGHT
1072 N. HAMETOWN ROAD
AKRON, OH 44333**

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.2635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2636. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2637. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2638. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2639. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2640.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARVIN H OLSON & WILMA L OLSON
6180 183RD RD
CHANUTE, KS 66720

---

**2.2641.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARVIN L & SANDRA BROOKS
24116 850 RD
THAYER, KS 66776

---

**2.2642.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

MARVIN L & SANDRA BROOKS
24116 850 RD
THAYER
KS, US 66776

---

**2.2643.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARVIN L BLACKBURN &
4701 MAIN STREET
PARSONS, KS 67357

---

**2.2644.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARVIN R & JO ANN CARNEY
4024 GRAY RD
EDNA, KS 67342

---

**2.2645.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

MARVIN R & JO ANN CARNEY
4024 GRAY RD
EDNA
KS, US 67342

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2646. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY ANN GIDEON** |
| | List the contract number of any government contract | | **1721 OLD STATE ROAD** **COOLVILLE, OH 45723** |

| 2.2647. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY ANN THOMPSON** |
| | List the contract number of any government contract | | **798 CEDAR COVE RD** **WELLINGTON, FL 33414** |

| 2.2648. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY ANNE KETELSEN** |
| | List the contract number of any government contract | | **2703 BEACH DRIVE** **BELPRE, OH 45714** |

| 2.2649. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY ANNETTE RICHARDS** |
| | List the contract number of any government contract | | **841 BIG SPRINGS RD** **SMITHVILLE, WV 26178** |

| 2.2650. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY B FINLEY** |
| | List the contract number of any government contract | | **21730 YALE ROAD** **CHANUTE, KS 66720** |

| 2.2651. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARY CAROLYN CAIL** **21 PRESTON CIRCLE** **STILLWATER, OK 74075** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

---

**2.2652.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY CARPENTER**
**5229 CHOWCHILLA MT**
**MARIPOSA, CA 95338**

---

**2.2653.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY COUCH OR DECK F COUCH**
**4700 FRANCISCO ROAD**
**PENSACOLA, FL 32504**

---

**2.2654.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY DYKE**
**26033 ELK ROAD**
**DENNIS, KS 67341**

---

**2.2655.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY E CLEMANS**
**705 N. KENTUCKY**
**IOLA, KS 66749-1921**

---

**2.2656.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY E COUCH**
**4700 FRANCISCO ROAD**
**PENSACOLA, FL 32504**

---

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2657.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY E HIZEY REV TRST DTD**
> **1743 2400 RD**
> **PARSONS, KS 67357**

**2.2658.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY E LAYFIELD**
> **84 ORCHARD STREET**
> **PARKERSBURG, WV 26101**

**2.2659.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY E SCHAAKE**
> **16135 1800 ROAD**
> **BENEDICT, KS 66714**

**2.2660.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY E WILLIAMS**
> **1991 CAROLINA ST N.W.**
> **DOVER, OH 44622-9605**

**2.2661.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY ELLEN EYE**
> **7023 ELK ROAD**
> **COFFEYVILLE, KS 67337**

**2.2662.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

> **MARY ETTA TAYLOR TRST**
> **4305 N 141ST COURT**
> **BASEHOR, KS 66007**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.2663. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARY ETTA TAYLOR TRST<br>4305 N 141ST COURT<br>BASEHOR<br>KS, US 66007 |
| | List the contract number of any government contract | | |

| 2.2664. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARY ETTA TAYLOR TRST<br>4305 N 141ST COURT<br>BASEHOR<br>KS, US 66007 |
| | List the contract number of any government contract | | |

| 2.2665. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MARY F DOUGLAS<br>1202 PLUMMER AVE, APT # 109<br>CHANUTE, KS 66720 |
| | List the contract number of any government contract | | |

| 2.2666. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARY F DOUGLAS<br>1202 PLUMMER AVE, APT # 109<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2667. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARY F DOUGLAS<br>1202 PLUMMER AVE, APT # 109<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.2668. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | MARY F DOUGLAS<br>1202 PLUMMER AVE, APT # 109<br>CHANUTE<br>KS, US 66720 |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                        Case number *(if known)*   **16-11231-SAH**
           First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.2669. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2670. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY F DUNN**<br>**2320 FLORIDA RD.**<br>**HUMBOLDT, KS 66748** |
| | List the contract number of any government contract | | |

| 2.2671. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2672. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2673. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2674. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2675. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2676. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2677. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2678. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY GEHO SMITH**<br>**1109 27TH STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.2679. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY HELENA SOMMARS, LIFE**<br>**7440 220th ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2680. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY J HUGHES & JACK HUGHES,** |
| | List the contract number of any government contract | | **8405 30TH RD**<br>**GALESBURG, KS 66740** |

| 2.2681. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY J KITTERMAN** |
| | List the contract number of any government contract | | **RT 1 BOX 208**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.2682. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY JANE & MAX PAGE** |
| | List the contract number of any government contract | | **18505 UDALL ROAD**<br>**ERIE, KS 66733** |

| 2.2683. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY JANE GARRETT** |
| | List the contract number of any government contract | | **12083 ROOKS ROAD**<br>**OSWEGO, KS 67356** |

| 2.2684. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY JANE KITTERMAN** |
| | List the contract number of any government contract | | **ROUTE 1, BOX 208**<br>**S. COFFEYVILLE, OK 74072** |

| 2.2685. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARY JANE ROBINSON**<br>**679 BULL FORD RD.**<br>**TANNER, WV 26137** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2686. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY JANET JACOBSON** |
| | List the contract number of any government contract | _____ | **580 NW BELLA VISTA DR**<br>**GRESHAM, OR 97030** |

| 2.2687. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY JO HUGHES, TTEE FOR MARY** |
| | List the contract number of any government contract | _____ | **8405 30TH ROAD**<br>**GALESBURG, KS 66740** |

| 2.2688. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY JO PARKER** |
| | List the contract number of any government contract | _____ | **1101 CIRCLE M DR. APT. C**<br>**KILLEEN, TX 76549** |

| 2.2689. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY JO PONTIOUS** |
| | List the contract number of any government contract | _____ | **7305 HWY 59**<br>**ERIE, KS 66733** |

| 2.2690. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARY JOAN ROBERTSON &** |
| | List the contract number of any government contract | _____ | **1009 CHESNUT**<br>**ATLANTIC, IA 50022** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2691. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY JOAN ROBERTSON & MICHELE KIRCHOFF J** |
| | List the contract number of any government contract | | **1009 CHESNUT** **ATLANTIC** **IA, US 50022** |

| 2.2692. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY JOAN ROBERTSON & MICHELE KIRCHOFF J** |
| | List the contract number of any government contract | | **1009 CHESNUT** **ATLANTIC** **IA, US 50022** |

| 2.2693. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **MARY KATHRYN ATKINSON** **5 RIVER CREST** **VIENNA, WV 26105** |

| 2.2694. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **MARY KATHRYN UMPLEBY** **711 27TH STREET** **VIENNA, WV 26105** |

| 2.2695. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **MARY L CHAPMAN** **979 20000 ROAD** **PARSONS, KS 67357** |

| 2.2696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any | | **MARY L HINES** **% HOME STATE BANK** **P.O. BOX 48** **ERIE, KS 66733** |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2697. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY L WATKINS** <br> **HC 61 BOX 83** <br> **LENAPAH, OK 74042-9708** |
| | List the contract number of any government contract | | |

| 2.2698. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY LEA STICH** <br> **PO BOX 102** <br> **GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2699. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY LEA STICH** <br> **PO BOX 102** <br> **GALESBURG** <br> **KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2700. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Mary Lea Stitch** <br> **PO BOX 102** <br> **GALESBURG** <br> **KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2701. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY LOU & SHELDON MANLEY** <br> **698 5000 ROAD** <br> **COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.2702. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **MARY LOU NATH TTEE ROBERTS** <br> **3311 SIERRA CIRCLE** <br> **TAMPA, FL 33629** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name      Middle Name      Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.2703. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **MARY LOU ROSS, EXECUTRIX**<br>**657 STATE PARK RD**<br>**HARRISVILLE, WV 26362** |

| | | |
|---|---|---|
| 2.2704. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **MARY LOUISE HINES REV TRST**<br>**15520 HIGHWAY 59**<br>**ERIE, KS 66733** |

| | | |
|---|---|---|
| 2.2705. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **MARY LOUISE RETTMANN TRST**<br>**11234 THOMAS ROAD**<br>**ALTOONA, KS 66710** |

| | | |
|---|---|---|
| 2.2706. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **MARY LOUISE RETTMANN, TTEE OF**<br>**11234 THOMAS ROAD**<br>**ALTOONA, KS 66710** |

| | | |
|---|---|---|
| 2.2707. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **MARY M HAUGHT**<br>**12329 STAUTON TURNPIKE**<br>**SMITHVILLE, WV 26178** |

Debtor 1   **PostRock Energy Services Corporation**                           Case number *(if known)*   **16-11231-SAH**

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2708.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY M SMITH**
**519 S 15TH**
**APT 14**
**FREDONIA, KS 66736**

2.2709.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY M STEINERT**
**16900 MARSHALL RD.**
**ERIE, KS 66733**

2.2710.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY MARGARET MAXSON REV TRST**
**3922 E. 63RD STREET**
**TULSA, OK 74136**

2.2711.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY MAXINE WELCH**
**PO BOX 4308**
**PARKERSBURG, WV 26104**

2.2712.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY NYE DAUBENSPECK**
**BOX 306 RT 1**
**CAIRO, WV 26337**

2.2713.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**MARY P ELLIS-STAFFORD**
**P.O. BOX 426**
**WINTHROP, WA 98862**

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

---

**2.2714.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARY PARKS RYAN
42 HOPE HILL
MANNINGTON, WV 26582

---

**2.2715.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARY PAULINE SMITH
1109 27TH STREET
VIENNA, WV 26105

---

**2.2716.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARY S. KINNING
5401 REBEL DRIVE
LINCOLN, NE 68516

---

**2.2717.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MARY V STEVENS, A WIDOW
19381 US HWY 75
BENEDICT, KS 66714

---

**2.2718.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MATT W ROECKER & LILA S
17745 FORD RD
CHANUTE, KS 66720

---

**2.2719.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

MATTHEW DEAN MANSUR
412 DELA DINA AVE., APT 19
MONTEREY, CA 93940

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.2720. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**MATTHEW M ATTEBERRY & PAMELA**
**19030 JACKSON RD.**
**PARSONS, KS 67357**

| 2.2721. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**MATTHEW RICHARD & JENNIFER**
**20155 HARPER RD**
**CHANUTE, KS 66720**

| 2.2722. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**MAUREEN PARKS BRUENSKI**
**624 WEST CHESTNUT STREET**
**JUNCTION CITY, KS 66441**

| 2.2723. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**MAX & BETTY ROBERTS**
**15725 150TH ROAD**
**ERIE, KS 66733**

| 2.2724. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**MAX AND BETTY ROBERTS LIV TR**
**15725 150TH RD**
**ERIE, KS 66733**

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2725. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAX BRITTON** |
| | List the contract number of any government contract | | **607 46TH ST**<br>**VIENNA, WV 26105** |

| 2.2726. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MAX H HARVEY** |
| | List the contract number of any government contract | | **6831 COUNTRY VIEW LANE**<br>**SAN ANTONIO**<br>**TX, US 78240-2706** |

| 2.2727. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAX K RICKERSON LIV TRST** |
| | List the contract number of any government contract | | **P.O. BOX 431**<br>**CHANUTE, KS 66720** |

| 2.2728. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MAX K RICKERSON LIV TRST (RESTATED)** |
| | List the contract number of any government contract | | **P.O. BOX 431**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2729. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MAX K RICKERSON LIV TRST (RESTATED)** |
| | List the contract number of any government contract | | **P.O. BOX 431**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2730. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAX MARPLE & ELAINE MARPLE,** |
| | List the contract number of any | | **17421 US HIGHWAY 75**<br>**ALTOONA, KS 66710** |

Debtor 1   **PostRock Energy Services Corporation**
           First Name         Middle Name         Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2731. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAX W & BONNIE L GROSSNICKLE**<br>**12655 80TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.2732. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MAXINE M DOAK ESTATE**<br>**217 MAIN ST**<br>**MIDDLEBOURNE, WV 26149** |
| | List the contract number of any government contract | | |

| 2.2733. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MCCABE LAND CO**<br>**PO BOX 1692**<br>**CHARLESTON, WV 25326** |
| | List the contract number of any government contract | | |

| 2.2734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MCES FARMS, INC**<br>**2850 160TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MEKUSUKEY OIL COMPANY, LLC**<br>**P O BOX 816**<br>**WEWOKA, OK 74884-0816** |
| | List the contract number of any government contract | | |

| 2.2736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **MELIA HOLDING D/B/A**<br>**5424 S MEMORIAL DR- BLDG E**<br>**TULSA, OK 74145** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2737. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **MELIA PROPERTIES, LLC**<br>**5424 S MEMORIAL DR- BLDG E**<br>**TULSA**<br>**OK, US 74145** |
| | List the contract number of any government contract | _____ | |

| 2.2738. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **MELIA PROPERTIES, LLC**<br>**5424 S MEMORIAL DR- BLDG E**<br>**TULSA**<br>**OK, US 74145** |
| | List the contract number of any government contract | _____ | |

| 2.2739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MELINDA A SHERRY**<br>**PO BOX 197**<br>**LAKE SHORE, CA 93634** |
| | List the contract number of any government contract | _____ | |

| 2.2740. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MELISSA A GILBERT**<br>**118 LAKE RD**<br>**BELPRE, OH 45714** |
| | List the contract number of any government contract | _____ | |

| 2.2741. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MELISSA D GARDNER**<br>**2512 KATINA DRIVE**<br>**FLOWER MOUND, TX 75028** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2742.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MELISSA DAWN AYERS**
**HC 75 BOX 2A**
**SMITHVILLE, WV 26178**

---

**2.2743.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MELODEE MORELAND**
**328 CHASE BEND ROAD**
**ESTILL SPRINGS, TN 37330**

---

**2.2744.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MELVA I HUDSON LIV TRST**
**17840 150TH ROAD**
**ERIE, KS 66733-4202**

---

**2.2745.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MELVIN E RILEY & SHARON F**
**P.O. BOX 94**
**GALESBURG, KS 66740**

---

**2.2746.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MELVIN F PONTIOUS**
**4641 TOEPFER RD.**
**MIDDLETON, WI 53562**

---

**2.2747.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**MELVIN L POWELL**
**709 INDIANA STREET**
**NEODESHA, KS 66757**

Debtor 1 **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.2748. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MELVIN OGRIN**<br>**10791 AVENIDA SANTA ANA**<br>**BOCA RATON, FL 33498** |
| | List the contract number of any government contract | | |

| 2.2749. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERCY FOUNDATION WESTERN HILLS**<br>**4600 MCAULEY PLACE**<br>**CINCINNATI, OH 45242** |
| | List the contract number of any government contract | | |

| 2.2750. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERIMA CARVER, INDIV AS TTEE**<br>**PO BOX 406**<br>**DERBY, KS 67037** |
| | List the contract number of any government contract | | |

| 2.2751. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
| | List the contract number of any government contract | | |

| 2.2752. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
| | List the contract number of any government contract | | |

| 2.2753. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                                    Case number (*if known*)   **16-11231-SAH**
_____                          _____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.2754. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI PO BOX 406 DERBY KS, US 67037** |
| | List the contract number of any government contract | _____ | |

| 2.2755. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI PO BOX 406 DERBY KS, US 67037** |
| | List the contract number of any government contract | _____ | |

| 2.2756. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI PO BOX 406 DERBY KS, US 67037** |
| | List the contract number of any government contract | _____ | |

| 2.2757. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI PO BOX 406 DERBY KS, US 67037** |
| | List the contract number of any government contract | _____ | |

| 2.2758. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI PO BOX 406 DERBY KS, US 67037** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2759.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — 

**MERLE D GREVE**
**10785 230TH ROAD**
**CHANUTE, KS 66720**

**2.2760.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — 

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER, KS 66776**

**2.2761.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — 

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER**
**KS, US 66776**

**2.2762.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — 

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER**
**KS, US 66776**

**2.2763.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — 

**MERLIN E SMITH**
**26 TOWNSHIP RD. #508**
**SOUTH POINT, OH 45680**

**2.2764.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any 

**MERRICK OIL COMPANY**
**574 16500 ROAD**
**MOUND VALLEY, KS 67354**

Debtor 1    **PostRock Energy Services Corporation**                              Case number *(if known)*    **16-11231-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2765. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERRICK OIL COMPANY** |
| | List the contract number of any government contract | | **574 16500 ROAD**<br>**MOUND VALLEY, KS 67354** |

| 2.2766. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERRILL D KRAMER** |
| | List the contract number of any government contract | | **2106 WALNUT**<br>**COLLINSVILLE, OK 74021** |

| 2.2767. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERVIN LEE & SHARON K BROOKS** |
| | List the contract number of any government contract | | **P.O. BOX 214**<br>**THAYER**<br>**KS, US 66776** |

| 2.2768. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **META GOINS** |
| | List the contract number of any government contract | | **6434 WICHITA ROAD**<br>**THAYER, KS 66776-8126** |

| 2.2769. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL & BARBARA WATTS** |
| | List the contract number of any government contract | | **21350 JACKSON ROAD**<br>**CHANUTE, KS 66720** |

| 2.2770. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MICHAEL & BRENDA ELSWORTH** |
|---|---|---|---|
| | | | **7905 PRATT RD.**<br>**ERIE, KS 66733** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2771. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL & CAROLYN L CERELLI** |
| | List the contract number of any government contract | _____ | **14905 120TH RD**<br>**ERIE, KS 66733** |

| 2.2772. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL & STEPHANY LAPINA** |
| | List the contract number of any government contract | _____ | **522 26000 ROAD**<br>**DENNIS, KS 67341** |

| 2.2773. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL A & ELLA JEAN REED** |
| | List the contract number of any government contract | _____ | **2494 GOFFS ROAD**<br>**HARRISVILLE, WV 26362** |

| 2.2774. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL A SAMS** |
| | List the contract number of any government contract | _____ | **4155 HICKORY LAKE COURT**<br>**TITUSVILLE, FL 32780** |

| 2.2775. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL BARRY &** |
| | List the contract number of any government contract | _____ | **17775 DURHAM ROAD**<br>**STUTTGART, AR 72160** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1　**PostRock Energy Services Corporation**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)　**16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2776.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL C & E AGNES PAULIE**
**7350 170TH ROAD**
**CHANUTE, KS 66720**

---

**2.2777.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL D & KRISTIN SNOOKS**
**PO BOX 1181**
**BAYFIELD, CO 81122**

---

**2.2778.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL D CAMPBELL**
**3586 BIG SPRING RD**
**BIG SPRINGS, WV 26137-6405**

---

**2.2779.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL D STOUT**
**2775 SAWNEE VIEW DR**
**CUMMING, GA 30040**

---

**2.2780.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL D TAYLOR & DIANN F**
**15647 COUNTY ROAD P10**
**BLAIR, NE 68008-5661**

---

**2.2781.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**MICHAEL D. OLSON &**
**18676 2000 RD.**
**BUFFALO, KS 66717**

Debtor 1    **PostRock Energy Services Corporation**                                   Case number *(if known)*    **16-11231-SAH**
_____
First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.2782. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL E & MONIQUE L JORDAN** <br> **26 CHANDLER LANE** <br> **EPPING, NH '03042** |
| | List the contract number of any government contract | | |

| 2.2783. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL E HUCKE & LEIA C HUCKE** <br> **19026 HARPER RD** <br> **MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.2784. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL E HUCKE & LEIA C HUCKE** <br> **19026 HARPER RD** <br> **MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.2785. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL E MUGRAGE** <br> **4133 SOUTH KATY ROAD** <br> **CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2786. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MICHAEL E MUGRAGE REV TR** <br> **PO DRAWER G** <br> **CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2787. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MICHAEL E SEMRAD** <br> **8720 90TH RD** <br> **GALESBURG, KS 66740** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | _____ |  |

| 2.2788. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MICHAEL G KEPLEY & CARLA M**<br>**2850 160TH ROAD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.2789. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MICHAEL H SHELBY**<br>**4600 GREENVILLE AVE, STE 200**<br>**DALLAS, TX 75206** |
|  | List the contract number of any government contract | _____ |  |

| 2.2790. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MICHAEL J & MARY K SCOTT**<br>**2175 FORD ROAD**<br>**THAYER, KS 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.2791. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **MICHAEL J & ROBERTA J RUTLEDGE**<br>**14736 VIOLA RD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | _____ |  |

| 2.2792. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MICHAEL J COLE**<br>**16009 E 40TH TERR S**<br>**INDEPENDENCE, MO 64055** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1   PostRock Energy Services Corporation
                                                                        Case number (*if known*)   **16-11231-SAH**
<u>First Name            Middle Name            Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2793.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract          **MICHAEL J MCGUIRE & LORIE M**
**14582 K-47 HWY**
**ERIE, KS 66733**

---

2.2794.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract          **MICHAEL JOE ALLMON**
**314 EXNER**
**COFFEYVILLE, KS 67337**

---

2.2795.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract          **MICHAEL K & NANCY L**
**19123 K47 HWY**
**ALTOONA, KS 66710**

---

2.2796.  State what the contract or lease is for and the nature of the debtor's interest          **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract          **MICHAEL K & NANCY L NUNNENKAMP, JT**
**19123 K47 HWY**
**ALTOONA**
**KS, US 66710**

---

2.2797.  State what the contract or lease is for and the nature of the debtor's interest          **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract          **MICHAEL K & NANCY L NUNNENKAMP, JT**
**19123 K47 HWY**
**ALTOONA**
**KS, US 66710**

---

2.2798.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any          **MICHAEL L & MARCIA A MCCOY,**
**8725 IRVING RD**
**GALESBURG, KS 66740**

---

Debtor 1   **PostRock Energy Services Corporation**      Case number *(if known)*   **16-11231-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.2799. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract      **MICHAEL L EBERS**
**7800 WISDOM LANE**
**KNOXVILLE, TN 37938**

---

2.2800. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract      **MICHAEL M MARTIN**
**17541 WICHITA ROAD**
**CHANUTE, KS 66720**

---

2.2801. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract      **MICHAEL OLSON**
**18676 2000 RD**
**BUFFALO, KS 66717**

---

2.2802. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract      **MICHAEL R  ELLIOTT**
**13 SEA BASS LANE**
**PONTE VEDRA BEACH, FL 32082**

---

2.2803. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract      **MICHAEL R BRADY**
**3756 S. 4450 RD**
**WELCH, OK 74369**

---

2.2804. State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

**MICHAEL R DENT, LIFE ESTATE**
**4475 170TH ROAD**
**CHANUTE, KS 66720**

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| | First Name      Middle Name      Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2805. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL RAY BLACKMORE** |
| | List the contract number of any government contract | | **6320 BROWN RD** |
| | | | **THAYER, KS 66776** |

| 2.2806. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S FLINTOM** |
| | List the contract number of any government contract | | **201 LINDSEY HOWARD ROAD** |
| | | | **LANCING, TN 37770** |

| 2.2807. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S MITCHELL, TTEE** |
| | List the contract number of any government contract | | **P.O. BOX 753** |
| | | | **CHANUTE, KS 66720** |

| 2.2808. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S OR CAROLYN M STIMSON** |
| | List the contract number of any government contract | | **13373 S 4250 RD** |
| | | | **CHELSEA, OK 74016** |

| 2.2809. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL STEPHEN STIMSON, & /OR** |
| | List the contract number of any government contract | | **13373 S 4250 RD** |
| | | | **CHELSEA, OK 74016** |

Debtor 1   **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2810.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**MICHAEL T & REGINA FOSTER**
**13429 WEST 106TH ST**
**LENEXA, KS 66215**

---

**2.2811.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**MICHAEL T MEANS**
**PO BOX 94**
**LENAPAH, OK 74042**

---

**2.2812.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**MICHAEL WAYNE GUARNIERO**
**16664 BUCKHORN ROAD**
**MIDDLETON, CA 95461**

---

**2.2813.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**MICHAEL WAYNE WILLIAMS**
**P.O. BOX 54**
**FORD, KS 67842-0054**

---

**2.2814.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**MICHAEL WILLIAMS**
**2200 WINDING RD**
**PARKERSBURG, WV 26104**

---

**2.2815.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**MICHAELIS LIV TRST**
**P.O. BOX 588**
**CADDO, OK 74729**

---

Debtor 1    **PostRock Energy Services Corporation**
      First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2816.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAELIS LIVING TRUST**
**PO BOX 588**
**CADDO, OK 74729**

---

**2.2817.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAL VALENCIA**
**509 PROSPECT ROAD**
**LONGVIEW, TX 75603**

---

**2.2818.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHELLE HARDIN**
**1245 UPPER LOCUST ROAD**
**WASHINGTON, WV 26181**

---

**2.2819.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHELLE HUDSON LOVE REV LIV TR**
**15600 PUTNAM ROAD**
**ROGERS, AR 72756-7875**

---

**2.2820.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICKIE Y UNDERWOOD**
**575 8000 ROAD**
**EDNA, KS 67342**

---

**2.2821.** State what the contract or lease is for and the nature of the debtor's interest — **Pipeline capacity lease-PSI**

**MID-AMERICA PIPELINE COMPANY**
**P.O. BOX 972990**
**DALLAS, TX 75397-2990**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Sold** | |
| List the contract number of any government contract | _____ | |

| 2.2822. | State what the contract or lease is for and the nature of the debtor's interest | **3D seismic** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **MIDCON DATA SERVICES, LLC**<br>**13431 N BROADWAY EXTENSION**<br>**STE. 115**<br>**OKLAHOMA CITY, OK 73114** |
| | List the contract number of any government contract | _____ | |

| 2.2823. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MIKE & JEFF CASPER**<br>**20200 HARPER ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2824. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MIKE H & TINA R HENRY, H/W**<br>**6300 80TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MIKE ROSS INC**<br>**P. O. BOX 219**<br>**COALTON, WV 26257** |
| | List the contract number of any government contract | _____ | |

| 2.2826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MIKE S & STEPHANIE A HENRY**<br>**14970 ARKANSAS STREET**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
     First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2827.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**MIKE S HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

---

**2.2828.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

    State the term remaining — **UNKNOWN**

    List the contract number of any government contract

**MIKE S HENRY**
**14970 ARKANSAS STREET**
**CHANUTE**
**KS, US 66720**

---

**2.2829.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

    State the term remaining — **UNKNOWN**

    List the contract number of any government contract

**MIKE S HENRY**
**14970 ARKANSAS STREET**
**CHANUTE**
**KS, US 66720**

---

**2.2830.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**MIKE SEXTON**
**18140 MARION ROAD**
**BENEDICT, KS 66714**

---

**2.2831.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**MILDRED D RAYMOND**
**201 GREENWAY DRIVE**
**BRYAN, TX 77801-3916**

---

**2.2832.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any

**MILDRED H ELLIOTT ADKINS**
**P O BOX 413**
**RANGER, WV 25557**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name　　　　Middle Name　　　　Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.2833. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED HEATH PAXTON, TTEE**<br>**5120 WEST 66TH ST.**<br>**PRAIRIE VILLAGE, KS 66208** |
| | List the contract number of any government contract | | |

| 2.2834. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED L WRIGHT FAMILY IRRV**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD, AR 72732** |
| | List the contract number of any government contract | | |

| 2.2835. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED N POWERS**<br>**9145 BETHANY ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2836. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED S BOGNER REV TRST**<br>**1016 24000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2837. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILFORD M DRISKILL & SHIRLEY**<br>**6873 SCOTT ROAD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.2838. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MILFORD SHAUN SLONE**<br>**4380 COUNTY ROAD 29**<br>**PEDRO, OH 45659** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.2839. | State what the contract or lease is for and the nature of the debtor's interest | **25th floor Sublease of Miller Dollarhide, P.C.- OK Tower** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **MILLER DOLLARHIDE, P.C. 210 PARK AVE SUITE 2550 OKLAHOMA CITY, OK 73102** |
| | List the contract number of any government contract | | |

| 2.2840. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILTON KEITH UMBARGER & 13825 BROWN CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2841. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILTON KEITH UMBARGER, AS TTEE 13825 BROWN RD CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2842. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MINERAL OWNERS 2013, LLC 2660 S BIRMINGHAM PL TULSA, OK 74114** |
| | List the contract number of any government contract | | |

| 2.2843. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MIRIAM L MIH 701 S. PLUMMER CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Services Corporation**      Case number *(if known)*    **16-11231-SAH**

First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2844. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MITZIE SHIDLER**<br>**1313 CAMPBELL RD, BLDG D**<br>**HOUSTON, TX 77055** |
| | List the contract number of any government contract | | |

| 2.2845. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **MJ SYSTEMS INC**<br>**420 EAST 58TH AVENUE**<br>**STE 210**<br>**DENVER, CO 80216** |
| | List the contract number of any government contract | | |

| 2.2846. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MM ENERGY INC**<br>**PO BOX 21904**<br>**OKLAHOMA CITY, OK 73156** |
| | List the contract number of any government contract | | |

| 2.2847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MMII LONE MOUNTAIN INVESTMENT**<br>**1301 ST ALBANS PATH**<br>**SOUTH LAKE, TX 76092** |
| | List the contract number of any government contract | | |

| 2.2848. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MOAB OIL & GAS LLC**<br>**3325 EAST 46TH STREET**<br>**TULSA, OK 74135** |
| | List the contract number of any government contract | | |

| 2.2849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MONIQUE L JORDAN**<br>**26 CHANDLER  LANE**<br>**EPPING, NH '03042** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2850. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MONTE L HERMRECK |
| | List the contract number of any government contract | | 839 21000 ROAD<br>PARSONS, KS 67357 |

| 2.2851. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MONTEE A SCOTT |
| | List the contract number of any government contract | | 25057 GRAY RD<br>DENNIS, KS 67341 |

| 2.2852. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MORRIS & DONNA WILTSE LIV TRST |
| | List the contract number of any government contract | | 18030 1600 ROAD<br>ALTOONA, KS 66710 |

| 2.2853. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MORRIS W & KAREN A CARES |
| | List the contract number of any government contract | | 10370 10TH ROAD<br>PARSONS, KS 67357 |

| 2.2854. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | MOZELLE TURNER |
| | List the contract number of any government contract | | 629 GREEN COUNTRY DR<br>TAHLEQUAH, OK 74464 |

| 2.2855. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | MRS DORIS KENNEDY |
|---|---|---|---|
| | | | 6473 GROSSE DRIVE<br>BROOK PARK, OH 44142 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

| 2.2856. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MRS GUSSIE E DEEVER**<br>**3614 CYPRUS ST**<br>**PARKERSBURG, WV 26101** |
| | List the contract number of any government contract | | |

| 2.2857. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MRS IONA V JANES**<br>**1017 MAPLE STREET**<br>**ST MARYS, WV 26170** |
| | List the contract number of any government contract | | |

| 2.2858. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MRS JULIA D KING**<br>**517 EAST WASHINGTON STREET**<br>**LEWISBURG, WV 24901** |
| | List the contract number of any government contract | | |

| 2.2859. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MRS MABEL ANN DYGERT**<br>**12001 GULFPORT DR.**<br>**CINCINNATI, OH 45246** |
| | List the contract number of any government contract | | |

| 2.2860. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MUDCAT INVESTMENTS, LLC**<br>**256 SEABOARD LANE**<br>**SUITE H-101**<br>**FRANKLIN, TN 37067** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |


### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2861.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MURRAY L & KAREN M BROWN,**
**18808 1600TH RD**
**ALTOONA, KS 66710**

---

**2.2862.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MYRALD CANTLEY**
**11 BEECH DRIVE**
**JIM THORPE, PA 18229-9553**

---

**2.2863.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MYRNA G BURKHART**
**PO BOX 154**
**STEVENSVILLE, MD 21666**

---

**2.2864.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**N DEAN ALLOWAY & BARBARA L**
**3015 IRVING RD**
**EDNA, KS 67342**

---

**2.2865.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NANCY J CLINE**
**1604 W LUNT AVE**
**CHICAGO, IL 60626**

---

**2.2866.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**NANCY L WOLFE**
**11814 ROCKING HORSE RD**
**ROCKVILLE, MD 20852**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2867. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NANCY MOSLEY**<br>**915 HENLEY PLACE**<br>**CHAROLETTE, NC 28207** |
| | List the contract number of any government contract | | |

| 2.2868. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NANCY S SCHWEIGER**<br>**5111 SPRINGFIELD COURT**<br>**WESTERVILLE, OH 43081** |
| | List the contract number of any government contract | | |

| 2.2869. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NANCY V BROOKS OR ED RIDENHOU**<br>**121 N. COURT STREET**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2870. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NANNIE M SMITH**<br>**360 FOREST AVE**<br>**MINERALWELLS, WV 26150** |
| | List the contract number of any government contract | | |

| 2.2871. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NAOMI ROLLINS**<br>**10143 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178-7036** |
| | List the contract number of any government contract | | |

| 2.2872. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **NAOMI TOME**<br>**1827 EASTFIELD DR.**<br>**MISSOURI, TX 77459** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
          First Name    Middle Name    Last Name

Case number (*if known*)  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

| 2.2873. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NATALIE S DENT**<br>**14600 WALLACE ROAD**<br>**WALNUT, KS 66780** |
| | List the contract number of any government contract | | |

| 2.2874. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NATHAN J RUBOW**<br>**5155 SW LOMBARD AVE**<br>**BEAVERTON, OR 97005** |
| | List the contract number of any government contract | | |

| 2.2875. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NATHAN T LONERGAN HERITAGE**<br>**388 NORTH 1200 EAST**<br>**OREM, UT 84097** |
| | List the contract number of any government contract | | |

| 2.2876. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **NATURAL GAS COMPRESSION SYSTEMS, INC**<br>**2480 AERO PARK DRIVE**<br>**TRAVERSE CITY, MI 49686** |
| | List the contract number of any government contract | | |

| 2.2877. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEAL & LAVON HEILMAN**<br>**211 SOUTH PLUMMER**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2878. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEAL CLAY MCDERMEIT**<br>**2905 CHAMA STREET NE**<br>**ALBUQUERQUE, NM 87110** |
| | List the contract number of any government contract | | |

| 2.2879. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEAL DORNBUSCH**<br>**1030 S. SAGEBRUSH**<br>**WICHITA, KS 67230-7636** |
| | List the contract number of any government contract | | |

| 2.2880. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEAL E & LEE F KOTTKE**<br>**141 W JACKSON, #1220**<br>**CHICAGO, IL 60604** |
| | List the contract number of any government contract | | |

| 2.2881. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEAL E HEILMAN & LAVON HEILMAN**<br>**211 S. PLUMMER**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2882. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEDRA REINHARD**<br>**PO BOX 760**<br>**FISH CREEK, WI 54212** |
| | List the contract number of any government contract | | |

| 2.2883. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEEL FAMILY TRST**<br>**9481 EAST 109TH STREET**<br>**TULSA, OK 74133-6374** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2884. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | NEER FAMILY TRST |
| | List the contract number of any government contract | | 3027 BROWN RD<br>COFFEYVILLE, KS 67337 |

| 2.2885. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | NEIL & VALERIE WORRELL, H/W |
| | List the contract number of any government contract | | 15434 1025 ROAD<br>ALTOONA, KS 66710 |

| 2.2886. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | NEIL K & BILLIE R GILDART |
| | List the contract number of any government contract | | RT 1, BOX 154<br>THAYER, KS 66776 |

| 2.2887. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | NELSON & IDA KYLE FAMILY TRST |
| | List the contract number of any government contract | | 2311 XANTHISMA<br>MISSION, TX 78574-7927 |

| 2.2888. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | NELSON & IDA KYLE FAMILY TRST |
| | List the contract number of any government contract | | 2311 XANTHISMA<br>MISSION<br>TX, US 78574-7927 |

| 2.2889. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | NELSON & IDA KYLE FAMILY TRST<br>2311 XANTHISMA<br>MISSION<br>TX, US 78574-7927 |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                    Case number (*if known*)   **16-11231-SAH**
_____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.2890. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NELSON & IDA KYLE FAMILY TRST DTD 02/14/ 2311 XANTHISMA MISSION TX, US 78574-7927** |
| | List the contract number of any government contract | _____ | |

| 2.2891. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NELSON & IDA KYLE FAMILY TRST DTD 02/14/ 2311 XANTHISMA MISSION TX, US 78574-7927** |
| | List the contract number of any government contract | _____ | |

| 2.2892. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEOSHO MEMORIAL HOSPITAL P O BOX 426 CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2893. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEOSHO NATURAL LLC 4230 DOUGLAS ROAD THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2894. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NEOSHO PROPERTIES 20155 HARPER ROAD CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2895.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**NEW WESTERN ENERGY CORP**
**1140 SPECTRUM**
**IRVINE, CA 92618**

2.2896.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**NICHOLAS BRIGGS**
**1230 APPLETON**
**PARSONS, KS 67357**

2.2897.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**NICHOLAS V & CONNIE L HEIT**
**26046 FORD ROAD**
**DENNIS, KS 67341**

2.2898.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**NICHOLE R TURNER SLAUGHTER**
**107 NORTH SMITH STREET**
**FAYETTEVILLE, WV 25840**

2.2899.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**NILA THOMAS**
**HC 62 BOX 106**
**LIMA, WV 26377**

2.2900.  State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**NOBLE ROYALTIES ACCESS FUND**
**P.O. BOX 660082**
**DALLAS, TX 75266-0082**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2901.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NOBLE ROYALTIES ACCESS FUND**
**P.O. BOX 660082**
**DALLAS, TX 75266-0082**

**2.2902.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NOOTEBOOM LIV TRST**
**17860 WINDSOR PLACE**
**STILLWELL, KS 66085**

**2.2903.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NORMA BEST**
**453605 CHICKASAW AVE**
**AFTON, OK 74301**

**2.2904.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NORMA MOYERS**
**1468 MILLERSBURG RD SW**
**NAVARRE, OH 44662**

**2.2905.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NORMA ROBERTS**
**5207 3RD AVENUE**
**VIENNA, WV 26105**

**2.2906.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**NORMA T MORRIS**
**4850 120TH RD**
**THAYER, KS 66776**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.2907. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **NORMAN & VICKI EISELE** |
| | List the contract number of any government contract | _____ | **12500 NEWTON ROAD**<br>**FREDONIA**<br>**KS, US 66736** |

| 2.2908. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NORMAN C RITZ & ILENE MARY** |
| | List the contract number of any government contract | _____ | **1830 NESS RD**<br>**PARSONS, KS 67357** |

| 2.2909. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NORMAN DUANE TRICHLER** |
| | List the contract number of any government contract | _____ | **P.O. BOX 221**<br>**YATES CENTER, KS 66783** |

| 2.2910. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER** |
| | List the contract number of any government contract | _____ | **P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |

| 2.2911. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER** |
| | List the contract number of any government contract | _____ | **P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
_____
First Name            Middle Name            Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2912. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any government contract | | |

| 2.2913. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any government contract | | |

| 2.2914. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any government contract | | |

| 2.2915. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any government contract | | |

| 2.2916. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any government contract | | |

| 2.2917. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **NORMAN DUANE TRICHLER**<br>**P.O. BOX 221**<br>**YATES CENTER**<br>**KS, US 66783** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**                              Case number (*if known*)  **16-11231-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.2918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NORTHSTAR ENERGY CORPORATION** |
| | List the contract number of any government contract | | **PO BOX 3720** **CHARLESTON, WV 25337** |

---

| 2.2919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NORVEN & CHERYL STORRS** |
| | List the contract number of any government contract | | **231 WEST MAIN STREET** **EL CAJON, CA 92020** |

---

| 2.2920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NOWATA 12 PROSPECT JV** |
| | List the contract number of any government contract | | **31579 MENDOCINO COURT** **TEMECULA, CA 92592** |

---

| 2.2921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NYLA I & GARY E BONGIORNI** |
| | List the contract number of any government contract | | **23586 K47 HWY** **THAYER, KS 66776** |

---

| 2.2922. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ODETTE FAMILY LLC** |
| | List the contract number of any government contract | | **841 NE TIGERMISSION ROAD** **BELFAIR, WA 98528-5002** |

---

| 2.2923. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ODETTE FAMILY LLC** **841 NE TIGERMISSION ROAD** **BELFAIR** **WA, US 98528-5002** |
|---|---|---|---|

---

Debtor 1    **PostRock Energy Services Corporation**      Case number (*if known*)   **16-11231-SAH**

First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | _____ | |

| 2.2924. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC<br>841 NE TIGERMISSION ROAD<br>BELFAIR<br>WA, US 98528-5002 |
| | List the contract number of any government contract | _____ | |

| 2.2925. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC<br>841 NE TIGERMISSION ROAD<br>BELFAIR<br>WA, US 98528-5002 |
| | List the contract number of any government contract | _____ | |

| 2.2926. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC<br>841 NE TIGERMISSION ROAD<br>BELFAIR<br>WA, US 98528-5002 |
| | List the contract number of any government contract | _____ | |

| 2.2927. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC<br>841 NE TIGERMISSION ROAD<br>BELFAIR<br>WA, US 98528-5002 |
| | List the contract number of any government contract | _____ | |

| 2.2928. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | ODYSSEY ROYALTIES LLC<br>8261 S MONACO COURT<br>CENTENNIAL, CO 80112 |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**
    First Name            Middle Name            Last Name

Case number *(if known)*   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2929.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**OKAN LAND & CATTLE, LLC**
**25181 W 251ST STREET S**
**BRISTOW, OK 74010**

---

**2.2930.** State what the contract or lease is for and the nature of the debtor's interest — **Office space (floors 25,26 and 27)**

State the term remaining — **17  months**

List the contract number of any government contract

**OKLAHOMA TOWER REALTY INVESTORS**
**% SPECIALTY REAL ESTATE SERVICES**
**204 N. ROBINSON**
**SUITE 700**
**OKLAHOMA CITY, OK 73102**

---

**2.2931.** State what the contract or lease is for and the nature of the debtor's interest — **Office space (floor 29)**

State the term remaining — **17  months**

List the contract number of any government contract

**OKLAHOMA TOWER REALTY INVESTORS**
**% SPECIALTY REAL ESTATE SERVICES**
**204 N. ROBINSON**
**SUITE 700**
**OKLAHOMA CITY, OK 73102**

---

**2.2932.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**OLETA M PROPS & DONALD R PROPS**
**539 3RD RUN ROAD**
**HARRISVILLE, WV 26362**

---

**2.2933.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**OLIN GOINS MARITAL TRST**
**1760 120TH ROAD**
**THAYER, KS 66776**

---

**2.2934.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**OLIN GOINS MARITAL TRST, GAYLE GARRETSON**
**1760 120TH ROAD**
**THAYER**
**KS, US 66776**

Debtor 1    **PostRock Energy Services Corporation**                                    Case number (*if known*)    **16-11231-SAH**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2935. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OLIVER WILLIAM HINSHAW** |
| | List the contract number of any government contract | | **7501 SCOTT ROAD**<br>**ALTOONA, KS 66710** |

| 2.2936. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OLLIE MAE KYLER TRST** |
| | List the contract number of any government contract | | **1229 COUNTY RD 3561**<br>**PAWHUSKA, OK 74056** |

| 2.2937. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OLNHAUSEN FARMS, LLC** |
| | List the contract number of any government contract | | **5788 PRATT ROAD**<br>**NEODESHA, KS 66757** |

| 2.2938. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ONA LAURABEL AYERS** |
| | List the contract number of any government contract | | **841 BIG SPRINGS RD**<br>**SMITHVILLE, WV 26178** |

| 2.2939. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OPAL JEAN FARVER** |
| | List the contract number of any government contract | | **4679 STATE RT 557**<br>**MILLERSBURG, OH 44654** |

| 2.2940. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **OPAL L. EWBANK**<br>**1230 APPLETON**<br>**PARSONS, KS 67357** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.2941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **ORVILLE & PATSY CARTER**<br>**801 ROAD 26**<br>**SEDAN, KS 67361** |
| | List the contract number of any government contract | | |

| 2.2942. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **OSCAR H CUNNINGHAM FT**<br>**371 S SHEFFORD ST**<br>**WICHITA, KS 67209** |
| | List the contract number of any government contract | | |

| 2.2943. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **OSEBERG, LLC**<br>**12 E. CALIFORNIA AVE.**<br>**STE. 200**<br>**OKC, OK 73104** |
| | List the contract number of any government contract | | |

| 2.2944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **OSMOND OIL & GAS LLC**<br>**1520 WEST CANAL COURT**<br>**STE. 220**<br>**LITTLETON, CO 80120-5651** |
| | List the contract number of any government contract | | |

| 2.2945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **OXY USA, INC**<br>**P.O. BOX 841735**<br>**DALLAS, TX 75284-1803** |
| | List the contract number of any government contract | | |

Debtor 1 **PostRock Energy Services Corporation**
First Name    Middle Name    Last Name

Case number (*if known*) **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2946.** State what the contract or lease is for and the nature of the debtor's interest — **Accounting/ERP System**

State the term remaining — **9 months**

List the contract number of any government contract

**P2 ENERGY SOLUTIONS**
**1670 BROADWAY, STE. 2800**
**DENVER, CO 80202**

**2.2947.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PACIFIC ATLANTIC RESOURCES**
**PO BOX 51**
**SALEM, WV 26426**

**2.2948.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PAMALA L TICHNELL**
**RT. 1 BOX 269B**
**HARRISVILLE, WV 26362**

**2.2949.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PAMELA A MATTSON**
**1310 N. OLD NORTH PLACE**
**SAND SPRINGS, OK 74063**

**2.2950.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**PAMELA A MATTSON**
**1310 N. OLD NORTH PLACE**
**SAND SPRINGS**
**OK, US 74063-8984**

**2.2951.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**PAMELA A MATTSON**
**1310 N. OLD NORTH PLACE**
**SAND SPRINGS**
**OK, US 74063-8984**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.2952. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA DONOHOE**<br>**524 SE 42ND ST.**<br>**OCALA, FL 34480** |
| | List the contract number of any government contract | | |

| 2.2953. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA J CLEVENGER**<br>**991 2000 RD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.2954. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA KAY WALCHLE**<br>**8091 LAKE JAMES BLVD.**<br>**LAKELAND, FL 33810-4834** |
| | List the contract number of any government contract | | |

| 2.2955. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA SUE BEARD REV TRST**<br>**18104 1400 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.2956. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA THOMAS WENSING**<br>**839 ELMWOOD AVENUE**<br>**WICKLIFFE, OH 44092** |
| | List the contract number of any government contract | | |

| 2.2957. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PARADIGM, LLLP**<br>**P.O. BOX 91**<br>**BAYFIELD, CO 81122** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract | _____ |  |

| 2.2958. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **PAT YEOMAN** |
|  | List the contract number of any government contract | _____ | **199 26000 ROAD CHERRYVALE KS, US 67335** |

| 2.2959. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **PATENIA S LAMB** |
|  | List the contract number of any government contract | _____ | **238 CONGER RD WASHINGTON, WV 26181** |

| 2.2960. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **PATRICIA A & FREDDIE R OSBORN** |
|  | List the contract number of any government contract | _____ | **11455 GRAY RD THAYER, KS 66776** |

| 2.2961. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **PATRICIA A BROWN** |
|  | List the contract number of any government contract | _____ | **1816 WEST 7TH STREET COFFEYVILLE, KS 67337** |

| 2.2962. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **PATRICIA A GOOD** |
|  | List the contract number of any government contract | _____ | **2 RORI LN BELLA VISTA, AR 72715-5609** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2963.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

PATRICIA A GOOD, TTEE OF THE
2 RORI LANE
BELLA VISTA, AR 72715

---

**2.2964.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

PATRICIA A JOURNOT
1218 25000 ROAD
PARSONS, KS 67357

---

**2.2965.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

PATRICIA A SABA
2816 DARBY FALLS DRIVE
LAS VEGAS, NV 89134

---

**2.2966.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

PATRICIA A STICH
15305 JACKSON ROAD
CHANUTE, KS 66720

---

**2.2967.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

PATRICIA COX
6040 190TH ROAD
CHANUTE, KS 66720

---

**2.2968.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

PATRICIA CURTIS
2642 ROCK CAVE ROAD
CRAWFORD, WV 26343

---

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name    Middle Name    Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

2.2969. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATRICIA GILBERT SIGLER**
**3083 WATERFORD DRIVE**
**TALLAHASSEE, FL 32308**

2.2970. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATRICIA J PAULSEN, TTEE OF**
**8630 W NEVSO DR**
**#173**
**LAS VEGAS, NV 89147**

2.2971. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATRICIA JUNE HAUGHT**
**8145 N. CALHOUN HWY**
**BIG SPRINGS, WV 26137**

2.2972. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATRICIA L COLE**
**608 N PENN AVE**
**HARRISVILLE, WV 26362**

2.2973. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATRICIA L GAULT**
**3407 8TH AVE.**
**VIENNA, WV 26105**

2.2974. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**PATRICIA L HILL**
**ROUTE 1, BOX 359**
**S. COFFEYVILLE, OK 74072**

| Debtor 1 | PostRock Energy Services Corporation | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.2975. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | PATRICIA L ROWE |
|  | List the contract number of any government contract | | 5431 SERRA VISTA COURT STOW, OH 44224 |

| 2.2976. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | PATRICIA M. LARERY |
|  | List the contract number of any government contract | | 14427 COUNTY RD 160 CARTHAGE, MO 64836 |

| 2.2977. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | PATRICIA S HEAD REVOCABLE |
|  | List the contract number of any government contract | | 2975 65 ROAD THAYER, KS 66776 |

| 2.2978. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | PATRICK A & JULIA ANN JOHNSON |
|  | List the contract number of any government contract | | 14882 115TH ROAD ERIE, KS 66733 |

| 2.2979. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | PATRICK A & JULIA ANN JOHNSON |
|  | List the contract number of any government contract | | 14882 115TH ROAD ERIE KS, US 66733 |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 526 of 732 |
|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2980. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2981. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2982. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2983. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2984. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2985. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2986. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2987. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICK C & CATHY S HEIT**<br>**6530 10TH ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.2988. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICK E SMITH**<br>**4030 JACKSON ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2989. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK E SMITH**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2990. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Patrick E. Smith**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2991. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Patrick E. Smith**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any
government contract  _____

---

2.2992. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATRICK Q & SHANNA K RYAN
818 22000 ROAD
PARSONS, KS 67357**

---

2.2993. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATRICK TODD JOHNSON
4801 ROANOKE #705
KANSAS CITY, MO 64112**

---

2.2994. State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**PATRICK TODD JOHNSON
4801 ROANOKE #705
KANSAS CITY
MO, US 64112**

---

2.2995. State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**PATRICK TODD JOHNSON
4801 ROANOKE #705
KANSAS CITY
MO, US 64112**

---

2.2996. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATSY B MCCLOY
4612 STELLA STREET
PARKERSBURG, WV 26104**

---

Debtor 1  **PostRock Energy Services Corporation**                                    Case number *(if known)*  **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2997.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATSY DELORES KEESEE**
**1924 MADISON AVE**
**HUNTINGTON, WV 25704**

**2.2998.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATSY NEACE FEDELE**
**4447 AMELIA AVE.**
**LYONS, IL 60534-1919**

**2.2999.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATTI ANN WOLFE, A/K/A PATTI**
**3805 150TH ROAD**
**CHANUTE, KS 66720**

**2.3000.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATTIE MACKENZIE**
**23 ARLINGTON CT**
**CHARLESTON, WV 25301**

**2.3001.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATTY HON**
**101 BIG OAK LANE**
**MARBLE FALLS, TX 78654**

**2.3002.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**PATTY K & HERMAN K ANDERES**
**18245 OTTAWA RD**
**ERIE, KS 66733**

Debtor 1   **PostRock Energy Services Corporation**                                      Case number *(if known)*   **16-11231-SAH**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.3003. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **PATTY K ANDERES** |
|  | List the contract number of any government contract | | **18245 OTTAWA ROAD** |
|  | | | **ERIE, KS 66733** |
| 2.3004. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract | | **101 BIG OAK LANE** |
|  | | | **MARBLE FALLS** |
|  | | | **TX, US 78654** |
| 2.3005. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract | | **101 BIG OAK LANE** |
|  | | | **MARBLE FALLS** |
|  | | | **TX, US 78654** |
| 2.3006. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract | | **101 BIG OAK LANE** |
|  | | | **MARBLE FALLS** |
|  | | | **TX, US 78654** |
| 2.3007. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract | | **101 BIG OAK LANE** |
|  | | | **MARBLE FALLS** |
|  | | | **TX, US 78654** |
| 2.3008. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **PATTY L HON** |
|  | | | **101 BIG OAK LANE** |
|  | | | **MARBLE FALLS** |
|  | | | **TX, US 78654** |

Debtor 1  **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3009. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | PATTY L HON<br>101 BIG OAK LANE<br>MARBLE FALLS<br>TX, US 78654 |
| | List the contract number of any government contract | _____ | |

| 2.3010. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | PATTY L HON<br>101 BIG OAK LANE<br>MARBLE FALLS<br>TX, US 78654 |
| | List the contract number of any government contract | _____ | |

| 2.3011. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | PATTY L HON<br>101 BIG OAK LANE<br>MARBLE FALLS<br>TX, US 78654 |
| | List the contract number of any government contract | _____ | |

| 2.3012. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | PATTY L HON<br>101 BIG OAK LANE<br>MARBLE FALLS<br>TX, US 78654 |
| | List the contract number of any government contract | _____ | |

| 2.3013. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | PATTY L HON<br>101 BIG OAK LANE<br>MARBLE FALLS<br>TX, US 78654 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**

First Name            Middle Name            Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3014.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**PATTY L HON**
**101 BIG OAK LANE**
**MARBLE FALLS**
**TX, US 78654**

**2.3015.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATTY LONG**
**ROUTE 1, BOX 367-1**
**SOUTH COFFEYVILLE, OK 74072**

**2.3016.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PATTY S. IONNO**
**2239 FEATHER LANE**
**MARION, OH 43302**

**2.3017.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PAUL & ELYSIA TERRILL JTWROS**
**7860 NEW PARIS EL DORADO ROAD**
**NEW PARIS, OH 45347**

**2.3018.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PAUL & SHELIA DAVENPORT JTWROS**
**HC 61, BOX 90**
**LENAPAH, OK 74042**

**2.3019.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**PAUL A BRUNNER**
**1646 22ND AVE.**
**SAN FRANCISCO, CA 94122**

Debtor 1   **PostRock Energy Services Corporation**                Case number *(if known)*   **16-11231-SAH**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3020. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL BEARD**<br>**14600 WALLACE ROAD**<br>**WALNUT, KS 66780** |
| | List the contract number of any government contract | | |

| 2.3021. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Paul Beard**<br>**14600 WALLACE ROAD**<br>**WALNUT**<br>**KS, US 66780** |
| | List the contract number of any government contract | | |

| 2.3022. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Paul Beard**<br>**14600 WALLACE ROAD**<br>**WALNUT**<br>**KS, US 66780** |
| | List the contract number of any government contract | | |

| 2.3023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL D LUDWIG**<br>**920 FLINT WAY**<br>**BROOMFIELD, CO 80020-3419** |
| | List the contract number of any government contract | | |

| 2.3024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL E & RETA K AMES, H/W JT**<br>**HC 61 BOX 157**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.3025. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PAUL E KLOBERDANZ**<br>**PO BOX 57756**<br>**OKLAHOMA CITY, OK 73157** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3026. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **PAUL J BOGNER REV TRST, PAUL J** |
| | List the contract number of any government contract | _____ | **15635 20TH RD** <br> **PARSONS, KS 67357** |

| 2.3027. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **PAUL J BOGNER TRUST** |
| | List the contract number of any government contract | _____ | **15635 20TH RD** <br> **PARSONS, KS 67357** |

| 2.3028. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **PAUL J BOGNER TRUST** |
| | List the contract number of any government contract | _____ | **15635 20TH RD** <br> **PARSONS** <br> **KS, US 67357** |

| 2.3029. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **PAUL J BOGNER TRUST** |
| | List the contract number of any government contract | _____ | **15635 20TH RD** <br> **PARSONS** <br> **KS, US 67357** |

| 2.3030. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **PAUL L MCCULLISS** |
| | List the contract number of any government contract | _____ | **P.O. BOX 3248** <br> **LITTLETON, CO 80161-3248** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**                     Case number *(if known)*   **16-11231-SAH**
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3031. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **PAUL M DECKER &**<br>**1650 CR 5550**<br>**COFFEYVILLE, KS 67337** |

| 2.3032. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **PAUL PHILLIPS**<br>**RT1 BOX 31**<br>**CAIRO, WV 26337** |

| 2.3033. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **PAUL SCHAEFER & JOYCE ANN GATO**<br>**9401 COLLINS AVE., APT 905**<br>**SURFSIDE, FL 33154** |

| 2.3034. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **PAUL V ANDERSON**<br>**RT 2**<br>**CHANUTE, KS 66720** |

| 2.3035. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **PAUL W & JANET MYERS**<br>**16121 THOMAS ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

| 2.3036. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any | | **PAUL W & JANET MYERS**<br>**16121 THOMAS ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3037. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PAUL W MYERS & JANET MYERS, 16121 THOMAS RD ALTOONA, KS 66710 |
| | List the contract number of any government contract | | |

| 2.3038. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PAULINE PARKS 2100 WELLINGTON CT FAIRBORN, OH 45324-0602 |
| | List the contract number of any government contract | | |

| 2.3039. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PAULINE TARDY 210 ALETHIA STREET CHARLESTON, WV 25302-4111 |
| | List the contract number of any government contract | | |

| 2.3040. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PAULINE WARD 6900 CHIMNEY MTN RD MUSKOGEE, OK 74401 |
| | List the contract number of any government contract | | |

| 2.3041. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PE & MARILYN FOSTER 4059 CHASE ROAD COFFEYVILLE, KS 67337 |
| | List the contract number of any government contract | | |

| 2.3042. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | PEARCE FAMILY PARTNERSHIP 2373 SHADY BLVD. HANOVER, KS 66945 |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number (if known) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3043. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PEC MINERALS LP |
| | List the contract number of any government contract | _____ | 16400 NORTH DALLAS PARKWAY SUITE 400 DALLAS, TX 75248 |

| 2.3044. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PEGGY A & LONNIE D YARNELL |
| | List the contract number of any government contract | _____ | 8405 PRATT ROAD ERIE, KS 66733 |

| 2.3045. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PEGGY JOE MOORE |
| | List the contract number of any government contract | _____ | 2001 EAST 83RD STREET SOUTH MUSKOGEE, OK 74403 |

| 2.3046. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PEGGY WIENEKE |
| | List the contract number of any government contract | _____ | RT. 1 BOX 369 SO. COFFEYVILLE, OK 74072 |

| 2.3047. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | PENNMARK ENERGY LLC |
| | List the contract number of any government contract | _____ | 2601 NW EXPRESSWAY SUITE 1200 W OKLAHOMA CITY, OK 73112 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3048.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**PENROC OIL CORPORATION**
**PO BOX 2769**
**HOBBS, NM 88241-2769**

---

**2.3049.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**PERCY D ROSS**
**P.O. BOX 65**
**GREEN BANK, WV 24944-0065**

---

**2.3050.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**PERRY L ALDRIDGE**
**1030 23000 RD**
**PARSONS, KS 67357**

---

**2.3051.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**PETER & MARTHA**
**183 BRIDLE WAY**
**PONTE VEDRA BCH, FL 32082**

---

**2.3052.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**PETER FERGUSON ANDREWS**
**1107 RT 292**
**HOLMES, NY 12531**

---

**2.3053.** State what the contract or lease is for and the nature of the debtor's interest

     **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any

**PETER W FLINTOM**
**1326 S.E. 17TH STREET #248**
**FORT LAUDERDALE, FL 33316**

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PETRORESOURCES, INC**<br>**4560 SOUTH DECATUR BLVD. # 202**<br>**LAS VEGAS, NV 89103** |
| | List the contract number of any government contract | | |

| 2.3055. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PETROTECH OIL & GAS INC**<br>**2520 HARDWOOD ROAD**<br>**SAUITE 200**<br>**BEDFORD, TX 76021** |
| | List the contract number of any government contract | | |

| 2.3056. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Phil & Inez Barners**<br>**602 LEE ST**<br>**HAMBURG**<br>**AR, US 71646** |
| | List the contract number of any government contract | | |

| 2.3057. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHIL & INEZ BARNES**<br>**602 LEE ST**<br>**HAMBURG, AR 71646** |
| | List the contract number of any government contract | | |

| 2.3058. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHIL & INEZ BARNES, H/W JTROS**<br>**602 LEE ST**<br>**HAMBURG**<br>**AR, US 71646** |
| | List the contract number of any government contract | | |

| 2.3059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PHIL BOWMAN IRREVOCABLE TRUST**<br>**6456 TORRINGTON ROAD**<br>**KALAMAZOO, MI 49009** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**                                Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.3060. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ | **PHIL LAUTNER**<br>**33605 OLD PORTLAND RD.**<br>**ADEL, IA 50003** |

| 2.3061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ | **PHILIP & MAXINE WING LIV TRST**<br>**18687 1800 ROAD**<br>**ALTOONAM, KS 66710** |

| 2.3062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ | **PHILIP L & MAXINE WING LIV TRS**<br>**18687 1800 ROAD**<br>**ALTOONAM, KS 66710** |

| 2.3063. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ | **PHILIP P BRADY &**<br>**353 N. HIGH STREET**<br>**WICHITA, KS 67203** |

| 2.3064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ | **PHILIP W JOHNSON**<br>**13732 HORTON DR**<br>**OVERLAND PARK, KS 66223** |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**
_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3065.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**PHILIP W UMBARGER**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

---

**2.3066.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**PHILIP W UMBARGER**
**3450 150TH ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.3067.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**PHILIP W UMBARGER**
**3450 150TH ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.3068.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**PHILIP W UMBARGER & STUART W**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

---

**2.3069.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**PHILIP W UMBARGER & STUART W UMBARGER**
**3450 150TH ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.3070.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any

**PHILIP W UMBARGER & STUART W UMBARGER**
**3450 150TH ROAD**
**CHANUTE**
**KS, US 66720**

---

Debtor 1   **PostRock Energy Services Corporation**                                     Case number *(if known)*   **16-11231-SAH**
           First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.3071. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP & PATRICIA LEWIS IRREV**<br>**6820 30TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

---

| 2.3072. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP B LEMLER**<br>**196 ELCANO DRIVE**<br>**HOT SPRINGS VILLAGE, AR 71909** |
| | List the contract number of any government contract | | |

---

| 2.3073. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP C THOMPSON**<br>**ROUTE 1, BOX 66A**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

---

| 2.3074. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP C THOMPSON & JULIE A**<br>**ROUTE 1, BOX 66A**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

---

| 2.3075. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP HAGEN & STACY HAGEN**<br>**P.O. BOX 850352**<br>**YUKON, OK 73085** |
| | List the contract number of any government contract | | |

---

| 2.3076. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PHILLIP KEPLEY**<br>**23007 KIOWA RD.**<br>**PARSONS, KS 67357** |
|---|---|---|---|

---

Debtor 1    **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3077. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP L CARTER &** |
| | List the contract number of any government contract | _____ | **420 SOUTH ALLEN** **CHANUTE, KS 66720** |

| 2.3078. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP L CRANE** |
| | List the contract number of any government contract | _____ | **70 MAPLE CIRCLE** **WATERFORD, OH 45786** |

| 2.3079. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Phillip L. & Caroline S. Carter** |
| | List the contract number of any government contract | _____ | **420 SOUTH ALLEN** **CHANUTE** **KS, US 66720** |

| 2.3080. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Phillip L. & Caroline S. Carter** |
| | List the contract number of any government contract | _____ | **420 SOUTH ALLEN** **CHANUTE** **KS, US 66720** |

| 2.3081. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILLIP M & LINDA E HAYDEN** |
| | List the contract number of any government contract | _____ | **P.O. BOX 279** **SALLISAW, OK 74955** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**                                    Case number (*if known*)   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.3082. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PHILLIP SCHOENECKER
ROUTE 1, BOX 11A
BENEDICT, KS 66714**

2.3083. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PHILLIP STEINLE
5013 MARION
SHAWNEE, KS 66218**

2.3084. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PHYLLIS E SWEETING
1503 UNITED STREET
KEY WEST, FL 33040**

2.3085. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PHYLLIS F LASSMAN
7415 E 29TH STREET
TULSA, OK 74129**

2.3086. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PHYLLIS HAUGHT MILLS
PO BOX 86
SMITHVILLE, WV 26178**

2.3087. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**PHYLLIS J NORDT, TTEE OF THE
101 NORTH LARSON
CHANUTE, KS 66720**

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.3088. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHYLLIS STAMM** |
| | List the contract number of any government contract | | **3018 CEDAR LANE** |
| | | | **BARBOURSVILLE, WV 25504** |

| 2.3089. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PINEVILLE OPERATING** |
| | List the contract number of any government contract | | **25 NATHANIEL ROAD** |
| | | | **SOUTHAMPTON, PA 18966** |

| 2.3090. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PINEVILLE OPERATING** |
| | List the contract number of any government contract | | **25 NATHANIEL ROAD** |
| | | | **SOUTHAMPTON, PA 18966** |

| 2.3091. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PINNACLE RESOURCES INC** |
| | List the contract number of any government contract | | **PO BOX 52826** |
| | | | **LAFAYETTE, LA 70505** |

| 2.3092. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Mailing System** | |
|---|---|---|---|
| | State the term remaining | **33  months** | **PITNEY BOWES GLOBAL** |
| | List the contract number of any government contract | | **FINANCIAL SERVICES LLC** |
| | | | **PO BOX 371887** |
| | | | **PITTSBURG, PA 15250-7887** |

| 2.3093. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PITTS FAMILY TRST DTD 11-24-99** |
|---|---|---|---|
| | | | **1506 PIONEER RD** |
| | | | **PONCA CITY, OK 74604** |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | Unknown | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.3094. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **POG OPERATING COMPANY, LLC** |
| | List the contract number of any government contract | | **2375 CAMELBACK RD., STE. 600** **PHOENIX, AZ 85016** |

| 2.3095. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **POLLY WALKER** |
| | List the contract number of any government contract | | **RT 1, BOX 789** **SALT ROCK, WV 25559** |

| 2.3096. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **PORTCO, INC** |
| | List the contract number of any government contract | | **P. O. BOX 279** **DEWEY, OK 74029** |

| 2.3097. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **POTTS EXPLORATION, LLC** |
| | List the contract number of any government contract | | **100 N BROADWAY, SUITE 3200** **OKLAHOMA CITY, OK 73102** |

| 2.3098. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **POTTS FAMILY LLC** |
| | List the contract number of any government contract | | **100 N BROADWAY, SUITE 3200** **OKLAHOMA CITY, OK 73102** |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
             First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3099. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **POWELL KANSAS RANCH, LLC**<br>**5 CAMP HOLLOW COURT**<br>**WILDWOOD, MO 63038** |
| | List the contract number of any government contract | | |

| 2.3100. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PRESTON W WALKER**<br>**4107 S SYCAMORE PL**<br>**BROKEN ARROW, OK 74011** |
| | List the contract number of any government contract | | |

| 2.3101. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | Preston W. Walker<br>4107 S SYCAMORE PL<br>BROKEN ARROW<br>OK, US 74011 |
| | List the contract number of any government contract | | |

| 2.3102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PROVEN RESERVES MANAGEMENT,**<br>**P.O. BOX 702424**<br>**DALLAS, TX 75370-2424** |
| | List the contract number of any government contract | | |

| 2.3103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PURE SOURCE ENERGY LLC**<br>**522 EAST LONG CIRCLE**<br>**LITTLETON, CO 80122** |
| | List the contract number of any government contract | | |

| 2.3104. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **QUINTON W & MICHELLE R SAYE,**<br>**20078 FORD RD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**                              Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3105. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | R DALE & LILLIE IRENE PHILLIPS |
| | List the contract number of any government contract | | 25084 DOUGLAS RD<br>DENNIS, KS 67341 |

| 2.3106. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | R GORDON WILTSE, |
| | List the contract number of any government contract | | 1319 MONROE ST.<br>FREDONIA, KS 66736 |

| 2.3107. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | R H ADKINS |
| | List the contract number of any government contract | | PO BOX 102<br>HAMLIN, WV 25523 |

| 2.3108. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | R L ROBERTS |
| | List the contract number of any government contract | | 2871 WV HWY 5 W<br>GLENVILLE, WV 26351 |

| 2.3109. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | R P DYKES |
| | List the contract number of any government contract | | PO BOX 280235<br>LAKEWOOD, CO 80228 |

| 2.3110. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | R&A KEPLEY FARMS<br>3035 160TH ROAD<br>CHANUTE, KS 66720 |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3111. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **R&F FARM SUPPLY, INC** |
| | List the contract number of any government contract | _____ | **10200 HIGHWAY 59**<br>**ERIE, KS 66733** |

| 2.3112. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **R-Della Benning** |
| | List the contract number of any government contract | _____ | **14818 N. HOUSTON**<br>**TAHLEQUAH**<br>**OK, US 74464** |

| 2.3113. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RACHEL JOANN STEINMAN** |
| | List the contract number of any government contract | _____ | **6006 JUNIPER DR**<br>**MISSION, KS 66205** |

| 2.3114. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RAEBERN & DEADRA NELSON LIV TR** |
| | List the contract number of any government contract | _____ | **24750 YALE RD**<br>**CHANUTE, KS 66720** |

| 2.3115. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RALEIGH O WICKER LIV TR** |
| | List the contract number of any government contract | _____ | **4535 SO. PLUMMER AVENUE**<br>**CHANUTE, KS 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3116.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RALPH & DICY JANSSEN
114 E. MARSHALL
RM. 140
ERIE, KS 66733

---

**2.3117.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RALPH & TERESA TUDOR
204 JARVIS RIDGE ROAD
GRIFFITHSVILLE, WV 25521

---

**2.3118.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RALPH DALE PHILLIPS, TTEE OF
25084 DOUGLAS RD
DENNIS, KS 67341

---

**2.3119.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RALPH DOUGLAS
HC 61 BOX 114
LENAPAH, OK 74042

---

**2.3120.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

RALPH DOUGLAS
HC 61 BOX 114
LENAPAH
OK, US 74042

---

**2.3121.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

RALPH HEADY & BETTY HEADY
1645 W.S. HIGHWAY 59
PARSONS, KS 67357

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.3122. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RALPH W DOUGHERTY |
| | List the contract number of any government contract | | 5856 W. ROXBURY PLACE |
| | | | LITTLETON, CO 80128 |

| 2.3123. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RANDA JOYCE WATSON |
| | List the contract number of any government contract | | 2204 PRUNTY RD |
| | | | HARRISVILLE, WV 26362 |

| 2.3124. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RANDAL E & LORETTA K NEELY, |
| | List the contract number of any government contract | | 815 S HIGHLAND |
| | | | CHANUTE, KS 66720 |

| 2.3125. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RANDAL E NEELY |
| | List the contract number of any government contract | | 815 S HIGHLAND |
| | | | CHANUTE, KS 66720 |

| 2.3126. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | RANDAL E NEELY |
| | List the contract number of any government contract | | 815 S HIGHLAND |
| | | | CHANUTE |
| | | | KS, US 66720 |

| 2.3127. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | RANDAL E NEELY |
|---|---|---|---|
| | | | 815 S HIGHLAND |
| | | | CHANUTE |
| | | | KS, US 66720 |

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |
|---|---|
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | _____ |

| 2.3128. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL & NANCY CORNS** |
| | List the contract number of any government contract | _____ | **11535 THOMAS RD** **ALTOONA, KS 66710** |

| 2.3129. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL & TERESA JO ADAMS** |
| | List the contract number of any government contract | _____ | **25290 QUIVIRA RD** **LOUISBURG, KS 66053** |

| 2.3130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL CARTER** |
| | List the contract number of any government contract | _____ | **640 ROMANS ROAD** **NEW VIENNA, OH 45159** |

| 2.3131. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL E & JUDITH L MOYER,** |
| | List the contract number of any government contract | _____ | **17175 IRVING RD** **CHANUTE, KS 66720** |

| 2.3132. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL E OLSON & RAE LYNN** |
| | List the contract number of any government contract | _____ | **19139 1800 RD** **ALTOONA, KS 66710** |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
   First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL F BRUNGARDT**<br>**PO BOX 99**<br>**GALESBURG, KS 66740-0099** |
| | List the contract number of any government contract | | |

| 2.3134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL J STOUT**<br>**RT 1 BOX 10**<br>**PETROLEUM, WV 26161** |
| | List the contract number of any government contract | | |

| 2.3135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL L COX**<br>**24385 300TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL LEE STEINMAN**<br>**6006 JUNIPER DRIVE**<br>**MISSION, KS 66205** |
| | List the contract number of any government contract | | |

| 2.3137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL R FAIL**<br>**751 S. VERNA AVE**<br>**ANDOVER, KS 67002** |
| | List the contract number of any government contract | | |

| 2.3138. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL W & SUZANNE D ELLIS**<br>**19405 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.3139. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDY & DIXIE ROBERTS, JT**<br>**1122 ROAD 23**<br>**SEDAN, KS 67361** |
| | List the contract number of any government contract | | |

| 2.3140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDY D BRADLEY**<br>**3567 INDUSTRY**<br>**ROOTSTOWN, OH 44272** |
| | List the contract number of any government contract | | |

| 2.3141. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDY HENDRICKS**<br>**125 HIGHWAY 26 WEST**<br>**OGALLALA, NE 69153** |
| | List the contract number of any government contract | | |

| 2.3142. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDY J RAIDA**<br>**9950 FORD RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3143. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDY L & CHERYL L**<br>**6425 BROWN RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3144. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RANDY ROBERTS**<br>**1122 ROAD 23**<br>**SEDAN, KS 67361** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3145. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RANDY W & KIMBERLY K BERG |
| | List the contract number of any government contract | _____ | P.O. BOX 33 THAYER, KS 66776 |

| 2.3146. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RAY G HIZEY & |
| | List the contract number of any government contract | _____ | 8815 NESS RD ERIE, KS 66733 |

| 2.3147. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RAY L & RENA JOLENE FLAHARTY |
| | List the contract number of any government contract | _____ | 562 2000 ROAD COFFEYVILLE, KS 67337 |

| 2.3148. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RAY L FLAHARTY |
| | List the contract number of any government contract | _____ | 562 2000 ROAD COFFEYVILLE, KS 67337 |

| 2.3149. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RAY L HILL |
| | List the contract number of any government contract | _____ | 427843 E 20 ROAD WELCH, OK 74369 |

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
_____
First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3150.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAY LEE ROBINSON**
**339-3000 ROAD**
**COFFEYVILLE, KS 67337**

**2.3151.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAY V NORDMEYER**
**362 90TH RD**
**TORONTO, KS 66777**

**2.3152.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYBURN GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122-0195**

**2.3153.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYBURN L GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122**

**2.3154.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYMOND C BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

**2.3155.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**RAYMOND C OR MARY CLINESMITH**
**24959 LANE ROAD**
**BUFFALO**
**KS, US 66717**

Debtor 1   **PostRock Energy Services Corporation**                                          Case number (*if known*)   **16-11231-SAH**
           First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| **2.3156.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **RAYMOND DEEM**<br>**859 SUNVIEW RD**<br>**REYNOLDSBURG, OH 43068** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3157.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **RAYMOND J, JR & TINA M BAKER**<br>**856 23000 RD**<br>**PARSONS, KS 67357** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3158.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| State the term remaining | **UNKNOWN** | **Raymond J. Jr & Tina M. Baker**<br>**856 23000 RD**<br>**PARSONS**<br>**KS, US 67357** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3159.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| State the term remaining | **UNKNOWN** | **Raymond J. Jr & Tina M. Baker**<br>**856 23000 RD**<br>**PARSONS**<br>**KS, US 67357** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3160.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **RAYMOND KARL TEDSTROM**<br>**22 SHADOW LAKE DRIVE**<br>**BARTLESVILLE, OK 74006** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3161.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RAYMOND L PANEK & NANELLEN**<br>**12550 10TH ROAD**<br>**PARSONS, KS 67357** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name         Middle Name       Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any government contract    _____

---

2.3162.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**    **RAYMOND L PANEK & NANELLEN**
**12550 10TH ROAD**
**PARSONS**
**KS, US 67357**

List the contract number of any government contract    _____

---

2.3163.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**    **RAYMOND L PANEK & NANELLEN**
**12550 10TH ROAD**
**PARSONS**
**KS, US 67357**

List the contract number of any government contract    _____

---

2.3164.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**    **RAYMOND L PANEK & NANELLEN PANEK**
**12550 10TH ROAD**
**PARSONS**
**KS, US 67357**

List the contract number of any government contract    _____

---

2.3165.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**    **RAYMOND L PEARCE REV TRST**
**44 INDIAN WELLS DRIVE**
**HOLIDAY ISLAND**
**AR, US 72631**

List the contract number of any government contract    _____

---

2.3166.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**    **RAYMOND L PEARCE REV TRST**
**44 INDIAN WELLS DRIVE**
**HOLIDAY ISLAND**
**AR, US 72631**

List the contract number of any government contract    _____

---

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3167. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RAYMOND L PEARCE REV TRST**<br>**44 INDIAN WELLS DRIVE**<br>**HOLIDAY ISLAND**<br>**AR, US 72631** |
| | List the contract number of any government contract | | |

| 2.3168. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RAYMOND L PEARCE REV TRST**<br>**44 INDIAN WELLS DRIVE**<br>**HOLIDAY ISLAND**<br>**AR, US 72631** |
| | List the contract number of any government contract | | |

| 2.3169. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RAYMOND L PEARCE, TTEE OF THE**<br>**44 INDIAN WELLS DRIVE**<br>**HOLIDAY ISLAND, AR 72631** |
| | List the contract number of any government contract | | |

| 2.3170. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RBN RESOURCES, LLC**<br>**2339 COUNTY ROAD 2800**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.3171. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RCPTX LTD**<br>**777 TAYLOR STREET**<br>**SUITE 810**<br>**FORT WORTH, TX 76102** |
| | List the contract number of any government contract | | |

| 2.3172. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REA DAWN WEDEKAMM**<br>**7654 SHERMAN RD**<br>**CHESTERLAND, OH 44026** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**                          Case number (*if known*)  **16-11231-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3173. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBA M. JOHNSON**<br>**2632 LESLEE LAKE DR. N.**<br>**ST. PETERSBURG, FL 33713** |
| | List the contract number of any government contract | | |

| 2.3174. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBA ROBERTS**<br>**4062 CHASE ROAD**<br>**COFFEYVILLE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.3175. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA ANN ROBINSON**<br>**1316 GRAND**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3176. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA CONLEY AGENT**<br>**437 N TANGERINE SQ SW**<br>**VERO BEACH, FL 32968** |
| | List the contract number of any government contract | | |

| 2.3177. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA SUE GARRISON**<br>**4844 NW FILDING PL #3**<br>**TOPEKA, KS 66618** |
| | List the contract number of any government contract | | |

| 2.3178. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **REBECCA THOMAS TRACY**<br>**5 OAK HILL LANE**<br>**BLUFFTON, SC 29910** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Services Corporation**
            _____
            First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.3179. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **REGENIA LUCAS**<br>**PO BOX 66**<br>**MIDKIFF, WV 25540** |

| 2.3180. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **REGINA M WILLIAMS AGENT**<br>**18018 MARBLE SPRING**<br>**SAN ANTONIO, TX 78258-0340** |

| 2.3181. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **RENA JOLENE FLAHARTY**<br>**562 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |

| 2.3182. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **RENE E & REGINA K CARES**<br>**26031 HARPER ROAD**<br>**PARSONS, KS 67357** |

| 2.3183. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **RETA RIFLE**<br>**9777 GARVER ROAD**<br>**LITCHFIELD, OH 44253** |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3184.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Rex & Margaret Houghton
9510 LYON ROAD
ERIE
KS, US 66733

**2.3185.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Rex & Margaret Houghton
9510 LYON ROAD
ERIE
KS, US 66733

**2.3186.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

REX A HOUGHTON & MARGARET
9510 LYON ROAD
ERIE, KS 66733

**2.3187.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

REX A HOUGHTON & MARGARET
9510 LYON ROAD
ERIE
KS, US 66733

**2.3188.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

REX A HOUGHTON & MARGARET
9510 LYON ROAD
ERIE
KS, US 66733

**2.3189.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

REX A HOUGHTON & MARGARET
9510 LYON ROAD
ERIE
KS, US 66733

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3190. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **REX A HOUGHTON & MARGARET**<br>**9510 LYON ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.3191. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REX BROWN & MARY K BROWN**<br>**16751 1200 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.3192. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REX J KOLSTE**<br>**4105 PARK VIEW DRIVE**<br>**JANESVILLE, WI 53546-1777** |
| | List the contract number of any government contract | | |

| 2.3193. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REX TREFETHEN TRST**<br>**P.O. BOX 1221**<br>**LOUISBURG, KS 66053-1221** |
| | List the contract number of any government contract | | |

| 2.3194. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RH HOLDINGS, LLC**<br>**9685 WICHITA ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3195. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **RH HOLDINGS, LLC**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                    Case number (*if known*)   **16-11231-SAH**
           First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.3196. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | RH HOLDINGS, LLC<br>9685 WICHITA ROAD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3197. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | RH HOLDINGS, LLC<br>9685 WICHITA ROAD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3198. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | RH HOLDINGS, LLC<br>9685 WICHITA ROAD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3199. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RHONDA S STRINGER<br>3130 BRIGGS<br>PARSONS, KS 67357 |
| | List the contract number of any government contract | | |

| 2.3200. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | RICHARD & LINDA REINHARDT<br>14465 210TH ROAD<br>ERIE, KS 66733 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**                                   Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.3201.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____
**RICHARD & ROBIN COMPSTON
PO BOX 486
S. COFFEYVILLE, OK 74072**

2.3202.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____
**RICHARD & VIRGINIA R SHORT,
2100 NEW HAMPSHIRE
LAWRENCE, KS 66046**

2.3203.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____
**RICHARD A MCMINIMY LIV TRST
8808 29TH WAY SE
OLYMPIA, WA 98513**

2.3204.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____
**RICHARD DWIGHT CHILDERS
4472 HIGHES BR RD
HUNTINGTON, WV 25701**

2.3205.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract     _____
**RICHARD DWIGHT CHILDERS
4472 HIGHES BR RD
HUNTINGTON, WV 25701**

2.3206.  State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any     
**RICHARD E WILES
9411 RENO RD
ALTOONA, KS 66710**

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3207. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD F BOND &** |
| | List the contract number of any government contract | | **HC 61, BOX 61** **LENAPAH, OK 74042** |

| 2.3208. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD G MURRELL & LINDA I** |
| | List the contract number of any government contract | | **1121 S. WASHINGTON** **CHANUTE, KS 66720** |

| 2.3209. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD J & THERESIA L GAGAN** |
| | List the contract number of any government contract | | **HC 61 BOX 36** **LENAPAH, OK 74042-1515** |

| 2.3210. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD KENT & DEBRA COOPER** |
| | List the contract number of any government contract | | **P. O. BOX 112** **EDNA, KS 67342** |

| 2.3211. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD L & DALENE HOLTZMAN** |
| | List the contract number of any government contract | | **P O BOX 267** **THAYER, KS 66776** |

| 2.3212. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RICHARD L & DEBRA D BRADFORD,** **14373 VIOLA ROAD** **CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*    **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** | |
|  | List the contract number of any government contract | | |

| 2.3213. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** <br> **14373 VIOLA ROAD** <br> **CHANUTE** <br> **KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3214. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** <br> **14373 VIOLA ROAD** <br> **CHANUTE** <br> **KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3215. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** <br> **14373 VIOLA ROAD** <br> **CHANUTE** <br> **KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3216. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** <br> **14373 VIOLA ROAD** <br> **CHANUTE** <br> **KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3217. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** <br> **14373 VIOLA ROAD** <br> **CHANUTE** <br> **KS, US 66720** |
|  | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3218.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**RICHARD L & DEBRA D BRADFORD, JT**
**14373 VIOLA ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.3219.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**RICHARD L & MARLENE A CLARK**
**8775 QUEEN ROAD**
**ST. PAUL, KS 66771**

---

**2.3220.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**RICHARD L BABCOCK & MICHAEL D**
**23039 QUEENS RD**
**PARSONS, KS 67357**

---

**2.3221.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**RICHARD L BRADFORD LIV TR**
**14373 VIOLA RD**
**CHANUTE, KS 66720**

---

**2.3222.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**RICHARD L KIMREY**
**3305 MEADE ROAD**
**PARSONS, KS 67357**

---

**2.3223.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**RICHARD L PAULEY**
**1554 PREASE ROAD**
**BUCHANAN, VA 24066**

---

Debtor 1  **PostRock Energy Services Corporation**                    Case number (*if known*)  **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.3224. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD L WILLIAMS**<br>**1207 S. SANTA FE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3225. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD LAWRENCE PORTER**<br>**5225 FLEETWOOD OAKS DRIVE #627**<br>**DALLAS, TX 75235** |
| | List the contract number of any government contract | | |

| 2.3226. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD M LEWIS**<br>**PO BOX 102170**<br>**DENVER, CO 80250** |
| | List the contract number of any government contract | | |

| 2.3227. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD M ROBEY**<br>**1007 OAKWOOD TERRACE**<br>**ST. MARYS, WV 26170** |
| | List the contract number of any government contract | | |

| 2.3228. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD MAXON**<br>**2507 CHURCHILL DRIVE**<br>**BARTLESVILLE, OK 74006** |
| | List the contract number of any government contract | | |

| 2.3229. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RICHARD N & CLAUDETTE J DENNIS**<br>**16225 FORD ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**
     First Name         Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | _____ |  |

| 2.3230. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RICHARD N & GLORIA J GREVE<br>201 N. PLUMMER<br>CHANUTE, KS 66720 |
|  | List the contract number of any government contract | _____ |  |

| 2.3231. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RICHARD N STURDEVANT<br>1308 N. 1100 ROAD<br>LAWRENCE, KS 66046-9613 |
|  | List the contract number of any government contract | _____ |  |

| 2.3232. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RICHARD N STURDEVANT &<br>1308 N. 1100 ROAD<br>LAWRENCE, KS 66046 |
|  | List the contract number of any government contract | _____ |  |

| 2.3233. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RICHARD R STREETS<br>39153 MILLER RD<br>SLIDELL, LA 70461-2311 |
|  | List the contract number of any government contract | _____ |  |

| 2.3234. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RICHARD R STREETS & LINDA J<br>39153 MILLER RD<br>SLIDELL, LA 70461-2311 |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3235. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD S & KAREN D WILSON**<br>**PO BOX 521168**<br>**TULSA, OK 74152** |
| | List the contract number of any government contract | _____ | |

| 2.3236. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD S SPANGLER**<br>**11611 TAMPA AVE.**<br>**NORTHRIDGE, CA 91326** |
| | List the contract number of any government contract | _____ | |

| 2.3237. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD STEVEN MEADOR**<br>**1819 CORALBERRY COURT**<br>**CINCINNATI, OH 45230** |
| | List the contract number of any government contract | _____ | |

| 2.3238. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD STEVEN MEADOR**<br>**1819 CORALBERRY COURT**<br>**CINCINNATI**<br>**OH, US 45230** |
| | List the contract number of any government contract | _____ | |

| 2.3239. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD STEVEN MEADOR**<br>**1819 CORALBERRY COURT**<br>**CINCINNATI**<br>**OH, US 45230** |
| | List the contract number of any government contract | _____ | |

| 2.3240. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD T & SUZANNE LACKEY JR**<br>**1068 GREEN MEADOW**<br>**CHARLESTON, WV 25314** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.3241. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD VARNER & BEVERLY** |
| | List the contract number of any government contract | | **16948 HWY K16**<br>**DENISON, KS 66419** |

| 2.3242. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD W WILLHOUR** |
| | List the contract number of any government contract | | **5005 EAST 86TH PLACE SOUTH**<br>**TULSA, OK 74137** |

| 2.3243. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD W WILLHOUR** |
| | List the contract number of any government contract | | **5005 EAST 86TH PLACE SOUTH**<br>**TULSA, OK 74137** |

| 2.3244. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD WESLEY TINK** |
| | List the contract number of any government contract | | **31 HILLTOP ROAD**<br>**EWING, NJ '08638** |

| 2.3245. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD WILLIAM AUER DBA** |
| | List the contract number of any government contract | | **PO BOX 159**<br>**LENAPAH, OK 74042** |

| 2.3246. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RICK & ALICE LONG**<br>**RT 1 BOX 366**<br>**SOUTH COFFEYVILLE, OK 74072** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.3247. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3248. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3249. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3250. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **RICK E & TERESA M BRADLEY**<br>**1691 CR 5700**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | _____ | |

| 2.3251. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **RICK G RAY & MARILYN E RAY**<br>**398 24000 ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**                              Case number *(if known)*   **16-11231-SAH**
      First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3252. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICK J RUTTER & KIM UDEN**<br>**21254 2400TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3253. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICK L RANABARGER**<br>**6700 140TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3254. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICK M BLANCETT**<br>**P.O. BOX 369**<br>**GOLDEN CITY, MO 64748** |
| | List the contract number of any government contract | | |

| 2.3255. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKEY A & MARY E HIZEY, JTS**<br>**1743 2400 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3256. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKEY A HIZEY REV TRST DTD**<br>**1743 2400 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3257. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKEY D MAXSON**<br>**28305 S HWY 125**<br>**MONKEY ISLAND, OK 74331** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

       government contract

---

**2.3258.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICKEY DEAN TURNER**
**3216 AMBERWOOD CT**
**EDMOND, OK 73003**

---

**2.3259.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICKY D & DARLENE M SPENCER**
**19070 IRVING RD**
**MOUND VALLEY, KS 67354**

---

**2.3260.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICKY D WOOD**
**427454 E. 20TH ROAD**
**WELCH, OK 74369**

---

**2.3261.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICKY LEE MYERS**
**23054 KIOWA RD.**
**PARSONS, KS 67357**

---

**2.3262.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICKY LYNN RATZLAFF &**
**7830 500 ROAD**
**FREDONIA, KS 66736**

---

**2.3263.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**RILEY R & SHARON K HOLMES,**
**P.O. BOX 275**
**BUSHLAND, TX 79012**

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RITA F & DENNIS R GRAHAM** |
| | List the contract number of any government contract | _____ | **2670 60 ROAD**<br>**THAYER, KS 66776** |

| 2.3265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RITA KAY HARRIS** |
| | List the contract number of any government contract | _____ | **2704A N LOMA LINDA DRIVE**<br>**JOPLIN, MO 64804** |

| 2.3266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RITA M BERND, LINDA A BARRAGAR** |
| | List the contract number of any government contract | _____ | **4946 CR 5400**<br>**CHERRYVALE, KS 67335** |

| 2.3267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RIVER FARMS, INC** |
| | List the contract number of any government contract | _____ | **4303 W. 112TH TER.**<br>**LEAWOOD, KS 66211-1718** |

| 2.3268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **RIVERSIDE RESOURCES LLC** |
| | List the contract number of any government contract | _____ | **955 BULL CREEK ROAD**<br>**WAVERLY, WV 26184** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                    Case number (*if known*)    **16-11231-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3269.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**<br><br>State the term remaining　　**Unknown**<br><br>List the contract number of any government contract | **RK WINGATE LIV TRST**<br>**11725 HARPER RD**<br>**THAYER, KS 66776** |
| **2.3270.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**<br><br>State the term remaining　　**Unknown**<br><br>List the contract number of any government contract | **ROANOKE RANCH & INVESTMENT,**<br>**325 N ST PAUL, STE 4300**<br>**DALLAS, TX 75201** |
| **2.3271.** State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**<br><br>State the term remaining　　**UNKNOWN**<br><br>List the contract number of any government contract | **ROB & ELAINE SMITH**<br>**HC 67, BOX 560**<br>**ANTLERS**<br>**OK, US 74523** |
| **2.3272.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**<br><br>State the term remaining　　**Unknown**<br><br>List the contract number of any government contract | **ROB GANGER**<br>**3240 CHERRYRIDGE ROAD**<br>**ENGLEWOOD, CO 80113** |
| **2.3273.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**<br><br>State the term remaining　　**Unknown**<br><br>List the contract number of any government contract | **ROBERT  K JOHN**<br>**8490 ELK RD**<br>**THAYER, KS 66776** |
| **2.3274.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**<br><br>State the term remaining　　**Unknown**<br><br>List the contract number of any | **ROBERT & AIMEE VANDERFORD**<br>**10936 S. 2151 STREET E. AVENUE**<br>**BROKEN ARROW, OK 74014** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3275. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT & AIMEE VANDERFORD**<br>**10936 S. 2151 STREET E. AVENUE**<br>**BROKEN ARROW**<br>**OK, US 74014** |
| | List the contract number of any government contract | | |

| 2.3276. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT & ANN JOHN**<br>**8490 ELK ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & CAROLYN ADAMS LV TRST**<br>**21069 JACKSON RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & CHERYL ANN BEAM**<br>**1014 HILLCREST DRIVE**<br>**GROVE, OK 74344** |
| | List the contract number of any government contract | | |

| 2.3279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & L COLENE JONES, TRST**<br>**5083 CHASE ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.3280. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT & MARILYN LESLIE**<br>**P.O. BOX 119**<br>**SPALDING, NE 68666** |
|---|---|---|---|

Debtor 1    **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | _____ |  |

| 2.3281. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | ROBERT A & BRENDA J BATTLES |
|  | List the contract number of any government contract | _____ | 2902 TWELVE OAKS DR.<br>CHARLOTTE, MI 48813 |

| 2.3282. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | ROBERT A DAYER |
|  | List the contract number of any government contract | _____ | 3008 N IRONWOOD AVENUE<br>BROKEN ARROW, OK 74012-2007 |

| 2.3283. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | ROBERT A KEPLEY & TERI S |
|  | List the contract number of any government contract | _____ | 1328 W. 11TH ST.<br>CHANUTE, KS 66720 |

| 2.3284. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | ROBERT B HAUGHT |
|  | List the contract number of any government contract | _____ | 6575 ARK RD<br>GLOUSTER, VA 23061 |

| 2.3285. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | ROBERT C SAMS |
|  | List the contract number of any government contract | _____ | 292 BLENNERHASSETT HEIGHTS<br>WASHINGTON, WV 26181 |

Debtor 1  **PostRock Energy Services Corporation**                          Case number *(if known)*  **16-11231-SAH**
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3286. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT CHARLES GIBBS &** |
| | List the contract number of any government contract | | **611 QUAIL CREEK ROAD** **PARSON, KS 67357-2257** |

| 2.3287. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT CHARLES GIBBS & VICKI A RAWDON, H** |
| | List the contract number of any government contract | | **611 QUAIL CREEK ROAD** **PARSON** **KS, US 67357-2257** |

| 2.3288. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT CHARLES RAMEY** |
| | List the contract number of any government contract | | **13940 K47 HWY** **FREDONIA** **KS, US 66736** |

| 2.3289. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT D & JULIE H TONNESON** |
| | List the contract number of any government contract | | **59063 203RD STREET** **MANKATO, MN 56001** |

| 2.3290. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT D BARNOW &** |
| | List the contract number of any government contract | | **6885 130TH RD** **CHANUTE, KS 66720** |

| 2.3291. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT D CELAINE RIDDLE TRST** |
| | List the contract number of any | | **RT 2 BOX 21B** **HARRISVILLE, WV 26362** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.3292. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D HEADY & ELIZABETH J** |
| | List the contract number of any government contract | | **ROUTE 3, BOX 297** **PARSONS, KS 67357** |
| 2.3293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D MIDDLETON & IRMA M** |
| | List the contract number of any government contract | | **824 20000 RD** **MOUND VALLEY, KS 67354** |
| 2.3294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D REVELL & LORI ELAINE** |
| | List the contract number of any government contract | | **14625 50TH ROAD** **PARSONS, KS 67357** |
| 2.3295. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT DOUGLAS GRIMM** |
| | List the contract number of any government contract | | **341 CYPRESS RD** **ST. AUGUSTINE, FL 32086-6737** |
| 2.3296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT E & MARCIA A CLINE** |
| | List the contract number of any government contract | | **121 SOUTH 7TH** **FREDONIA, KS 66736** |
| 2.3297. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT E HAMMETT** **NO. 2 PINE CREEK LANE** **HOUSTON, TX 77055** |

| | |
|---|---|
| Debtor 1   **PostRock Energy Services Corporation** | Case number *(if known)*   **16-11231-SAH** |
| <span style="font-size:smaller">First Name        Middle Name        Last Name</span> | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract    _____ | |

---

| 2.3298. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT E HAMSHER**<br>**1147 CREEKSIDE COURT**<br>**BURTON, MI 48509-1460** |
| | List the contract number of any government contract | _____ | |

---

| 2.3299. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT E HAMSHER**<br>**1147 CREEKSIDE COURT**<br>**BURTON**<br>**MI, US 48509-1460** |
| | List the contract number of any government contract | _____ | |

---

| 2.3300. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT E HAMSHER**<br>**1147 CREEKSIDE COURT**<br>**BURTON**<br>**MI, US 48509-1460** |
| | List the contract number of any government contract | _____ | |

---

| 2.3301. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT E HOUSEL & ROSE M**<br>**1030 EAST 3RD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | _____ | |

---

| 2.3302. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT E MORRIS**<br>**RT 1 BOX 241A**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | _____ | |

---

Debtor 1  **PostRock Energy Services Corporation**                     Case number *(if known)*  **16-11231-SAH**
_____
First Name      Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3303.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

---

**2.3304.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT E ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE**
**KS, US 67337**

---

**2.3305.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E ROBERTS REV TRST**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

---

**2.3306.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E SMITH & MARY ELAINE**
**1318 W. MAIN**
**ANTLERS, OK 74523**

---

**2.3307.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E STAFFORD**
**173 SWEETBAY DRIVE**
**AIKEN, SC 29803**

---

**2.3308.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ROBERT G ROWE**
**303 MARKET COURT**
**FULLERTON, CA 92832**

Debtor 1    **PostRock Energy Services Corporation**                                      Case number *(if known)*    **16-11231-SAH**

First Name              Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.3309. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**ROBERT G STILES**
**2210 STURGEON DR.**
**MARYSVILLE, WA 98271**

| | | |
|---|---|---|
| 2.3310. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**ROBERT GLEN SWILER**
**16672 MEADE ROAD**
**ERIE, KS 66733**

| | | |
|---|---|---|
| 2.3311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**ROBERT H PARKS**
**791 COLLINS RD**
**LITTLE HOCKING, OH 45742**

| | | |
|---|---|---|
| 2.3312. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**ROBERT HOOD**
**28351 SHADOW MOUNTAIN DRIVE**
**CONIFER, CO 80433**

| | | |
|---|---|---|
| 2.3313. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**ROBERT J & CONNIE J CAMPBELL**
**14605 HIGHWAY 59**
**ERIE, KS 67333**

| | | |
|---|---|---|
| 2.3314. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |

**ROBERT J & SHERI LYNN ELLIS**
**7043 SOUTH KENDALL COURT**
**LITTLETON, CO 80128**

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
            First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.3315. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT J BLACK &** |
| | List the contract number of any government contract | | **1108 SPRUCE WAY ST** |
| | | | **ABILENE, KS 67410** |

| 2.3316. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT J HOUGHTON** |
| | List the contract number of any government contract | | **8270 MEADE ROAD** |
| | | | **ERIE, KS 66733** |

| 2.3317. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT J LECK** |
| | List the contract number of any government contract | | **1525 20TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.3318. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT J LECK** |
| | List the contract number of any government contract | | **1525 20TH ROAD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.3319. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT J LECK** |
| | List the contract number of any government contract | | **1525 20TH ROAD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3320.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3321.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3322.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3323.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3324.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Robert J. Leck**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3325.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**Robert J. Leck**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT JAMES FOLK**<br>**BOX 127**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.3327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT JASON HAUGHT**<br>**118 CRESTWOOD DR.**<br>**PARKERSBURG, WV 26104** |
| | List the contract number of any government contract | | |

| 2.3328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3329. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3330. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3331. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
     First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.3332. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3333. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3334. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3335. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3336. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3337. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3338. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3339. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3340. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3341. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3342. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
    First Name         Middle Name       Last Name

Case number *(if known)*   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.3343. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.3344. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |
| 2.3345. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.3346. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.3347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |
| 2.3348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.3349. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K JOHN<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3350. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K JOHN<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3351. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K JOHN<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3352. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K JOHN<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3353. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K JOHN<br>8490 ELK RD<br>THAYER<br>KS, US 66776 |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3354.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K JOHN**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

---

**2.3355.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT L & TRELLIS E LUBBERS**
**23035 GRAY ROAD**
**DENNIS, KS 67341**

---

**2.3356.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER, KS 66776-8131**

---

**2.3357.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER**
**KS, US 66776-8131**

---

**2.3358.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER**
**KS, US 66776-8131**

---

**2.3359.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER**
**KS, US 66776-8131**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
            First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3360. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT L MERRITT**<br>**8742 WICHITA RD**<br>**THAYER**<br>**KS, US 66776-8131** |
| | List the contract number of any government contract | | |

| 2.3361. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT L THOMPSON**<br>**7076 QUEEN ROAD**<br>**OSWEGO, KS 67356** |
| | List the contract number of any government contract | | |

| 2.3362. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT L WATSON**<br>**702 WEST A**<br>**HILLSBORO, KS 67063** |
| | List the contract number of any government contract | | |

| 2.3363. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3364. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3365. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

Debtor 1   **PostRock Energy Services Corporation**
_____

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.3366. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3367. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3368. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3369. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT LYNN PORTER**<br>**20522 DEER HOLLOW DR.**<br>**EDMOND, OK 73012** |
| | List the contract number of any government contract | _____ | |

| 2.3370. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT M & ARDIS M NOVOTNY,**<br>**5010 DOUGLAS RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3371. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT M & ARDIS M NOVOTNY, H/W, JTROS** |
| | List the contract number of any government contract | | **5010 DOUGLAS RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.3372. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT M & ARDIS M NOVOTNY, H/W, JTROS** |
| | List the contract number of any government contract | | **5010 DOUGLAS RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.3373. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT M BELL** |
| | List the contract number of any government contract | | **5288 COORS STREET**<br>**ARVADA, CO 80002** |

| 2.3374. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT M HALL** |
| | List the contract number of any government contract | | **202 SOUTH WEBSTER**<br>**ERIE, KS 66733** |

| 2.3375. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT M KANE** |
| | List the contract number of any government contract | | **PO BOX 2566**<br>**BARTLESVILLE, OK 74005** |

| 2.3376. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT M SIGLER** |
| | List the contract number of any | | **PO BOX 65**<br>**KINGWOOD, WV 26537** |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3377. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT MARSHALL** |
| | List the contract number of any government contract | | **209 MILLWRIGHT DRIVE** **LEXINGTON, SC 29072** |

| 2.3378. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT MIDDLETON & IRMA MIDDLETON** **824 2000 ROAD** |
| | List the contract number of any government contract | | **MOUND VALLEY** **KS, US 67354** |

| 2.3379. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT MIDDLETON & IRMA MIDDLETON** **824 2000 ROAD** |
| | List the contract number of any government contract | | **MOUND VALLEY** **KS, US 67354** |

| 2.3380. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT R & PATRICIA J O'BRIEN** **3072 N. 2ND ST.** |
| | List the contract number of any government contract | | **CHETOPA, KS 67336** |

| 2.3381. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT R JONES 3630** **PO BOX 1** |
| | List the contract number of any government contract | | **SAND FORK, WV 26430** |

| 2.3382. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT R WILLHOUR** **612 HILLVIEW COURT** **FORT COLLINS, CO 80526** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                    Case number (*if known*)   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3383. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT R WILLHOUR** |
| | List the contract number of any government contract | _____ | **612 HILLVIEW COURT** <br> **FORT COLLINS, CO 80526** |

| 2.3384. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT REXROAD** |
| | List the contract number of any government contract | _____ | **2725 ONTARIO ROAD** <br> **UNIONTOWN, OH 44685-8360** |

| 2.3385. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT W & REBECCA A JOHNSON,** |
| | List the contract number of any government contract | _____ | **265 VINITA RD** <br> **NOWATA, OK 74048** |

| 2.3386. | State what the contract or lease is for and the nature of the debtor's interest | **KPC Pipeline sale** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **ROBERT W BAIRD & CO INC** |
| | List the contract number of any government contract | _____ | **777 E. WISCONSIN AVENUE** <br> **MILWAUKEE, WI 53202** |

| 2.3387. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERTA G HUTCHENS, CHERYL R** |
| | List the contract number of any government contract | _____ | **PO BOX 109** <br> **MADISON, KS 66860** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
  _____
  First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3388.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ROBERTA MCCOY**
**P.O. BOX 5**
**SMITHVILLE, WV 26178**

---

**2.3389.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ROBIN & NAOMI OLSON, H/W**
**1910 CANTER LANE**
**MARRIOTSVILLE, MD 21104-1152**

---

**2.3390.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ROBIN J COOK**
**715 FOX AVE.**
**HARRISVILLE, WV 26362**

---

**2.3391.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ROBIN LANDRUM**
**PO BOX 100**
**LENAPAH, OK 74042**

---

**2.3392.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**ROBIN MOORE**
**890 4000 ROAD**
**EDNA, KS 67342**

---

**2.3393.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any

**ROBYN A KEZAR**
**2131 SOUTH COOPER COURT**
**WICHITA, KS 67207**

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

---

| 2.3394. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBYN A KEZAR**<br>**2131 SOUTH COOPER COURT**<br>**WICHITA**<br>**KS, US 67207** |
| | List the contract number of any government contract | | |

---

| 2.3395. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBYN A KEZAR**<br>**2131 SOUTH COOPER COURT**<br>**WICHITA**<br>**KS, US 67207** |
| | List the contract number of any government contract | | |

---

| 2.3396. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Robyn A. Kezar**<br>**2131 SOUTH COOPER COURT**<br>**WICHITA**<br>**KS, US 67207** |
| | List the contract number of any government contract | | |

---

| 2.3397. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Robyn A. Kezar**<br>**2131 SOUTH COOPER COURT**<br>**WICHITA**<br>**KS, US 67207** |
| | List the contract number of any government contract | | |

---

| 2.3398. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROCK FUND I LTD.**<br>**C/O 1000 BALLPARK WAY, STE 216**<br>**ARLINGTON, KS 76011** |
| | List the contract number of any government contract | | |

---

| 2.3399. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROCKNE RAY MAXSON**<br>**2111 YALE AVE.**<br>**MIAMI, OK 74354** |
|---|---|---|---|

---

Debtor 1  **PostRock Energy Services Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Unknown**

List the contract number of any government contract  _____

---

2.3400.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**RODERICK EARL LANHAM
526 NORTHILL DRIVE
RICHARDSON, TX 75080**

---

2.3401.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**RODNEY & DARLENE HUGHES H/W JT
3475 HARPER ROAD
GALESBURG, KS 66740**

---

2.3402.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**RODNEY ALAN MCCLOY
2906 BROOKSIDE CT
LA GRANGE, KY 40031**

---

2.3403.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**RODNEY D & SUSAN M BAKER, H/W
23029 HARPER RD
DENNIS, KS 67341**

---

2.3404.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**RODNEY DALE & TERRI L WALKER
7345 U.S. HWY 169
THAYER, KS 66776**

---

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3405. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RODNEY L HAMBLETON & EDWINA L**<br>**1018 25000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3406. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RODNEY ROBERTSON, BRYAN**<br>**1302 S. EDITH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3407. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER A & DONNA M PALMER**<br>**737 8000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.3408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER D KEELING**<br>**112 MAPLEWOOD ESTATES**<br>**SCOTT DEPOT, WV 25560** |
| | List the contract number of any government contract | | |

| 2.3409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER ELLIOTT**<br>**19730 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER J & CAROL A LEE**<br>**3015 DIRR**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.3411. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Roger J. & Carol A. Lee** |
| | List the contract number of any government contract | | **3015 DIRR**<br>**PARSONS**<br>**KS, US 67357** |

| 2.3412. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Roger J. & Carol A. Lee** |
| | List the contract number of any government contract | | **3015 DIRR**<br>**PARSONS**<br>**KS, US 67357** |

| 2.3413. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGERS RESOURCES, LLC** |
| | List the contract number of any government contract | | **7922 S. BUCHANAN WAY**<br>**AURORA, CO 80016** |

| 2.3414. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGERS RESOURCES, LLC** |
| | List the contract number of any government contract | | **7922 S. BUCHANAN WAY**<br>**AURORA, CO 80016** |

| 2.3415. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROKFF LP** |
| | List the contract number of any government contract | | **25 NATHANIEL ROAD**<br>**SOUTHAMPTON, PA 18966** |

| 2.3416. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **ROKFF LP**<br>**25 NATHANIEL ROAD**<br>**SOUTHAMPTON, PA 18966** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                                Case number *(if known)*   **16-11231-SAH**
          First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **Unknown**

List the contract number of any government contract _____

---

2.3417.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**ROLLAND W MARINO JR**
**1415 SOUTHRIDGE DR.**
**BREA, CA 92821-0195**

---

2.3418.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**ROMA J & EDDIE D HENLEY**
**8091 2400 ROAD**
**FREDONIA, KS 66736**

---

2.3419.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**ROMA J & EDDIE D HENLEY**
**8091 2400 ROAD**
**FREDONIA**
**KS, US 66736**

---

2.3420.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**ROMA J & EDDIE D HENLEY**
**8091 2400 ROAD**
**FREDONIA**
**KS, US 66736**

---

2.3421.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**ROMAN G DELATORRE**
**18676 ANDERSON ROAD**
**CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3422.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RON & LISA TREAT**
**9369 DYNAMITE ROAD**
**LAKESIDE, AZ 85929**

**2.3423.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD & DIANE L ARNOLD REV TR**
**4302 ROYAL ABERDEEN**
**COLUMBIA, MO 65203**

**2.3424.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD & LUCINDA MYERS -**
**415 N SHERMAN ST**
**SEDAN, KS 67361**

**2.3425.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD D DANNELS, DAYNA R**
**P.O. BOX 82**
**ALTOONA, KS 66710**

**2.3426.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD D GREEN**
**PO BOX 97**
**ALTOONA, KS 66710**

**2.3427.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**RONALD E CHILDERS**
**521 ALTON RD**
**GALLOWAY, OH 43119**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                              Case number *(if known)*    **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3428. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RONALD F & SANDRA J CAVENDER** |
| | List the contract number of any government contract | | **321A RR 1**<br>**SALT ROCK, WV 25559-9728** |

| 2.3429. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RONALD G & TERRI L WINKLER** |
| | List the contract number of any government contract | | **P.O. BOX 154**<br>**GALESBURG, KS 66740** |

| 2.3430. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RONALD HATFIELD** |
| | List the contract number of any government contract | | **779 MOATS RD.**<br>**ELLENBORO, WV 26346** |

| 2.3431. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RONALD J SMITH & SHARILYN M.** |
| | List the contract number of any government contract | | **1624 DOVER ROAD**<br>**EMPORIA, KS 66801** |

| 2.3432. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RONALD JR & ANGELINE VYHLIDAL,** |
| | List the contract number of any government contract | | **7570 HARPER RD**<br>**THAYER, KS 66776** |

| 2.3433. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RONALD L & JUDITH ALEXANDER**<br>**837 5000 ROAD**<br>**EDNA, KS 67342** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
            First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract |  |  |

| 2.3434. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RONALD L MADRON REV TRST U/A |
|  | List the contract number of any government contract |  | 198 B 5000 ROAD<br>COFFEYVILLE, KS 67337 |

| 2.3435. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RONALD L ROGERS |
|  | List the contract number of any government contract |  | 1623 ROAD 1<br>CEDAR VALE, KS 67024 |

| 2.3436. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RONALD L VANDENBARK |
|  | List the contract number of any government contract |  | 262 LARA DR<br>ZANESVILLES, OH 43701 |

| 2.3437. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RONALD M BRADLEY |
|  | List the contract number of any government contract |  | 946 SHORT RUN RD.<br>PENNSBORO, WV 26415 |

| 2.3438. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | RONALD N OLSON |
|  | List the contract number of any government contract |  | 16225 210TH ROAD<br>ERIE, KS 66733 |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3439.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD P WYER**
**RT 2, BOX 50-A**
**HARRISVILLE, WV 26362**

---

**2.3440.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R & DIANE ARNOLD**
**4302 ROYAL ABERDEEN**
**COLUMBIA, MO 65203**

---

**2.3441.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R & NONA STOTTS**
**1681 CR 5300**
**COFFEYVILLE, KS 67337**

---

**2.3442.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R FLOWERS &**
**16440 GRAY ROAD**
**CHANUTE, KS 66720**

---

**2.3443.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R NUTT**
**723 WIGNER AVE**
**HARRISVILLE, WV 26362**

---

**2.3444.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**RONALD R STOTTS**
**1681 CR 5300**
**COFFEYVILLE, KS 67337**

Debtor 1   **PostRock Energy Services Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3445. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RONALD TRIM<br>10700 FORD ROAD<br>THAYER, KS 66776 |
| | List the contract number of any government contract | | |

| 2.3446. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | Ronald Trim<br>10700 FORD ROAD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3447. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | RONALD TRIM<br>10700 FORD ROAD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.3448. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | RONALD V ELY<br>1505 150TH ROAD<br>CHANUTE, KS 66720 |
| | List the contract number of any government contract | | |

| 2.3449. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | RONALD V ELY<br>1505 150TH ROAD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.3450. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | RONALD V ELY<br>1505 150TH ROAD<br>CHANUTE<br>KS, US 66720 |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.3451. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ronald V. Ely**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3452. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ronald V. Ely**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3453. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD W ASTON**<br>**1212 COURTLAND RD**<br>**WEIRTON, WV 26062-5104** |
| | List the contract number of any government contract | | |

| 2.3454. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD W NEIDIGH**<br>**787 1000 ROAD**<br>**EDNA, KS 67342-9349** |
| | List the contract number of any government contract | | |

| 2.3455. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD W PARKS**<br>**6101 VALLEY PARK DRIVE**<br>**HUNTSVILLE, AL 35810** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3456. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONNEY ELMER STAFFORD**<br>**PO BOX 911**<br>**OWASSO, OK 74055** |
| | List the contract number of any government contract | | |

| 2.3457. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONNIE E & HEATHER L MCGUIRE**<br>**8680 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.3458. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONNIE E & LINDA K WEST**<br>**1501 25000 RD.**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3459. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONNIE E MCGUIRE**<br>**8680 NESS RD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.3460. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONNIE JOE & SONDRA D HARRIS**<br>**9605 QUEEN ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.3461. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RONNIE JOE & SONDRA D HARRIS**<br>**9605 QUEEN ROAD**<br>**ST. PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSA BELLE GAINER** |
| | List the contract number of any government contract | | **P. O. BOX 12**<br>**GLENVILLE, WV 26351** |

| 2.3463. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROSANNA SNYDER** |
| | List the contract number of any government contract | | **6517 W 79TH ST**<br>**OVERLAND PARK**<br>**KS, US 66204** |

| 2.3464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSE MARIE PAULIE** |
| | List the contract number of any government contract | | **21860 120TH ROAD**<br>**ST. PAUL, KS 66771** |

| 2.3465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSE PARKS** |
| | List the contract number of any government contract | | **52723 TRINTER RD**<br>**VERMILLION, OH 44089** |

| 2.3466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSEMARY A MATTOX REV TRST** |
| | List the contract number of any government contract | | **935 N. LAKEVIEW**<br>**DERBY, KS 67037** |

| 2.3467. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROSEMARY A MATTOX REV TRST, ROSEMARY A M**<br>**935 N. LAKEVIEW**<br>**DERBY**<br>**KS, US 67037** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.3468. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROSEMARY A MATTOX REV TRST, ROSEMARY A M 935 N. LAKEVIEW DERBY KS, US 67037 |
|  | List the contract number of any government contract | | |

| 2.3469. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ROSS GOSNEY PO BOX 1013 BAYFIELD, CO 81122 |
|  | List the contract number of any government contract | | |

| 2.3470. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ROST ENERGY CO P.O. BOX 615 LIGONIER, PA 16568 |
|  | List the contract number of any government contract | | |

| 2.3471. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | ROXANNA L LINNEBUR P.O. BOX 602 STRASBURG, CO 80136 |
|  | List the contract number of any government contract | | |

| 2.3472. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROXANNA L LINNEBUR P.O. BOX 602 STRASBURG CO, US 80136 |
|  | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
          First Name        Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3473. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROXIE HENDRICKS** |
| | List the contract number of any government contract | | **36321 N. 12TH ST.** **PHOENIX, AZ 85086** |

| 2.3474. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROY & MARIAN CARSON, H/W JT** |
| | List the contract number of any government contract | | **2116 W. COMSTOCK DR.** **CHANDLER, AZ 85224** |

| 2.3475. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROY A. CAMPBELL** |
| | List the contract number of any government contract | | **8331 SISSONVILLE DR** **CHARLESTON, WV 25320** |

| 2.3476. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROY BURNER OR PATRICIA BURNER** |
| | List the contract number of any government contract | | **1535 BREAM ST** **MERRITT ISLAND, FL 32953** |

| 2.3477. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROY D ADAMS** |
| | List the contract number of any government contract | | **18500 FORD RD** **CHANUTE, KS 66720** |

| 2.3478. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROY D HADLEY** |
| | List the contract number of any | | **43 BRIDGE WAY N** **MIDDLEBOURNE, WV 26149** |

Debtor 1    **PostRock Energy Services Corporation**                                  Case number (*if known*)    **16-11231-SAH**
　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3479. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROY E & ROBIN L VARNER, H/W**<br>**18911 US HWY 75**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3480. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROY E ANGLIN**<br>**RR1 BOX 107**<br>**WANN, OK 74083** |
| | List the contract number of any government contract | | |

| 2.3481. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROY E ANGLIN & REGENT BANK,**<br>**RT 1, BOX 107**<br>**WANN, OK 74083** |
| | List the contract number of any government contract | | |

| 2.3482. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROY E VARNER & ROBIN L VARNER,**<br>**18911 U.S. 75 HWY**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3483. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROY E VARNER & ROBIN L VARNER, H/W, JTRO**<br>**18911 U.S. 75 HWY**<br>**BENEDICT**<br>**KS, US 66714** |
| | List the contract number of any government contract | | |

| 2.3484. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROY G HILDRETH & SONS INC**<br>**PO BOX 1007**<br>**SPENCER, WV 25276** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | _____ | |

| 2.3485. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **ROY L THOMPSON** |
|  | List the contract number of any government contract | _____ | **991 22000 RD**<br>**PARSONS, KS 67357** |

| 2.3486. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **ROY LOWELL THOMPSON & JUDITH L** |
|  | List the contract number of any government contract | _____ | **991 22000 RD**<br>**PARSONS, KS 67357** |

| 2.3487. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **ROY PRESTON ARNOLD TRST** |
|  | List the contract number of any government contract | _____ | **4715 ROLLING MEADOWS RD**<br>**BARTLESVILLE, OK 74006** |

| 2.3488. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **ROYCE E SAUBERS** |
|  | List the contract number of any government contract | _____ | **1574 10TH ROAD**<br>**BUFFALO, KS 66717** |

| 2.3489. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Production Agreement | |
|  | State the term remaining | Unknown | **ROYCE E SAUBERS** |
|  | List the contract number of any government contract | _____ | **1574 10TH ROAD**<br>**BUFFALO, KS 66717** |

Debtor 1 **PostRock Energy Services Corporation**                     Case number (*if known*) **16-11231-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3490. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RP 2010, LLC**<br>**P.O. BOX 1094**<br>**NORTH PLATTE, NE 69103** |
| | List the contract number of any government contract | | |

| 2.3491. | State what the contract or lease is for and the nature of the debtor's interest | **XBRL Filing services** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **RR DONNELLEY FINANCIAL, INC**<br>**PO BOX 93271**<br>**CLEVELAND, OH 44193** |
| | List the contract number of any government contract | | |

| 2.3492. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUBY A OLSON**<br>**19676 1800TH ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.3493. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RUBY A OLSON**<br>**19676 1800TH ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.3494. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUBY F BLACK**<br>**831 20000 ROAD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.3495. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUBY GAY WOLFE**<br>**825 WEST HIGH STREET**<br>**APT 3-B**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3496. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUDY R HECKER**<br>**4254 REKA DRIVE**<br>**ANCHORAGE, AK 99508** |
| | List the contract number of any government contract | | |

| 2.3497. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUNNIN 'F' INC**<br>**RT 1 BOX 150**<br>**DELAWARE, OK 74027** |
| | List the contract number of any government contract | | |

| 2.3498. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL & TERRY MCKEE**<br>**BOX 130**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.3499. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL DEAN RATZLAFF &**<br>**619 N. 6TH**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.3500. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL J & NORITA F MARTIN**<br>**6730 NORTH 4010 ROAD**<br>**COPAN, OK 74022** |
| | List the contract number of any government contract | | |

| 2.3501. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RUSSELL L BUSSMAN**<br>**7005 UNION TERRACE LANE N.**<br>**MAPLE GROVE, MN 55369** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
     First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

---

| 2.3502. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **RUSSELL L WALKER**<br>**201 E 1ST**<br>**ALTOONA, KS 66710** |
|  | List the contract number of any government contract | | |

---

| 2.3503. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **RUSSELL LEWIS HEADY**<br>**12900 160TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | | |

---

| 2.3504. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **RUSSELL S CLEAVER**<br>**17495 135TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | | |

---

| 2.3505. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **RUTH A LINVILLE**<br>**3351 RAIN ROAD**<br>**CHAPMAN, KS 67431** |
|  | List the contract number of any government contract | | |

---

| 2.3506. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|  | State the term remaining | UNKNOWN | **Ruth A. Linville**<br>**3351 RAIN ROAD**<br>**CHAPMAN**<br>**KS, US 67431** |
|  | List the contract number of any government contract | | |

---

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3507. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ruth A. Linville**<br>**3351 RAIN ROAD**<br>**CHAPMAN**<br>**KS, US 67431** |
| | List the contract number of any government contract | | |

| 2.3508. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUTH ANN FLANAGAN**<br>**16662 FM 1716 E**<br>**HENDERSON, TX 75652** |
| | List the contract number of any government contract | | |

| 2.3509. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUTH STEVENS REVOCABLE TRUST**<br>**500 LAKEWOOD DRIVE**<br>**FAIRVIEW, TX 75069** |
| | List the contract number of any government contract | | |

| 2.3510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RWJ FARMS, LLC**<br>**PO BOX 2817**<br>**WICHITA, KS 67201-2817** |
| | List the contract number of any government contract | | |

| 2.3511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RYAN J. ELLIS**<br>**7045 S. KENDALL BLVD**<br>**LITTLETON, CO 80128** |
| | List the contract number of any government contract | | |

| 2.3512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RYAN P BERG & AMY MEEKER-BERG**<br>**220 HIGH STREET**<br>**BALDWIN CITY, KS 66006** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**
    First Name       Middle Name      Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3513. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **S & C PROPERTIES**<br>**PO BOX 601295**<br>**DALLAS, TX 75360-1295** |
| | List the contract number of any government contract | | |

| 2.3514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **S&S OIL & GAS, LLC**<br>**P.O. BOX 659**<br>**SKIATOOK, OK 74070** |
| | List the contract number of any government contract | | |

| 2.3515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **SALLIE TIERNEY GAMMAGE**<br>**705 WILLIAMS AVE.**<br>**NATCHITOCHES, LA 71457** |
| | List the contract number of any government contract | | |

| 2.3516. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **SAMUAL R NODO**<br>**2161 KENYON AVE. NW**<br>**MASSILON, OH 44646** |
| | List the contract number of any government contract | | |

| 2.3517. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **SAMUEL C HAMMETT**<br>**955 BULL CREEK RD**<br>**WAVERLY, WV 26184** |
| | List the contract number of any government contract | | |

| 2.3518. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SAMUEL L OAKLEAF**<br>**887 W. JEFFERSON**<br>**HOWARD, KS 67349** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.3519. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SAMUEL L OAKLEAF & REBECCA** |
| | List the contract number of any government contract | _____ | **887 W. JEFFERSON**<br>**HOWARD, KS 67349** |

| 2.3520. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SANDRA CORDELIA REED** |
| | List the contract number of any government contract | _____ | **3923 EDGEMOOR WAY**<br>**LAS VEGAS, NV 89121-4830** |

| 2.3521. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SANDRA GARDNER** |
| | List the contract number of any government contract | _____ | **304 CAMINO REAL**<br>**HOWEY IN THE HILLS, FL 34737** |

| 2.3522. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SANDRA L MOORE** |
| | List the contract number of any government contract | _____ | **RR1 BOX 159**<br>**HARRISVILLE, WV 26362** |

| 2.3523. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SANDRA S DYKE** |
| | List the contract number of any government contract | _____ | **26055 ELK ROAD**<br>**THAYER, KS 66776** |

Debtor 1    **PostRock Energy Services Corporation**
_____
　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)    **16-11231-SAH**
_____

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.3524.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SARA JOHNSON BERRY
497 PITCHERCANE RD
HOT SPRINGS, AR 71901**

---

2.3525.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SARAH A RUBOW
403 BUNKER AVENUE
AZTEC, NM 87410**

---

2.3526.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SCHELL FAMILY TRUST
17875 GRADY RD.
CHANUTE, KS 66720**

---

2.3527.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SCHULEIN COMPANY
1775 SHERMAN ST, STE 2950
DENVER, CO 80203**

---

2.3528.　State what the contract or lease is for and the nature of the debtor's interest    **Third Party Production Agreement**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SCHULEIN COMPANY
1775 SHERMAN ST, STE 2950
DENVER, CO 80203**

---

2.3529.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**SCHULTZ FARM, LLC
P.O. BOX 125
SOUTH COFFEYVILLE, OK 74072**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.3530.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

SCOTT & JANE A SWEZEY
2375 IRVING ROAD
GALESBURG, KS 66740

---

**2.3531.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

SCOTT L & VALERIE K GARRETT
8501 N NOB HILL DR
TUCSON, AZ 85742

---

**2.3532.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Scott Smith & Stacy Smith
633 23000 ROAD
DENNIS
KS, US 67341

---

**2.3533.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

SCOTT SMITH & STACY SMITH,
633 23000 ROAD
DENNIS, KS 67341

---

**2.3534.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

SCOTT SMITH (LIFE ESTATE)
633 23000 RD
DENNIS, KS 67341

---

**2.3535.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

SCOTT TOMLINSON, TODD
1630 200TH RD
CHANUTE, KS 66720

---

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3536. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | SCOTT VAUGHAN |
| | List the contract number of any government contract | _____ | RT 1<br>SALTROCK, WV 25559 |

| 2.3537. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | SDS ENERGY, LLC |
| | List the contract number of any government contract | _____ | 53 FOREST AVE., 1ST FLOOR<br>OLD GREENWICH, CT '06870 |

| 2.3538. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | SEE DER RIDGE, LLC |
| | List the contract number of any government contract | _____ | 24218 US 7 HWY<br>BUFFALO, KS 66717 |

| 2.3539. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | SEE DER RIDGE, LLC |
| | List the contract number of any government contract | _____ | 24218 US 7 HWY<br>BUFFALO<br>KS, US 66717 |

| 2.3540. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | SEE DER RIDGE, LLC |
| | List the contract number of any government contract | _____ | 24218 US 7 HWY<br>BUFFALO<br>KS, US 66717 |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3541. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SEE DER RIDGE, LLC**<br>**24218 US 7 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.3542. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SEE DER RIDGE, LLC**<br>**24218 US 7 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.3543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEIDL FARMS, LLC**<br>**30830 W. 90TH STREET**<br>**DESOTO, KS 66018** |
| | List the contract number of any government contract | | |

| 2.3544. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING**<br>**PO BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3545. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING**<br>**PO BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3546. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING, LLC**<br>**P.O. BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
          First Name    Middle Name    Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.3547. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 55** **BENEDICT, KS 66714** |

| 2.3548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 55** **BENEDICT, KS 66714** |

| 2.3549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SERENITY G VAUGHAN** |
| | List the contract number of any government contract | | **SALTROCK, WV 25559** |

| 2.3550. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHADY CREEK AGRICULTURAL** |
| | List the contract number of any government contract | | **10600 170TH ROAD** **CHANUTE, KS 66720** |

| 2.3551. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL** |
| | List the contract number of any government contract | | **10600 170TH ROAD** **CHANUTE** **KS, US 66720** |

| 2.3552. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **SHADY CREEK AGRICULTURAL** **10600 170TH ROAD** **CHANUTE** **KS, US 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.3553.  State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**SHADY CREEK AGRICULTURAL
10600 170TH ROAD
CHANUTE
KS, US 66720**

---

2.3554.  State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**SHADY CREEK AGRICULTURAL
10600 170TH ROAD
CHANUTE
KS, US 66720**

---

2.3555.  State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**SHADY CREEK AGRICULTURAL
10600 170TH ROAD
CHANUTE
KS, US 66720**

---

2.3556.  State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**SHADY CREEK AGRICULTURAL
10600 170TH ROAD
CHANUTE
KS, US 66720**

---

2.3557.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**SHANE M BARNHART
16435 MARSHALL RD
ERIE, KS 66733**

---

Debtor 1    **PostRock Energy Services Corporation**
      First Name      Middle Name      Last Name

Case number *(if known)*    **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3558.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**SHANE M COLLINS
2625 60TH ROAD
THAYER, KS 66776**

---

**2.3559.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**SHAREN B STOCKEBRAND
1964 110TH RD
YATES CENTER, KS 66783**

---

**2.3560.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

    State the term remaining — **Unknown**

    List the contract number of any government contract

**SHARLENE PITTMAN
RT. 1 BOX 176A
HARRISVILLE, WV 26362**

---

**2.3561.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

    State the term remaining — **UNKNOWN**

    List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND
1964 110TH ROAD
YATES CENTER
KS, US 66783**

---

**2.3562.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

    State the term remaining — **UNKNOWN**

    List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND
1964 110TH ROAD
YATES CENTER
KS, US 66783**

---

**2.3563.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

    State the term remaining — **UNKNOWN**

    List the contract number of any

**SHARON B TRICHLER STOCKEBRAND
1964 110TH ROAD
YATES CENTER
KS, US 66783**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3564. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | SHARON B TRICHLER STOCKEBRAND<br>1964 110TH ROAD<br>YATES CENTER<br>KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.3565. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | SHARON B TRICHLER STOCKEBRAND<br>1964 110TH ROAD<br>YATES CENTER<br>KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.3566. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | SHARON B TRICHLER STOCKEBRAND<br>1964 110TH ROAD<br>YATES CENTER<br>KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.3567. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | SHARON B TRICHLER STOCKEBRAND<br>1964 110TH ROAD<br>YATES CENTER<br>KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.3568. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | SHARON B TRICHLER STOCKEBRAND<br>1964 110TH ROAD<br>YATES CENTER<br>KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.3569. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | SHARON DRAKE WILLIAMS<br>7601 DELEON CT<br>TAMPA, FL 33615 |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
     First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.3570. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHARON K BEARD**<br>**2107 HWY K**<br>**SENECA, MO 64865** |
| | List the contract number of any government contract | | |

| 2.3571. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.3572. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.3573. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.3574. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3575. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.3576. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHARON K HICKS**<br>**775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.3577. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHARON L REAVES LIV TRST,**<br>**20814 1900 RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3578. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHARON L ROBERTSON**<br>**1302 S EDITH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3579. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHARON L STOVER**<br>**18548 1800TH RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.3580. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHARON LAMBKIN**<br>**104 COUNTY ROAD 2313**<br>**PITTSBURG, TX 75686** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Services Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3581. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | SHARON MCINTYRE GRIFFETH EXEC |
| | List the contract number of any government contract | | 27 SHADY BROOK DR LANGHORNE, PA 19047 |

| 2.3582. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | SHARON ROLFE |
| | List the contract number of any government contract | | RR 1, BOX 313A SALTROCK, WV 25559 |

| 2.3583. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | SHARON SUE MOORE |
| | List the contract number of any government contract | | 5214 BRISCOE RD PARKERSBURG, WV 26105 |

| 2.3584. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | SHEILA BALDWIN |
| | List the contract number of any government contract | | 201 COOK HOLLOW RD WOODHULL, NY 14898 |

| 2.3585. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | SHEILA GUY |
| | List the contract number of any government contract | | 3811 ROOT, N.E. CANTON, OH 44705 |

| 2.3586. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | SHEILA M HOENES 20 WEST MAGGIE CT WENDELL, NC 27591 |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3587. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **SHELDON GOSNEY** |
| | List the contract number of any government contract | _____ | **PO BOX 1018** **IGNACIO, CO 81137** |

| 2.3588. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **SHERRI E BRANT** |
| | List the contract number of any government contract | _____ | **4070 120TH STREET** **THAYER, KS 66776** |

| 2.3589. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **SHIRLEY A LOGAN** |
| | List the contract number of any government contract | _____ | **406 NORTH BAY COUNTY** **WICHITA, KS 67235** |

| 2.3590. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **SHIRLEY ANN PERKINS** |
| | List the contract number of any government contract | _____ | **241 HARVEY STREET** **VIENNA, WV 26104** |

| 2.3591. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **SHIRLEY BRINKMAN** |
| | List the contract number of any government contract | _____ | **RT 1 BOX 358** **S COFFEYVILLE, OK 74072** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3592. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Shirley Brinkman** |
| | List the contract number of any government contract | _____ | **RT 1 BOX 358** **S COFFEYVILLE** **OK, US 74072** |

| 2.3593. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY E BURCHARD** |
| | List the contract number of any government contract | _____ | **164 CARPENTERS RUN RD** **WAVERLY, WV 26184** |

| 2.3594. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY ELLIS** |
| | List the contract number of any government contract | _____ | **525 SHWANEE** **LENAPAH, OK 74042** |

| 2.3595. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY FINLEY LIV TR** |
| | List the contract number of any government contract | _____ | **1420 HWY 39** **CHANUTE, KS 66720** |

| 2.3596. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY FLINTOM** |
| | List the contract number of any government contract | _____ | **11885 SURFBIRD CIRCLE** **JACKSONVILLE, FL 32265** |

| 2.3597. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY J ELLIS, ADMINISTRATOR** |
| | List the contract number of any | | **525 SHAWNEE** **LENAPAH, OK 74042** |

Debtor 1    **PostRock Energy Services Corporation**                          Case number *(if known)*    **16-11231-SAH**
First Name              Middle Name              Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3598. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY J ELLIS, TTEE**<br>**525 SHAWNEE**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.3599. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY J MCDANIEL**<br>**905 W 109TH NORTH**<br>**VALLEY CENTER, KS 67147** |
| | List the contract number of any government contract | | |

| 2.3600. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY M DRISKILL**<br>**6873 SCOTT ROAD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.3601. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY MATZ**<br>**43763 STATE ROUTE 26**<br>**WOODSFIELD, OH 43793** |
| | List the contract number of any government contract | | |

| 2.3602. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY MCDANIEL ALFORD**<br>**593 8000 RD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.3603. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SHIRLEY PHILLIPS**<br>**6104 WINDSOR DRIVE**<br>**FREDRICKSBURG, VA 22407** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                     Case number *(if known)*   **16-11231-SAH**
    First Name         Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | Unknown | |
|---|---|---|
| List the contract number of any government contract | | |

---

**2.3604.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

| State the term remaining | Unknown | **SHIRLEY POWERS** |
|---|---|---|
| List the contract number of any government contract | | **5435 K-47 HWY** <br> **THAYER, KS 66776** |

---

**2.3605.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

| State the term remaining | UNKNOWN | **SHIRLEY POWERS** |
|---|---|---|
| List the contract number of any government contract | | **5435 K-47 HWY** <br> **THAYER** <br> **KS, US 66776** |

---

**2.3606.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

| State the term remaining | UNKNOWN | **SHIRLEY POWERS** |
|---|---|---|
| List the contract number of any government contract | | **5435 K-47 HWY** <br> **THAYER** <br> **KS, US 66776** |

---

**2.3607.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

| State the term remaining | Unknown | **SHYREL ANN GEORGE** |
|---|---|---|
| List the contract number of any government contract | | **206 WEST 2ND** <br> **ERIE, KS 66733** |

---

**2.3608.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

| State the term remaining | Unknown | **SIEVERLING OIL, LLC** |
|---|---|---|
| List the contract number of any government contract | | **800 WEST 47TH STREET** <br> **KANSAS CITY, MO 64112** |

---

Debtor 1   **PostRock Energy Services Corporation**                                 Case number *(if known)*   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3609.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SILTSTONE RESOURCES II, LLC**
**600 JEFFERSON STREET, STE 2000**
**HOUSTON, TX 77002**

---

**2.3610.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SINGER BROTHERS A PARTNERSHIP**
**DEPT 1063**
**TULSA, OK 74182**

---

**2.3611.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SINNI R KLINTWORTH**
**4081 BLENDON PT. DR.**
**COLUMBUS, OH 43230**

---

**2.3612.**  State what the contract or lease is for and the nature of the debtor's interest — **Office space - Sewickley, PA**

State the term remaining — **Ended**

List the contract number of any government contract

**SIPPEL ENTERPRISES, LLC**
**2591 WEXFORD BAYNE RD.**
**SUITE 100**
**SEWICKLEY, PA 15143**

---

**2.3613.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SLUSHER LIVING TRUST**
**2204 N LOCH LOMOND CT**
**WICHITA, KS 67228**

---

**2.3614.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**SLYVIA WEBER & JAN MOORMAN**
**112 WILLOWOOD CIRCLE**
**HURRICANE, WV 25526**

Debtor 1    **PostRock Energy Services Corporation**                              Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

**2.3615.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining — Unknown

List the contract number of any government contract

**SMITH & MORRIS TRST**
**PO DRAWER 99084**
**FORT WORTH, TX 76199**

---

**2.3616.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining — Unknown

List the contract number of any government contract

**SMITH REV TRST UTA DTD 6/24/02**
**PO BOX 2227**
**HOUSTON, TX 77252**

---

**2.3617.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining — Unknown

List the contract number of any government contract

**SONNY R MANLEY & DARLA S**
**13015 ELK RD**
**CHANUTE, KS 66720**

---

**2.3618.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining — Unknown

List the contract number of any government contract

**SOUTHWEST PETROLEUM COMPANY,**
**P.O. BOX 702377**
**DALLAS, TX 75370-2377**

---

**2.3619.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining — Unknown

List the contract number of any government contract

**SOUTHWIND RESOURCES, INC**
**2209 MARKWELL PLACE**
**OKLAHOMA CITY, OK 73127**

---

**2.3620.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

**SOUTHWIND RESOURCES, INC**
**2209 MARKWELL PLACE**
**OKLAHOMA CITY, OK 73127**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

|  | State the term remaining | Unknown | |
| --- | --- | --- | --- |
|  | List the contract number of any government contract | _____ | |

| 2.3621. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
|  | State the term remaining | Unknown | SOWER FAMILY PARTNERSHIP, LLLP |
|  | List the contract number of any government contract | _____ | PO BOX 91<br>BAYFIELD, CO 81122 |

| 2.3622. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
|  | State the term remaining | Unknown | SPRUCE GROVE METHODIST CHURCH |
|  | List the contract number of any government contract | _____ | 1430 COKELEY RIDGE<br>HARRISVILLE, WV 26362 |

| 2.3623. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
|  | State the term remaining | Unknown | STACEY FAGER |
|  | List the contract number of any government contract | _____ | 1004 PRYOR<br>IOLA, KS 66749 |

| 2.3624. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
|  | State the term remaining | Unknown | STACY A HAMMER |
|  | List the contract number of any government contract | _____ | 607 PAMELA ST<br>APT 6<br>TAHLEQUAH, OK 74464 |

| 2.3625. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| --- | --- | --- | --- |
|  | State the term remaining | Unknown | STAN & PAULETTE FRIEDERICH |
|  | List the contract number of any government contract | _____ | 12100 200 ROAD<br>ERIE, KS 66733 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3626. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY W & GLENDA K HAAG**<br>**575 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.3627. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY C & KATHERINE L STITT**<br>**8830 BROWN ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3628. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STANLEY O & JENNIE L UMBARGER**<br>**6725 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3629. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STANLEY O & JENNIE L UMBARGER**<br>**6725 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3630. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY O UMBARGER**<br>**6725 FORD RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3631. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY W & GLENDA K HAAG**<br>**575 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Services Corporation**                         Case number (*if known*)  **16-11231-SAH**
_____
First Name       Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.3632. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEFAN SCOTT & STACY M SMITH,** |
| | List the contract number of any government contract | | **633 23000 ROAD** **DENNIS, KS 67341** |

| 2.3633. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEFANIE A MINOR** |
| | List the contract number of any government contract | | **372 FOWLER RD** **HARRISVILLE, WV 26362** |

| 2.3634. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE HAMMER** |
| | List the contract number of any government contract | | **4800 PARK HILL RD** **TAHLEQUAH, OK 74464** |

| 2.3635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE S SMITH** |
| | List the contract number of any government contract | | **3905 GREGORY ROAD** **EL RENO, OK 73036** |

| 2.3636. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE SALAZAR** |
| | List the contract number of any government contract | | **3922 E. SKINNER** **WICHITA, KS 67218** |

| 2.3637. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **STEPHEN & LISA DUNLEAVY** **14026 KNOX** **OVERLAND PARK, KS 66221** |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.3638. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | STEPHEN & PAMELA NEWELL |
| | List the contract number of any government contract | | 1241 26000 ROAD PARSONS, KS 67357 |

| 2.3639. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | STEPHEN & SUSAN WEYHRICH |
| | List the contract number of any government contract | | 20067 LYON RD PARSONS, KS 67357 |

| 2.3640. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | STEPHEN A & ROSANNA HEISKELL, |
| | List the contract number of any government contract | | 1331 CHESS PARSONS, KS 67357 |

| 2.3641. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | STEPHEN CARNEY |
| | List the contract number of any government contract | | 212 WEST PARK STREET PITTSBURG, KS 66762 |

| 2.3642. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | STEPHEN D CAMPANELLA |
| | List the contract number of any government contract | | 910 FOX CHAPEL RD PITTSBURGH, PA 15238 |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3643.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN D JEFFREY & DONA D
12375 80TH RD
ERIE, KS 66733

---

**2.3644.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN DWIGHT COOPER &
743 - 1000 ROAD
EDNA, KS 67342

---

**2.3645.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN HOWARD CLIFFORD
1441 BLVD DR
BELPRE, OH 45714

---

**2.3646.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN J HANSEN &
19626 ANDERSON RD
CHANUTE, KS 66720

---

**2.3647.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN M BILLS, AGENT
309 RAVENSHOLLOW DRIVE
CUYAHOGA FALLS, OH 44223

---

**2.3648.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

STEPHEN O HELT & MARY ANN
934 19000 ROAD
MOUND VALLEY, KS 67354

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

**2.3649.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

STEVE &/OR SANDRA ERBE
207 WATERMELON ROAD
THAYER, KS 66776

**2.3650.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

STEVE HUSER
2084 DECATUR ROAD
FREDONIA
KS, US 66736

**2.3651.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

STEVE W BUSKE & KELLY G BUSKE,
880 22000 RD
PARSONS, KS 67357

**2.3652.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

STEVEN  E & DIANA L SPIELBUSC
4270 HIGHWAY 59
PARSONS, KS 67357

**2.3653.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

STEVEN & EDITH ELLIOT
841 BIG SPRINGS RD
SMITHVILLE, WV 26178

**2.3654.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

STEVEN ALLEN REGER
2103 MAXWELL AVE
PARKERSBURG, WV 26101

Debtor 1   **PostRock Energy Services Corporation**
          First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract | _____ |  |

| 2.3655. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.**<br>**THAYER, KS 66776-8169** |

| 2.3656. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.**<br>**THAYER**<br>**KS, US 66776-8169** |

| 2.3657. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.**<br>**THAYER**<br>**KS, US 66776-8169** |

| 2.3658. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.**<br>**THAYER**<br>**KS, US 66776-8169** |

| 2.3659. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.**<br>**THAYER**<br>**KS, US 66776-8169** |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3660.** State what the contract or lease is for and the nature of the debtor's interest

      **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

    **STEVEN E & DIANA L SPIELBUSCH**
    **4270 HIGHWAY 59**
    **PARSONS, KS 67357**

---

**2.3661.** State what the contract or lease is for and the nature of the debtor's interest

      **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

    **STEVEN E & DIANA L SPIELBUSCH**
    **4270 U.S. HWY 59**
    **PARSONS**
    **KS, US 67357**

---

**2.3662.** State what the contract or lease is for and the nature of the debtor's interest

      **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

    **STEVEN E & DIANA L SPIELBUSCH**
    **4270 U.S. HWY 59**
    **PARSONS**
    **KS, US 67357**

---

**2.3663.** State what the contract or lease is for and the nature of the debtor's interest

      **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

    **STEVEN E & JEANETTE MILLER**
    **14498 1700 RD**
    **BENEDICT, KS 66714**

---

**2.3664.** State what the contract or lease is for and the nature of the debtor's interest

      **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

    **STEVEN E & JEANETTE MILLER**
    **14498 1700 ROAD**
    **BENEDICT, KS 66714**

---

**2.3665.** State what the contract or lease is for and the nature of the debtor's interest

      **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

    **STEVEN E & PATTIE L POWERS**
    **4315 130TH RD**
    **CHANUTE, KS 66720**

Debtor 1    **PostRock Energy Services Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3666. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STEVEN E & PATTIE L POWERS**<br>**4315 130TH RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3667. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STEVEN E & PATTIE L POWERS**<br>**4315 130TH RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3668. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E POWERS**<br>**4315 130TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3669. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E SOMMARS & ARLENE**<br>**1014 E. LIBERTY DRIVE**<br>**WHEATON, IL 60187** |
| | List the contract number of any government contract | | |

| 2.3670. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN GLEN ROBINSON**<br>**4110 WILLOW SPRINGS DRIVE**<br>**ARLINGTON, TX 76001** |
| | List the contract number of any government contract | | |

| 2.3671. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **STEVEN K O'HERN**<br>**5306 W 139TH STREET**<br>**OVERLAND PARK, KS 66224** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3672. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L ODELL**<br>**1105 MADISON**<br>**FREDONIA, KS 66736-1626** |
| | List the contract number of any government contract | _____ | |

| 2.3673. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L ODELL**<br>**1105 MADISON**<br>**FREDONIA, KS 66736-1626** |
| | List the contract number of any government contract | _____ | |

| 2.3674. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L THOMPSON & PATRICIA R**<br>**113 SOUTH 170TH STREET**<br>**GIRARD, KS 66743-2171** |
| | List the contract number of any government contract | _____ | |

| 2.3675. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN MERLE GENTLE**<br>**7630 US 59 HIGHWAY**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | _____ | |

| 2.3676. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN TURNER**<br>**PO BOX 294**<br>**PARK HILL, OK 74451** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3677.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STEVEN W BUSKE**
**1626 PARTRIDGE**
**PARSONS, KS 67357**

---

**2.3678.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STINE, LLC**
**P.O. BOX 307**
**EDNA, KS 67342**

---

**2.3679.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STL OIL & GAS, LLC**
**P.O. BOX 528**
**SKIATOOK, OK 74070**

---

**2.3680.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STONE FAMILY RESOURCES, LLC**
**2030 NEBRASKA RD**
**IOLA, KS 66749**

---

**2.3681.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STORMI R ALLDREDGE**
**PO BOX 400**
**GLEN ROSE, TX 76043**

---

**2.3682.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**STOWERS ENERGY LLC**
**140 ISLAND WAY #293**
**CLEARWATER BEACH, FL 33767**

| Debtor 1 | **PostRock Energy Services Corporation** | | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | | |
|---|---|---|---|

| **2.3683.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STRANGE TRACTOR & IMPLEMENT CO** |
| | List the contract number of any government contract | | **59 VIA VERDE STREET**<br>**WICHITA, KS 67230** |

| **2.3684.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUE ELLIOTT NORRIS** |
| | List the contract number of any government contract | | **205 HEDGE ST.**<br>**CLARKSBURG, WV 26301** |

| **2.3685.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUPERIOR INVESTMENT COMPANY,** |
| | List the contract number of any government contract | | **2020 N. 21ST STREET**<br>**PARSONS, KS 67357** |

| **2.3686.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SUPERIOR INVESTMENT COMPANY,** |
| | List the contract number of any government contract | | **2020 N. 21ST STREET**<br>**PARSONS**<br>**KS, US 67357** |

| **2.3687.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN D BILLER RICKMEYER** |
| | List the contract number of any government contract | | **2535 BURLY AVENUE**<br>**ORANGE, CA 92869** |

| **2.3688.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SUSAN ELIZABETH MANSUR**<br>**P.O. BOX 34481**<br>**RENO, NV 89533-3682** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

Debtor 1   **PostRock Energy Services Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

---

| 2.3689. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

**SUSAN F BROWNE
13390 QUINTER RD
ALTOONA, KS 66710**

---

| 2.3690. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

**SUSAN I ATKINSON
286 BIG COVE RD
TROY, WV 26443**

---

| 2.3691. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

**SUSAN L. TAYLOR
4305 N. 141ST COURT
BASEHOR, KS 66007**

---

| 2.3692. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

**SUSAN LEE HEWITT
50 LAMSDEN LANE
ATLANTA, GA 30327**

---

| 2.3693. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

**SUSAN THOMAS UNDERWOOD
RT 1 BOX 188A
DELAWARE, OK 74027**

---

Debtor 1   **PostRock Energy Services Corporation**                    Case number (*if known*)   **16-11231-SAH**
  First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3694. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SUSAN THOMAS UNDERWOOD** |
| | | | **RT 1 BOX 188A** |
| | List the contract number of any government contract | | **DELAWARE** |
| | | | **OK, US 74027** |

| 2.3695. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **SUSAUN MAXSON** |
| | List the contract number of any government contract | | **1311 W 10TH ST** |
| | | | **COFFEYVILLE, KS 67337** |

| 2.3696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **SUZAN M KIRKPATRICK REV TRST** |
| | List the contract number of any government contract | | **1508 EAST 31ST STREET** |
| | | | **TULSA, OK 74105** |

| 2.3697. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **SWILER FARMS, LLC** |
| | List the contract number of any government contract | | **4212 NORTH MINNESOTA STREET** |
| | | | **HARLINGEN, TX 78550** |

| 2.3698. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **TAMI C HOOVER** |
| | List the contract number of any government contract | | **3889 CROW CANYON ROAD** |
| | | | **SAN RAMON, CA 94583** |

| 2.3699. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **TAMMI SIDEBOTTOM** |
| | List the contract number of any | | **1218 US HWY 50** |
| | | | **KINSLEY, KS 67547** |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| 2.3700. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**TAMMY & KENNETH ALLEN**
**3725 60TH RD**
**THAYER, KS 66776**

| 2.3701. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**TAMMY M ADKINS**
**2403 STEVENS**
**PARSONS, KS 67357**

| 2.3702. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**TAMMY MILLER**
**6520 IRVING ROAD**
**GALESBURG, KS 66740**

| 2.3703. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**TAMMY MORRIS BELL**
**527 CRAB RUN ROAD**
**SMITHVILLE, WV 26178**

| 2.3704. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**TANDY ROSS**
**6517 W 79TH ST**
**OVERLAND PARK**
**KS, US 66204**

| 2.3705. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|

**TAWANA HAGER**
**RT 1 BOX 312**
**SALTROCK, WV 25559**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining — Unknown

List the contract number of any government contract — _____

---

**2.3706.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — Unknown

List the contract number of any government contract — _____

TED L &/OR DONNA WOLF
11430 OTTAWA RD
FREDONIA, KS 66736

---

**2.3707.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — Unknown

List the contract number of any government contract — _____

TED L WOLF & DONNA R WOLF
11430 OTTAWA RD
FREDONIA, KS 66736

---

**2.3708.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — Unknown

List the contract number of any government contract — _____

TED LEON KING
HC 61 BOX 161
LENAPAH, OK 74042

---

**2.3709.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — Unknown

List the contract number of any government contract — _____

TEDDIE L BLEVINS, ET UX
6002 GRAY ROAD
EDNA, KS 67342

---

**2.3710.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — Unknown

List the contract number of any government contract — _____

TELE-CONNECT, INC
PO BOX 887
CHANUTE, KS 66720

---

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
            First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3711. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERESA D BOGNER REV TRST,**<br>**7800 20TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.3712. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERESA E TRUE**<br>**924 JASMIN RUN**<br>**LITTLE RIVER, SC 29566-7347** |
| | List the contract number of any government contract | | |

| 2.3713. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRI K DALE**<br>**402 S WESTVIEW**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3714. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRY F TAYLOR & TAMARA J**<br>**17800 GRAY RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3715. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRY J & JANET K TOPHAM**<br>**12028 1500 ROAD**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.3716. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRY J & JANET K TOPHAM**<br>**15181 EBSON ROAD**<br>**FULTON, IL 61252** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| 2.3717. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **TERRY L & BARBARA A SHOUSE** |
| List the contract number of any government contract | | **26055 SCOTT ROAD** **PARSONS, KS 67357** |
| 2.3718. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **TERRY L & CONNIE D LAYTON** |
| List the contract number of any government contract | | **430030 E 40 ROAD** **WELCH, OK 74369** |
| 2.3719. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **TERRY L JR & MARY WATKINS REV** |
| List the contract number of any government contract | | **HC 61 BOX 83** **LENAPAH, OK 74042-9708** |
| 2.3720. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **TERRY L SNIDER** |
| List the contract number of any government contract | | **P. O. BOX 545** **PENNSBORO, WV 26415** |
| 2.3721. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **TERRY R & PEGGY D WEIDERT** |
| List the contract number of any government contract | | **967 26000 RD.** **PARSONS, KS 67357** |
| 2.3722. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **TERRY R & PEGGY D WEIDERT LV TRST** **967 26000 RD.** **PARSONS** **KS, US 67357** |

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
          First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.3723. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **TERRY R & PEGGY D WEIDERT LV TRST**<br>**967 26000 RD.**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

| 2.3724. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRY STONESTREET**<br>**412 E. SOUTH STREET**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | _____ | |

| 2.3725. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TEXAS NORTHSTAR 1 LLC**<br>**900 LEE STREET, E**<br>**CHARLESTON, WV 25301** |
| | List the contract number of any government contract | _____ | |

| 2.3726. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE ALFRED E ERBE TRST**<br>**19106 800 RD**<br>**ALTOONA, KS 66710-8618** |
| | List the contract number of any government contract | _____ | |

| 2.3727. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE ALFRED E ERBE TRST DTD 09/15/86**<br>**19106 800 RD**<br>**ALTOONA**<br>**KS, US 66710-8618** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Services Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3728.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE CARMEN A BLEVINS**
**12400 SOUTH 4050 ROAD**
**OOLOGAH, OK 74053**

**2.3729.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE DONALD E & VIOLA M WALDRON**
**661 24500 RD**
**DENNIS, KS 67341**

**2.3730.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**THE EST OF CLARENCE GRAYBILL**
**1033 8000 ROAD**
**ALTAMONT**
**KS, US 67330**

**2.3731.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE EST OF JOHNEY RAY WILLIS**
**1708 MCKINLEY ROAD**
**BARTLESVILLE, OK 74006**

**2.3732.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE ESTATE OF BETTY JANE**
**% VINCENT MESIS JR., PC**
**P.O. BOX 416**
**HENNESSEY, OK 73742**

**2.3733.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**THE ESTATE OF CHARLES DEWEESE**
**624 S. SYCAMORE**
**IOLA, KS 66749**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name     Middle Name     Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE ESTATE OF DONALD E DUFF**<br>**6662 100TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE ESTATE OF HEARTSILL LANIER**<br>**615 ROSEMONT PLACE II**<br>**TYLER, TX 75701** |
| | List the contract number of any government contract | | |

| 2.3736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE JAMES & JUANITA MCCLANAHAN**<br>**8434 S. PHOENIX PL.**<br>**TULSA, OK 74132** |
| | List the contract number of any government contract | | |

| 2.3737. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **THE JAMES & JUANITA MCCLANAHAN REV TRST**<br>**8434 S. PHOENIX PL.**<br>**TULSA**<br>**OK, US 74132** |
| | List the contract number of any government contract | | |

| 2.3738. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE KENNETH E RICHARDS**<br>**901 LINCOLN STREET**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.3739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **THE LANG FAMILY TRST AGREEMENT**<br>**P.O. BOX 850**<br>**PARKER, CO 80138** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.3740. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | THE LEE DIEDIKER LIV TR |
| | List the contract number of any government contract | _____ | 12650 20TH RD<br>PARSONS, KS 67357 |

| 2.3741. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | THE MALLARD CLUB LLC |
| | List the contract number of any government contract | _____ | P.O. BOX 219<br>COFFEYVILLE, KS 67337 |

| 2.3742. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | THE MARY C CRANDELL LIV TRST |
| | List the contract number of any government contract | _____ | 416 CRYSTAL STREET<br>AKRON, OH 44305 |

| 2.3743. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | THE MCGUIRE FAMILY FARM, LLC |
| | List the contract number of any government contract | _____ | 5611 NW 36TH STREET<br>WARR ACRES, OK 73122 |

| 2.3744. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | THE NANCY TIMMONS LIV TRST |
| | List the contract number of any government contract | _____ | 12797 KINGMAN RD<br>FREDONIA<br>KS, US 66736 |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3745. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE NANCY TIMMONS LIV TRST,** |
| | List the contract number of any government contract | | **12797 KINGMAN RD**<br>**FREDONIA, KS 66736** |

| 2.3746. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE NANCY TIMMONS LIV TRST,** |
| | List the contract number of any government contract | | **12797 KINGMAN RD**<br>**FREDONIA**<br>**KS, US 66736** |

| 2.3747. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE PROSPECT COMPANY** |
| | List the contract number of any government contract | | **PO BOX 1100**<br>**EDMOND, OK 73083-1100** |

| 2.3748. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE RITA ANNE KUKURA TRST DTD** |
| | List the contract number of any government contract | | **34688 WEST MCCRACKIN RD**<br>**MANNFORD, OK 74044-3491** |

| 2.3749. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE SLAUGHTER FAMILY REVOCABLE** |
| | List the contract number of any government contract | | **12726 N NEW REFLECTION DR**<br>**MARANA, AZ 85658** |

| 2.3750. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE STANLEY R FRIEDERICH &** |
| | List the contract number of any | | **FRIEDERICH, TTEES**<br>**12100 200 RD**<br>**ERIE, KS 66733** |

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.3751.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THE STICH LIV TRST
1070 HWY 47
THAYER, KS 66776

**2.3752.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THE STICH LIV TRST, BETTY L &
PO BOX 937
PARSONS, KS 67357-0937

**2.3753.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THE STICH LIVING TRUST
PO BOX 628
CHANUTE, KS 66720

**2.3754.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720

**2.3755.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720

**2.3756.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720

Debtor 1  **PostRock Energy Services Corporation**
<u>First Name          Middle Name          Last Name</u>

Case number *(if known)*  <u>**16-11231-SAH**</u>



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

---

2.3757. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

**THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720**

---

2.3758. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

**THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720**

---

2.3759. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

**THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720**

---

2.3760. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

**THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720**

---

2.3761. State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract  <u> </u>

**THE STICH LIVING TRUST BETTY L & JOHN R
PO BOX 628
CHANUTE
KS, US 66720**

---

Debtor 1  **PostRock Energy Services Corporation**

<span style="font-size:small">First Name          Middle Name          Last Name</span>

Case number (*if known*)  **16-11231-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3762. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3763. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3764. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3765. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3766. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3767. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3768. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R** |
| | List the contract number of any government contract | | **PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3769. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R** |
| | List the contract number of any government contract | | **PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3770. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R** |
| | List the contract number of any government contract | | **PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3771. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R** |
| | List the contract number of any government contract | | **PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3772. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE VIRGIL J & ANN N BOWERS** |
| | List the contract number of any government contract | | **HC 61, BOX 102**<br>**LENAPAH, OK 74042** |

| 2.3773. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **THE WAYNE TAYLOR ESTATE**<br>**6845 160TH RD**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **UNKNOWN**

List the contract number of any government contract

---

**2.3774.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

THE WRIGHT WAY OIL & LAND
3463 STATE STREET #513
SANTA BARBARA, CA 93105

---

**2.3775.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

THE YIELD MASTER FUND II, L.P.
C/O 1000 BALLPARK WAY, STE 216
ARLINGTON, TX 76011

---

**2.3776.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

THELMA F CLEMENS
26044 KIOWA RD
PARSONS, KS 67357

---

**2.3777.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

THELMA MAXINE OSBORNE
2553 COLLIS AVE
HUNTINGTON, WV 25703-1636

---

**2.3778.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

THELMA OFFENBACKER REV TR % BANK OF COMM
101 W MAIN
PO BOX 538
CHANUTE
KS, US 66720

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3779. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THEODORE & RUTHANN BOATWRIGHT** |
| | List the contract number of any government contract | | **209 S. HIGHLAND** |
| | | | **CHANUTE, KS 66720** |

| 2.3780. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THEODORE R HOUSEL, JR & SONJA** |
| | List the contract number of any government contract | | **345 E. 4800 STREET** |
| | | | **CHERRYVALE, KS 67335** |

| 2.3781. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THEORA E BICKEL TRST** |
| | List the contract number of any government contract | | **514 MARKET STREET** |
| | | | **PARKERSBURG, WV 26101** |

| 2.3782. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THERMAL LEE BARNHART** |
| | List the contract number of any government contract | | **113 CUMBERLAND ST, APT 3** |
| | | | **CALDWELL, OH 43724** |

| 2.3783. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THOMAS C & FAYE J TIMMONS, H/W** |
| | List the contract number of any government contract | | **13518 JADE ROAD** |
| | | | **FREDONIA, KS 66736** |

| 2.3784. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THOMAS C DUERR** |
| | List the contract number of any | | **6380 FIRESIDE HAVEN DRIVE** |
| | | | **SYKESVILLE, MD 21784** |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3785. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | THOMAS C WITTEN & CONNIE S<br>17490 DOUGLAS RD<br>CHANUTE, KS 66720 |

| 2.3786. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | THOMAS E & TERRI L BARTHOLOMEW<br>14280 150TH RD<br>ERIE, KS 66733 |

| 2.3787. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | THOMAS E GIEFER<br>4705 QUEEN ROAD<br>PARSONS, KS 67357 |

| 2.3788. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | THOMAS G & CONNIE L LAGALY<br>1400 C STREET<br>SNYDER, OK 73566 |

| 2.3789. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | THOMAS G LAGALY<br>BOX 371<br>SNYDER, OK 73566 |

| 2.3790. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | THOMAS HATFIELD<br>4362 LOVERS LANE<br>RAVENNA, OH 44266-9209 |
|---|---|---|---|

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3791. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **THOMAS IVAN JACKSON** |
| | List the contract number of any government contract | _____ | **1785 JACKSON ROAD** **PARSONS, KS 67357** |

| 2.3792. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **THOMAS IVAN JACKSON & MARGARET** |
| | List the contract number of any government contract | _____ | **1785 JACKSON ROAD** **PARSONS, KS 67357** |

| 2.3793. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **THOMAS J BLANCETT III** |
| | List the contract number of any government contract | _____ | **810 HEDGEROW COURT** **CHESAPEAKE, VA 23322** |

| 2.3794. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **THOMAS J O'CONNOR, JR TRST** |
| | List the contract number of any government contract | _____ | **1027 26000 ROAD** **PARSONS, KS 67357** |

| 2.3795. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **THOMAS J SCHOENECKER** |
| | List the contract number of any government contract | _____ | **13627 2000 RD** **BENEDICT, KS 66714** |

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**
_____
First Name         Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3796.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**THOMAS J SCHOENECKER & BRENDA
13627 2000 RD
BENEDICT, KS 66714**

---

**2.3797.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**THOMAS KNISLEY & SANDRA K
ROUTE 1 BOX 172
S. COFFEYVILLE, OK 74072**

---

**2.3798.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**THOMAS L & ANITA L EHMKE,
19370 FORD ROAD
CHANUTE, KS 66720**

---

**2.3799.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**THOMAS L LEWIS
2354 BENTON ROAD
LONGS, SC 29568**

---

**2.3800.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**THOMAS R ERBE
21184 800 ROAD
ALTOONA, KS 66710**

---

**2.3801.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**THOMAS R ERBE &
21184 800 ROAD
ALTOONA, KS 66710**

Debtor 1  **PostRock Energy Services Corporation**                    Case number (*if known*)  **16-11231-SAH**

First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.3802.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS R WILSON & DEBRA G**
**415 3000 ROAD**
**COFFEYVILLE, KS 67337**

**2.3803.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS SPRINGER**
**30 LOMA DEL. ESCOLAR**
**LOS ALAMOS, NM 87544**

**2.3804.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS UNDERWOOD**
**HC 61 BOX 162**
**LENAPAH, OK 74042**

**2.3805.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS VIRGIL DILWORTH**
**16505 VIRGINIA AVENUE**
**UNIT B-218**
**WILLIAMSPORT, MD 21740**

**2.3806.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS W ANDERSON**
**RT 1 BOX 94-1**
**WANN, OK 74083**

**2.3807.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**THORN C ROBERTS**
**P.O. BOX 92**
**ELIZABETH, WV 26143**

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining                **Unknown**

List the contract number of any
    government contract      _____

---

2.3808.  State what the contract or      **Royalty Payments**
         lease is for and the nature of
         the debtor's interest

         State the term remaining        **Unknown**

         List the contract number of any                              **THORNTON FAMILY TRST DTD**
             government contract      _____            **7450 BETHANY RD**
                                                                      **THAYER, KS 66776**

---

2.3809.  State what the contract or      **Houston office space**
         lease is for and the nature of
         the debtor's interest

         State the term remaining        **Ended**

         List the contract number of any                              **THREE ALLEN CENTER CO, LLC**
             government contract      _____            **200 VESEY ST**
                                                                      **NEW YORK, NY 10281-1021**

---

2.3810.  State what the contract or      **Royalty Payments**
         lease is for and the nature of
         the debtor's interest

         State the term remaining        **Unknown**

         List the contract number of any                              **THREE QUOGUE LLC**
             government contract      _____            **14 HARWOOD COURT**
                                                                      **SUITE 225**
                                                                      **SCARSDALE, NY 10583**

---

2.3811.  State what the contract or      **Data Center Services**
         lease is for and the nature of
         the debtor's interest                                        **TIERPOINT OKLAHOMA, LLC**
                                                                      **CEQUEL DATA CENTERS**
         State the term remaining        **2  months**               **520 MARYVILLE CENTRE DRIVE**
                                                                      **SUITE 300**
         List the contract number of any                             **ST. LOUIS, MO 63141**
             government contract      _____

---

2.3812.  State what the contract or      **LAND USE**
         lease is for and the nature of  **AGREEMENT**
         the debtor's interest                                        **TIM & JANET COOKE**
                                                                      **ROUTE 3**
         State the term remaining        **UNKNOWN**                 **5147 COUNTY ROAD 2200**
                                                                      **COFFEYVILLE**
         List the contract number of any                             **KS, US 67337**
             government contract      _____

---

Debtor 1    **PostRock Energy Services Corporation**                           Case number *(if known)*    **16-11231-SAH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3813.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract          **TIM & MARY H KILPATRICK**
**HC 61, BOX 135**
**LENAPAH, OK 74042-9712**

---

**2.3814.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract          **TIMMY TYSON MAXSON**
**724 3000 ROAD**
**EDNA, KS 67342**

---

**2.3815.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract          **TIMOTHY & MARY WEILERT HW &**
**6180 183RD RD**
**CHANUTE, KS 66720**

---

**2.3816.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract          **TIMOTHY A BROOKS**
**303 N. CLARK**
**UDALL, KS 67146**

---

**2.3817.** State what the contract or lease is for and the nature of the debtor's interest          **LAND USE AGREEMENT**

State the term remaining          **UNKNOWN**

List the contract number of any government contract          **TIMOTHY A BROOKS**
**303 N. CLARK**
**UDALL**
**KS, US 67146**

---

**2.3818.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any          **TIMOTHY A GERICKE &**
**81 1300TH STREET**
**CHANUTE, KS 66720**

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.3819. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**TIMOTHY B BUTCHER**
**P O BOX 425**
**GLENVILLE, WV 26351**

---

2.3820. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**TIMOTHY D MCDANIEL & DEA J**
**14305 20TH ROAD**
**PARSONS, KS 67357-7412**

---

2.3821. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**TIMOTHY G & CAROLYN MARIE**
**304 2000TH ROAD**
**COFFEYVILLE, KS 67337**

---

2.3822. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**TIMOTHY R HATFIELD**
**110 WHALEY ROAD**
**PENINSULA, OH 44264**

---

2.3823. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**TIMOTHY TURNER**
**405 E THOMPSON STREET**
**SALINA, OK 74365**

---

2.3824. State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

**TODD &/OR DARLA MARPLE LIV TR**
**18946 QUEEN ROAD**
**ALTOONA, KS 66710**

---

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
     First Name       Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract |  |  |

| 2.3825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TODD J MARPLE & DARLA MARPLE,** |
|  | List the contract number of any government contract |  | **18946 QUEEN RD**<br>**ALTOONA, KS 66710** |

| 2.3826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TODD RHODES** |
|  | List the contract number of any government contract |  | **247 EAST GRAND**<br>**HAYSVILLE, KS 67060-1317** |

| 2.3827. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TOM A WALTERS REV TRST** |
|  | List the contract number of any government contract |  | **1630 CRAWFORD**<br>**PARSONS, KS 67357** |

| 2.3828. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **TOM A WALTERS REV TRST, TOM A WALTERS, T** |
|  | List the contract number of any government contract |  | **1630 CRAWFORD**<br>**PARSONS**<br>**KS, US 67357** |

| 2.3829. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TOM HIZEY** |
|  | List the contract number of any government contract |  | **6855 LYON ROAD**<br>**GALESBURG, KS 66740** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3830.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOM L GROSS**
**27201 S HWY 125**
**MONKEY ISLAND, OK 74331**

**2.3831.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOMMY & HELEN BURNS, TTEES**
**2220 ASPEN DRIVE**
**PAMPA, TX 79065**

**2.3832.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOMMY R & SHIRLEY J HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

**2.3833.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TONI A BILLUPS**
**401 7TH ST.**
**WAMEGO, KS 66547**

**2.3834.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TONY L. HARRIS**
**14955 115TH RD**
**ERIE, KS 66733**

**2.3835.** State what the contract or lease is for and the nature of the debtor's interest — **Communication Site Lease (QER/PEP Tower)**

State the term remaining — **14 months**

List the contract number of any

**TOP DRILLING CORPORATION**
**107 LANCASTER STREET**
**STE. 301**
**MARIETTA, OH 45750**

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.3836.** State what the contract or lease is for and the nature of the debtor's interest: **Office Rent - WV ($9,600/year)**

State the term remaining: **6 months**

List the contract number of any government contract:

**TORBECK PROPERTIES LLC**
**RT. 2 BOX 65-G1**
**HARRISVILLE, WV 26362**

---

**2.3837.** State what the contract or lease is for and the nature of the debtor's interest: **Royalty Payments**

State the term remaining: **Unknown**

List the contract number of any government contract:

**TRACI NELSON**
**3920 TARRYTOWN LANE**
**AGOURA HILLS, CA 91301**

---

**2.3838.** State what the contract or lease is for and the nature of the debtor's interest: **Natural Gas Treating Equipment Lease BOLO# 66916000**

State the term remaining: **21 months**

List the contract number of any government contract:

**TRANSTEX HUNTER LLC**
**909 LAKE CAROLYN PARKWAY**
**SUITE 600**
**IRVING, TX 75039**

---

**2.3839.** State what the contract or lease is for and the nature of the debtor's interest: **E-Invoicing**

State the term remaining: **5 months**

List the contract number of any government contract:

**TRANSZAP, INC**
**DEPT 3597**
**PO BOX 123597**
**DENVER, CO 75312-3597**

---

**2.3840.** State what the contract or lease is for and the nature of the debtor's interest: **JIB and Royalty Owner E-Statements**

State the term remaining: **9 months**

List the contract number of any government contract:

**TRANSZAP, INC**
**DEPT 3597**
**PO BOX 123597**
**DENVER, CO 75312-3597**

---

**2.3841.** State what the contract or lease is for and the nature of the debtor's interest: **Royalty Payments**

**TRAVIS & ROBYN MILLER, H/W**
**20137 OTTAWA RD.**
**BENEDICT, KS 66714**

---

Debtor 1    **PostRock Energy Services Corporation**

First Name                Middle Name            Last Name

Case number *(if known)*    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.3842. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TRAVIS & TAMMY KIMREY** |
| | List the contract number of any government contract | | **PO BOX 335**<br>**EDNA, KS 67342** |

| 2.3843. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TREVOR AND TIFFINY BOND** |
| | List the contract number of any government contract | | **19072 GRAY ROAD**<br>**MOUND VALLEY, KS 67354** |

| 2.3844. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TRINITY JOE TROLLOPE** |
| | List the contract number of any government contract | | **16555 KIOWA**<br>**PARSONS, KS 67357** |

| 2.3845. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TRIPLE C, INC** |
| | List the contract number of any government contract | | **8655 170TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.3846. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TROY & CHANNION MACKIE** |
| | List the contract number of any government contract | | **132 1000 ROAD**<br>**COFFEYVILLE, KS 67337** |

Debtor 1   **PostRock Energy Services Corporation**                                    Case number *(if known)*   **16-11231-SAH**
     First Name         Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.3847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TROY G & LEANNA M SETZKORN** |
| | List the contract number of any government contract | | **15540 FORD ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.3848. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **TROY RUSSELL** |
| | List the contract number of any government contract | | **616 N. WOOD ST.** |
| | | | **ERIE** |
| | | | **KS, US 66733** |

| 2.3849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TROY W HATFIELD** |
| | List the contract number of any government contract | | **629 SARDIS LAKE DRIVE.** |
| | | | **BATESVILLE, MS 38606** |

| 2.3850. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TUSKER LLC** |
| | List the contract number of any government contract | | **401 S. BOSTON AVE.** |
| | | | **STE. 2100** |
| | | | **TULSA, OK 74103** |

| 2.3851. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TWILA N SOMMARS** |
| | List the contract number of any government contract | | **3635 170TH ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.3852. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **TWILA N SOMMARS** |
| | List the contract number of any | | **3635 170TH ROAD** |
| | | | **CHANUTE** |
| | | | **KS, US 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**                    Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3853. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **TWILA N SOMMARS** |
| | List the contract number of any government contract | | **3635 170TH ROAD CHANUTE KS, US 66720** |

| 2.3854. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **UNION CENTRAL LIFE INS CO** |
| | List the contract number of any government contract | | **PO BOX 40888 CINCINNATI, OH 45240** |

| 2.3855. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **UNITED STATE TREASURY** |
| | List the contract number of any government contract | | **33 E TWOHIG RM 101 SAN ANGELO, TX 79603** |

| 2.3856. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **UNKWN A HATFIELD 203** |

| 2.3857. | State what the contract or lease is for and the nature of the debtor's interest | **GPS Monitoring Services** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **US FLEET TRACKING** |
| | List the contract number of any government contract | | **2912 NW 156TH STREET EDMOND, OK 73013** |

| 2.3858. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **VELLNALEE GUMM 3503 EMERSON COURT PARKERSBURG, WV 26104** |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                          Case number *(if known)*   **16-11231-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.3859. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VELMA L HARRIS**<br>**8701 NS 3500 ROAD**<br>**PRAGUE, OK 74864** |
| | List the contract number of any government contract | | |

| 2.3860. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VENTURE PLANNING, INC**<br>**200 BELMONTE RD.**<br>**WEST PALM BEACH, FL 33405** |
| | List the contract number of any government contract | | |

| 2.3861. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERA CRAMER**<br>**15062 IRVING ROAD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.3862. | State what the contract or lease is for and the nature of the debtor's interest | **40 Verizon Phone Cards @ about $50 per month per card** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **VERIZON WIRELESS**<br>**P.O. BOX 660108**<br>**DALLAS, TX 75266-0108** |
| | List the contract number of any government contract | | |

| 2.3863. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERL E SHUFELT & ANITA THRESSE**<br>**1143 6000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**                           Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3864. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **VERLE W TASCHE & NAOMI P**<br>**906 S. TENNESSEE**<br>**CHANTUE, KS 66720** |

| 2.3865. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **VERLENE F TRIM**<br>**P.O. BOX 222**<br>**THAYER, KS 66776** |

| 2.3866. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Vern & Teresa Crawshaw**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.3867. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Vern & Teresa Crawshaw**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.3868. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **VERN HEILMAN FAMILY TRST -**<br>**P.O. BOX 7751**<br>**OVERLAND PARK, KS 66207** |

| 2.3869. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.3870. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.3871. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.3872. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.3873. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.3874. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.3875. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **VERN L & TERESA D CRAWSHAW**<br>**8649 VIOLA ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

Debtor 1   **PostRock Energy Services Corporation**                      Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3876. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | VERN L & TERESA D CRAWSHAW<br>8649 VIOLA ROAD<br>ALTOONA<br>KS, US 66710 |
| | List the contract number of any government contract | _____ | |

| 2.3877. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | VERN L & TERESA D CRAWSHAW<br>8649 VIOLA ROAD<br>ALTOONA<br>KS, US 66710 |
| | List the contract number of any government contract | _____ | |

| 2.3878. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | VERN L & TERESA D CRAWSHAW<br>8649 VIOLA ROAD<br>ALTOONA<br>KS, US 66710 |
| | List the contract number of any government contract | _____ | |

| 2.3879. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | VERN L & TERESA D CRAWSHAW<br>8649 VIOLA ROAD<br>ALTOONA<br>KS, US 66710 |
| | List the contract number of any government contract | _____ | |

| 2.3880. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | VERN L & TERESA D CRAWSHAW<br>8649 VIOLA ROAD<br>ALTOONA<br>KS, US 66710 |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Services Corporation**                        Case number *(if known)*    **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3881.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW H/W**
**8649 VIOLA RD**
**ALTOONA, KS 66710**

---

**2.3882.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3883.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3884.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3885.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3886.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**VERN L HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11231-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract
_____    _____

---

2.3887.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract
_____

**VERN L HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

2.3888.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract
_____

**VERN L HEILMAN & BARBARA J HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

2.3889.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract
_____

**VERN L HEILMAN & BARBARA J HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

2.3890.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract
_____

**VERN L HEILMAN & BARBARA J HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

2.3891.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract
_____

**VERN L HEILMAN & BARBARA J HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

2.3892.   State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**VERN L HEILMAN & BARBARA J HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

Debtor 1  **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.3893. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3894. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3895. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3896. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3897. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3898.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

**2.3899.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

**2.3900.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

**2.3901.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

**2.3902.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

**2.3903.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

Debtor 1    **PostRock Energy Services Corporation**                                   Case number *(if known)*    **16-11231-SAH**
_____
First Name         Middle Name         Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3904. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|  | List the contract number of any government contract |  |  |

| 2.3905. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|  | List the contract number of any government contract |  |  |

| 2.3906. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|  | List the contract number of any government contract |  |  |

| 2.3907. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|  | List the contract number of any government contract |  |  |

| 2.3908. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|  | List the contract number of any government contract |  |  |

| 2.3909. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **VERN L HEILMAN FARM TRST** 10125 130TH ROAD GALESBURG KS, US 66740 |
|---|---|---|---|

Debtor 1   **PostRock Energy Services Corporation**                          Case number (*if known*)   **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.3910. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3911. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Vern L Heilman Farm Trust**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3912. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Vern L Heilman Farm Trust**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3913. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **VERNA J CONROY REV TRST**<br>**308 LEXINGTON**<br>**ANDOVER, KS 67002** |
| | List the contract number of any government contract | | |

| 2.3914. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **VERNADEAN L BUCHAN**<br>**11512 MULBERRY CT**<br>**JENKS, OK 74037** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3915. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNIE S UMBARGER REV TRST**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3916. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNIE S UMBARGER REV TRST**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3917. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNIE S UMBARGER REV TRST M KEITH UMBAR**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3918. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNIE S UMBARGER REV TRST M KEITH UMBAR**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3919. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNIER FUNDING LLC**<br>**4825 BRYCE AVE**<br>**FT WORTH, TX 76107** |
| | List the contract number of any government contract | | |

| 2.3920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON & ELVA OESTMANN FAMILY**<br>**RT 1, BOX 304**<br>**SO. COFFEYVILLE, OK 74072** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON & GLORIA KUEHN**<br>**RT 1, BOX 339**<br>**S. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.3922. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNON & GLORIA KUEHN**<br>**RT 1, BOX 339**<br>**S. COFFEYVILLE**<br>**OK, US 74072** |
| | List the contract number of any government contract | | |

| 2.3923. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON A & SUSAN E VAVERKA,**<br>**26020 HARPER RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.3924. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON DEWAYNE & FAITH E**<br>**2053 S. 4280 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.3925. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VEVA D SCHWATKEN REV TRST**<br>**5615 CR 2100**<br>**ELK CITY, KS 67344** |
| | List the contract number of any government contract | | |

| 2.3926. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **VICKI LEIGH BEAN WALDRIP**<br>**901 JAMESWAY**<br>**CHOCTAW, OK 73020** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.3927. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | VICTOR ALLEN ERBE REV TR BOX 82 THAYER, KS 66776 |
|  | List the contract number of any government contract | | |

| 2.3928. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3929. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3930. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776 |
|  | List the contract number of any government contract | | |

| 2.3931. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776 |
|  | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3932. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3933. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3934. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VICTOR R WILKERSON & JANICE J 1003 S. 32ND PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3935. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VINCENT & SHARON LEE 401671 WEST 100 RD WANN, OK 74083** |
| | List the contract number of any government contract | | |

| 2.3936. | State what the contract or lease is for and the nature of the debtor's interest | **Shop rent - WV Lincoln ($1,200.00/year payable by March 1 each year per new contract with Violet Smith)** | |
|---|---|---|---|
| | State the term remaining | **35  months** | **VIOLET SMITH 147 LONG BRANCH RD BRANCHLAND, WV 25506** |
| | List the contract number of any government contract | | |

| 2.3937. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VIRGINIA HAYHURST DEEM 200 TIMBERLINE DRIVE, APT. 1209 MARIETTA, OH 45750** |

Debtor 1    **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number (*if known*)    **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

---

**2.3938.** State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract   _____

**VIRGINIA L CHRISTOFFERSON**
**7626 NE 140TH STREET**
**KIRKLAND, WA 98034**

---

**2.3939.** State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract   _____

**VIRGINIA MCCOY**
**16355 JACKSON ROAD**
**CHANUTE, KS 66720**

---

**2.3940.** State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract   _____

**VIRGINIA OSBOURN HEIRS**
**HC71 BOX 128A**
**TANNER, WV 26137**

---

**2.3941.** State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract   _____

**VIRGINIA R PARKS BOSWELL**
**847 TELEGRAPH RD**
**STAFFORD, VA 22554**

---

**2.3942.** State what the contract or lease is for and the nature of the debtor's interest      **Royalty Payments**

State the term remaining      **Unknown**

List the contract number of any government contract   _____

**VIRGINIA REXROAD**
**0191 TWP. RD. 165**
**DUNKIRK, OH 45836**

---

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3943. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VYRL M FEGAL & ANNA J FEGAL**<br>**1215 W. 7TH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W EUGENE POOL & LEONA M POOL**<br>**51 2400 STREET**<br>**SAVONBURG, KS 66772** |
| | List the contract number of any government contract | | |

| 2.3945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W H SHIELDS HEIRS**<br>**RT 1 BOX 41-B**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |

| 2.3946. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W M GRIMM II**<br>**2003 WOODLAND DR.**<br>**MOULTRIE, GA 31768** |
| | List the contract number of any government contract | | |

| 2.3947. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W MILFORD & NORMA HALL**<br>**202 S. WEBSTER**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.3948. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W R HEDGE HEIRS**<br>**RT. 3 BOX 144**<br>**BRIDGEPORT, WV 26330** |
| | List the contract number of any | | |

| Debtor 1 | PostRock Energy Services Corporation | | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3949. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | W SCOTT PARISH TRST |
| | List the contract number of any government contract | | 27 DRUMMORE DRIVE BELLA VISTA, AR 72715 |

| 2.3950. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | W T WIANT HEIRS |
| | List the contract number of any government contract | | 219 SOUTH HAMBDEN STREET CHARDON, OH 44024 |

| 2.3951. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | W. MILFORD HALL |
| | List the contract number of any government contract | | 202 S WEBSTER ERIE, KS 66733 |

| 2.3952. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | WACO OIL & GAS CO INC |
| | List the contract number of any government contract | | P. O. BOX 397 GLENVILLE, WV 26351 |

| 2.3953. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | WAGGONER REVOCABLE TRUST |
| | List the contract number of any government contract | | 1705 WESTBURY LANE FORT SCOTT, KS 66701 |

| 2.3954. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | WALLIE D MAXSON 1410 N CHOCTAW ST DEWEY, OK 74029-1706 |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
<u>First Name              Middle Name              Last Name</u>

Case number (*if known*)  **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.3955. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WALTER C CRANE**<br>**212 PIERPOINT ST**<br>**HARRISVILLE, WV 26362-1242** |
| | List the contract number of any government contract | _____ | |

| 2.3956. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WALTER CRANE ET AL**<br>**212 PIERPONT STREET**<br>**HARRISVILLE, WV 26362-1242** |
| | List the contract number of any government contract | _____ | |

| 2.3957. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WALTER P SCHRODER, A SINGLE**<br>**935 18000 RD.**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | _____ | |

| 2.3958. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WAN-TING HAO**<br>**3610 GABRIEL AVENUE, APT 337**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.3959. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WANDA J. UMBARGER**<br>**20923 E 35 ST**<br>**BROKEN ARROW, OK 74014** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Services Corporation**                                Case number *(if known)*   **16-11231-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3960.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**WANDA J. UMBARGER**
**PO BOX 2667**
**MUSKOGEE**
**OK, US 74402**

---

**2.3961.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**WANDA J. UMBARGER**
**PO BOX 2667**
**MUSKOGEE**
**OK, US 74402**

---

**2.3962.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WANDA J. UMBARGER_1**
**PO BOX 2667**
**MUSKOGEE, OK 74402**

---

**2.3963.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WANDA LEE GOODWIN, NOW LADAGE**
**3604 DIRR AVE.**
**PARSONS, KS 67357**

---

**2.3964.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WARD N ADKINS, JR**
**5519 TUPPER LAKE**
**HOUSTON, TX 77056**

---

**2.3965.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**WARREN R &/OR LENNA G HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

---

Debtor 1    **PostRock Energy Services Corporation**        Case number *(if known)*    **16-11231-SAH**

   First Name              Middle Name              Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.3966. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **WARREN R HAUGHT**<br>**P.O. BOX 2**<br>**SMITHVILLE, WV 26178** |
| 2.3967. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **WAUNITA P CURRAN**<br>**P. O. BOX 347**<br>**SALEM, WV 26426** |
| 2.3968. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **WAYLON DALE MAYS**<br>**4542 CAMP CREEK ROAD**<br>**HUNTINGTON, WV 25701** |
| 2.3969. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **WAYNE & BERNIECE GIBSON LIV TR**<br>**9285 QUEEN RD**<br>**ST. PAUL, KS 66771** |
| 2.3970. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **WAYNE & CARMALETTA BOZMAN**<br>**852 5000 ROAD**<br>**EDNA, KS 67342-9363** |
| 2.3971. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | | **WAYNE & JANET REHMERT**<br>**1220 60TH ROAD**<br>**THAYER, KS 66776** |

Debtor 1   **PostRock Energy Services Corporation**                                          Case number *(if known)*   **16-11231-SAH**
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.3972. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Wayne & Mary Pontious** |
| | List the contract number of any government contract | | **7305 HWY 59**<br>**ERIE**<br>**KS, US 66733** |

| 2.3973. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Wayne & Mary Pontious** |
| | List the contract number of any government contract | | **7305 HWY 59**<br>**ERIE**<br>**KS, US 66733** |

| 2.3974. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE APOLLO** |
| | List the contract number of any government contract | | **1684 1200 RD.**<br>**FREDONIA, KS 66736** |

| 2.3975. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE DUNN** |
| | List the contract number of any government contract | | **3162 WEST MAIN**<br>**NEWCASTLE, WY 82701** |

| 2.3976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE E & MARJORIE H BRANT** |
| | List the contract number of any government contract | | **2840 HWY 47**<br>**THAYER, KS 66776** |

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3977.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**WAYNE E & SUSAN E MUSTONEN**
**HC 61 BOX 82**
**LENAPAH, OK 74042**

---

**2.3978.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**WAYNE G BAKER**
**3105 27TH STREET**
**PARKERSBURG, WV 26104**

---

**2.3979.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**WAYNE HUMPHREY**
**105 KENNETH LINDER LANE**
**LIVINGSTON, TN 38570**

---

**2.3980.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**WAYNE L TAYLOR TESTAMENTARY**
**1502 W. 9TH**
**CHANUTE, KS 66720**

---

**2.3981.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**WAYNE L TAYLOR TRST, LARRY W**
**1502 W. 9TH**
**CHANUTE, KS 66720**

---

**2.3982.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**WAYNE MILLARD**
**3931 E 2ND STREET**
**TUCSON, AZ 85711**

| Debtor 1 | PostRock Energy Services Corporation | | Case number *(if known)* | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3983. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE SOMMERVILLE** |
| | List the contract number of any government contract | | **79 SMITH AVE** **BUCKHANNON, WV 26201** |

| 2.3984. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WCK LLC** |
| | List the contract number of any government contract | | **PO BOX 2309** **VANCOUVER, WA 98668** |

| 2.3985. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WENDALL A & YULONDIA WOOD** |
| | List the contract number of any government contract | | **7755 S 4320 RD** **WELCH, OK 74369** |

| 2.3986. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WENDY L ELLIOTT** |
| | List the contract number of any government contract | | **633 BROOKFIELD PLACE** **APOPKA, FL 32712** |

| 2.3987. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WESLEY B DEAN & LAURA L DEAN** |
| | List the contract number of any government contract | | **9990 20TH ROAD** **PARSONS, KS 67357** |

| 2.3988. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WESLEY THOMPSON** |
|---|---|---|---|
| | | | **8855 K-39 HIGHWAY** **CHANUTE, KS 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Services Corporation**
First Name         Middle Name         Last Name

Case number (*if known*)    **16-11231-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3989. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WEST VIRGINIA DEP OF TRNSPRT**<br>**1900 KANAWAHA BLVD, EAST**<br>**BUILDING 5**<br>**CHARLESTON, WV 25305** |
| | List the contract number of any government contract | _____ | |

| 2.3990. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WHITE FARMS INC**<br>**PO BOX 126**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3991. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WHITMIRE BAR W RANCHES, LLC**<br>**7134 S. YALE AVE. SUITE 510**<br>**TULSA**<br>**OK, US 74136** |
| | List the contract number of any government contract | _____ | |

| 2.3992. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WHITMIRE BAR W RANCHES, LLC**<br>**7134 S. YALE AVE. SUITE 510**<br>**TULSA**<br>**OK, US 74136** |
| | List the contract number of any government contract | _____ | |

| 2.3993. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WHITTLE CORPORATION**<br>**12864 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3994.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WICKER FAMILY LIV TRST**
**4535 SO. PLUMMER AVENUE**
**CHANUTE, KS 66720**

---

**2.3995.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WICKER FARMS LLC**
**4535 S PLUMMER AVE**
**CHANUTE, KS 66720**

---

**2.3996.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILADENE A TREFETHEN**
**17053 SCOTT ROAD**
**ALTOONA, KS 66710**

---

**2.3997.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILBUR A SCHWATKEN REV TRST**
**5615 CR 2100**
**ELK CITY, KS 67344**

---

**2.3998.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILBUR L & MARY A MCMILLEN, TTEES**
**ROUTE 1, BOX 55E**
**CHANUTE**
**KS, US 66720**

---

**2.3999.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**WILBUR MACK GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

Debtor 1    **PostRock Energy Services Corporation**                                    Case number (*if known*)    **16-11231-SAH**
      First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.4000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILL E MORRIS HEIRS TRST**<br>**P. O. BOX 99084**<br>**FORT WORTH, TX 76199** |
| | List the contract number of any government contract | | |

| 2.4001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLARD & ERMA P CLINE REV TR**<br>**1701 MADISON**<br>**APT. 114**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.4002. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLARD & LUCILE CARTER**<br>**30 COTTONWOOD POINT LANE**<br>**AUGUSTA, KS 67010** |
| | List the contract number of any government contract | | |

| 2.4003. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLARD & LUCILE CARTER REV LIV FAM TRST**<br>**30 COTTONWOOD POINT LANE**<br>**AUGUSTA**<br>**KS, US 67010** |
| | List the contract number of any government contract | | |

| 2.4004. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLHOUR ENERGY**<br>**612 HILLVIEW COURT**<br>**FORT COLLINS, CO 80526** |
| | List the contract number of any government contract | | |

| 2.4005. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **WILLHOUR ENERGY**<br>**612 HILLVIEW COURT**<br>**FORT COLLINS, CO 80526** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**

First Name                Middle Name                Last Name

Case number *(if known)*    **16-11231-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.4006. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **William & Cheryl Bowen**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4007. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **William & Cheryl Bowen**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4008. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & CONNIE JOURNOT TR**<br>**4336 CR 5050**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.4009. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & DEBRA NAFTZGER**<br>**119 S. 67TH CIRCLE**<br>**BROKEN ARROW, OK 74014** |
| | List the contract number of any government contract | | |

| 2.4010. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & JEAN COOK - JTWROS**<br>**20475 UDALL ROAD**<br>**STARK, KS 66775** |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Services Corporation**
        First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4011.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM A & PATRICIA A STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

---

**2.4012.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM A PITTMAN**
**12021 COLEFIELD DRIVE**
**HANOVER, VA 23069-1705**

---

**2.4013.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM A. GREENWOOD**
**25034 A IRVING RD.**
**PARSONS, KS 67357**

---

**2.4014.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM ALLEN PORTER**
**14279 INMAN ROAD**
**FREDONIA, KS 66736**

---

**2.4015.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM B & MARILYN TAYLOR**
**13935 W 116TH TERR**
**OLATHE, KS 66062**

---

**2.4016.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**WILLIAM B & MARILYN TAYLOR**
**13935 W 116TH TERR**
**OLATHE**
**KS, US 66062**

---

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.4017. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B CUNNINGHAM** |
| | List the contract number of any government contract | | **8125 FOREST CT,**<br>**NORTH ROYALTON, OH 44133-0200** |

---

| 2.4018. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B ELLIOT** |
| | List the contract number of any government contract | | **70 BETSY LANE**<br>**BELPRE, OH 45714-9336** |

---

| 2.4019. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B TAYLOR** |
| | List the contract number of any government contract | | **11608 W. 101ST TERRACE**<br>**OVERLAND PARK, KS 66214** |

---

| 2.4020. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM B TAYLOR** |
| | List the contract number of any government contract | | **11608 W. 101ST TERRACE**<br>**OVERLAND PARK**<br>**KS, US 66214** |

---

| 2.4021. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM C & BETTY J FOLLMER** |
| | List the contract number of any government contract | | **2042 WOODLAND VIEW DR.**<br>**INDEPENDENCE, KS 67301** |

---

| 2.4022. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WILLIAM C CRAIG**<br>**6345 70TH ROAD**<br>**THAYER, KS 66776** |

---

Debtor 1  **PostRock Energy Services Corporation**                    Case number *(if known)*  **16-11231-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.4023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM C CRANE**<br>**P.O. BOX 127**<br>**PULLMAN, WV 26431** |
| | List the contract number of any government contract | _____ | |

| 2.4024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM CLARK HALE, SINGLE**<br>**379 KEYMAN ROAD**<br>**ARDMORE, OK 73401** |
| | List the contract number of any government contract | _____ | |

| 2.4025. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.4026. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.4027. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4028. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.4029. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.4030. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.4031. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4032. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4033. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Services Corporation**                    Case number *(if known)*   **16-11231-SAH**
    First Name              Middle Name              Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| **2.4034.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |
| **2.4035.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |
| **2.4036.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |
| **2.4037.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |
| **2.4038.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |
| **2.4039.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **WILLIAM D & CHERYL A BOWEN REV TRST**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **UNKNOWN** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.4040. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN REV TRST**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4041. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM D & CHERYL A BOWEN,**<br>**19068 U.S. HWY 59**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.4042. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM DAVIS HEWITT**<br>**37 WILLOW GLEN #37**<br>**ATLANTA, GA 30342** |
| | List the contract number of any government contract | | |

| 2.4043. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM E OAKES**<br>**2900 REGENCY DRIVE**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.4044. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM E OAKES**<br>**2900 REGENCY DRIVE**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Services Corporation**                    Case number (*if known*)   **16-11231-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4045. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS REV TRST** |
| | List the contract number of any government contract | | **HC 61 BOX 233** **LENEPAH, OK 74042** |

| 2.4046. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS TRST** |
| | List the contract number of any government contract | | **HC 61 BOX 233** **LENAPAH, OK 74042** |

| 2.4047. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM F WILLIS TRST** |
| | List the contract number of any government contract | | **HC, BOX 233** **LENAPAH** **OK, US 74042** |

| 2.4048. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS TRST_1** |
| | List the contract number of any government contract | | **HC 61, BOX 233** **LENAPAH, OK 74042** |

| 2.4049. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM FARNSWORTH** |
| | List the contract number of any government contract | | **1317 14TH STREET** **VIENNA, WV 26105** |

| 2.4050. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G & GEORGIA F SCOTT** |
| | List the contract number of any | | **26056 HARPER ROAD** **DENNIS, KS 67341** |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.4051. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM G & GEORGIA F SCOTT**<br>**26056 HARPER ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.4052. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM G & GEORGIA F SCOTT**<br>**26056 HARPER ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.4053. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G NEELY & MARJORIE F**<br>**8150 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.4054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G NEELY TRST DTD**<br>**8150 170TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.4055. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM H & LEONA M MOORE**<br>**9705 JAMES CREEK ROAD**<br>**CHRISTMAS, FL 32709** |
| | List the contract number of any government contract | | |

| 2.4056. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WILLIAM H & MARION LOWTHER**<br>**1589 CHRISTINE AVE**<br>**SIMI VALLEY, CA 93063-4429** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.4057. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM H & ROBERT L FARMER** |
| | List the contract number of any government contract | _____ | **17740 1200 ROAD** **ALTOONA, KS 66710** |

| 2.4058. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM H CARPENTER** |
| | List the contract number of any government contract | _____ | **570 SUSAN AVE** **WESTERVILLE, OH 43081** |

| 2.4059. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM H GUDDE TESTAMENTARY** |
| | List the contract number of any government contract | _____ | **20571 500 RD** **NEODESHA, KS 66757** |

| 2.4060. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM H MANGELS LIV TR &** |
| | List the contract number of any government contract | _____ | **HC 61 BOX 111** **LENAPAH, OK 74042** |

| 2.4061. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM H RUBLE & PEGGY D** |
| | List the contract number of any government contract | _____ | **17750 170TH ROAD** **ERIE, KS 66733** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Services Corporation**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM H TROUTMAN & IDA M**<br>**2402 S REDWOOD PLACE**<br>**BROKEN ARROW, OK 74012** |
| | List the contract number of any government contract | | |

| 2.4063. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM H WIGGANS & CAROL A**<br>**16663 UDALL RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.4064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM J SMITH**<br>**1224 PRUITT DRIVE**<br>**WAYCROSS, GA 31501** |
| | List the contract number of any government contract | | |

| 2.4065. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM KENT & P LYNNE ESTES**<br>**8893 SCOTT RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.4066. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM KEVIN SNIDER**<br>**P. O. BOX 545**<br>**PENNSBORO, WV 26415** |
| | List the contract number of any government contract | | |

| 2.4067. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM M & CONNIE L JOURNOT**<br>**4336 CR 5050**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Services Corporation** | | Case number *(if known)* | **16-11231-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.4068.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM M & WILLINDA L HOWELL**
**HC 61, BOX 137**
**LENAPAH, OK 74042**

**2.4069.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM M BAILEY**
**P O BOX 246**
**WILLIAMSTOWN, WV 26187**

**2.4070.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM M ENGEL**
**62 PELICAN CIRCLE**
**WOODBINE, GA 31569**

**2.4071.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM M FRANKENBERY &**
**8736 PRATT ROAD**
**ALTOONA, KS 66710**

**2.4072.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM M JOURNOT**
**4336 CR 5050**
**INDEPENDENCE**
**KS, US 67301**

**2.4073.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**WILLIAM M JOURNOT**
**4336 CR 5050**
**INDEPENDENCE**
**KS, US 67301**

Debtor 1  **PostRock Energy Services Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

---

2.4074.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM M STOUT**
**1441 N ROCK RD #1903**
**WICHITA, KS 67206**

---

2.4075.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM MANGELS LIV TRST**
**HC 61, BOX 111**
**LENAPAH, OK 74042**

---

2.4076.  State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

**WILLIAM MANGELS LIV TRST**
**HC 61, BOX 111**
**LENAPAH**
**OK, US 74042**

---

2.4077.  State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

**WILLIAM MANGELS LIV TRST**
**HC 61, BOX 111**
**LENAPAH**
**OK, US 74042**

---

2.4078.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM MCGREGOR BAILEY**
**5204 RIVER RD**
**VIENNA, WV 26105**

---

Debtor 1    **PostRock Energy Services Corporation**                                    Case number *(if known)*    **16-11231-SAH**

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4079.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM R STALNAKER**
**160 STALNAKER ESTATES**
**GLENVILLE, WV 26351**

**2.4080.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM R STOUT**
**1808 SPRING ST**
**PARKERSBURG, WV 26102**

**2.4081.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE, KS 66720**

**2.4082.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

**2.4083.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

**2.4084.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

Debtor 1  **PostRock Energy Services Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.4085. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | WILLIAM R THORSELL<br>19720 ULYSSES RD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.4086. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | WILLIAM R THORSELL<br>19720 ULYSSES RD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.4087. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | WILLIAM R THORSELL<br>19720 ULYSSES RD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.4088. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | WILLIAM R THORSELL<br>19720 ULYSSES RD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.4089. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | WILLIAM R THORSELL<br>19720 ULYSSES RD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.4090. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | WILLIAM R THORSELL & VALERIE L<br>19720 ULYSSES ROAD<br>CHANUTE, KS 66720 |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11231-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.4091. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL & VALERIE L THORSELL,** **19720 ULYSSES ROAD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.4092. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL & VALERIE L THORSELL,** **19720 ULYSSES ROAD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.4093. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **William R. Thorsell** **19720 ULYSSES RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.4094. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **William R. Thorsell** **19720 ULYSSES RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.4095. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM S & REBECCA A MARKHAM** **2411 WEST 49TH STREET** **CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | PostRock Energy Services Corporation | Case number (*if known*) | 16-11231-SAH |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4096.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

WILLIAM SHERIDAN
956 2000 ROAD
EDNA, KS 67342

---

**2.4097.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

WILLIAM SWINDELLS, JR
1100 SW MYRTLE DRIVE
PORTLAND, OR 97201

---

**2.4098.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

WILLIAM T REXROAD
1814 5TH EXTENSION
NEW BRIGHTON, PA 15066

---

**2.4099.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

WILLIAM T WEINRICH
13920 WELLINGTON LANE
GRAND ISLAND, FL 32735

---

**2.4100.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

WILLIAM T WILCOXEN
18 LOGAN DRIVE
BELPRE, OH 45714

---

**2.4101.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

WILLIAM W ESTES REV TRST
9624 US 75 HWY
ALTOONA, KS 66710

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Services Corporation**                                  Case number (*if known*)   **16-11231-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.4102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM W ESTES REV TRUST**<br>**8893 SCOTT ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.4103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM W HATFIELD**<br>**114 SUMMERFIELD DRIVE**<br>**LEXINGTON, SC 29072** |
| | List the contract number of any government contract | | |

| 2.4104. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile Office in Seminole, OK** | |
|---|---|---|---|
| | State the term remaining | **Sold** | **WILLIAMS SCOTSMAN INC**<br>**P.O. BOX 17552**<br>**BALTIMORE, MD 21297** |
| | List the contract number of any government contract | | |

| 2.4105. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIS G GRINSTEAD, TTEE**<br>**6505 WILLOW LANE**<br>**MISSION HILLS, KS 66208** |
| | List the contract number of any government contract | | |

| 2.4106. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIS RAY MONEYPENNY**<br>**183 MONEYPENNY LANE**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |

| 2.4107. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WILMA ANN STAFFORD RUSH**<br>**7300 S 4140 RD**<br>**TALALA, OK 74080** |
|---|---|---|---|

Debtor 1  **PostRock Energy Services Corporation**                    Case number (*if known*)  **16-11231-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining     **Unknown**

List the contract number of any
government contract     _____

---

2.4108. State what the contract or     **Royalty Payments**
lease is for and the nature of
the debtor's interest

State the term remaining     **Unknown**

List the contract number of any     **WILMA BENNING**
government contract     _____ **1127 E. 5TH STREET**
**CHERRYVALE, KS 67335**

---

2.4109. State what the contract or     **Royalty Payments**
lease is for and the nature of
the debtor's interest

State the term remaining     **Unknown**

List the contract number of any     **WILMA CARSON BOWLES**
government contract     _____ **526 DALEY STREET**
**ORANGE CITY, FL 32763**

---

2.4110. State what the contract or     **Royalty Payments**
lease is for and the nature of
the debtor's interest

State the term remaining     **Unknown**

List the contract number of any     **WILMA E EMERSON**
government contract     _____ **P.O. BOX 243**
**CEDAR VALE, KS 67024**

---

2.4111. State what the contract or     **Royalty Payments**
lease is for and the nature of
the debtor's interest

State the term remaining     **Unknown**

List the contract number of any     **WILMA FORD**
government contract     _____ **164 PARK PLACE DRIVE**
**WADSWORTH, OH 44281-8767**

---

2.4112. State what the contract or     **Royalty Payments**
lease is for and the nature of
the debtor's interest

State the term remaining     **Unknown**

List the contract number of any     **WILMA J CORBETT**
government contract     _____ **19505 OTTAWA ROAD**
**ERIE, KS 66733**

---

Debtor 1  **PostRock Energy Services Corporation**
    First Name        Middle Name        Last Name

Case number (*if known*)  **16-11231-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4113.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILMA JEAN ERBE LIV TRST**
**19106 800 ROAD**
**ALTOONA, KS 66710-8618**

---

**2.4114.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILMA LYNN MURRAY**
**1407 SOUTH SLAY**
**EASTLAND, TX 76448**

---

**2.4115.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILMA RICE RYMER**
**32 MONTE SANO DRIVE**
**HANAHAN, SC 29410**

---

**2.4116.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILMER JOHNSON**
**152 OAKBLUFF DR.**
**MURPHY, TX 75094-3960**

---

**2.4117.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILTSE REV LIV TRST, MORRIS D WILTSE, TT**
**18030 1600 ROAD**
**ALTOONA**
**KS, US 66710**

---

**2.4118.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**WILTSE REV LIV TRST, MORRIS D WILTSE, TT**
**18030 1600 ROAD**
**ALTOONA**
**KS, US 66710**

---

Debtor 1    **PostRock Energy Services Corporation**
        First Name         Middle Name         Last Name

Case number *(if known)*    **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.4119. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.4120. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.4121. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.4122. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.4123. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.4124. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **WILTSE REV LIV TRST, MORRIS D WILTSE, TT 18030 1600 ROAD ALTOONA KS, US 66710** |

Debtor 1   **PostRock Energy Services Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.4125.   State what the contract or
lease is for and the nature of
the debtor's interest   **Tower Rental Agreement - leased measurement equipment**

State the term remaining   **45  months**

List the contract number of any
government contract   _____

**WINEXUS
209 CHESTNUT
GALESBURG, KS 66740**

---

2.4126.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**WINGATE FARMS LLC
11725 HARPER ROAD
THAYER, KS 66776**

---

2.4127.   State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**Wingate Farms, LLC
11725 HARPER ROAD
THAYER
KS, US 66776**

---

2.4128.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**WINIFRED MAXSON TRST
753 3000 ROAD
EDNA, KS 67342**

---

2.4129.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**WINOMA M SPURGEON
532 MIDLAND TRAIL
HURRICANE, WV 25526**

---

Debtor 1  **PostRock Energy Services Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11231-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.4130.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WL MCMILLEN & MARY A MCMILLEN DTD 1-28-98
24571 1600 RD
CHANUTE, KS 66720**

**2.4131.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WOLF CREEK CATTLE COMPANY
6073 GRAY RD.
EDNA, KS 67342**

**2.4132.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**WOLF CREEK CATTLE COMPANY
6073 GRAY RD.
EDNA
KS, US 67342**

**2.4133.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WOLVERTON FARMS INC
PO BOX 1002
SUMMERSVILLE, WV 26651**

**2.4134.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**WOLVERTON MCCLUNG HEIRS REVOCA
1144 PHEASANT CIRCLE
WINTER SPRINGS, FL 32708**

**2.4135.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**WOMMACK PROPERTIES LLC
1151 26000 ROAD
PARSONS, KS 67357**

Debtor 1  **PostRock Energy Services Corporation**
_____
First Name      Middle Name      Last Name

Case number (*if known*)  **16-11231-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.4136.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WOODROW DAVID MOHLER**
**6825 IRELAND RD**
**LANCASTER, OH 43130**

---

**2.4137.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WOODY OIL, LLC**
**RT. 1 BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

---

**2.4138.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**WOODY OIL, LLC**
**RT. 1 BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

---

**2.4139.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**XURY R HOLE & VALETA I HOLE,**
**318 WILLOWBROOK STREET**
**ANDOVER, KS 67002**

---

**2.4140.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ZACHARY J & COURTNEY**
**RT. 1, BOX 168**
**S. COFFEYVILLE, OK 74072**

---

**2.4141.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**ZACHARY J & COURTNEY ELIZABETH O'BRIEN**
**RT. 1, BOX 168**
**S. COFFEYVILLE**
**OK, US 74072**

---

Debtor 1  **PostRock Energy Services Corporation**
First Name            Middle Name            Last Name

Case number (*if known*)  **16-11231-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any
government contract _____

---

2.4142.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any
government contract _____

**ZUGMIER REV LIV TR**
**22742 N 90TH STREET**
**SCOTTSDALE, AZ 85255**

---

2.4143.  State what the contract or lease is for and the nature of the debtor's interest  **29th floor Sublease to ZZW Global, Inc. 1,000 sqf**

State the term remaining  **17  months**

List the contract number of any
government contract _____

**ZZW GLOBAL INC**
**210 PARK AVE**
**SUITE 2950**
**OKLAHOMA CITY, OK 73102**

---

**Fill in this information to identify the case:**

Debtor name     **PostRock Energy Services Corporation**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF OKLAHOMA

Case number (if known)     **16-11231-SAH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |